Exhibit 1
S. Comm. on Env't & Pub. Works, 112th Cong., Committee Resolution: Federal Bureau of Investigation Consolidated Headquarters, National Capital Region (Dec. 8, 2011)

112th Congress
1st Session

# United States Senate
## COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS

### COMMITTEE RESOLUTION

#### FEDERAL BUREAU OF INVESTIGATION CONSOLIDATED HEADQUARTERS
#### NATIONAL CAPITAL REGION

### RESOLVED BY THE COMMITTEE ON ENVIRONMENT AND PUBLIC WORKS OF THE UNITED STATES SENATE

that pursuant to title 40 U.S.C. §3307, appropriations are authorized for, and the Administrator of General Services (Administrator) is authorized and directed to proceed with a private sector lease transaction, on Federally owned land, for a consolidated headquarters facility for the Federal Bureau of Investigation (FBI), consistent with the recommended strategy included in the report of building project survey, requested by the Committee by Resolution dated July 13, 2011 and submitted by the FBI on August 26, 2011, which report is attached hereto, and by reference made part of this Resolution;

*Provided*, that the Administrator shall require and ensure that the transaction results in Federal ownership of the land and improvements comprising the consolidated FBI Headquarters facility;

*Provided further*, that to the maximum extent feasible and consistent with the report of building project survey submitted to the Committee by the General Services Administration on October 17, 2011, the consolidated FBI Headquarters facility shall be located within 2 miles from a Washington metro rail station and 2.5 miles from the National Capital Region Beltway;

*Provided further*, that the FBI Headquarters facility be on a federally owned site not to exceed 55 acres; and provide for Interagency Security Committee Level V security;

*Provided further*, that the FBI Headquarters shall contain not greater than 2.1 million rentable square feet; including not greater than 4,300 parking spaces; and provide space utilization rates of not greater than 109 usable square feet per person for office space and 174 usable square feet per person overall;

*Provided further*, that to the maximum extent practicable, the Administrator shall require that the procurement include requirements for energy, water efficiency and storm water management in accordance with Executive Order 13423;

*Provided further*, that GSA and FBI provide monthly briefings to the Committee on Environment and Public Works on updates, changes and progress of the overall acquisition and project; and

*Provided further*, that the Administrator shall not delegate to any other agency the authority to undertake the transaction approved by this Resolution.

_[signature]_
**Chairman**

_[signature]_
**Ranking Member**

Adopted: December 8, 2011