Exhibit 2

Gen. Servs. Admin., Site Selection Decision (Sept. 30, 2023)

GSA®

# SITE SELECTION DECISION

**Federal Bureau of Investigation**

**Suburban Headquarters**

**National Capital Region**

TABLE OF CONTENTS


| Section | Title | Page |
|---|---|---|
| **I.** | **Overview** ………………………………………………..………..…... | **3** |
| **II.** | **General Background** ……………………………………..………….. | **3** |
| **III.** | **Fiscal Year 2022 Consolidated Appropriations Act** …….………… | **4** |
| **IV.** | **General Overview Of The Site Selection Process** ……….………… | **4** |
| **V.** | **Panel Process And Selection Criteria Overview**……………………. | **5** |
| **VI.** | **Overview Of The Color Scheme, Weights, And Process** ………….. | **7** |
| **VII.** | **Breakdown Of The Selection Criteria** ……………………………… | **7** |
| **VIII.** | **Site Selection Determination** ……………………………………... | **13** |
| **A.** | **Site Selection Determination Overview** …………………………….. | **13** |
| **B.** | **Evaluation Of Site Selection Plan As Applied To Each Site** ………. | **14** |
| | B.1. Criteria #1: FBI Proximity to Mission-Related Locations ……..… | 14 |
| | B.2. Criteria #2: Transportation Access ………………………………. | 17 |
| | B.3 Criteria #3: Site Development Flexibility and Schedule Risk ……. | 23 |
| | B.4. Criteria #4: Promoting Sustainable Siting and Advancing Equity | 27 |
| | B.5 Criteria #5: Cost …………………………………………………….. | 34 |
| **C.** | **Weighted Analysis** …………………………………………………… | **36** |
| **D.** | **Site Selection Decision** ……………………………………………… | **37** |
| **IX.** | **Appreciation** ……..…………………………………………………... | **38** |
| **X.** | **Conclusion** …………………………………………………………. | **38** |

## I. OVERVIEW

For the reasons set forth below, in my role as the Site Selection Authority ("SSA"), I have selected the Greenbelt site as the most advantageous location for the Federal Bureau of Investigation Suburban Headquarters ("Suburban HQ"). This Site Selection Decision documents my analysis and judgment as the SSA and constitutes the U.S. General Services Administration's ("GSA") final determination.

## II. GENERAL BACKGROUND

The Federal Bureau of Investigation ("FBI") has continuously occupied the J. Edgar Hoover ("JEH") building, located at 935 Pennsylvania Avenue NW, Washington, DC, since 1974. As multiple studies have demonstrated, the FBI needs a new headquarters to achieve significant cost savings, and to support information sharing, collaboration, and integration of its strategic priorities. The dispersion of FBI elements across multiple locations in the National Capital Region ("NCR") has created significant challenges to effectively managing the FBI's divisions and offices, facilitating organization change, sharing information, and ensuring collaboration. Operating under such extensive dispersion diverts time and resources from mission-critical activities, hampers coordination, decreases flexibility, and impedes the FBI's ability to rapidly respond to ever changing, asymmetric threats. In addition, JEH does not fully support the FBI's long-term security, space, and building condition requirements, is not designed to meet the needs of today's FBI, is nearing its life-cycle age, and is exhibiting signs of deterioration. As the U.S. Government Accountability Office has highlighted, this was true in 2011 and the issues have only gotten worse since that time.[1]

In January 2013, GSA issued a Request for Information ("RFI") to garner feedback from members of the development community, local and state jurisdictions, and other interested parties regarding feasibility, issues, and considerations of a potential exchange transaction. The 38 responses to the RFI helped to inform GSA's strategic planning for the project. In November 2013, the RFI was followed by a Request for Expressions of Interest ("REOI") for sites within the NCR to be used for the development of a new FBI headquarters. The REOI process identified three acceptable sites: one in Fairfax County, Virginia (Springfield) and two in Prince George's County, Maryland (Landover and Greenbelt). These sites were identified because they all met the baseline requirements of the FBI, including being able to accommodate the size of a new headquarters facility and meet the Government's unique security requirements, among other items. On December 19, 2014, GSA issued a Phase I Request for Proposals ("RFP") seeking an exchange partner to develop, design, construct, and deliver the new facility. The Phase I RFP process was used to select a short list of up to five qualified offerors to compete in the Phase II

[1] U.S. Government Accountability Office, GAO-17-783-T, *Status of FBI Headquarters Consolidation and Issues Related to Funding Other Future Projects* (2017).

procurement. In January 2016, GSA issued the Phase II RFP to the shortlisted offerors, which detailed the requirements of the new facility and information on the three selected sites. On February 8, 2016, GSA submitted a prospectus to the Committee on Environment and Public Works of the U.S. Senate and the Committee on Transportation and Infrastructure of the U.S. House of Representatives, which was subsequently approved for the project. In conjunction with the RFP process, GSA issued a 2016 Draft Environmental Impact Statement ("DEIS")[2] pursuant to the National Environmental Policy Act ("NEPA"). On July 11, 2017, GSA issued a public statement announcing the decision to cancel the procurement and Congress provided further direction in 2022.

## III. THE FISCAL YEAR 2022 CONSOLIDATED APPROPRIATIONS ACT

On March 15, 2022, as part of the Fiscal Year 2022 Consolidated Appropriations Act (Public Law No. 117-103) (the "FY22 Act"), Congress directed GSA to "select a site from one of the three listed in the General Services Administration Fiscal Year 2017 PNCR–FBI–NCR17 prospectus for a new fully consolidated Federal Bureau of Investigations (FBI) headquarters." Congress further directed that "[s]uch decision shall be made in as expeditious manner as possible." The three previously identified sites listed in the 2017 prospectus are the same ones identified further herein in this Site Selection Decision. In the joint explanatory statement accompanying the FY22 Act, Congress requested that GSA "brief the Committees on the viability of the sites listed in the PNCR–FBI–NCR17 within 90 days after the date of enactment of this Act." In furtherance of Congress' direction, and beginning in the spring of 2022, GSA engaged in targeted outreach with local elected officials and others from Virginia and Maryland, as well as the landholders for the two private sites in Maryland, to obtain updated information concerning the three previously identified parcels. On June 17, 2022, GSA publicly announced that all three sites remained viable.

## IV. GENERAL OVERVIEW OF THE SITE SELECTION PROCESS

On September 22, 2022, GSA publicly issued its initial Site Selection Plan ("SSP"), and publicly issued Amendment 1[3] shortly thereafter on November 18, 2022. Before GSA proceeded with site selection, Congress enacted the Consolidated Appropriations Act, 2023 (P.L. 117-328) in December 2022, which directed representatives from GSA and the FBI to hold consultations with the "individuals representing the sites from the State of Maryland and Commonwealth of Virginia" to discuss the SSP. The consultations with the delegations, which took place in March 2023, provided valuable feedback and helped to refine the plan to maximize value for the FBI and the public. Following those consultations, on July 14, 2023, GSA publicly released a second amendment to the SSP (Amendment 2). While the core elements of the initial SSP remained the

---

[2] *See* FBI Headquarters Consolidation, available at www.gsa.gov/fbihqconsolidation.
[3] Amendment 1 was an administrative update.

same, Amendment 2 incorporated new government-wide directives and increased the consideration of cost to deliver better value for taxpayers. It also adjusted the weighting of the criteria to reflect these changes and simplified the scoring methodology. Finally, Amendment 2 was intended to align with GSA's principles to create a process that is fair and transparent, is grounded in the agency's best practices for site selection, and results in selecting a site that best meets the needs of the FBI for years to come. It also maintained the FBI's priorities for the new headquarters: fulfill FBI mission needs; meet the needs of the FBI workforce; and provide maximum value for taxpayers, relying on GSA's expertise and best practices in site selection.

The SSP provides for a site selection panel (the "Panel") to evaluate the three sites and for the SSA to make the final site selection decision. The Panel was composed of three full-time government employees who independently and collectively evaluated the three sites using the five site selection criteria in the SSP: (1) FBI proximity to mission-related locations; (2) transportation access; (3) site development flexibility and schedule risk; (4) promoting sustainable siting and advancing equity; and (5) cost. The Panel convened on July 27, 2023. To support the Panel's evaluation, GSA provided a package of information and data pertaining to the three sites, including information provided by the State of Maryland and the Commonwealth of Virginia.

In accordance with the SSP, the Panel was tasked with evaluating and/or otherwise applying a consensus evaluation for each criterion. On August 8, 2023, guided by the requirements of the SSP, the Panel submitted its consensus report (the "Consensus Report") to the SSA to make the final site selection decision. The responsibility of the SSA is to review the Panel's criterion evaluations prior to exercising the SSA's authority to determine which site is most advantageous to the United States and document that decision in this Site Selection Decision.

## V. PANEL PROCESS AND SELECTION CRITERIA OVERVIEW

The SSP, dated July 13, 2023, is hereby incorporated by reference[4] and provides the comprehensive site selection methodology used in this matter. That being said, it is worthwhile to reiterate the breakdown of the criteria and the methodology that the Panel was directed to use here and in the following sections as well.

[4] The SSP can be found at www.gsa.gov/reference/freedom-of-information-act-foia/electronic-reading-room.

