Exhibit 3
Press Release, FBI, New FBI Headquarters in Washington, D.C.
(July 1, 2025)

An official website of the United States government. Here's how you know

**Washington, D.C.**
FBI National Press Office
(202) 324-3691

July 1, 2025

# New FBI Headquarters in Washington, D.C.

The FBI and the U.S. General Services Administration (GSA) on July 1 announced the selection of the Ronald Reagan Building complex in Washington, D.C., as the new location for FBI Headquarters.

The announcement follows nearly two decades of attempts to find the needed space to meet the FBI's mission and workforce requirements. Previous efforts focused on constructing a new suburban campus, which would have cost the taxpayers billions of dollars and would have taken years to construct. In support of the administration's goal to optimize the federal real-estate portfolio, the GSA and FBI identified an existing federal property. The Ronald Reagan Building complex provides a world-class facility that supports the FBI's critical mission and saves money for taxpayers.

"FBI's existing headquarters at the Hoover building is a great example of a government building that has accumulated years of deferred maintenance, suffering from an aging water system to concrete falling off the structure," said GSA Acting Administrator Stephen Ehikian. "I am proud of the GSA's commitment to working with Director Patel and his FBI team to find a building that best supports their mission and their people."

"This is a historic moment for the FBI," said FBI Director Kash Patel. "Through our strong partnerships with members of Congress and GSA, we are ushering FBI Headquarters into a new era and providing our agents of justice a safer place to work. Moving to the Ronald Reagan Building is the most cost effective and resource efficient way to carry out our mission to protect the American people and uphold the Constitution."

"This move not only provides a world-class location for the FBI's public servants, but it also saves Americans billions of dollars on new construction and avoids more than $300 million in deferred maintenance costs at the J. Edgar Hoover facility," said GSA Public Buildings Service Commissioner Michael Peters. "We are proud to partner with Director Patel to drive efficiency and improve the quality of space for a productive workforce in service to national security and taxpayers."

The Reagan Building complex is currently home to U.S. Customs and Border Protection (CBP) and other tenants. The GSA will continue to support and work with CBP on space that allows them to fulfill their mission while the transition of the FBI to the Reagan Building commences.