Exhibit 4

Press Release, Gen. Servs. Admin., FBI Announces New Headquarters in Washington, DC (July 1, 2025)

An official website of the United States government

U.S. General Services Administration

July 01, 2025

# FBI Announces New Headquarters in Washington, DC

**WASHINGTON —** Today, the Federal Bureau of Investigation (FBI) and the U.S. General Services Administration (GSA) announced the selection of the Ronald Reagan Building complex in Washington, D.C. as the new location for FBI headquarters.

The announcement follows nearly two decades of attempts to find the needed space to meet the FBI's mission and workforce requirements. Previous efforts focused on constructing a new suburban campus, which would have cost the taxpayers billions of dollars and taken years to construct. In support of the Administration's goal to optimize the federal real estate portfolio, the GSA and FBI identified an existing federal property. The Ronald Reagan Building complex provides a world-class facility that supports the FBI's critical mission and saves money for taxpayers.

"FBI's existing headquarters at the Hoover building is a perfect example of a government building that has accumulated years of deferred maintenance, suffering from an aging water system to concrete falling off the structure," **said GSA Acting Administrator Stephen Ehikian**. "I am proud of GSA's commitment to working with Director Patel and his FBI team to find a building that best supports their mission and their people."

"This is a historic moment for the FBI. Through our strong partnerships with members of Congress and GSA, we are ushering FBI Headquarters into a new era and providing our agents of justice a safer place to work. Moving to the Ronald Reagan Building is the most cost effective and resource efficient way to carry out our mission to protect the American people and uphold the Constitution," **said FBI Director Kash Patel**.

"This move not only provides a world-class location for the FBI's public servants, but it also saves Americans billions of dollars on new construction and avoids more than $300 million in deferred maintenance costs at the J. Edgar Hoover facility," **said GSA Public Buildings Service Commissioner Michael Peters**. "We are proud to partner with Director Patel to drive efficiency and improve the quality of space for a productive workforce in service to national security and taxpayers."

The Reagan Building complex is currently home to U.S. Customs and Border Protection (CBP) and other tenants. GSA will continue to support and work with CBP and their agency partners to fulfill their mission while the transition of the FBI to the Reagan Building commences.

###

**About GSA:** GSA provides centralized procurement and shared services for the federal government. GSA manages a nationwide real estate portfolio of over 360 million rentable square feet, oversees more than $110 billion in products and services via federal contracts, and delivers technology services that serve millions of people across dozens of federal agencies. GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the government and the American people. For more information, visit GSA.gov and follow us at @USGSA.

**Contact**

press@gsa.gov

Glossary

Last updated: Jul 1, 2025