Exhibit 5
U.S. Dep't of Just., Report of Reprogramming Action—FY 2025
(July 1, 2025)

**U.S. Department of Justice**

Justice Management Division

*Washington, D.C. 20530*

The Honorable Grace Meng
Ranking Member
Subcommittee on Commerce, Justice,
Science, and Related Agencies
Committee on Appropriations
U.S. House of Representatives
Washington, D.C. 20515

Dear Ranking Member Meng:

The Department provides notification pursuant to Public Law (P.L.) 119-4, which continues Section 505 of Division C of P.L. 118-42. The Federal Bureau of Investigation (FBI) intends to realign resources from existing Construction and No Year balances to relocate and renovate an existing, federally owned building in Washington, D.C. for the FBI's new headquarters building to support the Administration's priorities by limited construction costs, while also meeting the mission requirements of the FBI.

The Office of Management and Budget does not object to transmittal of this report.

Sincerely,

JOLENE LAURIA

Digitally signed by JOLENE LAURIA
Date: 2025.07.01 10:22:31 -04'00'

Jolene Ann Lauria
Assistant Attorney General
for Administration

Enclosure

# REPORT OF REPROGRAMMING ACTION - FY 2025

Operating Unit: Federal Bureau of Investigation
Appropriations: Construction & Salaries and Expenses (S&E)

**One-Time Item: New FBI Headquarters (HQ)**

FISCAL SUMMARY
(Dollars in Thousands)

| | | Perm. Pos. | FTE | $000 |
|---|---|---|---|---|
| 1. | Reprogrammed to (up to): | | | |
| | FBI Headquarters Building – Construction | … | … | $503,000 |
| | FBI Headquarters Building – No Year S&E | … | … | 52,000 |
| | Total | … | … | $555,000 |
| 2. | Reprogrammed from (up to): | | | |
| | FBI Headquarters Building – Construction | … | … | ($503,000) |
| | FBI Headquarters Building – No Year S&E | … | … | (52,000) |
| | Total | … | … | ($555,000) |

DESCRIPTION/JUSTIFICATION

The Department of Justice Appropriations Act, 2016 (Title II, Division B, Public Law [P.L.] 114-113) provided a total of $308,982,000, to remain available until expended, in the FBI's Construction account. While the bill language itself did not specify the projects for which the funding was appropriated, the explanatory report accompanying the bill indicated the total Construction amount included "$180,000,000 for the construction of a new FBI Headquarters in the National Capital [R]egion [(NCR)]." Further, the Department of Justice Appropriations Act, 2017 (Title II, Division B, P.L. 115-31) provided $323,000,000, to remain available until expended, in the FBI's Construction account "for the new Federal Bureau of Investigation consolidated headquarters facility in the [NCR]." In total, therefore, the FBI received $503 million between fiscal years (FYs) 2016 and 2017 for the construction of a new HQ in the NCR. This entire amount remains available as of FY 2025. The FBI also has approximately $52 million remaining in no-year Salaries & Expenses (S&E) funding previously identified for design and preconstruction activities associated with the new HQ project, for a total of $555 million in available funding for the project. In addition to the FBI's funding, the General Services Administration (GSA) received $850 million in appropriations between FY 2016 and FY 2024 for a new FBI headquarters, some of which has been expended. GSA will address its funding in a separate notice.

For the past two decades, the FBI has worked with the GSA to pursue the construction of a new Federal building in the NCR to serve as the new FBI HQ. During the most recent iteration of this initiative, GSA selected Greenbelt, Maryland as the site for construction of a new Federal facility.[1] Pursuant to this site selection, GSA requested $3.5 billion in additional appropriations to be provided through a new Federal Capital Revolving Fund, first in the FY 2024 President's Budget and again in the FY 2025 President's Budget, but received only $200 million to support the project in the FY 2024 appropriation (this amount is included in the $850 million noted above). In March 2024, GSA also requested Congressional approval to move forward with the project at the Greenbelt site. The House Committee on Transportation and Infrastructure declined to call the prospectus up for Committee action and in July 2024 instructed GSA to pursue alternative locations to better meet the FBI's current mission. Additionally, the Senate Committee on the Environment and Public Works, to date, has not provided its approval.

An updated strategy is required to replace the obsolete J. Edgar Hoover (JEH) FBI Building that limits construction costs to the taxpayer and reflects updated FBI seating requirements. The FBI has significantly decreased the NCR footprint since the original estimates for the new headquarters were created. By moving over 2,000 positions to the Richard Shelby Center for Innovation and Advanced Training at Redstone Arsenal in Huntsville, Alabama since the initial HQ planning phases (with more positions also moving to Redstone between now and FY 2030), and in FY 2025 moving an additional 904 positions from headquarters to the field, the FBI has revised its requirements for a new headquarters. In 2017, the FBI's original plan for the new headquarters was a large suburban campus which required 11,000 seats, but with the reduction in NCR positions, which has been ongoing since 2018, the FBI now requires fewer seats. Considering these factors, the most cost effective and timely solution is to relocate FBI headquarters personnel into an existing Federal building in Washington, D.C., rather than construct a new Federal facility. Leveraging a pre-existing facility will enable the FBI to move out of the JEH facility, which requires hundreds of millions – if not billions – of dollars of investments to address power, heating/cooling, pipes, and other life and safety infrastructure requirements. Moreover, leveraging a pre-existing facility will allow the government to save billions of dollars in new construction costs that would be required for a new suburban campus and keep all essential headquarters personnel within Washington, DC. Furthermore, this strategy will still allow the FBI to eventually terminate costly leases in the NCR, which has long been a goal of the new headquarters project.

Therefore, in accordance with Section 505 of Division C of the Consolidated Appropriations Act, 2024 (P.L. 118-42), as continued by the Full-Year Continuing Appropriations Act, 2025 (Division A, P.L. 119-4), the FBI intends to reprogram up to $555 million of existing Construction and no-year S&E balances to relocate to, renovate, build-out, and furnish an existing, Federally owned building in Washington, D.C., to serve as the new FBI HQ in the NCR. This funding would also support the decommissioning and other requirements related to the closure of currently occupied FBI facilities, to include the JEH building and NCR leased locations. As noted above, GSA will submit separate documentation regarding the remaining balances of its $850 million appropriation to support the renovation and build-out of an existing Federally owned building in Washington, D.C.. While security and renovation costs are still being assessed, the FBI and GSA have determined the Ronald Reagan building Complex (RRBC) at 1300 Pennsylvania Avenue NW is the best option in Washington, D.C. for the headquarters. The FBI intends to begin relocating personnel to the RRBC during calendar year 2025.

[1] GSA's FY 2024 Budget Request to Congress supported the FBI also maintaining a presence of 750-1,000 personnel in an existing Federally-owned location in Washington, D.C.

EFFECTS ON PENDING OR FUTURE APPROPRIATIONS

This reallocation of previously appropriated resources does not have an impact on pending FY 2026 appropriations. The FBI anticipates this reprogramming, in combination with GSA's existing appropriations, will reduce the need for future construction appropriations for this project.

IMPACT ON DEPARTMENTAL OR CONGRESSIONAL POLICIES

This reprogramming action would not require a shift in Department of Justice, Office of Management and Budget, or congressionally approved objectives and policies.