Exhibit 6

Letter from Michael J. Rigas, Gen. Servs. Admin., to Hon. Susan Collins et al. (Sept. 19, 2025)

GSA

The Administrator

September 19, 2025

The Honorable Susan Collins
The Honorable Patty Murray
Chair and Vice Chair
Committee on Appropriations
United States Senate
Washington, DC 20510

The Honorable Bill Hagerty
The Honorable Jack Reed
Chair and Ranking Member
Subcommittee on Financial Services
and General Government
Committee on Appropriations
United States Senate
Washington, DC 20510

The Honorable Tom Cole
The Honorable Rosa DeLauro
Chair and Ranking Member
Committee on Appropriations
House of Representatives
Washington, DC 20515

The Honorable David Joyce
The Honorable Steny Hoyer
Chair and Ranking Member
Subcommittee on Financial Services
and General Government
Committee on Appropriations
House of Representatives
Washington, DC 20515

Dear Chairs, Vice Chair, and Ranking Members:

The U.S. General Services Administration (GSA) is requesting expedited approval from the Committees on Appropriations to transfer $843,769,886 appropriated to the Federal Buildings Fund (FBF) for the Federal Bureau of Investigation (FBI) Headquarters Consolidation from the FBF's construction and acquisition account to the FBF's major repairs and alterations account. The transferred funds will allow GSA to promptly provide FBI with the modern headquarters it requires to protect the American people and uphold the Constitution of the United States.

Concurrent with this request and in accordance with section 3307 of title 40, United States Code, GSA is submitting for consideration by the House Committee on Transportation and Infrastructure and the Senate Committee on Environment and Public Works a prospectus in

support of this proposed repair and alteration project, which is summarized below for your reference.

It has long been recognized that the J. Edgar Hoover Building is no longer a suitable home for FBI. For the past two decades, FBI and GSA have been working to develop and execute a plan to construct a new FBI headquarters in the National Capital Region. The specific location of the headquarters and the logistics of delivering the project have changed several times, but each version of the plan has envisioned a newly constructed Federal building to meet FBI's needs. Between 2015 and the present, Congress has appropriated GSA a total of $850 million for construction of a new FBI headquarters. Although these appropriations are significant, the total funding appropriated to date is estimated to be only a quarter of the funding required to construct a new FBI headquarters campus. While plans have shifted and funding has accumulated over the past 10 years, the J. Edgar Hoover Building has continued to deteriorate, and is no longer an acceptable location for FBI's critical activities. FBI must have a modern headquarters facility in the near term rather than continue to await the construction of a new headquarters.

In April 2025, GSA and FBI determined that the existing Ronald Reagan Building (RRB) could be renovated and altered to meet FBI's headquarters needs at a lower cost and in a shorter timeframe than construction of a new facility. This renovation will provide a modern and secure headquarters location for the FBI, that will also save Americans billions of dollars in new construction costs for a suburban campus and avoid more than $300 million in deferred maintenance costs at the J. Edgar Hoover facility. Additionally, significant space is presently available at the RRB, which would allow GSA and FBI to begin consolidation this fiscal year. Other space within the RRB will need to be vacated and altered to meet FBI's requirements.

Recently, FBI provided notification to Congress that it would reprogram approximately $555 million in FBI appropriations for the repair and alteration of the RRB. GSA's transfer request, along with FBI's reprogramming, to undertake consolidation of FBI within the RRB is expected to significantly reduce the need for future appropriations for this project and reduce the overall timeline of delivering a new consolidated FBI headquarters.

FBI has commenced pre-construction architectural and engineering (A&E) planning as well as security assessments of the RRB. Specifically, FBI is contracting with an A&E firm to establish a more detailed procurement strategy, timeline, and cost. As the vendor provides deliverables to the government on a rolling basis, it is critical for FBI and GSA to have the congressional approval and appropriations necessary to commence construction, security, and IT investments into the facility beginning as soon as the fall of 2025. This alternative represents a savings of over $1B versus the previous plan for new construction.

To support the relocation of FBI into the RRB and to fund the necessary major repairs and alterations, GSA is requesting that the Committees on Appropriations approve transferring $843,769,886 appropriated to the FBF for the FBI Headquarters consolidation from the FBF's construction and acquisition account to the FBF's major repairs and alterations account. Available savings from the FBI construction and acquisition project will provide the necessary funding for the proposed transfer request, as summarized below:

**Requirement**:

| | |
|---|---|
| Major Repairs and Alterations - FBI Headquarters Renovation | $843,769,886 |

**Source of Funding:**

| | |
|---|---|
| Construction and Acquisition - FBI Headquarters Consolidation | $843,769,886 |

Following transmission of this transfer request, GSA will undertake all activities necessary to move forward with FBI's relocation to the RRB, but GSA will not financially obligate the Government using the above-referenced appropriations until the Committees grant their approval of GSA's transfer requests.

If you have any questions or concerns, please contact our Office of Congressional and Intergovernmental Affairs at GSACongressionalAffairs@gsa.gov.

Sincerely,

Michael J. Rigas
Acting Administrator

Enclosures (4)

cc:
The Honorable Angela Alsobrooks
The Honorable Shelley Moore Capito
The Honorable Kevin Cramer
The Honorable Sam Graves
The Honorable Rick Larsen
The Honorable Scott Perry
The Honorable Greg Stanton
The Honorable Sheldon Whitehouse