AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| State of Maryland, et al. | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 8:25-cv-3644 |
| Kash Patel, Director, Federal Bureau of Investigation, et al. | |
| *Defendant(s)* | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Kelly O. Hayes
U.S. Attorney, District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:25-cv-3644

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kelly O. Hayes, U.S. Attorney, District of Maryland
was received by me on *(date)* November 6, 2025 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 7, 2025.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

State of Maryland, et al.

*Plaintiff(s)*

v.

Kash Patel, Director, Federal Bureau of Investigation, et al.

*Defendant(s)*

Civil Action No. 8:25-cv-3644

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pamela Bondi
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Pamela Bondi, Attorney General

was received by me on *(date)* November 6, 2025 .

❒ I personally served the summons on the individual at *(place)* __________

__________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________

__________ , a person of suitable age and discretion who resides there,

on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is

designated by law to accept service of process on behalf of *(name of organization)* __________

__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 7, 2025.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]

*Server's signature*

Randee Patillo, Paralegal

*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

# UNITED STATES DISTRICT COURT

for the

District of Maryland

State of Maryland, et al.

*Plaintiff(s)*

v.

Kash Patel, Director, Federal Bureau of Investigation, et al.

*Defendant(s)*

Civil Action No. 8:25-cv-3644

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kash Patel
Director
Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Kash Patel, Director, Federal Bureau of Investigation was received by me on *(date)* November 6, 2025 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| State of Maryland, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:25-cv-3644 |
| Kash Patel, Director, Federal Bureau of Investigation, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jolene Ann Lauria
Assistant Attorney General for Administration
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*




Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Jolene Ann Lauria, Assistant Attorney General for Administration was received by me on *(date)* November 6, 2025 .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| State of Maryland, et al.<br>*Plaintiff(s)*<br>v.<br>Kash Patel, Director, Federal Bureau of Investigation, et al.<br>*Defendant(s)* | ) | Civil Action No. 8:25-cv-3644 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Michael J. Rigas
Acting Administrator
U.S. General Services Administration
1800 F St NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Michael J. Rigas, Acting Administrator, U.S. General Services Administration was received by me on *(date)* November 6, 2025 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| State of Maryland, et al. <br> *Plaintiff(s)* <br> v. <br> Kash Patel, Director, Federal Bureau of Investigation, et al. <br> *Defendant(s)* | ) | Civil Action No. 8:25-cv-3644 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Federal Bureau of Investigation
935 Pennsylvania Ave NW
Washington, DC 20535-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Federal Bureau of Investigation
was received by me on *(date)* November 6, 2025 .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________, a person of suitable age and discretion who resides there,
on *(date)* __________, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________, who is
designated by law to accept service of process on behalf of *(name of organization)* __________
__________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| State of Maryland, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:25-cv-3644 |
| Kash Patel, Director, Federal Bureau of Investigation, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of Justice
was received by me on *(date)* November 6, 2025 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| State of Maryland, et al.<br><br>*Plaintiff(s)*<br>v.<br>Kash Patel, Director, Federal Bureau of Investigation, et al.<br><br>*Defendant(s)* | ) | Civil Action No. 8:25-cv-3644 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* U.S. General Services Administration
1800 F St NW
Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Luh
Office of the Attorney General
Civil Division, Federal Accountability Unit
200 Saint Paul Pl, 20th Fl
Baltimore, MD 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

United States District Court For the District Of Maryland

Date: 11/06/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:25-cv-3644

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. General Services Administration was received by me on *(date)* November 6, 2025 .

❐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: I sent a copy of the summons and complaint by certified mail on November 10, 2025.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 3, 2025

[signature]
*Server's signature*

Randee Patillo, Paralegal
*Printed name and title*

Office of the Attorney General
200 Saint Paul Pl
Baltimore MD 21202
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset