UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND and<br>PRINCE GEORGE'S COUNTY,<br><br>    Plaintiffs,<br><br>v.<br><br>KASH PATEL,<br>*Director, Federal Bureau of Investigation,*<br>PAMELA BONDI, *Attorney General,*<br>JOLENE ANN LAURIA,<br>*Assistant Attorney General for Administration,*<br>EDWARD C. FROST,<br>*Administrator, U.S. General Services Administration,*<br>FEDERAL BUREAU OF INVESTIGATION,<br>U.S. DEPARTMENT OF JUSTICE and<br>U.S. GENERAL SERVICES ADMINISTRATION,<br><br>    Defendants. | Civil Action No. 25-3644-TDC |

**ORDER**

For the reasons stated during the February 2, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiff is granted leave to file the Motion for Judgment on the Pleadings proposed in ECF No. 12. The Motion will be deemed timely if filed by **February 17, 2026**. Defendants' Opposition to the Motion and any Cross Motion for Judgment on the Pleadings is due by **March 10, 2026**. Plaintiff's reply brief is due by **March 24, 2026** and is limited to 15 pages. If Defendants file a Cross Motion, Defendants' reply brief is due by **April 7, 2026**.

2. The parties Joint Motion to Modify the Scheduling Order, ECF No. 13, is GRANTED IN PART in that all litigation deadlines established by the Court's Scheduling Order, ECF No. 10, are stayed pending the Court's disposition of the Motions for Judgment on the Pleadings.

3. If the Court's disposition of the Motions for Judgment on the Pleadings does not resolve the case, Defendants shall produce the administrative record within **60 days** of the Court's ruling on such Motions.

Date: February 3, 2026

THEODORE D. CHUANG
United States District Judge