UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>KASH PATEL, Director, Federal Bureau of Investigation, et al.<br><br>Defendants. | Case No: 8:25-cv-3644-TDC |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs State of Maryland and Prince George's County move the Court for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure, for the reasons stated in the attached Memorandum in Support of Motion for Judgment on the Pleadings.

Date: February 17, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ JAMES C. LUH
JAMES C. LUH (D. Md. Bar No. 31776)
ADAM KIRSCHNER (D. Md. Bar No. 31767)
YASMIN DAGNE (D. Md. Bar No. 32016)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Attorneys for State of Maryland

ANTHONY D. JONES (D. Md. Bar No. 31954)
Prince George's County Attorney

/s/ ANDREW J. MURRAY
ANDREW J. MURRAY (D. Md. Bar No. 10511)
(signed by James C. Luh with permission of Andrew J. Murray)
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, MD 20774
(301) 952-5225
ajmurray@co.pg.md.us

Attorneys for Prince George's County