**Criteria #1: FBI Proximity to Mission-Related Locations (subcriteria are of equal importance)**

- 1.a: The Proximity of the Site to the FBI's Quantico Facility
- 1.b: The Proximity of the Site to Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets
- 1.c: The Proximity of the Site to Downtown Facilities (U.S. Department of Justice, U.S. Capitol, and White House)

**Criteria #2: Transportation Access (subcriteria are of equal importance)**

- 2.a: The Walking Distance from the Site to a Station on the Metrorail System Operated by the Washington Metropolitan Area Transit Authority
- 2.b: The Walking Distance from the Site to Virginia Railway Express ("VRE") or the Maryland Area Regional Commuter ("MARC")
- 2.c: Accessibility to Major Bus Line Stop(s)
- 2.d: The Site's Proximity to the Nearest Commercial Airport

**Criteria #3: Site Development Flexibility and Schedule Risk (subcriteria are of equal importance)**

- 3.a: Site Area and Site Geometry
- 3.b: Schedule Risk

**Criteria #4: Promoting Sustainable Siting and Advancing Equity (subcriteria are of equal importance)**

- 4.a: Advancing Racial Equity and Support for Underserved Communities Through the Federal Government
- 4.b: Promoting Sustainable Locations for Federal facilities and Strengthening the Vitality and Livability of the Communities in which Federal Facilities are Located

**Criteria #5: Cost (cost elements are added together)**

- Cost to Acquire Site + Cost to Prepare Site + Cost of Off-Site Improvements + Relative Cost Difference of Expected Construction Start Dates

## VI. OVERVIEW OF THE COLOR SCHEME, WEIGHTS, AND PROCESS

| **Criteria** | **BLUE** | **GREEN** | **YELLOW** |
|---|---|---|---|
| All | Most advantageous to the Government, relative to the other sites (ties are allowed if differences are marginal) | Second most advantageous to the Government, relative to the other sites (ties are allowed if differences are marginal) | Third most advantageous to the Government, relative to the other sites (ties are allowed if differences are marginal) |

**A. For All Criteria:** The Panelists individually evaluated each site against one another by assigning a color to each subcriteria. The individual Panelists did not assign a color to the overall criteria, but waited until the Panel convened as a group to do so. Using the subcriteria colors, the Panel determined the predominant color for each site per criteria. The Panel assigned one Blue, at a minimum, for each criteria or subcriteria; however, it was possible for each Panelist and the Panel as a group to assign the same color to more than one site. Therefore, it was possible, for instance, for the Panel to assign two Blues and one Green and no Yellows for a given criteria.

**B. The Weighting of Each Criteria:** The overall color rating for each criterion was weighted per the predetermined multiplier. The criteria colors were totaled per the following weighting formula once all criteria were evaluated:

- Criteria #1: 25 /100
- Criteria #2: 20 /100
- Criteria #3: 15 /100
- Criteria #4: 20 /100
- Criteria #5: 20 /100

## VII. BREAKDOWN OF THE SELECTION CRITERIA

### CRITERIA #1: FBI PROXIMITY TO MISSION-RELATED LOCATIONS
**(subcriteria are of equal importance)**

**Subcriteria 1.a: The Proximity of the Site to the FBI's Quantico Facility:** The Panel considered the driving distance from the site to the FBI's Quantico facility in Quantico, Virginia. For purposes of this site selection criteria, the driving distance was determined by calculating the shortest driving distance from the approximate boundary of each site to the FBI Quantico Facility's Russell Road vehicle gate. To calculate the driving distance, the Panel was provided

with the distance based on the average results from each of the following two commercial web mapping platforms: Google Maps and Apple Maps. The Government prefers a site that is as close to the FBI's Quantico facility as possible.

**Subcriteria 1.b: The Proximity of the Site to Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets:** The Panel considered the cumulative driving distance from each site to the FBI's operationally significant FBI real estate assets, measured in miles. The Government prefers a site that is as close to the real estate assets as possible.

"Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets" means:
- "Operational Airports" (airports housing FBI aviation assets); and
- Federally owned or leased facilities with over 500 available seats, excluding the FBI's Quantico facility, not planned to consolidate.

The information provided to the Panel showed the shortest driving distance from the approximate boundary of each site to each of the real estate assets. The driving distance was calculated based on the average results from each of the following two commercial web mapping platforms: Google Maps and Apple Maps. The Panel used the total cumulative driving distance to compare the sites and assign a color.

**Subcriteria 1.c: The Proximity of the Site to Downtown Facilities (U.S. Department of Justice, U.S. Capitol, and White House):** The Panel considered the cumulative driving distance from the approximate boundary of each site to the following downtown facilities: the headquarters of the U.S. Department of Justice; the U.S. Capitol; and, the White House, in miles. The Panel used the total cumulative driving distance calculated by using the results from each of the following two commercial web mapping tools, Google Maps and Apple Maps. The Government prefers a site that is as close to the downtown facilities as possible.

**CRITERIA #2: TRANSPORTATION ACCESS**
**(subcriteria are of equal importance)**

**Subcriteria 2.a: The Walking Distance from the Site to a Station on the Metrorail System operated by the Washington Metropolitan Area Transit Authority:** The Panel considered the walking distance of the site to a Metrorail station to evaluate which site would best expand public transportation use and access. For purposes of this criteria, Metrorail station means a station operated by the Washington Metropolitan Area Transit Authority ("WMATA"). The information provided to the Panel included the walking distance from the site to the nearest Metrorail station as calculated in the 2016 Draft Environmental Impact Statement. A site that is as close to a Metrorail station as possible is preferred. Based on the information provided, the Panel compared the sites and assigned a color.

**Subcriteria 2.b: The Walking Distance from the Site to a Virginia Railway Express (VRE) or Maryland Area Regional Commuter (MARC) Station:** The Panel considered the distance of the site to a commuter rail station to evaluate which site would best expand public transportation use and access. For purposes of this criteria a commuter rail station means one that is operated by the VRE or the MARC train system. The information provided to the Panel included the walking distance from the site to the nearest commuter rail station as calculated in the DEIS. The Government prefers a site that is as close to a commuter rail station as possible. Based on the information provided, the Panel compared the sites and assigned a color.

**Subcriteria 2.c: Accessibility to Bus Line Stops:** The Panel considered the number of bus lines servicing stops within 1/2 mile of each site to evaluate which site would best expand public transportation use and access. The information provided to the Panel included the number of lines per site as calculated in the DEIS and updated for current conditions. The Government's preference is for a site that has as many bus line stops within the immediate vicinity of the site as possible. Based on the information provided, the Panel compared the sites and assigned a color.

**Subcriteria 2.d: The Site's Proximity to the Nearest Commercial Airport:** The Panel considered the driving distance from the site to the nearest Commercial Airport, measured in miles. The Government prefers a site with the shortest distance. "Commercial Airport" means:

- Washington Dulles International Airport ("IAD") located at 1 Saarinen Circle, Dulles, VA 20166;
- Reagan National Airport ("DCA") located at 2401 Ronald Reagan Washington National Airport Access Rd, Arlington, VA 22202; and
- Baltimore/Washington Thurgood Marshall Airport ("BWI") located at 7050 Friendship Rd, Baltimore, MD 21240.

The information provided to the Panel showed the shortest driving distance from the anticipated boundary of each site under consideration to each Commercial Airport. The distance was calculated based on the results from each of the following two commercial web mapping platforms: Google Maps and Apple Maps. Based on the information provided, the Panel used the distance to compare the sites and assigned a color.

**CRITERIA #3: SITE DEVELOPMENT FLEXIBILITY AND SCHEDULE RISK**
**(subcriteria are of equal importance)**

**Subcriteria 3.a: Site Area and Site Geometry:** The Panel considered whether the site is flexible enough to allow for expansion and build-out to accommodate future growth. The site should have the flexibility to support future programmatic changes due to unforeseen changing mission requirements. To support future growth or consolidation, a site should have the capacity

to support additional buildings and/or operational functions. Based on the information provided, the Panel compared the sites and assigned a color.

**<u>Subcriteria 3.b: Schedule Risk</u>:** This criterion considers the potential schedule risks to meeting the expected construction start date at any of the sites. These risks include acquiring the site, relocating tenants, demolition of existing facilities, remediating the soil, and taking other necessary actions. The sooner the site is available for the commencement of construction activities, at the least risk to the Government, the better. Based on the information provided, the Panel analyzed the risks associated with each site and then compared, contrasted, and weighed those risks against one another to evaluate the degree of future schedule risk to the Government and assigned a color.

**<u>CRITERIA #4: PROMOTING SUSTAINABLE SITING AND ADVANCING EQUITY</u>**
**(subcriteria are of equal importance)**

This criterion considers the likelihood that selecting the site will advance the policies and goals contained in Executive Orders 13985, 14057, and 14091 to:

- Advance racial equity and support for underserved communities through the Federal Government; and
- Promote sustainable locations for Federal facilities and strengthen the vitality and livability of the communities in which Federal facilities are located.

**<u>Subcriteria 4.a: Advancing racial equity and support for underserved communities through the Federal Government</u>:** Executive Order 13985 established that the Government should pursue a comprehensive approach to advancing equity for all and creating opportunities for the improvement of communities that have been historically underserved. Section 1 of the order states:

> It is therefore the policy of my Administration that the Federal Government should pursue a comprehensive approach to advancing equity for all, including people of color and others who have been historically underserved, marginalized, and adversely affected by persistent poverty and inequality. Affirmatively advancing equity, civil rights, racial justice, and equal opportunity is the responsibility of the whole of our Government. Because advancing equity requires a systematic approach to embedding fairness in decision-making processes, executive departments and agencies (agencies) must recognize and work to redress inequities in their policies and programs that serve as barriers to equal opportunity.
>
> ***

> By advancing equity across the Federal Government, we can create opportunities for the improvement of communities that have been historically underserved, which benefits everyone.

In addition, Executive Order 14091, *Further Advancing Racial Equity and Support for Underserved Communities Through The Federal Government* (Feb. 16, 2023), "builds upon [] previous equity-related Executive Orders by extending and strengthening equity-advancing requirements for agencies, and it positions agencies to deliver better outcomes for the American people." Furthermore, E.O. 14091 instructs agencies to "undertake efforts…to strengthen urban equitable development policies and practices, such as advancing community wealth building projects [and] facilitating equitable flows of private capital, including to underserved communities…."

Accordingly, the Panel considered aspects of each site that may advance the policy goals set forth in E.O. 13985 and 14091, including but not limited to: (i) whether federal resources have been or are equitably distributed to people of color and others who have been historically underserved, marginalized, and adversely affected by persistent poverty and inequality in the county where the site is located (versus the county in which the other site is located) that have historically been disadvantaged when it comes to federal investment; (ii) the share of the county's federal office space (using the data from the Federal Real Property Profile) in the community where the site is located versus the county in which the other site is located; (iii) the median household income of the county where the site is located versus the county in which the other site is located; (iv) the percentage of federal jobs located in the county where the site is located versus the county in which the other site is located; (v) whether the site is located in an "underserved community," as that term is defined in E.O. 13985; (vi) whether locating the facility at the site could provide increased employment opportunities for an "underserved community," as that term is defined in E.O. 13985; (vii) whether locating the site at the facility could create middle-skill, high-paying jobs (defined as those in excess of the median individual income in the county where the site is located) in an "underserved community," as that term is defined in E.O. 13985; and (viii) whether locating the site at the location could create opportunities for the improvement of communities that have been historically underserved. Based on the information provided, the Panel compared the sites and assigned a color.[5]

**Subcriteria 4.b: Promoting sustainable locations for Federal facilities and strengthening the vitality and livability of the communities in which Federal facilities are located:** Section 510(b) of E.O. 14057 instructed the Chair of Council on Economic Quality ("CEQ"), in consultation with the Director of the Office of Management and Budget to "consider issuing guidance for agencies to promote sustainable locations for Federal facilities and strengthen the

[5] Neither the SSA nor the Panel considered race, ethnicity, sex, gender, national origin, alienage, or religion in their evaluations, recommendation, or decision, regardless of whether such information was contained in the materials submitted by the Commonwealth of Virginia or State of Maryland.

vitality and livability of the communities in which Federal facilities are located." In August 2022, CEQ issued "Implementing Instructions for Executive Order 14057 Catalyzing Clean Energy Industries and Jobs Through Federal Sustainability." The implementing instruction note that when making siting decisions for Federal workplaces, agencies should advance:

- Sustainable land use that promotes conservation of natural resources, reduced GHG emissions, and increased resilience to the impacts of climate change;
- Efficient use of and integration with existing local infrastructure;
- Expanded use of and broad access to public transportation;
- Equitable development that promotes environmental justice and spurs economic opportunity for disadvantaged communities that historically have been marginalized and overburdened by pollution and underinvestment; and
- Coordination and alignment with the development plans of Tribal, State, and local governments that advance these and related goals.

For purposes of Criteria 4, the Panel reviewed information pertaining to the first, fourth, and fifth bullets. GSA took the second bullet into consideration during the previous site selection activities to winnow the potential list of sites to Springfield, Landover, and Greenbelt. Criteria 2 (transportation access) addresses the third bullet.

Based on the information provided, the Panel compared the sites and assigned a color.

**CRITERIA #5: COST**
**(cost elements are added together)**

- Cost of Site Acquisition: If the Government needs to purchase the site, the cost to acquire the site is the one provided by the owner of the site to the Government. The Panelists were provided with the statement of price provided to the Government. A site provided to the Government at no cost would have no acquisition cost.
- Cost of Site Preparation: The estimated, reasonable costs to prepare the site for any future construction. This includes relocating tenants not already planned for relocation, demolishing existing facilities, remediating the soil, and taking other necessary actions. The Panelists were provided with the statements of costs estimated by the Government.
- Cost of Off-Site Improvements: The difference, if any, between the anticipated off-site infrastructure improvements to be paid for by third parties and the cost, if any, of any such improvements that will need to be paid by the Government. This criterion takes into the account the delta, if any. The information provided to the Panelists included these costs.
- Relative Cost Differences of Expected Construction Start Dates: This allows for the recognition of relative cost differences, if any, due to an earlier expected construction

start date at any of the sites. A later construction start date would push the final completion of the overall project to a later date. The cost applied here consists of two elements: (1) construction escalation; and (2) JEH carrying costs. These two elements will then be multiplied by the time difference (in months), if any.

Based on the information provided, the Panel added the various costs for each site and then compared the total cost of each site against one another and assigned this criteria a color.

## VIII. SITE SELECTION DETERMINATION

### A. Site Selection Determination Overview

In my role and responsibility as SSA, I have reviewed the Consensus Report provided by the Panel. In conducting my own evaluation, I heavily reviewed and relied on the Consensus Report and the same information package provided to the Panel. It is important to note that, in accordance with Section XI of the SSP:

> [Th]e site selection authority is vested with the discretion to fully evaluate all attributes of the sites and select the site which is truly most advantageous to the Government, regardless of the recommendation provided by the panel. The site selection authority may consider any and all information in making a decision, including the full record of the site selection panel but also information, data, or other materials not considered or evaluated by the site selection panel.

While the Site Selection Plan does not require the SSA to adhere to the same structured subcriteria analysis as the Panel, in my discretion, I conducted my evaluation very similarly to the process the Panel followed. That is, I analyzed the same subcriteria as the Panel was instructed to use and engaged with the Panel's methodology, but I also used the discretion given to me by Section XI of the SSP to inform my overall ratings for each of the five criteria, bringing in additional information that the Panel could not consider when I thought it relevant for determining which site was most advantageous to the Government.

In accordance with Section III of the SSP, the Panel developed and documented a consensus evaluation for each criteria. The Consensus Report also provided a site selection recommendation to the SSA, identifying the Springfield site as the most advantageous to the Government. After reviewing the Consensus Report in detail and applying all the information and criteria set forth in the SSP, I concluded that this was a close call between two sites, both of which present important advantages to the Government. Given this fact and due to the importance of this site selection decision, I sought to determine how each site advantaged the Government in the near-term and the long-term, based on my assessment of the impact of the site

selection to the FBI, the greater Washington region, and American taxpayers. Based on that, I determined that the Greenbelt site is the most advantageous to the Government. This Site Selection Decision document provides my full analysis, including where my criteria ratings differed from the Panel's.

**B. Evaluation Of Site Selection Plan As Applied To Each Site**

**B.1. Criteria #1: FBI Proximity to Mission-Related Locations**

Building on the Panel's recommendations, and following similar methodology, I assigned the following ratings for Criteria #1 and its subcriteria. For Criteria #1, the Springfield site was rated the "most advantageous [Blue] to the Government, relative to the other sites."

| | **Springfield** | **Greenbelt** | **Landover** |
|---|---|---|---|
| **Proximity** | **Blue** | **Yellow** | **Green** |
| Subcriteria 1.a | Blue | Yellow | Yellow |
| Subcriteria 1.b | Blue | Yellow | Yellow |
| Subcriteria 1.c | Green | Green | Blue |

***1.a: The Proximity of the Site to the FBI's Quantico Facility***

I compared the distance between each site and Quantico to determine which site was closest. I also looked at the difference of the distances between each site and Quantico to evaluate if the comparable difference was marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The distance from Springfield to Quantico is 22.85 miles, whereas the distances from Landover and Greenbelt to Quantico are 46.55 and 49.5 miles, respectively.

The 20+ mile differential between Springfield (the closest site) and Landover and Greenbelt, is materially favorable to the Government, with Springfield being significantly closest to Quantico, and I therefore assigned Springfield a Blue rating. I assigned Landover and Greenbelt a Yellow rating (as opposed to Green) due to their significant distance to Quantico in comparison to Springfield (which, for each site, is more than 20 miles greater than the distance of Springfield to Quantico). They were tied due to, in my judgment, the marginal difference of 2.9 miles in driving distance when comparing the distances from Landover versus Greenbelt to Quantico.

SSA assessment compared to the Panel: The Panel and I had the same ratings for Subcriteria 1.a.

***1.b: The Proximity of the Site to Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets***

I compared the cumulative miles between each site and the Remaining Operationally Significant FBI/NCR Real Estate Assets to determine which site was closest. I also looked at the difference of the distances between each site and the relevant assets to evaluate if the comparable difference was marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The cumulative distance from Springfield to the Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets is 191.05 miles, whereas the cumulative distances from Landover and Greenbelt are 291.15 and 294.45 miles, respectively.

I assigned Springfield a Blue rating, because Springfield is significantly closer to the Remaining Operationally Significant FBI/NCR Real Estate Assets than the other two sites. I assigned Landover and Greenbelt both a Yellow rating due to their significant distance from the Remaining Operationally Significant FBI/NCR Real Estate Assets in comparison to Springfield (which, for each site, is ~100 cumulative miles more than the distance of Springfield to the assets). They were assigned the same color due to the marginal difference of 3.3 cumulative miles in driving distance when comparing the distances from the Remaining Operationally Significant FBI/NCR Real Estate Assets to each Landover and Greenbelt.

SSA assessment compared to the Panel: The Panel and I had the same ratings for Subcriteria 1.b.

***1.c: The Proximity of the Site to Downtown Facilities (U.S. Department of Justice, U.S. Capitol, and White House)***

I compared the cumulative miles between each site and the Downtown Facilities to determine which site was closest. As with the two subcriteria above, I looked at the difference of the cumulative distances between each site and the Downtown Facilities to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The cumulative driving distance from Landover to the Downtown Facilities (U.S. Department of Justice, U.S. Capitol, and the White House) is 34.8 miles, whereas the cumulative driving distances from Springfield and Greenbelt are 41.9 and 45.65 miles, respectively.

Landover had a 7+ mile cumulative driving distance advantage over the Springfield and Greenbelt sites. I accordingly assigned Landover a Blue rating because it has the shortest distance.

I tied Springfield and Greenbelt both with a Green rating because, in my judgment, the difference of 3.75 cumulative miles in driving distance when comparing the distances from the Downtown Facilities to each Springfield and Greenbelt is marginal.

SSA assessment compared to the Panel: The Panel and I did not reach the same conclusion for Subcriteria 1.c. The Panel and I were consistent in assigning Blue to Landover for its proximity to the Downtown Facilities. However, I assigned both Springfield and Greenbelt a Green rating (whereas the Panel assigned Green and Yellow respectively) because, as noted above, in my judgment, there is a marginal difference in 3.75 cumulative miles in driving distance (especially since "cumulative miles" is the sum total of the multiple differences in mileage to each of the Downtown Facilities), and neither Springfield nor Greenbelt is so much further than Landover as to warrant a Yellow rating. The Panel differentiated the ratings for Springfield and Greenbelt based on the calculated percentage difference in cumulative miles between the two sites and the Downtown Facilities, which is 9% greater for Greenbelt than for Springfield. While a 9% difference may seem substantial on the surface, in absolute terms, I viewed the cumulative mileage difference of 3.75 miles (which is an average of only 1.25 miles difference to any one of the three Downtown locations) as marginal, as explained above.

**Overall Rating for Criteria #1:** My overall ratings for Criteria #1 are that Springfield is the most advantageous site (Blue), Landover is the second most advantageous site (Green), and Greenbelt is the third most advantageous site (Yellow) to the Government from a Proximity to Mission-Related Locations perspective. Springfield is most advantageous due to its proximity to the FBI's Quantico Facility and the Non-Consolidating Operationally Significant FBI/NCR Real Estate Assets. As to the proximity to Downtown Facilities, while Landover is the closest site in driving distance to the Downtown Facilities, I also note that both Springfield and Greenbelt have transit access to the Downtown Facilities, which provides an additional means of accessing the Downtown Facilities, which is an additional benefit to the Government.

My overall assessment for Criteria #1, therefore, is that the Springfield site provides the best overall Proximity to FBI's Mission-Related Locations.

SSA overall rating compared to the Panel: The Panel and I reached the same overall rating for Criteria #1.

**B.2. Criteria #2: Transportation Access**

Building on the Panel's recommendations, and following similar methodology, I assigned the following ratings for Criteria #2 and its subcriteria. For Criteria #2, the Greenbelt site was rated the "most advantageous [Blue] to the Government, relative to the other sites."

| | Springfield | Greenbelt | Landover |
|---|---|---|---|
| **Transportation Access** | **Green** | **Blue** | **Yellow** |
| Subcriteria 2.a | Green | Blue | Yellow |
| Subcriteria 2.b | Green | Blue | Yellow |
| Subcriteria 2.c | Blue | Green | Yellow |
| Subcriteria 2.d | Blue | Green | Green |

***2.a: The Walking Distance from the Site to a Station on the Metrorail System Operated by the Washington Metropolitan Area Transit Authority***

I compared the walking distance between each site and the closest Metrorail station to determine which site was closest. I looked at the difference of the walking distances between each site and the closest Metrorail station to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The Greenbelt site is located 0.1 miles from the Greenbelt Metro Station. The Springfield site is located 0.5 miles from the Franconia-Springfield Metro Station. The Landover site is located 1.9 miles from the two closest Metrorail stations.

I assigned Greenbelt a Blue rating because the site is essentially at the Metrorail station, as demonstrated by the highly proximate 0.1 mile distance. I assigned Springfield a Green rating, rather than tying it at Blue with Greenbelt, because the difference of an average 2-minute walk to a transit station that is 0.1 miles away compared to an average 10-minute walk to a transit station that is 0.5 miles can be a material difference to commuters. At 0.5 miles, Springfield is at the upper limit for commuter walkability, as defined by several large-scale planning and transportation entities with expertise in the Washington, DC, metropolitan region. For instance, WMATA considers "walkable" to be up to a half-mile walking distance to a Metrorail station.[6] Similarly, the National Capital Planning Commission notes in its *Comprehensive Plan for the*

[6] https://planitmetro.com/2014/06/10/whats-a-walk-shed-to-transit/#more-8812.

*National Capital: Federal Elements* that, "[i]n measuring public transit access, the ratios define reasonable walking distance as 2,000 feet (about a 10-minute walk)."[7] And the Transportation Planning Board at the Metropolitan Washington Council of Governments ("MWCOG") further refined the walking distance analysis by identifying the "walksheds around each High Capacity Transit station that can be traversed within a half-mile,"[8] where one can compare the half-mile walkshed of all three sites, and I note that the Springfield site is currently on the outer edge of the walkshed.

I assigned Landover a Yellow rating because 1.9 miles is not within a walkable distance of a Metrorail station and therefore not readily accessible without a connecting transit service.

<u>SSA assessment compared to the Panel</u>: The Panel and I had the same ratings for Subcriteria 2.a.

***2.b: The Walking Distance from the Site to Virginia Railway Express (VRE) or the Maryland Area Regional Commuter (MARC)***

I compared the distance between each site and the closest commuter rail station to determine which site was closest. I looked at the difference of the distances between each site to the closest commuter rail station to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The Greenbelt site is located 0.1 miles from the Greenbelt MARC station and the Springfield site is located 0.5 miles from the Franconia-Springfield VRE station. The Landover site is located 2.9 miles from the closest MARC station located at New Carrollton Metro Station.

My assessment mirrors that of Subcriteria 2.a. I assigned Greenbelt a Blue rating because that site is essentially at the MARC station. I assigned Springfeld a Green rating because, as noted above for Subcriteria 2.a, it is at the upper limit of the suggested walking distance to a rail station. I assigned Landover a Yellow rating because it is not within a walkable distance to a rail station.

<u>SSA assessment compared to the Panel</u>: The Panel and I had the same ratings for Subcriteria 2.b.

***2.c: Accessibility to Major Bus Line Stop(s)***

I compared the number of bus stops proximate to each site to determine which site was most advantageous to the Government in terms of bus access. I also looked at the differences between

---

[7] https://www.ncpc.gov/plans/compplan/.
[8] https://www.mwcog.org/maps/map-listing/transit-within-reach-walksheds/.

each site and the number of bus stops to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

Springfield has 23 bus lines within proximity to the site. Greenbelt has 9 bus lines within proximity to the site. Landover has 6 bus lines within proximity to the site.

I assigned Springfield a Blue rating, because Springfield has the significant advantage of 23 bus lines within proximity to the site, relative to 9 and 6 respectively for Greenbelt and Landover. I assigned Greenbelt a Green rating and Landover a Yellow rating, because the former has 9 bus lines within proximity to the site and the latter has 6 bus lines within proximity to the site.
I considered whether or not to assign Greenbelt and Landover the same color rating, but I ultimately determined that, in my judgment, the difference between 9 bus lines and 6 bus lines was not marginal. It was therefore not appropriate to tie Greenbelt and Landover at a Yellow rating.

SSA assessment compared to the Panel: The Panel and I had the same ratings for Subcriteria 2.c.

***2.d: The Site's Proximity to the Nearest Commercial Airport***

I compared the driving distance to DCA, the nearest Commercial Airport, to each of the three sites to determine which site was most advantageous to the Government in terms of Proximity to the Nearest Commercial Airport and evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.
Springfield is 11.75 miles from DCA. Landover is 15.8 miles from DCA. Greenbelt is 18.7 miles from DCA.

I rated Springfield as the most advantageous site (Blue) to the Government for this subcriteria, because it is the closest site to DCA.

I rated both Landover and Greenbelt as the second most advantageous sites (Green) to the Government for following reasons:

- *Difference between Landover and Greenbelt is marginal.* I assessed the 2.9 mile difference between Landover's distance to DCA versus Greenbelt's distance to DCA to be marginal, particularly since these are highway miles. To test this, I compared the travel times to DCA from each Landover and Greenbelt and they are practically identical. The range of travel time from Landover to DCA is 28-55 minutes, while the range of travel time from Greenbelt to DCA is 30-55 minutes. There is very little distinction in travel time or distance between the two sites and therefore they should be the same.

- *Differences between Springfield and the Prince George's County sites is not marginal, but is not highly significant.* I further considered the typical planning timeframes for traveling by commercial airline[9] and the maximum difference of 6.9 miles (or 10 minutes travel times) between the sites, in my judgment, did not merit giving the Landover and Greenbelt sites a Yellow rating. For example, when comparing the travel time from Springfield to DCA (20-45 minutes) to the travel time from Landover or Greenbelt to DCA (28-55 mins), there is a maximum of 10 minutes difference in both the best case and worst case scenarios. In my judgment, 10 minutes of additional travel time when planning for airline travel is not so significant as to warrant a Yellow rating for any site.

<u>SSA assessment compared to the Panel</u>: The Panel and I did not have the same ratings for Subcriteria 2.d. The Panel and I both assigned a Blue rating to Springfield for its proximity to DCA. However, I tied Landover and Greenbelt with Green ratings (whereas the Panel assigned Landover a Green rating and Greenbelt a Yellow rating) because, as explained above, in my judgment, there was only a marginal difference in the driving distances from those two sites to DCA, and neither site merited a Yellow rating. Consistent with the difference between the Panel's recommendation and my rating for Subcriteria 1.c, the Panel differentiated the ratings for Landover and Greenbelt by calculating the percentage difference in distance between the two sites and DCA, which are 58% and 34% greater, respectively, than the distance from Springfield. While 58% and 34% differences seem substantial on the surface, in absolute terms, they represent a difference of 6.9 and 4 miles, which I viewed as a meaningful differentiator from Springfield, but not so great as to warrant a Yellow rating for either site, as explained above.

**<u>Overall Rating for Criteria #2</u>:** My overall rating for Criteria #2 is that Greenbelt is the most advantageous site (Blue), Springfield is the second most advantageous site (Green), and Landover is the third most advantageous site (Yellow) to the Government from a Transportation Access perspective.

It was apparent from the subcriteria ratings that Landover is the least advantageous location of the three sites, as defined by access to transportation options. I therefore rated it as the third most advantageous site (Yellow) to the Government from a Transportation Access perspective, as did the Panel.

In evaluating the differences between Springfield and Greenbelt, I began my evaluation first by considering the subcriteria as the Panel was instructed to do. Both sites had two Blue and two Green for their subcriteria ratings. Greenbelt is the most advantageous site based on the two

---

[9] The general, well-accepted travel advice is to arrive at the airport two hours early for domestic flights and three hours for international flights. See, for instance, DCA's Frequently Asked Questions: "How soon before my flight should I arrive at the airport? Check with your airline, but if you are departing on a domestic flight, we recommend customers arrive 2 hours prior to departure." For reference: https://www.flyreagan.com/customer-service/faq/reagan-national-frequently-asked-questions.

subcriteria pertaining to walking distance to Metro and the commuter rail system. Springfield is the most advantageous site based on the subcriteria pertaining to the number of bus stops and proximity to DCA.

I then considered which site would have the greatest potential to support transportation access for FBI employees,[10] contractors and visitors in the near-term and in the long-term.

- *Utilization of Transit Modes.* Based on an analysis of relevant data from the Draft EIS, I determined that Metro and commuter rail were the forms of public transportation that FBI employees, contractors, and visitors would use most frequently to get to any of the sites, compared to bus service.[11] While I did not have data on FBI airline utilization, I believed it was reasonable to assume that the number of people who fly for work would be significantly less at any given time than the number of people using transit services to travel to the Suburban HQ.[12] As a result, I determined that access to Metro and commuter rail were generally the most impactful to the daily quality of life of FBI employees, contractors, and visitors.

- *Difference in walking distance is not marginal.* I evaluated the difference in walking distance from Metro and commuter rail services to the employees, contractors and visitors, given that Greenbelt is a 0.1 mile (or 2-minute) walk to Metro and MARC service whereas Springfield is a 0.5 mile (or 10-minute) walk to Metro and VRE service. The difference between a 2-minute walk and a 10-minute walk to get to the entrance of the campus is a significant difference to many people. In my judgment, the difference in walking distance is not marginal and Greenbelt is more walkable for these two forms of transit than Springfield.

[10] The Suburban HQ facility will house at least 7,500 personnel. *See* U.S. Department of Justice, Federal Bureau of Investigation, FY 2023 President's Budget Request (March 2022), available at https://www.justice.gov/file/1491851/download.

[11] This assessment is based on data from the DEIS, which specifically looks at the three sites being evaluated. The DEIS indicated that Metrorail and commuter rail were much more likely travel options for FBI employees at all three locations than bus service. *See* Appendix C: FBI HQ DEIS - Greenbelt TIA, Part 2 (5-8 to 5-10) (FBI employee mode split); Appendix C: FBI HQ DEIS - Landover TIA, Part 2 (5-8 to 5-10) (FBI employee mode split); Appendix C: FBI HQ DEIS - Springfield TIA, Part 2 (5-8 to 5-10) (FBI employee mode split). While the data from the DEIS is admittedly old, I am comfortable relying on it for two primary reasons. First, as part of its transparency into the selection process, GSA notified both Virginia and Maryland that GSA would use the DEIS as part of the selection process and allowed both jurisdictions the opportunity to provide submissions to update or correct any information contained in the DEIS. Second, the disparity in the numbers between Metrorail/commuter rail and bus service is significant. Thus, even if the figures are not exact or may require updating, the differences between Metro and commuter rail, versus bus service, are so substantial that relying on them here is reasonable.

[12] Assuming 3-12% of FBI personnel use public transit (*see* SLD data at page 31 below) on a daily basis to commute to the Suburban HQ, regardless of where it is located, approximately 300-900 FBI employees should be expected to arrive at the selected site using public transportation (if readily accessible) each day. By comparison, a typical Boeing 737 seats approximately 162 passengers, which means that FBI personnel would need to fill two to five Boeing 737s per day to equal the number of FBI personnel using public transportation per day. The numbers are even more pronounced using the DEIS data, which provides a range of approximately 1,400 to 3,500 people expected to use the Metrorail and commuter rail alone.

- *Regional access to Commercial Airports.* Per the SSP, I evaluated the proximity of the three sites to the nearest Commercial Airport (i.e., DCA). However, I believe it is important to also look at access to commercial airlines, generally, and not only those airlines that fly out of DCA specifically. As a result, I broadened my analysis to include the proximity to all the Commercial Airports. I compared the distances between each of the three sites to IAD and BWI, in addition to the evaluation I did for the distance to DCA. Springfield is 28 miles (or 40 minutes in travel time) to IAD and 46 miles (or 56 minutes in travel time) to BWI. Greenbelt is 21 miles (or 30 minutes in travel time) to BWI and 38 miles (or 51 minutes in travel time) to IAD. Landover is 26 miles to BWI (or 28 minutes in travel time) and 41 miles (or 56 minutes in travel time) to IAD. In total, the cumulative mileage from the three Commercial Airports for each site is: Greenbelt (76.65 miles); Landover (82.5 miles); and Springfield (85.65 miles). This supplemental analysis did not change my rating for Subcriteria 2.d, which maintained the rating for Springfield as most advantageous due to its proximity to DCA, but it did make clear that all three sites have good access to Commercial Airports in the Washington region.

In conclusion, while I could have assigned both Greenbelt and Springfield the same rating of Blue,[13] in my role as SSA, it is my responsibility to assess which site is the most advantageous overall to the Government. For all the reasons above, I believe that the overall advantages of the Greenbelt site exceed those of the Springfield site and rated Greenbelt accordingly, as the most advantageous site (Blue) and Springfield as the second most advantageous site (Green) to the Government, from a Transportation Access perspective.

<u>SSA overall rating compared to the Panel</u>: The Panel and I did not reach the same overall rating for Criteria #2. While the Panel and I both determined Landover to be third advantageous to the Government from a Transportation Access perspective, the Panel selected Springfield as the most advantageous site, whereas I selected Greenbelt as the most advantageous site from a Transportation Access perspective.

Going into the overall rating decision for Criteria #2, the difference in how the Panel and I rated Subcriteria 2.d partially explains how we came to different conclusions on the overall rating. The difference in how I rated Subcriteria 2.d changed the assessment for the overall rating for Criteria #2 and caused me to have to decide, between two sites with equal subcriteria ratings, whether or not to tie the sites with Blue. As explained above, I determined that the differences in transportation access between Springfield and Greenbelt was not marginal, due to favorable walking distance of the Greenbelt site to Metro and commuter rail – the more frequently used forms of transit – and because all three sites have close cumulative proximity to all three Commercial Airports.

[13] I considered how assigning the same rating between Greenbelt and Springfield for Criteria #2 could have changed the overall ratings for each site. Even if Springfield and Greenbelt both received a Blue rating on Criteria #2, it would not have affected which site received the highest rating, nor would it have affected the overall decision.

**B.3. Criteria #3: Site Development Flexibility and Schedule Risk**

Building on the Panel's recommendations, and using similar methodology, I assigned the following ratings for Criteria #3 and its subcriteria. For Criteria #3, the Greenbelt and Springfield sites were both rated the "most advantageous site [Blue] to the Government, relative to the other sites."

| | Springfield | Greenbelt | Landover |
|---|---|---|---|
| **Site Flexibility and Risk** | **Blue** | **Blue** | **Green** |
| Subcriteria 3.a | Green | Yellow | Blue |
| Subcriteria 3.b | Green | Blue | Yellow |

***3.a: Site Area and Site Geometry***

I compared the site size, configuration, and the site plans provided in the DEIS to determine which site was most advantageous in terms of site area and site geometry. I also looked at the differences between each site to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The Landover site has a buildable area of 31.13 acres, with a regular, flexible, and relatively unrestricted site geometry, and there are no existing buildings on site to work around. The Springfield site has a buildable area of 12.59 acres, with an open site geometry, a regular configuration, and no building constraints. The Greenbelt site has a buildable area of 11.26 acres, with an irregular triangular configuration and wetlands bordering the site to the south, which constrains the site.

I rated Landover as the most advantageous site (Blue) to the Government from a Site Area and Site Geometry perspective. Its buildable area is significantly larger than the other two sites, has the ability to utilize a majority of the site, and thus has the greatest flexibility to accommodate significant growth in the future. This site will likely require more parking, given that it is not within walking distance to public transportation, but the site is large enough to accommodate additional parking requirements, even when considering future growth.

I rated Springfield the second most advantageous site (Green) to the Government from a Site Area and Site Geometry perspective. It has the second largest buildable area and has the ability

to utilize a majority of the site. Moreover, the concept site plan can easily and efficiently accommodate expansion in the future.

I rated Greenbelt the third most advantageous site (Yellow) to the Government because it has the smallest buildable area of the three sites. Moreover, it has more restrictive site conditions, such as existing wetlands and nearby transit facilities. Although the buildable area was numerically not significantly different between Springfield and Greenbelt (12.59 acres versus 11.26 acres), in my judgment, the site restrictions at Greenbelt are a differentiator on this subcriteria, and are therefore not marginal.

SSA assessment compared to the Panel: The Panel and I had the same ratings for Subcriteria 3.a.

***3.b: Schedule Risk***

Similar to my approach with the other subcriteria, I compared the potential schedule risks for each site to determine which site was most advantageous in terms of schedule risk. I also looked at the differences between each site to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

Although there are many factors that relate to schedule risk, a few background points are worth emphasizing. The Greenbelt and Landover sites are not owned by the Government, and thus the principal schedule risk to the expected construction commencement date is site acquisition risk (i.e., the risk that the Government may not secure the site, or that the acquisition process takes significantly longer than the expected timeline, to a point of delaying construction).

The Springfield site is owned by the Government, which avoids any site acquisition risk.[14] However, the Springfield site is also not immediately available for construction because it currently has multiple Federal tenants located on it, and those tenants must be relocated prior to construction starting. Thus, for Springfield, the principal schedule risk is site access risk (i.e., the risk that the tenants are unable to relocate within the current expected timeline, to a point of delaying construction). Under the current timeline, the Government has estimated a pre-development period of 42 months (i.e., from site selection to beginning of construction), which time is necessary to complete the requirements under NEPA, design, and site preparation.

---

[14] As part of my overall assessment, I gave consideration to GSA's general preference for already federally owned land. Under 41 C.F.R. § 102-73.255(a), "[e]xecutive agencies must consider . . . [m]aximum utilization of Government-owned land (including excess land) whenever it is adequate, economically adaptable to requirements and properly located, where such use is consistent with the provisions of part 102-75, subpart B, of this chapter." As the Site Selection Authority, I have taken this regulation into consideration and incorporated that general preference in making my selection decision when evaluating Criteria #3.

I rated Greenbelt as the most advantageous site (Blue) to the Government from a Schedule Risk perspective because, while the site must be acquired, that site acquisition risk, in my judgment, is low. Greenbelt is owned by a public transit authority that has made public commitments to sell the property at its appraised value. Therefore, in my judgment, the primary question is not whether the owner of Greenbelt will sell the property, but how long it will take for the Government to close on and acquire the site. The current estimated timeline for closing on the Greenbelt property is 9 months; there are 33 months between the estimated closing date to the start of construction, which suggests the greatest opportunity for the project schedule to absorb any site acquisition delay.

I rated Springfield the second most advantageous site (Green) to the Government because, while the Government owns the site and is not subject to site acquisition risk, the need to relocate multiple Federal tenants currently at Springfield is required. The estimated tenant relocation and site demolition schedule is 41 months, leaving 1 month available until the start of construction. While GSA has significant experience relocating Federal tenants, the ability of the project schedule to absorb any tenant relocation and site demolition delay is minimal, with only 1 month to spare.

I rated Landover the third most advantageous site (Yellow) to the Government, because I assessed the site acquisition risk to be high. The site is owned by a private owner who has offered the property for a price that significantly exceeds GSA's assessment of the fair market value. Given the significant spread between the offer price and fair market value, it is not clear how long it would take for the Government and the owner to reach an agreement on a purchase price that GSA could accept; a lengthy negotiation process would significantly impact the project schedule.

<u>SSA assessment compared to the Panel</u>: The Panel and I had the same ratings for Subcriteria 3.b.

**<u>Overall Rating for Criteria #3</u>:** My overall ratings for Criteria #3 are that both the Springfield and Greenbelt sites are most advantageous (Blue) to the Government, whereas Landover is the second most advantageous site (Green) to the Government from a Site Development Flexibility and Schedule Risk perspective. In evaluating this Criteria, it is important to note that none of the sites is without risk and that each site has its unique risks. My overall ratings reflect my judgment of how consequential the unique risks of each site are to the Government and whether or not such risks can be reasonably mitigated.

As mentioned above, site control is a fundamental requirement to advance any project. The Government owns Springfield so site control is not a concern, and Greenbelt is owned by another government entity and offers a clear public process and timeline to achieve site control. Site acquisition risk is greatest for Landover, as explained above. In my judgment, that consideration

alone differentiates the Landover site and renders it less favorable overall to the Government, compared to the other two sites.

When comparing the types of risks related to each Greenbelt and Springfield, Greenbelt presents less schedule risk than Springfield, which, in my judgment, is very important for advancing the project according to a known and reliable schedule (which also impacts cost). The complexities of the Greenbelt site, however, relate to its site constraints. I evaluated whether or not Greenbelt's site constraints could be mitigated, as well as assessed GSA's ability to design and manage construction on this complex site. I concluded that given that GSA routinely works on large-scale projects in urban, suburban and remote settings with complex logistical and site constraints, GSA will be able to develop a site plan that achieves some (but not as great as Springfield's) options for expansion of the FBI's mission at Greenbelt, while working within the constraints of the Greenbelt site.

Springfield, on the other hand, presents far fewer site constraints than Greenbelt, which would provide the FBI with greater opportunity to expand over the long term. However, the schedule risk of moving the existing tenants off the Springfield site is of significant concern because of the minimal time between the estimated tenant relocation completion and the construction start date. Unfortunately, there are limited means of mitigating schedule risk at Springfield.

Because both Greenbelt and Springfield offer different advantages and disadvantages to the Government, and that establishing the marginality of these differences is difficult to do, I assigned both sites the rating of most favorable to the Government (Blue) from a Site Development Flexibility and Schedule Risk perspective.

<u>SSA overall rating compared to the Panel</u>: The Panel and I did not reach the same consensus rating for Criteria #3. The Panel assigned Springfield as the most advantageous site (Blue), Greenbelt to be the second most advantageous site (Green), and Landover to be the third most advantageous site (Yellow) to the Government from a Site Development Flexibility and Schedule Risk perspective. I came to a different conclusion than the Panel for the following reasons.

The Panel indicated in their recommendation that "the difference in developable area of the Greenbelt site when compared to the Springfield site was a larger differential than when comparing the risk-associated impacts to the schedule that Springfield presents." I came to a different conclusion. In my view, the schedule risk differences between Greenbelt and Springfield are significant, just as the site constraint differences between Greenbelt and Springfield are significant. Therefore, I ascribed the risk of schedule delay due to multiple tenant relocations to be no more or less than that of site constraints and viewed each site as equally advantageous to the Government.

One other difference between my assessment of Criteria #3 and the Panel's recommendation is that the Panel assigned Landover a Yellow rating, whereas I assigned Landover a Green rating. Ultimately, given how close the totality of the subcriteria ratings were here, I do not think it would have been reasonable to assign Springfield and Greenbelt a Blue rating and Landover a Yellow rating. While I appreciate the schedule risk associated with the Landover site, as noted above, the Landover site has a significant advantage on Subcriteria 3.a, which I deem a sufficient benefit that Landover merits a Green rating overall for Criteria #3.

**B.4. Criteria #4: Promoting Sustainable Siting and Advancing Equity**

Building on the Panel's recommendations, and using similar methodology, I assigned the following ratings for Criteria #4 and its subcriteria. For Criteria #4, the Greenbelt and Landover sites were both rated the "most advantageous site [Blue] to the Government, relative to the other sites."

| | Springfield | Greenbelt | Landover |
|---|---|---|---|
| **Equity** | **Yellow** | **Blue** | **Blue** |
| Subcriteria 4.a | Yellow | Blue | Blue |
| Subcriteria 4.b | Green | | Blue |

***4.a: Advancing Racial Equity and Support for Underserved Communities Through the Federal Government***[15]

I compared the extent to which each site offered opportunities for the Government to advance equity and improve underserved communities. I also looked at the differences between each site to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

Based on Executive Orders 13985 and 14091, the SSP provides for eight factors to be assessed under subcriteria 4.a (although the SSP does not dictate how these eight factors are to be weighed or assessed against one another). For simplification purposes, I broke down my analysis into three categories: (1) determination as to whether and to what degree each site was located near or within an underserved community; (2) determination of equitable distribution of Federal resources, including office space, jobs, and spending among the three sites; and (3) degree to

[15] Neither I nor the Panel considered race, ethnicity, sex, gender, national origin, alienage, or religion as part of our deliberations regarding Criteria #4, regardless of whether such information was contained in the materials submitted by Virginia or Maryland.

which the Suburban HQ could create opportunities for jobs and other improvements in communities that have been historically underserved.

1. Determination of Underserved Communities. I evaluated multiple data maps (that were provided to both myself and the Panel) to determine if and to what degree each site was located near or within an "underserved" community. For example:

   - Prince George's County has a significantly lower median household income ($91,124) when compared to the much higher amount for Fairfax County ($133,974). (The statistic for the Washington metropolitan statistical area ("MSA") is $111,252.)
   - In Prince George's County, 9% of residents are below the poverty level, versus 6% for Fairfax County. (The MSA statistic is 8%.) Prince George's County also has a higher percentage (5%) of "Areas of Persistent Poverty" as defined by the U.S. Department of Transportation ("DOT"), compared to the Areas of Persistent Poverty for Fairfax County (2%).
   - Prince George's County has 62% owner-occupied housing with a median value of $337,800, versus 69% and $594,500 for Fairfax County. (The MSA statistic is $453,100.)
   - Prince George's County has 20% of adults over age 25 earning Bachelor's degrees and 15% graduate/professional degrees, compared to Fairfax County, in which 32% of adults over age 25 earned Bachelor's degrees and 32% earned graduate/professional degrees.
   - Data from EJScreen Supplemental Demographic Index of Vulnerability to Environmental Impacts, which are based on the average of five socio economic indicators (low income, unemployment, limited English, less than high school education, and low life expectancy), shows that the Greenbelt and the Landover sites have a significantly higher concentration and number of vulnerable census tracts when compared with the Springfield site, with both Prince George's County sites ranking in the 87th percentile of the Supplemental Demographic Index of Vulnerability to Environmental Impacts compared to the Springfield site at the 57th percentile.
   - Data from EJScreen's Broadband Access, Food Deserts, and Medical Underservice Variables, which focuses on three service gap variables (food deserts, limited broadband access, and medically underserved areas), identifies the greater concentration and number of census tracts experiencing service gaps in Prince George's County, MD versus Fairfax County, VA.
   - DOT considers a census tract to be disadvantaged if the overall index score places it in the 65th percentile or above for the entire United States. The data shows that Prince George's County has a population of 212,000 out of 911,000 living in

disadvantaged census tracts (or 25%), versus a population of 40,000 out of 1.1 million in Fairfax County (or just 3%).

Based on the above information, I concluded that Prince George's County meets the definition of being "underserved," particularly when comparing the above data points to those of Fairfax County. I also concluded that the degree of difference between the two counties is significant, since the statistics for Prince George's County compared to those for the entire MSA are worse, whereas the statistics for Fairfax County compared to those for the entire MSA are better. As a result, I determined that Greenbelt and Landover (the two sites in Prince George's County) are significantly more underserved than Springfield (the Fairfax County site).

2. Equitable Distribution of Federal Resources. I turned to Federal sources of data to determine the equitable distribution of Federal resources.

- The share of Federal jobs is comparable between the counties, with 5.2% of the Federal civilian workforce being located in Fairfax County versus 6.0% located in Prince George's County.
- The share of "general use"[16] space that is owned and leased by the Government in the two counties is also comparable, with 7.1 million square feet being located in Fairfax County versus 5.6 million square feet being located in Prince George's County.[17]
- However, total Federal spending has not equally benefitted the two counties between 2012 and 2023. Fairfax County benefitted from $377 billion of Federal spending whereas Prince George's County benefitted from $100 billion of Federal spending.[18] Additionally, Federal spending only accounts for the direct impact of Federal government contracts, but does not capture the indirect economic benefit of job creation and spending by employed individuals in the local economy.

With only 20.9% of the total Federal spend in the two counties, Prince George's County has received significantly less benefit from Federal spending than Fairfax County.

[16] "General use" space is defined by GSA to include uses such as office, courthouse, and administrative space, and excludes uses such as warehouses, parking, and unique predominant use codes.
[17] Source: 2023 GSA Building Information database. The Panel packet also contained FRPP data, as set forth in the SSP, but the data included a caveat that there were "notable gaps in the square footage field and issues with coding consistency for building type and building use fields make the data less reliable than that available in the GSA system." Accordingly, I relied on the GSA data set rather than the data in the FRPP. Even if I were to use the FRPP data to analyze this particular data point, it would not have altered my overall rating for the three sites for Criteria #4.
[18] Source: GSA Federal Procurement Data System (https://www.usaspending.gov/search).

3. Opportunity to Improve Underserved Communities. I evaluated multiple data tables and maps (that were provided to both me and the Panel) to determine if and to what degree the Suburban HQ might create economic opportunities and improve the community. For example:

    - DEIS concluded that all three sites would benefit from increased sales, income, and employment opportunities.
    - Prince George's County's 2021 gross domestic product ("GDP") was $51 billion, whereas Fairfax County's 2021 GDP was $138 billion; this is 2.7 times that of Prince George's County's GDP, which is more than a marginal difference.
    - Prince George's County's current total employment base is 349,000 and its expected employment growth between 2020-2045 is 15%. Fairfax County's current total employment base is 700,900 and its expected employment growth between 2020-2045 is 27%. Fairfax County anticipates nearly double the employment growth in the next 25 years compared to Prince George's County.

    Based on the above, I concluded that the Government's investment in the Suburban HQ would benefit Prince George's County to a greater extent than it would benefit Fairfax County, even though the direct Federal spend and number of jobs created would be equal. That is, the same Federal spend and jobs created would have a greater percentage impact in Prince George's County, where GDP and job growth are significantly lower in Prince George's County than in Fairfax County.

Based on the conclusions I reached under the three categories above, I rated both Landover and Greenbelt to be the most advantageous sites (Blue) to the Government, because the two Prince George's County sites offer the greatest opportunity for the Government to advance equity and improve communities. Conversely, I rated Springfield as the third most advantageous site (Yellow) to the Government, because the site provides the least opportunity for the Government to advance equity. Consistent with how I assigned Yellow on previous subcriteria, I determined whether or not there was a significant difference between the sites. For Subcriteria 4.a, there are some data points that suggest parity between the sites in the two counties; however, there are many important data points that establish the significant differences between the sites in Prince George's County compared to the site in Fairfax County, and between Fairfax County and the MSA for Subcriteria 4.a. For example, the data provided in EJScreen's Supplemental Demographic Index of Vulnerability to Environmental Impacts, the percentage of disadvantaged census tracts as identified by DOT's ETC Explorer Tool, the counties' relative GDP and their current and projected employment growth, demonstrate significant differences between the two.

SSA assessment compared to the Panel: The Panel and I did not reach the same conclusion with respect to Subcriteria 4.a. While the Panel and I both rated Greenbelt and Landover to be the

most advantageous sites (Blue) to the Government, the Panel assigned Springfield to be the second most advantageous site (Green), whereas I assigned Springfield the third most advantageous site (Yellow) to the Government. The Panel's rationale for assigning Springfield a Green rating, and not a Yellow rating, was that "some factors discussed favored Springfield, and the two counties were close on several other factors." As explained above, I came to a different conclusion because I determined that the overall differences between the sites were significant and that Springfield warranted a Yellow rating for Subcriteria 4.a.

***4.b: Promoting Sustainable Locations for Federal Facilities and Strengthening the Vitality and Livability of the Communities in which Federal Facilities are Located[19]***

The SSP provides three factors to be assessed under Subcriteria 4.b: (1) sustainable land use that promotes conservation of natural resources, reduced GHG emissions, and increased resilience to the impacts of climate change; (2) equitable development that promotes environmental justice and spurs economic opportunity for disadvantaged communities that historically have been marginalized and overburdened by pollution and underinvestment; and (3) coordination and alignment with the development plans of Tribal, State, and local governments that advance these and related goals.

1. <u>Sustainable Land Use</u>. I evaluated the information and datasets provided to determine if and to what degree each site could promote conservation of natural resources, reduce GHG emissions, and increase resilience to the impacts of climate change, including the DEIS findings, EPA's Smart Location Database ("SLD"), and ETC Explorer.

   As to the conservation of natural resources, based on the DEIS, the three sites have similar adverse and beneficial impacts when considering the impacts of Vegetation, Stormwater, GHG Emissions, and Air Quality. The areas identified that might cause adverse impact were Air Quality and GHG Emissions, and areas which might be beneficial were Stormwater (i.e., all three sites are currently parking lots). Of the three sites, Greenbelt is the only site to have potential Floodplain impact, though the DEIS indicated those risks could be appropriately mitigated.[20]
   As to the opportunity to reduce GHG emissions, I looked at which site would reduce vehicular trips the most, given that building-related GHG emissions would be equivalent

[19] Neither I nor the Panel considered race, ethnicity, sex, gender, national origin, alienage, or religion as part of our deliberations regarding Criteria #4, regardless of whether such information was contained in the materials submitted by Virginia or Maryland.

[20] The DEIS notes that that the main potential area of disturbance is primarily limited to erecting a security buffer consisting of a clear zone, perimeter road, and perimeter fence, which impacts would be minimized and offset through implementation of BMPs and mitigation measures. Similarly, for the long-term potential impacts, the DEIS notes that permitting requirements would minimize impacts to floodplains and reduce potential flood risks and hazards. Thus, while there is certainly greater potential for floodplain impacts at Greenbelt, those risks can be appropriately mitigated.

at all sites and that GSA has "net zero-ready" design standards for new construction, leaving GHG-emitting automotive fuel as the greatest contributor to GHG. Based on the SLD,[21] a nationwide geographic data resource for measuring location efficiency, Greenbelt promotes greatest use of transit compared to Landover and Springfield. The SLD predicts that 70% of employees would drive alone to the Greenbelt location, compared to 79% to Landover and 82% to Springfield. Transit use at Greenbelt is predicted to be 12%, compared to 3% and 4% respectively for Landover and Springfield. Predicted active modes of transportation (i.e., biking and walking) are greatest at Greenbelt at 5%, compared to >1% and 1% at Landover and Springfield respectively. In one area (carpooling), Greenbelt does not lead, and Landover is the most advantageous at 18%, as compared to Greenbelt and Springfield which are tied at 12%. Overall, based on SLD data, Greenbelt is the most locationally efficient site, with Landover and Springfield tied thereafter.

As to the resilience to impacts of climate change, based on DOT's ETC Climate and Disaster Risk Burden indicators (which reflect sea level rise, changes in precipitation, extreme weather, and heat which pose risks to infrastructure system performance, safety, and reliability), Springfield and Landover are within or adjacent to a greater number of highly vulnerable census tracts, as it pertains to climate and disaster risk, as compared to Greenbelt.

Based on the information above, Landover and Springfield have comparable sustainable site impacts to each other, whereas Greenbelt is most subjected to Floodplain risk (which can be mitigated), but has had the most favorable location efficiency and is less vulnerable to climate and disaster risk.

2. <u>Equitable Development</u>. I evaluated the information and datasets provided to determine if and to what degree each site could promote environmental justice and spur economic opportunity for disadvantaged communities that historically have been marginalized and overburdened by pollution and underinvestment. As it pertains to environmental justice and impact of pollution on disadvantaged communities, I evaluated the following:

    - Data from the Council on Environmental Quality's Climate and Economic Screening Tool ("CEJST"), which provides metrics and indices for communities that are "marginalized, underserved, and overburdened by pollution" by highlighting census tracts that are above certain thresholds in sociodemographic

[21] The DEIS provides different vehicle access numbers to each site than the SLD. Given that the DEIS's transportation data is dated 2016, and will need to be updated post-selection, I have favored using the SLD over the DEIS for the purposes of site-by-site comparisons. While I referred to the DEIS transportation data in Criteria #2, I only did so for the limited purpose of demonstrating that Metrorail and commuter rail are significantly more important for transit access to the sites than bus service, at all three sites.

indicators (namely low income and low education) and categories of climate or environmental criteria, such as: climate change, clean energy, clean transit affordable/sustainable housing, reduction/remediation of legacy pollution, critical clean water/waste, health burdens, and training/workforce development. There are a total of 48 census tracts in Prince George's County, which is almost double the number in Fairfax County at 27 census tracts.

- Based on data from DOT's ETC Health Vulnerability, which assesses the increased frequency of health conditions that may result from exposure to air, noise, and water pollution, as well as lifestyle factors such as poor walkability, car dependency, and long commute times, Springfield and Landover are within or adjacent to a greater number of high percentile census tracts, indicating greater health vulnerability, than Greenbelt.

Consistent with my findings under Subcriteria 4.a, together with the CEJST dataset, the two Prince George's County sites provide the Government with the greatest opportunity to promote environmental justice and spur economic opportunity in historically disadvantaged communities that have been overburdened by negative environmental impacts.

3. <u>Alignment with Local Development Plans</u>. GSA received letters from elected representatives from the Commonwealth of Virginia, Fairfax County, and local northern Virginia organizations in support of the Suburban HQ locating at Springfield, as well as the letters from elected representatives from the State of Maryland, Prince George's County, and local Maryland organizations in support of the Suburban HQ locating at either site in Prince George's County, indicating alignment with local development plans in both counties. Also, the MWCOG has designated all three sites as Regional Activity Centers ("RAC"), which designation reflects the Washington region's vision to prioritize growth at RACs (i.e., development of 75% of commercial square footage and 50% of new households is to be located at RACs), because development at those locations will not compromise regional sustainability, accessibility, or livability goals, and will minimize sprawl and greenfield development.

Based on the conclusions I reached under the three categories above, I rated both Greenbelt and Landover the most advantageous sites (Blue) to the Government from the perspective of Promoting Sustainable Locations and Strengthening the Vitality and Livability of Communities, and rated Springfield the second most advantageous site (Green). Consistent with how I assigned overall ratings for previous subcriteria, I assigned the same ranking when I could not determine a marginal difference between two sites. I would have felt comfortable assigning Springfield the third most advantageous site (Yellow) based on the equitable development category alone, but decided to assign Springfield the second most advantageous site (Green) because, from a

sustainable land use and alignment with local development plan perspective, the difference was not so highly significant so as to warrant a Yellow rating. Springfield did not receive the rating of most advantageous site (Blue) because it does not represent the greatest opportunity for the Government to advance equitable development.

SSA assessment compared to the Panel: The Panel and I had the same ratings for Subcriteria 4.b.

**Overall Rating for Criteria #4:** My overall rating for Criteria #4 is that both Greenbelt and Landover are the most advantageous sites (Blue) and that Springfield is the third most advantageous site (Yellow) to the Government from the perspective of Promoting Sustainable Siting and Advancing Equity.

The data evaluated establishes the significant differences in equitable distribution of Federal resources, in opportunity to improve underserved communities and in equitable development when comparing Prince George's County and Fairfax County. These differences are underscored by the fact that Fairfax County excels according to multiple economic measures when compared to the MSA, whereas Prince George's County lags according to multiple economic metrics when compared to the MSA. This difference summarizes why I rated Springfield as the third most advantageous site to the Government on Criteria #4.

I decided to give the same rating of "most advantageous site" (Blue) to the two Prince George's County sites because most of the data was provided at the county level and the marginal difference between the Greenbelt and Landover sites were difficult to discern.

SSA overall rating compared to the Panel: The Panel and I did not reach the same overall ratings for Criteria #4. While the Panel and I both assigned Greenbelt and Landover as the most advantageous sites (Blue) to the Government, I assigned Springfield the third most advantageous site (Yellow), instead of the Panel's rating for Springfield as second most advantageous site (Green) to the Government. I have explained above why I came to a different conclusion from the Panel's recommendation on Subcriteria 4.a, and while I rated Springfield a Green on Subcriteria 4.b (as did the Panel), my overall assignment of Yellow for Springfield was based on the significant variance in key economic and opportunity data points between Prince George's County and Fairfax County, and between Fairfax County and the MSA.

**B.5. Criteria #5: Cost**

Building on the Panel's recommendations, and using similar methodology, I assigned the following ratings for Criteria #5. For Criteria #5, the Greenbelt site was rated the "most advantageous site [Blue] to the Government, relative to the other sites."

| | Springfield | Greenbelt | Landover |
|---|---|---|---|
| **Cost** | **Green** | **Blue** | **Yellow** |

There are four elements to the cost criteria: (1) any costs to acquire, (2) any costs to prepare the site, (3) any costs for off-site improvements (minus jurisdictional commitments to offset those costs), and (4) any additional construction costs based on relative differences in the expected construction start date for each site. I compared the projected costs associated with each site, across all four elements of the cost criteria, to determine which site was most advantageous in terms of cost. I also looked at the differences between each site to evaluate if the differences were marginal or not and if I should assign the same rating or differentiate between the color ratings assigned.

The total projected cost (based on the elements of the cost criteria outlined above, not for the entire FBI project) for Greenbelt is estimated to be approximately $26.2 million, for Springfield approximately $64.1 million, and for Landover significantly over $100 million.

Based on the projected costs, I assigned Greenbelt to be the most advantageous site (Blue), Springfield is the second most advantageous site (Green), and Landover is the third most advantageous site (Yellow) to the Government from a Cost perspective. Although that rating distribution seems straightforward based on the projected costs for each site noted above, I considered whether any of the projected costs were marginally different such that it would warrant a tied rating. Landover's projected cost is so much higher than the projected cost of the other two sites that Landover, in my judgment, warranted a Yellow rating. As to Springfield and Greenbelt, I concluded that the projected cost difference between the two sites is not marginal, especially given GSA's obligation to minimize taxpayer expense.

<u>SSA overall rating compared to the Panel</u>: The Panel and I had the same ratings for Criteria #5.

### C. Weighted Analysis

Based on the analysis above, my final evaluation of the criteria is as follows:

| Site Selection Authority Final Evaluation | | | | | |
|---|---|---|---|---|---|
| # | Criteria | Weight | Springfield Color Rating | Greenbelt Color Rating | Landover Color Rating |
| 1 | FBI Proximity To Mission-Related Locations | 25 | Blue | Yellow | Green |
| 2 | Transportation Access | 20 | Green | Blue | Yellow |
| 3 | Site Development Flexibility & Schedule Risk | 15 | Blue | Blue | Green |
| 4 | Sustainable Site & Advancing Equity | 20 | Yellow | Blue | Blue |
| 5 | Cost | 20 | Green | Blue | Yellow |

The chart below provides a tally of the scores tabulated above, by color rating. This tallying was done for all three color ratings by site and is depicted graphically below in the chart labeled "Weighted Site Selection Authority Evaluation Chart." Based on the chart, Greenbelt has, by a wide margin, the highest score for Blue ratings compared to the other two sites. However, as the analysis demonstrates and as noted, this was a close call between two sites. My ultimate site selection decision for the new Suburban HQ was based on careful and deliberate consideration of the underlying rationale supporting the assigned color(s) for each site, as articulated throughout Section B, rather than relying on the graphs and scores, which were used primarily as a guide.[22]

[22] The SSP did not assign specific numerical values to the three colors, making a traditional mathematical weighting analysis impossible to perform, and necessitating the use of the graphical analysis above. Rather, the SSP stated "The overall color rating for each criterion will be weighted per the predetermined multiplier. The criteria colors will be totaled per [the formula] once all criteria are evaluated." Accordingly, I conducted an analysis to confirm whether any reasonable assignment of relative numerical values to the color ratings would produce the same result. Under that approach, Greenbelt receives the highest score. For instance, if a Blue rating is assigned a value of 3, Green 2, and Yellow 1, a weighted analysis produces the final scores of Greenbelt 250, Springfield 220, and Landover 180, confirming Greenbelt as the most advantageous site. Similarly, if a Blue rating is assigned a value of 10, Green 5, and Yellow 1, a weighted analysis produces the final scores of Greenbelt 775, Springfield 620, and Landover 440.




**D. <u>Site Selection Decision</u>**

I have determined that Greenbelt is the most advantageous site for the Government for all of the detailed reasons set forth above. I summarize here the reasons that Greenbelt is the most advantageous site for the Government for the new Suburban HQ:

- Greenbelt is the most transit accessible site, which is favorable for daily commuting of FBI employees and ease of access for contractors, visitors, and key partners that need to work with the FBI;
- Greenbelt provides the greatest schedule certainty, which is of significant importance to this project: (i) the condition of JEH is deteriorating and has an impact on the safety of FBI employees and mission of the FBI; and (ii) the requirement to maintain JEH until it is vacated, plus project cost escalation related to schedule delay, has an impact to taxpayers;
- Greenbelt offers the greatest opportunity for the Government's investment to positively impact the Washington region through sustainable and equitable development; and
- Greenbelt has the lowest overall cost to taxpayers.

## IX. APPRECIATION

I wish to express my gratitude to the Project Team and the Panel for their work on the Suburban HQ site selection, to the property owners who have worked with GSA over the last several years, and to the members of the State of Maryland and the Commonwealth of Virginia who have provided valuable information and input into this process.

## X. CONCLUSION

I am vested with the discretion to fully evaluate all attributes of the sites and select the site that is most advantageous to the Government. Accordingly, by the authority vested in me, and as more fully set forth above, I have selected the Greenbelt site as the location for the Federal Bureau of Investigation Suburban Headquarters.

**Approval**

DocuSigned by:
Nina Albert
7C660468B1EB417...

9/30/2023

Nina M. Albert
Site Selection Authority
Commissioner, Public Buildings Service
U.S. General Services Administration

Date

**Concurrence** (for legal sufficiency)

DocuSigned by:
Tim Tozer
D27E9CB74A3A43F...

9/30/2023

Timothy C. Tozer
Associate General Counsel for Real Property
Office of the General Counsel
U.S. General Services Administration

Date