Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 1 of 451

EXHIBIT 22
Fiscal Year 2025 Congressional Justification,
Gen. Serv. Admin (Feb. 2024)



U.S. General Services Administration

# FY 2025
# Congressional Justification

# U.S. General Services Administration

J.R. 1088

# Table of Contents

Summary …………………………………………………………………………….. 2

Federal Buildings Fund ………………………………………………………….. 22

Five-Year Capital Plan …………………………………………………………… 78

Government-wide Policy ………………………………………………………… 86

Operating Expenses ……………………………………………………………… 101

Federal Citizen Services Fund ………………………………………………… 115

Technology Modernization Fund ……………………………………………… 143

Electric Vehicles Fund …………………………………………………………… 155

Allowances and Office Staff for Former Presidents …………………………… 161

Presidential Transition …………………………………………………………… 167

Civilian Board of Contract Appeals …………………………………………… 175

Office of Inspector General …………………………………………………….. 181

Acquisition Services Fund ……………………………………………………… 207

Working Capital Fund …………………………………………………………… 257

Federal Capital Revolving Fund ……………………………………………… 283

Permanent Budget Authorities ………………………………………………… 289

Administrative Provisions ……………………………………………………… 305

Annual Performance Plan ……………………………………………………… 309

Management Challenges and GSA Actions ………………………………….. 403

Good Accounting in Government ……………………………………………… 411

J.R. 1089

**U.S. General Services Administration**

**SUMMARY of the**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Summary of Appropriations.................................................................................................5
Real Estate Solutions.......................................................................................................6
Efficient and Effective Acquisition Solutions .....................................................................7
Innovative Technology ....................................................................................................8
Expanded Shared Services...............................................................................................12
Advancing Equity ..........................................................................................................12
Good Accounting Obligation in Government Act ................................................................13
Request for New Obligational Authority...........................................................................14
FY 2025 Capital Investment Program ..............................................................................14
GSA Net Budget Authority .............................................................................................15
GSA Total Obligations by Object Classification ................................................................16
GSA Total FTE...............................................................................................................17
Explanation of Changes, Federal Buildings Fund...............................................................18
Explanation of Changes, GSA Annual Appropriations ........................................................19

J.R. 1090

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

The U.S. General Services Administration (GSA) is in a unique position to help the Government improve how it supports its workforce, engages its stakeholders, serves its customers, and delivers for the public. GSA's fiscal year (FY) 2025 budget request will enable GSA to make the Federal footprint more sustainable, spur economic growth, innovation and job growth, cut costs for taxpayers; create avenues for disadvantaged and underserved communities to benefit from Federal investments and opportunities, improving outcomes for the public; and modernize the Government's digital infrastructure, making it easier for the American people to simply and securely access the resources they need. This budget request optimizes GSA's performance in alignment with the Administration's highest priorities to address the country's most urgent issues: tackling the climate crisis, promoting economic opportunity, and advancing equity.

GSA achieves cost savings and efficiencies through responsible management of Federal real estate, smarter acquisitions, transformative use of technology, and leading best practices across the Government. GSA awards more than $87 billion in contracts Government-wide and maintains, builds, leases, and operates more than 365 million rentable square feet of space that safely houses one million Federal employees in more than 365 communities. As GSA delivers on its mission, it strives to make it easier for industry to do business with the Government, while also promoting partnerships with small and innovative entrepreneurs and companies.

In response to input from GSA's partners in Federal agencies, local communities, and the commercial sector, there are four strategic goals that drive GSA's budget request for FY 2025 while supporting the current Administration's primary objectives.

## Strategic Goals

***Real Estate Solutions – Financially and environmentally sustainable, accessible, and responsive workspace solutions that enable a productive Federal workforce.***

In the evolving workspace landscape, GSA will lead the Federal Government's real estate optimization efforts as part of the "future of work." GSA offers innovative, sustainable, and flexible solutions that meet the varying workplace needs of agency customers. GSA will also invest in climate adaptation tools and strategies to minimize negative climate impacts on federally owned GSA-controlled facilities.

***Acquisition – A modern, accessible, and streamlined acquisition ecosystem and a robust marketplace connecting buyers to the suppliers and businesses that meet their mission needs of agencies and deliver best value to taxpayers.***

As the Federal Government's primary provider of acquisition services, GSA is committed to delivering value, innovation, and an exceptional customer experience. GSA leverages the collective buying power of the Government to negotiate better prices, while using efficient operations, market expertise, and proactive partnerships with customer agencies and private sector vendors. GSA also plays an important role in advancing the Administration's priorities through leadership in Government-wide acquisition, including how Government-wide acquisition

J.R. 1091

can generate economic growth, improve climate resiliency, and strengthen diversity, equity, inclusion, and accessibility.

***Digital Government – A digital Government that delivers for the public through trusted, accessible, and user-centered technologies.***

GSA is working to create transformative change across Government as agencies modernize and secure Federal IT and Federal networks. Programs such as the United States Web Design System, Login.gov and USAGov are examples of GSA's ability to deliver increased efficiency, integration, and improved digital services for the public.

***Government Operations – A Government that capitalizes on interagency collaboration, better use of data and shared services to make informed management decisions and improve operations, delivering value for the American people.***

Government agencies are best able to execute their mission when they have well-informed decision-making capabilities, affordable and readily accessible solutions to operate key functions, and strong policy-implementation practices. GSA plays a unique role in bringing together Federal agencies to share proven practices; providing shared services such as fleet, travel, and payment services; and ensuring that mission-support policies are formulated and implemented effectively Government-wide.

GSA's is committed to a culture of high-performance and customer focus, which is reinforced by the agency's values of service, accountability, and innovation. Living out these values is key to helping Federal partners deliver on their mission. When GSA is given the support needed to do its job well, the American people win.

## Budget Request

GSA's FY 2025 budget requests $655.2 million in net discretionary authority for GSA programs. This request includes new investments in GSA's annual direct appropriations to modernize and secure IT systems across the Government, electrify the Federal fleet, streamline the Federal rule-making process, enhance citizen-facing products and services that make it easier for the Government to provide them digitally, and make federally owned buildings more energy efficient and resilient.

The Federal Acquisition Service (FAS) continues to provide efficient and effective acquisition solutions across the Federal Government. In FY 2025, FAS will focus on improving the overall user experience for its stakeholders when interacting with FAS's systems, tools, and solutions. For its customers, FAS will advance the Services Marketplace by improving visibility of supplier capability and customer-ordering behavior and augment pricing data in digital tools. From a supplier perspective, FAS will expand its supply-chain risk management capability, improve the supplier experience, and enhance equity by reducing barriers to small businesses in Federal procurement. FAS will continue to address climate change by investing in zero-emission

J.R. 1092

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

vehicles and incorporating sustainability and climate-risk management into the acquisition process.

The Public Buildings Service (PBS) is requesting $10.7 billion in New Obligational Authority (NOA), which includes $233 million in net positive budget authority, in addition to a full reinvestment of the estimated FY 2025 revenue and collections expected to be deposited into the Federal Buildings Fund (FBF). At the requested level, PBS will begin to reduce its significant deferred maintenance liabilities, release over one hundred thousand rentable square feet of leased space, and avoid millions in annual future lease payments. It will also support the Administration's goal to transition to 100 percent carbon pollution free-electricity Government-wide and allow PBS to guide the Federal Government's efforts to right-size the real estate inventory.

J.R. 1093

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

## Summary of Appropriations

(Dollars in Thousands)

| | FY 2023 Enacted | FY 2024 Full Year CR | FY2025 Request |
|---|---|---|---|
| **Federal Buildings Fund (FBF), New Obligational Authority** | | | |
| Construction and Acquisition | $ 804,382 | $ 807,809 | $ - |
| Repairs and Alterations | $ 665,707 | $ 662,280 | $ 1,617,825 |
| Installment Acquisition Payments | $ - | $ - | $ 233,333 |
| Rental of Space | $ 5,561,680 | $ 5,561,680 | $ 5,606,122 |
| Building Operations | $ 2,981,381 | $ 2,981,381 | $ 3,272,137 |
| **Sub-Total, New Obligational Authority** | **$10,013,150** | **$ 10,013,150** | **$ 10,729,417** |
| | | | |
| **Annual Appropriations, Budget Authority** | | | |
| Government-wide Policy | $ 71,186 | $ 71,186 | $ 74,033 |
| Operating Expenses | $ 54,478 | $ 54,478 | $ 55,568 |
| Former Presidents | $ 5,200 | $ 5,200 | $ 5,500 |
| Civilian Board of Contract Appeals | $ 10,352 | $ 10,352 | $ 10,559 |
| Federal Citizen Services Fund | $ 90,000 | $ 90,000 | $ 97,000 |
| Office of the Inspector General | $ 74,583 | $ 74,583 | $ 77,130 |
| Asset Proceeds and Space Management Fund | $ - | $ - | $ - |
| Technology Modernization Fund | $ 50,000 | $ 50,000 | $ 75,000 |
| Working Capital Fund | $ 5,900 | $ 5,900 | $ 5,900 |
| Electric Vehicles Fund | $ - | $ - | $ 10,000 |
| Pre-Election Presidential Transition | $ - | $ - | $ - |
| Presidential Transition | $ - | $ - | $ 11,202 |
| **Sub-Total, Annual Appropriations** | **$ 361,699** | **$ 361,699** | **$ 421,892** |
| | | | |
| **Supplemental Appropriations, Budget Authority** | | | |
| Federal Buildings Fund - Disaster Recovery Supplemental | $ 36,788 | $ - | $ - |
| **Sub-Total, Supplemental Appropriations** | **$ 36,788** | **$ -** | **$ -** |
| | | | |
| **Mandatory Appropriations, Budget Authority** | | | |
| Federal Capital Revolving Fund | $ - | $ - | $ 10,000,000 |
| Transportation Audit Contracts and Contract Administration | $ 17,030 | $ 10,316 | $ 12,264 |
| Acquisition Workforce Training Fund | $ 14,186 | $ 16,895 | $ 21,300 |
| Expenses, Disposal of Surplus Real and Related Personal Property | $ 710 | $ 10,876 | $ 10,876 |
| **Sub-Total, Mandatory Appropriations, Budget Authority** | **$ 31,926** | **$ 38,087** | **$ 10,044,440** |
| | | | |
| **Total Gross Budget Authority** | **$10,443,563** | **$ 10,412,936** | **$ 21,195,749** |

*GSA submitted and the Committees on Appropriations approved a transfer from the FBF's Construction and Acquisition Account to the Major Repairs and Alterations account for the Weaver Federal Building facade in FY 2023. The FY 2023 Enacted column accounts for this adjustment, while the FY 2024 CR level shows the level based on the original FY 2023 enacted appropriations act.

J.R. 1094

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

**Real Estate Solutions**

PBS's FY 2025 budget request highlights specific capital investments that achieve immediate value by improving the safety and utilization of Federal buildings and reflects long-term savings generated by reducing the Government's dependence on leasing privately owned space. The FY 2025 budget request recognizes that GSA had an $8.7 billion unavailable Federal Buildings Fund balance at the end of FY 2023 for which PBS has not been appropriated budget authority. This fund balance has grown as a result of $12.9 billion in FBF revenues and collections that could have been appropriated to PBS but instead was used to offset increases for other agencies over 12 of the last 13 fiscal years due to limitations in the funding allocations for the Financial Services and General Government Appropriations Subcommittee. This represents a trend in which GSA is collecting commercially equivalent rent from its occupant agencies but is precluded from reinvesting all of these funds in providing quality space and services to those rent-paying agencies. This underfunding relative to revenue generation is almost entirely absorbed by PBS's New Construction and Repairs and Alterations programs. As such, there are dramatic differences between new facilities that are needed, existing facilities that require renovations and what Congress has funded.

Support of PBS's full FY 2025 budget request, including the $1.8 billion requested for capital program investments, will enable GSA to help address this concern. The FBF budget request includes $233 million above the estimated revenue PBS is projected to collect in FY 2025. This will allow the agency to invest in GSA's federally owned properties and reduce reliance on privately leased space to deliver the best possible value in real estate management for our partners across Government. GSA will use this funding to begin to reduce its significant deferred-maintenance liabilities, which will allow the agency to release over 100,000 rentable square feet of leased space and avoid millions in annual future lease payments. GSA operates in over 2,200 communities, and this investment in its federally owned properties will positively impact those communities through increased economic activity and opportunities for underserved populations.

The FY 2025 Budget request reflects the Federal Capital Revolving Fund as proposed to be established in the FY 2024 President's Budget. GSA's request includes funding to support the installment of the acquisition payments associated with the Federal Bureau of Investigation's Greenbelt, Maryland, Headquarters construction project proposed in the FY 2024 President's Budget.

GSA and occupant agency alignment around the opportunity to transform GSA's current real estate portfolio into one that is high-performing, more efficient, and physically smaller than today's portfolio has never been better, with the opportunity to generate substantial savings to the taxpayers. Increased workplace flexibility, taken together with the fact that approximately 80 million rentable square feet of leased space is expiring in the next 5 years, illustrate how this budget request and others in the near future will determine the makeup, condition, size, and functionality of tomorrow's portfolio of properties.

J.R. 1095

GSA's FY 2025 budget request proposes $425 million for the Optimization Program for the reconfiguration and renovation of core assets under GSA's jurisdiction, custody or control to support efforts to optimize space configuration and performance; deliver the best value in real estate to our customer agencies across Government; reduce the Government's footprint; and achieve significant annual cost savings for taxpayers. The proposed Optimization Program facilitates GSA's strategic divestiture of unneeded federally owned assets, reduces the reliance on privately owned space, will result in improved space utilization, generates cost savings for the American taxpayer, and will allow GSA to manage a more sustainable portfolio.

There are significant opportunities across the PBS portfolio where capital investment can be used to achieve long-term savings. Investment in major building improvements and consolidation projects will reduce the cost of operations by improving conditions and support agencies that seek to improve space utilization and consolidation opportunities. In order to improve utilization of and consolidation from leases, a significant saving opportunity for the taxpayers, it is imperative that GSA has access to capital funds to reinvest in its federally owned properties that will make this transition successful. As such, the FY 2025 Budget Request includes a proposal that will help ensure that GSA is provided full access to the annual revenues and collections deposited in the FBF. Agencies make rental payments to GSA with the expectation that such funds will be used to properly maintain the facilities they occupy, which GSA has been unable to do over the past decade due to a lack of appropriated budget authority. Modernizing federally owned facilities willenable GSA to consolidate and reduce the Federal Government's heavy reliance on space leased from private entities, thus providing savings many times over.

**Efficient and Effective Acquisition Solutions**

GSA is committed to delivering service, innovation, and value through efficient operations, market expertise, and proactive partnerships with customer agencies and private sector vendors. Generating economies of scale is the cornerstone of GSA's acquisition solutions, enabling us to negotiate better prices. Every day, GSA helps its customers make smart purchasing decisions to acquire the goods and services they need.

GSA is dedicated to improving the contract vehicles, services, and products provided to Federal agencies, military, State, and local entities. GSA makes access to the Government market easier, faster, and less costly to providers by designing and delivering solutions that meet customers' current needs and anticipate their future requirements.

GSA will continue to improve the Federal Marketplace to optimize the buying and selling experience by enhancing FAS's acquisition vehicles, focusing on human-centered processes and systems to improve customer experience, and emphasizing workforce readiness. In FY 2025, FAS will continue to work on enhancing its customers' digital experience across every phase of the acquisition journey starting from market research to a final transaction. FAS will also improve the Multiple Award Schedule (MAS) supplier onboarding process to streamline industry partners' experiences with the MAS program. Additionally, FAS will continue to build

J.R. 1096

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

out the Services Marketplace, a collective of contract offerings and initiatives that supports over 80 percent of common Federal procurement spending.

GSA will also work to modernize technology to enable more efficient and effective mission-driven acquisition across the Government. This will make interactions easier for Federal agency customers, improving suppliers' experience of doing business with the Government and giving employees the right tools to support service delivery and perform high-value activities. FAS will continue to develop an enterprise contract-writing system and enhance existing catalog-management capabilities, which will enable increased efficiency as well as improve the experience for customers and industry partners navigating the Federal procurement process.

Lastly, GSA is playing a major role implementing many Administration policies because of the reach and impact of its acquisition and technology solutions. FAS is driving important policies such as improving digital and supply-chain security, environmental sustainability, and equity between its stakeholders, while ensuring compliance with all statutory and regulatory authorities. FAS is leveraging acquisition to help the Government identify, deter, and respond to cyber threats. As a consequence, FAS is working to prevent and mitigate risk to the supply chain by establishing processes, leveraging technology and educating the workforce to mitigate this risk. FAS is developing equitable post-award support strategies to help increase supplier diversity, simplify proposal-submission requirements, and improve the overall customer experience.

**Innovative Technology**

Technology is critical to how agencies accomplish their missions and serve the public. It is at the core of running mission-support operations, safeguarding critical information, and analyzing program data for agency decision-making. Agencies are tasked with achieving an array of critical goals involving enhanced IT security, greater use of cloud-based services, and the overall consolidation and modernization of IT networks. GSA is well-positioned to help agencies meet these goals.

GSA offers the full spectrum of technology assistance, including experts who assess system design, apply user-centered research and design techniques, and ensure alignment with agency needs.

GSA drives more efficient and innovative Government procurement of technology services. GSA improves technology procurements at customer agencies through acquisition consulting and assistance by identifying and incorporating best practices in technology acquisition, offering hands-on assistance to agencies during the acquisition process, and sharing the skills and knowledge developed within GSA across the Federal workforce.

- The Technology Modernization Fund (TMF) will continue to drive digital transformation by providing up-front funding for IT projects to move agencies from antiquated legacy systems to more secure modern platforms—and to ensure effective oversight and successful delivery of high-priority investments. The FY 2025 request of $75 million will

GSA-8

help address critical technology challenges, and modernize high-priority systems, cybersecurity, public-facing digital services/customer experience, and cross-government collaboration and scalable shared service. Through the use of this innovative funding tool, agencies will move to more secure and effective IT systems and infrastructure, such as cloud-enabled technologies and shared services, reducing technical debt and improving mission delivery. In the last few years, the TMF has increased its annual investment rate more than tenfold. The Fund currently manages more than $830 million worth of systems upgrades and modernization projects totaling 51 investments across 29 Federal agencies and has received and reviewed more than 250 proposals totaling about $3.8 billion in funding demand. Absent additional appropriations, the TMF will continue shepherding investments with available resources but will not be able to support the large-scale investments needed to deliver high-quality digital solutions to the public or meet the significant demand shown for the Fund.

- The Information Technology Category (ITC) within the Federal Acquisition Service is improving the customer-agency buying experience by providing access to quality IT and telecommunications services through multiple acquisition vehicles. These vehicles provide access to small businesses and high-quality, innovative suppliers. These contracts will shape and lead future IT category management efforts and facilitate Government-wide IT modernization. ITC's contracts enable faster acquisition, compliance with Federal acquisition regulations, and competitive pricing.

  - The Telecommunications subcategory within the ITC is focused on the successful transition of Government agencies to the Enterprise Infrastructure Solutions (EIS) contract. The EIS contracts address all aspects of Federal agency IT telecommunications, infrastructure, and cybersecurity requirements and will help agencies improve their cybersecurity capabilities and serve as a vehicle to help agencies achieve Federal IT modernization goals in the telecommunications and enterprise network space. Transitioning to EIS affects more than $2 billion in Federal telecommunications spending annually and impacts 228 Federal agencies and other Government entities.

- The FAS Assisted Acquisition Services (AAS) portfolio offers customized acquisition, project management, and financial management services for large and complex projects at the best value to the Government. AAS's highly trained contracting, project, and financial management professionals provide direct assistance to partner agencies on the Government's complex IT and cybersecurity challenges.

GSA offers platforms and services that assist agencies in using modern IT tools and practices, including moving to the cloud, authentication and authorization services, system modernizations, and tools to communicate with the public.

- As part of the Federal Citizen Services Fund (FCSF), the Technology Transformation Services (TTS) will continue to grow and maintain the USAGov and USAGov en

GSA-9

J.R. 1098

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 13 of 451
U.S. General Services Administration
Summary of the FY 2025 Request

Español. These websites serve as the front door to Federal Government information and services making it easier for the public to find and understand the Government services and information they need so that the public can navigate to all Government benefits, services, and programs. USA.gov is a High Impact Service Provider under the "Improving customer Experience" Executive Order. TTS will continue to roll out content, features, and services to USA.gov and increase public engagement with the new content.

- TTS's Secure Cloud Portfolio's FedRAMP program provides a standardized approach to security assessment and authorization, as well as continuous monitoring for cloud products and services. The program continues to experience growth in that demand from agencies for authorized commercial products resulted in a 32 percent increase in the number of security packages entering the FedRAMP authorization process. Over 320 unique cloud offerings have gone through the FedRAMP process and have been reused over 5,700 times across the Federal Government. Through the lifetime of the program, it is estimated that the program has helped the Government avoid over $700 million in one-off Agency assessment and authorization costs. In FY 2025, GSA plans on using direct appropriations as well as agency contributions to allow TTS to keep pace with the demand for FedRAMP services.

- In FY 2025, TTS will also be investing in its artificial intelligence (AI) capabilities that will enable the Government-wide implementation of the AI Training Act and the national surge for AI talent directed by the 2023 Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence. TTS is partnering with the private sector and academia to develop Federal employees' knowledge of emerging AI technologies so that they can access the opportunities to use these technologies to enhance the delivery of services to the public, while mitigating the risks associated with these technologies. Additionally, TTS will be scaling up the Presidential Innovation Fellowship and U.S. Digital Corps programs to ensure that they have the capacity to scale up for bringing AI-specific talent into the Federal Government.

- Within the Acquisition Services Fund, TTS's 18F, Centers of Excellence, and Cloud.gov programs use modern methodologies and technologies to assist Federal agencies in improving the public's experience with the Government. 18F is a team of designers, engineers, product managers, and acquisition specialists who work with agencies to improve the public's most meaningful priority life experiences, broadly share its practices and approaches, help its partners meet the needs of those who depend on their services, and also continue to focus on making the organization run more efficiently. The Centers of Excellence program provides consulting services to agencies on the following functional areas: Artificial Intelligence, Cloud Adoption, Contact Center, Customer Experience, Data Analytics, and Infrastructure Optimization, along with Practice Areas for Innovation Adoption and Acquisition. Cloud.gov is a cloud-based platform-as-a-service, tailored for the needs of the Federal Government that provides a strong security and compliance foundation for new digital services and Government websites. In FY

GSA-10

J.R. 1099

2023, Cloud.gov operated in 19 Federal agencies, with 134 .gov public-agency websites, 2,353 managed cloud services, and 1,519 hosted applications.

- Login.gov is a secure identity proofing solution that ensures access, protects privacy, and prevents fraud. Login.gov simplifies secure access to online Government services for the public, while reducing costs for taxpayers and agencies. Through FY 2023, Login.gov has served 80 million users across more than 45 agencies and 450 applications. Login.gov has helped make it easier for veterans to access their benefits, for small businesses to get the support they need, and for the public to access unemployment insurance.

- The Office of Technology Policy (formerly the Office of Information Integrity and Access) within the Office of Government-wide Policy supports and enables agency implementation of Government-wide IT policies and programs. This office helps IT decision-makers address complex Federal IT challenges such as the impact of new and emerging technology (e.g., artificial intelligence, internet of things, quantum computing) on the Government, Identity, Credential, and Access management, Section 508 compliance, and IT infrastructure modernization.

- GSA continues to make significant progress with the development, implementation, and maintenance of automations that return significant value to GSA. GSA's Robotic Process Automation (RPA) Program develops internal automations that generate savings and increase capacity for the agency. In addition to managing its own RPA program, GSA leads the Federal Robotic Process Automation Community of Practice (CoP) promoting the adoption of emerging automation technologies and rapid process transformation across the Government. GSA provides leadership within the RPA CoP as it mentors other agencies and provides regular Government-wide engagements and best practices that include RPA, Intelligent Automation, and adoption of process transformation methodologies.

GSA continues to support an administrative provision to allow GSA to transfer lapsed funding from several of its appropriations to the "Major equipment acquisitions and development activity" under the Working Capital Fund. Congress granted GSA this authority in Section 602 of Division E in the Consolidated Appropriations Act, 2023 (P.L. 117-328, 136 Stat. 4459, 4697). Continuing this provision in FY 2025 will allow GSA to fund investments such as the regular upgrade of its financial systems and modernize its financial data reporting capabilities without needing to bill its internal customers, keeping their appropriations requests low.

Lastly, in FY 2025 GSA will invest in its cybersecurity capabilities to implement the mandates outlined in Executive Order 14028 on *Improving the Nation's Cybersecurity* (May 12, 2021) as well as the subsequent OMB Memoranda and Cybersecurity and Infrastructure Security Agency Binding Operational Directives. Here is a table that shows GSA's FY 2025 cybersecurity investments by National Institute of Standards and Technology category and fund:

J.R. 1100

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

| NIST Category ($ in '000s) | Acquisition Services Fund | Federal Buildings Fund | Federal Citizen Services Fund | Working Capital Fund | Transportation Audits | Office of Government-wide Policy | Operating Expenses | GSA Total |
|---|---|---|---|---|---|---|---|---|
| Detect | $ 354 | $ - | $ - | $ 3,952 | $ - | $ - | $ - | $ 4,306 |
| Identity | $ 2,911 | $ 62 | $ 12,564 | $ 17,295 | $ 50 | $ - | $ - | $ 32,882 |
| Protect | $ 11,613 | $ 475 | $ 5,397 | $ 48,902 | $ - | $ 29 | $ 44 | $ 66,460 |
| Recover | $ 60 | $ - | $ - | $ 2,917 | $ - | $ - | $ - | $ 2,977 |
| Respond | $ 54 | $ - | $ - | $ 3,057 | $ - | $ - | $ - | $ 3,111 |
| Human Capital | $ 11 | $ - | $ - | $ - | $ - | $ - | $ - | $ 11 |
| Sector Risk Management | $ 78 | $ - | $ - | $ - | $ - | $ - | $ - | $ 78 |
| **Total** | **$ 15,081** | **$ 537** | **$ 17,961** | **$ 76,123** | **$ 50** | **$ 29** | **$ 44** | **$ 109,825** |

## Expanded Shared Services

The FY 2025 budget supports GSA's fourth strategic goal—to design and deliver expanded shared services within GSA and across the Government. One of GSA's most widely utilized shared services is the GSA Fleet leasing program with over 200,000 motor vehicles. In support of the Administration's goal of transitioning to a clean, zero-emission fleet, the FY 2025 budget requests $10 million to procure zero-emission and electric vehicles and associated charging infrastructure. This funding will serve as a down payment to reduce the environmental impact of the Federal Government's vehicle operations. In collaboration with the Office of Management and Budget and other key stakeholders, GSA is leading the way in a multiyear transformation of the Federal fleet in an effort to combat climate change and position the United States as the global leader in electric-vehicles manufacturing.

The FY 2025 budget request also includes investments in OGP's Office of Shared Solutions and Performance Improvement (OSSPI). This Office specializes in solutions for big, systematic problems across the Federal Government. OSSPI improves mission delivery and implementation of the Administration's priorities by bringing Government together to drive innovation, foster collaboration, and shape effective policy. Working through its three functional areas of Executive Councils, Shared Services, and the President's Management Agenda support team, OSSPI improves mission delivery by: (1) informing and shaping policy; (2) coordinating governance and executing program management for shared services; and (3) building strategies and support for agencies as they plan for and execute transformational initiatives set forth in the Administration's priorities.

## Advancing Equity

GSA will continue to advance the Administration's goal of advancing equity throughout the Federal Government. GSA's unique role as an acquisition, real estate, and technology-related service provider allows it to amplify the Federal Government's efforts to promote equity and access in a way that maximizes benefits to all communities impacted by GSA's mission.

GSA is focused on four key high-impact program areas aimed at advancing equity to benefit the American public: 1) advancing equity and increasing supplier diversity in Federal procurement; 2) advancing equity and accessibility in Federal technology; 3) advancing equity and sustainability through the Federal buildings footprint; and 4) advancing civil rights and access to

J.R. 1101

Federal resources. Focusing on these areas, GSA will use its unique position of delivering mission-critical services and core products across Government to act as a force multiplier in advancing equity and removing barriers for underserved communities. These actions include:

- Improving success for underserved businesses;
- Enhancing technical assistance for underserved communities;
- Ensuring equitable technology design and delivery;
- Enhancing access to opportunities for socioeconomic and small-disadvantaged businesses to participate on the Multiple Award Schedule contract vehicle;
- Enhancing supplier diversity and vendor education;
- Supporting the positive economic and environmental justice impacts of the current and future public-building footprint to advance the livability and vitality of communities;
- Prioritizing equitable design and user experience when developing and delivering Federal digital services; and
- Improving civic tech performance on older devices and accessibility for mobile, rural, and low-bandwidth users.

Additionally, in response to Executive Order 14035 on *Diversity, Equity, Inclusion and Accessibility in the Federal Workforce* (June 25, 2021)*,* GSA's FY 2022 – 2026 Strategic Plan introduced the new Key Capability of "a people-first culture that prioritizes DEIA." Under this banner, GSA will make investments that enhance employee experience and success outcomes, including: 1) opportunities to address improvements throughout the human-capital lifecycle; 2) broaden pipelines to Federal service for underrepresented and underserved communities; and 3) align with other Government-wide strategic priorities that advance gender equity, combat bias, reduce barriers, and improve accessibility.

GSA's collective equity efforts in our workforce, organizational culture, and mission delivery establish the foundation for the agency to continue to enable a high-performing diverse Federal workforce that is positioned to deliver an equitable and exceptional customer experience and meet the mission-critical needs for the future of Government.

**Good Accounting Obligation in Government Act**
GSA is working to meet the requirements of the Good Accounting Obligation in Government Act. GSA's most recent report on the status of public recommendations by the U.S. Government Accountability Office and the GSA Office of Inspector General, which have been open for at least a year, can be found on GSA's website at the following address:
https://www.gsa.gov/reference/reports/budget-performance/administrators-semiannual-management-report

GSA-13

J.R. 1102

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

**Request for New Obligational Authority**

(Dollars in Thousands)

|  | FY 2023 Enacted | FY 2024 Full Year CR | FY2025 Request |
|---|---|---|---|
| **Total Revenues** | $10,235,060 | $ 10,728,410 | $ 10,496,084 |
| **Federal Buildings Fund (FBF), New Obligation Authority** | | | |
| Construction and Acquisition | $ 804,382 | $ 807,809 | $ - |
| Repairs and Alterations | $ 665,707 | $ 662,280 | $ 1,617,825 |
| Installment Acquisition Payments | $ - | $ - | $ 233,333 |
| Rental of Space | $ 5,561,680 | $ 5,561,680 | $ 5,606,122 |
| Building Operations | $ 2,981,381 | $ 2,981,381 | $ 3,272,137 |
| Disaster Relief Supplemental | $ 36,788 | $ - | $ - |
| **Total New Obligation Authority** | $10,049,938 | $ 10,013,150 | $ 10,729,417 |
| FBF Net Budget Authority | $ (185,122) | $ (715,260) | $ 233,333 |

**FY 2025 Capital Investment Program**

(Dollars in Thousands)

| **REPAIRS AND ALTERATIONS Program:** | | |
|---|---|---|
| **Non Prospectus (Basic) Repairs and Alterations Program** | $ | 500,000 |
| **Special Emphasis Programs** | $ | 584,325 |
| **Major Repairs & Alterations** | $ | 533,500 |
| **New Obligational Authority, REPAIRS AND ALTERATIONS Program** | $ | 1,617,825 |
| **Total New Obligational Authority, Capital Investment Program** | $ | 1,617,825 |

GSA-14

**GSA Net Budget Authority**

Annual Appropriations, Request for Net Budget Authority

(Dollars in Thousands)

| | FY 2023 Enacted | | FY 2024 Full Year CR | | FY2025 Request | |
|---|---|---|---|---|---|---|
| **Discretionary Budget Authority** | | | | | | |
| FBF Net Budget Authority | $ | (185,122) | $ | (715,260) | $ | 233,333 |
| Annual Appropriations | $ | 361,699 | $ | 361,699 | $ | 410,690 |
| **GSA Discretionary Budget Authority** | **$** | **176,577** | **$** | **(353,561)** | **$** | **644,023** |
| | | | | | | |
| Pre-Election Presidential Transition | $ | - | $ | - | $ | - |
| Presidential Transition | $ | - | $ | - | $ | 11,202 |
| **Additional Programs Budget Authority** | **$** | **-** | **$** | **-** | **$** | **11,202** |
| | | | | | | |
| Transportation Audit Contracts and Contract Administration | $ | 17,030 | $ | 10,316 | $ | 12,264 |
| Acquisition Workforce Training Fund | $ | 14,186 | $ | 16,895 | $ | 21,300 |
| Expenses, Disposal of Surplus Real and Related Personal Property | $ | 710 | $ | 10,876 | $ | 10,876 |
| **GSA Mandatory Budget Authority** | **$** | **31,926** | **$** | **38,087** | **$** | **44,440** |
| | | | | | | |
| **Mandatory Appropriations** | | | | | | |
| Mandatory Proposals | | | | | | |
| Federal Capital Revolving Fund | $ | - | $ | - | $ 10,000,000 | |
| **Appropriated GSA Mandatory Budget Authority** | **$** | **-** | **$** | **-** | **$ 10,000,000** | |
| | | | | | | |
| **Total GSA Net Budget Authority** | **$** | **208,503** | **$** | **(315,474)** | **$ 10,699,665** | |

GSA-15

J.R. 1104

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

**GSA Total Obligations by Object Classification**

(Dollars in Thousands)

| | | FY 2023 Actual | FY 2024 Plan | FY 2025 Request |
|---|---|---|---|---|
| 11.1 | Full-time permanent | $ 1,424,128 | $ 1,711,219 | $ 1,780,691 |
| 11.3 | Other than full-time permanent | $ 52,619 | $ 8,278 | $ 7,957 |
| 11.5 | Other personnel compensation | $ 38,493 | $ 44,494 | $ 46,517 |
| 11.8 | Special personnel service payments | $ 10,951 | $ 4,202 | $ 4,020 |
| 12.1 | Civilian personnel benefits | $ 563,723 | $ 628,161 | $ 664,026 |
| 13.0 | Benefits for former personnel | $ 1,455 | $ 1,679 | $ 2,104 |
| 21.0 | Travel and transportation of persons | $ 25,980 | $ 32,134 | $ 34,731 |
| 22.0 | Transportation of things | $ 257,892 | $ 8,522 | $ 8,727 |
| 23.1 | Rental payments to GSA | $ 57,572 | $ 44,687 | $ 44,588 |
| 23.2 | Rental payments to others | $ 5,644,779 | $ 5,562,158 | $ 5,606,855 |
| 23.3 | Communications, utilities, and misc. charges | $ 608,494 | $ 849,868 | $ 748,052 |
| 24.0 | Printing and reproduction | $ 2,530 | $ 3,512 | $ 3,615 |
| 25.1 | Advisory and assistance services | $ 21,019,208 | $ 21,183,722 | $ 21,951,209 |
| 25.2 | Other services from non-Federal sources | $ 87,388 | $ 80,294 | $ 73,772 |
| 25.3 | Other goods and services from Federal sources | $ 1,000,957 | $ 1,012,804 | $ 1,075,646 |
| 25.4 | Operation and maintenance of facilities | $ 2,678,403 | $ 1,964,917 | $ 2,230,809 |
| 25.5 | Research and development contracts | $ 36 | $ - | $ - |
| 25.6 | Medical Care | $ 60 | $ 223 | $ 329 |
| 25.7 | Operation and maintenance of equipment | $ 296,657 | $ 226,687 | $ 241,779 |
| 25.8 | Subsistence and support of persons | $ 2,194 | $ 5 | $ 5 |
| 26.0 | Supplies and materials | $ 1,906,214 | $ 1,748,883 | $ 1,862,476 |
| 31.0 | Equipment | $ 3,536,550 | $ 4,859,956 | $ 5,206,343 |
| 32.0 | Land and structures | $ 1,142,900 | $ 3,922,706 | $ 4,988,184 |
| 33.0 | Investment and Loans | $ - | $ - | $ - |
| 41.0 | Grants, subsidies, and contributions | $ - | $ - | $ |
| 42.0 | Insurance claims and indemnities | $ 3,371 | $ 659 | $ - |
| 43.0 | Interest and dividends | $ 28,392 | $ 44,806 | $ 48,607 |
| 44.0 | Refunds | $ 109 | $ 10 | $ 20 |
| 91.0 | Unvouchered | $ 1 | $ 10 | $ 233,343 |
| 94.0 | Financial Transfers | $ 20,656 | $ 27,495 | $ 3,526,000 |
| **99.0** | **Total Obligations** | **$ 40,411,712** | **$ 43,972,091** | **$ 50,390,405** |
| | *Subtotal, PC&B* | $ 2,091,369 | $ 2,398,033 | $ 2,505,315 |
| | *Subtotal, Non-labor* | $ 38,320,343 | $ 41,574,058 | $ 47,885,090 |

GSA-16

J.R. 1105

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

**GSA Total FTE**

| | FY 2023 Actual | | | FY 2024 Plan | | | FY 2025 Request | | |
|---|---|---|---|---|---|---|---|---|---|
| | Direct | Reimb. | Total | Direct | Reimb. | Total | Direct | Reimb. | Total |
| **Annual Appropriations** | | | | | | | | | |
| Office of Government-wide Policy | 139 | 23 | 162 | 159 | 33 | 192 | 163 | 33 | 196 |
| Operating Expenses | 184 | 5 | 189 | 213 | 7 | 220 | 214 | 7 | 221 |
| Civilian Board of Contract Appeals | 28 | 0 | 28 | 41 | 0 | 41 | 41 | 0 | 41 |
| Federal Citizen Services Fund | 93 | 80 | 173 | 148 | 160 | 308 | 151 | 244 | 395 |
| Office of Inspector General | 255 | 2 | 257 | 285 | 3 | 288 | 285 | 3 | 288 |
| **Subtotal, Annual Appropriations** | **699** | **110** | **809** | **846** | **203** | **1,049** | **854** | **287** | **1,141** |
| **Revolving Funds** | | | | | | | | | |
| Federal Buildings Fund | 5,157 | 316 | 5,473 | 5,247 | 316 | 5,563 | 5,307 | 316 | 5,623 |
| Technology Modernization Fund | 17 | 0 | 17 | 30 | 0 | 30 | 30 | 0 | 30 |
| Acquisition Services Fund | 0 | 3,885 | 3,885 | 0 | 4,152 | 4,152 | 0 | 4,258 | 4,258 |
| Working Capital Fund | 0 | 2,105 | 2,105 | 0 | 2,449 | 2,449 | 0 | 2,455 | 2,455 |
| **Subtotal, Revolving Funds** | **5,174** | **6,306** | **11,480** | **5,277** | **6,917** | **12,194** | **5,337** | **7,029** | **12,366** |
| **Permanent Budget Authority** | | | | | | | | | |
| Transportation Audits | 27 | 0 | 27 | 29 | 0 | 29 | 29 | 0 | 29 |
| Acquisition Workforce Training Fund | 13 | 0 | 13 | 16 | 0 | 16 | 16 | 0 | 16 |
| **Subtotal, Permanent Budget Authority** | **40** | **0** | **40** | **45** | **0** | **45** | **45** | **0** | **45** |
| **GSA TOTAL** | **5,913** | **6,416** | **12,329** | **6,168** | **7,120** | **13,288** | **6,236** | **7,316** | **13,552** |

Note:  FCSF used American Rescue Plan funding to hire term employees in FY 2023 and plans to continue to do so in FY 2024.

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

## Explanation of Changes, Federal Buildings Fund
(New Obligational Authority, Dollars in Thousands)

| | Construction and Acquisition | Repairs and Alterations | Installment Acquisition Payments | Rental of Space | Building Operations | TOTAL |
|---|---|---|---|---|---|---|
| **FY 2024 Full Year CR** | $ 807,809 | $ 662,280 | $ - | $ 5,561,680 | $ 2,981,381 | $ 10,013,150 |
| Change in Construction for Executive Agencies | $ (807,809) | | | | | $ (807,809) |
| Change in Courthouses | | | | | | $ - |
| Change in Basic R&A program | | $ 101,203 | | | | $ 101,203 |
| Change in Line-Item R&A program | | $ 854,342 | | | | $ 854,342 |
| Change in Special Emphasis programs | | | | | | $ - |
| Unobligated Balances Used to Meet FY24 Requirement | | | | $ - | | $ - |
| Annualization of remaining FY 2025 Program Changes | | | | $ (64,293) | | $ (64,293) |
| NOA Conversion of FY2024 IA Base | | | | $ 105,184 | | $ 105,184 |
| Lump Sums (Taxes, IBAAs, RWAs, Double Rent, Others) | | | | $ (88,132) | | $ (88,132) |
| FY24 PYC of Program Changes | | | | $ 23,444 | | $ 23,444 |
| Rent Changes (Step Rent, CPIs, Escalations) | | | | $ 43,571 | | $ 43,571 |
| Potential Buyouts | | | | $ 422,360 | | $ 422,360 |
| Cancellations | | | | $ (103,635) | | $ (103,635) |
| Expansions | | | | $ 6,833 | | $ 6,833 |
| COVID-19 Cleaning for Confirmed Cases | | | | $ - | | $ - |
| Unobligated Balances Used to Meet FY25 Requirement | | | | $ (300,889) | | $ (300,889) |
| Change in Base Building Cost | | | | | $ 122,370 | $ 122,370 |
| Change in Other/ Miscellaneous Building Cost | | | | | $ 35,718 | $ 35,718 |
| Change in PBS Administrative Cost | | | | | $ 62,695 | $ 62,695 |
| Change in Other / Miscellaneous PBS Administrative Cost | | | | | $ 8,186 | $ 8,186 |
| Change in Other Funding Sources | | | | | $ 61,787 | $ 61,787 |
| Repayments to Federal Capital Revolving Fund | | | $ 233,333 | | | $ 233,333 |
| Reduction for One Time Supplemental Funding | | | | | $ - | $ - |
| **FY 2025 Request** | $ - | $ 1,617,825 | $ 233,333 | $ 5,606,122 | $ 3,272,137 | $ 10,729,417 |

GSA-18

J.R. 1107

## Explanation of Changes, GSA Annual Appropriations

(Budget Authority, Dollars in Thousands)

| | Government-wide Policy | | Operating Expenses | | Civilian Board of Contract Appeals | | Former Presidents | | Federal Citizen Services Fund | | Inspector General | | Technology Modernization Fund | | Working Capital Fund | | Electric Vehicles Fund | | Presidential Transition | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Approp. | FTE | Appropriation |
| FY 2024 Full Year CR | 159 | $71,186 | 213 | $54,478 | 41 | $10,352 | 0 | $5,200 | 148 | $90,000 | 285 | $74,583 | 30 | $50,000 | 0 | $5,900 | 0 | $- | 0 | $- | 876 | $361,699 |
| **Program Increases:** | | | | | | | | | | | | | | | | | | | | | | |
| TMF Increases | | | | | | | | | | | | | | $25,000 | | | | | | | 0 | 25,000 |
| Personnel Compensation and Benefits | 0 | $523 | 1 | $1,272 | | $399 | | | 1 | $832 | | $1,704 | | | | | | | | | 2 | 4,730 |
| Travel and Transportation | | | | $165 | | | | | | | | $100 | | | | | | | | | 0 | 265 |
| Rent | | | | | | $75 | | | | | | $785 | | | | | | | | | 0 | 860 |
| Operations and Maintenance of Equipment | | | | | | $- | | | | | | $15 | | | | | | | | | 0 | 15 |
| Communication and Utilities | | | | $5 | | | | | | | | | | | | | | | | | 0 | 5 |
| Contractual Services | | | | | | | | | | | | $200 | | | | | | | | | 0 | 200 |
| Advisory and Assistance Services | | | | | | | | | | | | $283 | | | | | | | | | 0 | 283 |
| Training | | | | $19 | | | | | | | | | | | | | | | | | 0 | 19 |
| Electric Vehicle Fund | | | | | | | | | | | | | | | | | | $10,000 | | | 0 | 10,000 |
| Supplies, Materials, and Equipment | | | | $12 | | | | | | | | | | | | | | | | | 0 | 12 |
| Section 508 Program Management Office | 4 | $1,431 | | | | | | | | | | | | | | | | | | | 4 | 1,431 |
| Government-wide AI training and related support costs | | | | | | | | | 1 | $5,000 | | | | | | | | | | | 1 | 5,000 |
| Presidential Innovation Fellows and U.S. Digital Corps AI-specific talent | | | | | | | | | 9 | $2,000 | | | | | | | | | | | 9 | 2,000 |
| Developer Tools and Public Benefits Studio | | | | | | | | | 1 | $933 | | | | | | | | | | | 1 | 933 |
| Program Support | | | | | | | | | | $143 | | | | | | | | | | | 0 | 143 |
| GSA IT O&M and DM&E program support | | $970 | | | | | | | | | | | | | | | | | | | 0 | 970 |
| WCF Bill | | $1,040 | | | | | | | | | | | | | | | | | | | 0 | 1,040 |
| Appointee Orientation | | | | | | | | | | | | | | | | | | | | $1,000 | 0 | 1,000 |
| Incoming President and Vice President | | | | | | | | | | | | | | | | | | | | $7,222 | 0 | 7,222 |
| Outgoing President and Vice President | | | | | | | | | | | | | | | | | | | | $2,980 | 0 | 2,980 |
| Increase for Former President Trump | | | | | | | | $47 | | | | | | | | | | | | | 0 | 47 |
| Increase for Former President Obama | | | | | | | | $66 | | | | | | | | | | | | | 0 | 66 |
| Increase for Former President Bush | | | | | | | | $48 | | | | | | | | | | | | | 0 | 48 |
| Increase for Former President Clinton | | | | | | | | $75 | | | | | | | | | | | | | 0 | 75 |
| Increase for Former President Carter | | | | | | | | $64 | | | | | | | | | | | | | 0 | 64 |
| **Program Decreases:** | | | | | | | | | | | | | | | | | | | | | | |
| Support to fund US Web Design System and Digital.gov | | | | | | | | | | $(357) | | | | | | | | | | | 0 | (357) |
| Contractual Support for MAX.gov PMO | | | | | | | | | | $(1,551) | | | | | | | | | | | 0 | (1,551) |
| Rent | | $(1,117) | | | | | | | | | | | | | | | | | | | 0 | (1,117) |
| Contractual Services | | | | $(383) | | $(145) | | | | | | | | | | | | | | | 0 | (528) |
| Equipment | | | | | | | | | | | | $(540) | | | | | | | | | 0 | (540) |
| FTE funded from PY Carryover | | | | | | | | | (9) | | | | | | | | | | | | (9) | - |
| **FY 2025 Request** | 163 | $74,033 | 214 | $55,568 | 41 | $10,559 | 0 | $5,500 | 151 | $97,000 | 285 | $77,130 | 30 | $75,000 | 0 | $5,900 | 0 | $10,000 | 0 | $11,202 | 884 | $421,892 |

GSA-19

J.R. 1108

*U.S. General Services Administration*
*Summary of the FY 2025 Request*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1109

**U.S. General Services Administration**

**FEDERAL BUILDINGS FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Federal Buildings Fund / Public Buildings Service Overview ........................................................ 3
Real Estate Investment and Savings Opportunities .................................................................. 4
Capital Investment Program: Modernizing and Optimizing Federal Workplaces ....................... 5
FBF Funding Trends ................................................................................................................. 10
    Revenue Collected vs. Reinvested ...................................................................................... 10
    Net Budget Authority - 15 Year History ................................................................................ 12
Providing Full Access to Annual Revenues and Collections in the Federal Buildings Fund ....... 12
Resources, New Obligational Authority, Fund Balance, and Mandatory Authority .................... 14
Crosswalk of FY 2023 New Obligational Authority .................................................................... 16
Indefinite Authority ................................................................................................................... 17
Obligations by Object Classification ......................................................................................... 18
Obligations by Program ............................................................................................................ 19
FY 2025 Capital Program - Construction and Acquisition of Facilities ...................................... 19
    Program Description ............................................................................................................. 19
    Program Strategy ................................................................................................................. 19
FY 2025 Capital Program - Repairs and Alterations ................................................................. 20
    Program Description and Justification ................................................................................... 20
    Program Strategy ................................................................................................................. 20
    Repairs and Alterations Projects .......................................................................................... 22
Installment Acquisition Payments ............................................................................................. 40
    Program Description ............................................................................................................. 40
    Program Strategy ................................................................................................................. 40
    Installment Acquisition Payments, Summary of Request ....................................................... 41
    Installment Acquisition Payments, Project Description ........................................................... 41
Rental of Space ....................................................................................................................... 42
    Program Description ............................................................................................................. 42
    Rental of Space, Explanation of Changes ............................................................................. 44
    Program Strategy ................................................................................................................. 44
Building Operations .................................................................................................................. 46
    Program Description ............................................................................................................. 46
    Building Operations, Explanation of Changes ........................................................................ 47
    Program Strategy ................................................................................................................. 48
    Explanation of Programmatic Changes ................................................................................. 48

J.R. 1110

*U.S. General Services Administration*
*Federal Buildings Fund*

Reimbursable Program ..................................................................................................52
Appropriations Language ...............................................................................................53
    Appropriations Language for the Federal Capital Revolving Fund Repayment ......................54
Schedule of Indefinite Authorities...................................................................................55

FBF-2

**Federal Buildings Fund / Public Buildings Service Overview**

The mission of the U.S. General Services Administration's (GSA) Public Buildings Service (PBS) is to provide effective, flexible, and sustainable workspace solutions for Federal agencies at the best value for the taxpayers. PBS fulfills its mission by maintaining, building, leasing, and operating more than 360 million rentable square feet of space that safely house approximately one million Federal employees (nearly 50 percent of the total Federal civilian workforce) in more than 2,200 communities across the country. These facilities are visited annually by tens of millions of members of the public, including veterans, Medicare and Social Security beneficiaries, small business owners, victims of disasters, plaintiffs and defendants, contractors, and others. Additionally, these facilities support vital national security, law enforcement, commerce, and research and development missions, among other things.

GSA's fiscal year (FY) 2025 budget request for the Federal Buildings Fund (FBF) supports these communities, Federal employees, and their missions, as well as the Biden-Harris Administration's priorities, including investing in Federal infrastructure, tackling the climate crisis, creating new business and job opportunities, and advancing equity. The budget request proposes sound, cost-effective investments to address the growing backlog of critical building life-safety and infrastructure needs, enhance Federal facilities' climate posture and resiliency, reduce the costs of maintaining federally owned facilities, and reduce the Government's reliance on costly leases. It also positions GSA to respond to this historic opportunity to rightsize the Federal footprint, reduce long-term real estate costs, and meet the future workspace needs of Federal agencies and the public they serve.

PBS is requesting $233 million in net positive obligational authority in addition to its anticipated annual revenues and collections for a total of $10.7 billion in FBF New Obligational Authority (NOA). This budget request will enable PBS to:

- Support the development of the Federal Government's future of work plans and reduce the size of the Federal inventory.
- Release several hundred thousand rentable square feet of leased space and avoid millions in annual future lease payments to private lessors.
- Begin to address backlogged repairs and alterations, begin to reduce significant deferred maintenance liabilities, invest in life-safety projects to protect the Federal workforce, and prepare federally owned facilities to be more climate resilient by designing for both the observed and expected changes in extreme weather and climate trends for the service life of the asset.
- Enhance the sustainability and resilience of Federal facilities and start transitioning GSA's federally owned buildings to 100 percent carbon pollution-free electricity by 2030; and modernizing and acquiring secure information technology that will enable PBS to efficiently operate and maintain Federal facilities.

Additionally, GSA's FY 2025 FBF Budget Request contains legislative proposals that are key to maximizing the efficiency of the FBF. The request includes a proposal to change the budgetary

FBF-3

J.R. 1112

*U.S. General Services Administration*
*Federal Buildings Fund*

treatment of the rent revenues deposited in the FBF and the associated legislative scoring guidelines. This proposed treatment parallels the recently enacted scoring treatment for the Harbor Maintenance Trust Fund (HMTF) in the Coronavirus Aid, Relief, and Economic Security Act (P.L. 116-136, 134 Stat. 281, 526) that allows Congress to allocate the full value of funds. Adopting similar scoring treatment for the FBF will help ensure that GSA is provided full access to the annual revenues and collections deposited in the FBF. Agencies make rental payments to GSA with the expectation that such funds will be used to properly maintain the facilities they occupy, which GSA has been unable to do over the past decade due to a lack of NOA appropriated commensurate with the annual revenues and collections deposited in the FBF. Modernizing federally owned facilities will enable GSA to consolidate and reduce the Federal Government's heavy reliance on space leased from private lessors, which will provide cost avoidance many times over. GSA is also proposing an increase to the prospectus threshold from the FY 2025 limit of $3.926 million to $10 million, in accordance with a recent U.S. Government Accountability Office (GAO) report,[1] which will save taxpayer funds by reducing the cost and timeline for project delivery and providing quicker access to space for GSA's occupant Federal agencies. Lastly, the President's Budget supports the expansion of the allowable uses of the disposal fund. The expanded authority will accelerate the disposition of underutilized property by allowing GSA to better assist agencies in identifying and preparing real property earlier in the disposition process.

**Real Estate Investment and Savings Opportunities**

Since its establishment in 1949, GSA has continually worked to improve Government operations, streamline acquisitions, and provide efficient real estate services to allow its customers in the executive, legislative, and judicial branches to complete the essential functions of the Federal Government. GSA's FY 2025 budget request was formulated using the same tenets that led to its establishment 75 years ago. However, many things have changed since GSA was established. For one, GSA's federally owned buildings are now, on average, over 50 years old and many of the buildings have not undergone any significant modernizations since they were constructed. In addition, since FY 2011, the average FBF funding shortfall of roughly $1 billion per year has impacted the Repair & Alteration budgets the hardest, which has contributed to growing deficiencies in PBS's portfolio of federally owned facilities.

GSA and occupant agency alignment around the opportunity to transform GSA's current real estate portfolio into one that is high performing, more efficient, and physically smaller than today's portfolio has never been better, with the opportunity to generate substantial savings to the taxpayers. Increased workplace flexibility, taken together with the fact that approximately 80 million rentable square feet of leased space is expiring in the next 5 years, illustrate how this budget request and others in the near future will determine the makeup, condition, size, and functionality of tomorrow's portfolio of properties.

---

[1] *Federal Real Property: GSA Should Fully Assess Its Prospectus Process and Communicate Results to Its Authorizing Committees*, GAO-22-104639 (January 21, 2022), found at: https://www.gao.gov/products/gao-22-104639.

FBF-4

For PBS, every major program in FY 2025 was developed with the goal of being as efficient and effective as possible for the taxpayers.

- The Capital Investment Program allocation was developed with the intent to reduce currently needed federally owned facility repairs, build better workplaces within Federal buildings that are safe, improve customer mission delivery, reduce operating expenses, promote adaptability to future changes in Government space needs, reduce building energy, water, waste, and greenhouse gas emissions, increase resilience to climate change and make Federal facilities better neighbors in their communities.
- The Rental of Space allocation was based on known customer space needs, while also providing the needed flexibility for GSA to make prudent decisions as customer needs evolve. This strategy will allow our program to align with evolving customer requirements, as future workplace requirements are incorporated into space layouts.
- The Building Operations allocation was developed to support a diverse and effective PBS workforce that has the tools to reduce operating costs, provide a safe workspace for over 1 million Federal employees, and leverage the Federal Government's purchasing power to achieve its 2030 goal for 100 percent carbon pollution-free electricity in federally owned GSA-controlled facilities, including 50 percent 24/7 carbon pollution-free electricity.

**Capital Investment Program: Modernizing and Optimizing Federal Workplaces**

Since FY 2011, the total revenues and collections deposited into the FBF have substantially exceeded the annual NOA appropriated by Congress. Over the past decade, GSA's Capital Investment Program has been underfunded compared to the President's budget request by over $13 billion, with the New Construction and Acquisition Program receiving $4.1 billion less in appropriations of NOA than requested by GSA. GSA's Basic Repairs and Alterations Program has received $376 million less in appropriations of NOA than requested by GSA, while the Major Repairs and Alterations Program has endured the greatest diminution receiving over $6.9 billion less in appropriations of NOA than requested by GSA. Congress must close the gap between the annual revenues and collections deposited into the FBF and NOA appropriated so that GSA may begin to reverse the deleterious and cumulative impacts of underinvestment in deferred maintenance and necessary capital improvements among its federally owned facilities. Absent these necessary reinvestments, GSA's federally owned assets will deteriorate further and the opportunity to transform the Federal workspace, shift agencies from costly leases into federally owned space, and dramatically reduce long-term real estate costs will be lost.

As part of GSA's strategic vision to provide financially and environmentally sustainable, accessible, and responsive workspace solutions that enable a productive Federal workforce, GSA is working toward:
- Developing and offering integrated and hybrid workspace options and services that maximize flexibility.

*U.S. General Services Administration*
*Federal Buildings Fund*

- Securing investments needed to achieve a rightsized and modernized portfolio that is safe, efficient, and affordable for customers.
- Establishing and implementing cross-cutting solutions that mitigate climate risks by increasing building resilience, reducing greenhouse gas emissions, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity.
- Identifying and implementing programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations.

GSA's Real Estate Optimization effort is comprised of three core pillars:
- Investing in Core Assets
  - These federally owned buildings represent the highest strategic value to GSA, the agencies that occupy them, and the public they serve.
  - They financially sustain the FBF and have the highest long-term value proposition for the taxpayers.
- Disposing of Underperforming Buildings
  - These federally owned buildings provide the least strategic value and present the highest risk to the Federal portfolio's performance.
  - They are a financial burden for the FBF and do not meet long-term agency housing needs in a cost-effective manner.
- Reducing Reliance on Leasing
  - Responsibly manage pending lease expirations.
  - Identify consolidation opportunities for federally owned and leased assets to maximize use of existing Federal facilities and backfill of vacated leases during the firm term.

Progress on the above three core pillars is contingent upon Congress's support for GSA's annual Capital Investment Programs and the legislative proposals contained in GSA's FY 2025 Budget Request.

The FY 2025 Capital Investment Program was developed to further the efforts to reinvest in GSA's core assets and provide modernized workspaces, in a state of good repair, with an aim toward net-zero operations and strong utilization. Realization of this effort will improve the functionality of tomorrow's PBS real estate portfolio, allowing agencies to better carry out their missions and serve the American people. GSA plays a key role in helping agencies redefine their space requirements and through this budget request, repositions GSA's inventory to become a safer, smaller, less costly real estate footprint. Fully supporting GSA's Capital Investment Program is a prerequisite to meeting these new demands and to realizing the enormous potential for reducing GSA's reliance on leases to meet long-term agency needs.

To capitalize on this opportunity, GSA's federally owned buildings require infrastructure investments that provide flexibility to handle dynamic working arrangements and increased reliance on technology that its occupant agencies need for the future. Building system modernization is also necessary to increase mission resilience and reduce operating costs and

J.R. 1115

emissions. The net positive budget authority requested in the FY 2025 budget is the upfront investment needed to position GSA to leverage long-term cost savings initiatives and ensure that Federal employees across the Government have access to high-functioning workspaces that enhance mission delivery.

GSA's FY 2025 Capital Investment plan is focused on the reinvestment of NOA needed for those properties that continue to generate the rent needed to sustain GSA's federally owned inventory, and for which there is a long-term need. As part of the evaluation of potential FY 2025 projects, GSA uses a High Value Investment strategic initiative. The goal of the initiative is to utilize financial and other metrics to evaluate the potential project funding needs and prioritization. These metrics support the portfolio's transition to a lean and sustainable cost structure by selecting those projects that align with GSA's long-term objectives.

Support for GSA's FY 2025 budget facilitates cost-effective facilities, minimizes operational risks, protects people and property, maximizes return on investment, and yields a viable alternative to costly leasing for the Federal Government's future space needs. Without such support from Congress, leasing privately owned space will become the preferred alternative, which is proven to cost the taxpayers significantly more than properly maintaining the buildings already owned by the Federal Government. Many of the proposed FY 2025 projects include essential infrastructure work and alterations necessary to position these facilities for long-term Federal occupancy. For example, fire suppression and alarm systems need to function with readily available replacement parts; elevators need to operate without causing entrapment; heating, ventilation and air conditioning (HVAC) systems need to adequately ventilate and condition air for health and comfort; electrical systems need to support basic building operation and an increasingly digital workplace; and exterior building facades need to be sound and secure as a matter of occupant agency safety and building efficiency.

GSA's FY 2025 Capital Investment Program spurs reinvestment in core assets and prioritizes investments in federally owned facilities. The request includes $1.6 billion for Repairs and Alterations, including $500 million for Basic Repairs and Alterations, $584 million for Major Repairs and Alterations, and $534 million for several of PBS's Special Emphasis Programs. The Major Repairs and Alterations funding will be reinvested in 16 high-value assets in seven states and the District of Columbia. The following critical building components and the respective estimated construction costs to be addressed as part of these Major Repairs and Alterations projects include:[2]

- **$163 million** for new HVAC, mechanical, electrical and plumbing systems, upgrades to improve building functionality and meet safety codes, and enhancements to reduce building energy consumption;
- **$50 million** to address site infrastructure, facades, and inefficient deteriorating window systems. These repairs will: address life-safety concerns due to falling debris, improve building security, reduce energy consumption, and improve the climate resilience of

---

[2] Estimated construction costs do not include Professional Service Fees (Design and Management and Inspection).

J.R. 1116

*U.S. General Services Administration*
*Federal Buildings Fund*

buildings; and correct and reduce seismic risks associated with structural and non-structural seismic hazards, such as bracing and strengthening of facade elements;

- **$63 million** for interior space alterations and repairs, interim leases where needed, and ancillary support services;
- **$70 million** in fire-protection and life-safety improvements to address outdated fire alarm and sprinkler systems. This work will correct hazards and reduce risks to Federal Government personnel and the general public. This does not include any Special Emphasis projects;
- **$130 million** in conveyance systems replacements and repairs to improve building operations, reduce energy consumption, and reduce the chance of entrapments;
- **$30 million** in scope-related demolition and hazardous materials abatement.

The following Special Emphasis Programs funding will provide the necessary funds for 5 programs to undertake projects that improve the condition, safety, and utilization of multiple facilities nationwide:

- $425 million for Optimization of the portfolio;
- $50 million for Fire Protection and Life Safety;
- $30 million for Judiciary Capital Security;
- $14.25 million for Childcare Systems and Security;
- $14.25 million for Energy and Water Retrofit and Conservation Measures.

As part of GSA's ongoing efforts to rightsize and modernize the Federal Government's real estate footprint in support of agencies' missions, GSA is identifying opportunities to optimize space within its inventory of real property assets. GSA proposes $425 million for the Optimization Program for the reconfiguration and renovation of core assets under GSA's jurisdiction, custody, or control to support efforts to optimize space configuration and performance; deliver the best value in real estate to our customer agencies across Government; reduce the Government's footprint; and achieve significant annual cost savings for taxpayers. This proposed Optimization Program will help to facilitate GSA's strategic divestiture of unneeded federally owned assets and reduce the reliance on leased space. GSA continues to partner with Federal agencies to transform Federal workspaces for the future and to make the Federal footprint more sustainable and cost effective for taxpayers. Projects will vary in size by location, agency mission, and operations. Funding in this program will also fund customer-agency tenant improvements, furnishings, equipment, and any necessary move expenses if the agency is unable to fund the costs. Overall, the optimization program will result in improved space utilization, cost avoidance for the American taxpayer and a more sustainable portfolio.

The requested $500 million for the Basic Repairs and Alterations Program enables GSA to more quickly address routine needs, which will reduce repair costs, shorten delivery times and support GSA's occupant agencies' mission needs more effectively. PBS has a list of basic repair and alteration projects readily available for execution and that is well in excess of the requested budget amount. PBS maintains a consistent obligation rate of effectively 100 percent of these funds year after year. Accounting for cost increases due to changes in market conditions, such

as labor and supply-chain challenges, increased fuel prices, and inflation, the requested $500 million position PBS to invest in its core assets and to reduce a portion of its $4.6 billion in currently needed federally owned facility repairs. GSA's proposal to increase the prospectus threshold from the FY 2025 threshold of $3.926 million to $10 million will reduce the timeline for project delivery and provide better service to the occupant agencies that await repairs and improvements to the facilities they pay rent to occupy.

As the Capital Investment Program begins to reposition GSA's federally owned inventory and makes it more effective for the Federal workforce, it will do so in a way that improves the climate resiliency and sustainability of the inventory. Individual projects will aim to incorporate the White House Council on Environmental Quality's long-standing *Guiding Principles for Sustainable Federal Buildings* and other green building certification standards. GSA is also analyzing opportunities to electrify its core assets by replacing fossil fuel-based mechanical equipment, such as boilers and water heaters, with electric alternatives that meet mission and resiliency needs. Additionally, the Capital Investment Program will incorporate projects in Federal buildings across the country designed to reduce climate-change vulnerabilities and improve federally owned buildings' energy efficiency and water consumption. GSA is also exploring the incorporation of specifications for low-carbon building materials into its contracts.

A fully funded annual GSA Capital Investment Program will serve as a catalyst for job creation, strengthening small businesses and supporting local communities across the country. Each dollar invested in GSA's Capital Investment Program has a long-term multiplying effect on these economies, directly supporting architectural, engineering, and construction industries and indirectly supporting industries that will sustain the Federal workforce occupying these buildings. Investing in GSA's Federal buildings supports good-paying jobs for working families and opportunities for small businesses. The $1.6 billion[3] in spending by GSA is estimated to:

- Provide, on average, 4,500 annual jobs across the length of the projects.
- Provide $1.3 billion in labor income.
- Increase the national GDP by $2 billion.
- Generate $73 million in revenue for State and local governments.

---

[3] FY 2025 Capital Investment Program Request less Federal Capital Revolving Fund Repayment Installment Acquisition Payment.

J.R. 1118

*U.S. General Services Administration*
*Federal Buildings Fund*

**FBF Funding Trends**
**Revenue Collected vs. Reinvested**



Note: This table identifies the Basic and Major Repairs and Alterations budget request versus the appropriated annual NOA.

The FY 2025 budget request recognizes that GSA had an $8.7 billion unavailable fund balance at the end of FY 2023. This fund balance has grown as a result of $12.9 billion in FBF revenues and collections that could have been appropriated as NOA to the FBF but instead was used to offset increases for other agencies over 12 of the last 13 fiscal years due to limitations in the Financial Services and General Government Appropriations Subcommittee's funding allocation. This represents a trend in which GSA is collecting commercially equivalent rent from its occupant agencies but is precluded from reinvesting all of these funds in providing quality space and services to those rent-paying agencies. This underfunding relative to revenue generation is almost entirely absorbed by PBS's New Construction and Repairs and Alterations programs. As such, there are dramatic differences between new facilities that are needed, existing facilities that require renovations and what Congress has funded.

Habitual underfunding of needed reinvestments is the driving factor behind PBS's growing deferred maintenance backlog. Those projects, and the capital needed to complete them, are in addition to the reinvestment dollars that should be allocated for a portfolio of PBS's size and structure to keep pace with depreciation and degradation. As shown in the table below, the appropriations process generally provided funding authority at or above the level of revenues and collections prior to FY 2011. However, over the past 13 fiscal years, the enacted funding

FBF-10

has fallen well below the annual revenues and collections deposited in the FBF in all years except one.

As a result of this chronic underfunding, total deferred maintenance[4] for GSA's federally owned facilities has increased by 48 percent in the last year and at the end of FY 2023 stood at $4.6 billion.[5] GSA's FY 2025 Capital Investment plan is focused on the reinvestment of NOA needed for those properties that continue to generate the rent needed to sustain GSA's federally owned inventory, and for which there is a long-term need.

---

[4] Deferred maintenance is synonymous with Deferred Maintenance and Repair (DM&R) as reported in GSA's Annual Financial Report.

[5] There have been no major changes to the way GSA surveys its portfolio to identify, quantify, or prioritize its liabilities. However, as GSA continues to improve the accuracy of survey results, combined with liability costs increasing due to changes in material, labor and market conditions and habitual underfunding of the FBF, deferred maintenance totals have and are projected to continue to rise.

*U.S. General Services Administration*
*Federal Buildings Fund*

**Net Budget Authority - 15 Year History**

(Dollars in Thousands)

|  | President's Budget Revenue Estimate | Enacted NOA | Net Budget Authority |
|---|---|---|---|
| FY2010 | $  8,222,539 | $ 8,443,585 | $      287,406 |
| FY2011 | $  8,870,933 | $ 7,597,540 | $ (1,202,123) |
| FY2012 | $  9,302,761 | $ 8,017,967 | $ (1,205,174) |
| FY2013 | $  9,777,590 | $ 8,024,967 | $ (1,665,003) |
| FY2014 | $  9,950,560 | $ 9,370,042 | $    (580,518) |
| FY2015 | $  9,917,667 | $ 9,238,310 | $    (679,357) |
| FY2016 | $  9,807,722 | $ 10,196,124 | $      388,402 |
| FY2017 | $ 10,178,339 | $ 8,845,147 | $ (1,333,192) |
| FY2018 | $  9,950,519 | $ 9,073,938 | $    (876,581) |
| FY2019 | $ 10,131,673 | $ 9,285,082 | $    (846,591) |
| FY2020 | $ 10,203,596 | $ 8,856,530 | $ (1,347,066) |
| FY2021 | $ 10,388,375 | $ 9,065,489 | $ (1,322,886) |
| FY2022 | $ 10,636,648 | $ 9,342,205 | $ (1,294,443) |
| FY2023 | $ 10,488,857 | $ 10,013,150 | $    (475,707) |
| FY2024 | $ 10,728,410 | $ 10,013,150 | $    (715,260) |
| **15 Year Total Underfunding** |  |  | **$ (12,868,093)** |

Note: Net Budget Authority does not include rescission of prior-year funding, transfers, or supplemental appropriations, it does include redemption of debt. FY 2022 excludes the $3.418 billion appropriation from the Infrastructure Investment and Jobs Act (IIJA) and the $3.375 billion appropriation from the Inflation Reduction Act (IRA). The use of the IIJA funds are limited to LPOEs and other border-related projects and the use of the IRA funds is limited to sustainable building improvements. The funding cannot be used for the regular upkeep and maintenance of GSA's federally owned buildings. FY 2023 does not include $36.8 million in disaster recovery funding for necessary expenses related to the consequences of Hurricane Ian FY 2024 represents the annualized Continuing Resolution amount.

**Providing Full Access to Annual Revenues and Collections in the Federal Buildings Fund**

The continued lack of sufficient funding, year after year, to carry out necessary capital improvements, especially repairs and alterations, and to reinvest FBF collections back into GSA's federally owned portfolio has significantly hindered GSA's efforts to reduce the size of the Federal real estate portfolio through consolidations and optimize building utilization. Additionally, continued underinvestment in GSA's core assets poses significant risks to people and property and has resulted in an inventory of deteriorating federally owned buildings that have rapidly escalating fire and life-safety liabilities and increasingly do not meet customer-agency mission and security requirements. When GSA is unable to provide suitable space from within its federally owned inventory for Federal agencies, it must procure leased space, usually

at significantly higher costs.

Full access to the FBF will allow GSA to not only rightsize its portfolio, but also sufficiently invest in optimizing, modernizing and reconfiguring the Federal footprint to meet the needs of its customers and the American people.

In response to feedback from members of Congress, and in recognition of the significant opportunity to rightsize the Federal inventory and save taxpayers substantial amounts of money, the below draft legislative proposal was developed to facilitate access to the full amount of annual FBF revenues and collections, as was originally intended when the FBF was created, to maintain and improve public buildings responsibly, while preserving Congress's role in authorizing and appropriating NOA to the FBF. The language directs both the Congressional Budget Office and the Office of Management and Budget to subtract new Budget Authority and Outlays from their application of legislative scoring guidelines for the FBF, as well as collections deposited into the Fund. This scoring adjustment would apply only to funds annually deposited into the FBF and used to support FBF-authorized purposes. The maximum amount of this scoring adjustment is limited to the revenues and collections expected to be deposited into the FBF for that fiscal year.


*Sec. 527. For fiscal year 2026 and each fiscal year thereafter, the following amounts shall be subtracted from the estimate of discretionary budget authority and resulting outlays for any estimate of an Act making full-year or continuing appropriations for Financial Services and General Government under the Congressional Budget and Impoundment Control Act of 1974 or the Balanced Budget and Emergency Deficit Control Act of 1985: (1) collections estimated to be deposited in the General Services Administration--Real Property Activities--Federal Buildings Fund (FBF), as transmitted with the President's budget submitted pursuant to section 1105 of title 31; and (2) any discretionary appropriation of new obligational authority derived from the FBF for that fiscal year, in an amount not to exceed the collections estimated in subsection (1).*

This proposed language will not only provide full access to the annual revenues and collections in the FBF, but will also save the taxpayers money, while allowing Congress to maintain its role in authorizing and appropriating new obligational authority to the FBF.

*U.S. General Services Administration*
*Federal Buildings Fund*

**Resources, New Obligational Authority, Fund Balance, and Mandatory Authority**
(Dollars in Thousands, excludes Indefinite Authority)

The PBS net positive budget authority request is outlined in the table below, showing the distribution of estimated revenue into each of the FBF budget activities as NOA. The following sections highlight each activity and how PBS will maximize the value of the requested budget authority.

| | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| **Resources:** | | | |
| Available from prior year for reauthorization | $ 8,523,029 | $ 8,744,879 | $ 9,460,139 |
| Appropriation | $ 36,788 | $ - | $ - |
| Transfer | $ (60) | $ - | $ - |
| **Revenue from operations:** | | | |
| Rent | $ 10,169,683 | $ 10,491,076 | $ 10,464,147 |
| Miscellaneous | $ 3,189.00 | $ - | $ - |
| Outleasing | $ 1,413 | $ 3,863 | $ 3,081 |
| Retention of Proceeds (Sale of Real Property) | $ 49,306 | $ 223,000 | $ 18,500 |
| SSA/CDC/CMS Payments | $ 11,469 | $ 10,471 | $ 10,356 |
| **Subtotal, Revenue** | **$ 10,235,060** | **$ 10,728,410** | **$ 10,496,084** |
| Total Resources Available | $ 18,794,817 | $ 19,473,289 | $ 19,956,223 |
| | | | |
| **New Obligational Authority:** | | | |
| Construction and Acquisition | $ 804,382 | $ 807,809 | $ - |
| Major Repairs and Alterations | $ 266,910 | $ 263,483 | $ 1,117,825 |
| Basic Repairs and Alterations | $ 398,797 | $ 398,797 | $ 500,000 |
| Installment Acquisition Payments | $ - | $ - | $ 233,333 |
| Rental of Space | $ 5,561,680 | $ 5,561,680 | $ 5,606,122 |
| Building Operations | $ 2,981,381 | $ 2,981,381 | $ 3,272,137 |
| Disaster Recovery | $ 36,788 | $ - | $ - |
| **Total New Obligational Authority** | **$ 10,049,938** | **$ 10,013,150** | **$ 10,729,417** |
| | | | |
| **Fund Balance:** | | | |
| Total Resources Available | $ 18,794,817 | $ 19,473,289 | $ 19,956,223 |
| Total New Obligational Authority | $ (10,049,938) | $ (10,013,150) | $ (10,729,417) |
| Changes to Prior Year Authority | $ - | $ - | $ - |
| Fund Balance (Available for Reauthorization) | $ 8,744,879 | $ 9,460,139 | $ 9,226,806 |
| **Net Budget Authority** | **$ (185,122)** | **$ (715,260)** | **$ 233,333** |

Note: FY 2023 enacted includes supplemental appropriations, indefinite authority, transfers, and reprogrammings. FY 2023 enacted includes $36.8 million in disaster recovery funding for necessary expenses related to the consequences of Hurricane Ian. This table does not reflect the requested transfer and obligational authority from the Federal Capital Revolving Fund (FCRF) in FY 2025. The FCRF payback is reflected in Installment Acquisitions. Funds for the Special Emphasis programs are included in the Major Repairs and Alterations authority.

J.R. 1123

**The requested funding includes**:

**(1) $0 for Construction and Acquisition of Facilities,** as GSA's FY 2025 budget request prioritizes repair and alteration projects.

**(2) $1.6 billion for Repairs and Alterations, including $500 million for Basic Repairs and Alterations, $584 million for Major Repairs and Alterations and $534 million for PBS's Special Emphasis Programs, as follows:**

| REPAIRS AND ALTERATIONS SUMMARY OF FY 2025 PROGRAM (Dollars in Thousands) | FY 2025 Request TOTAL |
|---|---:|
| **Nonprospectus (Basic) Repairs and Alterations Program** | $ 500,000 |
| **Major Repairs and Alterations Projects** | |
| Boston, MA John F. Kennedy Federal Building | $ 24,464 |
| Washington, DC William Jefferson Clinton Complex | $ 77,865 |
| Washington, DC Robert F. Kennedy Federal Building | $ 21,855 |
| Woodlawn, MD Centers for Medicare and Medicaid Services Headquarters Campus | $ 14,625 |
| Washington, DC Orville Wright Federal Building | $ 28,914 |
| New York, NY Jacob K. Javits Federal Building Complex | $ 37,195 |
| Seattle, WA Henry M. Jackson Federal Building | $ 17,487 |
| Cleveland, OH Carl B. Stokes U.S. Courthouse | $ 14,942 |
| Brooklyn, NY Emanuel Celler U.S. Courthouse | $ 5,969 |
| Washington, DC Stewart Lee Udall Federal Building | $ 7,669 |
| Washington, DC Howard T. Markey National Courts Complex | $ 11,005 |
| Suitland, MD Washington National Records Center | $ 17,632 |
| Washington, DC Robert C. Weaver Federal Building | $ 21,700 |
| Philadelphia, PA Mid-Atlantic Social Security Center | $ 32,496 |
| Chicago, IL Ralph H. Metcalfe Federal Building | $ 162,207 |
| Washington, DC Federal Office Building - 7th and D | $ 88,300 |
| **Subtotal, Major Repair and Alterations Projects** | **$ 584,325** |
| **Major Repair and Alterations Special Emphasis Programs** | |
| Optimization Program | $ 425,000 |
| Fire Protection and Life Safety Program | $ 50,000 |
| Judiciary Capital Security Program | $ 30,000 |
| Childcare Systems and Security Program | $ 14,250 |
| Energy and Water Retrofit and Conservation Measures Program | $ 14,250 |
| **Subtotal, Major Repair and Alterations Special Emphasis Programs** | **$ 533,500** |
| **Subtotal, Major Repair and Alterations Program** | **$ 1,117,825** |
| **Total FY 2025 Repairs and Alterations Program** | **$ 1,617,825** |

FBF-15

*U.S. General Services Administration*
*Federal Buildings Fund*

**(3) $233 million for Installment Acquisition Payments,** for proposed statutorily required annual repayment to the FCRF for purchase transfers received in FY 2025.

**(4) $5.6 billion for Rental of Space,** to acquire and administer leasehold interests in privately owned facilities when federally owned space is not available or does not meet the specific requirements of GSA's occupant agencies. This amount funds annual rent for current leases, real estate taxes, and other one-time payments, as well as rent increases associated with replacement leases and expansion space. Additionally, this account funds any lease terminations or lease buyouts in instances when there is a cost associated with such actions.

**(5) $3.3 billion for Building Operations,** to provide services for both federally owned and non-fully serviced leased facilities, as well as the administration and management of all PBS real property programs. Of the total amount requested in support of Building Operations, the Building Services allocation funds services and cost increases for cleaning, utilities, maintenance, and other related services. The Salaries and Expenses allocation within Building Operations supports PBS personnel costs excluding reimbursable full time equivalents (FTE), PBS-specific IT applications and PBS's contribution to the GSA Working Capital Fund (WCF).

Lastly, PBS projects $1.45 billion of reimbursable services provided to and paid for by other agencies, including funding for 316 FTEs. PBS also projects $137 million in permanent indefinite authority attributable to leased space relating to the expansion needs of occupant agencies, outleasing, energy rebates, and revenue from the sale of recyclable materials.

**Crosswalk of FY 2023 New Obligational Authority**
(Dollars in Thousands)

| | P.L. 117-328 Enacted 12/29/2022 | Approved Reprogramming/ Transfers | Total FY 2023 Enacted, Reprogramming/ Transfers | Indefinite Authority | FY 2023 Authority |
|---|---|---|---|---|---|
| **New Obligational Authority:** | | | | | |
| Construction and Acquisition | $ 807,809 | $ (3,427) | $ 804,382 | $ - | $ 804,382 |
| Major Repairs and Alterations | $ 263,483 | $ 3,427 | $ 266,910 | $ 26,165 | $ 293,075 |
| Minor Repairs and Alterations | $ 398,797 | $ - | $ 398,797 | $ 349 | $ 399,146 |
| Rental of Space | $ 5,561,680 | $ - | $ 5,561,680 | $ 90,498 | $ 5,652,178 |
| Building Operations | $ 2,981,381 | $ - | $ 2,981,381 | $ 38,557 | $ 3,019,938 |
| Disaster Recovery | $ 36,788 | $ - | $ 36,788 | $ - | $ 36,788 |
| **Total, New Obligational Authority** | **$10,049,938** | **$ -** | **$10,049,938** | **$155,569** | **$10,205,507** |

1. ($3,427) represents the transfer from the FBF's Construction and Acquisition account to the Major Repairs and Alterations account for the Weaver Federal Building facade project, which was approved by the Committees on Appropriations in FY 2023.

## Indefinite Authority

(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---:|---:|---:|
| **Repairs and Alterations:** | | | |
| Historical Outleasing | $ 10,710 | $ 12,000 | $ 12,000 |
| Energy Rebates | $ 15,513 | $ 10,000 | $ 10,000 |
| International Trade Center | $ 349 | $ 4,080 | $ 4,080 |
| Recycling | $ (58) | $ 700 | $ 700 |
| **Total, Repairs and Alterations** | $ 26,514 | $ 26,780 | $ 26,780 |
| **Rental of Space: Leased Expansion Space** | $ 90,498 | $ 142,534 | $ 136,866 |
| **Building Operations:** | | | |
| International Trade Center - Building Services | $ 33,468 | $ 32,185 | $ 36,881 |
| International Trade Center - Salaries and Expenses | $ 1,046 | $ 668 | $ 779 |
| Cooperative Use Act - Outleasing | $ 1,707 | $ 2,922 | $ 1,681 |
| National Antenna Program | $ 2,336 | $ 2,080 | $ 2,392 |
| **Total, Building Operations** | $ 38,557 | $ 37,855 | $ 41,733 |
| **Total Indefinite Authority** | $ 155,569 | $ 207,169 | $ 205,379 |

Note: Indefinite authorities are not included in reported resources or new obligational authority for out-years.

*U.S. General Services Administration*
*Federal Buildings Fund*

## Obligations by Object Classification

(Dollars in Thousands)

| | | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request |
|---|---|---|---|---|---|---|
| 11.1 | Full-time, permanent | $ | 596,082 | $ | 703,726 | $ | 724,165 |
| 11.3 | Other than full-time permanent | $ | 9,348 | $ | 5,478 | $ | 5,581 |
| 11.5 | Other personnel compensation | $ | 15,481 | $ | 19,079 | $ | 19,428 |
| 11.8 | Special personnel services payments | $ | 111 | $ | 2 | $ | - |
| 12.1 | Civilian personnel benefits | $ | 230,233 | $ | 235,016 | $ | 249,326 |
| 13.0 | Benefits for former personnel | $ | - | $ | - | $ | - |
| 21.0 | Travel and transportation of persons | $ | 9,147 | $ | 9,881 | $ | 10,770 |
| 22.0 | Transportation of things | $ | 66 | $ | 6 | $ | 6 |
| 23.1 | Rental payments to GSA | $ | - | $ | - | $ | - |
| 23.2 | Rental payments to others | $ | 5,644,635 | $ | 5,562,158 | $ | 5,606,855 |
| 23.3 | Communications and utilities | $ | 445,718 | $ | 433,444 | $ | 493,338 |
| | Subtotal, Rent, communications & utilities | $ | 6,090,353 | $ | 5,995,602 | $ | 6,100,193 |
| 24.0 | Printing and reproduction | $ | 147 | $ | 156 | $ | 140 |
| 25.1 | Advisory and assistance services | $ | 402,516 | $ | 433,594 | $ | 338,247 |
| 25.2 | Other services | $ | 65,028 | $ | 69,543 | $ | 63,095 |
| 25.3 | Goods & services from Gov't accounts | $ | 488,893 | $ | 484,797 | $ | 519,415 |
| 25.4 | Operation and maintenance of facilities | $ | 2,678,277 | $ | 1,958,261 | $ | 2,224,349 |
| 25.5 | Other contractual services - Research and Development | $ | 35 | $ | - | $ | - |
| 25.6 | Medical care | $ | 60 | $ | 218 | $ | 324 |
| 25.7 | Operation and maintenance of equipment | $ | 7,004 | $ | 40,921 | $ | 44,438 |
| 25.8 | Subsistence and support of persons | $ | - | $ | - | $ | - |
| | Subtotal, Contractual services | $ | 3,641,813 | $ | 2,987,333 | $ | 3,189,868 |
| 26.0 | Supplies and materials | $ | 9,661 | $ | 8,868 | $ | 9,246 |
| 31.0 | Equipment | $ | 108,085 | $ | 87,366 | $ | 103,663 |
| 32.0 | Land and structures | $ | 1,140,760 | $ | 3,922,321 | $ | 4,986,827 |
| 33.0 | Investments and loans | $ | - | $ | - | $ | - |
| 41.0 | Grants, subsidies, and contributions | $ | - | $ | - | $ | - |
| 42.0 | Insurance claims and indemnities | $ | 652 | $ | 659 | $ | - |
| 43.0 | Interest and dividends | $ | 28,392 | $ | 44,801 | $ | 48,602 |
| 44.0 | Refunds | $ | 109 | $ | 10 | $ | 20 |
| 94.0 | Financial Transfers | $ | - | $ | - | $ | 233,333 |
| **99.9** | **Total Obligations** | **$** | **11,880,440** | **$** | **14,020,305** | **$** | **15,681,168** |
| | Subtotal, PC&B | $ | 851,255 | $ | 963,302 | $ | 998,500 |
| | Subtotal, Non-labor | $ | 11,029,185 | $ | 13,057,003 | $ | 14,682,668 |

Note: The above total obligations include funds from carryover, prior-year recoveries, and reimbursable funding. Includes initial obligations from IIJA and IRA in FY 2023, FY 2024, and FY 2025.

J.R. 1127

*U.S. General Services Administration*
*Federal Buildings Fund*

## Obligations by Program
(Dollars in Thousands)

| | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | | Increase/(Decrease) FY 2025 Request | |
|---|---|---|---|---|---|---|---|---|
| | FTE | Obligations | FTE | Obligations | FTE | Obligations | FTE | Obligations |
| **FTE and Obligations:** | | | | | | | | |
| 1.  Construction and Acquisition | | $ 290,931 | | $ 945,556 | | $ 1,079,310 | | $ 133,754 |
| 2.  Repairs and Alterations | | $ 751,477 | | $ 858,078 | | $ 929,822 | | $ 71,744 |
| 3.  Construction of Lease Purchase Facilities | | $ - | | $ - | | $ - | | $ - |
| 4.  Installment Acquisition Payments | | $ - | | $ - | | $ 233,333 | | $ 233,333 |
| 5.  Pennsylvania Avenue Activities | | | | | | | | |
|     a) Repairs and Alterations | | $ 147 | | $ - | | $ - | | $ - |
|     b) Building Operations - Building Services | | $ 8,850 | | $ - | | $ - | | $ - |
| 6.  International Trade Center | | | | | | | | |
|     a) Repairs and Alterations | | $ - | | $ 845 | | $ 845 | | $ - |
|     b) Building Operations - Building Services | | $ 31,935 | | $ 33,705 | | $ 36,881 | | $ 3,176 |
|     c) Building Operations - Salaries and Expenses | | $ 979 | | $ 756 | | $ 779 | | $ 23 |
| 7.  Rental of Space | | $ 5,645,589 | | $ 5,561,680 | | $ 5,606,122 | | $ 44,442 |
| 8.  Building Operations | 5,157 | $ 3,165,586 | 5,247 | $ 3,168,904 | 5,307 | $ 3,455,007 | 60 | $ 286,103 |
| 9.  Reimbursable | 316 | $ 1,763,843 | 316 | $ 1,238,349 | 316 | $ 1,268,181 | - | $ 29,832 |
| 10. Disaster Recovery | | $ 4,163 | | $ 34,972 | | $ 36,288 | | $ 1,316 |
| 11. CARES Act | | $ 32,759 | | $ 81,741 | | $ - | | $ (81,741) |
| 12. Infrastructure Investment and Jobs Act | | $ 129,320 | | $ 822,719 | | $ 1,597,100 | | $ 774,381 |
| 13. Inflation Reduction Act | | $ 54,861 | | $ 1,273,000 | | $ 1,437,500 | | $ 164,500 |
| **Total FTE and Obligations** | **5,473** | **$ 11,880,440** | **5,563** | **$ 14,020,305** | **5,623** | **$ 15,681,168** | **60** | **$ 1,660,863** |

Note: The above total obligations include funds from carryover, prior-year recoveries, and reimbursable funding. Includes initial obligations from IIJA and IRA in FY 2023, FY 2024, and FY 2025.

### FY 2025 Capital Program - Construction and Acquisition of Facilities

### Program Description

This activity provides for the construction or purchase of facilities costing in excess of the prospectus threshold, additions to existing buildings costing in excess of the prospectus threshold, and remediation. All costs directly attributable to site acquisition, construction, the full range of design and construction services, and management and inspection of construction projects are funded under this activity.

### Program Strategy

GSA's FY 2025 Capital Investment Program prioritizes long-term sustainability and optimized utilization of its existing federally owned portfolio. As such, GSA's FY 2025 program does not include a funding request in support of the construction or acquisition of facilities.

GSA's federally owned buildings need infrastructure investments that provide flexibility to handle dynamic working arrangements and increased reliance on technology that its occupant agencies need for the future. Building-system modernization is also necessary to increase mission resilience and reduce emissions. The net positive budget authority requested in the FY 2025 budget will position GSA to enact many long-term cost savings initiatives and ensure that Federal employees across Government have access to high-functioning work spaces that improve mission delivery. Taking advantage of the full opportunity to reduce costly lease

J.R. 1128

*U.S. General Services Administration*
*Federal Buildings Fund*

expenses can only be realized through direct investment in GSA's current federally owned infrastructure.

**FY 2025 Capital Program - Repairs and Alterations**

**Program Description and Justification**

This activity provides for repairs and alterations of GSA's existing federally owned buildings, as well as associated design and construction services. Protection of the Federal Government's investments, the health and safety of building occupants, relocation of agencies from leased space, and cost effectiveness are the principal criteria used in establishing GSA's priorities for projects funded from this activity. Repairs and alterations to improve space utilization, address life-safety issues, and prevent deterioration and damage to buildings, building support systems, and operating equipment are given priority.

**Program Strategy**

The FY 2025 request of $1.62 billion in Repairs and Alterations (R&A) funding is necessary to address the growing backlog of repairs required presently in GSA's inventory of federally owned facilities and to improve the utilization of GSA's federally owned space. In the past 13 fiscal years, many Basic and Major repair and alteration projects were repeatedly deferred by PBS because of insufficient NOA, including major repairs to malfunctioning elevators, replacement of obsolete electrical systems, updates to outdated fire alarm systems, seismic retrofits, and environmental abatement.

GSA prioritizes repair and alteration projects consistent with the goal of investing in a long-term sustainable and effective portfolio. The following factors were considered:

- Risk: Project Development, Project Readiness and Safeguarding GSA's Assets.
- Return: Project Cost, Market Alternatives, FBF sustainability, and Return on Investment.
- Optimization: Portfolio Optimization, Asset Optimization, Improvement in Facility Condition, Liability Reductions, Sustainability and Climate Resilience.
- Stakeholder: Serving PBS Partners, Administration and Customer Priorities, External and Community Stakeholders and Historic Stewardship.

GSA's FY 2025 request funds repair and alteration projects to ensure that the existing federally owned infrastructure, for which there is a long-term need, receives investments to provide better and safer workplaces that are adaptable to respond to changes in Federal Government space needs, supports partner agencies, improves customer mission delivery, reduces operating expenses, and are more resilient to climate change.

- PBS requests $584 million for Major R&A projects. Funding for these capital improvements in GSA's federally owned facilities (including the repair/replacement of outdated mechanical; electrical; fire and life safety; conveying; HVAC systems; and the

correction of exterior and structural deficiencies) are critical to maintaining safe, secure, and functional facilities where occupant agencies can perform their missions. Proposed repairs and alterations will also facilitate improved asset utilization and lower costs for the American taxpayers.

- PBS requests $500 million for the Basic R&A program, investing in projects with a total cost below the prospectus threshold of $3.926 million. GSA's Basic R&A Program funding is used to ensure the operational continuity in 1,699 federally owned buildings with approximately 187 million of rentable square feet of space. The Program ensures that GSA's federally owned buildings are kept open, are reliably and safely operable, and our customer agencies' missions are uninterrupted.
- PBS requests $534 million for five Special Emphasis Programs addressing Optimization, Fire Protection and Life Safety, Judiciary Capital Security, Childcare Systems and Security, Energy and Water Retrofit and Conservation Measures. These Special Emphasis Programs will provide the necessary funds to improve the condition, safety, and utilization of multiple facilities nationwide.

Since 2011, GSA's Basic R&A program has received $376 million less in appropriations of NOA than requested by GSA. GSA's Major R&A Program has endured an even greater diminution, receiving over $6.9 billion less in appropriations of NOA than requested by GSA. The reduced levels of Major R&A funding not only results in increased costs in future budget requests, but also forces GSA to utilize Basic R&A funds to make interim repairs in its buildings, thereby reducing the amount available for operational continuity and to address liabilities.

Full funding for R&A programs is critical to rightsizing the Federal real property portfolio and providing modern workplace environments to allow GSA's occupant agencies to execute their missions. Increasing the amount of funds provided for GSA's Basic R&A program to the amount requested will allow GSA to begin addressing some backlogged repairs and alterations, begin to reduce significant deferred maintenance liabilities, and to better service other Federal agencies' needs by substantially reducing the time needed to wait for execution of these projects. Historical Basic R&A spending shows that the majority of obligations are in the Serviceability Program area, defined as work needed to maintain or improve a facility's suitability to its original intended function. Examples include repairs to or replacement of major building systems, roof repairs and replacements, upgrades and repairs to or replacement of building facades, windows, loading docks, parking garages and roadway and parking lot repairs.

J.R. 1130

*U.S. General Services Administration*
*Federal Buildings Fund*

## Repairs and Alterations Projects
(Dollars in Thousands)

**REPAIRS AND ALTERATIONS**
**SUMMARY OF FY 2025 PROGRAM**
**(Dollars in Thousands)**

| | Funded to Date | Estimated Total Project Cost | | | | FY 2025 Request | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Design | Construction | M&I | Total | Design | Construction | M&I | Total |
| **Nonprospectus (Basic) Repairs and Alterations Program** | $ - | $ - | $ 500,000 | - | $ 500,000 | $ - | $ 500,000 | - | $ 500,000 |
| **Major Repairs and Alterations Projects** | | | | | | | | | |
| Boston, MA John F. Kennedy Federal Building | $ - | $ - | $ 22,414 | 2,050 | $ 24,464 | $ - | $ 22,414 | 2,050 | $ 24,464 |
| Washington, DC William Jefferson Clinton Complex | - | 5,538 | 67,801 | 4,526 | 77,865 | 5,538 | 67,801 | 4,526 | 77,865 |
| Washington, DC Robert F. Kennedy Federal Building | - | 3,300 | 15,904 | 2,651 | 21,855 | 3,300 | 15,904 | 2,651 | 21,855 |
| Woodlawn, MD Centers for Medicare and Medicaid Services Headquarters Campus | - | 1,000 | 12,775 | 850 | 14,625 | 1,000 | 12,775 | 850 | 14,625 |
| Washington, DC Orville Wright Federal Building | - | 189 | 28,122 | 603 | 28,914 | 189 | 28,122 | 603 | 28,914 |
| New York, NY Jacob K. Javits Federal Building Complex | - | 3,189 | 31,908 | 2,098 | 37,195 | 3,189 | 31,908 | 2,098 | 37,195 |
| Seattle, WA Henry M. Jackson Federal Building | - | 1,237 | 15,481 | 769 | 17,487 | 1,237 | 15,481 | 769 | 17,487 |
| Cleveland, OH Carl B. Stokes U.S. Courthouse | - | 1,319 | 12,455 | 1,168 | 14,942 | 1,319 | 12,455 | 1,168 | 14,942 |
| Brooklyn, NY Emanuel Celler U.S. Courthouse | - | - | 5,333 | 636 | 5,969 | - | 5,333 | 636 | 5,969 |
| Washington, DC Stewart Lee Udall Federal Building | - | 696 | 6,483 | 490 | 7,669 | 696 | 6,483 | 490 | 7,669 |
| Washington, DC Howard T. Markey National Courts Complex | - | 978 | 9,148 | 879 | 11,005 | 978 | 9,148 | 879 | 11,005 |
| Suitland, MD Washington National Records Center | - | 1,155 | 15,294 | 1,183 | 17,632 | 1,155 | 15,294 | 1,183 | 17,632 |
| Washington, DC Robert C. Weaver Federal Building | - | 3,310 | 16,326 | 2,064 | 21,700 | 3,310 | 16,326 | 2,064 | 21,700 |
| Philadelphia, PA Mid-Atlantic Social Security Center | - | 1,248 | 29,014 | 2,234 | 32,496 | 1,248 | 29,014 | 2,234 | 32,496 |
| Chicago, IL Ralph H. Metcalfe Federal Building | - | 12,734 | 139,847 | 9,626 | 162,207 | 12,734 | 139,847 | 9,626 | 162,207 |
| Washington, DC Federal Office Building - 7th and D | 100,583 | 18,809 | 160,087 | 9,987 | 188,883 | 5,868 | 77,779 | 4,653 | 88,300 |
| **Subtotal, Major Repair and Alterations Projects** | $ 100,583 | $ 54,702 | $ 588,392 | 41,814 | $ 684,908 | $ 41,761 | $ 506,084 | 36,480 | $ 584,325 |
| **Major Repair and Alterations Special Emphasis Programs** | | | | | | | | | |
| Optimization Program | $ - | $ - | $ 425,000 | - | $ 425,000 | $ - | $ 425,000 | - | $ 425,000 |
| Fire Protection and Life Safety Program | - | - | 50,000 | - | 50,000 | - | 50,000 | - | 50,000 |
| Judiciary Capital Security Program | - | - | 30,000 | - | 30,000 | - | 30,000 | - | 30,000 |
| Childcare Systems and Security Program | - | - | 14,250 | - | 14,250 | - | 14,250 | - | 14,250 |
| Energy and Water Retrofit and Conservation Measures Program | - | - | 14,250 | - | 14,250 | - | 14,250 | - | 14,250 |
| **Subtotal, Major Repair and Alterations Special Emphasis Programs** | $ - | $ - | $ 533,500 | - | $ 533,500 | $ - | $ 533,500 | - | $ 533,500 |
| **Subtotal, Major Repair and Alterations Program** | $ 100,583 | $ 54,702 | $ 1,121,892 | 41,814 | $ 1,218,408 | $ 41,761 | $ 1,039,584 | 36,480 | $ 1,117,825 |
| **Total FY 2025 Repairs and Alterations Program** | $ 100,583 | $ 54,702 | $ 1,621,892 | 41,814 | $ 1,718,408 | $ 41,761 | $ 1,539,584 | 36,480 | $ 1,617,825 |

FBF-22

J.R. 1131

**District of Columbia**

**Washington, DC Federal Office Building - 7th & D...…..………………….……….$88,300,000**

GSA proposes $88.3 million for the second of a two-phase repair and alteration project for the Federal Office Building - 7th & D located at 301 7th Street, S.W., in downtown Washington, DC. This project will renovate and modernize the building in preparation for a permanent Government-owned location for several U.S. Department of Homeland Security (DHS) components, including the Office of Biometric Identity Management (OBIM), the Undersecretary for Management subgroups, the Immigration and Customs Enforcement Office of Professional Responsibility (ICE-OPR), and the Federal Emergency Management Agency (FEMA). This proposed second phase is for the modernization of the fifth through seventh floors to house the DHS – Under Secretary of Management components.

The proposed project will be completed in two phases and will enable DHS to reduce the all-in UR of its current housing from 179 square feet per person to 93, while reducing its real estate footprint by more than 460,000 USF under the current housing plan. The building will accommodate 7,735 personnel.  The completion of both phases provides an annual lease cost avoidance to GSA of approximately $32,000,000.

Phase I includes the renovation of the major building systems including replacing portions of the conveyance, plumbing, HVAC, electrical, and fire protection systems and construction of space to house FEMA on the basement through fourth floors.  Phase II of the project will include the modernization of the fifth through seventh floors for additional DHS components. This second phase will provide open interior workspaces and replace the remaining conveyance, plumbing, HVAC, electrical, and fire protection systems for the fifth through seventh floors. Completing the redesign of the building's circulation pattern will recapture usable office space and increase the space efficiency by using an open plan office concept to the greatest extent possible. Additionally, in the event of a disaster declaration, this supports FEMA's surge operations by using shared spaces.

The Federal Office Building - 7th & D, converted from warehouse to office use throughout its life, does not include appropriate lighting, HVAC, interiors, fire protection and finishes for modern office space. The building's HVAC system is also well past its useful life. Approximately one-fifth of the air handling units (AHU) are more than three decades old, and the steam piping and condensate return lines are more than 50 years old. The HVAC system consists of a central chilled water plant in the basement and rooftop cooling towers, with heating provided by steam supplied by GSA's central heating plant. Six cooling towers located on the roof require replacement. There are distribution issues that create hot and cold areas throughout the building, regardless of the external temperature. The building also has ongoing plumbing issues.

Building elevators are far beyond their useful life, resulting in frequent outages of one or more elevators, and often only custom or rebuilt parts can be used to repair them. 1 of the ten passenger

J.R. 1132

*U.S. General Services Administration*
*Federal Buildings Fund*

elevators has not been operational for several years. Periodic entrapments occur that have lasted up to 20 minutes per incident The existing sub power and lighting distribution panels throughout the building are in fair to poor condition. Multiple electrical panels are more than 40 years old, and the associated feeders are well beyond the end of their expected useful life. The existing fire protection system is outdated and will be replaced. The sprinkler system will be expanded to provide protection across the whole building since the current sprinkler system only covers approximately 60 percent of the building.

The proposed accommodation of additional DHS personnel into the Federal Office Building - 7th & D requires an open office environment to maximize the building space, yet currently, only a small portion of the building is built out as open office space.

The FY 2025 request is for Design ($5.868 million), Construction ($77.779 million), and Management and Inspection ($4.653 million).

**Washington, DC Howard T. Markey National Courts Complex…………………….$11,005,000**

GSA proposes $11.005 million for the repair and alteration project for the Howard T. Markey National Courts Complex located at 717 Madison Place NW in Washington, DC. The proposed project will replace the electrical switchgear and related equipment that have exceeded their useful life.

The project will replace the medium voltage service switchgear and medium voltage transformers in the Markey Court Building and the electrical service equipment in the Cosmos Club Building. The project will extend the useful life of the building's electrical system and bring the facility into compliance with applicable codes and standards. Temporary power will also be provided as needed during power outages.

The electrical equipment is original to the Howard Markey Court and Cosmos Club buildings. It does not comply with current electrical and safety codes. The obsolete equipment is difficult and expensive to maintain and repair. All the electrical distribution equipment, including the switchgear, network transformers, and switchboard, have exceeded the designated service life for this type of electrical equipment. These obsolete systems increase the risk of unplanned power outages and disruption to tenant missions.

The FY 2025 request is for Design ($978 thousand), Construction ($9.148 million) and Management and Inspection ($879 thousand).

**Washington, DC Orville Wright Federal Building………….……………...…….$28,914,000**

GSA proposes $28.914 million for the repair and alteration project for the Orville Wright Federal Building located at 800 Independence Avenue, SW, Washington, DC. The proposed project will replace the existing fire alarm and communication systems with a new, modernized fire alarm and emergency communication system.

FBF-24

The project includes a new fire alarm system per current codes and standards, including primary control panel, notification, detection, and all required equipment and devices. The fire alarm system shall follow all GSA requirements and conform to NFPA 72. The new fire and communication system shall also include notification appliances in accordance with the requirements of Architectural Barriers Act Accessibility Standard (ABAAS) Section 215 for the visual components of the system and a new emergency voice/alarm system for the entire building.

Replacing the fire alarm system and the communication network wiring between all panels will provide reliable, efficient service and ensure that current building codes, fire, life safety, and accessibility requirements are met. The current system has exceeded its useful life and is inadequate to meet the current building and occupant requirements. In addition, there are protection gaps in the existing detection and notification layouts. The system also lacks ABAAS-compliant visual notification coverage, voice alarm evacuation signaling, and protection consistent with current codes/standards for high-rise occupancies. Replacement of the analog control and audio equipment will provide the necessary infrastructure to support fire alarm modifications in future building modernizations and tenant renovations.

The FY 2025 request is for Design ($189 thousand), Construction ($28.122 million) and Management and Inspection ($603 thousand).

**Washington, DC Robert C. Weaver Federal Building……………….…………….$21,700,000**

GSA proposes $21.700 million for a repair and alteration project for the Robert C. Weaver Federal Building (Weaver Building) located at 451 7th Street, SW, Washington, DC. The proposed project will provide waterproofing, plumbing, and architectural and structural repairs in the parking garage, loading dock, the basement and sub-basement areas, the four wings of the building, and the lower plaza areas.

The proposed project addresses the long-term necessary structural repair work in the parking garage, loading dock, the four wings of the basement and sub-basement of the building, and the lower plaza areas to stop extensive leaking and structural damage resulting from deteriorated stormwater plumbing and waterproofing. At the loading dock, this includes both areas of ongoing concrete deterioration that have not been previously repaired and some repairs at existing patches that are delaminated. In the basement areas, under the four wings and the lower west plaza, the structural work is largely related to ongoing water leaks through the basement walls.

A study completed in 2022 identified extensive leaking and structural damage present in the building's parking garage, loading dock, four wings of the basement and sub-basement of the building, and the lower plaza areas. The leak locations and their sources were identified through a visual site investigation, flood testing, destructive demolition (test-cuts), reviewing past reports, and experience-based analysis of past and real time experience of the garage area water leakage, damage and consequences. As mentioned above, the primary causes of the leaks are related to the deteriorating stormwater plumbing and damaged or deteriorated waterproofing. The waterproofing was last replaced in 1997 and has reached its design life expectancy. Currently, portions of the garage are closed due to falling concrete, dangerous to tenants and property.

*U.S. General Services Administration*
*Federal Buildings Fund*

Shoring of the beams and joists is in place to provide structural support and mitigate falling concrete. The necessary shoring is blocking access to two levels of the garage, disrupting the U.S. Department of Housing and Urban Development (HUD) headquarters operations since tenants are required to park offsite. In FY 2023, over $2 million was expended to start temporary repairs to attempt to make the garage safe enough to reopen. This project will address the long-term  structural repairs necessary for the operations of the  fHUD headquarters building and garage and for the safety of the occupants. Delay in addressing these issues will result in the leaks further deteriorating the structural integrity of the building, increasing the risk of further damage and additional temporary repair costs.

The FY 2025 request is for Design ($3.310 million), Construction ($16.326 million) and Management and Inspection ($2.064 million).

**Washington, DC Robert F. Kennedy Federal Building…..…………….…………….$21,855,000**

GSA proposes $21.855 million for a repair and alteration project to modernize elevators at the Robert F. Kennedy (RFK) Federal Building located at 950 Pennsylvania Ave., NW, Washington, DC. The proposed project will upgrade the 18 passenger elevators and four freight elevators in the National Register of Historic Places-listed RFK Federal Building, also known as the Main Justice Building.

The RFK Federal Building is historic, with Art Deco-style elevators that have not been fully modernized since the 1970s. Currently, DOJ has shut down eight elevators to use their parts to keep the others running. Of the remaining active elevators, the finishes, controls, and equipment are old, unreliable, historically incorrect, and do not meet current codes.  The proposed project will modernize the building's 18 passenger and 4 freight elevators, including replacement of the elevator communication systems, cab finishes and interior lights, and ABAAS-related upgrades. The modernization includes all new components from the hoist motor, controllers, all wiring, all safety devices, switches, door equipment, cabs and panels, and hydraulic machinery. Ancillary systems and functions will be updated, where needed, to meet current codes and safety standards and to provide for the serviceability, operability and reliability of each elevator. Fire recall systems, emergency power, fire separation, fire sprinklers, accessibility, electrical, electrical panels, and elevator machine room air conditioning, ventilation and lighting will also be addressed.

At more than 50 years old, the current control system and car mechanical parts are becoming increasingly difficult to repair and to find replacement parts. The operating equipment is outdated and well past its useful life expectancy. Problems are occurring with the door adjustments on the elevator car and hatch doors causing frequent entrapment of building occupants. The door clutches and adjustment arms are worn to the point where a total replacement is needed. Elevator lights need to be upgraded to meet ABAAS requirements. The lumens are too low in some cabs, thereby making it difficult or impossible for visually impaired riders to see call buttons, emergency phones or instructions in the cabs.

The FY 2025 request is for Design ($3.3 million), Construction ($15.904 million) and

J.R. 1135

Management and Inspection ($2.651 million).

### Washington, DC Stewart Lee Udall Federal Building    …………………….…..………$7,669,000

GSA proposes $7.669 million for a repair and alteration project for the Stewart Lee Udall Federal Building located at 1849 C Street, NW. Washington, DC. The proposed project will install passive and active fall protection systems on the roof at multiple locations on the 2nd, 3rd, and 6th floors of the building.

The project proposes to furnish and install passive (permanent steel beams, edge-protection using foldable guardrails on parapet walls) and active (travel restraint, davit arms and bases for fall arrest) fall protection systems at various unprotected roof edges at the main roof, 2-story mechanical penthouses, and the roof at the 2nd, 3rd, and 6th floors. The fall protection system will incorporate guardrails, roof-mounted anchors for fall arrest and tie-back support, permanent piping brackets on exterior walls and behind exterior colonnades.  The system will also include safety lines to facilitate the fall protection needs of building engineers, facility maintenance works, and contractors that may be cleaning exterior windows, repointing the exterior façade, maintaining roofing systems, maintain security cameras, and communication antennas, replacing mechanical equipment, and performing other building operations and maintenance.

Fall protection systems are required by Occupational Safety and Health Administration. Lack of fall projection systems leave Federal workers, vendors, and contractors that must maintain building infrastructures, Information Technology equipment, and security cameras at the various roof locations and exterior facades at risk. At the time that the prior modernization work was completed in 2016, the passive and active fall protection systems were not required. Installation of these systems will expedite future work, reducing costs and more importantly improve life safety.

The FY 2025 request is for Design ($696 thousand), Construction ($6.483 million) and Management and Inspection ($490 thousand).

### Washington, DC William Jefferson Clinton Complex…………………..…….……..$77,865,000

GSA proposes $77.865 million for a repair and alteration project to upgrade, replace, and improve the conveyance systems at the William Jefferson Clinton Complex (Clinton Complex) located at 1200 Pennsylvania Avenue, NW, Washington, DC. The proposed project will provide safe, reliable, efficient elevators and a chairlift that are code and accessibility compliant.

The Clinton Complex contains 47 elevators and 1 wheelchair lift. The proposed project will replace all of the major system components and equipment, including the hoist motors, controllers, wiring, safety devices, switches, door equipment, cabs, panels, and hydraulic machinery on all elevators, and the wheelchair lift. The communication systems, cab finishes, and lighting will be upgraded. To ensure reliability of each elevator and the wheelchair lift, ancillary systems and functions, including fire recall systems, emergency power, fire separation, fire sprinklers, accessibility,

U.S. General Services Administration
*Federal Buildings Fund*

---

electrical, electrical panels, elevator machinery room air conditioning, ventilation, and lighting and ABAAS-related deficiencies, will be updated, where needed, to meet current codes and safety standards, and to provide for the serviceability, operability, and reliability of the conveyance systems.

The current systems are not in compliance with current code and safety standards, have exceeded their useful lives, and are difficult to maintain. Some of the equipment dates back to the original construction of the Clinton building in 1934. The component parts are no longer manufactured and are much more expensive to fabricate, resulting in increased operations and maintenance costs. Tenant impacts include an average of five service calls per month, and two elevators are currently out of commission to cannibalize parts to keep other elevators operating. Due to the limited availability of parts, every outage is significantly longer, and fewer available elevators and slower response times are causing lengthier wait times for tenants and an increased likelihood of entrapment.

As part of an ongoing effort to optimize the utilization of the Clinton Complex, in March 2022, the Environmental Protection Agency consolidated an additional 1,200 employees that were previously located in 1 Potomac Yard. The increased building utilization increases the elevators' daily personnel load, making this project even more urgent. The proposed conveyance upgrades/replacements will provide reliable, efficient service in accordance with current building codes and fire, life-safety, and accessibility requirements.

The FY 2025 request is for Design ($5.538 million), Construction ($67.801 million) and Management and Inspection ($4.526 million).

**Illinois**

---

**Chicago, IL Ralph H. Metcalfe Federal Building…………..……………..…………$162,207,000**

GSA proposes $162.207 million for a repair and alteration project to optimize the utilization of space and correct major building deficiencies in the Ralph H. Metcalfe Federal Building (Metcalfe FB) located at 77 W. Jackson Boulevard, Chicago, IL. The project will reduce space assigned to HUD and will relocate the Railroad Retirement Board (RRB) to the Metcalfe FB from the Lipinski Federal Building. The project will also upgrade the Metcalfe FB's HVAC, electrical, conveyance, plumbing and fire protection systems, and improve building common services including the conference center.  The Metcalfe Federal Building is over 30 years old, and it has never received major modernization funding. The systems and equipment are failing. The building requires reinvestment to prevent failures which would prohibit the building tenants' ability to fulfill their missions.

The project will also allow HUD to reduce the agency square footage in the building, improving its utilization rate. HUD will reduce its footprint from approximately 118,000 usable square feet (usf) to approximately 65,000 usf. RRB, currently housed at the William O. Lipinski Federal Building,

FBF-28

will backfill the vacant space created. RRB will consolidate from approximately 217,000 usf to approximately 65,000 usf.

The elevators are well beyond their useful lives and elevator entrapments and prolonged shutdowns due to emergency repairs have led to disruptions of mission-critical tenant operations and frequent complaints from building tenants. From January 2023 through May 2023, one or more elevators have been out of service for a total of 57 days. Replacement parts, particularly the controllers and motor generators are antiquated technology and are not readily available. The building has only one freight elevator and disruption is problematic. The elevators do not meet the latest fire and life safety standards and do not have energy-efficient features.

The chiller plant is at the end of its useful life and inefficient. The chiller plant must be replaced to avoid a failure that would cause severe disruption to the building's operations and the tenants' ability to carry out their missions. In addition, the building's HVAC equipment, including the Building Automation System, controls, and air handling units, are obsolete, inefficient, and beyond their useful lives.The existing restroom fixtures and plumbing are original to the construction of the building and do not comply with ABAAS requirements and are not efficient. The building's conference center serves the entire Chicago Federal Center and is undersized to meet the needs of both building tenants and the Federal community.

The space occupied by HUD at the Metcalfe Federal Building is original to the building, outdated and underutilized. The proposed space reduction and reconfiguration will provide efficient, functional modern space to better support the agency in carrying out its mission and result in significant rental savings to the agency. The reduction will result in an all-in utilization improvement for HUD from 349 sf per person down to 175 sf per person.  The space HUD releases will provide the space needed to relocate RRB to the building from the Lipinski Federal Building allowing GSA to dispose of the Lipinski Federal Building. RRB's space at the Lipinski Federal Building is outdated and significantly underutilized. The relocation and consolidation of RRB will result in an all-in utilization improvement from 310 sf per person down to 97 sf per person and provide RRB with modernized space in Metcalfe.

The FY 2025 request is for Design ($12.734 million), Construction ($139.847 million) and Management and Inspection ($9.626 million).

**Maryland**

**Suitland, MD Washington National Records Center…..…………………………$17,632,000**

GSA proposes $17.632 million for a repair and alteration project for the Washington National Records Center (WNRC) located at 4205 Suitland Road in Suitland, MD. The proposed project will replace the building switchgear equipment which is original to the building construction and has well exceeded its useful life.

The proposed project will replace all five low-voltage secondary switchgear and the necessary

J.R. 1138

U.S. General Services Administration
*Federal Buildings Fund*

---

connecting components that are beyond their expected life. These components include all five single wire ground returns assemblies, conductors from the transformers to respective electrical switchgear, and existing network protectors. Additionally, the project includes the replacement of 20 disconnect switches and key interlocks, five transient voltage surge suppressors, and five power monitoring system connections. The replacements will be made with appropriate software and programming upgrades.

The low-voltage (480-Volt) secondary switchgear units at the WNRC are original to the facility built in 1960. The secondary switchgears were well maintained but have exceeded their life expectancy. The breakers in the secondary switchgear are obsolete, and the replacement parts are difficult to obtain. The breakers no longer function as designed and are operated in a closed configuration. The purpose of replacing the five secondary switchgear is to provide safe and reliable functionality of the switchgear, to avoid a potential loss of power to the building, and to comply with both Federal requirements for safe and reliable workspace. Continued operation of the secondary switchgear beyond its useful life and outside design parameters increases the risk of catastrophic failure, building blackout, and personal injury.

The FY 2025 request is for Design ($1.155 million), Construction ($15.294 million) and Management and Inspection ($1.183 million).

**Woodlawn, MD**

**Centers for Medicare and Medicaid Services Headquarters Campus …………$14,625,000**

GSA proposes $14.625 million in repairs and alterations for the Centers for Medicare and Medicaid Services Headquarters Campus (CMS) located at 7500 Security Boulevard in Woodlawn, MD. The proposed project will modernize 11 passenger and four freight elevators in multiple buildings on the Campus.

The conveyance systems will be modernized to current technology, performance, and code standards. All elevators in the Central Building, including 6 passenger and 1 freight elevator will be upgraded; all elevators in the South Building, including 5 passenger and 1 freight; and 1 freight elevator in both the Warehouse and North Building will be modernized. The project will include replacement of all the major system components, including motors and controls, as well as upgrades to the elevator pits, machine rooms, and interior cabs.

CMS is undertaking a coordinated initiative to consolidate employees from several nearby leased facilities into the Federally owned headquarters campus to significantly reduce lease, shuttle, security, and other administrative costs. Customer funded modernization and densification of this mission critical facility are well underway. This limited scope project will support CMS' ongoing effort by replacing elevators in the Central and South buildings, and the freight elevator in the North building.  The elevators are at the end of their useful life and replacement parts are becoming more difficult to find.

The FY 2025 request is for Design ($1 million), Construction ($12.775 million) and Management

FBF-30

and Inspection ($850 thousands).

**Massachusetts**

**Boston, MA John F. Kennedy Federal Building…..……………….……………$24,464,000**

GSA proposes $24.464 million in repairs and alterations for the John F. Kennedy Federal Building (JFK) located at 15 New Sudbury Street in Boston, MA. The proposed project will replace conveyance systems in the building, including elevators, escalators, and associated components.

The existing elevator and escalator systems are over 30 years old and have exceeded their useful lives. The building conveyance system comprises three separate sections, serviced by different sets of elevator banks and escalators. The High-Rise elevators bypass floors 1-15 and service floors 15-24; Mid-Rise elevators service floors 1-15; and the Low-Rise elevators and escalators only service the four-story low-rise portion of the building. All elevator control boards and other proprietary analogue equipment are extremely problematic as they are no longer commercially available, and are not interchangeable between the differing elevator banks. Due to the high visitor traffic to the building, existing elevator cabs and equipment are worn both visually and mechanically.  The escalator systems are similarly beyond their intended lifespans. Performance levels continue to decrease annually, and emergency incidents regularly impact customers, including 104 elevator entrapments over the last three-year period. Load testing and regular preventive maintenance has become challenging due to the poor availability of proprietary replacement parts.  A long term, out of service elevator is now cannibalized as a source of parts to maintain other elevators, reducing the number of elevators available to customer agencies and visitors. The proposed system replacement was fully designed in 2022, therefore only construction funding is requested and the project can be undertaken as soon as funding is made available. A limited number of interim repairs are currently underway to partially mitigate life-safety and accessibility issues until the comprehensive replacement of all conveyance systems can be performed. The proposed project was previously submitted as part of a larger building-wide prospectus project proposed in prior fiscal years, however the project went unfunded.  Due to emergent need and life safety concerns, this project is now submitted as a stand-alone conveyance project.

The FY 2025 request is for Construction ($22.414 million) and Management and Inspection ($2.050 million).

J.R. 1140

*U.S. General Services Administration*
*Federal Buildings Fund*

**New York**

---

**Brooklyn, NY Emanuel Celler U.S. Courthouse …………………………………\$5,969,000**

GSA proposes \$5.969 million in repair and alterations for the Emanuel Celler U.S. Courthouse located at 225 Cadman Plaza East, Brooklyn, NY. The proposed project will remove and replace the building's condenser water pipes and abate ancillary hazardous materials.

The project will include the removal and replacement of condenser lines throughout all levels of the building, as well as any hazardous material removal costs associated with the removal and replacement.  Interior construction incidental to project execution is also included in the project.

Multiple condenser pipe failures have occurred at separate locations in recent years. The condenser pipes are beyond their intended lifespan. Ultrasonic testing conducted by GSA indicates that sections of the pipes have deteriorated to a condition that calls for immediate replacement. Failure to replace the identified condenser pipes ensures continued deterioration and increases the risk of catastrophic flooding to the space occupied by the tenant agencies and the public. The condenser pipes run through most of the building and into several critical electrical and information technology rooms. Flooding in these areas would result in costly damage to both the building and customer agency equipment. It is likely there would also be significant disruption to court activities. If multiple sections of the pipe leak or break simultaneously, the building could lose basic HVAC functions, requiring shutdown of the building.

The FY 2025 request is for Construction (\$5.333 million) and Management and Inspection (\$636 thousand).

**New York, NY Jacob K. Javits Federal Building Complex ………………...……\$37,195,000**

GSA proposes \$37.195 million in repair and alterations for the Jacob K. Javits Federal Office Building (Javits FOB) Complex located at 26 Federal Plaza, New York, NY.  The proposed project will upgrade the legacy fire alarm system in approximately half of the Javits FOB Complex to match the modern fire alarm system partially installed, demolish and abate select space and build out new space for both the Department of Justice Antitrust Division (ATR) and the National Labor Relations Board (NLRB), respectively.

The project will upgrade the legacy building fire alarm system serving the Javits FOB, Annex, and Court of International Trade (CIT). Under a previously completed 2016 prospectus project, a new fire alarm system backbone was installed serving all floors in the Javits FOB and Annex.  After the system backbone was installed, subsequent projects with large floor renovations were integrated into the new system utilizing new Fire Alarm Control Units (FACUs) wired into the new backbone. Currently, approximately half of the main building remains on the old system with the other half has been migrated to the new system. Technology differences between the systems require staff and emergency personnel to manually check both panel displays when an alarm is

FBF-32

triggered, and either operate both panels to silence, acknowledge, or reset. The legacy system dates to the 1980s and is no longer supported by the manufacturer. Parts needed for a repair or replacement cannot be purchased through official distributors. The old system controls all the life safety functions (elevator recall, fan shutdown, fire pump monitoring, generator monitoring). If an essential component of the older system failed it would cause the legacy system to fail, consequently resulting in decommissioning of the fire alarm system for roughly half of the building. This would require emergency repairs to swing over the controls and an expensive, extensive continuous fire watch until the system is brought back online or upgraded. The goal of the proposed project is to integrate the remaining floors of the Javits FOB and Annex served by the old system into the new system utilizing new FACUs and most of the existing wiring and devices on the floors. The CIT building remains served by the old system The CIT building requires more extensive work including a new fiber riser networked back to the main building backbone and will be the subject of a project proposed in a future fiscal year.

The project also includes the demolition and abatement of all space previously assigned to NLRB and ATR as well as GSA – controlled vacant space, and the associated common restrooms. Both NLRB and ATR were previously housed in approximately 15,000 and 14,000 square feet, respectively within the Javits FOB. In March 2022, a series of hazardous materials releases occurred within the interior spaces that were caused by vibrations from the construction work on the floor above coupled with the deteriorated condition of the fireproofing above the ceiling. The project will include the buildout of interior space, including partitions, finishes and mechanical, electrical and plumbing systems upgrades for the NLRB and ATR. Both agencies have advised GSA that the temporary alternative space does not meet their long-term needs and is disruptive to their operations. To protect occupant agencies from further hazardous materials releases in the spaces, GSA relocated both agencies to alternative locations in existing federally controlled space. The proposed project within Javits FOB meets the long-term requirements of both Federal agencies.

The FY 2025 request is for Design ($3.189 million), Construction ($31.908 million), and Management and Inspection ($2.098 thousand).

**Ohio**

**Cleveland, OH Carl B. Stokes U.S. Courthouse…………………………………...$14,942,000**

GSA proposes $14.942 million in a repair and alteration project for the Carl B. Stokes U.S. Courthouse (Stokes Courthouse) located at 801 W. Superior Ave. in Cleveland, OH. The project will upgrade the building's fire alarm system.

The project proposes to upgrade the building's fire alarm system that has exceeded its useful life. The main fire alarm control panel will be replaced and other components throughout the building will be repaired or replaced. All finishes disturbed by the installation of the new fire alarm will be restored. The existing fire alarm, installed in 2001, is past its useful life and affected by

FBF-33

*U.S. General Services Administration*
*Federal Buildings Fund*

major deficiencies. There are service and reliability issues between the main panel and the sub-panels. Compatible replacement parts are no longer produced, and the supply of spare parts is depleted. All newly manufactured components are incompatible with the existing system's firmware. Maintaining the system in a fully operational condition is extremely difficult as spare parts are unavailable and currently produced components are incompatible.

GSA has determined that there was improper installation of a select number of the smoke detectors, with the detectors not installed to the fire codes; lacking correct separation distance from HVAC equipment. There are also pressurization issues in the stairwells and library atrium. The cause of the pressurization issues is the atrium's smoke control system. It creates a pressure differential that inhibits egress in some areas as over-pressurization requires more force to open doors. The project scope includes improvements to the atrium and rebalancing the system which will eliminate the pressurization issues.

The FY 2025 request is for Design ($1.319 million), Construction ($12.455 million) and Management and Inspection ($1.168 million).


**Pennsylvania**

---

**Philadelphia, PA Mid-Atlantic Social Security Center……………….………....$32,496,000**

GSA proposes $32.496 million for a repair and alteration project for the Mid-Atlantic Social Security Center located at 300 Spring Garden Street, Philadelphia, PA. The proposed project will replace the plazas and sidewalks of the building and replace the chillers as well as the cooling towers that serve the building.

The north and south plazas and sidewalks will be replaced to eliminate tripping hazards, improve water run-off, and improve accessibility for individuals with a disability.  A failing structural support beam located under the south plaza and over the garage entrance was improperly designed when constructed, and interior water runoff at the support columns is deteriorating the structural steel to the point of catastrophic failure. The failing support beam will be replaced.

The north and south plaza pavers and sidewalks are tripping hazards that have resulted in numerous claims over the past several years. Storm drains blocked by the uneven plaza have resulted in excessive water runoff. Accessibility for individuals with a disability and exterior lighting deficiencies will be corrected.

Chillers and cooling towers are original to the 50 year old building and beyond their useful life. They have failed several times in the past few years. Replacement parts are difficult to locate causing each failure to last several weeks, creating a significant disruption to SSA employees and operations. The existing units are over-sized and exacerbating the failure of these units. In order to correct the design, all units need to be replaced as part of the same project – if replaced individually, the same inefficient design will be perpetuated.

The FY 2025 request is for Design ($1.248 million), Construction ($29.014 million) and Management and Inspection ($2.234 million).

## Washington

**Seattle, WA Henry M. Jackson Federal Building……………………………………..$17,487,000**

GSA proposes $17.487 million for a repair and alteration project for the Henry M Jackson Federal Building located at 915 2nd Avenue, Seattle, WA.  The proposed projects will replace the fire alarm control system and fire pumps.

The proposed project includes upgrades to the fire alarm system and fire pumps to address deficiencies in the existing systems and meet current code.  Spot abatement of hazardous materials, will be performed during the removal of the old and installation of the new fire alarm system.  Related interior alterations, including interior repairing, patching, and painting, to bring the building back to its original state. Electrical upgrades include replacing the motors, controllers, and electrical feeders associated with the fire pumps.  New pumps will be installed to provide the required capacity. The electrical feeders and pump controllers will be protected by new circuit breakers to prevent damage from a potential electrical fault.

The current fire alarm system was installed in 1992 and is at the end of its serviceable life.  The head-end replacement was completed in 2012, but serviceability is limited, and parts are no longer being manufactured.  The fire alarm control unit is experiencing ongoing failures, and the fire alarm panel has experienced several recent critical failures in the power supply modules.  The fire alarm system upgrades are critical to avoid a complete system failure.  In the event of a failure, a fire watch will be required and the facility may need to be vacated for an extended time until system repairs are completed.

The existing fire pumps, which provide fire suppression service throughout the building, are original and are at the end of their useful life. The motors also need to be replaced.   New fire pumps will be installed.

The FY 2025 request is for Design ($1.237 million), Construction ($15.481 million) and Management and Inspection ($769 thousand).

## Special Emphasis Program
## Nationwide

**Optimization
Program……………………………………………………………………..…………$425,000,000**

GSA proposes $425 million for the reconfiguration and renovation of core assets under GSA's jurisdiction, custody or control to support efforts to optimize space configuration and performance;

J.R. 1144

*U.S. General Services Administration*
*Federal Buildings Fund*

deliver the best value in real estate to our customer agencies across Government; reduce the Government's footprint; and achieve significant annual cost savings for taxpayers. This proposed Optimization Program facilitates GSA's strategic divestiture of unneeded federally owned assets and reduces the reliance on privately owned space.

As part of GSA's ongoing efforts to rightsize and modernize the Federal Government's real estate footprint in support of agencies' missions, GSA is identifying opportunities to optimize space within its inventory of real property assets. GSA continues to partner with Federal agencies to transform Federal workspaces for the future and to make the Federal footprint more sustainable and cost effective for taxpayers. Projects will vary in size by location, agency mission and operations. Funding in this program will help to modernize federally owned buildings under GSA's jurisdiction, custody and control, as well as fund customer agency tenant improvements, furnishings, equipment, and any necessary move expenses.

Typical projects will include one or more of the following elements:

- Modernization and reconfiguration of existing federally owned space under the jurisdiction, custody and control of GSA to accommodate new customer agency space assignments and the reconfiguration of existing occupied space;
- Rightsizing the Federal footprint, including restacking, consolidation, co-location and strategic disposition, to account for anticipated remote and hybrid work arrangements;
- Alterations, building system and technology upgrades, such as fire sprinklers, heating, ventilation and air conditioning, or smart building technology needed as part of a relocation, optimization, consolidation, co-location, disposition, or any combination of the foregoing; and
- Acquiring customer agency furniture, fixtures and equipment, physical move services, or a combination of the foregoing.

Preference will be given to projects that are interrelated to the disposition of assets that no longer support the mission needs of the Federal Government and agency co-location projects that facilitate shared resources and shared special space.

Projects will be evaluated using the following criteria:
- Projects that result in a reduction of repair liabilities in core assets;
- Projects that result in an improvement in the utilization of customer agency space assignments;
- Projects that facilitate reductions in the cost to operate and maintain federally owned properties in GSA's portfolio;
- Projects that result in an overall cost savings for the American taxpayers;
- Projects that result in the reduction of unneeded Federally owned space; and
- Projects that result in the release of leased space.

Executive departments and agencies have been evaluating how their work environments can be structured to most effectively achieve their missions while strengthening their organizations for

FBF-36

the future.  As Federal agencies rethink their workspace and workplace requirements, GSA, as the Government's largest civilian real estate provider of space and services, plays a key role in helping Federal agencies carry out their plans and work to facilitate the Federal Government's transition to an optimal real estate footprint that saves taxpayer dollars.  Funding for portfolio optimization is essential so that GSA can execute those opportunities in GSA controlled space.

GSA will make critical investments in federally owned GSA assets to allow for the consolidation of federally owned or leased space, the disposal of buildings that do not or cannot meet performance standards and the long-term financial viability of the optimized portfolio.

Federal agencies have identified lack of resources as the main challenge in achieving optimal utilization of workspaces.  An optimization program that includes funding for agency tenant improvements, furnishings, fixtures, and equipment, and necessary move expenses will provide more reliable funding to address this challenge.

Overall, the optimization program will result in improved space utilization, cost savings for the American taxpayer and a more sustainable portfolio.

**Childcare Systems and Security Program …………….……………..…………$14,250,000**

GSA proposes $14.250 million to identify security vulnerabilities at each childcare center located in a GSA-controlled building and to expedite action to upgrade these buildings to the minimum-security standards.

As part of its childcare systems and security efforts, GSA continues to identify projects in Federal buildings through physical inspection of security countermeasures and studies. These projects will vary in size and location. Typical projects include

Installing, repairing or replacing, as necessary, blast protection and facade hardening, and security countermeasures to safeguard child care centers from intruders

This program provides funding to address security vulnerabilities identified at various childcare centers in GSA's inventory. The projects in this program are based on studies conducted by GSA. Completion of these proposed projects will improve the security vulnerabilities at the childcare centers.

Since FY 2022, GSA has received $15,000,000 in support of this program.  These funds supported 26 projects in 22 GSA-controlled federally-owned buildings and 2 GSA leases.

**Energy and Water Retrofit and Conservation Measures Program………………$14,250,000**

GSA proposes $14.250 million to invest in projects that directly result in reduced energy usage, reduced water usage, utility cost savings, and reduced pollution and emissions in GSA-controlled federally-owned buildings beginning in FY 2025.

*U.S. General Services Administration*
*Federal Buildings Fund*

GSA's Energy and Water Retrofit and Conservation Measures Program is designed to reduce on-site energy and water consumption through building alteration projects or retrofits of existing buildings systems. Completing these projects is an important part of GSA's approach to complying with requirements in the Energy Act of 2020 and Executive Order 14057 on *Catalyzing Clean Energy Industries and Jobs Through Federal Sustainability* (December 8, 2021).

Projects will reflect GSA and Administration priorities including reducing costs; advancing clean and innovative technologies; and reducing pollutants and emissions from building operations. Furthermore, this investment may generate rebates and incentives from utility companies and grid operators.

In addition to meeting the stated priorities, proposed projects will be screened for life-cycle cost-effectiveness to ensure they will generate positive return-on-investment within the expected lifetime of the equipment.

Typical projects include, but are not limited to, the following:

- Upgrade HVAC systems with new, high efficiency systems;
- Replace existing lighting and lighting controls including associated wiring;
- Install and upgrade BAS and energy management control systems;
- Design and install and connect renewable energy systems including solar photovoltaics, solar water heating, and wind power;
- Design and install advanced geothermal heat pumps to replace conventional heating and cooling equipment;
- Install or repair energy and water metering systems, diagnostic sensors, and equipment;
- Replace electrical motors with multi-speed or variable-speed motors;
- Install battery backup systems with load shedding and grid stabilization functions;
- Insulate roofs, walls, pipes, HVAC ducts; and mechanical equipment;
- Install multi-pane windows, and seal and repair existing windows;
- Upgrade plumbing systems with high efficiency toilets and sinks; and
- Install high efficiency irrigation and watering systems, and provide for native landscaping

**Fire Protection and Life Safety Program…………………………………………...$50,000,000**

GSA proposes $50 million to upgrade, replace, and improve fire protection systems and life-safety features in buildings under the jurisdiction, custody, and control of the GSA.

As part of its fire protection and life-safety efforts, GSA currently is identifying projects in Federal buildings throughout the country through surveys and studies. These projects will vary in size, location, and delivery method. Typical projects include:

- Replacing antiquated fire alarm and detection systems that are in need of repair or for which parts are no longer available.

FBF-38

- Installing emergency voice communication systems to facilitate occupant notification and evacuation in Federal buildings during an emergency.

- Installing or expanding, as necessary, fire sprinkler systems to provide a reasonable degree of protection for life and property from fire in Federal buildings.

- Constructing additional exit stairs or enclosing existing exit stairs to facilitate the safe and timely evacuation of building occupants in the event of an emergency.

Since FY 2010, GSA has received $171,566,000 in support for this program. The funds supported 136 projects in 109 GSA-controlled federally-owned buildings.

**Judiciary Capital Security Program……………………………………………………….30,000,000**

GSA proposes $30 million to improve physical security in buildings occupied by the Federal judiciary and the U.S. Marshals Service. These projects are in lieu of constructing new facilities, thereby providing cost savings and expedited delivery. These projects will vary in size, location, and delivery method, and are designed to improve the separation of circulation for the public, judges, and prisoners. Funding provided for the security improvement projects will address elements such as adding doors, reconfiguring, or adding corridors, reconfiguring or adding elevators and sallyports, and constructing physical or visual barriers.

Since FY 2012, GSA has received $167.422 million in support of this program. These funds were allocated to 15 projects.

**Basic Repairs and Alterations Nationwide**

**Basic Repairs and Alterations Program………………………………………….. $500,000,000**

The FY 2025 repairs and alterations program request includes $500 million for Basic Repairs and Alterations and is dedicated to ensuring that the existing infrastructure receives the investment necessary to support customer agencies at the lowest possible cost to the taxpayers. Projects executed in this account are executed below the current prospectus threshold of $3.926 million or are for recurring repairs costing both above and below the prospectus threshold.

The majority of obligations address below prospectus-level serviceability work items to maintain a facility's suitability to its original intended function. These are repairs to prevent deterioration and damage to buildings, their support systems, and operating equipment. The balance of funds received address space alterations, health and safety, physical security and special programs. Postponing repairs and system upgrades leads to higher operating and maintenance costs and subsequent increased repair or replacement costs.

**National Archives and Records Administration (NARA) Facility in Seattle, Washington:**

The 2025 Basic Repairs and Alterations request includes not less than $3 million for necessary

J.R. 1148

*U.S. General Services Administration*
*Federal Buildings Fund*

repairs and alterations to the existing NARA Federal facility in Seattle, WA. In advance of relocation to a newly constructed facility, funds for repairs and alterations to the existing facility that are necessary for continued occupancy and protection of records and materials stored within the facility, will be provided from GSA's Basic Repairs and Alterations Program. GSA's 2024 New Construction request includes $9 million for the analysis and design of a long term records storage facility.

## Installment Acquisition Payments

(Dollars in Thousands)

| FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|
| $0 | $0 | $233,333 |

## Program Description

This activity provides for payments owed to the proposed FCRF.  In accordance with the proposed FY 2025 FCRF appropriations language and program guidelines, the purchasing agency shall budget for the first repayment to the FCRF prior to receiving the transfer of funds. The purchasing agency shall pay back 1/15 of the total transfer annually until the funds are repaid. The FY 2025 request represents the first year of repayment for the requested transfer of funds in FY 2025.

## Program Strategy

The President's FY 2025 Budget Request proposes the capitalization of the FCRF with a $10 billion mandatory appropriation that will provide opportunities for civilian Federal agencies to fund their largest Federal real property projects, such as construction, renovations and purchases, in one appropriation, capturing economies of scale and greater certainty in schedule and funding. Annual discretionary repayments by purchasing agencies would replenish the FCRF and would be available until expended to fund additional capital projects. Total annual capital purchases would be limited to the lower of $5 billion or the balance in the FCRF, including annual repayments.

The establishment of the FCRF will: (1) fund large-dollar, federally owned, civilian real property capital projects that house Federal civilian employees; and (2) provide specific budget enforcement rules for the FCRF that would allow it to function, in effect, like State and local government capital investment budgets. This proposal incorporates principles that are central to the success of capital budgeting at the State and local levels—a limit on total funding for capital investment, annual decisions on the allocation of funding for capital projects, and spreading the acquisition cost in the discretionary operating budgets of agencies that purchase the assets.

J.R. 1149

GSA's FY 2024 budget request proposed an FCRF project for the Federal Bureau of Investigation Headquarters project in Greenbelt, Maryland for funding through the FCRF at a total upfront cost of $3.5 billion. FCRF funding will be partnered with available unobligated balances previously appropriated to the FBF for this project. The FY 2025 budget requests $233.333 million to pay the first of 15 installment payments.

**Installment Acquisition Payments, Summary of Request**
(Dollars in Thousands)

|  | FY2025 | FY 2026 through FY 2039 | Total |
|---|---|---|---|
| Mandatory: |  |  |  |
| Collection of Transfer from Federal Capital Revolving Fund | $(3,500,000) |  | $(3,500,000) |
| Total Estimated Project Cost: | $ 3,500,000 |  | $ 3,500,000 |
|  |  |  |  |
| Discretionary: |  |  |  |
| Federal Bureau of Investigation Greenbelt, Maryland Headquarters | $ 233,333 | $ 3,266,667 | $ 3,500,000 |
| Total Repayments to Federal Capital Revolving Fund: | $ 233,333 | $ 3,266,667 | $ 3,500,000 |

**Installment Acquisition Payments, Project Description**

**Federal Bureau of Investigation Greenbelt, Maryland Headquarters….$3,500,000,000 transfer with annual repayments of $233,333,000**

The Administration recognizes the critical need for a new FBI headquarters. The J. Edgar Hoover building can no longer support the long-term mission of the FBI. Major building systems are near end-of-life, and structural issues continue to mount, making the current building unsustainable. The Administration proposes a multi-year effort to construct the Federal Bureau of Investigation Greenbelt, Maryland Headquarters from which the FBI can continue its mission to protect the American people.

The 2025 Budget supports the funding associated with the first year installment payment to the FCRF for this project. The Administration's FY 2025 FCRF proposal provided a new budgetary mechanism to fully fund the costs of very large civilian real property capital projects that are difficult to accommodate in the annual appropriations process. This is accomplished by providing mandatory resources for the total project cost upfront and repaying those resources with annual discretionary appropriations over 15 years. For the Federal Bureau of Investigation Greenbelt, Maryland Headquarters project, the FY 2025 Budget proposed a $3.5 billion allocation from the FCRF, to be repaid by the FBF in 15 annual amounts of $233 million. The FCRF funding would be paired with approximately $645 million in available GSA enacted appropriations to support the acquisition and construction of the Federal Bureau of Investigation Greenbelt, Maryland Headquarters project.

J.R. 1150

*U.S. General Services Administration*
*Federal Buildings Fund*

---

Additionally, GSA and FBI continue efforts to identify a federally owned location in the District of Columbia to support a presence of approximately 750 to 1,000 FBI personnel that would support day-to-day FBI engagement with the U.S. Department of Justice's headquarters, the White House, Congress and other law enforcement agencies. The Administration plans to use existing balances in the FBI's account previously appropriated for the new headquarters effort to build a downtown DC location to support the FBI's mission.

**Rental of Space**
(Dollars in Thousands)

| FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|
| $5,561,680 | $5,561,680 | $5,606,122 |

Note: Figures do not include indefinite authority for leased space.

**Program Description**
This activity provides for the leasing of privately owned buildings when federally owned space is not available. This includes space controlled by other Federal agencies, including U.S. Postal Service facilities. GSA provided 173 million square feet of leased space in FY 2023 to its occupant agencies and expects to provide 170 million square feet in FY 2024 and 168 million square feet in FY 2025. (Note: This NOA request does not include any space funded by GSA's Indefinite Lease Authority (IA)).

In FY 2025, $5.6 billion is required for the GSA Rental of Space program. This amount funds annual rent for current leases, real estate taxes and other one-time payments, and rent increases associated with replacement leases and expansion space.

The FY 2025 Rental of Space request consists of the following requirements:

- $5,733 million for annual rent for leases already in GSA's inventory;
- $84 million for real estate taxes;
- $296 million for one-time payments, such as free rent and broker commission credits, offset by claims and potential lease buyouts;
- ($104) million in lease cancellations, which represents the amount of leased space leaving the FBF inventory;
- $44 million for rent increases, typically associated with replacement leases, operating cost escalations, and step rents;
- $7 million for temporary expansion space, the amount of space entering the inventory for temporary leases in support of major repair and alteration projects and relocations due to forced moves or health and safety conditions; and
- The request is reduced by $453 million for the funds projected to be available from carryover and prior-year recoveries. These funds are largely made available by lower than projected property tax adjustments and reductions in double rent instances.

The FY 2025 request represents a 1 percent increase for Rental of Space requirements compared to the FY 2024 annualized CR. There is an overall projected decrease of over 2.3 million rentable square feet from the FY 2024 requirements, this decrease is partially offset by lease-cost increases and roughly $39.7 million in delegated leases that are returning to GSA. Agencies with the largest delegated lease annual rent dollars returning to PBS include:

- Pension Benefit Guarantee Corporation: $20.8 million.
- U.S. Department of Veterans Affairs, Veterans Health Administration: $8.7 million.
- U.S. Department of Agriculture, Forest Service: $2.5 million.
- U.S. Department of the Interior, Bureau of Land Management: $2.4 million.

Additionally, the FY 2025 request assumes that available carryover funding is offsetting the FY 2025 requirements and is necessary to cover "high-risk" single tenant leases currently in the firm term but which could be returned to GSA's portfolio by occupant agencies in accordance with terms of agency occupancy agreements. Funding is necessary to support return of space or payments to lessors due to potential opportunities for GSA's occupant agencies to reduce space as a result of increased workplace flexibilities.

*U.S. General Services Administration*
*Federal Buildings Fund*

**Rental of Space, Explanation of Changes**
(Dollars in Thousands)

|  | New Obligational Authority (NOA) (in thousands) |
| --- | --- |
| **Fiscal Year 2024 Full Year CR** | $    5,561,680 |
|  |  |
| **FY2024 Requirement** | $    5,769,600 |
| Annualization of remaining FY 2025 Program Changes | $      (64,293) |
| NOA Conversion of FY2024 IA Base | $      105,184 |
| Less: Lump Sums (Taxes, IBAAs, RWAs, Double Rent, Others) | $     (101,426) |
| Less: FY24 PYC of Program Changes Not In Base | $       23,444 |
|  |  |
| **Fiscal Year 2025 Base** | $    5,732,509 |
|  |  |
| Rent Changes (Step Rent, CPIs, Escalations) | $       43,571 |
| Real Estate Taxes | $       83,892 |
| Other One Time Payments (RWAs, Double Rent, Others) | $     (126,687) |
| Potential Lease Buyouts | $      422,360 |
| Cancellations | $     (103,635) |
| Expansions | $        6,833 |
|  |  |
| **Fiscal Year 2025 Requirement** | $    6,058,843 |
| Funds From Carryover and Prior Year Recoveries | $     (452,721) |
|  |  |
| **Fiscal Year 2025 Request** | $    5,606,122 |

**Program Strategy**

GSA has worked closely with its partner Federal agencies to create a roadmap for those agencies to rightsize their respective footprints, including the potential for agencies to consolidate into GSA-controlled federally owned facilities as leases expire. As such, GSA continually assesses opportunities for consolidation and is establishing a sustainable ratio of leased and federally owned real estate for GSA's portfolio. The funding provided for consolidation projects, including the newly proposed Optimization Program within the Special Emphasis Program addressing consolidation activities in the Capital request, allows PBS to create new opportunities for its occupant agencies to downsize and reduce costs.

FBF-44

J.R. 1153

As the Federal Government continues to implement strategies to identify savings through efficient space use, the cost to lease new space is expected to decrease in aggregate as GSA replaces, consolidates, or terminates expiring leases. Although GSA passes on the costs of leased space to its occupant agencies, GSA's objective is to reduce the overall size of its leased portfolio, while also budgeting for the necessary costs of Rental of Space requirements. This activity provides the Government with a portfolio approach to managing leasing requirements for space. PBS will look to fill a requirement for another agency with any recently vacated space. Having a centralized-portfolio approach for leasing enables this type of holistic approach to meeting needs across all Federal agencies.

GSA recognizes the opportunity for substantial space reduction as a result of increased workplace flexibilities. The expiring PBS leases across the country are prime for potential consolidation into a more agile work space that will reduce the Federal Government's reliance on more costly leased space. Accordingly, the FY 2025 budget aims to provide enough flexibility for GSA to manage expiring leases, terminations, and an anticipated increase in potential buyouts and cancellations that could result from new space planning or Federal agencies exercising their option to return space to GSA with the provision of 120 days prior notice as agencies move toward new work environments[6]. At the start of FY 2025, 39 percent of the total PBS lease inventory will contain leases that are in the firm term and have a customer agency cancellable OA. The firm term does not include termination rights and could contribute to vacant space costs, should agencies exercise their 120 day notice allowing the agency to return space to GSA. The FY 2025 request reflects prudent planning, with anticipated carryover dedicated to support the anticipated increases in buyouts and cancellations to ensure sufficient budget activity availability to support return of space or payments to lessors due to new opportunities for agencies to reduce space as a result of increased workplace flexibility as agencies work to implement updated human capital policies. GSA recognizes that evolving workplace strategies place greater uncertainty on projected FBF lease rent payment requirements and require GSA to be positioned to support leases in the firm term should customer agencies choose to vacate them before their terms expire.

**Impact of Delegated Buildings Returning to GSA**

Part of GSA's new inventory in FY 2025 is attributed to facility leases executed under delegated authority returning to GSA from other Federal agencies. During FY 2025, it is expected that approximately 1 million RSF of leased space will be returned to GSA's inventory of leases, resulting in a $22.9 million requirement within the IA. The additional costs will be recovered in GSA's rent collections and do not represent a net increase in overall obligations across the Federal Government. These returned delegations generate an overall benefit as GSA is able to better manage the leasing of space for agencies, allowing these agencies to focus on mission-

---

[6] PBS has updated its approach to occupancy agreements (OAs) in leased locations effective April 18, 2023. For any new occupancy or continuing occupancy other than a lease extension, OAs will be non-cancellable for the firm term of the lease. At this time, the PBS fee for non-cancellable OAs will remain 5%, and 7% fee for cancellable OAs.

*U.S. General Services Administration*
*Federal Buildings Fund*

oriented work. The NOA impact of delegated returns in FY 2025 is $39.7 million and 1 million RSF from the FY 2023 returned delegations that move from IA to NOA.

## Building Operations

(Dollars in Thousands)

| FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|
| $2,981,381 | $2,981,381 | $ 3,272,137 |

Note: Figures do not include indefinite authority.

## Program Description

The Building Operations program requires $3.3 billion in FY 2025 to provide services for both GSA-controlled federally owned and non-fully serviced leased facilities, as well as for the administration and management of all PBS real property programs. Of the total amount requested in support of Building Operations, the Building Services allocation supports cost increases for cleaning, utilities, maintenance, and building services; the Salaries and Expenses allocation supports PBS personnel costs excluding reimbursable FTE, PBS-specific IT applications, and PBS's contribution to GSA's WCF.

In addition to the NOA requested in FY 2025, PBS projects $1.45 billion in reimbursable authority for services provided to other agencies, including funding for 316 FTEs. PBS also projects $42 million in permanent indefinite authority from the International Trade Center, Cooperative Use Act, and National Antenna programs.

FBF-46

**Building Operations, Explanation of Changes**

(Dollars in Thousands)

| | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| **BASE BUILDING** | $ 1,495,822 | $ 1,476,582 | $ 1,598,952 |
| Maintenance | $ 546,635 | $ 562,801 | $ 620,232 |
| Cleaning | $ 483,505 | $ 500,562 | $ 509,448 |
| Utilities | $ 389,540 | $ 335,080 | $ 380,927 |
| Security | $ 76,142 | $ 78,139 | $ 88,345 |
| **OTHER / MISC BUILDING** | $ 143,263 | $ 138,921 | $ 174,639 |
| Misc Bldg Support | $ 113,755 | $ 109,579 | $ 139,614 |
| Studies | $ 25,898 | $ 25,898 | $ 29,918 |
| Building Moves | $ 3,610 | $ 3,444 | $ 5,107 |
| **PBS ADMINISTRATIVE** | $ 1,412,034 | $ 1,469,837 | $ 1,532,532 |
| Personnel Compensation and Benefits | $ 927,502 | $ 963,302 | $ 998,500 |
| RWA Project Management Fee Offset | $ (52,212) | $ (56,849) | $ (55,446) |
| GSA Working Capital Fund | $ 392,261 | $ 416,060 | $ 434,938 |
| Management Support | $ 83,038 | $ 84,782 | $ 86,853 |
| PBS Information Technology | $ 60,775 | $ 60,775 | $ 63,214 |
| Administrative Services | $ 10,064 | $ 11,319 | $ 14,166 |
| Heating Operation and Transmission Division | $ (9,394) | $ (9,552) | $ (9,693) |
| **OTHER / MISC PBS ADMINISTRATIVE** | $ (6,738) | $ (1,544) | $ 6,642 |
| Travel | $ 10,899 | $ 9,500 | $ 10,573 |
| Training | $ 7,495 | $ 7,600 | $ 8,393 |
| Telephones | $ 4,868 | $ 4,394 | $ 4,381 |
| Equipment | $ 2,258 | $ 1,647 | $ 2,326 |
| Supplies | $ 812 | $ 780 | $ 512 |
| Printing | $ 174 | $ 174 | $ 147 |
| Transportation | $ 6 | $ 6 | $ 6 |
| RWA Sliding Scale Fee | $ (33,250) | $ (25,645) | $ (19,696) |
| | | | |
| **TOTAL BUILDING SERVICES REQUIREMENT** | $ 3,044,381 | $ 3,083,796 | $ 3,312,765 |
| **OTHER FUNDING SOURCES** | $ (63,000) | $ (102,415) | $ (40,628) |
| **TOTAL BUILDING OPERATIONS NOA** | $ 2,981,381 | $ 2,981,381 | $ 3,272,137 |

Note: Other Funding Sources includes funds from projected prior-year recoveries, the National Antenna Program, the Cooperative Use Act, and carryover balances. The above table includes reimbursable fee offsets.

*U.S. General Services Administration*
*Federal Buildings Fund*

**Program Strategy**

While maximizing resources for the Repairs and Alterations programs, the FY 2025 request of $3.3 billion for Building Operations continues to optimize PBS's internal operations, while supporting key building operations needs requested by GSA's customer agencies, and supports the goals of the Administration.

**Explanation of Programmatic Changes**

The FY 2025 request continues efforts to operate PBS's building inventory as efficiently as possible by keeping requested funding levels at the lowest possible level. Below are key areas of investment that will contribute to PBS's mission:

**Maintenance**: The maintenance budget consists of the electrical, plumbing, HVAC, elevator/escalator operations, and labor in support of the operations of facilities within GSA's jurisdiction, custody, or control. The FY 2025 request includes $620 million for maintenance. The FY 2025 increase provides for wage-rate increases and inflation on current maintenance contracts, as well as maintenance support for facilities that will come into PBS's inventory, including newly constructed or renovated space. The maintenance budget also includes $19 million to address ongoing water quality management efforts within Operations and Maintenance contracts. The funding will allow GSA to incorporate the latest industry advancements and health insights into implementation of a risk-based National Water Management Strategy and initiate any necessary corrective action.

**Cleaning**: The cleaning budget consists of interior cleaning, exterior cleaning, trash removal, landscaping, and snow-removal operations at GSA-controlled facilities. The FY 2025 request includes $509 million for cleaning. This FY 2025 increase provides for wage-rate increases and inflation on current janitorial contracts, as well as janitorial support for facilities that will come into PBS's inventory, including newly constructed or renovated space.

**Utilities**: The utility budget consists of the costs of water and sewage, as well as the energy needed to heat, cool, and power Federal facility operations controlled by GSA. The FY 2025 request includes $381 million. The increase for FY 2025 is largely driven by utility rate and consumption increases across the buildings. The FY 2025 utilities request includes $10 million to fund an additional 5.5 percent of carbon-free electricity (CFE) toward GSA's goal of 100 percent CFE by 2030.

The annual costs associated with the Energy Savings Performance Contracts (ESPC) and Utility Energy Service Contracts (UESC) are funded from the utilities budget. GSA anticipates that these costs will be offset in future fiscal years by reductions to utility payments by PBS and cost avoidance within the maintenance and Basic Repairs and Alterations budgets. First year payments for ESPCs and UESCs can have an impact on NOA if not timed with the beginning of the fiscal year. The FY 2025 budget request contains $1.3 million in funding for first year ESPC

FBF-48

J.R. 1157

and UESC principal and interest payments where savings do not align with the fiscal year.

**Security**: The security budget funds services provided by the U.S. Department of Homeland Security – Federal Protective Service in GSA-controlled space. The FY 2025 request includes $88 million. The majority of the increase is due to costs associated with needed cybersecurity and nationwide Physical Access Control Systems upgrades, as well as $5.5M for Video Surveillance Systems (VSS) and Intrusion Detection Systems (IDS). The VSS and IDS funding supports meeting baseline minimum security standards updated in response to the GSA Office of Inspector General ("OIG") security audit of federally owned facilities under GSA's jurisdiction, custody and control (OIG Audit - A210033/P/5/R22006).  GSA is working with the Federal Protective Service to analyze and control costs, where appropriate.

**Miscellaneous Building Support**: The FY 2025 request includes $140 million for miscellaneous building support. This category consists of various programs that support improved operations, including:

- The Fire Protection and Life-Safety program identifies fire and safety hazards in GSA-controlled facilities. The FY 2025 budget requests an increase for additional risk-management surveys and Federal Occupational Health surveys and monitoring.
- The Space Alterations and Changes program funds Federal space requirements development, including expansion space and Basic R&A costing under $50,000.
- The Energy and Environmental program oversees environmental testing and hazardous material abatement, as well as improving efficiencies by diagnosing, metering and enhancing building systems with advanced automation systems. Funding for asbestos investigation and remediation continues to be of high importance and an additional $3.6 million is included in the request to address various sites in FY 2025.
- The Realty Services program funds leased space requirements development, market surveys and appraisals, and assigning and backfilling space.
- The Building Technology program funds the hardware, software and support costs to benefit the major functions of building operations. This category does not include the other specific PBS IT services functions, such as application maintenance and development. This program funds Building Monitoring and Control systems and Operational Technology. The FY 2025 budget includes funds for additional cybersecurity upgrades and for mandated upgrades to become IPv6 compliant.
- The Special Programs budget includes building amenities, such as food service and child care operations, as well as support functions, such as lease construction management (CM) services. This category also includes obligations for ESPC construction period savings and CM services. Miscellaneous Building Support also funds various support functions not chargeable elsewhere, such as key making, signage, and renting operating equipment and tools.

**Studies**: The FY 2025 request includes $30 million for project-development studies and assessments, building-engineering reports, technical studies, and planning studies. The FY 2025 request includes an increase of $2 million for electric-vehicle supply and equipment-

*U.S. General Services Administration*
*Federal Buildings Fund*

related studies. These studies will inform infrastructure upgrades at targeted locations, such as high-density parking buildings that will remain in the portfolio for over 10 years. Scope will include ensuring sufficient electricity is provided in the garages, along with fire and life-safety considerations. Energy audits are not included in this category and are funded through the Energy and Environmental program. Studies are the first phase in successfully developing a capital project.

**Building Moves**: This category funds costs associated with moving an agency into or out of space or moving offices occupied by GSA personnel. The FY 2025 request includes an increase of $5.1 million.  This increase is primarily due to $1.1 million in new forced moves related to major R&A capital projects in completion.

**Personnel Compensation and Benefits (PC&B)**: The FY 2025 request includes a net requirement of $952 million for personnel benefit and compensation. The FY 2025 request includes a 1 percent increase in FTE from 5,563 to 5,623.  The additional 60 FTE will ensure successful delivery of PBS programs, to include the significant influx of work associated with the $6.8 billion from the IIJA and IRA appropriations. Additionally, 10 of the FTE are related to a management support contract insourcing effort that will produce a net savings to salaries and expenses. These insourced positions are project or construction managers that are inherently governmental and the conversion makes this body of work more cost-effective in the long run.

The anticipated reimbursable authority to fund PC&B in FY 2025 is $55 million, which represents 316 FTE of the 5,623. The FBF requested NOA includes a 2 percent pay raise. Awards comprise 2.2 percent of PC&B, which will best meet agency objectives and support the recruitment and retention of high-performing employees.

**GSA Working Capital Fund (WCF)**: The FY 2025 request includes $435 million for PBS's contribution to the WCF. The increase is primarily due to the Administration's investment in vital human capital resources, plans to modernize GSA's payroll system, spending to bolster critical information and technology infrastructure, and the focus on Administration and GSA priorities. This category provides funding for GSA's core support services and administrative functions, including Budget and Finance, the Office of the General Counsel, Human Resources, and GSA IT services, as well as select PBS-specific requirements.

**Management Support**: The FY 2025 request includes $87 million for management support services for functions that are contracted out rather than maintained in-house to fulfill short-term initiatives, implant specified subject-matter expertise or reduce personnel costs based upon competitive analyses. Positions support administrative functions, as well as core areas of PBS's business, such as leasing and building support, and administration initiative support, such as the renewable energy goals.  While management support contracts are seeing increases due to factors such as inflation and new pricing of replacement contracts, these increases are more than offset by PBS's contract reduction efforts.

J.R. 1159

A targeted management support effort will generate savings in FY 2025 through insourcing and elimination of contracts. The first batch of contracts reviewed will yield a reduction to management support of $5.1 million. A net savings in salaries and expenses of $2.6 million will be realized through insourcing up to 20 management support positions and completely eliminating 10 positions by terminating associated management support contracts. Ten of the insourced positions will be absorbed within the current staffing levels, with the other 10 as part of the FY 2025 request. These insourced positions are project or construction managers and converting these into Federal positions makes them more effective, allowing them to now do inherently governmental functions of the position.

**PBS Information Technology (IT) Services**: The FY 2025 request includes $63 million to support PBS Information Technology activities. The implementation of G-Invoicing, which is the long-term solution for Federal Program Agencies to manage their intragovernmental buy and sell transactions, as mandated by the U.S. Department of the Treasury, is included for $2 million. Funds are needed to enhance and update financial systems to interface with the G-Invoicing application, which includes the unique attributes of the PBS rent billing process. The increases to the budget are driven by projected cost increases to existing contracts of $1.2 million.

**Other/Miscellaneous PBS Administrative**: The FY 2025 gross NOA requirement is 26 million. Accounting for projected RWA revenue of $19 million, the net NOA request is 6.6 million.  This category provides funding for PBS's administrative costs, such as transportation, telephones, printing, supplies, equipment, and travel, as well as programmatic spending not associated with Management Support. This category also includes $8.4 million for training that represents less than 1 percent of base salary cost. Training funds provide discretionary and mandatory requirements, such as PBS's Acquisition and Project Management personnel training, and the Facilities Management certification program.

*U.S. General Services Administration*
*Federal Buildings Fund*

**Reimbursable Program**

PBS provides, on a reimbursable basis, building services, such as tenant alterations, cleaning, utilities, and other operations, which are in excess of those services provided within PBS's standard commercial rental charges, when requested by other Federal agencies.

| | FTE | Authority |
|---|---|---|
| **REIMBURSABLE PROGRAM** | | |
| **EXPLANATION OF BUDGET CHANGES** | | |
| **(Dollars in Thousands)** | | |
| **FY 2024 Plan** | **316** | **$ 1,420,586** |
| Workload Increases | 0 | $ 29,832 |
| **FY 2025 Plan** | **316** | **$ 1,450,418** |

FBF-52

J.R. 1161

**Appropriations Language**

*Amounts in the Fund, including revenues and collections deposited into the Fund, shall be available for necessary expenses of real property management and related activities not otherwise provided for, including operation, maintenance, and protection of federally owned and leased buildings; rental of buildings in the District of Columbia; restoration of leased premises; moving governmental agencies (including space adjustments and telecommunications relocation expenses) in connection with the assignment, allocation, and transfer of space; contractual services incident to cleaning or servicing buildings, and moving; repair and alteration of federally owned buildings, including grounds, approaches, and appurtenances; care and safeguarding of sites; maintenance, preservation, demolition, and equipment; acquisition of buildings and sites by purchase, condemnation, or as otherwise authorized by law; acquisition of options to purchase buildings and sites; conversion and extension of federally owned buildings; preliminary planning and design of projects by contract or otherwise; construction of new buildings (including equipment for such buildings); and payment of principal, interest, and any other obligations for public buildings acquired by installment purchase and purchase contract; in the aggregate amount of $10,496,084,000, of which—*

*(1) $1,617,825,000 shall remain available until expended for repairs and alterations, including associated design and construction services, of which—*

    *(A) $584,325,000 for Major Repairs and Alterations;*
    *(B) $500,000,000 for Basic Repairs and Alterations; and*
    *(C) $533,500,000 for Special Emphasis Programs:*

*Provided, That amounts identified in the spend plan for major repairs and alterations required by section 525 of this division may be exceeded to the extent that savings are effected in other such projects, but not to exceed 20 percent of the amounts included in a transmitted prospectus, if required, unless advance notice is transmitted to the Committees on Appropriations of the House of Representatives and the Senate of a greater amount: Provided further, That additional projects for which prospectuses have been transmitted may be funded under this category only if advance notice is transmitted to the Committees on Appropriations: Provided further, That the amounts provided in this or any prior Act for "Repairs and Alterations" may be used to fund costs associated with implementing security improvements to buildings necessary to meet the minimum standards for security in accordance with current law and in compliance with the reprogramming guidelines of the appropriate Committees of the House and Senate: Provided further, That the difference between the funds appropriated and expended on any projects in this or any prior Act, under the heading "Repairs and Alterations", may be transferred to "Basic Repairs and Alterations" or used to fund authorized increases in prospectus projects: Provided further, That the amount provided in this or any prior Act for Basic Repairs and Alterations may be used to pay claims against the Government arising from any projects under the heading "Repairs and Alterations" or used to fund authorized increases in prospectus projects;*

    *(2) $5,606,122,000 for Rental of Space to remain available until expended;*
    *(3) $3,272,137,000 for Building Operations to remain available until expended;*

*U.S. General Services Administration*
*Federal Buildings Fund*

---

*Provided, That the total amount of funds made available from this Fund to the General Services Administration shall not be available for expenses of any construction, repair, alteration and acquisition project for which a prospectus, if required to be submitted pursuant to 40 U.S.C. 3307, has not been transmitted to the Committees referenced therein, except that necessary funds may be expended for each project for required expenses for the development of a proposed prospectus: Provided further, That funds available in the Federal Buildings Fund may be expended for emergency repairs when advance notice is transmitted to the Committees on Appropriations: Provided further, That amounts necessary to provide reimbursable special services to other agencies under 40 U.S.C. 592(b)(2) and amounts to provide such reimbursable fencing, lighting, guard booths, and other facilities on private or other property not in Government ownership or control as may be appropriate to enable the United States Secret Service to perform its protective functions pursuant to 18 U.S.C. 3056, shall be available from such revenues and collections: Provided further, That revenues and collections and any other sums accruing to this Fund during fiscal year 2025, excluding reimbursements under 40 U.S.C. 592(b)(2), in excess of the aggregate new obligational authority authorized for Real Property Activities of the Federal Buildings Fund in this Act shall remain in the Fund and shall not be available for expenditure except as authorized in appropriations Acts.*

**Appropriations Language for the Federal Capital Revolving Fund Repayment**

*Contingent upon enactment of the Federal Capital Revolving Fund Act of 2024, amounts in the Fund, including revenues and collections deposited into the Fund, shall be available for acquisition installment payments in the amount of $233,333,334, to remain available until expended, for the first annual repayment amounts to the Federal Capital Revolving Fund: Provided, That $233,333,334 shall be for the Public Buildings Service Federal Bureau of Investigation Greenbelt, Maryland Headquarters: Provided further, That $3,500,000,000 is approved for a purchase transfer, as defined in the Act, from the Federal Capital Revolving Fund for the Public Buildings Service Federal Bureau of Investigation Greenbelt, Maryland Headquarters: Provided further, That such project, as defined in the Act,  shall be considered designated and approved pursuant to such Act, contingent upon the President's subsequent approval and designation as provided in the Act.*

FBF-54

*U.S. General Services Administration*
*Federal Buildings Fund*

**Schedule of Indefinite Authorities**

| Program | Source | Explanation |
|---|---|---|
| Recycling and Energy Rebates | 40 U.S.C. § 592 | The Administrator may obligate amounts received and deposited into the FBF for energy management improvement and recycling programs. |
| Historic Properties | 54 U.S.C. § 306121 | The proceeds of any outlease for a historic property may, notwithstanding any other provision of law, be retained by the agency entering into such lease and used to defray costs incurred by the agency with respect to such property or other properties under the control of the agency that are listed in the National Register of Historic Places. |
| Pennsylvania Avenue Activities | 40 U.S.C. § 6701(b)(1) | The Administrator may use amounts transferred from the Pennsylvania Avenue Development Corporation (PADC) or income earned on PADC property for activities associated with carrying out the responsibilities of PADC transferred to the Administrator. Any income earned after October 1, 1998, shall be deposited to the Federal Buildings Fund to be available for the purposes authorized under this subchapter, notwithstanding 40 U.S.C.§ 592(c)(1). |
| International Trade Center | 40 U.S.C. § 6701(a)(1) | The Administrator may make and perform transactions as necessary to carry out the trade center plan at the Federal Triangle Project. See also 40 U.S.C. § 6701(b) (1), noted above. |
| Cooperative Use Act and National Antenna Program | 40 U.S.C. § 581(h)(3) | The Administrator may deposit into the FBF amounts received under Cooperative Use Act leases or rentals, and amounts deposited shall be credited to the appropriation from the Fund applicable to the operation of the building. |
| Telecommuting | 40 U.S.C. § 587(b)(4) | The Administrator may deposit into the FBF user fees related to telecommuting centers, and use the fees to pay costs incurred in establishing and operating telecommuting centers. GSA may accept and retain income received from Federal agencies and non-Federal sources to defray costs directly associated with the functions of telecommuting centers. |

*U.S. General Services Administration*
*Federal Buildings Fund*

| Rental of Space | 40 U.S.C. § 586(d) | An agency may make rent payments to GSA for lease space relating to expansion needs of the agency. Payment rates shall approximate commercial charges for comparable space. Payments shall be deposited into the FBF. GSA may use amounts received under this subsection, in addition to amounts received as NOA, in the Rental of Space activity of the FBF. |

J.R. 1165

**U.S. General Services Administration**

**FIVE-YEAR CAPITAL INVESTMENT PLAN**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

GSA's FY 2025 Five-Year Capital Investment Plan.................................................................. 2
Five-Year Capital Plan Project List........................................................................................ 5

J.R. 1166

*U.S. General Services Administration*
*FY 2025 Five -Year Capital Investment Plan*

**GSA's FY 2025 Five-Year Capital Investment Plan**

PL 111-8 [1]directs the U.S. General Services Administration (GSA) to include a Five-Year Capital Investment Plan, by project, as part of its annual budget justification.

GSA's FY 2025 Five-Year Capital Investment Plan addresses the growing backlog of repairs and renovations, enhance Federal facilities' climate posture and resiliency, reduce the Government's reliance on costly leases, and acknowledge the Judiciary's and Customs and Border Protection's priorities for construction.  It also positions GSA to respond to this historic opportunity to right size the Federal footprint, reduce long-term real estate costs, and meet the future workspace needs of Federal agencies and the public they serve.

Support for GSA's FY 2025 funding request, GSA's FY 2025 Five - Year Plan and GSA's draft legislative proposal for full access to annual revenues and collections in the Federal Buildings Fund (with a footnote describing the proposals) is imperative. With support, GSA may begin to reverse the cumulative impacts of more than a decade of underinvestment in GSA's portfolio and make the necessary capital improvements among its federally owned facilities including those captured in this Five - Year Plan. In the absence of necessary reinvestment, GSA's federally owned assets will deteriorate further and can only offer future liabilities with compounding effects, not future returns.  Without full support, leasing space will become the preferred alternative, which is proven to cost the taxpayers significantly more than properly maintaining the buildings already owned by the Federal Government. Many of the projects proposed in the FY 2025 Five-Year plan include essential infrastructure work and alterations necessary to position these facilities for long-term Federal occupancy.

GSA's FY 2025 Five Year Plan spurs reinvestment in core assets in GSA's federally owned inventory. The Plan includes $6.57 billion for Repairs and Alterations, including $2.50 billion for Basic Repairs and Alterations, $2.30 billion for Major Repairs and Alterations, and $1.77 billion for PBS's Special Emphasis Programs, of which $1.28 billion will support a key pillar in GSA's Real Estate Optimization effort, GSA's Optimization Program.  The Five-Year Plan also includes $750 million in New Construction for the Judiciary, $500 million in New Construction for Customs and Border Protection and $705 million in New Construction to support the needs of Executive Agencies.

Projects identified for inclusion on GSA's FY 2025 Five-Year Plan are a result of and facilitate the three pillars of GSA's Real Estate Optimization effort:
- Investing in Core Assets
  - These federally owned buildings represent the highest strategic value to GSA, the agencies that occupy them, and the public they serve.

---

[1] FY2009 Omnibus Appropriations Act - P.L. 111-8 (March 11, 2009). *Provided further, that for fiscal year 2010 and thereafter, the annual budget submission of the General Services Administration shall include a detailed 5- year plan for Federal building construction projects with a yearly update of total projected future funding needs.*

J.R. 1167

- ○ They financially sustain the FBF and have the highest long-term value proposition for the taxpayers.
- Disposing of Underperforming Buildings
  - ○ These federally owned buildings provide the least strategic value and present the highest risk to the Federal portfolio's performance.
  - ○ They are a financial burden for the FBF and do not meet long-term agency housing needs in a cost-effective manner.
- Reducing Reliance on Leasing
  - ○ Responsibly manage pending lease expirations.
  - ○ Identify consolidation opportunities for federally owned and leased assets to maximize use of existing Federal facilities and backfill of vacated leases during the firm term.

Progress on the above three core pillars is contingent upon Congress's support for GSA's annual Capital Investment Programs, including those identified in the FY 2025 Five-Year Plan and the legislative proposals contained in GSA's FY 2025 Budget Request.

GSA's FY 2025 Five-Year Capital Investment Plan details the opportunities for major building improvements, new construction, consolidation, and support for investment in the Federal Capital Revolving Fund.  As part of GSA's strategic vision to provide financially and environmentally sustainable, accessible, and responsive workspace solutions that enable a productive Federal workforce, GSA's FY 2025 Five-Year planning process works towards:

- Developing and offering integrated and virtual workspace options and services that maximize flexibility for customer agencies.
- Securing investments needed to achieve a rightsized and modernized portfolio that is safe, efficient, and affordable for customers.
- Establishing and implementing cross-cutting solutions that mitigate climate risks by increasing building resilience, reducing greenhouse gas emissions, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity.
- Implementing programs that stimulate the economy and positively impact local communities through enhanced economic activity and opportunities for underserved populations.

Known critical customer requirements and building infrastructure needs have been evaluated using the following criteria:

- Customer Urgency and Priority (mission requirements)
- Modernization and Optimization of GSA's Federally Owned Inventory
- Improvement of the Physical Condition of the Inventory - Focus on Deferred Maintenance and Repair
- Financial Performance of the FBF
- Project Readiness, Timing and Execution

J.R. 1168

*U.S. General Services Administration*
*FY 2025 Five -Year Capital Investment Plan*

- Sustainability
- Safeguarding Assets
- Lease Cost Avoidance
- Historic Significance

The Five-Year Capital Investment Plan assumes approximately $9.7 billion in NOA for GSA's New Construction and Major Repair and Alterations programs combined and includes priority U.S. Courthouse and Land Port of Entry (LPOE) Projects as identified by the Judiciary and U.S. Customs and Border Protection respectively as well as Special Emphasis Programs and annual installment acquisition payments.  References for Courthouses are listed as TBD (at a funding average of approximately $250 million.  LPOE project(s) beyond those funded via the Infrastructure Investment and Jobs Act appropriations are included at a historical funding average of approximately $250 million.  Projects identified in future year President's Budget requests will vary based upon priorities and circumstances at the time of budget formulation. At the time of formulation, GSA will re-evaluate and adjust anticipated costs for projects to account for refinement of scope and costs.

Project Types include:
- New Construction (NC)
- Repairs and Alterations (R&A)

New Construction and Major Repair and Alteration projects are further defined in the Project Descriptions as:
- Phased Construction
- Design
- Remediation
- Minor Repairs and Alterations
- Special Emphasis Programs
  - Energy and Water Retrofit and Conservation, Fire Protection and Life Safety, Consolidation Activities, Judiciary Capital Security, Seismic Mitigation, Inventory Risk Mitigation and Resilience, Optimization
- Exterior/Structural Repairs
- System Upgrades
- Seismic
- Full Modernization
- Interior Construction
- Exterior/Structural Repairs
- Space Optimization/Consolidation
- Purchase
- Sitework
- Installment Acquisition Payment
- U.S. Courts New Construction
- U.S. Land Port of Entry New Construction
- New Construction

J.R. 1169

**Five-Year Capital Plan Project List**

## GSA FY 2025 FIVE - YEAR CAPITAL INVESTMENT PLAN

| Fiscal Year | Project Name | City | State | Congressional District | Project Type | Project Description | Prior Funding to Date ($000's) | Updated Additional Funding Required ($000's) (FY Request Amount) | Estimated Total Project Cost ($000's) |
|---|---|---|---|---|---|---|---|---|---|
| **FY 2024 PRESIDENT'S BUDGET REQUEST** | | | | | | | | | |
| FY 2024 | DHS Consolidation at St. Elizabeths | Washington | DC | At Large | NC | Phased Construction | $ 1,969,883 | $ 193,400 | $ 3,106,188 |
| FY 2024 | Southeast Federal Center Remediation | Washington | DC | At Large | NC | Remediation | $ 79,802 | $ 4,200 | $ 84,002 |
| FY 2024 | Hardesty Federal Complex Remediation | Kansas City | MO | 5 | NC | Remediation | $ 3,000 | $ 32,635 | $ 35,635 |
| FY 2024 | Design of Replacement Facility | Seattle-Tacoma-Bellevue MSA | WA | TBD | NC | New Construction | $ - | $ 9,000 | TBD |
| FY 2024 | Repayment of Federal Capital Revolving Fund - FBI HQ | TBD | | Multiple | NC | Installment Acquisition Payment | $ - | $ 233,333 | $ 3,500,000 |
| FY 2024 | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 480,978 | $ 480,978 |
| FY 2024 | Consolidation Activities Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 50,000 | $ 50,000 |
| FY 2024 | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 30,000 | $ 30,000 |
| FY 2024 | Fire Protection and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 32,000 | $ 32,000 |
| FY 2024 | Energy and Water Retrofit and Conservation Measures Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| FY 2024 | Inventory Risk Mitigation and Resilience Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 60,000 | $ 60,000 |
| FY 2024 | James A. Byrne U.S. Courthouse | Philadelphia | PA | 3 | R&A | System Upgrades | $ 12,927 | $ 83,799 | $ 96,726 |
| FY 2024 | John J. Moakley U.S. Courthouse | Boston | MA | 8 | R&A | Exterior Repairs/System Upgrades | $ 10,345 | $ 126,390 | $ 136,735 |
| FY 2024 | Sam Nunn Atlanta Federal Center | Atlanta | GA | 5 | R&A | System Upgrades | $ 10,229 | $ 70,200 | $ 80,429 |
| FY 2024 | William J. Holloway, Jr. U.S. Courthouse & U.S. Post Office & Courthouse | Oklahoma City | OK | 5 | R&A | Full Modernization | $ 15,222 | $ 65,926 | $ 81,148 |
| FY 2024 | Silvio J. Mollo Federal Building | New York-D101 | NY | 7 | R&A | Full Modernization | $ 46,600 | $ 285,825 | $ 332,425 |
| FY 2024 | Thomas P. O'Neill Jr. Federal Building | Boston | MA | 8 | R&A | Exterior Repairs | $ - | $ 19,317 | $ 19,317 |
| FY 2024 | Martinsburg Computing Center | Martinsburg | WV | 2 | R&A | Exterior Repairs | $ - | $ 23,098 | $ 23,098 |
| FY 2024 | 801 I Street Federal Building | Sacramento | CA | 6 | R&A | Space Optimization/Consolidation | $ - | $ 18,546 | $ 18,546 |
| FY 2024 | Everett M. Dirksen U.S. Courthouse | Chicago | IL | 7 | R&A | Exterior/Interior Repairs/System Upgrades | $ - | $ 24,490 | $ 24,490 |
| FY 2024 | Federal Building - 11000 Wilshire Boulevard East Annex and Tower (Design) | Los Angeles | CA | 33 | R&A | Space Optimization/Consolidation/System Upgrades | $ - | $ 34,619 | $ 34,619 |
| FY 2024 | Joseph F. Weis, Jr. U.S. Courthouse | Pittsburgh | PA | 10 | R&A | Space Optimization/Consolidation/System Upgrades | $ 11,000 | $ 40,699 | $ 51,699 |
| FY 2024 | Major General Emmett J. Bean Federal Center | Indianapolis | IN | 7 | R&A | Exterior Repairs/HazMat Abatement | $ 3,200 | $ 50,413 | $ 53,613 |
| FY 2024 | Federal Building U.S. Post Office and Courthouse | Paducah | KY | 1 | R&A | Full Modernization/Seismic/Judiciary Capital Security | $ - | $ 40,479 | $ 40,479 |
| FY 2024 | Jack Brooks Federal Building U.S. Post Office and Courthouse | Beaumont | TX | 14 | R&A | Exterior Repairs/System Upgrades | $ - | $ 86,701 | $ 86,701 |
| FY 2024 | Tacoma Union Station | Tacoma | WA | 6 | R&A | Systems Upgrades/Exterior/Structural Repairs | $ 3,395 | $ 79,256 | $ 82,651 |
| FY 2024 | Ronald Reagan Building Complex | Washington | DC | 1 | R&A | System Upgrades | $ - | $ 90,584 | $ 90,584 |
| FY 2024 | Patrick V. McNamara Federal Building Garage | Detroit | MI | 14 | R&A | Exterior Repairs/Systems Upgrades/Security Improvements | $ - | $ 46,948 | $ 46,948 |
| **FY 2024 TOTAL PRESIDENT'S BUDGET REQUEST** | | | | | | | | $ 2,337,836 | |

J.R. 1170

*U.S. General Services Administration*
*FY 2025 Five -Year Capital Investment Plan*

## GSA FY 2025 FIVE - YEAR CAPITAL INVESTMENT PLAN

**FY 2025 PRESIDENT'S BUDGET REQUEST**

| Fiscal Year | Project Name | City | State | Congressional District | Project Type | Project Description | Prior Funding to Date ($000's) | Updated Additional Funding Required ($000's) (FY Request Amount) | Estimated Total Project Cost ($000's) |
|---|---|---|---|---|---|---|---|---|---|
| FY 2025 | Repayment of Federal Capital Revolving Fund - FBI HQ | Greenbelt | MD | 5 | NC | Installment Acquisition Payment | $ 233,333 | $ 233,333 | $ 3,500,000 |
| FY 2025 | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 500,000 | $ 500,000 |
| FY 2025 | Optimization Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 425,000 | $ 425,000 |
| FY 2025 | Fire Protection and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 50,000 | $ 50,000 |
| FY 2025 | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 30,000 | $ 30,000 |
| FY 2025 | Energy and Water Conservation | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 14,250 | $ 14,250 |
| FY 2025 | Childcare Systems and Security | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 14,250 | $ 14,250 |
| FY 2025 | John F. Kennedy Federal Building | Boston | MA | 8 | R&A | System Upgrades | $ - | $ 24,464 | $ 24,464 |
| FY 2025 | William Jefferson Clinton Complex | Washington | DC | At Large | R&A | System Upgrades | $ - | $ 77,865 | $ 77,865 |
| FY 2025 | Robert F. Kennedy Federal Building | Washington | DC | At Large | R&A | System Upgrades | $ - | $ 21,855 | $ 21,855 |
| FY 2025 | Centers for Medicare & Medicaid Services Headquarters Campus (CMS) | Woodlawn | MD | 7 | R&A | System Upgrades | $ - | $ 14,625 | $ 14,625 |
| FY 2025 | Orville Wright Building | Washington | DC | At Large | R&A | System Upgrades | $ - | $ 28,914 | $ 28,914 |
| FY 2025 | Jacob K. Javits Federal Building | New York | NY | 10 | R&A | System Upgrades/Consolidation | $ - | $ 37,195 | $ 37,195 |
| FY 2025 | Henry M. Jackson Federal Building | Seattle | WA | 7 | R&A | System Upgrades | $ - | $ 17,487 | $ 17,487 |
| FY 2025 | Carl B. Stokes U.S. Courthouse | Cleveland | OH | 11 | R&A | System Upgrades | $ - | $ 14,942 | $ 14,942 |
| FY 2025 | Emmanuel Celler U.S. Courthouse | Brooklyn | NY | 10 | R&A | System Upgrades | $ - | $ 5,969 | $ 5,969 |
| FY 2025 | Mid-Atlantic Social Security Center Federal Building | Philadelphia | PA | 2 | R&A | System Upgrades/Exterior Repairs | $ - | $ 32,496 | $ 32,496 |
| FY 2025 | Ralph H. Metcalfe Federal Building | Chicago | IL | 7 | R&A | System Upgrades/Consolidation | $ - | $ 162,207 | $ 162,207 |
| FY 2025 | Federal Office Building 7th and D Streets | Washington | DC | At Large | R&A | System Upgrades/Consolidation | $ - | $ 88,300 | $ 88,300 |
| FY 2025 | Stewart Lee Udall Federal Building | Washington | DC | At Large | R&A | Exterior Repairs | $ - | $ 7,669 | $ 7,669 |
| FY 2025 | Robert C. Weaver Federal Building | Washington | DC | At Large | R&A | Exterior Repairs | $ - | $ 21,700 | $ 21,700 |
| FY 2025 | Washington National Records Center | Suitland | MD | 4 | R&A | System Upgrades | $ - | $ 17,632 | $ 17,632 |
| FY 2025 | Howard T. Markey National Courts Building | Washington | DC | At Large | R&A | System Upgrades | $ - | $ 11,005 | $ 11,005 |
| **FY 2025 TOTAL PRESIDENT'S BUDGET REQUEST** | | | | | | | | **$ 1,851,158** | |

FYP-6

J.R. 1171

# GSA FY 2025 FIVE - YEAR CAPITAL INVESTMENT PLAN

| Fiscal Year | Project Name | City | State | Congressional District | Project Type | Project Description | Prior Funding to Date ($000's) | Updated Additional Funding Required ($000's) (FY Request Amount) | Estimated Total Project Cost ($000's) |
|---|---|---|---|---|---|---|---|---|---|
| Outyear | DHS Consolidation at St. Elizabeths | Washington | DC | At Large | NC | Phased Construction | $ 2,163,283 | $ 304,700 | $ 3,106,188 |
| Outyear | New U.S. Courthouse - TBD per Judiciary Courthouse Priority Plan | TBD | | TBD | NC | New Construction | $ - | $ 250,000 | $ 250,000 |
| Outyear | Repayment of Federal Capital Revolving Fund - FBI HQ | Greenbelt | MD | Multiple | NC | Installment Acquisition Payment | $ 466,666 | $ 233,333 | $ 3,500,000 |
| Outyear | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 500,000 | $ 500,000 |
| Outyear | Optimization Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 425,000 | $ 425,000 |
| Outyear | Fire and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 40,000 | $ 40,000 |
| Outyear | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 30,000 | $ 30,000 |
| Outyear | Seismic Mitigation Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 40,000 | $ 40,000 |
| Outyear | Energy and Water Conservation | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 15,000 | $ 15,000 |
| Outyear | William J. Holloway, Jr. U.S. Courthouse & U.S. Post Office & Courthouse | Oklahoma City | OK | 5 | R&A | Full Modernization | $ 81,148 | $ 143,800 | $ 224,948 |
| Outyear | DHS Consolidation at St. Elizabeths | Washington | DC | At Large | NC | Phased Construction | $ 2,467,983 | $ 279,200 | $ 3,106,188 |
| Outyear | New U.S. Courthouse - TBD per Judiciary Courthouse Priority Plan | TBD | | TBD | NC | New Construction | $ - | $ 250,000 | $ 250,000 |
| Outyear | New LPOEs - TBD per CBP Five Year Plan | TBD | | TBD | NC | New Construction | $ - | $ 250,000 | $ 250,000 |
| Outyear | Repayment of Federal Capital Revolving Fund - FBI HQ | Greenbelt | MD | Multiple | NC | Installment Acquisition Payment | $ 699,999 | $ 233,333 | $ 3,500,000 |
| Outyear | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 500,000 | $ 500,000 |
| Outyear | Optimization Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 425,000 | $ 425,000 |
| Outyear | Fire and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| Outyear | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 30,000 | $ 30,000 |
| Outyear | New U.S. Courthouse - TBD per Judiciary Courthouse Priority Plan | TBD | | TBD | NC | New Construction | $ - | $ 250,000 | $ 250,000 |
| Outyear | New LPOEs - TBD per CBP Five Year Plan | TBD | | TBD | NC | New Construction | $ - | $ 250,000 | $ 250,000 |
| Outyear | New Construction - Replacement Facility | Seattle-Tacoma-Bellevue MSA | WA | TBD | NC | New Construction | $ 9,000 | $ 121,500 | $ 130,500 |
| Outyear | Repayment of Federal Capital Revolving Fund - FBI HQ | Greenbelt | MD | Multiple | NC | Installment Acquisition Payment | $ 933,332 | $ 233,333 | $ 3,500,000 |
| Outyear | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 500,000 | $ 500,000 |
| Outyear | Fire and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 30,000 | $ 30,000 |
| Outyear | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| Outyear | Seismic Mitigation Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 50,000 | $ 50,000 |
| Outyear | Energy and Water Conservation | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| Outyear | Denver Federal Center Building 56 | Lakewood | CO | 7 | R&A | Space Optimization/Consolidation/System Upgrades | $ - | $ 25,000 | $ 25,000 |
| Outyear | William K. Nakamura U.S. Courthouse | Seattle | WA | 7 | R&A | Exterior Repairs | $ - | $ 54,754 | $ 54,754 |
| Outyear | Ronald V. Dellums Federal Building & U.S. Courthouse | Oakland | CA | 13 | R&A | Space Optimization/Consolidation/System Upgrades | $ - | $ 59,708 | $ 59,708 |
| Outyear | Ronald Reagan Building Complex Exterior/Plumbing | Washington | DC | At Large | R&A | Exterior Repairs/System Upgrades | $ - | $ 85,200 | $ 85,200 |
| Outyear | John F. Seiberling Federal Building & U.S. Courthouse | Akron | OH | 11 | R&A | Structural Repairs | $ - | $ 44,900 | $ 44,900 |
| Outyear | C.F. Haynsworth Federal Building U.S. Courthouse | Greenville | SC | 4 | R&A | Full Modernization | $ - | $ 58,575 | $ 58,575 |
| Outyear | Frank Carlson Federal Building and U.S. Courthouse | Topeka | KS | 2 | R&A | Full Modernization | $ - | $ 55,319 | $ 55,319 |
| Outyear | Edmund S. Muskie Federal Building | Augusta | ME | 1 | R&A | Exterior Repairs/System Upgrades | $ - | $ 29,654 | $ 29,654 |
| Outyear | Repayment of Federal Capital Revolving Fund - FBI HQ | Greenbelt | MD | Multiple | NC | Installment Acquisition Payment | $ 1,166,665 | $ 233,333 | $ 3,500,000 |
| Outyear | Nonprospectus (Basic) Repairs and Alterations Program | Nationwide | | Multiple | R&A | Minor Repairs and Alterations | $ - | $ 500,000 | $ 500,000 |
| Outyear | Fire and Life Safety Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| Outyear | Judiciary Capital Security Program | Nationwide | | Multiple | R&A | Special Emphasis | $ - | $ 25,000 | $ 25,000 |
| Outyear | Prince J. Kuhio Kalanianaole Federal Building | Honolulu | HI | 1 | R&A | System Upgrades | $ - | $ 140,139 | $ 140,139 |
| Outyear | Herbert C. Hoover Federal Building | Washington | DC | At Large | R&A | Phased Modernization | $ 331,609 | $ 250,000 | TBD |
| Outyear | Frederico Degetau Federal Building | San Juan | PR | At Large | R&A | Full Modernization/Seismic | $ - | $ 208,500 | $ 208,500 |
| Outyear | Federal Building - 11000 Wilshire Boulevard Tower | Los Angeles | CA | 33 | R&A | Space Optimization/Consolidation/System Upgrades/Seismic | $ 34,619 | $ 98,919 | $ 133,538 |
| Outyear | 1800 F Street | Washington | DC | At Large | R&A | Phased Modernization | $ 183,300 | $ 315,000 | $ 498,300 |
| Outyear | Alexander Hamilton U.S. Customhouse Phase II Construction | New York | NY | 10 | R&A | Exterior/Structural Repairs | $ 73,203 | $ 87,417 | $ 160,620 |
| Outyear | DFC Infrastructure | Lakewood | CO | 7 | R&A | Sitework | $ - | $ 51,132 | $ 51,132 |
| Outyear | Varick Federal Building | New York | NY | 10 | R&A | Full Modernization (Design) | $ - | $ 33,540 | $ 33,540 |
| Outyear | Robert T. Stafford U.S. Courthouse | Rutland | VT | 0 | R&A | Interior Construction | $ - | $ 21,950 | $ 21,950 |
| | **FIVE-YEAR PLAN (Outyears)** | | | | | | | $ 7,862,239 | |
| | **GSA FY 2025 FIVE-YEAR PLAN (FY 2025 - Outyears)** | | | | | | | $ 9,713,397 | |

U.S. General Services Administration
FY 2025 Five -Year Capital Investment Plan

*U.S. General Services Administration*
*FY 2025 Five -Year Capital Investment Plan*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1173

**U.S. General Services Administration**

**GOVERNMENT-WIDE POLICY**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ........................................................................................................... 2
Program Description ................................................................................................................... 2
Amounts Available for Obligation ............................................................................................... 3
Explanation of Changes, Appropriated Dollars and FTE ........................................................... 4
Obligations by Program, Dollars and FTE ................................................................................. 5
Summary .................................................................................................................................... 6
Program Financing ..................................................................................................................... 6
Program Increases ..................................................................................................................... 6
Program Decreases .................................................................................................................... 6
Reimbursable Programs ............................................................................................................. 7
Obligations by Object Classification .......................................................................................... 8
OGP Policy Offices .................................................................................................................... 9
   Office of Asset and Transportation Management .................................................................. 9
   Office of Evidence and Analysis ........................................................................................... 9
   Office of Technology Policy .................................................................................................10
   Office of Federal High-Performance Green Buildings ...........................................................11
   Office of Evaluation Sciences ..............................................................................................11
   Office of Acquisition Policy ..................................................................................................12
   Office of Shared Solutions and Performance Improvement .................................................13

J.R. 1174

**Appropriations Language**

*For expenses authorized by law, not otherwise provided for, Government-wide policy associated with the management of real and personal property assets and certain administrative services; Government-wide policy support responsibilities relating to acquisition, travel, motor vehicles, information technology management, and related technology activities; and services as authorized by 5 U.S.C. 3109; and evaluation activities as authorized by statute; $74,033,000, of which $4,000,000 shall remain available until September 30, 2026.*

**Program Description**

This appropriation provides for the activities of the Office of Government-wide Policy (OGP). OGP works cooperatively with other agencies to develop and evaluate a wide-ranging set of policies to improve Government operations: acquisition and acquisition workforce career development; real property (including high-performing building policy); personal property; travel, transportation management, mail management, relocation policy, motor vehicles and aircraft; advisory committee management; information technology (IT) and cybersecurity; evaluation practices; and regulatory information. OGP also collaborates with agencies and other primary Government organizations to provide support for the execution of Government-wide priorities and programs. These programs include program management support for Government-wide shared services, cross-agency priority (CAP) goals in the President's Management Agenda (PMA) and IT programs. OGP identifies and shares policies and best practices to drive savings, efficiency, and effectiveness across the Federal Government.

OGP consists of seven component offices including: the Office of Asset and Transportation Management; the Office of Evidence and Analysis; the Office of Technology Policy; the Office of Federal High-Performance Green Buildings; the Office of Evaluation Sciences; the Office of Acquisition Policy; and the Office of Shared Solutions and Performance Improvement.

J.R. 1175

*U.S. General Services Administration*
*Government-wide Policy*

## Amounts Available for Obligation

(Dollars in Thousands)

|  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| **Discretionary authority:** | | | |
| Annual appropriation................................................................... | $ 71,186 | $71,186 | $74,033 |
| **Reimbursable authority:** | | | |
| Unobligated balance, start of year............................................... | $ 26,485 | $ 28,659 | $ 27,500 |
| New authority............................................................................. | $ 400 | $ 5,750 | $ 5,750 |
| Transfers in for Inter-Agency Councils/Cross-Agency Priority Goals......... | $ 32,000 | $ 32,000 | $ 32,000 |
| Transfers out for Inter-Agency Councils/Cross-Agency Priority Goals....... | $ - | $ - | $ - |
| Change in uncollected payments.................................................. | $ 1,778 | $ - | $ - |
| Recovery of prior-year obligations................................................ | $ 156 | $ - | $ - |
| Unobligated balance, expiring...................................................... | $ (388) | $ - | $ - |
| Unobligated balance, sequestered............................................... | $ - | $ - | $ - |
| Reimbursable Unobligated balance, end of year............................. | $ 29,325 | $ 27,500 | $ 27,500 |
| Obligations, Reimbursable........................................................... | $ 30,950 | $ 37,750 | $ 37,750 |
| Obligations, appropriated (annual)................................................ | $ 67,181 | $ 67,186 | $ 70,033 |
| Obligations, appropriated (multi-year)........................................... | $ 1,154 | $ 4,000 | $ 4,000 |
| **Total obligations................................................................** | **$ 99,285** | **$ 104,936** | **$107,783** |
| *Carryover authority...................................................................* | *$ 2,846* | *$ 2,846* | *$ 2,846* |
| *Net Outlays.............................................................................* | *$ 68,153* | *$ 68,208* | *$ 70,059* |

GP-3

J.R. 1176

## Explanation of Changes, Appropriated Dollars and FTE

(Dollars in Thousands)

| | FTE | FY 2023 Enacted | FTE | FY 2024 Full Year CR | FTE | FY 2025 Request |
|---|---|---|---|---|---|---|
| | 139 | $ 71,186 | 159 | $71,186 | 163 | $74,033 |
| **Program Increases** | | | | | | |
| FY2025 Impact of increases for payroll of 2% | | | | | | $    523 |
| FY2024 Impact of increases for payroll of 5.2% | | | | | | $      - |
| Section 508 Program Management Office | | | | | 4 | $ 1,431 |
| GSA IT O&M and DM&E program support | | | | | | $    970 |
| WCF Contribution | | | | | | $ 1,040 |
| Subtotal, Program Increases | | | | | 4 | $ 3,964 |
| **Program Decreases** | | | | | | |
| Rent and Security Cost Savings Adjustment | | | | | 0 | $ (1,117) |
| Subtotal, Program Decreases | | | | | 0 | $ (1,117) |
| Total Adjustments | | | | | 4 | $ 2,847 |

J.R. 1177

*U.S. General Services Administration*
*Government-wide Policy*

## Obligations by Program, Dollars and FTE
(Dollars in Thousands)

| | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| | FTE | Obligations | FTE | Obligations | FTE | Obligations |
| **1. Administration** | | | | | | |
| Annual appropriation | 7 | $ 12,490 | 11 | $ 14,995 | 11 | $ 14,647 |
| Subtotal, Administration | 7 | $ 12,490 | 11 | $ 14,995 | 11 | $ 14,647 |
| | | | | | | |
| **2. Asset and Transportation Management** | | | | | | |
| Annual appropriation | 34 | $ 12,229 | 45 | $ 13,118 | 45 | $ 13,596 |
| Reimbursable authority | 0 | $ - | 0 | $ - | 0 | $ - |
| Subtotal, Asset and Transportation | 34 | $ 12,229 | 45 | $ 13,118 | 45 | $ 13,596 |
| | | | | | | |
| **3. Evidence and Analysis** | | | | | | |
| Annual appropriation | 10 | $ 5,160 | 11 | $ 4,702 | 11 | $ 5,097 |
| Subtotal, Evidence and Analysis | 10 | $ 5,160 | 11 | $ 4,702 | 11 | $ 5,097 |
| | | | | | | |
| **4. Technology Policy** | | | | | | |
| Annual appropriation | 32 | $ 19,715 | 33 | $ 19,697 | 37 | $ 20,224 |
| Reimbursable authority | 0 | $ 189 | 4 | $ 2,000 | 4 | $ 2,000 |
| Subtotal, Information Integrity and Access Management | 32 | $ 19,904 | 37 | $ 21,697 | 41 | $ 22,224 |
| | | | | | | |
| **5. Federal High-Performance Green Buildings** | | | | | | |
| Annual appropriation | 13 | $ 5,249 | 14 | $ 4,632 | 14 | $ 5,062 |
| Reimbursable authority | 0 | $ - | 0 | $ 250 | 0 | $ 250 |
| Subtotal, Federal High Performance Buildings | 13 | $ 5,249 | 14 | $ 4,882 | 14 | $ 5,312 |
| | | | | | | |
| **6. Evaluation Sciences** | | | | | | |
| Annual appropriation | 6 | $ 1,759 | 9 | $ 1,836 | 9 | $ 2,017 |
| Reimbursable authority | 0 | $ 668 | 0 | $ 2,000 | 0 | $ 2,000 |
| Subtotal, Evaluation Sciences | 6 | $ 2,427 | 9 | $ 3,836 | 9 | $ 4,017 |
| | | | | | | |
| **7. Acquisition Policy** | | | | | | |
| Annual appropriation | 30 | $ 10,364 | 36 | $ 10,714 | 36 | $11,818 |
| Reimbursable authority | 0 | $ - | 0 | $ - | 0 | $ - |
| Subtotal, Acquisition Policy | 30 | $ 10,364 | 36 | $ 10,714 | 36 | $ 11,818 |
| | | | | | | |
| **8. Shared Solutions and Performance Improvement** | | | | | | |
| Annual appropriation | 7 | $ 1,369 | 0 | $ 1,492 | 0 | $ 1,573 |
| Reimbursable authority | 0 | $ - | 0 | $ 1,500 | 0 | $ 1,500 |
| Reimbursable authority, Management councils/CAP Goals | 23 | $ 30,093 | 28 | $ 32,000 | 28 | $ 32,000 |
| Subtotal, Shared Solutions and Performance Improvement | 30 | $ 31,462 | 28 | $ 34,992 | 28 | $ 35,073 |
| | | | | | | |
| Total, Annual appropriated | 139 | $ 68,335 | 159 | $ 71,186 | 163 | $ 74,033 |
| Total, Reimbursable | 23 | $ 30,950 | 32 | $ 37,750 | 32 | $ 37,750 |
| **Total, Obligations** | **162** | **$ 99,285** | **191** | **$ 108,936** | **195** | **$ 111,783** |

GP-5

## Summary

The FY 2025 appropriated budget request provides $74 million and 163 full-time equivalents (FTE) for OGP, which is an increase of $2.8 million in funding from the FY 2024 Full Year Continuing Resolution level.

In FY 2025, OGP will continue to develop, analyze, and assist agencies in implementing administrative policies for the Federal Government in multiple functional areas, including real and personal property; aircraft and motor vehicles; travel and transportation of goods and people; acquisition of goods and services; acquisition workforce development; IT and cybersecurity policy; shared services; evaluation practices; and high-performance green buildings. The FY 2025 Budget provides the funding required to support agency implementation of new initiatives related to policy development to include Government-wide program support and reducing regulatory burdens.

## Program Financing

Salaries and expenses of OGP staff are funded from annual appropriations and reimbursable authority. Other reimbursable costs within OGP include the Chief Executive Officers' (CXO) Council and CAP Goal funds. The CXO Council and CAP Goal funds are collected by the Office of Shared Solutions and Performance Improvement (OSSPI), which, in coordination with the Office of Management and Budget (OMB), identifies and pursues initiatives across agencies to support the Federal Management Councils and CAP Goals.

## Program Increases

OGP coordinates a detailed program and performance management review annually to reprioritize projects based on emerging priorities, risks, and efficiencies. OGP's FY 2025 budget requests an increase from the FY 2023 enacted budget and includes:

- $1.4 million and 4 FTE for GSA to meet new statutory requirements and improve transparency and accountability of Federal agency accessibility requirements in conformance of Section 508 standards.  In collaboration with the Office of the Federal Chief Information Officer and the U.S. Access Board, OGP will develop suites of tools, training, certifications, expanded technical assistance, and advisory services necessary to assist agencies on Section 508. Finally, OGP will produce an annual, Federal-wide Section 508 assessment and report to Congress.
- $1 million increase for OGP's Working Capital Fund (WCF) contributions to GSA
- $970 thousand increase for internal IT operations and maintenance.
- $523 thousand in FY 2025 Pay Raises.

## Program Decreases

- $1.1 million for Rent and Security Cost Savings.

GP-6

J.R. 1179

*U.S. General Services Administration*
*Government-wide Policy*

**Reimbursable Programs**

The FY 2025 President's Budget includes a Government-wide general provision authorizing GSA to collect up to $32 million in contributions from other Federal agencies to fund CXO Councils and CAP Goal implementation, consistent with previously enacted appropriations (the most recent being Section 721 of Public Law 117-328). More details are included in the FY 2025 congressional budget submission by the Executive Office of the President (as requested in Senate Report 111-43, which directed OMB to include this justification in the annual budget request beginning in FY 2011). CXO Council services include administration of the Federal executive councils (such as the Chief Financial Officers Council, Chief Human Capital Officers Council, Chief Information Officers Council, Chief Acquisition Officers Council, Federal Real Property Council, Federal Privacy Council, Performance Improvement Council and Program Management Improvement Accountability Act Council), supporting the implementation of priorities identified in the President's Management Agenda, and accelerating the use of data to influence the creation of effective management strategies.

- The Government-wide Executive Council's budget includes up to $17 million in transfer authority to support cross-Government initiatives related to mission support activities, management priorities, and challenges.
- Up to $15 million in transfer authority is budgeted for CAP Goal implementation, as identified in the President's Management Agenda. These activities are discussed in more detail in the Executive Office of the President's FY 2025 Congressional Justification.

The OGP budget request includes $5.8 million in reimbursable funding for the Office of Technology Policy; the Office of Evaluation Sciences; the Office of Federal High-Performance Green Buildings; and the Office of Shared Solutions and Performance Improvement.

- ○ To continue to provide high-quality data evaluation support to its agency partners, especially given the enactment of the Evidence Act, the Office of Evaluation Sciences is estimating $2 million in reimbursable authority.
- ○ OSSPI estimates $2.5 million in reimbursable authority to fund shared service priorities to support the Government-wide management agenda or Federal-wide reform efforts identified by OMB.
- ○ The Office of Federal High-Performance Green Buildings estimates $250 thousand in reimbursable authority for assessment and management of climate-related risks, and to support agencies' implementation of the Federal Buildings Personnel Training Act.
- ○ The balance of OGP's reimbursable authority will be used to help Federal agencies with activities related to developing and evaluating administrative policies.

J.R. 1180

*U.S. General Services Administration*
*Government-wide Policy*

**Obligations by Object Classification**

(Dollars in Thousands)

|  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| 11.1 Full-time permanent | $ 20,939 | $ 23,981 | $ 25,566 |
| 11.3 Other than full-time permanent | $ (3) | $ - | $ - |
| 11.5 Other personnel compensation | $ 501 | $ 545 | $ 580 |
| 11.8 Special personnel services payments | $ 373 | $ 400 | $ 400 |
| 12.1 Civilian personnel benefits | $ 7,549 | $ 9,516 | $ 9,646 |
| 21.0 Travel and transportation of persons | $ 296 | $ 211 | $ 211 |
| 23.1 Rental payments to GSA | $ 1,378 | $ 1,886 | $ 769 |
| 23.3 Communications and utilities | $ 2 | $ 5 | $ 5 |
| 24.0 Printing and reproduction | $ 324 | $ 325 | $ 325 |
| 25.1 Advisory and assistance services | $ 19,015 | $ 19,122 | $ 19,236 |
| 25.2 Other services from non-Federal sources | $ 239 | $ 254 | $ 254 |
| 25.3 Other goods & services from Federal sources | $ 17,478 | $ 14,877 | $ 16,977 |
| 26.0 Supplies and materials | $ 200 | $ 48 | $ 48 |
| 31.0 Equipment | $ 44 | $ 16 | $ 16 |
| **99.0 Obligations, Appropriated (Annual)** | **$ 68,335** | **$ 71,186** | **$ 74,033** |
| Subtotal, PC&B | $ 29,359 | $ 34,443 | $ 36,192 |
| Subtotal, Non-labor | $ 38,976 | $ 36,744 | $ 37,841 |
| 99.2 Obligations, reimbursable | $ 30,950 | $ 37,750 | $ 37,750 |
| **99.9 TOTAL OBLIGATIONS** | **$ 99,285** | **$ 108,936** | **$111,783** |

GP-8

J.R. 1181

*U.S. General Services Administration*
*Government-wide Policy*

**OGP Policy Offices**

**Office of Asset and Transportation Management**
The Office of Asset and Transportation Management establishes evidence-based Government-wide policies and regulations that enable Federal agencies to improve the effectiveness and efficiency of managing their assets and transportation. Our policy portfolio includes aircraft, motor vehicles, personal property, real property, transportation, mail, official travel, relocation allowances and entitlements, and advisory committees. In FY 2025, this office will continue to update and develop the Federal Integrated Business Framework (FIBF) standards for real property, travel, and mail. The FIBF process will establish a common set of the data standards, common capabilities, functions and activities, use cases, and performance metrics needed by agencies to manage real property, and travel and expense management. The office will also develop, finalize, and implement all proposed regulatory actions for continuous improvement of Federal policies and guidance to make the Government operate more effectively. In addition, this office will continue to maintain the Federal Travel Regulation, Federal Management Regulation, and Federal Property Management Regulations as well as establish annual per diem and privately owned vehicle mileage reimbursement rates for the Continental United States. The office manages several interagency councils and committees that promote best practices, transparency, and accountability. The office also provides advice for establishing and managing Federal advisory committees, as mandated by the Federal Advisory Committee Act. The office will remain focused on collecting reliable data for publication on real property, motor vehicle fleet (including electric vehicles and related infrastructure), personal property, aviation, travel and Federal advisory committees to promote Government-wide asset management decisions, transparency, accountability, and policy development.

**Office of Evidence and Analysis**
The Office of Evidence and Analysis works to expand the agency's ability to gather, compile, and generate evidence-based analyses from a variety of business systems that provide decision making information for senior leadership. The work of this office will improve the effectiveness of operations, processes, and systems by providing empirical data to inform policy development and operational decision-making. This office collects, stores, and develops Government-wide data to create integrated management metrics, perform predictive policy analysis, and map agency and bureaus to a common structure that allows for comparisons to be made across agencies and administrative functions. The office regularly surveys senior management in the Federal workforce to determine the effectiveness of contracting, human capital, financial management, and IT services of the largest agencies in the Government. This office is leading a data governance process that focuses on business requirements for data and Government-wide data initiatives to make data more valuable and usable for advanced policy analytics efforts.

GP-9

J.R. 1182

Through the storage, cataloging, development, integration, and mapping of Government-wide administrative data, this office will help improve the efficiency and effectiveness of Government-wide asset management and administrative functions.

**Office of Technology Policy**

The Office of Technology Policy supports and enables agency implementation of Government-wide IT policies and programs. This office works directly with the OMB Office of the Federal Chief Information Officer, the Chief Information Officers Council, and the White House Office of Science and Technology Policy to support agency Chief Information Officers, IT investment management and acquisition professionals, standard-setting organizations, and other IT decision-makers to address common and complex Federal IT challenges, including:

- Policy development for emerging technologies
- Identity, Credential, and Access Management
- IT accessibility and Section 508 compliance
- Digital service delivery and 21st Century Integrated Digital Experience Act implementation
- IT infrastructure modernization and data center activities
- Federal technology cost transparency best practices and standards
- Technology Business Management implementation support
- Federal IT Dashboard management and support
- Open Government Secretariat

The Office of Technology Policy established the Government-wide IT Accessibility Program Management Office to improve coordination and standardization across Federal agencies in meeting Section 508 requirements for IT accessibility. This Program Management Office works closely with OMB, the Chief Information Officers Council, and the U.S. Access Board to measure agency performance, establish standards, and promote best practices for ensuring agencies' IT is accessible to individuals with disabilities.

OGP manages several Government-wide programs and Communities of Practice (CoP) to drive Federal consensus on the implementation of Federal standards. These CoPs include:

- Cloud & Infrastructure CoP
- Federal eCPIC Steering Committee (FESCOM)
- Federal Technology Investment Management CoP
- Identity, Credential, and Access Management Subcommittee

GP-10

J.R. 1183

*U.S. General Services Administration*
*Government-wide Policy*

**Office of Federal High-Performance Green Buildings**
The Office of Federal High-Performance Green Buildings supports the Federal Government's mission to operate more effectively and efficiently, as directed in Executive Orders 13990, 14008, 14030 and 14057, which direct Federal agencies to lead by example in tackling the climate crisis.

The office supports the implementation of the Energy Independence and Security Act of 2007 (42 U.S.C. § 17001 *et seq*.) and drives efficient use of energy, water, and natural resources, and the Federal Buildings Personnel Training Act of 2010 (P.L. 111-308, 124 Stat. 3283). The office advances Federal building innovation and performance in planning, design, and operations to reduce costs, enable agency missions, enhance human health and performance, and minimize environmental impacts.

Initiatives include:

- Translating buildings and health research into actions to enhance and promote human health and well-being in buildings;
- Analyzing the impact of new processes and technologies (such as integrated design, grid integration and security, and wearable sensors) to improve building and human health performance;
- Developing and issuing Government-wide guidance for the collection and reporting of Scope 3 greenhouse gasses, and collecting and reporting the data for all agencies to the extent feasible;
- Assessing and mitigating risks to critical infrastructure (both to GSA-managed buildings, and supplier-managed resources such as mission-critical energy and telecommunications networks) to enhance mission surety for GSA's customer agencies;
- Expanding workforce development and data-driven analysis of resulting building performance improvement through implementation of the Federal Buildings Personnel Training Act by all Federal agencies;
- Developing tools and resources, such as the Sustainable Facilities Tool, to save agencies time and money while improving compliance and building performance; and
- Exploring opportunities for GSA to integrate electric vehicle charging into overall Federal building electrical load planning and strategy.

**Office of Evaluation Sciences**
The Office of Evaluation Sciences (OES) is an applied evaluation unit charged with improving Federal operations, programs, and policies. OES generates evidence to support decision-making, translating evidence-based insights into concrete recommendations for how to improve the Government and deliver on Federal priorities. In doing this, OES utilizes numerous platforms to share rigorous evidence (newsletters, bulletins, academic and peer reviewed journals, social media tools and the GSA website) and best practices on how to build and use

J.R. 1184

evidence across the Federal Government, including numerous guides and training materials. OES provides technical support and guidance to help agencies adopt and implement leading evaluation practices including running a Government-wide evaluation training program annually.

Team members provide end-to-end support in the design of an evidence-based program change and impact evaluations to measure impact. Between FY 2015 and FY 2023, OES completed over 135 collaborations, including designing high-quality program changes and implementing rapid-cycle evaluations to identify actionable findings for agency partners.

Due to the expanded requirements associated with the Evidence-based Policy Making Act, OES has expanded its capacity to provide increased Government-wide evaluation support. OES is expanding its reimbursable portfolio and recruitment of academics to support the growing demand for evaluation services across the Government. OES plays a unique Government-wide role by providing training and tools on evaluation methods and best practices for Government audiences, particularly Evaluation Officers. Additionally, OES provides support related to the implementation of the PMA Learning Agenda, including recruiting external talent to assist in filling priority evidence gaps and managing priority cross-agency evaluations.

OES also provides evaluation services to GSA, including leading the implementation of GSA's Learning Agenda and Annual Evaluation Plans. GSA's internal evaluation activities are funded out of the Working Capital Fund.

**Office of Acquisition Policy**
In its Government-wide role, the Office of Acquisition Policy (OAP) has numerous responsibilities for the development of Federal acquisition policy and the training of the Federal acquisition workforce.

The Office of Acquisition Policy:

- Serves as an architect of the Federal Acquisition Regulation (FAR), the central regulation for acquisition by all executive agencies. In this role, it implements laws, executive orders, and other initiatives to improve Federal acquisition outcomes. Also, provides the electronic version of the FAR, as well as 31 other agency supplemental regulations through acquisition.gov; used by the Federal acquisition workforce and industry working with the Federal Government (2.6 million page views a month);
- Directs acquisition policy in areas related to supply-chain risk management, competition, small business participation, price and cost control, sustainable acquisition, labor policy, integrity, ethics, and more. Also, coordinates with OMB's Office of Federal Procurement Policy and other agencies through its role as the Chair of the Civilian Agency Acquisition Council to support the Federal Government's acquisition system;
- Operates the Regulatory Secretariat, which manages and maintains the Federal

GP-12

Acquisition Regulation, the Federal Management Regulation, the Federal Property Management Regulations, and the Federal Travel Regulation;

- Operates and manages the Regulatory Information Service Center, the Office of Information and Regulatory Affairs (OIRA) Consolidated Information System and Reginfo.gov. The site provides the public data about information collections, significant regulations under review at OIRA, and the Unified Agenda and Regulatory Plan;
- Leverages Acquisition.gov resources in the management of web content for the Chief Acquisition Officers Council, Federal Acquisition Regulatory Council, Civilian Agency Acquisition Council, and the Interagency Suspension and Debarment Committee.

In addition to its Government-wide role, OAP is responsible for driving efficient and effective acquisition performance, workforce management, and development within GSA through the Working Capital Fund. In this role, OAP:

- Directs the GSA acquisition regulations and policy;
- Leads the development of the GSA acquisition workforce;
- Ensures a sound acquisition control environment emphasizing ethics and integrity in acquisition; and
- Manages GSA Acquisition performance, based on data and data analytics, through execution of three strategic priorities:
  - Promote smart and effective buying,
  - Develop the GSA acquisition workforce, and
  - Establish and maintain healthy industry and stakeholder relationships.

**Office of Shared Solutions and Performance Improvement**
The Office of Shared Solutions and Performance Improvement (OSSPI) improves mission delivery and implementation of the Administration's priorities by bringing Government together to drive innovation, foster collaboration, and shape effective policy. OSSPI specializes in facilitating solutions for big, systemic challenges. Working through its three functional areas of Executive Councils, Shared Services, and the President's Management Agenda support team, OSSPI improves mission delivery by: (1) informing and shaping policy; (2) coordinating governance and executing program management for shared services; and (3) building strategies and support for agencies as they plan for and execute transformational initiatives set forth in the Administration's priorities.

J.R. 1186

## Executive Councils

The Federal Executive Councils coordinate engagement and policy development across the CXO ecosystem. Their Interagency initiatives spur innovation, elevate and spread best practices, and bridge the gap between policy making and implementation to improve outcomes.

OSSPI supports the Federal Executive Councils, including but not limited to the following:

- Chief Acquisition Officers Council
- Chief Data Officers Council
- Chief Financial Officers Council
- Chief Information Officers Council
- Evaluation Officers Council
- Federal Privacy Council
- Interagency Council on Statistical Policy
- Performance Improvement Council
- Program Management Policy Council

## Shared Services

With respect to the Federal Government's mission-support services, OSSPI works with stakeholders from across the Government to improve the efficiency and effectiveness of Government-wide mission support services. These support services include financial management, grants management, travel and expense, real property management, contract writing, human capital, cybersecurity services, regulations management and electronic records management. OSSPI coordinates governance, provides shared services program management, and develops processes to support OMB shared-services policy implementation. This work leads to improved performance, customer experience, and operational costs related to mission-support services.

OSSPI also provides support to related sub-councils and boards, including the Shared Services Governance Board and the Business Standards Council and engages with and organizes agency Senior Accountable Point of Contact to identify opportunities for improved agency sharing of common Mission Support services.

## President's Management Agenda

Each administration's PMA lays out a long-term vision for the management practices of the Federal Government. The PMA focuses on key areas that will improve the ability of agencies to deliver mission outcomes, provide excellent service, and effectively steward taxpayer dollars. Our communities are the driving force for accomplishing many of these cross-agency priorities.

GP-14

J.R. 1187

*U.S. General Services Administration*
*Government-wide Policy*

We use cross-sector and cross-Government collaboration, performance data, and implementation expertise to help inform the strategies and policy changes that will accomplish the modernization outlined in the PMA.

GP-15

**U.S. General Services Administration**

**OPERATING EXPENSES**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language .................................................................................................2
Program Description .......................................................................................................2
Amounts Available for Obligation ...................................................................................3
Obligations by Program...................................................................................................4
Explanation of Changes by Program, Appropriated Dollars and FTE ...........................5
Obligations by Object Classification ...............................................................................6
Summary of the Request .................................................................................................7
   Federal Acquisition Service, Personal Property Utilization, and Donation.....................8
     FY 2025 Budget Request...........................................................................................8
     Key Changes .............................................................................................................8
     Program Description ..................................................................................................8
     Utilization and Donation Program..............................................................................8
     Sales........................................................................................................................10
   Public Buildings Service, Office of Real Property Disposition .....................................11
     FY 2025 Budget Request.........................................................................................11
     Program Description ................................................................................................11
   Executive Direction......................................................................................................12
     FY 2025 Budget Request.........................................................................................12
     Program Description ................................................................................................13

J.R. 1189

*U.S. General Services Administration*
*Operating Expenses*

**Appropriations Language**

*For expenses authorized by law, not otherwise provided for, for Government-wide activities associated with utilization and donation of surplus personal property; disposal of real property; agency-wide policy direction, and management; and, in addition to any other amounts made available to the General Services Administration for such purposes, the hire of zero emission passenger motor vehicles and supporting charging or fueling infrastructure; $55,568,000, of which not to exceed $7,500 is for official reception and representation expenses.*

**Program Description**

The major programs funded by this appropriation include the personal property utilization and donation activities of the Federal Acquisition Service (FAS); the real property disposition activities of the Public Buildings Service (PBS); and Executive Management and Administration activities including support of Government-wide mission-assurance activities. This appropriation supports a variety of operational activities that are not feasible or appropriate for a user-fee arrangement.

OE-2

*U.S. General Services Administration*
*Operating Expenses*

## Amounts Available for Obligation
(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| *Appropriated unobligated balance, start of year*............................... | $ 3,772 | $ 3,772 | $ 772 |
| Discretionary authority:................................................................ | | | |
| **Annual appropriation**......................................................... | $ 54,478 | $ 54,478 | $ 55,568 |
| Reimbursable authority................................................................ | | | |
| New authority............................................................................... | $ 1,192 | $ 11,575 | $ 11,575 |
| Change in uncollected payments................................................ | $ 2,489 | $ - | $ - |
| Subtotal, reimbursable authority................................................ | $ 3,681 | $ 11,575 | $ 11,575 |
| Reimbursable authority, expiring................................................ | $ (107) | $ - | $ - |
| Appropriations authority, expiring............................................... | $ (871) | $ - | $ - |
| Recovery of prior-year obligations............................................. | $ - | $ - | $ - |
| Unobligated balance, lapsing...................................................... | $ - | $ - | $ - |
| Unobligated balance, reimbursable............................................ | $ (1,646) | $ - | $ - |
| Unobligated balance, rescinded................................................. | $ - | $ - | $ - |
| Unobligated balance, sequestered............................................. | $ - | $ - | $ - |
| Unobligated balance, end of year.............................................. | $ (3,772) | $ (772) | $ (772) |
| Total, obligations......................................................................... | $ 55,535 | $ 69,053 | $ 67,143 |
| **Obligations, appropriated (annual)**....................................... | **$ 53,607** | **$ 54,478** | **$ 55,568** |
| Obligations, appropriated (no year)............................................ | $ - | $ 3,000 | $ - |
| Obligations, reimbursable........................................................... | $ 1,928 | $ 11,575 | $ 11,575 |
| Net Outlays.................................................................................. | $ 52,634 | $ 69,053 | $ 67,143 |

OE-3

*U.S. General Services Administration*
*Operating Expenses*

## Obligations by Program
(Dollars in Thousands)

| | FY 2023 FTE | FY 2023 Actual | FY 2024 FTE | FY 2024 Full Year CR | FY 2025 FTE | FY 2025 Request |
|---|---|---|---|---|---|---|
| **1. Personal Property Management** | | | | | | |
| Appropriated Obligations | 48 | $ 10,650 | 58 | $ 10,823 | 63 | $ 12,283 |
| Reimbursable Obligations | 0 | $ - | 0 | $ - | 0 | $ - |
| Subtotal, PPM | 48 | $ 10,650 | 58 | $ 10,823 | 63 | $ 12,283 |
| **2. Real Property Disposal** | | | | | | |
| Appropriated Obligations | 73 | $ 18,220 | 83 | $ 18,342 | 83 | $ 19,109 |
| Reimbursable Obligations | 5 | $ 1,928 | 7 | $ 11,500 | 7 | $ 11,500 |
| Subtotal, RPD | 78 | $ 20,148 | 90 | $ 29,842 | 90 | $ 30,609 |
| **3. Executive Direction** | | | | | | |
| Appropriated Obligations | 63 | $ 24,737 | 79 | $ 25,313 | 79 | $ 24,176 |
| Reimbursable Obligations | 0 | $ - | 0 | $ 75 | 0 | $ 75 |
| Subtotal, M&A | 63 | $ 24,737 | 79 | $ 25,388 | 79 | $ 24,251 |
| **4. System for Award Management** | | | | | | |
| Appropriated Obligations* | 0 | $ - | 0 | $ 3,000 | 0 | $ - |
| Subtotal, SAM | 0 | $ - | 0 | $ 3,000 | 0 | $ - |
| **Total, Appropriated Obligations** | **184** | **$ 53,607** | **213** | **$ 57,478** | **225** | **$ 55,568** |
| Total, Reimbursable Obligations | 5 | $ 1,928 | 7 | $ 11,575 | 7 | $ 11,575 |
| **Total, Obligations** | **189** | **$ 55,535** | **220** | **$ 69,053** | **232** | **$ 67,143** |

OE-4

J.R. 1192

*U.S. General Services Administration*
*Operating Expenses*

## Explanation of Changes by Program, Appropriated Dollars and FTE
(Dollars in Thousands)

| | PPM | | RPD | | EXEC DIRECTION | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | FTE | Authority | FTE | Authority | FTE | Authority | FTE | Authority |
| **FY 2024 Full Year CR** | 51 | $ 10,823 | 83 | $ 18,342 | 79 | $ 25,313 | 213 | $ 54,478 |
| | | | | | | | | |
| **Program Increases:** | | | | | | | | |
| Salaries and Benefits | 1.0 | $ 672 | | $ 42 | | $ 558 | 1.0 | $ 1,272 |
| Travel and Transportation | | $ 108 | | $ - | | $ 57 | | $ 165 |
| Rent | | $ - | | $ - | | $ - | | $ - |
| Communications | | $ 3 | | $ - | | $ 2 | | $ 5 |
| Contracts | | $ 655 | | $ 725 | | $ - | | $ 1,380 |
| Training | | $ 20 | | $ - | | $ - | | $ 20 |
| Supplies and Equipment | | $ 6 | | $ - | | $ 6 | | $ 12 |
| **Subtotal, Program Increases:** | **1.0** | **$ 1,464** | **-** | **$ 767** | **-** | **$ 623** | **1.0** | **$ 2,854** |
| | | | | | | | | |
| **Program Decreases** | | | | | | | | |
| Communications | | $ - | | $ - | | $ - | | $ - |
| Contracts | | $ (4) | | $ - | | $ (1,759) | | $ (1,763) |
| Training | | $ - | | $ (1) | | $ - | | $ (1) |
| Supplies and Equipment | | $ - | | $ - | | $ - | | $ - |
| | | | | | | | | |
| **Subtotal, Program Decreases:** | **-** | **$ (4)** | **-** | **$ -** | **-** | **$ (1,759)** | **-** | **$ (1,764)** |
| **FY 2025 Request** | **52** | **$ 12,283** | **83** | **$ 19,109** | **79** | **$ 24,177** | **214** | **$ 55,568** |

OE-5

J.R. 1193

*U.S. General Services Administration*
*Operating Expenses*

**Obligations by Object Classification**
(Dollars in Thousands)

| | | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|---|
| 11.1 | Full-time, permanent.................................................. | $ 21,688 | $ 27,125 | $ 26,978 |
| 11.3 | Other than full-time permanent................................. | $ 1,970 | $ - | $ - |
| 11.5 | Other personnel compensation................................. | $ 454 | $ 464 | $ 471 |
| 11.8 | Special personnel services payments....................... | $ 201 | $ - | $ - |
| 12.1 | Civilian personnel benefits....................................... | $ 8,874 | $ 8,869 | $ 9,380 |
| 21.0 | Travel and transportation of persons....................... | $ 847 | $ 811 | $ 919 |
| 22.0 | Transportation of things........................................... | $ - | $ 1 | $ 1 |
| 23.1 | Rental payments to GSA........................................... | $ 1,461 | $ 1,041 | $ 1,362 |
| 23.3 | Communications and utilities.................................... | $ 12 | $ 67 | $ 63 |
| 24.0 | Printing and reproduction......................................... | $ 8 | $ 2 | $ 2 |
| 25.1 | Advisory and assistance services............................ | $ 7,481 | $ 5,589 | $ 5,707 |
| 25.2 | Other services from non-Federal sources................. | $ 44 | $ 31 | $ 51 |
| 25.3 | Other goods & services from Federal sources.......... | $ 8,174 | $ 7,368 | $ 7,512 |
| 25.7 | Operation and maintenance of equipment................ | $ 46 | $ - | $ - |
| 26.0 | Supplies and materials............................................. | $ 153 | $ 90 | $ 101 |
| 31.0 | Equipment................................................................ | $ 2,194 | $ 3,021 | $ 3,022 |
| **99.0** | **Obligations, Appropriated (Annual)...................** | **$ 53,607** | **$ 54,478** | **$ 55,568** |
| | *Subtotal, PC&B.........................................................* | $ 33,187 | $ 36,458 | $ 36,829 |
| | *Subtotal, Non-labor...................................................* | $ 20,420 | $ 18,020 | $ 18,739 |
| 99.0 | Obligations, available from prior years..................... | $ - | $ - | $ - |
| 99.2 | Obligations, reimbursable......................................... | $ 1,928 | $ 11,575 | $ 11,575 |
| 99.9 | Total obligations...................................................... | $ 55,535 | $ 66,053 | $ 67,143 |

OE-6

J.R. 1194

**Summary of the Request**

The FY 2025 request for Operating Expenses (OE) provides a total of $55.6 million and 221 Full Time Equivalent (FTE) employees. This request represents a $1.1 million net increase from the FY 2024 full year Continuing Resolution (CR) level. The request will fund additional personnel compensation and benefits (PC&B) costs related to the calendar years 2024 and 2025 pay raises and inflation, $3 million to purchase electric vehicles and charging stations for GSA's in-house fleet, and funds to allow GSA to support the requirements of new legislation and initiatives.

**Appropriated Program:** The OE appropriation supports the following programs:

- Personal Property Utilization and Donation: transfers personal property no longer needed by an executive agency to other executive agencies, State and local governments, and eligible nonprofit organizations (please see ASF-22 for a description of the Personal Property Utilization and Donation Reimbursable Program);

- Office of Real Property Disposition: transfers or sells unneeded real property assets to benefit the Federal Government and surrounding communities; and

- Executive Direction: provides agency-wide direction and supports Government-wide mission assurance activities.

**Reimbursable Program:**  In FY 2025 the OE appropriation will provide reimbursable services to other Federal agencies in the amount of $11.6 million, a level that supports 7 FTE. This amount includes:

(1) $11.5 million and 7 FTE for real estate disposal services for: specialized properties outside the purview of the Federal Property and Administrative Services Act of 1949; and real property seized, forfeited, or foreclosed on by other agencies; and

(2) $75 thousand for Emergency Support Function #7 (ESF-7) under the national response framework. Office of Mission Assurance personnel are responsible for coordinating ESF-7 activities on behalf of GSA. This support is provided pursuant to 44 C.F.R. §§ 206.5 and 206.8. All personnel hours (overtime), travel, and other costs for activities in support of the response and recovery efforts are reimbursable under a mission assignment issued by the Federal Emergency Management Agency.

*U.S. General Services Administration*
*Operating Expenses*

---

**Federal Acquisition Service, Personal Property Utilization, and Donation**

**FY 2025 Budget Request**

The FY 2025 Request provides $12.28 million and 52 FTE for the Personal Property Utilization and Donation program, which is an increase of $1.53 million from the FY 2024 full year CR level.

**Key Changes**

The FY 2025 Request is an increase of $1.53 million from the FY 2024 full year CR level in order to fund the annualized impact of the pay raises in calendar years 2024 and 2025, as well as additional FTE and contractual services to support GSA's responsibilities driven by new legislation and initiatives, such as the Computers for Veterans and Students Act of 2022.

**Program Description**

The FAS Personal Property Utilization & Donation (U&D) program facilitates the transfer (reutilization and donation) of excess and surplus Federal personal property. Personal property no longer needed by an executive agency may be offered at no cost to other executive agencies, State and local governments, and eligible nonprofit organizations. The program also provides regular training to Federal, State, and other stakeholders, assists agencies with disposition projects, provides oversight of the donation program and the State Agencies for Surplus Property, hosts the GSA Computers for Learning website, and manages foreign gifts and the donation of firearms.

**Utilization and Donation Program**

The U&D program saves money for the Federal Government and recipient organizations by promoting the efficient utilization and disposal of Government personal property. When federally owned personal property is determined to be "excess" to an executive agency's needs, it is first offered to other executive agencies for possible re-utilization within the Federal Government. All executive agencies must use excess personal property as the first source of supply in lieu of new procurements. If the property is not needed by any executive agency, it is declared "surplus" to the needs of the Federal Government and is offered for donation to State and local governments and other eligible entities. The program ensures that taxpayer-funded assets that are no longer needed by the Federal Government continue to benefit the public in communities across the country.

The Computers for Veterans and Students (COVS) Act requires GSA to create a new Government-wide program to provide surplus Federal computer equipment to eligible non-profit computer refurbishers for refurbishment. Funding is needed to support the successful implementation of this legislation and management of the program.

OE-8

J.R. 1196

This program provides refurbished computers to disadvantaged persons (e.g., a veteran, an individual with a disability, a low-income individual, a student, or a senior in need) in order to bridge the digital divide. In order to ensure a successful implementation and ongoing administration of the COVS Act, GSA has to reach out to non-profit refurbishers and related organizations; collaborate with organizations to structure program guidelines; and engage with Federal agencies to understand their needs when disposing of repairable computer equipment. GSA needs to establish the program guidelines and processes with Federal agencies and nonprofit refurbishers, including eligibility guidelines, reporting requirements, unrepairable item disposition, equitable allocation and adjudication of competing requests by State Agencies for Surplus Property (SASPs) and non-profit refurbishers, program controls, etc.; as well as provide the necessary training to participants. In addition, GSA needs to develop, monitor, and control the implementation plan, including de-conflicting roadblocks and providing updates to Congress, OMB, and GSA leadership on implementation progress. GSA will also need to create and maintain an IT solution to facilitate the registration and eligibility adjudication of non-profit refurbishers, screen available computers, transfer surplus repairable computer equipment, and provide data on program metrics for required reports. Supporting this new program results in needing additional requested FTE as well as funding for the IT solution.

In FY 2023, the U&D launched the Personal Property Management System (PPMS), which consolidated numerous legacy business systems, including GSAXcess and computersforlearning.gov, that facilitate the reporting, reuse and disposal of Federal personal property assets Government-wide. The modern system will improve the customer experience, increase property reutilization and donation rates, automate and reduce risk associated with manual processes, enhance data analytical capabilities and decision-making, improve controls and tracking of assets, and better position GSA to respond to new and emerging Federal personal property disposal challenges. In FY 2024 and 2025, the U&D program will continue to modernize and enhance its business systems and processes to address customer needs, work to address recent Government Accountability Office (GAO) and GSA Inspector General recommendations, improve the reuse of Federal assets, and reform outmoded business processes, all while providing support and training to customer agencies as they transition to the new, modernized system.

The U&D program, in conjunction with the U.S. Small Business Administration (SBA) and the States, recently implemented the Veterans Small Business Enhancement Act of 2018 to provide surplus Federal personal property to veteran-owned small businesses (VOSBs). Since the program's inception, over $165 million in surplus property has been donated to VOSBs to support and grow their businesses.

In FY 2024 and FY 2025, the U&D program will continue to roll out the donation of surplus personal property to VOSBs. The U&D program will continue its partnership with SBA to

OE-9

*U.S. General Services Administration*
*Operating Expenses*

---

provide eligible small businesses (including certain SBA 8(a) organizations and VOSBs) the Federal surplus personal property needed to support and grow their business.

The U&D program provides the following services to executive agencies, State and local governments, and eligible personal property recipients.

- **Federal Excess Personal Property Reutilization Program:** Maximizes reutilization of Federal excess personal property by executive agencies, transferring over $1.8 billion in Original Acquisition Cost (OAC) property among agencies in FY 2023.

- **Federal Surplus Personal Property Donation Program:** In partnership with States, donated over $763 million in surplus Federal property to eligible recipients in FY 2023, including State and local government agencies; non-profit organizations supporting education, health, veterans, and the elderly; SBA 8(a) and veteran-owned small businesses.

- **GSA-hosted Computers for Learning Website:** GSA hosts a website to provide information for Federal agencies should they choose to transfer computer equipment to schools and educational non-profits (over $19 million OAC transferred in FY 2023).

- **Foreign Gifts Program:** Manages the custody, screening, and reassignment of gifts received from foreign governments by Federal employees as a result of their official positions.

**Sales**

When the excess personal property cannot be reutilized within the Federal Government or donated through the Federal Surplus Personal Property Donation Program, the FAS Personal Property Sales Program provides services to Federal agencies for the sale of property directly to the public. This part of the program is funded through the Acquisition Services Fund (ASF) and is not funded from the Operating Expense appropriation. More information on this program can be found in the ASF section of GSA's FY 2025 Budget Submission.

OE-10

J.R. 1198

**Public Buildings Service, Office of Real Property Disposition**

**FY 2025 Budget Request**

The FY 2025 Budget request provides $19.1 million and 83 FTE for the PBS Office of Real Property Disposition (RPD), which is an increase of $767 thousand above the FY 2024 full year CR level to fund increased PC&B costs.

The program's activities are vital to the Government-wide effort to reduce real estate expenses by improving the utilization of real property assets and disposing of surplus assets in a timely manner. RPD plays an integral role in the ongoing execution of recent legislation focused on the disposal of Federal real estate, as well as in the ongoing adjustment of the Federal real property landscape. RPD looks forward to implementing the Administration's proposal to expand the authorities of the GSA Disposal Fund, as outlined in GSA's Permanent Authorities narrative, assisting agencies with readying assets for disposition.

**Program Description**

The Office of Real Property Disposition works with the majority of Federal land holding agencies to develop real estate strategies (including conveyances, exchanges, relocations and sales) to identify and better manage underutilized assets. The RPD program offers Federal clients a wide range of realty services, expert guidance, and analytical tools. Services include: transaction support, due diligence analysis, targeted asset reviews, highest and best use studies, appraisals, marketing strategies, environmental assessments, and historic evaluations. This program leverages its services, tools, and expertise to drive optimal real estate outcomes that are tailored to an agency's unique mission requirements. These outcomes result in the more efficient operation of the Federal real property portfolio. To complement its expertise and to enhance service offerings, RPD provides a variety of contractual vehicles that offer Federal clients access to realty and environmental firms. RPD employs the following programs and tools, among others:

**Public Benefit Conveyances (PBCs):** When property is no longer needed by the Federal Government, RPD partners with Federal sponsoring agencies to make surplus real property available to eligible entities for certain public purposes, such as public health, homeless assistance, education, law enforcement, emergency management, and recreation. RPD conducts compliance inspections to ensure properties are used as intended. In FY 2023, RPD conveyed 20 properties with a combined estimated fair market value of $27.1 million.

**Early Transfer Authority:** Early Transfer Authority allows the Federal Government to transfer property to non-Federal entities before the completion of environmental cleanup, as long as safeguards are in place to protect human health and the environment.

J.R. 1199

*U.S. General Services Administration*
*Operating Expenses*

---

**Lighthouse Program:** The National Historic Lighthouse Preservation Act (NHLPA) authorizes RPD to divest historic lighthouses in partnership with the Coast Guard and the National Park Service. NHLPA recognizes the cultural, recreational, and educational value associated with these historic resources by allowing lighthouses to be conveyed at no cost to Federal agencies, State and local governments, and non-profit organizations that have the resources and expertise to preserve and manage the asset. If a suitable steward is not identified, RPD is authorized to divest of the property through a competitive public sale. Since the NHLPA program's inception, more than 150 lighthouses around the country have been transferred to new stewards.

**Utilization Studies:** RPD provides objective real property reviews for landholding agencies. These asset reviews can be targeted toward an individual asset or a portfolio of assets depending on the needs of the landholding agency. These studies provide critical information to support viable realty strategies.

**Online Auctions:** For over a decade, RPD has been efficiently selling surplus properties via a dedicated auction website (realestatesales.gov). This sales method maximizes the sale price because it reaches a larger base of buyers at a lower cost than traditional outcry auctions. In the 5-year period ending in FY 2023, RPD sold over 325 properties via auction for more than $500 million in gross receipts.

**Reimbursable Services:** Certain Federal landholding agencies have their own real estate authority but utilize RPD to perform realty services on their behalf. RPD provides these services through interagency agreements, on a reimbursable basis. Services range from the management and execution of all aspects of a disposition project to specific tasks to inform a utilization decision or implement a disposition strategy.

**Executive Direction**

**FY 2025 Budget Request**
The FY 2025 request for Executive Direction provides $25.3 million and 79 FTE, which is a $129 thousand decrease from the FY 2024 full year CR level. The FY 2025 funding will enable GSA to continue to pursue projects that will, among other goals, better leverage data as a strategic asset by improving customer experience, making internal operations more effective and efficient, and continuing to shift from low-value to high-value work. The funding will also support continued planning to address the Administration's priorities; further develop the agency's short-term and long-term post-pandemic workforce and workplace plans; drive whole-of-agency responses to tackle the climate crisis, advance equity,

J.R. 1200

and promote economic opportunity; and provide $3 million to purchase additional electric vehicles and charging stations to support GSA's electric vehicle fleet.

**Program Description**

This program area supports a variety of general management and administrative activities associated with GSA internal operations. These activities include: (1) the Offices of the Administrator and the Regional Administrators, (2) the Office of Congressional and Intergovernmental Affairs, (3) the Office of Mission Assurance, and (4) the Executive Direction Corporate Account.

**The Offices of the Administrator and Regional Administrators** are responsible for the execution of all functions assigned to GSA by law and regulation. These Offices are responsible for driving the vision, mission, and values of GSA.

**Office of Congressional and Intergovernmental Affairs (OCIA)** is the GSA liaison with Congress, State and local governments, foreign governments, and partner Federal agencies. OCIA coordinates meetings and testimony before Congressional Committees, helps Congressional offices resolve issues related to GSA programs and services, supports the GSA legislative program with the Congress, and coordinates reimbursable services through the GSA Working Capital Fund to over 1,400 House-district and Senate-state offices for the Congress. OCIA also facilitates interactions between GSA officials and delegations representing foreign, State, and local governments.

**The Office of Mission Assurance (OMA)** executes GSA responsibilities during domestic and national security emergencies to aid Federal agencies and State and local governments, supports client agency needs, and restores GSA operations. OMA ensures the continuation of the agency's critical business processes by integrating and coordinating activities across all domains of security (physical, cyber, personnel, and industrial), HSPD-12 credentialing, emergency management, contingency and continuity planning, and disaster response. The OMA continuity mission is authorized by the National Continuity Policy (NSPD-51/HSPD-20) and directly supports GSA responsibilities to recover and perform primary mission-essential functions during a continuity event. Certain OMA activities are funded by the WCF to assure the safety, privacy, and security of GSA facilities, people, and IT assets nationwide.

**The Executive Direction Corporate Account** funds agency priorities, WCF contribution, regional rent, and security for the organizations under Executive Direction.

*U.S. General Services Administration*
*Operating Expenses*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1202

**U.S. General Services Administration**

**FEDERAL CITIZEN SERVICES FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ................................................................................................. 3

Program Description ....................................................................................................... 3

Amounts Available for Obligation ................................................................................... 4

Explanation of Changes, Appropriated Dollars and FTE ............................................... 5

Summary of the Request ................................................................................................ 5

Key Changes .................................................................................................................. 6

Obligations by Object Classification .............................................................................. 8

Expanding the impact of Government-wide shared services by pairing direct appropriations and Agency Contributions ............................................................................................... 9

  Empowering agency use of modern, secure technology services ................................10

    Federal Risk and Authorization Management Program (FedRAMP).................................10

    API.data.gov ...............................................................................................................11

  Amplify the impact of 21st Century IDEA .................................................................11

    Digital.gov ...................................................................................................................12

    U.S. Web Design System (USWDS) ...........................................................................12

    Search.gov...................................................................................................................12

  Understanding the customer journey .........................................................................13

    Digital Analytics Program ...........................................................................................13

    Feedback Analytics .....................................................................................................13

    Site Scanning..............................................................................................................13

  Breakthrough innovation, open Government, and public participation ........................14

    Data.gov .....................................................................................................................14

    Challenge.gov .............................................................................................................14

    CitizenScience.gov .....................................................................................................14

Policy development and implementation .........................................................................15

  Open Government Secretariat .....................................................................................15

  Section 508 Office.......................................................................................................15

Cultivating digital innovation across the Federal enterprise............................................15

  Helping the public cross agency boundaries...............................................................16

    USAGov.......................................................................................................................16

    Vote.gov .....................................................................................................................17

  Accelerating innovation ..............................................................................................17

    10x...............................................................................................................................17

    Public Benefits Studio .................................................................................................18

*U.S. General Services Administration*
*Federal Citizen Services Fund*

Voice of the Public (formerly Research Operations).............................................18
Developer Tools......................................................................................................19
Targeted partnerships with reimbursable programs ................................................19
USAGov Call Center ...............................................................................................20
Federal Audit Clearinghouse...................................................................................20
Interagency Suspension and Debarment Committee and Lead Agency Coordination
Request System.......................................................................................................21
Customer experience improvement projects at High-Impact Service Providers.................21
Strengthening the Federal technology workforce through fellowships....................................21
Presidential Innovation Fellows...............................................................................22
U.S. Digital Corps ...................................................................................................22
Appendix: Congressional and administration priorities supported by TTS products and
services under the FCSF..........................................................................................24
Statutes ..................................................................................................................24
Executive Orders ....................................................................................................25
Other Policy ............................................................................................................25
Appendix: American Rescue Plan investments sustained through the FY 2025 FCSF request
.................................................................................................................................26

**Appropriations Language**

*For necessary expenses authorized by 40 U.S.C. 323 and 44 U.S.C. 3604; and for necessary expenses in support of interagency projects that enable the Federal Government to enhance its ability to conduct activities electronically through the development and implementation of innovative uses of information technology; **$97,000,000** to be deposited into the Federal Citizen Services Fund: Provided, That the previous amount may be transferred to Federal agencies to carry out the purpose of the Federal Citizen Services Fund: Provided further, That the appropriations, revenues, reimbursements, and collections deposited into the Fund shall be available until expended for necessary expenses authorized by 40 U.S.C. 323 and 44 U.S.C. 3604 and for necessary expenses in support of interagency projects that enable the Federal Government to enhance its ability to conduct activities electronically through the development and implementation of innovative uses of information technology: Provided further, That the transfer authorities provided herein shall be in addition to any other transfer authority provided in this Act.*

**Program Description**

The Federal Citizen Services Fund (FCSF) combines public-facing services and agency-facing programs that, together, drive Government-wide digital transformation. The programs funded by the FCSF offer shared digital services across the Federal enterprise, promote the adoption of the processes and systems that foster innovation, and support Federal agencies in increasing their own capacity to drive digital transformation on behalf of the public.

The FCSF is administered at GSA by Technology Transformation Services (TTS), part of the Federal Acquisition Service. TTS is uniquely situated to provide digital services that cut across Government. The TTS mission is to design and deliver a digital Government with and for the American public. With an expansive view that crosses agency boundaries, TTS is making a difference by delivering value through burden-reduction, reuse of digital services, overall better Government experiences, creating economies of scale, and reducing costs.

The FY 2025 Request funds the digital products, programs, and services that enable Government-wide implementation of numerous statutes, Executive Orders, and policy memos. These programs and services also enable GSA's own compliance with the laws and policies governing digital experience, accessibility, and cybersecurity. An appendix outlining the specific statutes, Executive Orders, and policies supported by FCSF-funded programs and services is included in this justification.

In Section 753 of the FY 2023 enacted omnibus appropriations act, the FCSF received additional authority to collect funding from across the Government, in coordination with the Office of Management and Budget (OMB), to carry out the purposes of the FCSF. The funding collected through this authority will be used to grow and expand the capabilities of shared digital services that are used across the Federal enterprise. This additional funding provided to the

*U.S. General Services Administration*
*Federal Citizen Services Fund*

FCSF through the Section 753 authority will be referred to as "Agency Contributions" for the remainder of this document.

The FCSF appropriation, agency reimbursements, and authorized Agency Contributions provide for the salaries and expenses of staff and programs authorized by 40 U.S.C. 323 and 44 U.S.C. 3604. Federal agencies pay for the costs of the services provided on behalf of the customer agencies.

## Amounts Available for Obligation

(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| *Appropriated Unobligated Balance, start of year:* | | | |
| Annual Approriations (no year)..................... | $ 13,329 | $ 36,251 | $ 27,770 |
| FCSF and TMF American Rescue Plan (multi-year)................ | $ 101,831 | $ 46,769 | $ - |
| **Total Unobligated Balance, direct, start of year...................** | $ 115,160 | $ 83,020 | $ 27,770 |
| | | | |
| Appropriated authority: | | | |
| TMF American Rescue Plan Transfer (multi-year)................... | $ (4,961) | $ (606) | $ - |
| Rescinded unobligated CARES Act (no year)......................... | $ (174) | $ (58) | $ - |
| Annual Appropriations................................................. | $ 90,000 | $ 90,000 | $ 97,000 |
| **Total Appropriated Authority……………………………......** | $ 200,026 | $ 172,357 | $ 124,770 |
| | | | |
| Total Collections: | | | |
| Reimbursable Services: | | | |
| Reimbursable Unobligated Balance, start of year..................... | $ 10,278 | $ 37,768 | $ 51,739 |
| From Federal Agencies…………………….................... | $ 36,523 | $ 87,691 | $ 106,021 |
| From the Private Sector………………….................... | $ - | $ - | $ - |
| User Fees………………….…………….................... | $ - | $ - | $ - |
| Gifts from the Private Sector………………….................... | $ - | $ - | $ - |
| Change in Unfilled Customer Orders………………….......... | $ 21,717 | $ - | $ - |
| Subtotal, reimbursable authority……………………................ | $ 68,518 | $ 125,459 | $ 157,760 |
| Recovery of prior-year obligations……..…...................... | $ 7,608 | $ - | $ - |
| Unobligated balance, reimbursable………………................ | $ (37,768) | $ (29,000) | $ (26,000) |
| Unobligated balance, direct…………………….................... | $ (83,020) | $ (27,770) | $ (21,250) |
| Total, obligations…………………….................................... | $ 155,364 | $ 241,046 | $ 235,280 |
| **Obligations, appropriated (no year)……………………......** | **$ 71,595** | **$ 98,424** | **$ 108,335** |
| Obligations, appropriated (multi-year)...................................... | $ 52,047 | $ 46,163 | $ - |
| Obligations, reimbursable…………………….................... | $ 31,722 | $ 96,459 | $ 131,760 |
| *Net Outlays......................................................................* | *$ 101,745* | *$ 192,837* | *$ 188,224* |

FCSF-4

J.R. 1206

## Explanation of Changes, Appropriated Dollars and FTE
(Dollars in Thousands)

| | FY 2023 | | | FY 2024 | | | FY 2025 |
| | FTE | Enacted | FTE | Full Year CR | FTE | | Request |
|---|---|---|---|---|---|---|---|
| | 77.71 | $ 90,000 | 138.75 | $ 90,000 | 151.25 | $ | 97,000 |

**Program Changes:**

| | FTE | | |
|---|---|---|---|
| Increase in Salary and Benefits for 1 FTE and Contractual Services to provide Government-wide training and related support activities for artificial intelligence | 1.0 | $ | 5,000 |
| Increase in FTE and Contractual Services to expand the Presidential Innovation Fellows and U.S. Digital Corps PMOs' capacity to hire AI-specific talent | 9.0 | $ | 2,000 |
| Increase in Salary and Benefits and Contractual Services for the Accelerators Division's PMO | 1.5 | $ | 933 |
| Increase in Salary and Benefits for all Portfolios for the 2% Pay Raise | | $ | 700 |
| Increase in travel, training, and other miscellaneous costs across all divisions | | $ | 143 |
| Increase in Salary and Benefits for a net increase of 1 additional FTE to support FCSF activities | 1.0 | $ | 132 |
| Decrease in Platforms & Services Division Support to continue partially funding the U.S. Web Design System and Digital.gov through agency contributions | | $ | (357) |
| Decrease in MAX.gov PMO Contractual Services Support to transition the migration of MAX.gov from OMB to USDA instead of GSA | | $ | (1,551) |
| Subtotal, Program Changes | 12.5 | $ | 7,000 |

## Summary of the Request

GSA is requesting $97 million in direct appropriations, the authority to collect $26 million in agency contributions to deliver critical Government-wide shared services under the FSCF, and removal of the cap on the total amount of funding (which includes appropriations, agency contributions, and other reimbursable activities) available for expenditure in the fiscal year to support the expansion of services to other Federal agencies provided by FCSF-funded programs. Having these three forms of funding under FCSF authorities, without a constraint on our potential business volumes, will enable TTS to serve agency customers with more agility, reduce administrative inefficiencies, and improve Government-wide digital services for the American public.

The American Rescue Plan Act of 2021 invested $150 million in the FCSF. FY 2025 is the first budget year after these funds expire, and this request sustains promising products, services and capabilities created with ARP funds. TTS's ARP portfolio included more than 40 initiatives, spanning critical improvements in foundational infrastructure and programs like FedRAMP and Search.gov; advancing digital transformation and innovation by reimagining Government-wide platforms like USAGov; and exploring emerging areas of opportunity for Government-wide impact, such as the U.S. Digital Corps and the Public Benefits Studio. An appendix of programs supported by ARP and funded in the FY 2025 request is included in this justification.

J.R. 1207

*U.S. General Services Administration*
*Federal Citizen Services Fund*

**Key Changes**

At the end of FY 2023, TTS executed an organizational realignment to improve program efficiency and organizational resilience. This realignment did not create, sunset or impact budgets for any programs; however, it did change how the FCSF budget is presented. The FY 2025 request aligns funding to TTS's new division structure to better represent the full cost of programs.

Key changes from this realignment that impact budget presentation include:

- Establishing the Office of Operations, which houses management and program support functions for all TTS Divisions. This Office is funded by the Acquisition Services Fund (ASF), and allocates a portion of its costs to FCSF-funded programs to reflect the support provided to those programs.
- Abolishing the Business Management Division within the Office of Solutions, and realigned baseline funding to the Office of Solutions.
- Allocating shared services costs previously paid through the Business Management Division to individual Office of Solutions program divisions and other FCSF programs, to represent the full cost of programming.
- Establishing the Platforms & Services Division within the Office of Solutions, combining the Data & Analytics and Innovation Portfolios.
- Establishing the Office of TTS Fellowships to streamline management of reimbursable fellowship programs including Presidential Innovation Fellows and U.S. Digital Corps. Presidential Innovation Fellows was previously situated in the Office of Clients and Markets; U.S. Digital Corps was housed in the Office of Solutions.

The FY 2025 request for direct appropriations is complemented with a requested increase in Agency Contributions to enable established program growth. In addition, GSA repeats its request to eliminate the cap on total funding to enable growth of reimbursable programs. The overall request includes funding to support the projected two percent pay raise for Federal employees in 2025.

The FCSF's FY 2025 request for appropriations include the following programmatic changes from the FY 2024 CR level:

- $5 million increase for an additional 1 FTE and contractual services to provide Government-wide training and related support activities for artificial intelligence in support of the AI Training Act and Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence.
- $2 million increase and an additional 9 FTE to the PIF and U.S. Digital Corps program management offices to expand the capacity to hire AI-specific talent into those programs.

- $933 thousand increase for an additional 1.5 FTE and contractual services for the Accelerators Division PMO
- $700 thousand increase for the President's proposed two percent pay raise for Federal employees in 2025
- $143 thousand increase in travel, training, and other miscellaneous costs
- $132 thousand increase for a net increase of 1 additional FTE to support FCSF activities
- $357 thousand decrease for the Platforms & Services Division as the U.S. Web Design System (USWDS) and Digital.gov continue to partially fund program operations by Agency Contributions in FY 2025 instead of solely relying on appropriated funding
- $1.6 million decrease for MAX PMO as a result of GSA's decision to transition the migration of MAX.gov from OMB to USDA instead of to GSA

J.R. 1209

*U.S. General Services Administration*
*Federal Citizen Services Fund*

**Obligations by Object Classification**

(Dollars in Thousands)

| | | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|---|
| 11.1 | Full-time, permanent........................................ | $ 8,087 | $ 24,231 | $ 26,788 |
| 11.3 | Other than full-time permanent....................... | $ 3,290 | $ - | $ - |
| 11.5 | Other personnel compensation........................ | $ 196 | $ 727 | $ 831 |
| 11.8 | Special personal services payments.............. | $ 434 | $ - | $ - |
| 11.9 | Total personnel compensation........................ | $ 12,008 | $ 24,958 | $ 27,618 |
| 12.1 | Civilian personnel benefits.............................. | $ 4,034 | $ 9,692 | $ 11,074 |
| 13 | Benefits for former personnel.......................... | $ - | $ - | $ - |
| 21 | Travel and transportation of persons............. | $ 110 | $ 606 | $ 409 |
| 22 | Transportation of things.................................. | $ - | $ - | $ - |
| 23.1 | Rental payments to GSA.................................. | $ - | $ - | $ - |
| 23.3 | Communications and utilities........................... | $ - | $ 3 | $ 3 |
| 24 | Printing and reproduction................................ | $ - | $ - | $ - |
| 25.1 | Advisory and assistance services................... | $ 37,964 | $ 30,615 | $ 37,083 |
| 25.2 | Other services................................................. | $ 19 | $ 606 | $ 409 |
| 25.3 | Goods & services from Gov't accounts........... | $ 13,907 | $ 23,511 | $ 20,394 |
| 25.7 | Operation and maintenance of equipment...... | $ - | $ - | $ - |
| 26 | Supplies and materials.................................... | $ 2 | $ 2 | $ 2 |
| 31 | Equipment....................................................... | $ 90 | $ 8 | $ 8 |
| 32 | Land and structures........................................ | $ - | $ - | $ - |
| 42 | Insurance claims and indemnities................... | $ - | $ - | $ - |
| 43 | Interest and Dividends.................................... | $ - | $ - | $ - |
| **99** | **Obligations, appropriated (no year)...........** | **$ 68,133** | **$ 90,000** | **$ 97,000** |
| | *Subtotal, PC&B............................................* | *$ 16,042* | *$ 34,650* | *$ 38,692* |
| | *Subtotal, Non-labor......................................* | *$ 52,092* | *$ 55,350* | *$ 58,308* |
| 99 | Obligations, appropriated (multi-year)............. | $ 52,047 | $ 46,163 | $ - |
| 99 | Obligations, reimbursable............................... | $ 31,722 | $ 96,459 | $ 131,760 |
| 99 | Obligations, available from prior years........... | $ 3,461 | $ 8,424 | $ 11,335 |
| 99.9 | Total obligations............................................. | $ 155,364 | $ 241,046 | $ 240,095 |
| | *Full-Time Equivalents (FTE)* | *77.71* | *138.75* | *151.25* |

FCSF-8

J.R. 1210

Expanding the impact of Government-wide shared services by pairing direct appropriations and Agency Contributions

Shared services across Government agencies offer "network effects"—the products and services get better as more agencies adopt them and more people use them. This can allow:

- The public to encounter consistent language, layouts, and behavior patterns, making every site more usable;
- Multiple agencies to leverage a FedRAMP authorization to speed deployment of a new cloud service across multiple agencies;
- The Federal Government to better understand how users are navigating across multiple web applications from multiple agencies, to improve the holistic customer experience; and
- The Federal Government and taxpayers to avoid duplicated investment and realize lower maintenance costs for each adopting agency, freeing them to focus on their areas of core mission impact.

The benefits of digital transformation offer the potential for exponential impact. This means that a relatively small investment, when directed to a widely adopted shared service, can generate a large impact for the public. Shared services can be cheaper and easier for each agency to adopt, compared to building or acquiring their own service for the same use case. Agencies can also benefit from lessons and best practices learned by others and can leverage digital service teams and communities of practice to help them implement improved services more efficiently. Additionally, agencies across Government are seeking ways to make key life moments, such as the birth of a child, disaster recovery, retirement, or financial shock easier for the public, which requires improvements to multiple programs that span multiple agencies. GSA is well-positioned to offer these types of shared services.

However, these services come with risk if not adequately resourced: Today's cutting-edge digital experience, left unattended, is tomorrow's legacy technology demanding an expensive "modernization." Unlike physical infrastructure, the technologies that govern digital services are always evolving. (One example: a tablet device made 5 years ago that cannot even download apps made today.) This means that digital infrastructure must be constantly and continuously modernized to meet both the technical capacity of the devices on which users access it, as well as evolving user expectations and needs. Shared services must be based on **sustainable and predictable funding models** in order for them to attain the adoption levels that enable this impact.

In reimbursable funding models that rely on voluntary adoption, agencies negotiate with one another and with the program or service to determine how costs will be distributed. Historically, GSA has observed that each negotiating agency's desire to minimize its own contributions can

FCSF-9

lead to insufficient funding to continuously upgrade its underlying technology or adapt to evolving customer and user needs. This increases the chance for a failed or only partially successful shared service; a major modernization funding request; or both.

When agencies contribute through voluntary adoption, it incentivizes serving the needs of agencies that participate. This model can drive up per-agency costs, making these services less adoptable for new agencies to come on board. Voluntary adoption can lead to duplication of effort among well-resourced agencies that can afford to build their own services, and lagging adoption among less technically resourced agencies that cannot afford to subsidize development for the full Federal enterprise. This model can be appropriate for products and services whose costs and value increase predictably based on the level of adoption, but not for programs that improve the more agencies adopt them.

In FY 2023, Congress introduced a new funding mechanism for agency contributions to digital shared services under Division E, Section 753 of the Consolidated Appropriations Act of 2023. Upon fund collection, GSA leverages these Government-wide contributions to bolster and scale widely adopted shared services that had previously been funded only with direct appropriations from the FCSF. This new funding mechanism has seeded the sustainable funding source on which these widely adopted shared services can use to increase their capacity to support growing demand, while also spreading the cost of those services across the Federal enterprise.

In FY 2023, the FCSF saw its first significant appropriations increase in a decade. The FY 2025 President's Budget Request builds on this vision. Some shared services will remain fully funded by appropriations, while other mature and broadly used shared services will receive funding from Agency Contributions under this new model. As Agency Contributions are normalized and become a standard, predictable way of doing business, GSA will be able to transition more programs to this funding model, lessening the dependence on constrained annual appropriations for popular programs that must scale to meet demand.

**Empowering agency use of modern, secure technology services**
These GSA programs support Federal agency adoption of secure cloud services and investment in interoperability. By offering opportunities to reuse assets across agency boundaries – such as security documentation or programmatic data – these programs enable efficiency and cost-savings at Government-wide scale.

**Federal Risk and Authorization Management Program (FedRAMP)**
FedRAMP is a Government-wide program that provides a standardized approach to security assessment, authorization, and continuous monitoring for cloud products and services. This program makes it easier for shared service providers and small businesses to meet requirements for multiple agencies (about 30 percent of authorized vendors are small businesses). FedRAMP enables agencies to avoid spending duplicative funds for security-

related costs and to save valuable time by establishing an "authorize once, reuse many times" security program. FedRAMP was codified into law by the FY 2023 National Defense Authorization Act (NDAA), which included the FedRAMP Authorization Act.

As of September 2023, 320 unique cloud offerings have gone through the FedRAMP process and have been reused over 5,700 times across the Federal Government. Instances of reuse of a FedRAMP-authorized cloud service represents cost avoidance on the part of the Government in that the body of evidence provided in the security artifacts can be leveraged by the agency to make their own risk-based decision. The program continues to experience growth in that demand from agencies for authorized commercial products resulted in a 32 percent increase in the number of security packages entering the FedRAMP-authorization process. FedRAMP also experienced a seven-times increase in the number of Federal Information Processing Standards (FIPS) "High" impact systems, (representing the most sensitive unclassified Federal data) indicating agencies' needs for critical cloud-computing systems.

FedRAMP is actively working to reduce time and costs associated with the manual, labor-intensive security authorization processes that exist today by digitizing and automating critical business processes.

The FY 2025 request includes direct appropriations, as well as $11 million in Agency Contributions to fund FedRAMP's continuous effort to scale and support the growth in agency and cloud service provider participation.

**API.data.gov**
API.data.gov provides Application Programming Interface (API) management features to Federal agencies. APIs are a way for agencies to securely share data in machine readable formats, which empowers external application developers to leverage Government data and services. API.data.gov's service provides tools that make it easier for agencies to launch, secure, and manage their API programs, along with API analytics, which allow agencies to understand how their APIs are being used. The service currently supports about 168 API programs across 23 agencies.

The FY 2025 request includes direct appropriations to continue offering this service.

**Amplify the impact of 21st Century IDEA**
Passed in 2018, the 21st Century Integrated Digital Experience Act (IDEA) aims to improve the digital experience for Government customers and reinforces requirements for Federal public websites. In 2023, OMB issued M-23-22, new guidance clarifying requirements in support of consistent agency implementation of 21st Century IDEA. Several shared services offered by GSA directly enable that implementation, and combine to improve the public's digital experience across Government.

*U.S. General Services Administration*
*Federal Citizen Services Fund*

Five million dollars in Agency Contributions will fund the expansion and improvement of TTS-offered products, programs, and services that support 21st Century IDEA implementation, specifically, the U.S. Web Design System and Digital.gov.

**Digital.gov**

Digital.gov empowers Federal employees to deliver better digital services by providing centralized access to resources for creating digital services and complying with associated Federal web-policy requirements; driving the amplification of digital best practices by collaborating with Federal partners; and organizing Government-wide Communities of Practice (CoP) focused on capabilities that enable digital transformation.

In FY 2023, membership in CoP grew by 22.1 percent—from 9,748 to 11,237 members. More than 8,900 individuals from across the Federal Government attended Digital.gov events, and Digital.gov received more than 1 million page views.

The FY 2025 request includes direct appropriations as well as agency contributions to expand and improve the services provided by Digital.gov.

**U.S. Web Design System (USWDS)**

The U.S. Web Design System (USWDS) provides agencies a toolkit for common web components and patterns, making it easier to build accessible, inclusive, mobile-friendly websites that deliver great user experiences and comply with 21st Century IDEA and Section 508. One hundred Federal agencies have used, and continue to use USWDS to build and maintain 446 (and growing) accessible, mobile-friendly Government websites. Approximately 25 percent of Government page views are powered by USWDS.

The FY 2025 request includes direct appropriations as well as agency contributions to expand and improve the services provided by USWDS.

**Search.gov**

Search.gov is a search-engine service that provides a high-quality, standard search experience for the public across more than one-third of Federal domains. By implementing a flexible system that agencies can adopt easily, Search.gov has reduced costs for search results, serving major websites such as SSA.gov, NASA.gov, VA.gov, Justice.gov, Commerce.gov, and beyond. These search experiences allow the public to access everything from broad, all-of-Government content to highly specific resource collections in more than 65 languages.

In FY 2023, Search.gov powered more than 230 million searches. This broad use gives insight into the services and information the public needs, and the ways in which people seek it out.

The FY 2025 request includes direct appropriations to continue offering and improving this service.

FCSF-12

J.R. 1214

**Understanding the customer journey**

Improving the overall customer experience and reducing administrative burden relies on having adequate digital measurement tools to observe real user behavior and measure how long it takes to complete needed tasks. GSA-operated shared services provide critical measures of public trust and agency compliance.

**Digital Analytics Program**

Digital Analytics Program (DAP) offers web analytics tools, support, and training to Federal agencies, as well as the analytics.usa.gov public interface for Government web data.

DAP is mandated by OMB policy for use on public-facing websites and is recognized as a best practice for agencies to implement. Supporting over 4,000 agency users across more than 7,000 Federal websites and 50 billion page views, DAP allows Federal agencies to assess the performance of digital products and determine opportunities for streamlining and improving the usability of Government websites. It also enables aggregation of data across Federal websites and agencies.

The FY 2025 request includes direct appropriations to expand and improve the services provided by DAP.

**Feedback Analytics**

Feedback Analytics provides a lightweight, Paperwork Reduction Act-friendly, digital customer experience tool called Touchpoints that agencies can use to measure their performance, create cross-agency benchmarks, and reduce the burden on the public—all of which fulfill requirements outlined in Section 280 of OMB Circular A-11. This shared-service offering is a simple, flexible, and convenient way to collect customer feedback, allowing agencies to focus on serving customers rather than managing surveys. Since program inception in early 2020, more than 2,000 instances of Touchpoints forms have been deployed across 80 agencies supporting more than 2,000 agency-based users, collecting more than 1.5 million responses from the public.

The FY 2025 request includes direct appropriations to continue offering this service.

**Site Scanning**

The Site Scanning program performs a wide range of automated scans of public Federal websites to capture data about website health, policy compliance, and best practices, including security, privacy, discoverability, analytics, and performance. The service offers access to data describing characteristics of the Federal web presence, including adoption of the Digital Analytics Program, the U.S. Web Design System, Search.gov, search engine optimization, utilization of third-party services, and more.

FCSF-13

*U.S. General Services Administration*
*Federal Citizen Services Fund*

The FY 2025 request includes direct appropriations to expand and improve the services provided by Site Scanning.

**Breakthrough innovation, open Government, and public participation**
Lawmakers and policy-makers can depend on shared service platforms to quickly implement their key priorities without putting undue burden on agencies. These TTS shared services provide platforms that support specific legislative priorities.

**Data.gov**
Data.gov is the Federal Government's open-data catalog. The Data.gov site provides access to datasets from across the Government on subjects such as health, education, climate and public safety, among others, to fulfill GSA requirements of the OPEN Government Data Act and supporting agency implementation and compliance. The Data.gov catalog currently features datasets from 65 Federal agencies and 50 non-Federal sources (states/cities/counties). The Data.gov team provides a metadata management tool called inventory.data.gov, currently used by 20 Federal agencies. As of December 2023, Data.gov averages about a million page views monthly. As the centralized catalog of Federal datasets, Data.gov also handles about 2,000 requests and questions from the public about Federal datasets on an annual basis.

The FY 2025 request includes direct appropriations to continue offering this service.

**Challenge.gov**
Challenge.gov allows Federal agencies to crowdsource innovation and solutions to important problems from the public via prize competitions, as authorized under the America COMPETES Reauthorization Act (P.L. 111-358).

GSA provides the platform at no cost to Federal agencies, and, in the past decade, Challenge.gov has hosted more than 2,000 competitions sponsored by over 100 Federal agencies. The Challenge.gov program office also provides guidance and support for Federal employees seeking to use prize authority via the Challenge and Prize Community of Practice.

The FY 2025 request includes direct appropriations to continue offering this service.

**CitizenScience.gov**
Citizenscience.gov features case studies and a toolkit that outlines the basic processes for planning, designing, and managing a crowdsourcing or citizen science project, as well as a catalog of federally supported projects that engage the American public in addressing societal needs and accelerating science, technology, and innovation. FY 2023 ended with the CitizenScience.gov catalog surpassing a milestone of 500 projects, with the addition of five new projects. The website saw 127,391 sessions in FY 2023 from 107,258 users with 323,263 total page views. Net social media followers increased from 4,118 in FY 2022 to 4,236 in FY 2023.

The FY 2025 request includes direct appropriations to continue offering this service.

### Policy development and implementation

Starting in FY 2023, GSA began funding some policy coordination work for digital services via the Office of Government-wide Policy through the FCSF. This maximizes the impact of the FCSF by aligning policy concerns, technology implementation, and funding.

### Open Government Secretariat

The Open Government Secretariat (OGS) is the program management office established in FY 2023 to support Government-wide open Government efforts, with a particular focus on the Open Government National Action Plan (NAP). GSA serves as the primary point of coordination for Government-wide Open Government efforts and coordinates across stakeholders and sectors, including key agencies offices, civil society groups, the public at large, and outside groups and institutions, including the Open Government Partnership.

In FY 2024, the OGS will coordinate with agency partners and stakeholders in their work on delivering on the commitments of the 5th NAP. As the NAP is based on commitments over 2-year cycles, OGS will support efforts on building on the results of the 5th NAP and manage the co-creation and public engagement process to work with interagency partners and civil society stakeholders to develop the 6th National Action Plan in FY 2025.

The FY 2025 request includes direct appropriations to continue supporting this program.

### Section 508 Office

Section 508 programs across Government ensure the accessibility of information and communication technologies for individuals with disabilities. In this capacity, the Section 508 Office provides a full range of support services: policy and acquisition assistance, content strategy, design and development, testing, training, tools, and events. In FY 2025, GSA will use appropriated FCSF funding to support the Section 508 PMO to fully maximize the inherent relationship between FSCF-funded services (e.g., U.S. Web Design System, Search.gov, etc) and the important mission of the Section 508 PMO.

The FY 2025 request includes direct appropriations to continue offering this program.

### Cultivating digital innovation across the Federal enterprise

Today, the public expects services to be digital-first. These expectations have been influenced by the consumer-centric practices of digital-age technology companies with household names, but also by web applications from legacy industries like banking, retail, and insurance that have successfully made the leap to digital-first. As consumers, they see the results of this innovation every day as they file insurance claims from their phones, enjoy personalized movie recommendations, and receive proactive notifications about their bank balances.

FCSF-15

*U.S. General Services Administration*
*Federal Citizen Services Fund*

At its core, innovation is about solving problems in new ways. That means that the processes that support innovation in the private sector can be available to public servants (with a few tweaks). The core transition is to view innovation not as a "bolt of lightning" moment of inspiration but as a process that can be cultivated through skills, systems, and infrastructure.

In the Federal enterprise, problems in search of innovative solutions do not respect the boundaries between agencies. And yet, many agencies try to solve these common problems with an individually tailored solution, which is inefficient and leads to suboptimal outcomes such as lack of standardization and the inability to share data. This positions GSA, as a shared service provider, to adapt private-sector processes for success in the Government environment. Across the following programs, all of which are supported by FCSF direct appropriations, GSA develops repeatable processes for seeking input and ideas from the people most affected by our policies and digital platforms: end users in the public, Government technologists, and the digital product development teams that build and maintain these services.

**Helping the public cross agency boundaries**
When members of the public need to interact with the Government, they often discover that they don't even know where to start. These public-facing programs provide trustworthy, accessible information to help users navigate to the Government service that may best meet their needs, regardless of their starting point or individual circumstances.

**USAGov**
USAGov is the front door to Government information and services. USAGov makes it easier for the public to find and understand the Government services and information they need—anytime, anywhere, any way they want. Through an omnichannel approach, the platform aggregates information from across the Government around different topics and answers the public's most pressing questions in both English and Spanish. The USAGov platform includes: 1) the official English and Spanish language websites for the U.S. Government: USA.gov and USAGov en Español, which get more than 75 million visits annually; 2) the national contact center at 1-844-USA-GOV1 with more than 400 thousand calls and chats annually; and 3) a robust public engagement program consisting of digital-outreach channels like email (800 thousand subscribers), and social media in English and Spanish (1.1 million followers). The Public Experience Portfolio, which includes USA.gov, is an OMB-designated High Impact Service Provider.

In FY 2025, USAGov will experiment with new interactive tools and functionality and will continue to roll out content, features, and services to make it easier for the public to find and access Government benefits they may be eligible for around key moments in people's lives. These experiments and the data USAGov gains from them will inform future feature

J.R. 1218

development and increase the efficiency and effectiveness of Government digital services. USAGov also plans to conduct additional public outreach campaigns, some in collaboration with other agencies, in both FY 2024 and FY 2025, to increase public engagement with the new content, features and functionalities available on the USAGov platform and other websites across the Government.

The FY 2025 request includes direct appropriations to continue offering and improving the omnichannel USAGov platform.

**Vote.gov**

Vote.gov provides official Federal and State Government information on voting and elections. The site helps users of all backgrounds, capabilities, and language abilities learn about the election process, voter-identification requirements, and how to register to vote in their State of residence by providing basic information and links to EAC-sanctioned voting authority web sites throughout the US. Vote.gov is available in 17 of the languages, as required by section 203 of the Voting Rights Act, including two Native American Alaskan Native languages, and neither collects nor retains user data.

The FY 2025 request includes direct appropriations to continue offering this service.

**Accelerating innovation**

TTS continuously invests in research and development (R&D) as part of its commitment to progress and adaptability. This investment is not about immediate returns; it is about setting the stage for sustainable growth, attracting top talent, and providing a more secure and seamless digital Government. In an era defined by rapid technological advancements, failing to invest in R&D is not just a missed opportunity—it is also a step toward obsolescence. These TTS programs offer proven processes, tools, and infrastructure adapted from the private sector to support the Federal, State and local practitioners doing digital innovation work.

**10x**

10x is an incremental investment program designed to support and develop ideas from Federal employees about how technology can improve the public's experience with the Government. 10x invests in projects incrementally—a radically different approach from traditional Government IT—releasing funding only as projects prove their merit and justify further investment. This allows 10x to avoid investing valuable tax dollars in cumbersome and protracted technology projects that are unlikely to succeed. The 10x investment model is being adopted across various agencies, enabling them to successfully implement their own crowdsourcing and funding mechanisms, fostering innovation within each respective agency.

From FY 2015 through the first quarter of FY 2024, 10x has received more than 1,729 ideas from 230 agencies, and has funded 344 projects in various phases that have explored implementation ideas to support 21st Century Integrated Digital Experience Act of 2018, The

*U.S. General Services Administration*
*Federal Citizen Services Fund*

Grant Reporting Efficiency and Agreements Transparency Act (2019), Foundations for Evidence-based Policymaking Act of 2018, E-Government Act of 2002, Paperwork Reduction Act, Rehabilitation Act (29 U.S.C. 794d), EO 14058 on Transforming Federal Customer Experience and Service Delivery to Rebuild Trust in Government, EO 14028 on Improving the Nation's Cybersecurity, EO 14019 on Promoting Access to Voting, EO 13985 On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government, EO 13166 on Improving Access to Services with Limited English Proficiency, Managing Customer Experience and Improving Service Delivery (A-11-280), Moving the U.S. Government Toward Zero Trust Cybersecurity Principles (M-22-09), Delivering a Digital-First Public Experience (M-23-22), and Final Guidance on Implementing the Plain Writing Act of 2010 (M-11-15).

The FY 2025 request includes direct appropriations to continue offering this program.

**Public Benefits Studio**
The Public Benefits Studio works with current programs across Government to simplify the public experience of navigating Government programs, primarily those that help low-income families and individuals. The Studio develops and supports adoption of technology tools, best practices, and improved policies in collaboration with benefits programs and service-delivery experts to enable more effective delivery of public benefits. Successful products from the Public Benefits Studio are likely to have broad applicability across Government.

The Studio both tests new ideas and products in the benefits space and sustains and operates those that prove successful. During FY 2023, the Studio advanced a full-scale pilot of the digital notifications service, called Notify.gov, previously researched by 10x, and recruited five initial partners from across Federal agencies and levels of Government. Through FY 2024 and FY 2025 the Studio will further scale the tool to a broader customer base and explore additional opportunities to close the gap in adoption of plain-language, multi-channel/text notifications. The Studio will also conduct research, facilitate pilots, and deliver recommendations into additional opportunities to support the adoption of digital building blocks that spur innovation in the public benefits space.

The FY 2025 request includes direct appropriations to continue supporting the Benefits Studio program.

**Voice of the Public (formerly Research Operations)**
The TTS Voice of the Public program ensures that empirical customer research and accessibility testing are done consistently across TTS products, and will perform a wide range of tasks involved with doing user research, including participant management, knowledge management, data governance, research training, and competency. This is an opportunity to identify approaches to supporting user research at scale at TTS, and potentially as a shared service to Government agencies and the broader Government community.

J.R. 1220

**Developer Tools**

This effort will pilot a set of shared tools and processes that enable TTS software teams to more efficiently develop, deploy, and operate secure digital services, reducing lead times in order to be more responsive to agency and user needs, while meeting ever-advancing security and compliance challenges. This initial internal step is aligned with Congressional priorities for the FY 2023 Appropriations report language encouraging GSA to "review and consider the U.S. Department of Defense Software Factory approach across Federal civilian agencies to further accelerate adoption of modern technology." By operationalizing this framework internally, TTS will be able to explore the opportunity for a shared service.

The FY 2025 request includes direct appropriations to continue developing this critical software delivery capabilities across TTS.

**Government-Wide AI Training**

TTS provided Government-wide training and community management for artificial intelligence in FY 2023, leveraging funding from the American Rescue Plan to enable Government-wide implementation of the AI Training Act and the national surge for AI talent directed by the 2023 Executive Order on the Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence. These offerings, delivered in partnership with the private sector and academia, empower Federal employees, managers, and leaders to develop and maintain an operating knowledge of emerging AI technologies to assess opportunities to use these technologies to enhance the delivery of services to the public, and to mitigate risks associated with these technologies.

The FY 2025 request includes direct appropriations to continue offering and scaling this critical Government-wide learning and support program.

**Targeted partnerships with reimbursable programs**

Some GSA programs are a better fit for a traditional reimbursable funding model, where these reimbursable programs:

- Benefit the agencies that adopt them, with a smaller chance of network effects;
- Have predictable cost structures for customer agencies and GSA; and
- Are typically (but not always) optional for agencies to adopt.

GSA regularly evaluates the funding models of its products and services, and may propose shifts in funding models as the environment changes, such as when a previously optional product or service becomes required through law or policy. Within the FCSF, GSA has the flexibility to establish innovative reimbursable rules and rates that make more programs more equitably available to the entire Federal ecosystem and let TTS respond to changes in administrative and Congressional priority with agility.

FCSF-19

*U.S. General Services Administration*
*Federal Citizen Services Fund*

To support this alignment, GSA repeats its request to **remove the cap on the total amount of funding (which includes collections) available for expenditure** in FY 2025 from the FCSF from the annual appropriations language. This flexibility is critical to ensure that all of the appropriations, revenues, reimbursements, and collections deposited into the fund are available when needed, and that the reimbursable programs offered under the FCSF can scale based on agency demand. The annual cap limits the amount of services that GSA can provide to paying agency customers and prevents GSA from moving reimbursable services offered under other funds to the FCSF, which limits TTS's ability to consolidate reimbursable programs, increasing administrative costs and impacting operational efficiency.

The following programs will be offered under reimbursable models in FY 2025.

**USAGov Call Center**
The USAGov Contact Center reimbursable program helps agencies by offering contact center services to support their mission. Our program provides agencies access to an established modern contact center. This model enables economies of scale, which results in cost savings for both customer agencies and GSA.

In FY 2023, the USAGov Contact Center launched expanded 24x7x365 support for Login.gov, as well as provided emergency support for the U.S. Department of State when requested, including when a new phone line was needed to help answer calls regarding the Sudan crisis. As a result of this work, in FY 2023, the USAGov Contact Center has answered over 435,000 phone calls and chats for USA.gov and USAGov en Español customers about Government services and more than one million phone calls and emails for customer agencies, representing 77 percent percent growth year-over-year.

In FY 2024, the USAGov Contact Center will work to develop an updated growth strategy, while continuing to support customer agencies and provide a positive customer experience to the public who call, chat, or email the contact center. In FY 2025, the USAGov Contact Center will be recompeting the contract that operates the contact center and leveraging that recompete to implement the updated growth strategy developed in FY 2024.

**Federal Audit Clearinghouse**
The Federal Audit Clearinghouse (FAC) provides over 100 grantmaking agencies access to a single portal to manage the Single Audit process for recipients of Federal financial assistance, also known as grants. Historically, OMB has designated the Census Bureau as the entity hosting the FAC. In FY 2022, OMB designated GSA as the new host for the FAC and directed that GSA build a new and modernized FAC. GSA relied on American Rescue Plan (ARP) and FCSF funds to develop the modernized FAC. In FY 2023, GSA completed the rebuild of a minimum viable product, enabling grantees to upload their 2023 audits. In FY 2024, using a combination of ARP funding and agency contributions under the FCSF reimbursable authority,

J.R. 1222

GSA will complete the migration of historical data from the legacy Census FAC to the modernized GSA FAC and will continue to improve the FAC to provide enhanced audit-management services. Examples of such services include the ability to automatically flag audit submissions that are incomplete and automatically flag audit submissions that are likely to require detailed review. In FY 2025, the proposed budget will be fully supported by agency contributions under the FCSF reimbursable authority.

**Interagency Suspension and Debarment Committee and Lead Agency Coordination Request System**

t the request of the OMB Office of Federal Procurement Policy, a system for the Interagency Suspension and Debarment Committee (ISDC) was developed in FY 2023 and stood up in the first quarter of FY 2024 to support the ability of Federal agencies to provide a secure coordination process for identifying the lead agency for a pending contract suspension or debarment investigation. This system was established with a combination of Cross-Agency Priority (CAP) and ARP funds, and will be funded via ARP funds in FY 2024. For FY 2025, OMB and GSA will partner to initiate the collection of funds from Agencies to support the launch and maintenance of the Lead Agency Coordination Request (LACR) system, which will serve as the official workflow management system of the ISDC.

**Customer experience improvement projects at High-Impact Service Providers**

The FY 2025 budget proposes collecting $10 million in Agency Contributions to fund targeted projects for specific agencies that are mutually agreed upon by the contributing Agencies, OMB, and GSA. These projects will support improvement efforts outlined in HISP FY 2025 Customer Experience Action Plans. This funding will allow GSA to commit its resources to work alongside agency HISP staff, delivering targeted improvements to priority services, while building HISP staff capacity to continually improve customer experience outcomes through new approaches.

**Strengthening the Federal technology workforce through fellowships**

Fellowships funded by the FCSF are an essential investment in the interest of the public and the nation as a whole. The Presidential Innovation Fellowship (PIF) and U.S. Digital Corps fellowship (USDC) attract and nurture a diverse pool of talented technologists who are dedicated to public service and possess a passion for driving positive change. By funding these fellowships, the Government benefits from attracting top mid-to-senior professionals and recent graduates who in turn bring fresh perspectives, expertise, and ideas to address pressing societal change.

Fellows work closely with experienced Government officials, gaining invaluable insights into the complexities of public administration and policy making, to enable the acceleration of Government technology practice and product innovation. By design, in the case of USDC, and in practice for PIF, fellows are likely to remain within Government post fellowship bolstering the talent of the Federal workforce, fostering inclusivity and continuing to promote technical innovation—leading to a more effective Government. PIF and USDC operate under

FCSF-21

*U.S. General Services Administration*
*Federal Citizen Services Fund*

reimbursable models paid for by agency fees. USDC is currently also operating with initial program seed funding provided by the American Rescue Plan through the end of FY 2024.

**Presidential Innovation Fellows**

The Presidential Innovation Fellows Program (PIF) has had a transformative impact on driving innovation and technology advancements within the Federal Government. Since its inception over a decade ago, the PIF program has attracted some of the brightest minds from diverse backgrounds, including technology, design, and entrepreneurship to work on critical challenges facing the Government. With cohorts of fellows working on projects for 12 to 24 months, the program has made significant strides in improving public services, enhancing data-driven decision-making, and implementing cutting-edge technologies, including artificial intelligence and machine learning. Over the years, the PIF program has tackled a wider range of issues such as healthcare, cybersecurity, public experience and open data initiatives. By leveraging the expertise and fresh perspectives of the fellows, the program has led to the development of innovative solutions that have not only streamlined Government operations but also improved citizen experiences. The success of PIF serves as a testament of the power of collaboration between the public and private sector driving positive change and fostering a culture of innovation in the Government.

The FY 2025 request includes direct appropriations that will ensure that the PMO has the capacity to scale up for AI-specific talent, facilitating activities such as recruiting, reviewing applications, and placing AI PIFs with agencies.

**U.S. Digital Corps**

The U.S. Digital Corps (USDC) recruits and develops diverse, highly skilled, and mission-driven early-career technologists to work across the Federal Government. USDC Fellows serve in a range of information technology roles, including software engineering, data science, product management, design, and cybersecurity. The USDC model embeds these recent graduates in other Federal agencies for 2 years, while they receive professional development, mentorship, and other support from GSA. With its current hiring approach, USDC Fellows are eligible for conversion to the competitive service as career employees after the first year. At the program's conclusion after 2 years, Fellows can transfer permanently from GSA to their host agencies to continue their careers, strengthening the overall junior and mid-level Federal technology workforce, which has been a long-standing workforce challenge.

In FY 2023, the Digital Corps hired its second cohort of 48 Fellows from a pool of nearly 1,400 applications—25 percent more than in its inaugural cohort—while continuing to support and grow the 38 Fellows hired in FY 2022 in their second year of work. Both cohorts of USDC Fellows exceeded program goals for size and diversity, and more than 80 percent of each class of Fellows are first-time Federal employees. With a total fellowship size of 86, USDC is positioned to expand its impact and continue testing program design hypotheses that support a high-volume, early-career technology talent pipeline for the entire Federal Government.

FCSF-22

Looking ahead to the 2024 cohort (Fellowship years FY 2025 – FY 2026), USDC received over 2,000 applications, a 150 percent increase year over year, with growth limited only by the applicant caps in place. This included over 500 applicants for data science and AI-enabling positions whose work will directly contribute to the AI Executive Order's AI Talent Surge.

USDC will continue to support agencies in key impact areas, including administration priorities such as customer experience, equity, cybersecurity, and open science.

The FY 2025 request includes direct appropriations that will ensure that the PMO has the capacity to scale up for AI-specific talent, facilitating activities such as recruiting, reviewing applications, and placing AI Digital Corps Fellows with agencies.

*U.S. General Services Administration*
*Federal Citizen Services Fund*

**Appendix: Congressional and administration priorities supported by TTS products and services under the FCSF**

As a shared service provider, TTS delivers products and services to enable Government-wide implementation of laws, executive orders and policy. The tables below offer a sample of the ways that products, programs and services offered under the FCSF support this implementation, beyond enabling GSA's own compliance.

**Statutes**

| Statute | Products and services that support implementation |
|---|---|
| FedRAMP Authorization Act of 2022 | FedRAMP |
| 21st Century Integrated Digital Experience Act of 2018 | U.S. Web Design System, Digital.gov, Section 508 PMO, Search.gov, 10x, Digital Analytics Program |
| The Grant Reporting Efficiency and Agreements Transparency Act (2019) | Federal Audit Clearinghouse, 10x |
| Foundations for Evidence-based Policymaking Act of 2018 (specially the OPEN Government Data Act) | Data.gov, 10x |
| Crowdsourcing and Citizen Science Act of 2017 | CitizenScience.gov |
| TALENT Act of 2017 | Presidential Innovation Fellows |
| America COMPETES Act (first passed 2007) | Challenge.gov |
| E-Government Act of 2002 | USAGov, 10x |
| Single Audit Act of 1984 | Federal Audit Clearinghouse |
| Paperwork Reduction Act | Digital.gov, Voice of the Public (formerly Research Operations), 10x |
| Rehabilitation Act (29 U.S.C. 794d) | Section 508 PMO, U.S. Web Design System, 10x |
| AI Training Act of 2022 (Public Law No. 117-207) | Government-wide AI Training |

FCSF-24

J.R. 1226

**Executive Orders**

| Executive Order | Products and services |
|---|---|
| EO 14058 on Transforming Federal Customer Experience and Service Delivery to Rebuild Trust in Government | USAGov, Presidential Innovation Fellows, US Digital Corps, Public Benefits Studio, 10x |
| EO 14028 on Improving the Nation's Cybersecurity | FedRAMP, 10x |
| EO 14019 on Promoting Access to Voting | vote.gov, 10x |
| EO 13985 On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government | USAGov, vote.gov, Voice of the Public (formerly Research Operations), 10x |
| EO 13166 on Improving Access to Services with Limited English Proficiency | Search.gov, USAGov, vote.gov, 10x |
| EO 12549 on Debarment and Suspension | Interagency Suspension and Debarment Committee |

**Other Policy**

| Memos, Circulars, etc. | Products and services |
|---|---|
| Managing Customer Experience and Improving Service Delivery (A-11-280) | Digital Analytics Program, Feedback Analytics Program, 10x |
| Moving the U.S. Government Toward Zero Trust Cybersecurity Principles (M-22-09) | Search.gov, Site Scanning, 10x |
| Delivering a Digital-First Public Experience M-23-22 | U.S. Web Design System, Digital Analytics Program, Feedback Analytics, Site Scanning, Search.gov, , 10x |
| Security Authorization of Information Systems in Cloud Computing Environments (FedRAMP Policy Memo) | FedRAMP |

*U.S. General Services Administration*
*Federal Citizen Services Fund*

| 2016 Agency Open Government Plans (M-16-16) | Data.gov, Open Government Secretariat |
|---|---|
| Open Data Policy (M-13-13) | Data.gov |
| Final Guidance on Implementing the Plain Writing Act of 2010 (M-11-15) | Digital.gov, 10x |
| Challenges and Prizes to Promote Open Government (M-10-11) | challenge.gov |
| Open Government Directive (M-10-06) | Data.gov, Open Government Secretariat |
| DHS Emergency Support Function #15 | USAGov, Digital.gov |

**Appendix: American Rescue Plan investments sustained through the FY 2025 FCSF request**

The American Rescue Plan provided crucial rehabilitation funding for foundational digital services, as well as seed funding for new digital transformation ventures. The FY 2025 budget requests for the following programs (using direct appropriations, Agency Contributions, and reimbursable-funding models) demonstrate the positive impact of numerous ARP investments. The table below shows key ARP investments in specific new and existing programs where the FY 2025 Budget will support new capabilities, expanded service, and brand-new products and programs. This list is not inclusive of all ARP investments, but instead specific to positive outcomes that TTS will carry forward within the FCSF.

| ARP Project | Designated ARP Funding (Dollars in Thousands) |
|---|---|
| 10x ARP-Aligned Projects | $5,000 |
| Challenge.gov Innovation | $982 |
| Federal Audit Clearinghouse Transition and Modernization | $10,122 |
| FedRAMP Automation | $10,000 |
| FedRAMP Backlog Reduction | $1,073 |
| Public Benefits Studio Research & Development | $10,188 |

FCSF-26

J.R. 1228

*U.S. General Services Administration*
*Federal Citizen Services Fund*

| | |
|---|---:|
| Search.gov improvements to searcher experience | $2,300 |
| TTS Developer Tools | $4,000 |
| U.S. Digital Corps Launch | $8,500 |
| U.S. Web Design System Inclusive Design Patterns | $750 |
| USAGov Reimagined | $8,000 |
| Vote.gov Modernization | $7,000 |

FCSF-27

J.R. 1229

*U.S. General Services Administration*
*Federal Citizen Services Fund*

---

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1230

**U.S. General Services Administration**

**TECHNOLOGY MODERNIZATION FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ............................................................................................... 2
Program Description ...................................................................................................... 2
Summary of the Request ............................................................................................... 3
Program Financing......................................................................................................... 9
Amounts Available for Obligation ................................................................................10
Explanation of Changes, Appropriated Dollars and FTE ...........................................11
Obligations by Object Classification ...........................................................................12

J.R. 1231

U.S. General Services Administration
Technology Modernization Fund

**Appropriations Language**

*For carrying out the purposes of the Technology Modernization Fund, as authorized by section 1078 of subtitle G of title X of the National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91;40 U.S.C. 11301 note), $75,000,000 to remain available until expended.*

**Program Description**

The American public expects their Government's technology to keep up with the simple, seamless, and secure transactions they are used to when they interact with leading private consumer experiences. Every interaction between the Government and the public is an opportunity to demonstrate that we can deliver on that expectation and increase the public's trust in Government. This is especially true when the impact is high or when people are going through a life experience where they have to interact with multiple agencies in order to access the services they rely on.

The Technology Modernization Fund (TMF) is an innovative investment program transforming the way agencies deliver accessible, secure, and people-first services to the American public. Cybersecurity, customer experience, and a shared need to modernize technology across Government are top investment priorities. With the support of the TMF Program Management Office (PMO), our Federal agency investments are putting people at the center of everything Government does, creating a vision for better service delivery based on the public's life experiences rather than siloed funding streams or organizational structures.

The National Defense Authorization Act for Fiscal Year 2018 (Public Law 115-91), Subtitle G– Modernizing Government Technology (MGT) Act, Section 1078 established the TMF and Technology Modernization Board (TMF Board or Board). The TMF is administered by the U.S. General Services Administration (GSA) in accordance with recommendations made by the interagency TMF Board established by the MGT Act. The Board is chaired by the Federal Chief Information Officer and comprises six additional voting members, delineated in the Act, possessing expertise in IT development, financial management, cybersecurity, privacy, and acquisition. Additionally, alternate Board members provide further expertise and can stand in as a voting Board member. The MGT Act authorizes the TMF to transfer appropriations and collections in the TMF to other agencies as determined by the TMF Board.  The American Rescue Plan Act of 2021 (Public Law 117-2) added an additional $1 billion appropriation to the TMF.

In its first 6 years, the TMF has become a critical component in driving digital transformation across the Federal enterprise. It can be difficult for agencies to fund large, multi-year modernizations or to address urgent cybersecurity needs within their annual IT budget. The TMF represents an innovative model for funding and overseeing IT modernization projects since it a) relies on technical experts to review requests and oversee performance; b) invests money in smaller, incremental amounts based on the value being delivered; c) allows agencies to request money in a way that is better aligned with the fast pace of changing technology,

especially around cybersecurity; and d) incentivizes the development of shared and reusable services across Government.

The TMF emphasizes an agile, iterative approach to systems development, and gathers information on technology projects as they are deployed to ensure they are delivering results. This approach leads to faster adoption of modern digital tools and saves taxpayer money. Every dollar of repayment is being used to fund future technology investments, and the TMF is working diligently to raise repayment rates for future investments, most recently implementing updated repayment guidance in February 2024. Beyond the funding, the TMF PMO at GSA partners with agencies every step of the way—pre-proposal through project completion—and takes an integrated, hands-on approach to technology modernization.

Good technology is critical to implementing good policy and serving the American public, so it is essential to invest in modernization nimbly and effectively. The TMF Board, TMF PMO, and the Office of Management and Budget interrogate proposals to ensure they are technically sound and have executive support, and project teams are able to successfully execute on the vision. The Board ensures accountability and improved outcomes through quarterly reviews and incremental funding as projects achieve milestones and demonstrate progress. The TMF is a catalyst to show what is possible across Government—and to scale lessons learned.

Ultimately, retiring or modernizing vulnerable and inefficient legacy IT systems will make agencies more secure and yield savings in time and budget. Absent immediate action, the cost to operate and maintain legacy systems will continue to grow while cybersecurity vulnerabilities and other risks grow. As a means of addressing these pressing challenges, sustained investment in the TMF is an important step in changing the way the Government manages its IT portfolio.

**Summary of the Request**

The TMF is on track to allocate the vast majority of current funds, including $1 billion provided by the American Rescue Plan Act and is planning to announce several large value investments in the first half of 2024. The FY 2025 budget requests $75 million for investments in projects selected by the Board and for work related to the administration of the Fund. Despite the TMF's far-reaching impacts, this amount represents only a little more than .1 percent of the portion of the U.S. Government's annual IT spending.[1]

In the last few years, the TMF has increased its annual investment rate more than tenfold. The Fund currently manages more than $830 million worth of systems upgrades and modernization projects totaling 51 investments across 29 Federal agencies and has received and reviewed more than 250 proposals totaling about $3.8 billion in funding demand. Absent additional appropriations, the TMF will continue shepherding investments with available resources, but will not be able to tackle large-scale investments needed to advance policy priorities nor meet the significant demand shown for the Fund.

---

[1] FY 2023 IT spending as reported on the IT Dashboard: https://www.itdashboard.gov/

J.R. 1233

*U.S. General Services Administration*
*Technology Modernization Fund*

With many investments actively underway, the TMF investment approach is already seeing improved outcomes and enabling agencies to get meaningful results. Agencies and the public are seeing dramatic, measurable impact from the investments.

Examples include:

- Improving the customer experience for anyone seeking access to 12 million historic land records at the U.S. Department of the Interior's Bureau of Land Management, decreasing the effort to publish those records by 80 percent.
- Enabling access to digital service records for Veterans and their families through the National Archives and Records Administration, and access to services and benefits at the U.S. Department of Veterans Affairs with a secure single sign-on experience, making the process more efficient and less time consuming for veterans.
- Securing systems that protect the personal information of retirement and disability beneficiaries and their families by the Social Security Administration, providing virtual, telephone, and in-office support to hundreds of thousands of customers daily.
- Modernizing the OPM.gov website for Federal employees and job seekers by improving the Government's ability to recruit job seekers, supply the Federal workforce with relevant career information, and make it easier for public servants to manage their benefits.
- Working toward strengthening the security of data and privacy protections for:
  - 70 million retirement and disability beneficiaries and their families served by the Social Security Administration.
  - 800 national security users of Treasury's classified information sharing network.
  - U.S. Agency for Global Media's reporters stationed in high-risk areas around the world, their sources, and the thousands of global media affiliates that rely on their news and information.
  - Millions of Americans served by the public health information and programs overseen by the Health and Human Services Office of Inspector General.
  - The only nationwide radiation monitoring system in the United States.

The work of the TMF allows the Federal Government to address critical technology challenges by modernizing high-priority systems, addressing cybersecurity needs, improving public-facing digital services, and supporting cross-government collaboration and scalable services. This unique approach raises the bar for efficient investment in Federal IT modernization.

The mission of the TMF is simple: help make it easier and safer for Americans to get the services they need from the Federal Government. TMF investments are helping agencies implement statutory requirements and other priorities outlined in policy and Executive Orders. Notably, agencies have received funding to execute actions in Executive Order 14028, Improving the Nation's Cybersecurity; OMB Memorandum M-22-09, Moving the U.S. Government Toward Zero Trust Cybersecurity Principles; M-23-22, Delivering a Digital-First

J.R. 1234

Public Experience; and Executive Order 14110, Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence. The TMF works in partnership with agencies on this mission,

offering assistance in different ways – by accelerating work being done in their agency or by being responsive to emerging and critical security, customer experience, and IT modernization issues. The TMF allows agencies to access capital to tackle IT modernization needed to keep up with the fast pace of changing technology, and we remain dedicated to meeting agencies where they're at with that capital, as well as solutions, support, and as a complement to ongoing modernization at agencies at varying levels of maturity in those processes.

Any reduction of available funds impacts the TMF's ability to help Federal agencies address these IT challenges. The TMF is uniquely positioned to help Federal agencies of all sizes deliver the solutions and services the American people deserve, and this vital work will require dedicated, continued funding.

*U.S. General Services Administration*
*Technology Modernization Fund*

(Dollars in Thousands)

| Investments under the American Rescue Plan | |
| --- | --- |
| **Projects Approved by the Board** **FY 2024 Projects** | **Project Allocations** |
| U.S. General Services Administration Government | $ 10,730 |
| U.S. Department of Justice Antitrust Division Improving Antitrust Enforcement with Modern Technology | $ 42,754 |
| Armed Forces Retirement Home Electronic Health Record Systems | $ 6,050 |
| U.S. Department of Labor Benefits | $ 3,465 |
| **FY 2024 Projects Subtotal** | **$ 62,999** |
| **Projects Approved by the Board** **FY 2023 Projects** | **Project Allocations** |
| U.S. Department of Transportation Interactions Through Human-Centered Design | $ 8,040 |
| Federal Trade Commission Securing and Modernizing the Registration Number System | $ 1,100 |
| National Transportation Safety Board Improving CX with Digital Content Delivery | $ 16,208 |
| U.S. Department of the Interior Digitizing Records for Easier Public Access | $ 9,180 |
| U.S. Department of Labor Enhancing Security of DOL Data and Applications | $ 15,182 |
| U.S. Environmental Protection Agency Securing Data Availability and Integrity | $ 2,500 |
| U.S. Department of Veterans Affairs Benefits Management and Customer Support | $ 7,379 |
| U.S. Department of Health and Human Services Maturing OIG's Zero Trust Architecture | $ 18,000 |
| U.S. Department of Transportation Application Rationalization Modernization | $ 6,430 |
| U.S. Social Security Administration Personal Data Security for Public Benefits Processing | $ 23,300 |
| U.S. Department of the Treasury Secure Cloud National Intelligence Sharing | $ 11,145 |
| U.S. Agency for Global Media Improving IT Security with Zero Trust Architecture | $ 6,200 |
| U.S. Railroad Retirement Board Citizen-Centric Online Self-Services | $ 8,695 |
| U.S. Agency for International Development Project Campfire | $ 5,917 |
| U.S. AbilityOne Commission Management System (PLIMS) 2.0 | $ 1,781 |
| U.S. Department of Housing and Urban Development Connection | $ 14,800 |
| U.S. Office of Personnel Management Website and Digital Modernization | $ 6,048 |
| U.S. Department of Defense Critical Infrastructure Cyber Protection | $ 15,575 |
| **FY 2023 Projects Subtotal** | **$ 177,481** |

TMF-6

J.R. 1236

*U.S. General Services Administration*
*Technology Modernization Fund*

| Projects Approved by the Board<br>FY 2022 Projects | Project Allocations | |
|---|---|---|
| U.S. Department of Labor | | |
| PERM Visa Modernization | $ | 7,221 |
| U.S. Corporation for National and Community Service (Americorps) | | |
| Grants Management Modernization | $ | 14,000 |
| U.S. Agency for International Development | | |
| Zero Trust Architecture | $ | 5,688 |
| U.S. Department of Agriculture | | |
| Network Modernization (USDANet) | $ | 64,000 |
| U.S. Federal Trade Commission | | |
| Multi-Cloud Security Operations Center | $ | 3,990 |
| U.S. Department of Homeland Security | | |
| Information Sharing Modernization | $ | 26,950 |
| U.S. National Archives and Records Administration | | |
| High Value Asset (HVA) Mission Essential Systems | $ | 9,133 |
| U.S. Department of Agriculture | | |
| Network Monitoring, Detection, and Response | $ | 4,407 |
| U.S. Department of Veterans Affairs | | |
| Veteran Identity Modernization | $ | 10,550 |
| U.S. Postal Regulatory Commission | | |
| IT Modernization | $ | 4,045 |
| U.S. Selective Service System | | |
| Registration and Verification Modernization | $ | 5,989 |
| **FY 2022 Projects Subtotal** | **$** | **155,972** |
| Projects Approved by the Board<br>FY 2021 Projects | Project Allocations | |
| U.S. Office of Personnel Management | | |
| Zero Trust Networking | $ | 9,900 |
| U.S. Department of Education | | |
| Zero Trust Architecture | $ | 20,000 |
| U.S. General Services Administration | | |
| Login.gov | $ | 187,050 |
| U.S. Department of Homeland Security | | |
| Southwestern Border Technology Integration Program | $ | 50,000 |
| U.S. General Services Administration | | |
| MAX.gov Transition | $ | 5,040 |
| U.S. General Services Administration | | |
| Advancing Zero Trust | $ | 29,802 |
| | | |
| Classified Projects* | $ | 52,065 |
| **FY 2021 Projects Subtotal** | **$** | **353,857** |
| **Grand Total FY 2021 - FY 2024** | **$** | **750,309** |

TMF-7

J.R. 1237

*U.S. General Services Administration*
*Technology Modernization Fund*

(Dollars in Thousands)

| Investments under Annual Appropriations | | |
|---|---|---|
| **Projects Approved by the Board** **FY 2024 Projects** | **Project Allocations** | |
| U.S. General Services Administration | | |
| Government | $ | 8,971 |
| U.S. Department of Justice Antitrust Division | | |
| Improving Antitrust Enforcement with Modern Technology | $ | 2,761 |
| **FY 2024 Projects Subtotal** | **$** | **11,732** |
| **Projects Approved by the Board** **FY 2021 Projects** | **Project Allocations** | |
| U.S. Department of Labor | | |
| Data Modernization | $ | 9,600 |
| **FY 2021 Projects Subtotal** | **$** | **9,600** |
| **Projects Approved by the Board** **FY 2020 Projects** | **Project Allocations** | |
| U.S. Equal Employment Opportunity Commission | | |
| Charge and Case Management System Modernization | $ | 4,000 |
| U.S. Department of Agriculture | | |
| Agricultural Marketing Specialty Crops System Modernization | $ | 8,000 |
| U.S. Department of Homeland Security | | |
| Customs and Border Protection Automated Commercial Environment (ACE) Collections Migration | $ | 15,000 |
| **FY 2020 Projects Subtotal** | **$** | **27,000** |
| **Projects Approved by the Board** **FY 2019 Projects** | **Project Allocations** | |
| U.S. Department of Labor | | |
| Labor Certificate Processing Modernization | $ | 3,500 |
| U.S. General Services Administration | | |
| Application Modernization Integrating Flexible Architectures | $ | 7,339 |
| U.S. Department of Agriculture | | |
| Infrastructure Optimization and Cloud Adoption | $ | 220 |
| U.S. General Services Administration | | |
| NewPay Payroll and Work Schedule and Leave Software-as-a-Service Implementation | $ | 7,317 |
| **FY 2019 Projects Subtotal** | **$** | **18,376** |
| **Projects Approved by the Board** **FY 2018 Projects** | **Project Allocations** | |
| U.S. Department of Energy | | |
| Enterprise Cloud E-Mail | $ | 2,436 |
| U.S. Department of Agriculture | | |
| Farmers.gov Customer Experience Portal | $ | 4,000 |
| U.S. Department of Housing and Urban Development | | |
| UNISYS Mainframe Migration | $ | 13,850 |
| **FY 2018 Projects Subtotal** | **$** | **20,286** |
| **No New Projects in FY 2022** | | |
| **Grand Total FY 2018 - FY 2024** | **$** | **86,995** |

TMF-8

*U.S. General Services Administration*
*Technology Modernization Fund*

**Program Financing**

The TMF provides up-front funding to agencies through transfers of budget authority from the TMF to the receiving agency. The Fund invests in a diverse portfolio of projects having varying levels of repayment flexibility. The expenses of the GSA TMF PMO, which executes the responsibilities of GSA including TMF Board support, are funded through the available fund balance.

GSA works with the Board and OMB to continuously monitor ongoing spend while evaluating and adjusting, as needed, the reimbursement model on an annual basis. Through this process, GSA ensures the solvency of the Fund. Agencies receive funding from the TMF in increments and repay the TMF per a written agreement between GSA and the agency. This unique structure provides agencies with additional flexibility to pursue important modernization and cybersecurity projects.

GSA is requesting $75 million in FY 2025, an increase of $25 million over the enacted FY 2023 level, to accelerate Government-wide IT modernization efforts, meet a significant increase in demand for investment from agencies, support active projects, and the associated program management and project oversight.

Long term, the TMF is focused on ensuring the sustainability of the Fund while meeting the significant demand from agencies tackling critical technology infrastructure investment needs. This includes raising the minimum agency repayment rate for future investments to 50 percent unless under rare exceptions that the GSA Administrator and OMB Director approve a lower repayment rate.

Lastly, GSA and OMB will work to explore alternative funding mechanisms for the TMF to increase the amount of funding available in the TMF to make continued investments while simultaneously alleviating the burden on the Financial Services and General Government Appropriations Subcommittee.

J.R. 1239

*U.S. General Services Administration*
*Technology Modernization Fund*

**Amounts Available for Obligation**

(Dollars in Thousands)

| Annual Appropriations and Collections | FY 2023 Enacted | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| **Resources:** | | | | | | |
| Available from prior year.................................. | $ | 126,648 | $ | 212,522 | $ | 309,016 |
| Appropriation ................................................. | $ | 50,000 | $ | 50,000 | $ | 75,000 |
| Return of Unused Funds.................................. | $ | 469 | $ | 63 | $ | - |
| Offsetting Collections...................................... | $ | 35,405 | $ | 46,431 | $ | 70,036 |
| Total Resources Available............................... | $ | 212,522 | $ | 309,016 | $ | 454,052 |
| PMO Obligations............................................. | $ | - | $ | - | $ | - |
| Transfer Out for Modernization Projects.......... | $ | - | $ | - | $ | - |
| **Fund Balance............................................** | **$** | **212,522** | **$** | **309,016** | **$** | **454,052** |

| American Rescue Plan Act 2021 - 2025 | FY 2023 Enacted | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| **Resources:** | | | | | | |
| Available from prior year.................................. | $ | 753,544 | $ | 578,979 | $ | 184,185 |
| Appropriation ................................................. | $ | - | $ | - | $ | - |
| Return of Unused Funds.................................. | $ | 4,961 | $ | 611 | $ | - |
| Total Resources Available............................... | $ | 758,505 | $ | 579,590 | $ | 183,723 |
| PMO Obligations............................................. | $ | (4,971) | $ | (7,530) | $ | (7,511) |
| PMO Obligations (Discovery Initiative)............. | $ | (1,400) | $ | (1,200) | $ | (1,200) |
| Transfer Out for Modernization Projects.......... | $ | (173,156) | $ | (386,675) | $ | (175,012) |
| **Fund Balance............................................** | **$** | **578,979** | **$** | **184,185** | **$** | **0** |

Note: Total Resources Available and Fund Balances include amounts committed to approved projects in the outyears but are reflected here as they contribute to the current balances.

TMF-10

*U.S. General Services Administration*
*Technology Modernization Fund*

## Explanation of Changes, Appropriated Dollars and FTE

(Dollars in Thousands)

| Appropriated Fund | FTE | FY 2023 Enacted | FTE | FY 2024 Full Year CR | FTE | FY 2025 Request |
|---|---|---|---|---|---|---|
| | | $ 50,000 | | $ 50,000 | | $ 75,000 |
| **Program Changes:** | | | | | | |
| **Change in Personnel Costs from Program Expansion** | | | | | | $ - |
| **Change in Non-Personnel Costs due to Program Expansion** | | | | | | $ - |
| **Change in Transfers to Modernization Projects** | | | | | | $ 25,000 |
| Subtotal, Program Changes | | | | | | $ 25,000 |
| **Total Adjustments** | | | | | | $ 25,000 |

| American Rescue Plan Act Fund | FTE | FY 2023 Actuals* | FTE | FY 2024 Full Year CR** | FTE | FY 2025 Request** |
|---|---|---|---|---|---|---|
| | 17 | $ 26,871 | 30 | $ 25,275 | 30 | $ 9,711 |
| **Program Changes:** | | | | | | |
| **Change in Personnel Costs from Program Expansion** | | | | | 0 | $ 423 |
| **Change in Non-Personnel Costs due to Program Expansion** | | | | | | $ (442) |
| **Change in Expenditure Transfers to Modernization Projects*** | | | | | | $ (15,545) |
| Subtotal, Program Changes | | | | | 0 | $ (15,564) |
| **Total Adjustments** | | | | | 0 | $ (15,564) |

*FY 2023 actuals includes expenditure transfers

**FY 2024 and FY 2025 include $1.2M for the Discovery Initiative

***Expenditure transfers decrease in FY 2025, due to the projected final transfer in FY 2025 for the currently known projects that require expenditure transfers instead of non-expenditure transfers.

TMF-11

*U.S. General Services Administration*
*Technology Modernization Fund*

**Obligations by Object Classification**

(Dollars in Thousands)

| American Rescue Plan Act Fund | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| 11.1 Full-time, permanent........................................... | $ 2,377 | $ 3,751 | $ 4,062 |
| 11.3 Other than full-time permanent........................... | $ 101 | $ 102 | $ 110 |
| 11.5 Other personnel compensation.......................... | $ 13 | $ - | $ - |
| 11.8 Special personnel services payments................. | $ 7 | $ - | $ - |
| 12.1 Civilian personnel benefits................................ | $ 852 | $ 1,248 | $ 1,352 |
| 21.0 Travel and transportation of persons................. | $ 66 | $ 80 | $ 80 |
| 23.1 Rental payments to GSA.................................... | $ - | $ - | $ - |
| 23.3 Communications and utilities............................. | $ - | $ - | $ - |
| 24.0 Printing and reproduction................................. | $ - | $ - | $ - |
| 25.1 Advisory and assistance services...................... | $ 1,400 | $ 1,200 | $ 1,200 |
| 25.2 Other services from non-Federal sources........... | $ - | $ - | $ - |
| 25.3 Other goods & services from Federal sources.... | $ 1,553 | $ 2,338 | $ 1,896 |
| 26.0 Supplies and materials..................................... | $ 2 | $ 10 | $ 10 |
| 31.0 Equipment....................................................... | $ - | $ - | $ - |
| 94.0 Financial transfers........................................... | $ 20,500 | $ 16,545 | $ 1,000 |
| **99.0 Obligations, Appropriated (ARP).....................** | **$ 26,871** | **$ 25,275** | **$ 9,711** |
| Subtotal, PC&B..................................................... | $ 3,350 | $ 5,102 | $ 5,525 |
| Subtotal, Non-labor............................................... | $ 23,521 | $ 20,173 | $ 4,186 |
| *ARP Transfers.....................................................* | *$ 147,695* | *$ 369,519* | *$ 174,012* |
| *Annual Appropriation Transfers.........................* | *$ -* | *$ -* | *$ -* |
| *Net Outlays.........................................................* | *$ (9,383)* | *$ (26,000)* | *$ (61,000)* |

**U.S. General Services Administration**

**ELECTRIC VEHICLES FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ................................................................................................ 2
Program Description ...................................................................................................... 2
Program Financing........................................................................................................ 2
Summary of the Request ............................................................................................... 2
Program Benefits .......................................................................................................... 3
Amounts Available for Transfer ..................................................................................... 5
Explanation of Changes, Appropriated Dollars............................................................. 5
Obligations by Object Classification ............................................................................. 5

J.R. 1243

*U.S. General Services Administration*
*Electric Vehicles Fund*

## Appropriations Language

*There is appropriated to the General Services Administration (GSA) $10,000,000, to remain available until expended, for the purchase of zero emission motor vehicles and supporting charging or fueling infrastructure, notwithstanding 42 U.S.C. 13212(c) and in addition to amounts otherwise available for such purposes: Provided, That amounts available under this heading may be transferred to and merged with appropriations at other Federal agencies, at the discretion of the Administrator, for carrying out the purposes under this heading.*

## Program Description

The Electric Vehicles Fund (EVF) enables the U.S. General Services Administration (GSA) to support the Administration's goal of electrifying the Federal fleet by providing the mechanism for GSA to procure zero emission vehicles (ZEV) and the associated charging infrastructure on behalf of Federal agencies.

## Program Financing

The funds appropriated will be transferred and merged with the funds of Federal agencies, such as the Acquisition Services Fund (ASF) and other agency funds, at the discretion of the Administrator. The funds will be used to procure zero emission and electric vehicles and the associated charging infrastructure necessary for agencies to operate those ZEVs and electric vehicles.

## Summary of the Request

The President's FY 2025 Budget requests $10 million for the EVF at GSA to procure ZEVs and the associated charging infrastructure to support the Administration's goal of electrifying the Federal fleet. These funds are critical for agencies to achieve the Administration's goals for transitioning the fleet. GSA will also work with agencies to leverage funding within individual agency operating budgets to further electrification of their fleet requirements in FY 2025.

Based on industry and consumer data, the lifecycle cost of maintaining ZEVs is often a savings over conventionally fueled vehicles. However, historically and despite these potential long-term savings, the up-front acquisition cost of ZEVs is higher than that of similar conventionally fueled models, which has made it difficult for the Federal fleet to adopt electric vehicles and the associated infrastructure. This funding will allow the Federal Government to replace portions of its fleet in a manner that would have a meaningful impact on the environment and transform the United States into a leadership position in electric vehicle manufacturing, creating good jobs across the country. GSA will use the provided funding for the additional up-front cost of ZEVs on behalf of Federal leasing agencies, particularly those with relatively small fleets that do not have a large fleet operating budget, as well as fund the procurement and installation of the charging infrastructure that is critical for agencies to operate zero emission and electric vehicles.

GSA will transfer and merge a portion of the funding with the ASF to enable GSA to procure ZEVs to replace fossil-fuel vehicles on an ongoing basis as ZEVs become commercially available. Additionally, GSA may transfer and merge a portion of this appropriation to other

EVF-2

Federal agency funds, including GSA's Federal Buildings Fund, to enable those agencies to procure the charging infrastructure necessary for agencies to operate these ZEVs.

**Program Benefits**

Managing $10 million centrally in the EVF will enable GSA to provide standardized guidance and direction, encourage consolidations into GSA's leased fleet, create efficiencies in Federal fleet operations, and promote a coordinated and accelerated conversion of fleet vehicles from internal combustion engine (ICE) vehicles to ZEVs. Centralizing this fleet electrification funding at GSA will allow GSA to drive down Government-wide fleet management costs while also fighting the climate crisis through fleet electrification. Agencies that consolidate their agency-owned vehicles with GSA will realize an average of 12 cents per mile immediate savings on ICE vehicles, based on a 5-year average as self-reported by agencies as part of their annual fleet reporting. The agency will receive a new vehicle based on GSA's replacement criteria, resulting in agencies receiving a refreshed and modern asset prior to when they normally would be able to replace the asset as an agency-owned vehicle. Agencies leasing from GSA will also be well positioned to convert to and adopt ZEVs as GSA brings ZEVs into the GSA-leased fleet. In FY 2023, 19 percent of new GSA-leased vehicles orders were ZEVs compared to just 3 percent of agency-owned total purchases. In FY 2023, GSA Fleet surpassed FY 2022 ZEV order quantities, as agencies continued to have strong demand for ZEVs.

Funding provided to GSA to support Federal partners would be used to invest in both ZEVs and the charging infrastructure to support operating those vehicles. It is estimated that this funding could support purchasing approximately 370 ZEVs and 185 charging stations across the Federal Government to cover non-complex installations (not inclusive of electrical upgrades or building retrofits).[1]

Increasing the deployment rate of ZEVs will serve as a catalyst for industry and stimulate job growth in green markets. In 2021, jobs in net-zero emissions aligned areas made up approximately 40 percent of total energy jobs. In particular, electric-vehicle jobs increased by 26.8 percent, or 28,366 from the year prior, and plug-in hybrid vehicle jobs increased 10 percent, adding 6,293 jobs.[2] It is predicted that if EVs are fully embraced it could create 56,000 additional auto manufacturing jobs by 2030, (compared to what it would have if no transition took place) and boost whole new industries like EV-charging infrastructure. This includes 17,000 direct jobs in auto manufacturing, 12,000 indirect jobs in the supply chain, and 27,000 induced jobs that could be created when direct and indirect auto workers spend their earnings in the

---

[1] Assumes $20,000 incremental cost (difference in acquisition cost of ZEV vs. its gasoline equivalent) on each zero-emission vehicle and $14,000 for a dual-port charger, installed to support vehicles with a dedicated port for each vehicle. Costs for charging station installation and the necessary building modifications to support the infrastructure vary dramatically between projects, depending on the site. Many federal buildings tend to be historic and have outdated or maxed out electrical capacity. GSA recognizes this effort may require extensive electrical upgrades to much of the federal-building portfolio.

[2] The 2023 U.S. Energy and Employment Report. Accessed January 12, 2024. https://www.energy.gov/policy/us-energy-employment-jobs-report-useer

J.R. 1245

*U.S. General Services Administration*
*Electric Vehicles Fund*

wider economy. The majority of these new jobs would stem from increased battery manufacturing.[3]

ZEVs are more efficient than traditional fueled vehicles, converting over 77 percent of the electrical energy from the grid to power the wheels. ICE vehicles on the other hand can only convert about 12 percent to 30 percent of the energy stored in gasoline to power the wheels.[4] Fuel and maintenance savings and efficiencies vary by region but on average, according to a 2023 University of Michigan study, switching to an all-electric vehicle provides an average fuel savings of 55 percent for consumers nationwide with 71 percent of households seeing over a 50 percent reduction in fuel costs.[5]

Significantly, ZEVs also reduce tailpipe emissions that lead to harmful ozone depletion and pollution. Climate emissions from the manufacturing of ZEVs are slightly higher than those from manufacturing fossil-fuel vehicles. However, a ZEV sedan reduces total lifetime emissions by 52 percent compared to the average gasoline sedan (32 MPG), and a ZEV pickup truck reduces lifetime emissions 57 percent compared with the average gasoline pickup. Accounting for upstream electricity generation, such as emissions that result from raw material extraction, transportation, and burning those fuels to generate energy, over 90 percent of people in the United States live where driving the average ZEV produces fewer global warming emissions than the most efficient gasoline vehicle (59 mpg).[6]

The $10 million in funding would allow GSA to add 370 ZEVs to the fleet through the EVF, which would mitigate 1,663 Metric Tons of Carbon Dioxide ($CO_2$) and 187,093 gallons of gasoline annually.[7]

---

[3] EVs Could Create Thousands of Jobs in Michigan and Revitalize Its Auto Industry. Accessed July 28, 2023. https://www.wri.org/insights/michigan-electric-vehicle-job-creation

[4] "All-Electric Vehicles." *U.S. EPA's Fueleconomy.gov site*. https://www.fueleconomy.gov/feg/evtech.shtml. Accessed February 21, 2023.

[5] Mapping electric vehicle impacts: greenhouse gas emissions, fuel costs, and energy justice in the United States. https://css.umich.edu/publications/research-publications/mapping-electric-vehicle-impacts-greenhouse-gas-emissions-fuel-0. Accessed July 28, 2023.

[6] Reichmuth, David. "What Are the Benefits of Switching from Gasoline-Powered Cars and Trucks to Electric?" *Union of Concerned Scientists*. February 21, 2022. https://blog.ucsusa.org/dave-reichmuth/what-are-the-benefits-of-switching-from-gasoline-powered-cars-and-trucks-to-electric/. Accessed July 27, 2022.

[7] "Greenhouse Gas Equivalencies Calculator." *U. S. Environmental Protection Agency*. March 2022. https://www.epa.gov/energy/greenhouse-gas-equivalencies-calculator. Accessed July 28, 2023.

EVF-4

*U.S. General Services Administration*
*Electric Vehicles Fund*

## Amounts Available for Transfer

(Dollars in Thousands)

|  | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| **Resources:** |  |  |  |
| Available from Prior Year.................................... |  |  | $          - |
| Annual EVF Appropriation ............................... | $          - | $          - | $    10,000 |
| Total Resources Available................................ | $          - | $          - | $    10,000 |
| Transfer Out for Electric Vehicles and Infrastructure... | $          - | $          - | $  (10,000) |
| Fund Balance................................................ | $          - | $          - | $          - |

## Explanation of Changes, Appropriated Dollars

(Dollars in Thousands)

|  | FTE | FY 2023 Enacted | FTE | FY 2024 Full Year CR | FTE | FY 2025 Request |
|---|---|---|---|---|---|---|
|  | 0 | $          - | 0 | $          - | 0 | $    10,000 |
| Program Changes:.......................... |  |  |  |  |  |  |
| Electric Vehicles and Infrastructure. |  |  |  |  |  | $    10,000 |
| Subtotal, Program Changes........ |  |  |  |  | 0 | $    10,000 |
| Total Adjustments............................ | 0 | $          - | 0 | $          - | 0 | $    10,000 |

## Obligations by Object Classification

(Dollars in Thousands)

|  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| 94.0   Financial Transfers................................ | $          - | $          - | $    10,000 |
| **99.0   Obligations, Appropriated...............................** | **$          -** | **$          -** | **$    10,000** |

EVF-5

*U.S. General Services Administration*
*Electric Vehicles Fund*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1248

**U.S. General Services Administration**

**ALLOWANCES AND OFFICE STAFF FOR FORMER PRESIDENTS**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ................................................................................................ 2
Program Description ...................................................................................................... 2
Summary of the Request ............................................................................................... 2
FY 2025 Explanation of Changes.................................................................................. 2
Amounts Available for Obligation ................................................................................. 3
Obligations by Object Classification ............................................................................ 4
FY 2025 Budget Request by Former President........................................................... 5

J.R. 1249

*U.S. General Services Administration*
*Allowances and Office Staff for Former Presidents*                              .

**Appropriations Language**

*For carrying out the provisions of the Act of August 25, 1958 (3 U.S.C. 102 note) and Public Law 95-138,* **$5,500,000.**

**Program Description**

This appropriation provides pensions, office staff, and related expenses for former Presidents Jimmy Carter, William Clinton, George W. Bush, Barack Obama, and Donald Trump.

**Summary of the Request**

The fiscal year (FY) 2025 budget request provides a total of $5.5 million for the annual pensions of the former presidents and compensation of their office staff and related expenses. GSA has a statutory requirement to support these activities under the Former Presidents Act of 1958 as amended (3 U.S.C. § 102 note).

**FY 2025 Explanation of Changes**
(Dollars in Thousands)

|  | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
|  | $ 5,200 | $ 5,200 | $ 5,500 |
| **Program Increases:** | | | |
| Increase for Former President Obama | | | $ 66 |
| Increase for Former President Clinton | | | $ 75 |
| Increase for Former President G. W. Bush | | | $ 48 |
| Increase for Former President Carter | | | $ 64 |
| Increase for Former President Trump | | | $ 47 |
| **Total Adjustments** | | | $ 300 |

The FY 2025 requested budget includes an increase of $300 thousand, a 5.8 percent increase from the FY 2024 C.R. level. The increase is due to an increase in Federal Protection Service costs, an anticipated increase in retirement benefits for FY 2025 and a small increase to the Working Capital Fund contribution to GSA.

J.R. 1250

*U.S. General Services Administration*
*Allowances and Office Staff for the Former Presidents*

**Amounts Available for Obligation**

(Dollars in Thousands)

|  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| Discretionary authority: | | | |
| **Annual appropriation**................................................. | $ 5,200 | $ 5,200 | $ 5,500 |
| Unobligated balance, rescinded................................... | $ - | $ - | $ - |
| Unobligated balance, sequestered............................... | $ - | $ - | $ - |
| Expired Unobligated balance, end of year.................... | $ (620) | $ - | $ - |
| Total, obligations.......................................................... | $ 4,580 | $ 5,200 | $ 5,500 |
| *Net Outlays*.................................................................. | *$ 4,655* | *$ 5,148* | *$ 5,445* |

FP-3

J.R. 1251

*U.S. General Services Administration*
*Allowances and Office Staff for Former Presidents* .

**Obligations by Object Classification**
(Dollars in Thousands)

|  |  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---:|---:|---:|
| 11.1 | Full-time permanent | $ - | $ - | $ - |
| 11.3 | Other than full-time permanent | $ - | $ - | $ - |
| 11.5 | Other personnel compensation | $ - | $ - | $ - |
| 11.8 | Special personnel services payments | $ 305 | $ 398 | $ 384 |
| 12.1 | Civilian personnel benefits | $ 381 | $ 516 | $ 524 |
| 13.0 | Benefits for former personnel | $ 1,213 | $ 1,237 | $ 1,285 |
| 21.0 | Travel and transportation of persons | $ - | $ - | $ - |
| 22.0 | Transportation of things | $ - | $ - | $ - |
| 23.1 | Rental payments to GSA | $ 1,869 | $ 2,291 | $ 2,292 |
| 23.2 | Rental payments to others | $ 7 | $ - | $ - |
| 23.3 | Communications and utilities | $ 114 | $ 203 | $ 211 |
| 24.0 | Printing and reproduction | $ 47 | $ 30 | $ 46 |
| 25.1 | Advisory and assistance services | $ 99 | $ 169 | $ 245 |
| 25.2 | Other services from non-Federal sources | $ - | $ - | $ - |
| 25.3 | Other goods & services from Federal sources | $ 401 | $ 173 | $ 286 |
| 25.4 | Operation and maintenance of facilities | $ - | $ - | $ 2 |
| 25.6 | Medical care | $ - | $ - | $ - |
| 25.7 | Operation and maintenance of equipment | $ 111 | $ 50 | $ 70 |
| 26.0 | Supplies and materials | $ 15 | $ 50 | $ 50 |
| 31.0 | Equipment | $ 18 | $ 83 | $ 105 |
| 43.0 | Interest and dividends | $ - | $ - | $ - |
| 44.0 | Refunds | $ - | $ - | $ - |
| **99.0** | **Obligations, Appropriated (Annual)** | **$ 4,579** | **$ 5,200** | **$ 5,500** |
|  | Subtotal, PC&B | *$ 1,898* | *$ 2,151* | *$ 2,193* |
|  | Subtotal, Non-labor | *$ 2,681* | *$ 3,049* | *$ 3,307* |

FP-4

J.R. 1252

*U.S. General Services Administration*
*Allowances and Office Staff for the Former Presidents*

**FY 2025 Budget Request by Former President**
(Dollars in Thousands)

| | CARTER | CLINTON | G W BUSH | OBAMA | TRUMP | TOTAL |
|---|---|---|---|---|---|---|
| Personnel Compensation | $ - | $ 96 | $ 96 | $ 96 | $ 96 | $ 384 |
| Personnel Benefits | $ - | $ 130 | $ 132 | $ 113 | $ 149 | $ 524 |
| Pensions for Former Presidents | $ 245 | $ 265 | $ 265 | $ 265 | $ 245 | $ 1,285 |
| Travel | $ - | $ - | $ - | $ - | $ - | $ - |
| Rental Payments to GSA | $ 118 | $ 661 | $ 542 | $ 565 | $ 406 | $ 2,292 |
| Communications, Utilities, and Misc | $ 17 | $ - | $ 124 | $ 35 | $ 35 | $ 211 |
| Printing | $ 5 | $ 17 | $ 5 | $ 10 | $ 9 | $ 46 |
| Other Services | $ 173 | $ 144 | $ 65 | $ 99 | $ 122 | $ 603 |
| Supplies | $ 2 | $ 7 | $ 20 | $ 10 | $ 11 | $ 50 |
| Equipment | $ - | $ 26 | $ 9 | $ 56 | $ 14 | $ 105 |
| **FY 2025** | **$ 560** | **$ 1,346** | **$ 1,258** | **$ 1,249** | **$ 1,087** | **$ 5,500** |

*Personnel Compensation and Benefits for former President Carter staff are provided by contract support categorized under 'Other Services'.

FP-5

J.R. 1253

*U.S. General Services Administration*
*Allowances and Office Staff for Former Presidents*                                                          .

**THIS PAGE INTENTIONALLY LEFT BLANK**

FP-6

**U.S. General Services Administration**

**EXPENSES, PRESIDENTIAL TRANSITION**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ........................................................................................... 2
Program Description .................................................................................................. 2
Explanation of Changes ............................................................................................ 3
Summary of the Request ........................................................................................... 3
Appropriations History ............................................................................................... 6
Obligations by Program.............................................................................................. 6
Obligations by Object Class ...................................................................................... 7
Authorizing Legislation .............................................................................................. 8

J.R. 1255

*U.S. General Services Administration*
*Expenses, Presidential Transition*

**Appropriations Language**

*For necessary expenses to carry out the Presidential Transition Act of 1963 (Public Law 88–277), as amended ("the Act"), $11,202,314, of which $7,221,863 is available for activities authorized by sections 3(a)(1) through 3(a)(7) and 3(a)(10) of the Act; $2,980,451 is available for activities authorized by section 5 of the Act; and $1,000,000 is available for activities authorized by subsections 3(a)(8) and 3(a)(9) of the Act: Provided, That such amounts may be transferred and credited to the "Acquisition Services Fund" or "Federal Buildings Fund" to reimburse obligations incurred prior to enactment of this Act for the purposes provided herein related to the Presidential election in 2024: Provided further, That notwithstanding sections 3(c)(1)(A)(ii) and 3(c)(2)(A) of the Act, none of the funds provided under this heading are available during any period of multiple possible apparent successful candidates as described in section 3(c)(2) of the Act except for those amounts made available for section 5 of the Act: Provided further, That in the case where the President-elect is the incumbent President or in the case where the Vice-President-elect is the incumbent Vice President, $10,202,314 is permanently cancelled, pursuant to subsection 3(g) of the Act: Provided further, That amounts available under this heading shall be in addition to any other amounts available for such purposes.*

**Program Description**

This appropriation provides for an orderly transfer of Executive leadership in accordance with the Presidential Transition Act of 1963, as amended. These expenses include costs of $1,000,000 provided for briefing personnel associated with an Incoming Administration. New appropriations are generally requested only in Presidential election years.

J.R. 1256

**Explanation of Changes**
(Dollars in Thousands)

|  | Budget Authority |
|---|---|
| 2024 Full Year CR........................................................ | $ - |
| 2025 Request.............................................................. | $ 11,202 |
| **Net Change**................................................................. | **$ 11,202** |

**Summary of the Request**

The FY 2025 budget requests $11.2 million to provide for the orderly transfer of executive leadership in connection with the expiration of the term of office of the President and the inauguration of a new President. The appropriated transition funds become available to an Incoming Administration beginning the day following the general election and ending 60 days following the inauguration (except that, pursuant to the appropriations language funds are not available during any period of multiple possible apparent successful candidates). Funds are available for expenses of the Outgoing President and Vice President from 30 days before and until six months after their term of office expires.

Incoming Administration

This request includes $7.2 million for the orderly transfer of Executive leadership in connection with the expiration of the term of office of the President and the inauguration of a new President. This is a separate request from GSA's FY 2024 appropriation for Pre-Election Services for the Presidential Transition. These funds may be used at the discretion of the President-Elect, Vice President-Elect, or their designees to provide suitable office space for transition activities; provide compensation to transition office staff; acquire communications services; provide allowances for travel and subsistence; and for printing and postage costs associated with the transition.

This funding will become available to an Incoming Administration following the day of the general election and ending 60 days following the inauguration (except that, pursuant to the appropriations language funds are not available during any period of multiple possible apparent successful candidates). The FY 2025 request for these activities is the cumulative effect of using the methodology established in the Presidential Transition Act and applying annual inflationary adjustments.

These funds will be rescinded if there is no change in Administration following the 2024 Presidential election.

*U.S. General Services Administration*
*Expenses, Presidential Transition*

---

*Considerations: Recent Changes to Presidential Transition Act Statute*

The Electoral Count Reform and Presidential Transition Improvement Act of 2022 (Division P of the FY 2023 Consolidated Appropriations Act, P.L. 117-328), particularly section 202, made significant changes to the structure of services and support provided to eligible candidates during any period beyond the first five days following the Presidential election for which there are multiple possible apparent successful candidates.

Of particular importance, during a period of multiple possible apparent successful candidates, any remaining eligible candidates may receive access to classified briefings that would otherwise be made available to the President-Elect and Vice President-Elect and may also receive access to agency employees for agency review and planning activities. Also, remaining eligible candidates are able to receive expanded services and support from GSA; prior to these changes to the statute, GSA services and support to any remaining eligible candidates was held steady at the Pre-Election level until the Administrator's determination of the sole apparent successful candidate.

The appropriations language proposed for this activity maintains each remaining eligible candidate's access to both the classified briefings and agency employees as well as the expanded GSA support; however, it reserves the appropriated funding that is normally made available to the President-Elect and Vice President-Elect until the outcome of the election is known. A remaining eligible candidate, who is later determined to be the sole apparent successful candidate, would be able to receive reimbursement for allowable expenses incurred prior to that determination, consistent with GSA's practice in the 2000 and 2020 cycles. However, a remaining eligible candidate who is later determined not to be the sole apparent successful candidate would not be eligible for such reimbursement.

This approach maintains the required appropriated amount to support this activity at a level consistent with previously enacted amounts, adjusted for inflation, in alignment with Section 7 of the Act which was not changed by the Presidential Transition Improvement Act (Division P of the Consolidated Appropriations Act, 2023, Public Law 117-328). It also ensures that, in the event of a change in Administration, an Incoming Administration has access to an appropriated amount commensurate with what has been provided in previous cycles, as the limited funding will not be allocated between multiple remaining eligible candidates for any period. While this will require any remaining eligible candidate to self-finance activities between the date of the election and the determination of the sole apparent successful candidate, eligible candidates have the ability to raise funds directly to support their transition expenses, and the sole apparent successful candidate will have the ability to seek reimbursement for any allowable expenses incurred during the period of multiple potential apparent successful candidates.

J.R. 1258

Outgoing Administration

The requested level provides $2.9 million for the Outgoing Administration. Funding will support the expenses of the Outgoing President and Vice President from 30 days before through six months after the date their terms of office expire.

The FY 2025 request for the Outgoing Administration is the cumulative effect of using the methodology established in the Presidential Transition Act and applying annual inflationary adjustments. These funds may be used to provide suitable office space for transition activities; provide compensation to transition office staff; acquire communication services; provide allowances for travel and subsistence; and for printing and postage costs associated with the transition.

These funds will be rescinded if there is no change in administration following the 2024 Presidential Election.[1]

Appointee Orientation[2]

In addition, $1.0 million is requested to pay for or to reimburse Federal agencies for costs related to briefings, workshops, training, and orientation for key prospective Presidential appointees. These funds are authorized in the Presidential Transition Act, section 3(a)(8) and (9), as well as section 7, to be appropriated as may be necessary. These funds become available from the day following the general election through the end of the fiscal year (except that, pursuant to the appropriations language, funds are not available during any period of multiple possible apparent successful candidates).

*Considerations: Recent Changes to Presidential Transition Act Statute*

These Appointee orientation funds are not rescinded if there is no change in administration; they are available to the President-elect in all instances. For that reason, the appropriations language proposed for this activity reserves the funding until the outcome of the election is known. As this funding is available for appointee orientation activities both before and after Inauguration Day, and is available until September 30, 2025, the impact of any delay in accessing these funds is expected to be minor and addressable.

---

[1] The statute also establishes a partial rescission in the event that the President-Elect is the incumbent Vice President.
[2] This activity has been titled "Agency Briefings" in some previous cycles; the "Appointee Orientation" title more accurately reflects the activities supported through this appropriation.

PT-5

*U.S. General Services Administration*
*Expenses, Presidential Transition*

## Appropriations History

(Dollars in Thousands)

| | FY 2017 Actual | | FY 2021 Actual | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| Discretionary Authority: | | | | | | |
| **Annual Appropriation**..................................... | $ | **9,500** | $ | **9,900** | $ | **11,202** |
| Annual Appropriation, Rescinded.................... | $ | - | $ | - | $ | - |
| Obligations.…........................................ | $ | 9,494 | $ | 9,488 | $ | 11,202 |
| *Net Outlays:* | *$* | *8,335* | *$* | *8,895* | *$* | *11,202* |

*In FY 2017 GSA also had $226 in reimbursable obligations associated with Presidential Transition

## Obligations by Program

(Dollars in Thousands)

| | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| 1.  Appointee Orientation................................ | $ | - | $ | - | $ | 1,000 |
| 2.  Incoming President and Vice President.................... | $ | - | $ | - | $ | 7,222 |
| 3.  Outgoing President and Vice President.................... | $ | - | $ | - | $ | 2,980 |
| **Total Appropriation** | $ | - | $ | - | $ | **11,202** |

J.R. 1260

**Obligations by Object Class**
(Dollars in Thousands)

|  |  | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|---|
| 11.8 | Special personnel services payments...... | $ | - | $ | - | $ | 1,436 |
| 12.1 | Civilian personnel benefits...................... | $ | - | $ | - | $ | 357 |
| 13.0 | Benefits for former personnel.................. | $ | - | $ | - | $ | - |
| 21.0 | Travel and transportation of persons....... | $ | - | $ | - | $ | 1,806 |
| 23.3 | Communications and utilities.................. | $ | - | $ | - | $ | 2,398 |
| 24.0 | Printing and reproduction......................... | $ | - | $ | - | $ | 173 |
| 25.1 | Advisory and assistance services............ | $ | - | $ | - | $ | 4,243 |
| 26.0 | Supplies and materials............................ | $ | - | $ | - | $ | 84 |
| 31.0 | Equipment............................................... | $ | - | $ | - | $ | 269 |
| 32.0 | Land and Structures................................ | $ | - | $ | - | $ | 436 |
| **99.0** | **Obligations, Appropriated (Annual).....** | **$** | **-** | **$** | **-** | **$ 11,202** | |
|  | *Subtotal, PC&B.......................................* | *$* | *-* | *$* | *-* | *$ 1,793* | |
|  | *Subtotal, Non-labor................................* | *$* | *-* | *$* | *-* | *$ 9,409* | |
| 99.2 | Obligations, reimbursable........................ | $ | - | $ | - | $ | - |
| 99.9 | Total obligations...................................... | $ | - | $ | - | $ 11,202 | |

Note:  A full-year 2024 appropriation for this account was not enacted at the time the Budget was prepared; therefore, the $10,413,000 request in the 2024 Budget, and its associated obligations and outlays, are not reflected.

J.R. 1261

*U.S. General Services Administration*
*Expenses, Presidential Transition*

**Authorizing Legislation**

Subsection 7(a) of the Presidential Transition Act of 1963, as amended, authorizes appropriations in a fixed amount; however, subsection 7(b) allows for inflationary adjustments.

(a) There are hereby authorized to be appropriated to the Administrator such funds as may be necessary for carrying out the purposes of this Act, except that with respect to any one Presidential transition -
   (1) not more than $3,500,000 may be appropriated for the purposes of providing services and facilities to the apparent successful candidates under section 3, and
   (2) not more than $1,500,000 may be appropriated for the purposes of providing services and facilities to the former President and former Vice President under section 4, except that any amount appropriated pursuant to this paragraph in excess of $1,250,000 shall be returned to the general fund of the Treasury in the case where the former Vice President is the incumbent President.

   The President shall include in the budget transmitted to Congress, for each fiscal year in which his regular term of office will expire, a proposed appropriation for carrying out the purposes of this Act.

(b) The amounts authorized to be appropriated under subsection (a) shall be increased by an inflation adjusted amount, based on increases in the cost of transition services and expenses which have occurred in the years following the most recent Presidential transition, and shall be included in the proposed appropriation transmitted by the President under the last sentence of subsection (a).

**U.S. General Services Administration**

**CIVILIAN BOARD OF CONTRACT APPEALS**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ...................................................................................... 2
Background.......................................................................................................... 2
Program Description ........................................................................................... 3
Amounts Available for Obligation ....................................................................... 4
Explanation of Changes, Appropriated Dollars and FTE ................................... 5
Summary of the Request .................................................................................... 5
Obligations by Object Classification .................................................................. 6

J.R. 1263

*U.S. General Services Administration*
*Civilian Board of Contract Appeals*

**Appropriations Language**
*For expenses authorized by law, not otherwise provided for, for the activities associated with the Civilian Board of Contract Appeals, $10,559,000, of which $2,000,000 shall remain available until expended.*

**Background**
In fiscal year (FY) 2025, the Civilian Board of Contract Appeals (CBCA), an independent tribunal housed within the General Services Administration (GSA), continues to have a separate appropriation from GSA's Operating Expenses appropriation. This separate appropriation reflects the independent nature of the CBCA and increases transparency to Congress and stakeholders by providing additional detail about the CBCA appropriation.

The requested appropriation for FY 2025 of $10,559 thousand is for program costs. That amount reflects anticipated increases in certain areas of the CBCA's expenses, such as salaries, benefits, awards, security services, and GSA's Working Capital Fund. The Board hired an additional judge and support personnel in FY 2023 to account for recent attrition, deferred hiring, and an increased workload, and it anticipates hiring two additional judges in FY 2024 to accommodate caseload.  In addition, the CBCA must address equipment maintenance requirements, equipment replacements, and other upgrades that had been deferred due to several years of flat and reduced funding. Finally, the Board expects to see a significant increase in caseload support costs, including travel and other administrative expenses, due in part to unfunded Congressionally-mandated requirements. The Board continues to experience an increased workload resulting from the amendment to the Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act), which gave the CBCA additional responsibility to arbitrate certain Federal Emergency Management Agency (FEMA) disputes without reimbursement or additional funding. Since 2019, the number of cases under this new authority has continued to rise.

The CBCA requests that a portion of the appropriation ($2,000 thousand) be available until expended, to allow for the flexibility to carry forward resources to maintain its new electronic, public-facing case docketing system and to upgrade its courtrooms to facilitate hybrid hearings to allow litigants to appear before it virtually instead of traveling to Washington, D.C. In addition, the Board needs funds to maintain its security systems to ensure the protection of the judges, staff, visitors, and facility. These systems and upgrades are needed to better serve the Board and the parties who appear before it and to better manage funding for its other program requirements.

J.R. 1264

**Program Description**

The CBCA provides the prompt, efficient, and inexpensive resolution of various disputes involving Federal executive branch agencies. The CBCA adjudicates contract disputes under the Contract Disputes Act (CDA) between Government contractors and all civilian executive agencies other than the National Aeronautics and Space Administration (NASA), the United States Postal Service (USPS), the Postal Regulatory Commission (PRC), and the Tennessee Valley Authority (TVA). Resolving CDA disputes can be accomplished by holding a hearing, deciding on the record, or achieving settlement through alternative dispute resolution (ADR). To accomplish this, the CBCA judges will hold a hearing or engage in ADR in the CBCA's offices or they will travel, at the CBCA's expense, to a mutually agreed upon location.

The CBCA also hears and decides other types of cases, including cases arising under the Indian Self-Determination Act; disputes between insurance companies and the Department of Agriculture's Risk Management Agency involving actions of the Federal Crop Insurance Corporation; claims by Federal civilian employees from all executive branch agencies (including Department of Defense agencies) for reimbursement of expenses incurred while on official temporary duty travel or in connection with relocation to a new duty station; claims by carriers or freight forwarders involving actions of GSA regarding payment for transportation services; and applications by prevailing private parties for recovery of litigation costs under the Equal Access to Justice Act.

In 2018, Congress amended the Stafford Act, 42 U.S.C. 5189a(d), to authorize (without additional funding) the Board to arbitrate disputes between applicants and FEMA as to eligibility for public assistance (or repayment of past public assistance) for disasters after January 1, 2016, when the disputed amount exceeds $500 thousand or, for an applicant in a rural area, is at least $100 thousand. As a result, the CBCA continues to arbitrate disputes under this statute. The CBCA travels for these cases at its own expense.

Finally, the CBCA provides ADR services to executive agencies on matters not covered by the CDA. The CBCA provides ADR services on a reimbursable basis to the Department of Energy National Laboratories, the Federal Aviation Administration, the Smithsonian Institution, and FEMA for Hurricanes Katrina and Rita.

CBCA-3

*U.S. General Services Administration*
*Civilian Board of Contract Appeals*

**Amounts Available for Obligation**

(Dollars in Thousands)

|  | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| Discretionary authority:............................ |  |  |  |
| **Annual appropriation**............................ | $   10,352 | $ 10,352 | $ 10,559 |
|  |  |  |  |
| Reimbursable authority:............................ |  |  |  |
| New authority............................................. | $          15 | $          50 | $          50 |
| Change in uncollected payments............... | $            7 |  |  |
| Subtotal, reimbursable authority................ | $          22 | $          50 | $          50 |
| Appropriation's authority, expiring............. | $       (136) | $          - | $          - |
| Unobligated balance, end of year.............. | $     (1,967) | $          - | $          - |
| Total, obligations....................................... | $       9,034 | $ 10,402 | $ 10,609 |
| **Obligations, appropriated (annual)**........ | $       9,019 | $ 10,352 | $ 10,559 |
| Obligations, reimbursable.......................... | $          15 | $          50 | $          50 |
| *Net Outlays*.......................................... | $       9,016 | $ 10,248 | $ 10,453 |

CBCA-4

*U.S. General Services Administration*
*Civilian Board of Contract Appeals*

## Explanation of Changes, Appropriated Dollars and FTE

(Dollars in Thousands)

| | FTE | FY 2023 Enacted | FTE | FY 2024 Full Year CR | FTE | FY 2025 Request |
|---|---|---|---|---|---|---|
| | 28 | $ 10,352 | 41 | $ 10,352 | 41 | $ 10,559 |

**Program Increases & Decreases:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Personnel Compensation and Benefits | | | | | $ | 399 |
| Travel and Transportation | | | | | $ | - |
| Rent | | | | | $ | 75 |
| Transportation of things | | | | | $ | - |
| Advisory and assistance services | | | | | $ | - |
| Operation and maintenance of facilities | | | | | $ | - |
| Operation and maintenance of equipment | | | | | $ | - |
| Subtotal, Program Increases | | | | | $ | 474 |

**Program Decreases:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Communications and utilities | | | | | $ | (1) |
| Contractual Services | | | | | $ | (145) |
| Supplies, Materials, and Equipment | | | | | $ | (121) |
| Subtotal, Program Decreases | | | | | $ | (267) |
| **Total Adjustments** | | | | | **$** | **207** |

## Summary of the Request

The FY 2025 budget provides $10,559 thousand, of which $2,000 thousand shall remain until expended, and 41 full time equivalent (FTE) for the CBCA. The budget also includes $50 thousand in authority for reimbursable ADR services, in accordance with 5 U.S.C. § 573.

CBCA-5

J.R. 1267

*U.S. General Services Administration*
*Civilian Board of Contract Appeals*

**Obligations by Object Classification**

(Dollars in Thousands)

| | | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|---|
| 11.1 | Full-time, permanent | $ | 4,035 | $ | 4,703 | $ | 4,960 |
| 11.3 | Other than full-time permanent | $ | 224 | $ | 202 | $ | 238 |
| 11.5 | Other personnel compensation | $ | 62 | $ | 169 | $ | 179 |
| 11.8 | Special personnel services payments | $ | (48) | $ | - | $ | - |
| 12.1 | Civilian personnel benefits | $ | 1,395 | $ | 1,619 | $ | 1,715 |
| 21.0 | Travel and transportation of persons | $ | 3 | $ | 50 | $ | 50 |
| 22.0 | Transportation of things | $ | - | | | | |
| 23.1 | Rental payments to GSA | $ | 2,522 | $ | 2,583 | $ | 2,658 |
| 23.3 | Communications and utilities | $ | 9 | $ | 15 | $ | 14 |
| 24.0 | Printing and reproduction | $ | - | $ | - | $ | - |
| 25.1 | Advisory and assistance services | $ | 101 | $ | 30 | $ | 30 |
| 25.2 | Other services from non-Federal sources | $ | 24 | $ | 109 | $ | 44 |
| 25.3 | Other goods & services from Federal sources | $ | 527 | $ | 534 | $ | 454 |
| 25.4 | Operation and maintenance of facilities | $ | 12 | $ | 7 | $ | 7 |
| 25.7 | Operation and maintenance of equipment | $ | 8 | $ | 5 | $ | 5 |
| 26.0 | Supplies and materials | $ | 130 | $ | 154 | $ | 144 |
| 31.0 | Equipment | $ | 15 | $ | 172 | $ | 61 |
| **99.0** | **Obligations, Appropriated (Annual)** | **$** | **9,019** | **$** | **10,352** | **$** | **10,559** |
| | *Subtotal, PC&B* | *$* | *5,668* | *$* | *6,693* | *$* | *7,092* |
| | *Subtotal, Non-labor* | *$* | *3,351* | *$* | *3,659* | *$* | *3,467* |
| 99.2 | Obligations, Reimbursable | $ | 15 | $ | 50 | $ | 50 |
| 99.9 | Total obligations | $ | 9,034 | $ | 10,402 | $ | 10,609 |

CBCA-6

J.R. 1268

*U.S. General Services Administration*
*Office of Inspector General*

**Fiscal Year 2025 Budget Request**

**Table of Contents**

Appropriations Language ........................................................................................... 1

Program Description ................................................................................................. 1

5-Year Appropriation History Table ......................................................................... 2

Amounts Available for Obligation ............................................................................ 3

Explanation of Changes, Appropriated Dollars, and FTE ....................................... 4

Summary of Request................................................................................................ 6

Obligations by Object Classification ....................................................................... 7

FY 2025 Request ..................................................................................................... 8

Business Component Justifications ....................................................................... 11

    Office of Audits................................................................................................. 11
    Office of Investigations..................................................................................... 17
    Office of Inspections......................................................................................... 20
    Executive Direction and Business Support Offices .......................................... 22

FY 2025 Performance Plan .................................................................................... 23

J.R. 1269

*U.S. General Services Administration*
*Office of Inspector General*

---

**Appropriations Language**

For necessary expenses of the Office of Inspector General and services as authorized by

5 U.S.C. 3109, $77,130,000: *Provided*, That not to exceed $50,000 shall be available for

payment for information and detection of fraud against the Government, including payment

for recovery of stolen Government property: *Provided further*, That not to exceed $2,500

shall be available for awards to employees of other Federal agencies and private citizens

in recognition of efforts and initiatives resulting in enhanced Office of Inspector General

effectiveness.


**Program Description**

This appropriation provides agency-wide audit, investigative, and inspection functions to identify and correct management and administrative deficiencies within the General Services Administration (GSA), including conditions for existing or potential instances of fraud, waste, and mismanagement. The audit function provides internal audit and contract audit services. Contract audits provide professional advice to GSA contracting officials on accounting and financial matters relative to the negotiation, award, administration, repricing, and settlement of contracts. Internal audits review and evaluate all facets of GSA operations and programs, test internal control systems, and develop information to improve operating efficiencies and enhance customer services. The investigative function provides for the detection and investigation of improper and illegal activities involving GSA programs, personnel, and operations. The inspection function supplements traditional audits and investigations by providing systematic and independent assessments of the design, implementation, and/or results of GSA's operations, programs, or policies.

J.R. 1270

*U.S. General Services Administration*
*Office of Inspector General*

**5-Year Appropriation History Table**

|  | FY 2021 Enacted | FY 2022 Enacted | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|---|---|
| **Request to Congress:** | $69,000,000 | $69,000,000 | $74,583,000 | $74,583,000 | $77,130,000 |
| Appropriated: | | | | | |
| Annual Funds | $67,000,000 | $69,000,000 | $74,583,000 | | |
| Rescissions | | | | | |
| Sequestration | | | | | |
| No-Year Funds | | | | | |
| Rescissions | | | | | |
| **Total……………………** | **$67,000,000** | **$69,000,000** | **$74,583,000** | | |

IG-2

J.R. 1271

*U.S. General Services Administration*
*Office of Inspector General*

## Amounts Available for Obligation
(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| Unobligated balance, start of year[1]……….. | $3,517 | $3,517 | $1,517 |
| *Discretionary authority:* | | | |
| Appropriation (annual)………..………… | $74,583 | $74,583 | $77,130 |
| Appropriation (no-year)………………… | | | |
| *Reimbursable authority:* | | | |
| Offsetting collections………………………… | $600 | $600 | $600 |
| **Subtotal amount available for obligation** | **$78,700** | **$78,700** | **$79,247** |
| *Discretionary authority:* | | | |
| Unobligated balance, expiring……………… | ($847) | $0 | $0 |
| Unobligated balance, end of year…………….. | ($3,517) | ($1,517) | $0 |
| *Reimbursable authority:* | | | |
| Unobligated balance, expiring……………… | ($250) | $0 | $0 |
| **Total obligations** | **$74,086** | **$77,183** | **$79,247** |
| Obligations, appropriated (annual)……………… | $73,736 | $74,583 | $77,130 |
| Obligations, appropriated (no-year)…….….… | $0 | $2,000 | $1,517 |
| Obligations, reimbursable……………………… | $350 | $600 | $600 |
| Net outlays, appropriated……………………… | $73,233 | $76,235 | $78,425 |

[1] Unobligated balance reflects no-year funds appropriated in FY 2014 through FY 2016.

IG-3

J.R. 1272

*U.S. General Services Administration*
*Office of Inspector General*

### Explanation of Changes, Appropriated Dollars, and FTE

(Dollars in Thousands)

|  | FTE | Budget Authority |
|---|---|---|
| 2024 Full Year CR | 285 | $ 74,583 |
| 2025 Request | 285 | $ 77,130 |
| Net Change………………………………….. | 0 | $ 2,547 |

J.R. 1273

*U.S. General Services Administration*
*Office of Inspector General*

|  | FTE | Budget Authority | |
| --- | --- | --- | --- |
| **Maintaining Current Levels:** | | | |
| Personnel Compensations & Benefits Adjustments: | | | |
| 2024 Pay Increase (5.2%), Q1 FY 2025 | | $ | 786 |
| 2025 Pay Increase (2.0%), Q2-Q4 FY 2025 | | $ | 918 |
| **Subtotal, Maintaining Current Levels** | | **$** | **1,704** |
| **Program Increases:** | | | |
| Travel and Transportation | | $ | 100 |
| Rent | | $ | 785 |
| Advisory and Assistance Services | | $ | 283 |
| Purchases of Goods & Services from Govt Accts | | $ | 200 |
| Operation and Maintenance of Equipment | | $ | 15 |
| **Subtotal, Program Increases** | **0** | **$** | **1,383** |
| **Program Decreases:** | | | |
| Equipment | | $ | (540) |
| **Subtotal, Program Decreases** | 0 | **$** | **(540)** |
| **Net Change……………………………………..** | **0** | **$** | **2,547** |
| Reimbursable Resources | 3 | $ | 600 |

IG-5

J.R. 1274

*U.S. General Services Administration*
*Office of Inspector General*

**Summary of Request**

The FY 2025 budget requests a total of **$77,130 thousand** for the Office of Inspector General. This represents a net increase of **$2,547 thousand** from the FY 2024 full year CR and includes the following adjustments:

- $786 thousand for 2024 pay increase (5.2%), Q1 FY 2025
- $918 thousand for 2025 pay increase (2.0%), Q2-Q4 FY 2025
- $100 thousand for travel and transportation increase
- $785 thousand for rent increase
- $283 thousand for advisory and assistance services increase
- $200 thousand for purchases of goods and services from Government accounts increase
- $15 thousand for operation and maintenance of equipment increase
- -$540 thousand equipment *decrease*

**Reimbursable Programs:** The FY 2025 OIG reimbursable request includes **$600 thousand** for the following reimbursable work: (1) $350 thousand for the Fleet Card Program; and (2) $250 thousand for on-going reimbursable work with other agencies and independent commissions.

| | |
|---|---|
| **FY 2025 Annual CIGIE Assessment (0.40% of $77,130,000)** | $308,520 |
| **FY 2025 Annual Training Request: Certified by the Inspector General, (includes training travel)** | $775,000 |

J.R. 1275

*U.S. General Services Administration*
*Office of Inspector General*

## Obligations by Object Classification
(Dollars in Thousands)

| | | FY 2023 Enacted | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|---|
| 11.1 | Full-time permanent | $34,732 | $39,615 | $40,732 |
| 11.3 | Other than full-time permanent | $169 | $225 | $231 |
| 11.5 | Other personnel compensation | $2,763 | $2,984 | $3,068 |
| 11.8 | Special personal services payments | $0 | $0 | $0 |
| **11.9** | **Total personnel compensation** | **$37,664** | **$42,824** | **$44,031** |
| 12.1 | Civilian personnel benefits | $15,519 | $17,623 | $18,120 |
| 21.0 | Travel and transportation of persons | $903 | $1,000 | $1,100 |
| 22.0 | Transportation of things | $0 | $0 | $0 |
| 23.1 | Rental payments to GSA | $4,648 | $4,300 | $5,085 |
| 23.2 | Rental payments to others | $0 | $0 | $0 |
| 23.3 | Communications, utilities, and miscellaneous charges | $312 | $325 | $325 |
| 24.0 | Printing and reproduction | $3 | $5 | $5 |
| 25.1 | Advisory and assistance services | $3,279 | $2,501 | $2,784 |
| 25.2 | Other services | $10 | $10 | $10 |
| 25.3 | Purchases of goods and services from government accounts | $7,136 | $2,820 | $3,020 |
| 25.4 | Operation and maintenance of facilities | $0 | $0 | $0 |
| 25.7 | Operation and maintenance of equipment | $1,852 | $2,035 | $2,050 |
| 26.0 | Supplies and materials | $64 | $90 | $90 |
| 31.0 | Equipment | $2,345 | $1,040 | $500 |
| 91.0 | Unvouchered | $1 | $10 | $10 |
| **99.0** | **Subtotal** | **$73,736** | **$74,583** | **$77,130** |
| 99.0 | Reimbursable obligations | $350 | $600 | $600 |
| **99.9** | **Total Obligations** | **$74,086** | **$75,183** | **$77,730** |

IG-7

J.R. 1276

*U.S. General Services Administration*
*Office of Inspector General*

---

## FY 2025 Request

For FY 2025, the General Services Administration (GSA) Office of Inspector General (OIG) requests $77,130 thousand to execute our mission to detect and deter waste, fraud, abuse, and misconduct and to promote economy and efficiency in GSA's multibillion dollar programs and operations.

During Fiscal Year 2023, our audit and investigative work identified more than $346 million in potential cost savings and recovered more than $56 million for the federal government. The OIG's success in carrying out its mission is directly tied to having expert auditors, special agents, inspectors, lawyers, and administration personnel on staff. Accordingly, our staff represents the OIG's largest investment and consistently achieves significant savings for the United States, which is mentioned throughout this request.

The requested funding will support our work as we continue to deliver for the American people. Our special agents continue to find and aggressively investigate cases of bribery, kickbacks, and procurement fraud, including those featuring contractors that import foreign-made goods from prohibited countries and fraudulently sell them to the U.S. Government as being American-made or Trade Agreements Act (TAA) compliant.

For example, GSA OIG led a major procurement fraud and corruption investigation involving GSA contracts valued at over $400 million. Our investigation found that an Air Force employee, Keith Seguin, conspired with several federal contractors in a bribery and contract steering scheme that spanned more than a decade and involved over $2.3 million in paid bribes. This complex investigation resulted in the convictions of six defendants, nearly $90 million in monetary recoveries, and criminal sentences totaling over 34 years of combined incarceration.

We also played a significant role in a multi-agency investigation involving electronics that were made in China that resulted in over $2 million in monetary recoveries and the convictions of a GSA contractor and his company. Suhaib Allababidi, and his company, 2M Solutions Inc. (2M), pleaded guilty to conspiracy to defraud the U.S. Government and filing false or misleading export information. To secure U.S. Government contracts, 2M claimed that its products such as security cameras, solar-powered light towers, digital video recorders, and other electronics were manufactured in the U.S., when in fact they were manufactured in China. Allababidi was sentenced to four years in prison and ordered to pay $1.15 million in restitution, and 2M was sentenced to five years of probation plus pay a $1 million fine.

In addition, GSA OIG led a multi-agency investigation that substantiated allegations made by a qui tam relator, and revealed that a GSA contract holder, TriMark USA, LLC, engaged in conduct that resulted in federal agencies improperly awarding government set-aside contracts to three small businesses. The investigation found TriMark identified federal set-aside contract opportunities for the small businesses to bid on, instructed them how to

IG-8

J.R. 1277

**U.S. General Services Administration**
**Office of Inspector General**

prepare bids, provided prices, "ghostwrote" emails for those companies to send to government officials to make it appear as though the small businesses were performing work, while affirmatively concealing that TriMark typically performed the work. As a result of this investigation, TriMark agreed to pay $48.5 million to resolve allegations that its subsidiaries improperly manipulated federal small business set-aside contracts around the country in violation of the False Claims Act. In addition, a former TriMark executive in charge of the company's government business has agreed to pay an additional $100,000 as an individual civil penalty for her conduct in connection with the scheme.

Our audit oversight has focused on GSA's Multiple Award Schedule program (MAS program). In FY 2023, federal agencies purchased over $45.5 billion of commercial products and services through the MAS program. Under the MAS program, FAS establishes long-term, government-wide contracts. Through these contracts, millions of commercial products and services are made available to government agencies. The intent of the MAS program is to leverage the government's buying power to obtain competitive, commercial prices for customer agencies. The program is funded through an industrial funding fee that is paid by federal customers and then remitted to GSA by contractors.

Under our oversight of the MAS program, the Office of Audits performs contract audits that assist contracting officials in awarding and administering MAS contracts. To support GSA contracting officials, we perform two primary types of contract audits including preaward audits, that provide GSA contracting officials with information to use when negotiating fair and reasonable GSA contract prices, and postaward audits that examine the contractor's adherence to contract terms and conditions. In Fiscal Year 2023, our audits identified over $313 million in cost avoidances and recoveries. The audits found that contractors overcharged GSA customers; overstated their proposed labor rates; submitted proposal that were not accurate, current, or complete; assigned employees who were unqualified for their work on MAS task orders; and did not calculate and submit their Industrial Funding Fee payments correctly.

In addition to our contract audits findings, our audit oversight of the MAS program found that GSA was not protecting its customers from procuring prohibited telecom items that foreign adversaries could use for unauthorized surveillance. Recently, we reported that prohibited telecom items were being offered through GSA's MAS contracts. During the audit, we found that FAS relies on two primary methods to ensure that MAS contracts do not include these items—contractor self-certifications in GSA's System for Award Management and the Prohibited Products Robomod (Robomod) process. However, we found that contractors offered the prohibited telecom items on their contracts despite their self-certifications and that the Robomod process is insufficient to prevent contractors from including prohibited telecom items on their MAS contract price lists.

In addition, we found that FAS's efforts to address prohibited telecom items that it had found on MAS contracts were ineffective. Specifically, FAS:

IG-9

J.R. 1278

*U.S. General Services Administration*
*Office of Inspector General*

- Has not taken adequate actions against contractors that repeatedly violate the restrictions on providing or using prohibited telecom items;
- Does not have a process in place to notify customer agencies about their purchases of prohibited telecom items; and
- Did not initially comply with FAR requirements to include subsidiaries and affiliates of named entities in its efforts to identify prohibited telecom items on MAS contracts.

Our security inspection of a high-risk building identified multiple vulnerabilities that compromised the security of a GSA building, as well as the safety and security of its occupants, and exposed the facility, employees, visitors, and customers to unnecessary risks. The building is high risk due to its mission criticality and essential support functions for a myriad of organizations across the federal government. The deficiencies identified included grave problems with the closed-circuit camera surveillance and intrusion detection systems, lax enforcement of physical security requirements and parking restrictions, unsecured restricted areas, a contract employee living in the building unbeknownst to the security guards on duty, prohibited substances on site, suspected on-duty marijuana use by a contract employee, inaccessible hazardous waste cleanup materials, and a faulty occupant emergency plan. As a result of the inspection, GSA immediately began coordinated security enhancements and upgrades with the Federal Protective Service. In addition, GSA has taken quick steps there to conduct a comprehensive operational, infrastructure, fire, and life safety review; reinstate critical safety and security plans; and institute mandatory training on occupant emergency plans.

Our evaluation of GSA's Login.gov services found that GSA knowingly misled customer agencies for years regarding Login.gov's known noncompliance with digital identity standards, and knowingly billed more than $10 million for services that did not meet National Institute of Standards and Technology (NIST) Special Publication (SP) 800-63-3, Digital Identity Guidelines. Furthermore, our evaluation found that GSA misled the Technology Modernization Board in securing funding of $187 million for Login.gov. We also found that GSA lacked adequate controls over the Login.gov program and allowed it to operate under a hands-off culture. As a result of our report, GSA agreed with our findings and recommendations in their response to the report and subsequent testimony at the House Oversight and Accountability Committee on March 29, 2023.

Other highlights of the work of our auditors, investigators, and inspectors are described in more detail later in this document.

J.R. 1279

*U.S. General Services Administration*
*Office of Inspector General*

## GSA OIG Business Component Justifications

Our major operational components—the Office of Audits, Office of Investigations, and Office of Inspections—share primary responsibility for overseeing GSA programs and operations.  Increasingly, coordinated and joint efforts by the OIG's components are producing results that lead to program correction, savings, and successful prosecutions, some of which are noted below.  While each component's own activities well justify its cost, we are finding that often the combined efforts of our professional staffs add an important dimension to the OIG's arsenal against misconduct and inefficiency. The appropriations for the OIG reflect a prudent investment in oversight of GSA activities.

## Office of Audits

### Program Description

The Office of Audits is an organization charged with overseeing GSA's use of taxpayer dollars as GSA administers its programs and operations. The goal of our audits is to support GSA's primary business lines—acquisition services and real property—while ensuring their integrity, economy, and efficiency. To that end, we balance our audit coverage between contract and internal audits to meet a number of needs and requirements as follows:

- Program audits provide GSA management with independent assessments and input on potential solutions to challenges.
- Information technology and systems audits evaluate whether GSA's information systems are designed to enable efficient and effective operations, contain adequate systems controls, are properly secured, and meet user requirements.
- Regulatory audits evaluate whether GSA complies with applicable laws and regulations.
- Internal control audits test the controls built into GSA's programs and systems to determine whether those controls are operating as intended and providing reasonable assurance of achieving effective and efficient operations, reliable financial and performance reporting, and compliance with applicable laws and regulations.
- Contract audits examine selected contractors' records and develop the financial information necessary for GSA contracting officers to negotiate favorable pricing arrangements on contract awards and administer existing contracts. These engagements include preaward and postaward examinations of MAS contracts, as well as audits of construction claims, requests for equitable adjustment, and close-out audits.

J.R. 1280

*U.S. General Services Administration*
*Office of Inspector General*

---

- Audit oversight ensures independent public accountants comply with standards when performing the annual financial statements audit required under the 1990 Chief Financial Officer's Act and the audit of GSA's information security program and practices required under the Federal Information Security Modernization Act of 2014.

Our auditors provide extensive oversight of billions of dollars in contracts awarded by GSA for products, services, and real property. During Fiscal Year 2023, our audits of these contracts recommended over $313 million in cost avoidances and recoveries, which included over $3.9 million from our construction contract audits.

In addition to the results of our contract audits highlighted above, the Office of Audits' significant results in FY 2023 included our audit report on GSA's Transactional Data Reporting (TDR) pilot evaluation plan and metrics. In April 2021, GSA reported the results of its evaluation of the TDR pilot for FY 2020. GSA's evaluation portrayed the TDR pilot as a success. However, GSA's portrayal of the TDR pilot as a success ignores the fact that the data collected through the pilot program has never been used to analyze and negotiate contract-level pricing. Instead, GSA has amassed a collection of data that is almost entirely inaccurate, unreliable, and unusable.

We performed this audit to determine if *GSA's Transactional Data Reporting (TDR) Pilot Evaluation Plan and Metrics Version 2.0* enabled GSA to objectively measure and evaluate whether TDR can fulfill the Commercial Sales Practices and Price Reductions Clause contract-level pricing negotiation function while lowering industry reporting burden.

Under the MAS program, FAS establishes long-term, government-wide contracts. Through these contracts, millions of commercial products and services are made available to government agencies. The intent of the MAS program is to leverage the government's buying power to obtain competitive, commercial prices for customer agencies. Historically, GSA has used two mechanisms—commercial pricing disclosures and price reduction protections—to obtain commercial pricing over the life of MAS contracts. In June 2016, GSA published a final rule in the Federal Register establishing the TDR pilot for MAS contracts. Under the pilot, MAS contractors are required to report transactional data, including prices paid by government customers, for products and services sold under their respective contracts. In exchange for this transactional data, contractors are no longer required to disclose commercial pricing or adhere to price reduction requirements.

After more than 6 years of running the TDR pilot, GSA could provide us with only one example purporting to show its use of TDR pilot data for contract-level pricing decisions. However, in that example, the contractor asserted that its TDR pilot data was unreliable, and the contracting officer concluded that the data was likely inaccurate. As a result, contrary to GSA's assertion, the contracting officer ultimately did not use the TDR pilot data to make the contract-level pricing decisions on that particular contract.

IG-12

J.R. 1281

*U.S. General Services Administration*
*Office of Inspector General*

---

GSA collected transactional data for FY 2022 sales totaling over $14.6 billion. We found that the data reported for $12.6 billion of these sales (87 percent) cannot be used for meaningful price analysis. Specifically, we found that:

- All transactional data collected for sales of services and sales identified as both products and services, which made up over $8.6 billion (59 percent) of the FY 2022 sales is unusable. This data is unusable because it lacks essential information, such as standardized part numbers or descriptions that identify the services provided.
- The majority of data collected for sales of products, which made up approximately $6 billion (41 percent) of the FY 2022 sales is also unusable. GSA found that the sales data collected for $4 billion of product sales (67 percent) is unusable because in many cases contractors are not reporting accurate part numbers.
- For the remaining $2 billion in sales (13 percent), we found that some of the data is not effective for price comparison due to the myriad variations in the way contractors report data for identical products.

We also found that GSA's FY 2020 evaluation of the TDR pilot program produced misleading results that enabled GSA to assert that the TDR pilot met its performance objectives and portray it as a success. This occurred because GSA used flawed methodologies, as well as inaccurate and unsupported information to evaluate the TDR pilot performance metrics. While we found problems with GSA's evaluation as a whole, we identified significant deficiencies with GSA's evaluation of the metrics it used to determine whether the TDR pilot was used for contract-level price negotiations and lowered industry burden. Specifically, we found that GSA:

- Designed a misleading performance metric to assess data completeness and could not support the results of its evaluation of this metric;
- Inaccurately asserted that MAS contracting officers used TDR pilot data;
- Did not assess the category manager usage metric based on actual use of the TDR pilot data and could not support the results of its evaluation of this metric; and
- Did not measure actual contractor reporting burden for TDR.

Taken together, these deficiencies clearly demonstrate that the TDR pilot has not been a success and point to significant problems that must be corrected before its expansion across the MAS program. Under the circumstances described in this report, we concluded it would be irresponsible to expand the TDR pilot across the program's annual sales of more than $40 billion. Therefore, after ignoring the problems with the TDR pilot for more than 6 years, GSA is confronted with two options—take comprehensive action to fix the significant problems that plague TDR or terminate the pilot by executing the exit strategy.

Based on our findings, we recommended that the GSA Administrator, FAS Commissioner, and Associate Administrator of the Office of Government-wide Policy:

J.R. 1282

*U.S. General Services Administration*
*Office of Inspector General*

1. Cease further expansion of TDR until the problems are corrected or the pilot is terminated.

2. Address the problems with the TDR data and usage as described in this report within 1 year of report issuance. To do so, GSA should, at a minimum:

   a. Conduct a comprehensive assessment of all TDR data;
   b. Verify the accuracy and completeness of all TDR data;
   c. Implement a verification process to ensure that TDR data is accurate and complete when it is submitted by MAS contractors;
   d. Require the contractors that are not submitting complete and accurate data to correct their data or suspend their contracts;
   e. Make the data accessible to all MAS contracting personnel; and
   f. Develop a methodology for pricing using TDR data that will ensure that customer agencies meet the Competition in Contracting Act of 1984 for orders placed through MAS contracts.

3. If GSA cannot successfully complete the corrective actions outlined in Recommendation 2 within 1 year of report issuance or makes the decision not to take those corrective actions, execute the exit strategy for the TDR pilot and transition participating contractors out of the pilot in accordance with FAS Policy and Procedures 2016-11, *Transactional Data Reporting – Federal Supply Schedule Program Implementation, Paragraph 8(G), Pilot Cancellation.*

During FY 2023, we continued our audit oversight of GSA's response to Coronavirus Disease 2019 (COVID-19). In June 2023, we issued a report that identified challenges to GSA's efforts to meet the ventilation and acceptable indoor air quality standard in GSA-owned buildings. Ventilation in GSA-owned buildings is subject to industry standards as well as federal guidance. Federal regulations require that GSA-owned buildings meet the ventilation standard issued by the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE ventilation standard). This standard establishes minimum ventilation and testing requirements necessary to minimize adverse health effects for building occupants. GSA is also subject to guidance issued by the Centers for Disease Control and Prevention (CDC) and Occupational Safety and Health Administration (OSHA). In response to the COVID-19 pandemic, both agencies issued guidance recommending additional measures to improve building ventilation and minimize exposure to viral particles.

PBS is struggling to meet the ASHRAE ventilation standard and to comply with CDC and OSHA guidance. We found that PBS is not meeting—or does not have complete information to determine if it is meeting—the ASHRAE ventilation standard for the majority of GSA-owned buildings. We also found that PBS has not consistently implemented CDC and OSHA recommendations to improve ventilation in GSA-owned buildings. Taken

J.R. 1283

*U.S. General Services Administration*
*Office of Inspector General*

together, these deficiencies increase the risk that building occupants will be exposed to airborne viruses, including the virus that causes COVID-19.

We recommended that the PBS Commissioner:

1. Complete a comprehensive assessment to determine whether GSA-owned building air handlers meet the ASHRAE ventilation standard's minimum outdoor air requirements and develop a comprehensive plan to address deficiencies identified.
2. Create and implement a plan to notify building occupants whenever deficiencies and hazards associated with outdoor air requirements are identified.
3. Ensure that all PBS staff with ventilation system responsibilities, including contracting officer's representatives, contracting officers, project managers, and building managers, are trained on the requirements of the ASHRAE ventilation standard.
4. Ensure operations and maintenance contracts define requirements for regular testing, adjusting, and balancing of air handlers.
5. Ensure that GSA's *Guidance for COVID-19 HVAC Operations* adheres to CDC COVID-19 guidance for improved building ventilation.

In addition, our audit oversight found significant problems with GSA's stewardship of customer agencies' funding provided through interagency agreements known as reimbursable work authorizations (RWAs). The Special Programs Division within GSA's Public Buildings Service (PBS) is responsible for a portfolio of RWAs totaling over $528 million. We found that the Special Programs Division accepted and executed RWAs in violation of applicable laws, regulations, and GSA policies. The Special Programs Division violated the bona fide needs rule by accepting an RWA with poorly defined requirements and adding to the scope of work for another RWA more than 2 years after acceptance. Additionally, the Special Programs Division did not deliver and close out work requested through several other RWAs in a timely manner, thereby increasing the risk of appropriations law violations.

To correct these issues, we made multiple recommendations to the PBS Commissioner. These recommendations included ensuring that the Special Programs Division properly trains its employees in the acceptance, execution, and closeout of RWAs in accordance with applicable laws, regulations, and GSA policies and properly oversees project managers and other acquisition personnel regarding any RWA contract administration, including modifications and closeouts. We also recommended the implementation of controls to meet reasonable time requirements for contractual obligations and to ensure that substantially completed RWAs are identified and closed out according to applicable GSA policies. The PBS Commissioner agreed with our report recommendations.

Also, we reported on GSA's noncompliance with the Geospatial Data Act of 2018 (GDA). We performed this audit pursuant to GDA Section 759(c), which requires the inspector general of each covered agency to conduct an audit, not less than once every 2 years, of

J.R. 1284

*U.S. General Services Administration*
*Office of Inspector General*

the covered agency's compliance with the GDA. Accordingly, we assessed GSA's fulfillment of the requirements set forth in the GDA. Specifically, we evaluated GSA's compliance with the 13 covered agency responsibilities listed in GDA Section 759(a).

GSA is not fully complying with the GDA. We found that GSA has excluded geospatial data from its GDA implementation and reporting efforts and is not adhering to geospatial data and metadata standards. Overall, we found that these deficiencies occurred because GSA lacks comprehensive, formalized oversight to ensure Agency-wide compliance with the GDA.

Based on our findings, we made several recommendations to the GSA Administrator. These recommendations included GSA implementing a comprehensive, formalized oversight structure that ensures GSA's Agency-wide compliance with the GDA. We also recommended that GSA incorporate all geospatial data into its GDA implementation efforts, adhere to the appropriate geospatial data and metadata standards, and establish roles and responsibilities for officials responsible for these efforts.

Finally, we reported on risks to GSA personnel and federal property due to GSA's lack of monitoring access cards. GSA access cards are used to access GSA-managed facilities and information technology systems. Failed access attempts could be an indication of attempted unauthorized access to federal facilities and secured areas. We performed this audit to determine if GSA is monitoring access card use for physical access to GSA-managed facilities in accordance with federal regulations, policies, and guidance.

We found that GSA is not monitoring access card data from GSA card readers to identify risks to GSA personnel and federal property. For the 2-year audit period, data collected from access card readers in GSA-managed facilities showed 32,179 failed access attempts. While the access card data shows that the average GSA-managed building had 244 failed access attempts during the audit period, six buildings had over 1,000 failed access attempts on doors secured by access card readers, including one building with 4,164 failed access attempts. Further, while the average access card user during our audit period had 2 failed access attempts, we found that 200 users had at least 25 failed access attempts. This included one user who had 1,963 failed access attempts.

These failed access attempts may have potential security implications. Of the top 10 buildings with the most failed access attempts, 8 contain childcare facilities or security-sensitive agencies, such as the Federal Bureau of Investigation, U.S. Social Security Administration, and U.S. Department of Homeland Security. The safety and security of the tenants and children in these buildings are a major concern.

To address these findings, we recommended that the GSA Administrator:

1. Develop and implement procedures for monitoring access card data.

J.R. 1285

*U.S. General Services Administration*
*Office of Inspector General*

2. Use the collected access card data to produce trend data to inform building security stakeholders of individuals with a significant amount of failed access attempts.
3. Create and disseminate guidance addressing how building security stakeholders should handle repeated, failed access attempts.

# Office of Investigations

**Program Description**

The Office of Investigations is comprised of special agents with full statutory law enforcement authority: they make arrests, execute search warrants, serve subpoenas, and carry firearms. OIG special agents investigate bribery, kickbacks, procurement fraud, product substitution, government credit card fraud, theft of government property, false statements, and a variety of other fraud-related crimes and offenses.

The Office of Investigations prioritizes:

- Investigations of alleged criminal violations and civil fraud by contractors, employees, and others relating to GSA acquisition programs;

- Criminal investigations relating to the integrity of GSA programs, operations, and personnel;

- Proactive initiatives, including the use of data analytics, which address systemic investigative issues that cross GSA regional boundaries; and

- Investigations of allegations of serious misconduct by high-ranking GSA officials.

We led a multi-agency investigation that resulted in a guilty verdict and sentencing based on illegal access to GSA's system for Award Management (SAM). Hurriyet Arslan and Sercan Oyuntur, were found guilty of conspiracy to commit wire, mail, and bank fraud; bank fraud; use of unauthorized access devices to commit fraud; aggravated identity theft; and making false statements to law enforcement. The investigation determined that a government vendor's SAM account was fraudulently accessed, and the vendor's bank account information was altered to deliberately misdirect government payments into an account controlled by Arslan. The illegal access was facilitated by a phishing attack through which the authorized user's credentials were obtained. When the Defense Logistics Agency attempted to issue a payment of $23.4 million to the vendor, those funds were illegally diverted into Arslan's account. As a result of Arslan's involvement in this scheme, he was sentenced to 20 months' incarceration, 3 years' supervised release, and was ordered to pay over $23.4 million in restitution jointly with co-conspirator Oyuntur, who fled the U.S. while awaiting sentencing.

J.R. 1286

*U.S. General Services Administration*
*Office of Inspector General*

Our agents play a significant role in combating major procurement fraud and ensuring the integrity of federal contracting.  In addition to the Keith Seguin corruption investigation mentioned above, GSA OIG led an investigation that resulted in Honeywell International, Inc. agreeing to pay $3.35 million to resolve allegations that it violated the False Claims Act by selling defective material for bulletproof vests used by law enforcement officers. Between at least 2000 and 2005, Honeywell allegedly sold its patented Z Shield material to Armor Holdings, a bulletproof vest manufacturer, knowing the Z Shield degraded quickly in normal conditions, and that the degradation of the material made the ballistic vests unfit for use, placing the lives of law enforcement officers at risk. Armor Holdings' vests containing Honeywell's Z Shield were purchased by federal agencies under a GSA contract, and by various state, local, and tribal law enforcement agencies that were partially funded by DOJ's Bulletproof Vest Partnership program. GSA OIG worked this and several other long-term investigations into faulty body armor in coordination with the Department of Justice and other law enforcement partners.

We have achieved important results in addressing set-aside contract fraud, which deprives legitimate, disadvantaged businesses the opportunity to fairly compete for government business. Our work in this area was illustrated by our multi-agency investigation of officers and employees of Odyssey International, Inc. (Odyssey), who falsely certified in SAM that the company was located in a Historically Underutilized Business Zone (HUBZone) in order to bid on federal contracts that were set aside for HUBZone businesses. As a result of the scheme, Odyssey received over $90 million in construction contracts that it was ineligible to receive. A jury found Odyssey and its owner, Whitney McBride, guilty of conspiracy to commit wire fraud, wire fraud, and major fraud. McBride was also found guilty of making false official statements and false declarations to a court. Odyssey was fined $5 million, and McBride was sentenced to 30 months of imprisonment followed by 36 months of supervised release. Kin Shing Paul Lee, Chief Financial Officer, and Michael Tingey, Chief Operating Officer, admitted to conspiring to generate documents that supported their claim that Odyssey employees resided in a HUBZone, knowing the documents were fictitious. Tingey pleaded guilty to wire fraud, and Lee pleaded guilty to wire fraud, money laundering, and aiding and abetting in the filing of a false tax return. For their roles in the scheme, Lee was sentenced to 12 months of imprisonment followed by 24 months of supervised release. Tingey was sentenced to 24 months of probation. As part of their guilty pleas, Lee and Tingey agreed to asset forfeitures totaling over $7.8 million.

In another set aside contract fraud investigation, we found that from approximately 2004 through 2017 Michael Padron, Michael Wibracht, and Ruben Villarreal conspired to defraud the United States to obtain valuable government contracts under programs administered by the Small Business Administration (SBA) that their companies were ineligible to receive. As part of the scheme, Padron and Wibracht installed Villarreal, a service-disabled veteran, as the ostensible owner of a general construction company held out as a Service-Disabled Veteran-Owned Small Business (SDVOSB). Villarreal falsely certified in SAM that he and his business earned most of the profits and made all

*U.S. General Services Administration*
*Office of Inspector General*

decisions involving the joint venture to secure over $250 million in government contracts, despite Padron and Wibracht exercising disqualifying financial and operational control of the company. The two of them were ineligible to receive the contracts due to their larger, non-qualifying businesses. A jury found Padron guilty of conspiracy to defraud the government and wire fraud, and he was sentenced to 27 months of imprisonment and ordered to pay a $1.75 million fine. Both Wibracht and Villarreal pleaded guilty to conspiracy to defraud the U.S. and were sentenced to time served for their role in the scheme. Additionally, Wibracht was ordered to serve 2 years of supervised release and pay a $2,000 fine.

Another SDVOSB fraud investigation resulted in government contract holder VE Source LLC, agreeing to pay $7.6 million under a consent judgment. It was alleged that VE Source had engaged in a scheme to defraud the U.S. government by falsely claiming that VE Source was eligible for government contracts set aside for SDVOSBs to provide specialty textile apparel design services, raw material sourcing, and product manufacturing. Additionally, the company's owners, Sherman Barton and Christopher Neary, and a related entity, Vertical Source LLC, finalized a civil settlement agreement to pay $75,000, $120,000, and $180,000 respectively, to resolve allegations they violated the False Claims Act.

Our investigators also play a major role in protecting the government's supply chain, pursuing those who sell counterfeit, non-conforming, and substandard products to agencies through GSA contracts. In addition to the 2M investigation mentioned above, GSA OIG and our partners conducted a complex investigation that resulted in Onur Aksoy, the founder and Chief Executive Officer of Pro Network, LLC, and dozens of other companies and entities pleading guilty to trafficking in counterfeit goods; committing mail fraud; and committing wire fraud. Aksoy agreed to forfeit $15,000,000 in illicit gains from the scheme and make full restitution to his victims. Pro Network provided enterprise information technology hardware and services, to commercial and government customers. According to documents filed in the case and statements made in court, Aksoy's entities imported from suppliers in China and Hong Kong tens of thousands of low-quality, modified computer networking devices with counterfeit Cisco labels, stickers, boxes, documentation, and packaging, all bearing counterfeit trademarks registered and owned by Cisco, that made the goods falsely appear to be new, genuine, and high-quality devices manufactured and authorized by Cisco. The devices had an estimated total retail value of hundreds of millions of dollars. Moreover, the Pro Network Entities generated over $100 million in revenue, and Aksoy received millions of dollars for his personal gain. The fraudulent and counterfeit products suffered from numerous performance, functionality, and safety problems including failures and malfunctions, causing significant damage to their users' networks and operations – in some cases, costing users tens of thousands of dollars. Customers of Aksoy's fraudulent and counterfeit devices included hospitals, schools, government agencies, and the military. Aksoy awaits sentencing.

J.R. 1288

*U.S. General Services Administration*
*Office of Inspector General*

We continue to serve as the primary investigators of fraud involving GSA's government-wide Fleet program, including complex skimming operations and Fleet card misuse by federal employees. In one case, we uncovered a complex credit card skimming operation, where stolen credit card information, including GSA Fleet credit cards, was used to illegally purchase and sell diesel fuel for profit. We also conducted several successful investigations of Fleet card fraud and misuse by government employees who worked for various federal agencies including the Bureau of Indian Affairs, the Smithsonian Institution, the National Park Service, Amtrak, and the New Mexico Army National Guard. One investigation resulted in the conviction of a Department of the Interior employee, who was sentenced to 50 months of imprisonment and ordered to pay $826,109 in restitution for carrying out a Government Purchase Card and Fleet Card fraud scheme by making purchases for herself and associates, that included furniture, jewelry, appliances, airline tickets, an Audi S4 vehicle, and other items.

We also investigate allegations of theft and fraud related to GSA's Federal Surplus Property Donation Program. Our joint investigation found the Royal Air Museum fraudulently acquired several surplus airplanes by representing that the planes would be used to promote their organization and the preservation of aerospace history, including display and exhibition. Instead, the Royal Air Museum sold a fuselage, engines, and other airplane parts without authorization from GSA. During the investigation, agents seized five airplanes; three of them were sold through GSA Auctions for a total of $545,100, which was paid to GSA. The other two planes were released to authorized recipients. Royal Air Museum pleaded guilty to major fraud against the United States, and on July 27, 2023, the company was sentenced to 5 years of probation and was ordered to pay $4 million in restitution to GSA and a $1 million fine.

# Office of Inspections

**Program Description**

The Office of Inspections is responsible for independently and objectively analyzing and evaluating GSA's programs and operations through management and programmatic inspections that are intended to provide insight into issues of concern to GSA, Congress, and the American public. The office also formulates, directs, and coordinates quality assurance for the OIG.

Inspections are systematic and independent assessments of the design, implementation, and results of GSA's operations, programs, and policies. Inspections may include an assessment of efficiency, effectiveness, impact, and sustainability.

The Office of Inspections issued a FY 2023 report on GSA's oversight of its federal surplus firearms donation program. Our report found that from 1999 to 2022, GSA operated its firearms program without establishing an agency-issued Order with a system of management objectives and requirements to ensure adequate oversight and criteria. As a

J.R. 1289

*U.S. General Services Administration*
*Office of Inspector General*

---

result, the firearms program continues to operate under a patchwork of improvised guidance. GSA has improved overall firearms program data reliability since our FY 2015 limited evaluation report that found the agency's inventory records were not complete or accurate, increasing the risk that donated firearms are unmonitored and vulnerable to theft, loss, or unauthorized use. However, some inaccuracies remain that hinder the agency's ability to identify and track all firearms throughout the donation lifecycle.

Based on our findings, we recommended the Assistant Commissioner of the Office of General Supplies and Services:

1. Review and revise GSA Order FSS P 4025.5 to establish the management objectives and requirements of the Surplus Firearms Donation Program, including GSA's roles and responsibilities for surplus firearms.
2. Coordinate with the GSA Office of General Counsel to revise internal procedural documents, including the standard operating procedures, to reflect current practices and ensure they are consistent with each other and with federal requirements.
3. Establish a process to ensure GSAXcess initial firearms data entered by federal agencies into GSAXcess is both accurate and sufficient to allow for the proper identification, tracking, and donation of surplus firearms.
4. Establish a process to ensure GSA firearms staff proactively screen and timely update GSAXcess firearms data to avoid errors.
5. Implement a centralized records management system to ensure both the consistent storage and efficient access of documentation supporting GSA's Surplus Firearms Donation Program.

Also in FY 2023, the Office of Inspections issued the second of two reports on indoor air quality in the unrenovated Wings 0 and 3 of the GSA Headquarters Building that identified persistent issues with the ventilation systems and equipment. We found that PBS's leadership had been aware of the issues for years and did not take sufficient action to address those deficiencies. During COVID-19, GSA began to implement Centers for Disease Control and Prevention mitigating actions to reduce the risk of spreading the virus that causes COVID-19. However, we found that the mitigating actions GSA took during the pandemic did not abate or improve the long-standing ventilation systems and equipment issues. Therefore, GSA cannot ensure that occupants in the unrenovated Wings 0 and 3 of the Headquarters Building are in a safe work environment.

Based on our findings, we recommended that the Public Buildings Service Commissioner:

1. Continue to monitor indoor air quality in Wings 0 and 3 of the Headquarters Building, in accordance with the PBS Desk Guide.
2. Expeditiously notify Headquarters Building occupants of any indoor air quality results that do not meet American Society of Heating, Refrigerating, and Air-Conditioning Engineers standards.

IG-21

J.R. 1290

*U.S. General Services Administration*
*Office of Inspector General*

# Executive Direction and Business Support Offices

**Program Descriptions**

**Office of the Inspector General:**  The Inspector General (IG), Deputy Inspector General, Associate Inspector General, and their support staff supervise, coordinate, and provide policy and programmatic direction for all activities within the OIG, including audit, investigation, and inspection activities; Congressional affairs; and media relations. The IG recommends policies for and coordinates activities to promote economy and efficiency in the administration of and the prevention and detection of fraud and abuse in the programs and operations of GSA.

**Office of Counsel**:  This office provides legal advice and assistance to all OIG components nationwide, represents the interests of the OIG in connection with audits and investigations and in litigation arising out of or affecting OIG operations, and advises on statutes and regulations and assists with legislative concerns. Counsel represents the OIG in personnel matters before administrative tribunals and provides support to U.S. Attorneys' Offices and the DOJ in False Claims Act and other litigation. The Office of Counsel also is responsible for the OIG's ethics, Freedom of Information Act, and Federal Acquisition Regulation mandatory disclosure programs.

**Office of Administration:**  This office consists of a multidisciplinary staff that provides budgetary, human resources, information technology, facilities, contracting, records management, executive resources, and other administrative support and services to all OIG offices. The Office of Administration is responsible for providing the technical, financial, and administrative infrastructure to the OIG.

J.R. 1291

*U.S. General Services Administration*
*Office of Inspector General*

## FY 2025 Performance Plan

The OIG's strategic plan aligns with our statutory reporting requirements in the Semiannual Report to the Congress (SAR).  We provide our annual performance in the SAR that is published shortly after the end of each fiscal year.

**Strategic Goal No. 1:**  **Protect taxpayer dollars by promoting the economy, efficiency, and effectiveness of GSA programs and operations.**

**Discussion**
The OIG's audits, inspections, and investigations support GSA operations by identifying mismanagement and control weaknesses; assisting contracting officers in achieving the best prices for goods and services; identifying non-compliance with statutes, regulations, and contract terms; suggesting ways to mitigate management control weaknesses and other systemic problems; and recommending or seeking recoveries of funds owed to the government. Audits, inspections, and investigations are performed in response to indications of possible deficiencies and requests for assistance from GSA personnel and Congress. The OIG advises GSA management of identified opportunities to increase the economy, efficiency, and effectiveness of GSA's programs and operations.

*Performance Goals:*

* *Identify potential savings and efficiencies in GSA contracts and programs.*

* *Seek recoveries of monies owed the United States.*

* *Provide audit, inspection, investigation, and other reports and memoranda that enable agency management to make improvements in agency operations.*

*Performance Measures:*

* *Dollar value of civil, criminal, and administrative monetary accomplishments.*

* *Financial impact identified in audit reports and memoranda issued.*

* *Program impact identified in audit reports and memoranda.*

* *Program impact identified in inspection reports and memoranda.*

J.R. 1292

*U.S. General Services Administration*
*Office of Inspector General*

**Strategic Goal No. 2:** **Prevent and detect fraud and abuse in GSA programs and operations**.

**Discussion**
The OIG uses information from its audits, investigations, and inspections to suggest ways GSA can mitigate problems that could allow fraud and or abuse to occur. The OIG detects potential fraud and other criminal conduct and refers potential fraud cases to the Department of Justice. The OIG will provide information to GSA relevant to administrative actions and potential debarments.

*Performance Goals:*

- *Investigate allegations indicating violations of statutes, regulations, and policies.*

- *Seek Department of Justice involvement in potential fraud cases.*

- *Refer contractors to GSA officials for suspension and debarment where their level of responsibility poses a risk to federal government customers.*

- *Provide agency management with information necessary to take personnel and other administrative actions.*

*Performance Measures:*

- *Number of criminal referrals, acceptances, and convictions.*

- *Number of civil referrals, acceptances, and resolutions.*

**OIG Strategic Goal No. 3:** **Focus on high-risk and high-impact areas**.

**Discussion**
The OIG will focus its audit, inspection, and investigation resources on issues with potentially significant impact on GSA programs and operations; assist GSA management in ensuring the integrity of high-dollar and high-priority programs and procurements; and recommend to GSA any necessary programmatic changes to ensure process efficiency and achievement of the agency's mission and goals. By focusing on high-risk areas, the OIG should achieve greater monetary savings for GSA.

*Performance Goals:*

- *Perform audits of GSA contracts, programs, and systems that present the most significant management challenges, high-risk areas, cybersecurity vulnerabilities, and opportunities for improvement.*

J.R. 1293

*U.S. General Services Administration*
*Office of Inspector General*

- *Perform inspections of high priority and high visibility GSA programs and activities that present significant risks to GSA and its stakeholders.*
- *Devote investigative resources to potentially significant government losses and serious breaches of the integrity of agency programs and operations.*

**Performance Measures:**

- *Percent of audit resources focused on high-priority areas, including management challenges and support of False Claims qui tam and other civil prosecution cases.*
- *Percent of inspection resources focused on high-priority assignments that impact GSA or the Federal Government.*
- *Percent of investigative resources focused on fraud and other high-priority cases.*

IG-25

J.R. 1294

**U.S. General Services Administration**

**ACQUISITION SERVICES FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Program Financing.................................................................................................... 2
Federal Acquisition Service....................................................................................... 2
FAS Supporting Administration Priorities.................................................................. 4
Summary of Request ................................................................................................. 9
Explanation of Changes ...........................................................................................10
Obligations by Object Classification ........................................................................11
Summary of Results of Operations...........................................................................12
Results of Operations by Program ...........................................................................14
FTE by Portfolio, Initiative, and Integrator Office ....................................................17
FAS Portfolio and Integrator Initiatives ...................................................................18
  Assisted Acquisition Services .................................................................................18
  Office of General Supplies and Services Categories ............................................19
  Information Technology Category...........................................................................23
  Professional Services and Human Capital Categories...........................................28
  Technology Transformation Services .....................................................................33
  Travel, Transportation and Logistics Categories....................................................40
  FAS Integrators .....................................................................................................46

J.R. 1295

*U.S. General Services Administration*
*Acquisition Services Fund*

**Program Financing**

The Acquisition Services Fund (ASF) is a full-cost-recovery revolving fund financing the majority of the Federal Acquisition Service's (FAS) operations. FAS also includes organizations that are funded out of the Operating Expenses appropriation, the Transportation Audits permanent indefinite appropriation, and the Federal Citizen Services Fund (FCSF). The ASF provides for the acquisition of information technology (IT) solutions, telecommunications, motor vehicles, supplies, and a wide range of goods and services for Federal agencies. This fund recovers costs through fees charged to Federal agencies for services rendered and commodities provided.

The ASF is authorized by section 321 of title 40, U.S. Code, which requires the Administrator to establish rates to be charged to agencies receiving goods or services that: (1) recover costs; and (2) provide for the cost and capital requirements of the ASF. The ASF is authorized to retain earnings to cover these costs, such as replacing fleet vehicles, maintaining supply inventories adequate for customer needs, and funding anticipated operating needs specified by the Cost and Capital Plan.

**Federal Acquisition Service**

The mission of the Federal Acquisition Service (FAS) is to:

*Provide an exceptional customer experience by delivering best value goods and services through an increasingly digital environment.*

The FAS mission reflects a commitment to delivering service, innovation, and value through efficient operations, market expertise, and proactive partnerships with both customer agencies and private sector vendors. FAS accomplishes this mission by providing solutions to partner agencies through six business portfolios, helping agencies buy smarter and achieve administrative cost savings throughout the Government.

In order to better carry out this mission, FAS works to improve tools and systems for agency buyers and suppliers by:

- Providing more access to data and information
- Streamlining the ordering process
- Improving acquisition solutions and contracts
- Creating centers of expertise on the products and services FAS provides

In addition, FAS is identifying ways to provide more centralized services and platforms for agency partners.

ASF-2

J.R. 1296

FAS tailors its current offerings to help partner agencies improve transparency, increase competition, and reduce duplication to minimize administrative costs so the agencies can focus on mission-critical activities.

The ASF currently funds six business portfolios, one strategic initiative, and integrator support offices within FAS:

*Assisted Acquisition Services (AAS)* - This portfolio assists agencies in making informed procurement decisions and serves as a center of acquisition excellence for the Federal community. AAS provides acquisition, technical, and project management services related to information technology and professional services at best value.

*Office of General Supplies and Services Categories (GS&S)* - This portfolio provides partner agencies with general products such as furniture, office supplies, and hardware products. GS&S centralizes acquisitions on behalf of the Government to strategically procure goods and services at reduced costs, while ensuring regulatory compliance for partner agency procurements. This portfolio also provides personal property disposal services to partner agencies, which are partially funded by the Operating Expenses appropriation.

*Information Technology Category (ITC)* - This portfolio provides access to a wide range of commercial and custom IT products, hardware, software, telecommunications, and security services and solutions to Federal, state, and local agencies.

*Professional Services & Human Capital Categories (PSHC)* - This portfolio provides Federal agencies with professional and human capital services contract solutions, including payment solutions through the GSA SmartPay® program.

*Technology Transformation Services (TTS)* - This portfolio partners with Government agencies to transform the way they build, buy, and share technology by using modern methodologies and technologies to help Federal agencies improve the public's digital experience with the Government. TTS helps agencies make their services more accessible, efficient, and effective with modern applications, platforms, processes, personnel, and software solutions.

*Travel, Transportation, and Logistics Categories (TTL)* - This portfolio provides partner agencies with travel, transportation, and relocation services; motor vehicle acquisition; and motor vehicle fleet leasing services.

*Integrated Award Environment (IAE)* - This strategic initiative provides centralized technology to support a cohesive Federal award environment. As a result of a reorganization in FY 2022, IAE was realigned organizationally to the Technology Transformation Services (TTS). IAE provides a Government-wide service, in collaboration with the 24 CFO Act agency-led governance groups, encompassed by interagency experts, by delivering technology solutions to manage the

*U.S. General Services Administration*
*Acquisition Services Fund*

collection and display of standardized data that is critical to maintaining the integrity of Federal procurement and financial assistance awarding processes and navigating the Federal acquisition lifecycle.

*FAS Integrators* - These offices support the business portfolios by providing strategic, organizational, and policy guidance to the business units.

## FAS Supporting Administration Priorities

The Administration has communicated an ambitious set of priorities to move America forward. While many of these priorities require a coordinated, whole-of-government approach, the Federal Acquisition Service (FAS) has a substantial role in delivering meaningful results for a number of the Administration's priorities. Furthermore, because of its unique ability to enable and enhance the missions of other agencies, FAS is positioned to be a Government-wide leader of many efforts that directly support these goals. These include:

- Prioritizing IT Modernization & Cybersecurity,
- Tackling the Climate Crisis,
- Enhancing the Public's User/Customer Experience, and
- Driving Diversity, Equity, Inclusion, and Accessibility Across Government.

To pursue these priorities, FAS will continue to deliver best-value products and services to enable its customers' missions and will continuously work to improve the overall experience for buyers and suppliers. FAS's "Framing FAS for the Future" (F4) initiative realigned FAS's organizational structure to strengthen operations, improve consistency, reduce complexity, and better serve customers.

FAS will use its refocused resources to leverage its buying power, partnerships, and unique position across Government to improve socioeconomic impact, equity, and racial justice; drive nationwide policy on environmental protection; and fuel our continued economic recovery and expansion. This will create lasting changes beneficial to the many communities that FAS serves.

## Building FAS's Strategic Capabilities to Deliver on the Priorities

FAS manages a very diverse portfolio of solutions, participates in nearly every commercial product and services marketplace, and serves every other agency within the Government. However, the incredible breadth and depth of this work should not obscure FAS's straightforward vision for how it will help meet the Administration's priorities. Across the strategic capabilities it develops, FAS will:

1. *Add tremendous value to our customers' mission*
2. *Enable and support a thriving, innovative, compliant, and resilient marketplace*
3. *Make it incredibly easy to do business with FAS*

ASF-4

J.R. 1298

The categorized strategic capabilities below illustrate how these core principles serve to focus FAS's work to fulfill its mission and maximize its contribution to our Administration's priorities.

1. ***Add tremendous value to our customers' mission***

    *Initiative:* **User Experience**

    FAS is working to improve the overall user experience through development and implementation of an FAS Enterprise User Experience Strategy, including documenting the inventory of FAS digital experience scope, brand, purpose, applications, user functionality, and siloed strategies throughout FAS. The organization is collecting this information by engaging end-users through user research campaigns and direct usability testing to validate the utility of identified features and functions. This work will result in higher-quality experiences for all of FAS's stakeholders when interacting with its systems, tools, and solutions.

    *Administration Priority(ies) Supported:*
    - Prioritizing IT Modernization & Cybersecurity
    - Enhancing the Public's User/Customer Experience

    *Initiative:* **Services Marketplace**

    The Services Marketplace provides services solutions and digital tools in response to the policy and market landscape. Within the Services Marketplace, GSA aims to improve the services contracting experience for customers, suppliers, and the services acquisition workforce. The goals of the Services Marketplace initiative are to provide modern, accessible, and flexible solutions and to be a trusted business partner. FAS will achieve these two goals by awarding new Indefinite Delivery/Indefinite Quantity (IDIQ) contracts, improving visibility of supplier capability and customer ordering behavior, and adding enhanced pricing data in digital tools.

    *Administration Priority(ies) Supported:*
    - Prioritizing IT Modernization & Cybersecurity
    - Enhancing the Public's User/Customer Experience

    *Initiative:* **Acquisition Workforce**

    The acquisition workforce is foundational to FAS's ability to serve and support its customers. To support this group of individuals, the organization is focused on establishing, maintaining, and improving upon the methods to recruit, engage, and retain a workforce that can create value for FAS's partners and other stakeholders. This will be

ASF-5

*U.S. General Services Administration*
*Acquisition Services Fund*

accomplished by strategically improving overall workforce planning and identifying and removing barriers for talent acquisition and development.

*Administration Priority(ies) Supported:*
- Enhancing the Public's User/Customer Experience
- Driving Diversity, Equity, Inclusion, and Accessibility Across Government

2. <u>***Enable and support a thriving, innovative, compliant, and resilient marketplace***</u>

*Initiative: **Cybersecurity & Supply Chain Risk Management (C-SCRM)***

FAS continues to build its SCRM program capability and to implement regulatory mandates for Supply Chain Resilience. In implementing its organizational-level SCRM plan, FAS is developing policy, governance, tools and training to manage supply-chain risks throughout the acquisition lifecycle. Supply-chain security statutes drive FAS prioritization as FAS continues to support the Federal Acquisition Security Council and its Information Sharing Agent mandate to mature SCRM across the Federal Government.

Additionally, there are specific supply-chain concerns related to cybersecurity. FAS must implement Executive Order 14028, "Improving the Nation's Cybersecurity" (Cyber EO) to include FAS-wide communications planning; development of plans for contract clauses; and coordination with vendor partners, customers, and acquisition professionals. FAS's support of the Cyber EO requires partnership and coordination with GSA's Office of GSA IT (as the agency lead), as well as modifications to contracts as required by provisions of the Federal Acquisition Regulation (FAR), as well as policies issued by the Office of Government-wide Policy. Coordination efforts may also include system changes and training for the acquisition workforce.

*Administration Priority(ies) Supported:*
- Prioritizing IT Modernization & Cybersecurity

*Initiative: **Small Business Enablement (Post Award Support Strategy)***

FAS is working closely with GSA's Office of Small and Disadvantaged Business Utilization (OSDBU) to provide enhanced training for contract holders to better understand the Federal marketplace, its terminology, data sources, and how Federal buyers approach the buying process. Successful implementation will result in a decreased percentage of contractors with no/low sales, increased business volume through new contractors with socioeconomic status, and an increased percentage of spend through small businesses.
*Administration Priority(ies) Supported:*

ASF-6

J.R. 1300

- Enhancing the Public's User/Customer Experience
- Driving Diversity, Equity, Inclusion, and Accessibility Across Government

Initiative: **Fleet Electrification**

The Fleet Electrification initiative will be a major contributing factor in the Federal Government's deployment of Zero Emission Vehicles (ZEVs) and meeting the electrification goals of the Administration. GSA Fleet will continue to deploy ZEVs within the GSA Leased Fleet as models become available that will meet agency mission requirements. GSA Fleet will also continue to provide purchasing channels for agencies to purchase ZEVs for agency-owned fleets. The Federal Government purchases approximately 40,000 vehicles annually through GSA Fleet, which positions GSA to be a major contributor to the electrification effort. GSA Fleet also provides access to charging infrastructure for customers through a blanket purchase agreement and developed an enhanced Government-wide solution that provides the latest models and technology to support ZEV charging requirements. These actions and this initiative support near-term global reductions in greenhouse gas emissions and a long-term goal of net-zero global emissions through fleet electrification.

Administration Priority(ies) Supported:
- Tackling the Climate Crisis

Initiative: **Integrated Award Environment (IAE)**

IAE operates, maintains, and is modernizing a portfolio of systems (including SAM.gov, FPDS, eSRS, FSRS, and CPARS) required by statute and regulation which allow the entire Federal Government to conduct procurement and financial assistance to enable agency missions. IAE systems support over 100 Federal agencies, more than 3 million registered users, and over 450 interfacing systems facilitating trillions in Federal awards each year. Success is delivering a central, secure business environment that facilitates a fair and transparent Federal award process allowing the entire U.S. Government to equitably meet its mission and goals.

GSA and OMB are partnering to identify the right path to improve the long-term solvency and overall operational health of the IAE program. The program is currently operating at an annual financial shortfall of approximately $75 million excluding investments for statutorily-driven and regulatorily-driven modifications and enhancements funded by the ASF.  To address this shortfall, IAE is evaluating a variety of potential options, including cost rationalization, potentially charging modest transaction fees on a subset of users (for instance, excluding grantees), amendments to governance to better manage costs and enhance user experience, and potential future increases in agency contributions. As GSA and OMB further explore these options to reach full cost recovery, GSA will work to

*U.S. General Services Administration*
*Acquisition Services Fund*

gain feedback from impacted stakeholders through the appropriate channels, such as engagement with Congressional stakeholders. GSA and OMB will leverage the feedback from key stakeholders when determining the best path forward for IAE on a timeline that aims to achieve full-cost recovery by FY 2026.

*Administration Priority(ies) Supported:*
- Prioritizing IT Modernization & Cybersecurity
- Enhancing the Public's User/Customer Experience

3. **Make it incredibly easy to do business with FAS**

*Initiative:* **Supplier Portal**

FAS will build a custom Supplier Portal on FAS Cloud Services platform to deliver the best customer experience for suppliers to do business with the Government and for the acquisition workforce who administers the process. The Supplier Portal will provide a single point of entry for GSA's industry partners (potential offerors, offerors, contract holders) to input, upload, and store information in support of proposals and contract modifications.

*Administration Priority(ies) Supported:*
- Enhancing the Public's User/Customer Experience
- Driving Diversity, Equity, Inclusion, and Accessibility Across Government

*Initiative:* **Catalog Management**

The Catalog Management initiative is streamlining and improving how FAS manages data associated with the more than 50 million products and services offered to the Federal marketplace, including items represented on GSA Advantage!®. The forthcoming changes will address long-standing problems surrounding user experience by both industry partners and customers. Modernizing catalog management will continue to streamline and improve the way FAS ingests, validates, and shares catalog information.

*Administration Priority(ies) Supported:*
- Prioritizing IT Modernization & Cybersecurity
- Enhancing the Public's User/Customer Experience

*Initiative:* **Contract Acquisition Lifecycle Management (CALM)**

The Contract Acquisition Lifecycle Management (CALM) system is working to establish a modernized FAS enterprise-wide contract writing system to support the full lifecycle of the acquisition process. CALM is continuing to integrate more seamlessly with both

ASF-8

internal digital tools and external data systems to provide the acquisition workforce with a better end-to-end user experience.

*Administration Priority(ies) Supported:*
- Prioritizing IT Modernization & Cybersecurity
- Enhancing the Public's User/Customer Experience

**Summary of Request**

The FY 2025 Budget Estimate for the ASF provides a total of $29.762 billion and 4,258 full-time equivalent (FTE) employees. This is an increase of $1.244 billion in obligations and an increase of 105 FTE from the FY 2024 Plan. The FY 2024 Plan and FY 2025 Estimate reflect FAS's concerted effort to increase savings Government-wide by increasing the utilization of current offerings and achieving internal operational efficiencies.

The FY 2025 Estimate includes an increase of $1.244 billion from the FY 2024 Plan:

- $621.8 million in additional business volume through FAS Offerings

- $555.6 million for inflation on goods and services sold

- $197.4 million for increases in capital outlays for the Fleet Leasing program

- $29.2 million in FTE costs to support business priorities

- $19.2 million for increases in the WCF Contribution

- $11.5 million for increased costs for Operation and Maintenance of equipment

- $11.4 million for the FY 2025 Pay Increase

- $4.8 million for increases in Login.gov obligations funded through the TMF ARP award

- -$1.3 million decrease in Operational Contractual Services and Miscellaneous Spending

- -$38.5 million decrease in Reserve Investment Spending

- -$167.1 million in decreased Costs of Goods Sold due to the agencies' Telecom Transition from Networx to EIS

ASF-9

J.R. 1303

*U.S. General Services Administration*
*Acquisition Services Fund*

## Explanation of Changes

(Dollars in Thousands)

| | FTE | | Obligations |
|---|---|---|---|
| 2024 Plan………….....……….........................................................……..... | 4,152 | $ | 28,517,622 |
| 2025 Plan………….....……….........................................................……..... | 4,258 | $ | 29,761,649 |
| **Net Change………….....……….........................................** | **105** | **$** | **1,244,028** |

| | FTE | | Obligations |
|---|---|---|---|
| **Maintaining Current Levels:** | | | |
| FY 2025 Pay Increase....................................................................... | | $ | 11,435 |
| Inflation on Goods and Services Sold................................................ | | $ | 555,580 |
| **Subtotal, Maintaining Current Levels…………...................** | **-** | **$** | **567,014** |
| **Program Changes** | | | |
| Increase in Business Volume through FAS Offerings......................... | | $ | 621,830 |
| Increase in Capital Outlays for the Fleet Leasing Program................ | | $ | 197,370 |
| Increase in FTE to Support Business Priorities................................. | 105 | $ | 29,194 |
| Increase in WCF Contribution............................................................ | | $ | 19,151 |
| Increase in Costs for Operation and Maintenance of Equipment...... | | $ | 11,540 |
| Increase in Login.gov Obligations funded through TMF ARP Award................. | | $ | 4,811 |
| Decrease in Operational Contractual Services & Other Misc. Spending........... | | $ | (1,318) |
| Decrease in Reserve Investment Spending........................................ | | $ | (38,450) |
| Decrease in ITC Cost of Goods Sold due to Telecom Transition^1................. | | $ | (167,114) |
| **Subtotal, Program Changes…………...................** | **105** | **$** | **677,013** |
| **Net Change………….....………......................................** | **105** | **$** | **1,244,028** |

1 - The ITC Network Services Transition will result in a shift from GSA obligating Telecom funds on behalf of customer agencies to customers directly obligating funding against GSA contract vehicles.

ASF-10

J.R. 1304

## Obligations by Object Classification
(Dollars in Thousands)

| | | | 2023 Actual | | 2024 Plan | | 2025 Plan |
|---|---|---|---|---|---|---|---|
| 11.1 | Full-time permanent | $ | 451,646 | $ | 542,642 | $ | 571,689 |
| 11.3 | Other than permanent | $ | 26,459 | $ | 58 | $ | 61 |
| 11.5 | Other personnel compensation | $ | 11,859 | $ | 12,461 | $ | 13,135 |
| 11.8 | Special personnel services payments | $ | (2,144) | $ | - | $ | - |
| 11.9 | Total personnel compensation | $ | 487,820 | $ | 555,161 | $ | 584,885 |
| 12.1 | Civilian personnel benefits | $ | 177,228 | $ | 207,155 | $ | 218,060 |
| 13.0 | Benefits for Former Personnel | $ | - | $ | 7 | $ | 9 |
| 21.0 | Travel and transportation of persons | $ | 8,615 | $ | 11,216 | $ | 11,405 |
| 22.0 | Transportation of things | $ | 255,339 | $ | 7,020 | $ | 7,312 |
| 23.1 | Rental payments to GSA | $ | 28,520 | $ | 20,031 | $ | 19,731 |
| 23.2 | Rental payments to others | $ | 12 | $ | - | $ | - |
| 23.3 | Communications, utilities, and miscellaneous charges | $ | 140,187 | $ | 394,048 | $ | 231,015 |
| 24.0 | Printing and reproduction | $ | 1,838 | $ | 2,796 | $ | 2,727 |
| 25.1 | Advisory and Assistant Service | $ | 20,270,342 | $ | 20,272,836 | $ | 21,161,983 |
| 25.2 | Other good and services from non-Federal sources | $ | 19,399 | $ | 5,278 | $ | 5,686 |
| 25.3 | Other purchases of goods and services from Federal sources | $ | 345,834 | $ | 355,303 | $ | 374,342 |
| 25.4 | Operation and maintenance of facilities | $ | 59 | $ | - | $ | - |
| 25.7 | Operations and maintenance of equipment | $ | 287,167 | $ | 183,656 | $ | 195,196 |
| 26.0 | Supplies and materials | $ | 1,895,210 | $ | 1,738,611 | $ | 1,851,743 |
| 31.0 | Equipment | $ | 3,346,513 | $ | 4,718,602 | $ | 5,046,157 |
| 32.0 | Land and structures | $ | 1,875 | $ | 234 | $ | 921 |
| 42.0 | Insurance claims and indemnities | $ | 2,574 | $ | - | $ | - |
| 43.0 | Interest and Dividends | $ | - | $ | 5 | $ | 5 |
| | **Total new obligations** | $ | 27,268,532 | $ | 28,471,960 | $ | 29,711,177 |
| | Subtotal, PC&B | $ | *665,048* | $ | *762,323* | $ | *802,954* |
| | *Subtotal, Non-labor* | $ | *26,603,484* | $ | *27,709,636* | $ | *28,908,222* |
| 99.0 | *Obligations, appropriated (multi-year)* | $ | *51,165* | $ | *45,662* | $ | *50,473* |
| **99.9** | ***Total obligations*** | **$** | ***27,319,697*** | **$** | ***28,517,622*** | **$** | ***29,761,649*** |
| | Civilian full-time equivalent employment | | 3,885 | | 4,152 | | 4,258 |
| | Net Outlays | | (67,648) | | 237,230 | | 119,948 |

ASF-11

J.R. 1305

*U.S. General Services Administration*
*Acquisition Services Fund*

**Summary of Results of Operations**

The ASF's authorizing legislation requires the Administrator to establish rates to be charged to agencies receiving services that: (1) recover costs; and (2) provide for the cost and capital requirements of the ASF. After making provision for operating needs, any uncommitted balances at the end of the year are returned to the Treasury. In order to fulfill this requirement, GSA projects estimated income and expenses as part of the budget process. Below are highlights of this process as they relate to growth in revenue and utilization of reserves.

In FY 2023, the ASF returned $13.1 million in net proceeds from the sale of personal property across the Federal Government to the Treasury in accordance with 40 U.S.C. § 573. In FY 2024 and FY 2025, total ASF Revenue is projected to be $25.7 billion and $26.9 billion, respectively. The projected ASF Revenue in FY 2025 is less than the total obligation request for FY 2025, because the total obligation request includes anticipated flow-through obligations that will not be recognized as Revenue until subsequent fiscal years. The ASF revenue is generated across FAS's six business portfolios and initiatives. Revenue is projected to increase from FY 2024 to FY 2025 for all portfolios, except for ITC, due to increased utilization of current offerings, as well as the introduction of several new offerings; ITC's Revenue is projected to decrease due to the ongoing telecom transition where volume is moving to a contract vehicle with a lower rate than the currently used contracts.

Below is the portfolio-by-portfolio summary that totals the ASF's $1,246.9 million increase in anticipated Revenue from FY 2024 to FY 2025:

- $856.7 million increase in AAS due to continued growth in customer orders

- $403.3 million increase in TTL due to increased miles driven, increased use of Zero Emission Vehicles (ZEV), and increased rates to cover increased costs related to growth in maintenance and repair prices, vehicle acquisition costs, and other fleet-related expenses

- $100.1 million increase in GSS associated with the expansion of store operations and increased volumes through the Global Supply program

- $41.3 million increase in TTS through continued growth of the Login.gov program

- $9.8 million increase in IAE due to a 15 percent increase in contributions from partner agencies

- $3.0 million increase in PSHC due to continued growth across all business lines, as well as increased volumes through the new OASIS + offering

J.R. 1306

- -$167.2 million decrease in ITC as agencies transition from ITC's Networx contract to the lower rates on the Enterprise Infrastructure Solutions (EIS) contract

In FY 2024 and FY 2025, reserve expenses include funding the modernization of business systems and offerings (Contract Acquisition Lifecycle Management (CALM), Catalog Management, ETSNext initiative), contract transition for the multiple award Blanket Purchase Agreement (BPA) that supports FAS IT's system development and operations (COMET), continued contract transition for the Network Services Program, and support of FAS's Enterprise Data Architecture initiative.

In FY 2018, FAS began using an operating efficiency metric to monitor how it converts resources into business offerings that recover costs. This metric is calculated by dividing FAS's direct operating expenses by the total gross margin earned (the fees collected) by FAS's various business lines (in this methodology, a lower percentage indicates greater efficiency). FAS's direct operating expenses are defined as the costs over which FAS has direct control, i.e., those costs not related to customer orders or controlled by a part of GSA other than FAS. Examples of costs excluded from FAS's direct operating expenses include maintenance costs of vehicles leased to customers and payments to GSA's Working Capital Fund.

FAS achieved a result of 32.0 percent in FY 2023 compared to the target of 36.4 percent. FAS was more efficient than the target in FY 2023 due to strong growth in gross margin coupled with lower expenses driven primarily by below-plan FTE levels. For FY 2024 and FY 2025, FAS is targeting 39.1 percent and 36.3 percent, respectively. The efficiency metric is projected to decrease (higher percentage) in FY 2024 and FY 2025, as FAS plans to actively grow its staffing levels to support the growth in business volumes experienced over the last few years, while also continuing to spend in support of Administration priorities. However, overall efficiency in FY 2025 is improved as projected growth in gross margin exceeds projected growth in operating costs as staffing levels normalize after the ramp up in staffing in FY 2024. Individual portfolios within FAS provide services on profit and loss statements and have different fixed and variable direct cost models; therefore, they have different operational efficiency ratios. Management evaluates efficiency at portfolio levels to ensure FAS's ability to serve changing levels of Government demand at optimal levels of efficiency.

*U.S. General Services Administration*
*Acquisition Services Fund*

**Results of Operations by Program**

(Dollars in Thousands)

| Income and Expense Statement | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| **1. Assisted Acquisition Services (AAS)** | | | |
| Revenue | $ 16,948,154 | $ 18,331,733 | $ 19,188,416 |
| Acquisition Training Fund^1 | $ - | $ - | $ - |
| Cost of Goods Sold | $ 16,483,918 | $ 17,824,898 | $ 18,658,553 |
| Gross Margin | $ 464,236 | $ 506,835 | $ 529,863 |
| *Cost of Operations* | | | |
| Program Expenses | $ 235,460 | $ 300,082 | $ 319,572 |
| Corporate Overhead | $ 82,617 | $ 95,858 | $ 103,860 |
| Other Cost of Operations | $ 1,986 | $ 2,140 | $ 2,153 |
| Total Cost of Operations | $ 320,063 | $ 398,080 | $ 425,585 |
| Net Operating Results | $ 144,173 | $ 108,755 | $ 104,278 |
| Reserve Expenses | $ 19,016 | $ 24,168 | $ 17,284 |
| Net Financial Impact | $ 125,157 | $ 84,586 | $ 86,994 |
| **2. General Supplies and Services (GSS)** | | | |
| Revenue | $ 1,716,802 | $ 1,715,675 | $ 1,815,739 |
| Acquisition Training Fund^1 | $ (2,999) | $ (4,565) | $ (4,605) |
| Cost of Goods Sold | $ 1,412,224 | $ 1,426,785 | $ 1,513,179 |
| Gross Margin | $ 301,579 | $ 284,325 | $ 297,955 |
| *Cost of Operations* | | | |
| Program Expenses | $ 192,777 | $ 227,341 | $ 225,077 |
| Corporate Overhead | $ 50,945 | $ 57,320 | $ 58,865 |
| Other Cost of Operations | $ 14,790 | $ 933 | $ 898 |
| Total Cost of Operations | $ 258,512 | $ 285,594 | $ 284,841 |
| Net Operating Results | $ 43,067 | $ (1,269) | $ 13,114 |
| Reserve Expenses | $ 8,907 | $ 12,999 | $ 4,159 |
| Net Financial Impact | $ 34,160 | $ (14,267) | $ 8,955 |
| **3. Information Technology Category (ITC)** | | | |
| Revenue | $ 1,046,460 | $ 746,579 | $ 579,389 |
| Acquisition Training Fund^1 | $ (11,019) | $ (15,466) | $ (15,840) |
| Cost of Goods Sold | $ 629,646 | $ 403,085 | $ 234,708 |
| Gross Margin | $ 405,795 | $ 328,028 | $ 328,840 |
| *Cost of Operations* | | | |
| Program Expenses | $ 231,729 | $ 253,674 | $ 250,851 |
| Corporate Overhead | $ 65,446 | $ 65,021 | $ 66,354 |
| Other Cost of Operations | $ 3,763 | $ 991 | $ 583 |
| Total Cost of Operations | $ 300,938 | $ 319,686 | $ 317,789 |
| Net Operating Results | $ 104,857 | $ 8,342 | $ 11,052 |
| Reserve Expenses | $ 13,095 | $ 17,513 | $ 11,852 |
| Net Financial Impact | $ 91,762 | $ (9,171) | $ (800) |

ASF-14

J.R. 1308

*U.S. General Services Administration*
*Acquisition Services Fund*

| Income and Expense Statement | | FY 2023 Actual | | FY 2024 Plan | | FY 2025 Plan |
|---|---|---|---|---|---|---|
| **4. Professional Services & Human Capital (PSHC)** | | | | | | |
| Revenue | $ | 139,737 | $ | 131,595 | $ | 134,610 |
| Acquisition Training Fund^1 | $ | (6,769) | $ | (9,967) | $ | (9,853) |
| Cost of Goods Sold | $ | - | $ | - | $ | - |
| Gross Margin | $ | 132,968 | $ | 121,628 | $ | 124,757 |
| *Cost of Operations* | | | | | | |
| Program Expenses | $ | 87,017 | $ | 108,098 | $ | 109,619 |
| Corporate Overhead | $ | 24,806 | $ | 27,687 | $ | 28,767 |
| Other Cost of Operations | $ | 636 | $ | 388 | $ | 351 |
| Total Cost of Operations | $ | 112,459 | $ | 136,174 | $ | 138,737 |
| Net Operating Results | $ | 20,509 | $ | (14,546) | $ | (13,979) |
| Reserve Expenses | $ | 3,644 | $ | 13,939 | $ | 4,062 |
| Net Financial Impact | $ | 16,865 | $ | (28,486) | $ | (18,042) |
| **5. Travel, Transportation, and Logistics (TTL)^2** | | | | | | |
| Revenue | $ | 3,882,466 | $ | 4,568,804 | $ | 4,972,122 |
| Acquisition Training Fund^1 | $ | (1,251) | $ | (2,051) | $ | (2,417) |
| Cost of Goods Sold | $ | 2,224,427 | $ | 2,841,390 | $ | 2,980,716 |
| Gross Margin | $ | 1,656,788 | $ | 1,725,362 | $ | 1,988,989 |
| *Cost of Operations* | | | | | | |
| Program Expenses | $ | 582,519 | $ | 539,634 | $ | 582,432 |
| Corporate Overhead | $ | 58,020 | $ | 61,377 | $ | 62,673 |
| Other Cost of Operations | $ | 614,225 | $ | 624,643 | $ | 716,260 |
| Replacement Cost Pricing^3 | $ | 463,960 | $ | 584,970 | $ | 693,702 |
| Total Cost of Operations | $ | 1,718,724 | $ | 1,810,624 | $ | 2,055,067 |
| Net Operating Results | $ | (61,936) | $ | (85,262) | $ | (66,079) |
| Reserve Expenses | $ | 30,269 | $ | 37,598 | $ | 23,486 |
| Net Financial Impact | $ | (92,205) | $ | (122,860) | $ | (89,565) |
| **6. Integrated Award Environment (IAE)** | | | | | | |
| Revenue | $ | 68,112 | $ | 65,025 | $ | 74,779 |
| Acquisition Training Fund^1 | $ | - | $ | - | $ | - |
| Cost of Goods Sold | $ | 94,265 | $ | 120,715 | $ | 141,012 |
| Gross Margin | $ | (26,153) | $ | (55,690) | $ | (66,233) |
| *Cost of Operations* | | | | | | |
| Program Expenses | $ | 9,305 | $ | 12,213 | $ | 12,891 |
| Corporate Overhead | $ | 6,381 | $ | 7,701 | $ | 8,125 |
| Other Cost of Operations | $ | 4,402 | $ | (31) | $ | (32) |
| Total Cost of Operations | $ | 20,088 | $ | 19,882 | $ | 20,984 |
| Net Operating Results | $ | (46,241) | $ | (75,572) | $ | (87,216) |
| Reserve Expenses | $ | 36,073 | $ | 24,701 | $ | 20,959 |
| Net Financial Impact | $ | (82,314) | $ | (100,273) | $ | (108,175) |

ASF-15

J.R. 1309

*U.S. General Services Administration*
*Acquisition Services Fund*

| Income and Expense Statement | | FY 2023 Actual | | FY 2024 Plan | | FY 2025 Plan |
|---|---|---|---|---|---|---|
| **7.  Technology Transformation Services (TTS)** | | | | | | |
| Revenue | $ | 110,883 | $ | 108,508 | $ | 149,790 |
| Acquisition Training Fund^1 | $ | - | $ | - | $ | - |
| Cost of Goods Sold | $ | 64,993 | $ | 43,319 | $ | 56,861 |
| Gross Margin | $ | 45,890 | $ | 65,188 | $ | 92,928 |
| *Cost of Operations* | | | | | | |
| Program Expenses | $ | 72,760 | $ | 100,688 | $ | 120,906 |
| Corporate Overhead | $ | 15,094 | $ | 28,148 | $ | 33,604 |
| Other Cost of Operations | $ | 450 | $ | 455 | $ | (221) |
| Total Cost of Operations | $ | 88,304 | $ | 129,291 | $ | 154,290 |
| Net Operating Results | $ | (42,414) | $ | (64,102) | $ | (61,361) |
| Reserve Expenses | $ | 1,335 | $ | 4,322 | $ | 4,584 |
| Net Financial Impact | $ | (43,749) | $ | (68,425) | $ | (65,945) |

| Income and Expense Statement | | FY 2023 Actual | | FY 2024 Plan | | FY 2025 Plan |
|---|---|---|---|---|---|---|
| **8.  Total Acquisition Services Fund (ASF)** | | | | | | |
| Revenue^4 | $ | 23,912,614 | $ | 25,667,919 | $ | 26,914,844 |
| Acquisition Training Fund^1 | $ | (22,038) | $ | (32,049) | $ | (32,715) |
| Cost of Goods Sold | $ | 20,909,473 | $ | 22,660,193 | $ | 23,585,029 |
| Gross Margin | $ | 2,981,103 | $ | 2,975,677 | $ | 3,297,100 |
| *Cost of Operations* | | | | | | |
| Program Expenses | $ | 1,411,567 | $ | 1,541,731 | $ | 1,621,349 |
| Corporate Overhead | $ | 303,309 | $ | 343,113 | $ | 362,248 |
| Other Cost of Operations | $ | 640,252 | $ | 629,518 | $ | 719,992 |
| Replacement Cost Pricing^3 | $ | 463,960 | $ | 584,970 | $ | 693,702 |
| Total Cost of Operations | $ | 2,819,088 | $ | 3,099,332 | $ | 3,397,291 |
| Net Operating Results | $ | 162,015 | $ | (123,655) | $ | (100,192) |
| Reserve Expenses | $ | 112,339 | $ | 135,241 | $ | 86,386 |
| Net Financial Impact | $ | 49,676 | $ | (258,895) | $ | (186,578) |

1 - The FY 2024 and FY 2025 amount for Acquisition Training Fund reflects the Legislative Proposal to increase the FAS contributions to the Acquisition Workforce Training Fund (AWTF) from the current 5% to the proposed 7.5% in FY 2024.

2 - TTL Portfolio Revenue and Cost of Goods Sold include $1,062.8 million, $1,710.0 million, and $1,907.4 million in intra-GSA sales of vehicles that GSA Fleet plans to purchase from GSA Automotive in FY 2023, FY 2024, and FY 2025, for its leasing program for Federal agencies.

3 - TTL and Total ASF operating expenses include Replacement Cost Pricing (RCP), which is a component of current year fees and is used to cover the cost of inflation on vehicles purchased by GSA Fleet as well as for funding vehicle consolidations.

4 - Total FY 2025 ASF Revenue is $2,846.8 million less than the total obligation request of $29,761.5 million for FY 2025. The total obligation request includes anticipated increases in flow-thru obligations that will not be recognized as Revenue until subsequent fiscal years.

*U.S. General Services Administration*
*Acquisition Services Fund*

## FTE by Portfolio, Initiative, and Integrator Office

|  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| **Portfolios & Initiatives** | **3,242** | **3,592** | **3,696** |
| Assisted Acquisition Services | 802 | 961 | 1,015 |
| General Supplies Services | 496 | 572 | 579 |
| Information Technology Category | 647 | 669 | 665 |
| Professional Services & Human Capital | 272 | 292 | 293 |
| Travel, Transportation, & Logistics | 710 | 737 | 741 |
| Integrated Award Environment | 32 | 41 | 41 |
| Technology Transformation Services | 283 | 320 | 362 |
| **Integrators** | **643** | **560** | **561** |
| Office of the Commissioner | 13 | 14 | 14 |
| Catalog & Solicitation Management PMO[1] | - | 27 | 26 |
| Regional Commissioners | 102 | - | - |
| Office of Strategy & Innovation | 170 | 208 | 210 |
| Office of Customer & Stakeholder Engagement | 248 | 248 | 248 |
| Office of Policy & Compliance | 58 | 63 | 63 |
| Contracting | 51 | - | - |
| **Total ASF FTE[2]** | **3,885** | **4,152** | **4,258** |

1 - The Catalog & Solicitation Management Program Management Office (PMO) was previously funded under the Region 3 Regional Commissioner & Staff budget. With the F4 Realignment, this office now reports directly to the Deputy Commissioner for FAS.

2 - The sum of the individual office's FTE may not add up to the total ASF FTE levels due to rounding.

J.R. 1311

*U.S. General Services Administration*
*Acquisition Services Fund*

**FAS Portfolio and Integrator Initiatives**

**Assisted Acquisition Services**

The Assisted Acquisition Services (AAS) portfolio offers customized acquisition, project management, and financial management services for large and complex projects at best value to the Government. AAS's highly trained contracting, project, and financial management professionals provide direct assistance to partner agencies for the Government's complex IT, professional services, facilities maintenance, research and development, and cybersecurity challenges. This commitment to mission ensures agency requirements are met on time and within budget while reducing contracting risk. AAS provides best value in acquisition, so that partner agencies can focus on their mission-critical activities instead of overseeing acquisition and project management personnel.

In FY 2023, AAS's business continued to grow significantly over prior years with obligations increasing by 17 percent from FY 2022 levels, and Business Volume finishing at $16.5 billion. To ensure quality as AAS expands, the portfolio continues its Acquisition Quality Initiative, focusing on increasing knowledge sharing across the enterprise, as well as providing greater enterprise-wide guidance, templates, and training to improve contract filing and create a more consistent experience for customers and industry.

Effective at the start of FY 2024, AAS transitioned to Acquisition and Procurement Centers of Excellence (APEXs) in lieu of Client Support Centers (CSCs). AAS reorganized from 12 CSCs to five APEXs that are organized by client - one each for Army, Navy/Air Force, Civilian, Innovation, and Defense.

The AAS Innovation APEX awards and administers Small Business Innovation Research (SBIR) / Small Business Technology Transfer (STTR) work consistent with the Small Business Administration's SBIR/STTR policy directives, with the permanent authority (through GSA's Senior Procurement Executive [SPE] Acquisition Letter MV-21-01) to provide assisted acquisition services for SBIR and STTR Phase I, II and III work. Both SBIR and STTR programs are competitive and encourage domestic small businesses to engage in Federal research and development (R&D) with the potential for commercialization. The SBIR program aims to stimulate technological innovation, partner with small businesses to meet Federal R&D needs and increase private-sector commercialization of innovations derived from Federal R&D to increase competition, productivity, and economic growth. The STTR program aims to partner ideas and technologies between innovative small businesses and non-profit Research Institutions.

AAS continues to find opportunities to stand up expanded operational support with customer agencies. For example, AAS has worked closely with DHS's Cybersecurity Division (CSD) and Capacity Building (CB) program since 2019. During FY 2023, AAS has helped the CB program

J.R. 1312

achieve a 99.94 percent obligation rate. The staff provide outstanding support to CSD by demonstrating immense flexibility and cooperation in working with their program office and their Acquisition and Budget Branch to contribute to CSD's continued success and to meet the needs of the CSD existing and emerging cybersecurity programs.

In FY 2024 and FY 2025, AAS will continue to promote transparent, sustainable, and superior quality acquisitions across the Government. To meet significant year-over-year increases in customer demand, AAS is increasing agency-partner support through commensurately higher staffing levels and by expanding its best practice and information sharing programs. Additionally, AAS continues to use a business model that channels demand to acquisition and project-management professionals who have the expertise and greatest capacity to meet agency requirements.

**Office of General Supplies and Services Categories**

At the beginning of FY 2024, the Office of General Supplies and Services Categories (GS&S) completed a significant organizational redesign that changed the structure and lines of support for the Portfolio.  However, the mission and goals for GS&S are unchanged moving forward and will continue to be focused on the three focus areas: delivery/contractor performance, price/value, and catalog management.

GS&S leverages the Government's buying power to procure products and services at reduced prices, with fast delivery times and in compliance with the Federal Acquisition Regulation (FAR). GS&S provides value to Federal agencies by establishing acquisition solutions that can be used Government-wide, thereby avoiding contract duplication and eliminating the need for agencies to develop their own contract vehicles for commercially available products and services. GS&S also provides personal property disposal and offers sales services to partner agencies. GS&S delivers these services through the following customer-facing Business Lines: GSA Global Supply (GGS), Retail Operations, Assisted Solutions, Multiple Award Schedule (MAS), Personal Property Management, and Commercial Platform. These Business Lines are overseen by the Office of Program Operations, which has the day-to-day business responsibility, and are supported by the Office of Contract Operations, which has the acquisition support role for each of the Business Lines.

*Office of Program Operations - Supply Chain Management (SCM)* — serves as the program office for the Office of Management and Budget (OMB) designated Best-In-Class (BIC) GSA Global Supply program, which provides Federal agencies access to competitively priced products as part of the National Supply System. The direct vendor delivery and assisted acquisition models enable the program to efficiently meet agency demands for competitively priced products, faster delivery, and lower administrative costs.

In FY 2023, SCM continued to build on key initiatives and improve the program. The highest priority for the program was to continually improve the speed and quality of order deliveries,

*U.S. General Services Administration*
*Acquisition Services Fund*

both domestically and abroad. The Alaska Forward Supply Point (FSP) was implemented in February and an acquisition is underway to expand this 'Outside Continental United States (OCONUS)' fast delivery initiative to Puerto Rico. These solutions are designed to vastly improve service delivery times for customers in these areas from 45 to 60 days to 3 to 5 business days. These added efforts will further expand the Global Supply product base for high-demand items, while continuing to improve the customer ordering experience in obtaining these items. In FY 2024, SCM will extend this solution into the U.S. Central Command (CENTCOM) Area of Responsibility (AOR) (Middle East), complementing previously implemented FSPs in the Europe and Pacific AORs.

SCM continues to manage its commercial third-party logistics provider (3PL) solution designed to significantly reduce the cost to ship orders to OCONUS military customers. The 3PL solution is a less costly and more efficient alternative than the previous approach, and SCM has saved several million dollars per year with the 3PL solution and $1.7 million in FY 2023.

SCM is also playing a significant role in supporting the U.S. response to events occurring in Ukraine, having processed over 54,000 Ukraine-related customer orders placed by the U.S. Department of Defense valued at over $18.4 million in FY 2023.

Several years ago, SCM saw growing customer demand for part-number products and has capitalized on that growth. Part-numbered products are a natural complement to long-standing National Stock Number (NSN) product sales. Contracted part-number sales have grown significantly since the initiative began in 2017. Through the end of FY 2023, there has been $26.4 million sales. In addition to the contracted part-number sales, SCM has implemented a non-contracted part-number sales initiative that has itself generated over $92 million in sales in FY 2023, for a total of $118.5 million in part number sales. SCM is also working through the acquisition process to add Information Technology part numbers to GSA Global Supply® for customers to requisition, and anticipates execution for this new product line award in FY 2024.

SCM continues to expand the growing-in-popularity special order program (SOP–Global Supply assisted acquisition) while the modernization of NSN Management (Cataloging) will lead to faster/more timely NSN updates and improved customer service via movement to cloud technology.

*Office of Program Operations - Retail Operations (RO)* — Plans, directs, and coordinates the development and execution of strategic retail supply chain operations for the U.S. Department of Defense (DoD), the U.S. Department of Homeland Security (DHS) and other civilian agencies. RO leverages GSA's contracting and acquisition experience and the product-fulfillment expertise of commercial industry leaders and AbilityOne partners to manage the acquisition, storage, merchandising, delivery, and billing aspects of a comprehensive requisition-based supply solution that provides common commercially available products. This 4th Party Logistics, or 4PL, is the business model that allows RO customers to easily access

ASF-20

needed supplies, gather business intelligence on their spending and be freed from the resource constraints inherent in operating their own supply systems. Although there is no "standard" service offering, and each customer's needs are different, RO operates retail stores, tool rooms, issue points, and an online portal to provide customers with commercial industrial supplies and office supplies through a fast, convenient, fiscally integrated and compliant requisition method.

The value-add proposition of the 4PL model is to provide a greater level of expertise, and by completely outsourcing the logistics functions a customer can have greater focus on their core competencies. The 4PL focus on savings is on the entire supply-chain process to include competitive product value. Additionally, the larger cost savings is related to the acquisition of products, inventory, receiving process and the reconciliation of products. All of this effort normally accomplished by the customers is now handled through the 4PL program.

Operationally in FY 2023, Retail Operations (RO) supported by 13 Commercial Vendor Partners, had 100 locations that had sales (34 stores, 8 shipyards, 58 Naval Facilities Engineering Systems Command (NAVFAC) locations). GSA RO continued the expansion of the NAVFAC Enterprise by adding 17 Public Works Department (PWD) locations to the 4PL Program, to bring the total of supported NAVFAC locations to 79.  Additionally, RO is establishing the agreements and framework to support NAVFAC operations in OCONUS to include NAVFAC Far East and projected locations in NAVFAC Europe, Africa, Central Region (EURAFCENT) to be implemented in the coming fiscal years. GSA's partnership with NAVFAC is projected to provide support to over 100 locations worldwide by FY 2027. NAVFAC engagement reflects brick and mortar operations, issue points, satellite PWD locations, and the USMC Virtual Store.

*Office of Program Operations - Assisted Solutions -* The newly formed Assisted Solutions Business Line is the Special Order component of the *GGS and MAS* Business Lines and continues to expand this increasingly popular program.

*Office of Program Operations - Multiple Award Schedules (MAS) -* GSS offers millions of non-IT products and services to Federal customers worldwide. (There are also narrow niches available to state and local buyers.) GSS negotiates prices and terms with thousands of suppliers and displays these online at GSA Advantage!®. Customers are not required to buy on this site but can contact a supplier directly and purchase using the vendor website or other mutually convenient mechanism. Vendors ship to buyers and typically bill a customer's Government purchase card.

*Office of Program Operations - Personal Property Management (PPM)* — provides sales services to Federal agencies through the Property Sales Program. Personal Property Sales staff work with agencies to conduct sales of surplus, seized, and forfeited or non-excess personal property with a continuing need under the Exchange/Sale authority. The majority of the sales

*U.S. General Services Administration*
*Acquisition Services Fund*

proceeds are reimbursed to the partner agency. PPM returned $166 million to partner agencies in FY 2022, and returned $177 million in FY 2023.

Between March 2021 and September 2023, GSA conducted 11 cryptocurrency sales on the legacy GSAauctions.gov website and one sale outside the system which account for over 4,833 bids collectively.

In FY 2024 and FY 2025, the PPM program will focus on new Exchange/Sale opportunities, and expanding opportunities with DoD customers. The sale of Black Hawk Helicopters continues under a partnership with the U.S. Army since 2014.

The Sales Program is aggressively working to modernize its business systems to better serve customers, improve the reuse of Federal assets, and reform outdated business processes. The Personal Property Management System (PPMS) will merge multiple legacy systems covering all aspects of the disposal process into one system, providing integral interfaces for GSA users and customer agencies. PPM deployed the new modernized PPMS during FY 2023.

Additionally, this program provides reimbursable services to agencies for activities necessary to make excess Federal personal property ready for transfer and reutilization. Program functions include scheduling intake of Federal excess property, receiving and cataloging property, securing and storing property, facilitating the onsite screening of property, processing transfers and donation of property, releasing property to recipients, updating accountability records, and IT functions associated with the PPMS Internal Screening module. Federal agencies utilize the services offered at the warehouse due to lack of space, security, and other mission requirements.

*Office of Program Operations - Commercial Platforms program (CPP)* -- GSA implemented this Government-wide program as a managed channel for online purchases of routine items, through competitively-awarded contracts with multiple commercial platforms at Congress' direction. The program offers agencies a modern buying experience, the tools and data to better manage their growing online spend, and the ability for GSA to help inform future platform features.  The program's original 3-year contracts were awarded in June 2020 and were recently extended pending award of its next-generation set of contracts, anticipated in Spring 2024.  The intent of these new contracts is to broaden and expand the number of participating platforms to support the more than 35 agencies participating in the program.

*Office of Contract Operations (QSC)*  — provides Federal agencies with direct access to vendor goods and services through Federal Supply Schedule contracts and assisted acquisitions. It awards and administers contracts to support GSA Global Supply, MAS, Assisted Solutions, Retail Operations, Personal Property Management, and the Commercial Platforms program.

J.R. 1316

The acquisition teams specialize in office solutions, furniture, hardware and facilities maintenance and management, and general products. They also monitor and enforce scores for order status, delivery times, and cancellation rates for orders placed through GSA Advantage!®.

The GSA Global Supply contract vehicles ensure access to an easy-to-use sourcing solution across Federal agencies, saving contracting officers and the vendor community time and money, while facilitating billions in Federal purchases each year. QSC's management of the underlying contracts for the supply-related Requisition program facilitates easy ordering and direct delivery through Government-to-Government transfers of NSN and commercial part number items via GSA Global Supply.

QSC's goals for FY 2024 and FY 2025 with regard to Global Supply are to continue to award contracts to support customers outside the United States (for faster delivery than shipping from the U.S.), and to continue to have contractors report order status and improve delivery times.

QSC awarded new Blanket Purchase Agreements (BPAs) to support the growth of RO stores across the globe. The new process allows new stores to be opened without awarding a site-specific BPA and assists RO to expand quickly in response to demand.

In June 2020, GSS awarded three contracts with online platform providers to support the Commercial Platforms program's initial implementation. The program continues to receive strong interest from over 30 participating agencies, as a 'managed channel' for their routine online spend. The original contracts were recently extended  pending the award of its next-generation set of contracts, anticipated in Spring 2024.  The intent of these new contracts is to broaden and expand the number of participating platforms to support the more than 35 agencies participating in the program.

QSC will continue to partner with the Public Buildings Service (PBS) to provide furniture to Federal agencies through GSA's Total Workplace solution. GSA's Total Workplace solution provides resources and expertise to encourage Federal agencies to reduce their office space, foster collaboration, better manage IT spending, and increase efficiency. FAS and PBS expanded their partnership to address the needs of smaller tenants who do not qualify for FIT but lack the resources to procure their own furniture. The services established three single-award BPAs that can be used by either service to assist customers with furniture requirements less than $1 million.

**Information Technology Category**
The Office of Information Technology Category (ITC) integrates emerging technology and innovation into a portfolio of offerings in excess of $38 billion annually, with over $250 billion in contract ceiling value, $1.6 billion annually in customer savings, and a small business utilization rate of 51.7 percent.

*U.S. General Services Administration*
*Acquisition Services Fund*

The portfolio includes the high-profile, highly competitive Government-wide acquisition contracts (GWACs) program, IT MAS, agency and Government-wide BPAs, and other contract solutions that connect Federal buyers with large, diverse industry partner pools, including eight OMB designated Best-in-Class (BIC) vehicles. These vehicles position ITC as a key player and partner in Government IT modernization.

ITC helps agencies deliver successful acquisitions in alignment with Administration priorities by:

- **Delivering superior customer and supplier experiences (CX/SX):** ITC is continuously enhancing end-to-end experience that supports customer requirements and makes it easier for suppliers to sell to the Government, using data and feedback gathered throughout the acquisition lifecycle. This drives what offerings ITC delivers, and how ITC delivers it, using digital tools and training.

- **Driving equity:** ITC's dedication to DEIA initiatives is demonstrated by providing opportunities for historically underserved groups. Since the inception of the GSA's Socioeconomic Small and Small Business GWACs, Federal customers have utilized them to fulfill over $39.1 billion in IT requirements. These ITC vehicles:
  - Provide life cycle opportunities for socioeconomic small and small business growth;
  - Ensure socioeconomic small and small business set-asides are available to GSA's customers;
  - Expand opportunities to maximize competition for underserved communities; and
  - Leverage on-ramps to grow the industrial base by offering opportunities to new entrants.

- **Improving cybersecurity and supply chain risk management (C-SCRM):** ITC's GWACs program, IT MAS, agency and Government-wide BPAs, and other contract solutions offer a valuable partner to agencies as they work to enhance cyber resilience and enable agencies to procure ever-advancing technology, allowing them to adapt and improve their processes, saving time and taxpayer dollars while creating new opportunities for the supplier community.

GSA's vehicles enable agencies to procure ever-advancing technology, allowing them to adapt and improve their processes, saving time and taxpayer dollars, while creating new opportunities for the supplier community.

The totality of solutions and offerings is encompassed in the ITC value proposition:

ASF-24

- **Customer commitment**
  - Acquisition and IT subject matter expertise
  - Responsive customer support to assist with emerging tech needs
  - Training and decision support tools available

- **Convenience**
  - Variety and flexibility with uncompromising value and quality
  - Easy to identify and secure vendors, products, and services
  - Achieve small business/socio-economic goals

- **Cost savings**
  - Reduce costs and save time and resources for the mission
  - Solutions with pre-negotiated and competitive pricing
  - Access to Best-In-Class offerings recommended by OMB

- **Compliance**
  - Align with complex Federal regulations, laws, directives, and guidance
  - Reduce security and acquisition risks
  - Safeguard cyber assets and supply chains

ITC also serves as the Government-wide IT Category Manager, overseeing 13 BIC acquisition vehicles housed in GSA, the U.S. Department of Health and Human Services (HHS), the National Aeronautics and Space Administration (NASA), and DoD Army. This includes the Information Technology Vendor Management Office (ITVMO), which provides Government-wide market intelligence services to Federal agencies to support better IT buying practices for the Federal Government.

**ITC Subcategories:**

***Office of Enterprise Technology Solutions (ETS)*** - helps Federal agencies acquire network and telecommunications services needed to accomplish their missions efficiently and at the best possible price. The subcategory consists of network infrastructure, satellite communications, wireless, mobility, managed security, network support, and cloud services provided via Enterprise Infrastructure Solutions (EIS), Complex Commercial SATCOM Solutions (CS3), and the MAS Special Item Number (SIN) for Wireless and Mobility.

The EIS contracts address all aspects of Federal agency IT telecommunications, infrastructure, and cybersecurity requirements. With nine contracts and a ceiling of $50 billion, EIS is providing a pathway for 228 Federal agencies and other Government entities with $2 billion in annual requirements to evolve from legacy services to more modernized and secure IT infrastructures.

*U.S. General Services Administration*
*Acquisition Services Fund*

To promote a successful transition from expiring contracts to EIS, ETS has assisted agencies with planning, acquisition development, service migration, inventory tracking, and project management.

In 2019, GSA extended expiring contracts through May 31, 2023, providing agencies with additional time to execute their transition to EIS. Because many agencies needed more time beyond May 31, 2023, GSA invoked the Continuity of Service (CoS) clauses on the expiring contracts, which gives agencies that signed a Memorandum of Understanding (MOU) with GSA up to May 31, 2024, to complete their transition or develop an alternative solution to ensure their services continue. Additionally, GSA is requiring additional detailed justification to support extensions not to exceed May 31, 2026, for agencies that have indicated they cannot complete their transition by May 31, 2024. These customers must also sign an MOU with GSA acknowledging there will be no further extensions of expiring contracts and that they must complete their transition or implement an alternative solution by May 31, 2026.

If agencies do not use the additional time to complete transition or implement an alternative solution, all remaining services will be disconnected at the end of the extension period.

**IT Services** — invests in the development of the next generation of Government-wide Acquisition Contracts (GWACs). Agencies spend approximately $12.3 billion annually through GSA's GWACs, which represents approximately 32 percent of ITC's total business volume. All of the GWAC vehicles continue to meet the rigorous category management performance criteria and have been designated Best In Class vehicles by OMB.

- **8(a) STARS III:** Awarded in June 2021, with a 5 year base period, a 3 year option, and a $50 billion ceiling. The Small Business GWAC provides opportunities to over 1,000 8(a) businesses and promotes the goals outlined in Executive Order 13985: Advancing Racial Equity and Support for Underserved Communities Through the Federal Government, securing over $1.5 billion in obligations through 797 task orders since the award in June 2021. This positive growth and equitable offerings resulted in the award of over 200 task orders to new industry partners that have never received an award through GSA.

- **VETS 2:** As part of GSA's efforts to support service-disabled veteran-owned small businesses, GSA exercised the five-year (2028) option period for the VETS 2 GWAC. This action ensures that VETS 2, the only GWAC set-aside for service-disabled veteran-owned small businesses, will continue to provide opportunities to veterans owning technology firms. Federal agencies have awarded more than $1.4 billion in obligations across 214 task orders since award in February 2018, and agency utilization is expected to remain strong during the option period. A testament to the success of this GWAC is that in nearly 5 years, it had already reached half of its $5 billion ceiling.

ASF-26

J.R. 1320

- **Alliant 2:** GSA increased its contract ceiling from $50 billion to $75 billion in August 2022 to help ensure customer demand continues to be met while Alliant 3 is in development. Alliant 2, while not a small business GWAC, provides best-value IT solutions to Federal agencies while increasing opportunities in Federal contracting for small businesses through subcontracting. Alliant 2 has set new benchmarks by surpassing small business subcontracting goals with an overall rate of 55.5% during the fourth contract year, July 1, 2022 - June 30, 2023. This has improved prospects for socioeconomic small and small businesses to gain subcontracting opportunities within the Federal Government.

- **Polaris:** Serves as a flagship demonstrating ITC's commitment to the DEIA initiatives outlined in Executive Order 13985: Advancing Racial Equity and Support for Underserved Communities Through the Federal Government. Polaris will be the first GSA GWAC to feature multiple socioeconomic groups through a single offering. Polaris will contain pools to accommodate set-asides for small businesses, women-owned small businesses (WOSB), service-disabled veteran-owned small businesses (SDVOSB), and businesses located in an Historically Underutilized Business zone (HUBZone). It will bring innovation from the socioeconomic and small business community to Federal agencies and the acquisition workforce leading to substantial benefits to the supplier community, improved technology for Federal agencies, and greater flexibility for acquisition professionals across Government. GSA continues to move forward with the Polaris GWAC, and contract award announcements for Polaris are anticipated in late FY 2024.

*IT Products* — provides traditional software and hardware products, licensing, and maintenance services, cloud products and services, purchase, lease, and maintenance options for communications, computing, electronics, and fiber-optic equipment through initiatives and offerings, to include:

- **2nd Generation IT (2GIT) Products BPAs:** Operationalizes improved standards for the customer-buying experience, Supply Chain Risk Management (SCRM), data collection, and vendor support for IT hardware and software purchasing through ITC's Best-In-Class MAS contracts. ITC is beginning development of requirements for the next generation solution based on lessons learned and stakeholder/customer consultations.

- **Government-wide Strategic Solutions for Desktops and Laptops:** Helps agencies purchase desktops and laptops with standard configurations, transparent contract terms and conditions, and better pricing.

- **Ascend:** ITC is progressing with the phased acquisition of the Ascend Blanket Purchase Agreement (BPA), a Government-wide, multiple-award BPA that will allow agencies to

ASF-27

*U.S. General Services Administration*
*Acquisition Services Fund*

buy secure commercial cloud services to modernize and replace legacy enterprise IT services and products.

*IT Security* — provides products and services to protect information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction through solutions including:

- **Highly Adaptive Cybersecurity Services (HACS):** Offers ongoing vendor technical evaluation and customer outreach to assist agencies in complying with Government-wide requirements to assess, monitor, and manage High-Value Assets.

- **USAccess HSPD-12 Managed Service Office:** Provides Federal Information Processing Standard Publication 201 compliant Personal Identity Verification (PIV) card issuance services to over 1 million Federal employees and contractors with 120 Federal agencies, commissions, and boards. In FY 2022, GSA operationalized the USPS Credentialing Post Sites with five sites in the DC, Maryland, and Virginia area. In FY 2023, eight additional sites were opened, and the plan is to add 14 additional sites by the end of calendar year 2024.

- **Federal Public Key Infrastructure (FPKI) Management Authority:** A shared service enabling identity management practices for secure physical and logical access and information sharing across Federal agencies and external business partners through the execution of digital certificate policies and standards.

**Professional Services and Human Capital Categories**

The Office of Professional Services and Human Capital Categories (PSHC) is the preferred provider and recognized leader in delivering professional services, human capital, and charge-card management services to the Federal Government. The portfolio manages four Government-wide non-IT professional and human capital services contract programs, as well as the GSA SmartPay® 3 commercial payment solutions program, supporting a total of nearly $65 billion of customer spend. These contracts are designed to deliver best-in-class professional services and human capital services contracting solutions that meet agency needs, drive spend under management, decrease the creation of duplicative contracts, create savings, and support the Government's socio-economic interests.

PSHC improves the strategic acquisition of professional services and human capital solutions and charge-card management services by:

- Being tenaciously customer-centric, improving Federal agencies' and its suppliers' experience, by making it easier to work with the organization and the contract programs it manages

ASF-28

- Seeking innovation by developing market-leading shared services that help customers more efficiently use taxpayer dollars
- Shifting toward modernization by providing secure marketplaces—of quality services providers—which drives standardization, integrates solutions, and responds to agency business needs

PSHC also leads the Federal Government's professional services category management activities. The Government-wide Professional Services category is the second-largest category with more than $111 billion of contract spend in the Federal Government in FY 2023. Of that, approximately 70 percent was considered Spend Under Management (SUM), an increase of 16 percent over target, with approximately $3 billion was obligated toward small businesses. With the award of OASIS+ anticipated in FY 2024, which has a much broader scope compared to OASIS, GSA anticipates an increase in customer usage to meet expanding and more complex mission requirements.

In FY 2024 and FY 2025, PSHC will continue to support agencies in achieving their professional services and category management goals through various efforts. Such efforts include:

- Co-leading a cross-functional team focused on improving the Services Marketplace for Federal agencies' use to streamline access to acquisition tools, simplify market research, and provide commonly used documents, templates, and pricing resources for services that that enhance supplier capability and buyers' ordering behavior
- Awarding *OASIS+*, a new suite of expanded Government-wide contracts for non-IT services with a complement of small business set-asides, increased vendor onboarding opportunities and improved systems and tools
- Building on the progress to-date to fully execute the MAS consolidation plan, while exploring the path to further reduce burden to industry by streamlining the evaluation criteria to participate in the contract program
- Expanding use of the best-in-class OASIS contracts, while providing a centralized task order management tool for customers to ease ordering for customers
- Conducting market research into the viability of an eCommerce solution for services
- Strategically supporting high-spend Federal agencies with procurement spend analysis, market research, and tailored acquisition strategies
- Hosting professional services contract opportunities forecasting events for industry
- Educating and training agency acquisition professionals and industry partners through webinars, social media, and in-person events
- Expanding its supplier-relationship management program with an industry relations community of practice, including post-award support for new and recent entrants to the Federal marketplace
- Utilizing enhanced Government-wide procurement equity data tools to diversify the services supplier base
- Increasing use of performance based acquisition across Government by expanding the

ASF-29

*U.S. General Services Administration*
*Acquisition Services Fund*

*Civilian Services Acquisition Workshops* (CSAW)

***Civilian Services Acquisition Workshops (CSAW)*** - CSAWs are facilitated requirements development workshops built around a specific acquisition and its multi-functional integrated project team (IPT). The workshop walks the complete team through the Steps to Performance Based Acquisition (PBA) process from beginning to end. First launched in FY 2021, the CSAW Program has:

- Delivered more than 34 requirements development and acquisition strategy planning workshops with a focus on performance-based acquisition methods since FY 2020 affecting over $33 billion in services spend.
  - In FY 2023, the program held 10 CSAWs, with a total estimated award value of more than $8 billion in services spend
- Awarded more than 15,000 CLPs to acquisition professionals (in addition to CLPs earned by CSAW workshop participants).
- Developed acquisition facilitation competency at other agencies providing facilitation training to more than 50 people across Government (50 percent GSA, 50 percent other agencies) and have had more than 40 people observe or co-facilitate workshops with a CSAW Facilitator.
- Worked with 18 agencies, including: DOC, DOE, DOI, DOJ, DOL, DOT, Education, EPA, FAS, HHS, HUD, NASA, OPM, PBGC, PBS, SSA, USDA, VA.
- Cross-category work has included systems consolidation, IT modernization, professional services, medical records management, benefits administration, facilities maintenance, ground keeping, administrative/clerical services, physical security, FOIA, records management, contract administration, Government-wide MACs, travel and transportation systems, Federal city management, engineering services, and more.
- In early FY 2024, CSAWs were incorporated into the White House's Better Contracting Initiative, further cementing the importance of performance based acquisition in Federal procurement. In FY 2024 and FY 2025, the CSAW Program will work closely with the Office of Management and Budget and customer agencies to deliver workshops and training to agencies across Government.

**Professional Services**

PSHC currently offers two contracts to help customer agencies meet their mission requirements and SUM targets:

- Professional Services under the Multiple Award Schedule (MAS-PS)
- One Acquisition Solution for Integrated Services (OASIS)

ASF-30

J.R. 1324

These solutions help agencies focus on their mission, reduce procurement lead times and administrative costs commonly associated with acquiring professional services, meet small business goals, and maintain regulatory compliance while bringing increasing SUM. In addition, the final Request for Proposals have been issued for OASIS+.

**MAS-PS** - The MAS-PS offers Federal agencies access to thousands of experienced professional services related contractors who provide a range of commercial professional services. In FY 2023, agencies purchased approximately $11.9 billion of professional services through this contract solution, an increase of 10.8% over FY 2022, with $4.9 billion (45 percent) of sales awarded to small businesses. Of the 4,528 MAS-PS contractors, more than 80 percent or 3,622 are small businesses.

In FY 2024 and FY 2025, the program will be focused on:

- Continuing forward progress on MAS consolidation
- Increasing spend under targeted SINs based on customer demand
- Engaging with industry partners on a regular basis to improve bid rates and reduce the number of industry partners with low to no sales
- Promoting the newly added Program Evaluation sub-SIN, which provides Federal agencies a curated set of vendors to provide the specific service needed
- Increasing HBCU participation on the program, creating more diversity in the vendor pool, while tapping into the capabilities of educational institutions.

**OASIS** - *GSA's* OASIS programs are Tier 3, best-in-class solutions that make procuring complex professional services expedient by maximizing streamlined acquisition processes. Since 2015, more than $70 billion have been awarded through the OASIS contract family, including more than $28.8 billion to small businesses. In FY 2023, OASIS business volume was $14.5 billion, more than 16 percent growth over the previous fiscal year. Of that total, $5.7 billion was awarded to small businesses through 341 task orders.

The on-ramps completed in 2020 have significantly increased competition and opportunities for small businesses, especially through net new business through OASIS 8(a). The largest OASIS 8(a) task order awarded under the OASIS 8(a) contract vehicle was issued by the U.S. Department of Transportation valued at $25 million. OASIS SB on-ramps have resulted in a significant increase in small business opportunities, with about 150 newly added small businesses having won at least one task order since the on-ramps in fiscal year 2020.

The OASIS unrestricted and small business contracts period of performance will end in FY 2024 and FY 2025 respectively. To support Federal agencies' procurement requirements for services, PSHC has spent the last 2 years developing a new multi-agency contract (MAC) called OASIS+.

ASF-31

*U.S. General Services Administration*
*Acquisition Services Fund*

**OASIS+** - Building off the success of its predecessor contract (OASIS), the OASIS+ family of contracts will consist of competitively awarded, multiple-award indefinite-delivery indefinite-quantity (MA-IDIQ) multi-agency contracts (MACs), including five distinct socioeconomic set-aside contracts and one unrestricted contract:

- Total Small Business (SB)
- 8(a) SB
- HUBZone (HZ) SB
- Service-Disabled Veteran-Owned SB (SDVOSB)
- Women-Owned SB (WOSB)
- Unrestricted (UR)

OASIS+ represents a bold step by GSA to innovate on the successes and opportunities gleaned from the OASIS program over the years by building a more robust suite of IDIQ contracts for the next generation professional services solutions that will be flexible to meet Federal customers' increasingly complex and frequently changing requirements.

The OASIS+ solicitations closed in early FY 2024, and proposal evaluations are underway, with the first tranche of awards estimated in FY 2024. The program will focus on ensuring each Domain has an adequate industry base to ensure adequate competition to enable customer ordering and to conduct robust training and communication with our industry partners and customers.

**GSA SmartPay**® - GSA SmartPay is the world's largest government charge card and related payment services program, supporting over 500 Federal agencies, organizations, and Native American governments. The program provides customer agencies with a portfolio of commercial purchase, travel, fleet, and integrated payment solutions with no upfront cost. World-class master contracts with multiple commercial banks allow agencies and organizations across the Government to obtain innovative payment solutions to support their mission needs.

GSA SmartPay® generated more than $5.6 billion in agency refunds since its inception in 1998. In FY 2023, the program supported more than 88 million agency transactions through almost 4.6 million accounts, totaling $37.5 billion in spend, a 15 percent increase over FY 2022, resulting in $464.7 million in agency refunds, an increase of nearly 9 percent over FY 2022 In FY 2024 and FY 2025, GSA's Center for Charge Card Management will continue to work with agencies to assist them in optimizing the use of the GSA SmartPay® program, particularly as it relates to using the program for contract payments. Additionally, the program is applying optimization measures internally and capturing lessons learned in order to share with customer agencies.

**Human Capital -** PSHC also supports the Federal Human Capital category led by the Office of Personnel Management (OPM), by offering a wide variety of human resources and

ASF-32

J.R. 1326

administrative services to improve the quality of human capital outcomes through simplified buying processes. PSHC, through the Multiple Awards Schedule - Human Capital (MAS-HC) and Human Capital and Training Solutions (HCaTS), a multi-agency contract (MAC), provides Federal buyers access to contractors with both simple and complex services that support the entire human-capital life cycle as described in the Federal Human Capital Business Reference Model (HCBRM).

**MAS-HC** - MAS-HC manages approximately 600 Tier 2 SUM contractors through GSA's MAS program. With the advent of telework and remote work for many agencies, human capital and training requirements are trending upward, contributing to growth for the MAS-HC program. In FY 2023, agencies purchased more than $495.4 million in human capital solutions through MAS-HC, an increase of 6.6 percent over FY 2022.

In FY 2024 and FY 2025, MAS-HC will continue to focus on consolidating its contracts as part of FAS's MAS consolidation initiative and will expand training for both agency buyers and industry on how to use and manage their MAS-HC contracts and task orders.

**HCaTS** - HCaTS is a PSHC's BIC contract that provides complex human capital and training services through over 200 contracts. In FY 2023, agencies purchased $510 million in human capital and training solutions through HCaTS, a 48.3 percent increase over FY 2022. The U.S. Department of Homeland Security, the U.S. Agency for International Development, and the Defense Health Agency (DHA) have awarded major task orders under HCaTS in FY 2022 at an estimated value of $443 million. In the first quarter of FY 2023, DHA awarded a $445 million task order award.

In FY 2024 and FY 2025, PSHC will focus on supporting Federal buyers using the HCaTS contracts through the program's expanded industrial base. The program will actively engage with vendors and Federal customers to ensure agency requirements are well defined and that the industrial base is well positioned and informed to meet agency needs. The HCaTS Program Management Office provides continual training and advice on how to provide equitable procurements through the use of Small Business and particularly businesses with various underserviced socioeconomic status. Additionally, the program will continue its efforts to partner with industry and customers to provide training, seminars, and workshops. The program will also focus on transitioning GSA's Human Capital Solutions to the new OASIS+ suite of contracts.

**Technology Transformation Services**
Technology Transformation Services (TTS) aims to transform the way Government agencies build, buy, and share technology. The operations for TTS are funded by both the ASF as well as through appropriations, reimbursable work, and agency contributions to the Federal Citizen Services Fund (FCSF). The operations funded by the FCSF enable public access and engagement with the Government through an array of public and agency-facing products and

ASF-33

*U.S. General Services Administration*
*Acquisition Services Fund*

programs. The FCSF-funded initiatives within TTS help individuals, businesses, other governments, and the media to easily interact with Federal information, services, benefits, and business opportunities. Additionally, the ASF-funded portions of TTS help agencies make their services more accessible, efficient, and effective by building, providing, and buying technology applications, platforms, processes, personnel, and software solutions. TTS emphasizes transparency and user-centered design. In FY 2024 and FY 2025, TTS will continue to partner with agencies, industry, and the digital technology community to build the foundation for the Government's digital transformation through the offices and programs described below.

*TTS Office of Consulting -* At the start of FY 2024, the Office of TTS Consulting was established to combine management of the 18F and Centers of Excellence programs under a single entity. Although 18F and Centers of Excellence will continue as distinct brands with existing missions intact, bringing these programs together under a single office allows TTS to gain efficiencies by combining and streamlining redundant functions and processes, including front office operations, business development, and financial management.  Ultimately, the TTS Office of Consulting will allow TTS to better scale the 18F and Centers of Excellence programs, improve service delivery, create a more consistent partner experience, and increase our ability to improve both the public's experience with Government technology and the Government's ability to build, buy and manage technology.

*Office of 18F -* is a team of designers, engineers, product managers, account managers and acquisition specialists. 18F is a technology consultancy for the Government, inside the Government, that works with partners to help them build and buy technology that instills trust, is accessible, secure, delivered efficiently, meets the needs of users, and strengthens technology practices to last beyond its partnerships. 18F works in the open to share approaches, practices, templates, and examples, such as the 18F De-Risking Guide for use by its partners and all those working to better deliver services to the public.

In FY 2023, 18F continued partnerships across Federal partners such as High-Impact Service Providers (HISPs), USDA, DOJ, CISA, IRS, and more. 18F also continued to engage past and potential future partners at the Federal, state and local levels to better understand their needs and the role 18F is playing in supporting their delivery to the public. Through this customer engagement and direct partnership 18F has continued helping our partners better build and buy technology to improve the user experience of Government.

In FY 2023, 18F has also continued to track the long tail of its impact in creating durable improvements in Government-wide technology practices. Including but not limited to;

- The U.S. Department of Justice, Civil Right Division's launch of ada.gov following an engagement with 18F, where we partnered to create not only the foundation of user research, human centered design, acquisition, roadmap, and technical approach to

ASF-34

J.R. 1328

launch beta.ada.gov, but also the core practices and capacity, which have empowered DOJ to continue iterating on the product and delivering value to the public.

- 18F published materials, artifacts, examples, and content to continue to empower practitioners everywhere to deliver better services to the public. One example includes the FY 2023 release of the Federal Small Agency CIO and IT Executive Handbook, which heavily references 18F content and our approaches to Software Application Development and Delivery.

In FY 2024 and FY 2025, 18F will continue delivering value to the public through our partners and practices on efforts including but not limited to, partnering with the IRS on implementation of the Inflation Reduction Act and a direct filing option, as well as partnering with the National Oceanic and Atmospheric Administration. 18F will seek new opportunities to improve the public's most meaningful priority life experiences, broadly share its practices and approaches, help its partners meet the needs of those who depend on their services, strengthen Government technology practices and also continue to focus on improving, streamlining, and gaining efficiencies in the core functions and operations of the organization.

*Centers of Excellence (CoE)* — focuses on enterprise-wide modernization by engaging agencies on Artificial Intelligence, Cloud Adoption, Contact Center, Customer Experience, Data Analytics, and Infrastructure Optimization, along with Practice Areas for Innovation Adoption and Acquisition.

Demand for CoE's fee-for-service consulting services remained strong in FY 2023, with a total of 34 new partnership agreements valued at over $60 million signed during the period. Major accomplishments from the portfolio include but are not limited to:

- Centers for Disease Control and Prevention (CDC) - By helping CDC implement a centralized approach to DevSecOps and data management best practices, CoE helped CDC save an estimated 5,400 labor hours per day across the enterprise through automated checks implemented on data imported from CDC health partners. This represents approximately $200 million per year that can be redirected to higher-value activities.
- USDA Farm Service Agency (FSA) - CoE helped FSA improve the Loan Assistance Tool (LAT) that directly supports economic relief for the American farmer. CoE created a system that abstracts the forms associated with any of the farm loans, so when filling out the application the applicable data falls into the appropriate fields, reducing duplication of effort and reducing complexity for users. Modernization of the existing LAT process and system will result in reducing wasted time by over 1.96 million person-hours per year.

In addition, the CoE connected USDA and National Institutes of Health - National Library of Medicine clients to AAS to do technology modernizing assisted acquisitions totaling over $600

ASF-35

*U.S. General Services Administration*
*Acquisition Services Fund*

million. CoE also connected its CDC client to AAS for a $1 billion cloud acquisition, which was awarded in September 2023.

FY 2023 also saw the continuation of the CoE hosting, through funding from the American Rescue Plan, several Communities of Practice (CoP) aligned to its Centers and Practice Areas, including the Artificial Intelligence CoP.  Of particular note, CoE partnered with Stanford University, OMB and the AI CoP operations team to deliver a comprehensive six-module Artificial Intelligence training program open to all Federal agencies. The goal of this training was to educate the Federal workforce (particularly the acquisition workforce) on the basics of AI, provide access to academic AI leaders for all Federal employees, and mature how the Federal Government uses AI to improve operations.  The training was a great success, drawing the participation of 4,842 unique Federal employees, and across six sessions, a total of 13,598 individuals attended.

In FY 2024 and FY 2025, CoE will continue to focus on delivering excellence for Federal partners in the fee-for-service consulting space, with a focus on working with the 35 agencies designated as High Impact Service providers. At the same time, CoE will continue hosting CoPs for Artificial Intelligence, Customer Experience, Contact Center, Acquisitions and Innovation Adoption, with the goal of either identifying a long-term funding source to support them. Finally, CoE will continue on improving its hiring practices to bring on more employees to better align staffing levels with market demand.

*Presidential Innovation Fellows (PIF)* Program - unites industry's brightest technologists, designers, and strategists with Federal leaders to tackle issues at the convergence of technology, policy, and process. By embedding senior-level technology leaders into agencies as trusted advisors and "entrepreneurs in residence," PIF empowers partner agencies to challenge existing paradigms, rethink problems, and pilot and scale novel, agile approaches.

In FY 2023, the PIF program was transferred from the ASF to the FCSF to facilitate improved operations. Some fellows remained in the ASF at the start of the fiscal year because they were on existing Interagency Agreements (IAAs) that carried into FY 2023, but will transfer to the FCSF when their agreements end. The PIF program is fully cost recoverable and currently operates under the Economy Act, which prevents it from entering into agreements across fiscal years. Transferring PIF to the FCSF enables the program to use the broadened reimbursable authority of the FCSF, granted to the FCSF in FY 2023, which allows the program to better serve its partner agencies by entering into agreements that can cross fiscal years. In FY 2024, the PIF program will be fully transitioned and funded out of the FCSF.

*Login.gov* — is an authentication and identity verification system available for use by Government partners. Login.gov simplifies secure access to online Government benefits and services for members of the public by enabling them to reuse one secure account across

J.R. 1330

Government agencies and improves the security of Government systems by enabling agencies to leverage a shared technology service to provide digital identity services to their customers.

The system was designed and developed as a partnership between TTS and the U.S. Digital Service and leverages numerous private-sector tools and services.

Through FY 2023, Login.gov has served 80 million users to date across more than 45 agencies and 450 applications. In FY 2023, the program has focused on scalability of its product, positioning itself to accommodate high-impact partners with increasingly diverse user needs. To that end, Login.gov accomplished a number of key initiatives during that time:

- Launched an in-person identity verification pilot at over 18,000 locations throughout all 50 states, Washington, D.C., and five U.S. Territories.
- Established a dedicated fraud program with enhanced capabilities around prevention and redress.
- Made infrastructure and network improvements to allow it to scale to support the largest Government-wide programs.
- Increased its contact center capabilities to accommodate 24/7 user support via phone and email in multiple languages.
- Increased transparency with partners by implementing a regular newsletter and webinar cycle to keep partners informed on product changes and program updates.
- Improved its governance by creating a Partner Advisory Group to meet regularly with key partners for strategic advice and operational alignment.

Additionally, at the end of FY 2021, the Login.gov program was awarded $187 million from the Technology Modernization Fund's (TMF) American Rescue Plan appropriation. This TMF funding allows GSA to further scale the Login.gov shared service by increasing cybersecurity identification and protection for current and future users, adding equitable identity verification and in-person options for vulnerable populations, and growing the Login.gov environment by reducing the barrier to entry for agencies to allow for Login.gov to increase usage to a higher percentage of citizen participation. The resulting benefits of this project include increasing identity verification services, reducing fraud, expanding access to digital services for millions of citizens, and reducing Government-wide costs at scale.

For FY 2024 and 2025, the Login.gov program has outlined strategic priorities that build upon the accomplishments made in the previous years. Its focus areas include improving the end-user experience, expanding partner support, refining the pricing model, and accelerating adoption of Login.gov. More specifically, the Login.gov program is seeking to achieve IAL2 compliance; improve its proofing rates; implement off-ramps to remote identity proofing; increase the accessibility and equity of its product; support additional languages; build self-service tools for its partners; and expand and strengthen its cybersecurity and fraud programs.

*U.S. General Services Administration*
*Acquisition Services Fund*

The roadmap published at www.login.gov/partners/roadmap provides more visibility into the program's future plans.

*Cloud.gov and Cloud.gov Pages* — are shared services designed to expedite cloud adoption Government-wide. Both products accelerate procurement, Authority-to-Operate (ATO), security compliance processes, and USWDS-based design templates, allowing teams to focus on delivering the highest value to their users while meeting user experience regulations.

Cloud.gov is a secure, cloud-based hosting platform-as-a-service for websites, application programming interfaces, and other applications tailored for the needs of the Federal Government that helps Federal agencies deliver the services the public deserves in a faster, more user-centered way. Cloud.gov maintains a FedRAMP Joint Authorization Board Moderate-level authorization and provides a strong security and compliance foundation for new digital services. In FY 2023, Cloud.gov operated in 19 Federal agencies, with 134 .gov public-agency websites, 2,353 managed cloud services, and 1,519 hosted applications. Cloud.gov has a renewal rate of 95 percent and maintains a growing and dedicated user-base. In FY 2024 and FY 2025, Cloud.gov anticipates increased demand for cloud services and is well positioned to expand to new offices and agencies.

Cloud.gov Pages, previously known as Federalist Pages, is a modern publishing platform for Government websites that is built on Cloud.gov's infrastructure. In a matter of minutes, a team can build a new website using the U.S. Web Design System, allowing agencies to be accessible and mobile friendly as required by law. In FY 2023, Cloud.gov Pages hosted over 140 production and demo websites with 11 agencies, serving over 70 million visitors per year, 500 million requests per month, or an average of 17 million requests per day. Cloud.gov has seen increased demand for Cloud.gov Pages services and anticipates this increased demand to continue into FY 2024 and beyond.

*Made in America (MiA)* - The MadeinAmerica.gov website and underlying technology platform are essential for agencies, industry, and the Made in America Office (MIAO) at the Office of Management and Budget to ensure agency compliance with the myriad of laws and policies related to Made in America, including the Infrastructure and Investment Jobs Act. The website and platform must work together seamlessly to ensure that waivers from Made in America laws are applied clearly, consistently, and transparently across Federal agencies. This, in turn, enables the MIAO to support U.S. manufacturing and more resilient supply chains and make waivers transparent to the public. TTS will continue to partner with MIAO to operate and maintain the existing site while also assessing opportunities  to improve the website and the technical platform for better customer experiences and operational workflows in FY 2024 and FY 2025.

*Office of Integrated Award Environment (IAE)* - is an E-Government initiative that provides centralized technology and processes to support a cohesive Federal award environment. IAE

ASF-38

operates SAM.gov, along with several legacy systems that are in the process of being technologically modernized, converged, and updated to current mission requirements, to reduce the administrative burden and improve user experience, security, and compliance for Federal and industry officials alike across the Federal award processes.

IAE continues to make regular updates to its systems to incorporate new policy requirements, security upgrades, address issues, and make minor enhancements using technology to reduce burden for those doing business with the Government. In addition, IAE continues to pursue the large-scale modernization, integration, and systems update effort to consolidate its portfolio of 10 disparate systems into a cohesive, unified, and up-to-date infrastructure.

In April 2022, as part of a Government-wide modernization initiative, IAE transitioned from the DUNS Number to a Government-issued and -managed unique entity identifier, updated and integrated the entity validation process into SAM from the third-party Dun & Bradstreet website, as well as transitioned to a new entity validation service provider. While IAE faced some challenges during the transition due to extremely high demand for entity validation and Unique Entity IDs, GSA was able to expeditiously resolve those issues. Now, entities doing business with the Federal Government use the Unique Entity ID created in SAM.gov. By separating the Government requirement for a Unique Entity ID from the Government requirement to validate that the entities are unique, competitiveness was introduced into entity validation services procurement. The transition in identifiers was a one-time event, so even if in the future a different entity validation service provider is selected, no identifier change will be needed. Demand for entity validation has been extremely strong with many entities seeking services for reasons not required by Federal policy. Since FY 2021, IAE has seen a year-over-year 15 percent increase in daily usage and a 40 percent increase in registered users.

IAE is actively supporting the executive agencies preparing to and implementing grant programs enacted in the Bipartisan Infrastructure Law and the Inflation Reduction Act, ensuring that these grant programs in support of these once-in-a-generation investments are able to realize the intent, revitalize the American economy, and provide the economic security of American companies.

In FY 2024 and FY 2025, IAE plans to build upon the work done in FY 2023 and continue to make progress on Federal award-data improvement initiatives that improve the user experience and provide a cohesive application. IAE will continue to use human-centered design principles, partner with agency users, and communicate with stakeholders Government-wide to leverage opportunities to update information architecture to tie pre-award to post-award data, streamline data entry and eliminate duplication, increase data quality, and address customer requests to eliminate "siloed" data. IAE will continue to bring systems into full compliance with law and regulation and ensure capabilities therein support users' own compliance with legal requirements.

*U.S. General Services Administration*
*Acquisition Services Fund*

**Travel, Transportation and Logistics Categories**

The Travel, Transportation and Logistics Categories (TTL) portfolio provides agencies with a broad scope of innovative and cost-effective services covering travel, transportation and relocation services, motor vehicle acquisition, and fleet management services.

The COVID-19 pandemic had a significant impact on TTL in recent years and while the lingering impacts continued in FY 2023, overall the impacts are showing signs of improvement. Travel increased in FY 2023, and restrictions are no longer in place resulting in Federal travel resuming to near pre-pandemic levels. The overall miles driven by the Federal Government in the GSA-leased fleet still remains lower than pre-pandemic levels but continued to increase in FY 2023. There are still supply-chain challenges in the automotive industry that are impacting the ability to purchase electric as well as conventional vehicles; however, these impacts are expected to lessen in FY 2024 and FY 2025.

Operations within this portfolio include two major business lines: the Office of Fleet Management (GSA Fleet) and the Office of Travel, Employee Relocation, and Transportation.

GSA Fleet delivers vehicle and vehicle-related equipment buying, leasing, and short-term rental shared service programs across the Federal Government and is composed of the Fleet Purchasing and Fleet Leasing business lines.

During FY 2023, GSA Fleet continued its active role in helping agencies to plan for and deploy zero emission vehicles (ZEVs) within available resources. This is a major priority of the Administration that requires dedicated resources, including GSA appropriations requested in the Electric Vehicles Fund, to support a surge in electrification. GSA has been working with agencies to plan and deploy ZEVs within current budget levels. In FY 2023 and beyond this type of support will continue and is anticipated to grow as dedicated funds are provided to purchase and deploy ZEVs and charging infrastructure. GSA Fleet also is actively engaged with suppliers to ensure that as new models of vehicles are released, they can be made available to Federal customers and incorporated into the Federal fleet.

In FY 2024, GSA Fleet will continue to build upon the progress made in FY 2023 to modernize and migrate its suite of fleet management applications and their datasets from mainframe-based legacy systems to a single application with a cloud-based architecture called GSAFleet.gov. The system's modernization will bring efficiencies to the program by using IT to reduce duplication, automate manual tasks, collect and analyze data, and improve the user experience. This investment will improve the customer and supplier experience when using GSA Fleet systems to buy, lease, and rent vehicles and equipment.

*Fleet Purchasing* — GSA is the mandatory source for DoD and Executive agencies purchasing non-tactical vehicles in the United States. The program provides services to reduce overhead costs across the Government associated with multiple motor-vehicle acquisition programs. By

ASF-40

aggregating demand and thus increasing the negotiating power of the Federal Government, the Fleet Purchasing program saves on the overall cost of vehicles, obtaining prices substantially lower than dealer invoice. Each year, the Federal Government procures up to 50,000 vehicles through GSA Fleet's Purchasing program. The program also offers standardized equipment packages that are mission ready for agency customers, including law enforcement, ambulatory/wheelchair accessible, medium/heavy-duty trucks, and other first-responder vehicles, such as firefighting, counterterrorism, diplomatic/executive security, and disaster/recovery vehicles. In addition to purchasing vehicles, GSA established BPAs for charging infrastructure and is pursuing new contracting actions to update its charging infrastructure offerings to continue to support the Federal Government's electrification efforts.

The Fleet Purchasing program has to operate in alignment with the Statutory Price Limitation (SPL), which is legislation that establishes the maximum price the Government can pay for passenger motor vehicles, including the systems and equipment that are customarily standard on vehicles. The cap for the SPL is set annually in fiscal year appropriations through the Government-wide general provision included in Section 702 of that year's appropriations act.

For FY 2025, the Administration and GSA are requesting to amend the SPL provision through the proposed Section 702 of the President's Budget Request:

*Sec. 702. SEC. 702. Unless otherwise specifically provided, the maximum amount allowable during the current fiscal year in accordance with section 1343(c) of title 31, United States Code, for the purchase of any passenger motor vehicle (exclusive of buses, ambulances, vans, law enforcement vehicles, protective vehicles, undercover surveillance vehicles, and police-type vehicles), is hereby fixed annually at an amount to reflect average transaction prices paid for passenger vehicles, as determined by the Administrator of General Services by analyzing multiple published automotive industry prices paid indices, averaging the data, and adjusting for inflation: Provided, That the limits set forth in this section may not be exceeded by more than 5 percent for electric or hybrid vehicles purchased for demonstration under the provisions of the Electric and Hybrid Vehicle Research, Development, and Demonstration Act of 1976: Provided further, That the limits set forth in this section may be exceeded by the incremental cost of clean alternative fuel vehicles acquired pursuant to Public Law 101–549 over the cost of comparable conventionally fueled vehicles: Provided further, That the limits set forth in this section shall not apply to any vehicle that is a commercial item and which operates on alternative fuel, including but not limited to electric, plug-in hybrid electric, and hydrogen fuel cell vehicles.*

The request to amend the SPL through Section 702 of the FY 2025 Appropriations Act proposes alternative language from previous appropriations act to change the SPL from a static amount published in Sec. 702 to an amount arrived at by calculating the automotive industry average transaction price paid for passenger carrying vehicles and adjusting the result for inflation. This modernization of the SPL is required because the SPL is extremely outdated and obsolete given modern automotive industry practices. Manufacturing processes have changed and industry no

ASF-41

*U.S. General Services Administration*
*Acquisition Services Fund*

longer manufactures vehicles in the way the SPL asks industry to price vehicles. Additionally, modernizing the SPL will streamline vehicle procurement processes, but will not affect awarded vehicle pricing, agency budget requirements, or other policy measures. The SPL applies to only about 25 percent of Federal vehicles purchased annually and is not an effective control measure. There are many other regulatory acquisition, price, and programmatic-control mechanisms in place and working well to stimulate free market competition, including for the remaining 75 percent of Federal vehicles purchased. GSA is seeking to modernize the SPL to mirror these control mechanisms.

*Fleet Leasing* — provides full-service leases for more than 228,000 non-tactical vehicles to Federal agencies and other eligible customers each year. The program provides agencies with end-to-end fleet management services including:

- Vehicle acquisition and disposal
- Maintenance control and accident management
- Fuel and loss prevention services
- A fleet-management system to provide data and analytics on fleet operations

The National Maintenance Control Center and the National Accident Management Center support all leased vehicles by offering agencies preventive maintenance, repair, and accident management services at best value, helping to prevent the Government from incurring higher maintenance costs. Additionally, the program also provides a GSA Fleet Card with each vehicle for the purchase of fuel and minor maintenance, helping the program control costs, and monitor waste, fraud, and abuse.

Fleet Leasing is committed to improving fuel efficiency across the leased fleet; each year, GSA replaces eligible vehicles in the GSA-leased fleet with new, more fuel-efficient vehicles. In support of the Administration's goal of electrifying the Federal fleet, GSA is requesting $10 million in funding in FY 2025 for the Electric Vehicles Fund. If authorized, this funding will be transferred and merged with the funds of Federal agencies, including the ASF, for the procurement of ZEVs and the associated charging equipment. The GSA Fleet Leasing operating model provides agencies self-sustaining options for obtaining ZEVs as they become available in the commercial marketplace, into perpetuity. GSA can leverage the stability of its program and this additional funding to significantly increase the number of ZEVs in the GSA-leased fleet through purchasing ZEV replacements.

Additionally, GSA Fleet continues to work with Federal agencies to consolidate agency-owned vehicles, replace costly commercial leasing arrangements, and improve the collection and management of data that are essential in effectively acquiring and managing fleet vehicles. In FY 2022, GSA Fleet successfully transitioned 511 agency-owned vehicles into GSA's leased fleet and ordered approximately 1,700 additional vehicles for customers to support expanded mission requirements, replace commercial leases, or replace agency-owned vehicles. FY 2023

ASF-42

levels significantly outpaced those seen in FY 2022, with 2,381 vehicles consolidated and 3,217 additional vehicles ordered. Demand for additional vehicles is expected to remain strong in FY 2024.

In FY 2023, GSA Fleet continued rolling out its telematics program, installing devices on leased vehicles. Installations of telematics devices will continue in FY 2024, leading to improved data collection and better fleet management both by GSA and its customers. The current contract that provides support to GSA is approaching the end of its period of performance; as such, GSA Fleet's telematics requirement is being recompeted and a new contract is expected to be awarded in FY 2024.

The Fleet program did see an increase in miles driven in FY 2023 as the impact of COVID-19 and remote work decreased in comparison to FY 2021 and FY 2022. However, miles-driven rates did not return to pre-pandemic levels in FY 2023 and remained 12 percent lower per vehicle, on average, compared to FY 2019. Supply-chain disruptions and shortages of materials to produce automobiles continued to be a challenge for industry and GSA, though there were signs late in FY 2023 that these challenges are easing. The limited supply of vehicles has led to longer lead times to get replacement vehicles and higher pricing.  In FY 2023, the average price per vehicle increased 25 percent compared to FY 2022 levels. There is a downstream impact of these delivery delays, as GSA is unable to sell vehicles that are replacement eligible until the replacement arrives. The resale of vehicles provides a vital revenue stream for the program to help enable the purchase of replacement vehicles. One final challenge in FY 2023 were the increases in maintenance and repair costs, which were 35 percent higher than FY 2022 levels, due largely to inflation in the industry. In FY 2025, GSA Fleet is expected to sustain large increases in vehicle maintenance and repair costs similar to the last few years as the result of continued inflation in the market, more expensive repairs as vehicle technology becomes more complex, and an aging fleet that is more costly to maintain. Meanwhile, vehicle sales proceeds are falling back to normal levels as the new vehicle market stabilizes and manufacturing outputs of new vehicles meet consumer demand. This stabilization in the new vehicle market is expected to help flatten the growth of new vehicle prices, though the Federal fleet will likely experience continued year-over-year growth in average prices paid as more costly ZEVs are purchased. Fuel outlooks appear stable at the moment, but are more vulnerable to large, unforeseen changes alongside geopolitical and environmental events.

*Travel, Employee Relocation, and Transportation* — manages three program and acquisition centers offering a variety of services related to the travel and relocation of Federal employees and the transportation of Federal property: the Travel Management Division, the Employee Relocation Resource Center Division, and the Transportation Management Division.

In FY 2024, the programs will continue to focus on category management principles and supplier relationship management strategies. Specifically, the programs will improve data collection and analytics for better performance management and increase category spend under

ASF-43

*U.S. General Services Administration*
*Acquisition Services Fund*

management. Additionally, the ETSNext initiative will be a high priority for the program and will deliver a single, shared, travel and expense technology managed service to support missions of Federal agencies. The E-Gov Travel Service (ETS) was designated the shared service provider for the travel and expense service area by the Office of Shared Solutions and Performance Improvement (OSSPI).

*Travel Management Division* — manages the E-Gov Travel Service 2 (ETS2), GSA's City Pair Program (CPP), FedRooms®, Rideshare, and the Travel Category Schedule.

The Travel Management Division witnessed significant declines in travel in FY 2020 through FY 2022 because of COVID-19. In FY 2023, travel utilization rebounded significantly and finished the year at 81 percent of pre-pandemic (FY 2019) levels based on airfare data. The program anticipates travel will continue to rebound in FY 2024 and beyond. Preliminary projections of utilization in FY 2024 are somewhere between 85 to 95 percent of pre-pandemic levels.

The E-Gov Travel Service 2 (ETS2) is a Government-wide, web-based, and world-class travel management service. In FY 2023, FAS continued to strategize and plan for the next generation solution (ETSNext) by conducting market research with industry and customer agencies, which reinforced the recommendation to deliver an end-to-end travel and expense service that results in a more efficient Government-wide travel and expense marketplace. This service would build upon the recently implemented travel and expense business standards and have a user-centric design that integrates all travel products for an improved customer experience that is in line with the objectives outlined by the 21st Century Integrated Digital Experience Act (IDEA). The solution will be centrally acquired and delivered as a shared service, allowing GSA to focus on prioritizing customer needs, cost efficiencies, security, and environmental benefits. In FY 2023, the program completed a draft Request for Proposal (RFP), released in June of 2023, with the Final RFP issued in early FY 2024.

Currently in ETS2, 60 percent of Federal agencies are under an embedded Travel Management Company (TMC) model, meaning the ETS2 vendor controls and contracts with the TMC, not the agency. ETSNext will shift TMC support services to a completely accommodated model, giving agencies contractual ownership with their TMC. Over the next year, GSA will create a set of business standards and identify a contract vehicle to simplify the selection of TMCs for over 50 agencies. With Category management principles driving this process, the TMC team will leverage the Government's buying power to optimize savings and cost avoidance and to streamline the buying process.

The City Pair Program leverages the Government's buying power and negotiates discounted airfares with commercial airlines for scheduled airline passenger transportation services. In FY 2023, partner agencies used the City Pair Program to purchase about 2.66 million tickets, saving about $2.38 billion Government-wide when compared to similar commercial airfares.

ASF-44

The GSA Schedule provides a full suite of lodging negotiation and management services for short-term stay, extended stay, and corporate housing needs. The Government-wide Temporary Duty Travel (TDY) Lodging solution is the backbone for the FedRooms and DoD Preferred programs. The FedRooms lodging program offers Federal employees hotel accommodations at or below per diem and in FY 2023 included access to over 10,000 properties in more than 2,700 markets globally. In FY 2023, the program is saved $84 million Government-wide.

The Emergency Lodging Service (ELS) supports Federal agencies as well as state, tribal, and local governments that need lodging support prior to, during, and/or after incidents requiring a coordinated Federal response. ELS can be utilized for both planned and unplanned emergency related events. In FY 2023, ELS provided over 322,000 room nights in support of Hurricane Ida. In FY 2024 and beyond, the program will continue to lead a campaign to educate customer agencies and increase spend for planned emergency events, which historically has been an underutilized market for ELS.

The Long Term Lodging (LTL) solution is a CONUS-focused program that supports all Federal and military personnel who are traveling for 30 days or more. LTL has a dedicated network of more than 350 pre-negotiated rates across the country and sourcing capabilities for small, medium, and large markets.

In FY 2024 and FY 2025, the Travel Management Division will look to increase utilization of its business offerings in alignment with Category Management principles targeting 80 percent utilization Government-wide by FY 2029, specifically with regard to ETSNext, DoD travel management center services, ride-share, and long-term lodging.

*Employee Relocation Resource Center* — The Employee Relocation Resource Center (ERRC) is a Government-wide center for employee relocation products and services, with sustained high customer and supplier engagement and loyalty. The ERRC offers Federal civilian agencies a streamlined procurement process with flexible programs, subject matter expertise, and program support for two primary offerings for executive agencies: household goods shipping services and comprehensive employee relocation services, which includes the Best-in-Class (BIC) Homesale Services Solution. Among civilian Federal agencies that provide relocation assistance, more than 90 percent of moves were completed using ERRC programs (FY 2018 through  FY 2023). In FY 2024 and FY 2025, the ERRC will explore opportunities to assist partner agencies to procure relocation services effectively through a shared services managed solution.

*The Transportation Management Division* — provides two categories of services and products, self-service and assisted, that enable agencies to execute efficient transportation management. Self-service transportation management is offered through the GSA Schedule and the access and use of the transportation management system, TMSS 2.0, to self-schedule transportation

ASF-45

*U.S. General Services Administration*
*Acquisition Services Fund*

assets utilizing GSA rates. The Division also offers assisted transportation management services for multimodal freight, warehousing, and various other transportation services.

In FY 2023, the program continued its assisted transportation management services, coordinating distribution and storage for HHS. This work will likely continue through FY 2024 and FY 2025. The program will also continue to apply category management principles as a Tier 2-designated solution by working to streamline the customer request process using digital solutions and leverage vendor management best practices to increase competition.

Additionally, the Division continues to implement technical improvements to the TMSS 2.0 system, enhancing the user management experience, and developing critical transportation reports that can be used for analysis of operations

**FAS Integrators**
The FAS integrator offices support the business portfolios by providing strategic, organizational, and policy guidance to the business units. Integrator offices also maintain FAS business processes and IT systems; provide contracting support; build strategic partner relationships; and support the FAS workforce.

*Executive Direction* - provides leadership and overall executive and program direction through the Office of the Commissioner to ensure the mission and responsibilities of FAS are effectively carried out.

*Office of Customer and Stakeholder Engagement (CASE)* - identifies and addresses customer needs using  the Voice of the Customer (VoC), Voice of the Supplier (VoS), data analytics, and customer feedback. CASE manages the FAS opportunity pipeline and uses the principles and practices for strategic account management to ensure FAS is coordinated with customers and industry partners. CASE engages with the vendor community and Federal, state and local agencies, as well as tribal and territorial governments, through communications, training, industry events, and the FAS corporate content on the GSA.gov and buy.gsa.gov channels.

In FY 2024 and FY 2025, CASE will continue to support improving service to suppliers and customers by coordinating with FAS Portfolios and FAS Integrators. In FY 2023, CASE launched a Customer 360 platform for FAS data analysts. The platform pulls information from various sources to enable data analysts and specialists to have a view of all customer engagements and purchase history, helping to identify key factors that influence customer buying decisions in order to develop highly customized acquisition and retention strategies. CASE continues to work with the portfolios to capture all relevant customer relationship data in a single repository for use across FAS. Additionally, CASE will also continue to expand on GSA-sponsored virtual training events to share lessons learned and acquisition techniques in key market segments.

ASF-46

J.R. 1340

*Office of Strategy and Innovation (OSI)* - provides product management support in reengineering processes and their associated systems, leads the transition to an integrated digital experience, and provides support to the 10 Government-wide category managers while working with agencies on adoption of category management practices. In addition, OSI leads governance of FAS data assets to ensure data standardization, transparency, and privacy. OSI manages FAS's strategic planning and governance bodies, helps FAS programs develop and execute business plans to meet their goals, while also leading the enterprise in talent recruitment and retention efforts.

OSI serves as the program and product management resource for FAS, working with FAS business lines as well as all integrator functions to reengineer existing FAS business processes, enhance existing acquisition systems, and integrate new IT product systems and tools. As the program and product management resource for many enterprise-level initiatives, OSI will continue to provide customized levels of support for FAS's systems modernization and promote the use of Agile best practices incremental value delivery, improved user experience, and delivery of quality, secure, and user-centered solutions to the FAS internal and external users.

OSI will continue to refine the digital tools and services available to agency buyers, suppliers, and the FAS acquisition workforce. OSI is working with OMB to enhance the efficiency and quality of Federal acquisitions by expanding access to data at the point of need. As part of this broad effort, OSI will launch a new tool in FY 2024 that will provide acquisition professionals access to Government-wide prices-paid contract data to improve the efficiency and quality of market research.

OSI will also continue its efforts to make it easier to do business with FAS through improvements to the MAS program and the underlying data supporting product and service search capabilities offered through GSA contracts. OSI will continue its work to streamline FAS acquisition systems in support of a more efficient back-end process to drive efficiency and transparency for both the acquisition workforce and users.

In FY 2023, OSI partnered with OMB to develop and launch the Procurement Equity Tool, which helps agencies research and identify qualified businesses to satisfy the Administration's equity in procurement goals. Since its inception, the efforts of the category management program have led to more than $83 billion in cost avoidance Government-wide, 76 percent spend under management, 12.5 percent spend through Best-in-Class solutions, and over 99,000 acquisition professionals trained.

These results are the product of systemic, Government-wide maturity procurement best practices that the category management program drives, and in FY 2024, the category management maturity assessment framework will be piloted with all agencies and categories, in addition to continued evaluation of the primary key performance indicators that the program has

*U.S. General Services Administration*
*Acquisition Services Fund*

developed. The framework follows the four cornerstone areas outlined in GAO's framework for assessing the acquisition function: 1) organization alignment and guidance, 2) policies and processes, 3) human capital, and 4) knowledge and information management.

OSI leads FAS data governance and has enhanced FAS-wide data management, cataloging and analysis through integrated capabilities in the Enterprise Data Architecture platform. In FY 2024, FAS will further leverage these capabilities to enable faster modernization of legacy systems by centralizing data assets to improve understanding of the current and future data environment, as well as increasing data quality by identifying issues and the business rules required to resolve them. Additionally, expanded use of these tools will support analysis at all levels of FAS and improve data sharing inside FAS and across all of GSA.

OSI continues to drive evidence- and performance-based decisions that align to and reflect the enterprise strategy. OSI provides insight and analysis across FAS's strategic investments to ensure transparency in execution and delivery of defined success criteria. Additionally, OSI will continue to grow and challenge the workforce by moving to higher levels of GSA's workforce planning maturity model, as well as build a strong pipeline of FAS leaders through entry-level and mid-career development programs.

*Office of Policy and Compliance (OPC)* - establishes policies and procedures that support the FAS acquisition workforce, monitors compliance to enhance contract integrity, and facilitates a consistently positive agency partner experience in order to improve acquisition outcomes. OPC ensures that operating practices are consistent across business lines and that FAS activities are compliant with applicable laws, regulations, and policies. OPC maximizes the use of data analytics to strengthen compliance of the acquisition function across FAS and reduce the burden of analysis placed on the acquisition workforce.

OPC leads the FAS SCRM strategy and implementation and supports the Federal Acquisition Security Council (FASC) through GSA's council member, the FAS Commissioner. To further advance FAS's SCRM maturity, OPC has developed innovative solutions to support SCRM through the blending of data and process automation for the removal of prohibited products.

OPC leads FAS SCRM initiatives and continues to utilize third-party risk management assessment tools to identify and assess third-party risk. OPC will continue its efforts to develop FAS's SCRM expertise and mature FAS offerings as they relate to SCRM. These efforts have bolstered FAS's Vendor Risk Assessment Program by monitoring contractors on risk factors during the acquisition cycle, provided FAS with C-SCRM visibility into GSA's critical upstream suppliers, equipped FAS to deliver footprint analysis and vendor risk assessment requests from both the FASC and the Committee on Foreign Investment in the United States, and equipped FAS in identifying open-source data to substantiate findings from partners in the intelligence community.

OPC leads the development of strategic policy objectives and implementation under the Office of Industrial Climate to ensure FAS has a healthy supply chain. Additionally, OPC leads efforts on the FAS industrial base to meet customer needs and fulfill important public-policy objectives, such as small business, domestic sourcing, equity and diversity, climate, cyber, and labor objectives. In regard to Climate and Sustainable Acquisition, OPC serves as the FAS Sustainability Advocate leading the FAS-wide sustainability and climate adaptation working group. In FY 2024 and beyond, this group will focus on achieving GSA and FAS-wide goals, monitor rules and regulations impacting climate/environmental risk management efforts, and propose solutions to address needs and increase FAS maturity.

Additionally, OPC will continue to monitor changes to the statutory/regulatory environment and execute policy actions associated with Administration priorities.

*FAS IT Systems* - provides development, operational, and management support to FAS business systems and applications. The ASF's FAS IT budget includes the contractual support and equipment funding for FAS's business systems. The GSA IT organization manages FAS's business systems in partnership with OSI and FAS's portfolios to synthesize business system requirements around enterprise strategy and system architecture. FAS IT incorporates business knowledge and technological expertise to choose and implement the best solution available for FAS programs. In line with FAS's strategic focus on driving customer value and making it easy to do business with FAS, modernizations and enhancements supporting the 21st Century IDEA are a central focus of both short- and long-term efforts.

In FY 2023, FAS IT continued to utilize its multiple award BPA for system development and operations (COMET). Since awarding the COMET BPA in FY 2019, 18 call orders have been awarded for management and modernization of the FAS portfolio of applications, and an additional eight small business vendors were on-boarded. The BPA and its initial set of task orders will be recompeted in FY 2024 into FY 2025. In FY 2024 and FY 2025, FAS IT will continue to partner with OSI and the FAS portfolios to plan, architect, develop, and deploy modernized systems, which leverage the cloud native tools and technologies, open source, and incorporate COTS when it is advantageous to the Government.

*U.S. General Services Administration*
*Acquisition Services Fund*

**THIS PAGE INTENTIONALLY LEFT BLANK**

ASF-50

J.R. 1344

**U.S. General Services Administration**

**WORKING CAPITAL FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Appropriations Language ................................................................................................ 2
Working Capital Fund Overview ..................................................................................... 2
Program Description ...................................................................................................... 3
Amounts Available for Obligation ................................................................................. 5
Explanation of Changes ................................................................................................ 6
Working Capital Fund by Staff Office ........................................................................... 8
Working Capital Fund Obligations by Object Class .................................................... 9
Description of WCF Services by Office ........................................................................11
Working Capital Fund Bill by Staff and Service Office ................................................25

J.R. 1345

*U.S. General Services Administration*
*Working Capital Fund*

**Appropriations Language**
*For the Working Capital Fund of the General Services Administration, **$5,900,000**, to remain available until expended, for necessary costs incurred by the Administrator to modernize rulemaking systems and to provide support services for Federal rulemaking agencies.*

**Working Capital Fund Overview**
The FY 2025 requested funding level for the Working Capital Fund (WCF) is $896 million, including funding from all sources. The U.S. General Services Administration (GSA) continues to realize operational efficiencies, strengthen management controls, and improve performance by centralizing management and enterprise-wide functions and services within the WCF. This has allowed GSA to establish more consistent processes, uniform policies, and higher-quality services, while achieving economies of scale and stronger internal controls.

The FY 2025 WCF budget estimate for internal operations of $841 million, which will:

- Invest in vital human capital resources across business lines;
- Modernize our payroll system;
- Bolster critical information and technology infrastructure;
- Focus on Administration & GSA priorities; and
- Budget for annual pay raises

The WCF faces increased demand for services from GSA business lines as well as a need to modernize the delivery of the IT and payroll services that the WCF provides to the agency. The FY 2025 WCF funding will allow GSA to place an emphasis on improving our IT infrastructure and workforce by focusing on critical IT technology and software. This funding will directly support GSA's management objectives to streamline and modernize IT, capture high-quality data to support decision-making, and improve our human resources experience. GSA will use the WCF's FY 2025 funding to reinforce the customer-supplier relationship by aligning service delivery to demand, ultimately enabling WCF customers to execute their missions more effectively.

The WCF also continues to make strategic, enterprise-wide, high-priority investments to improve the WCF day-to-day support operations, while balancing the need for significant investments and Administration priorities such as Cybersecurity, enhanced Customer Experience, Diversity, Equity, Inclusion and Accessibility (DEIA), and climate change. This budget will continue to support the transition of GSA-leased vehicles to a zero-emission fleet by the end of 2027, and also modernize GSA's payroll system, which will fully integrate with GSA's existing time & attendance system. GSA will also continue to expand its management and promotion of AI tooling while safely monitoring its use cases to ensure any rights or safety-impacting implementations are appropriately managed and controlled.

WCF-2

J.R. 1346

The FY 2025 Budget also requests $5.9 million in no-year appropriated funds for an additional installment towards the modernization of GSA's rulemaking systems. The modernization of these systems will help achieve a more secure, scalable, and flexible IT platform that will be able to support new functionalities. This request is the next installment of a multi-year modernization plan, paired with Technology Modernization Fund (TMF) resources and building on the FY 2022 and FY 2023 enacted amounts totaling $9.9 million.

GSA continues to evaluate functions that are most effectively delivered through the WCF. The WCF-based offices will continue to work closely with customers to identify efficiencies and meet their mission-support needs, while providing higher-quality service and critical management controls.

**Program Description**

The WCF is a revolving fund that finances GSA's administrative services. Examples of these core support services include: IT management, budget and financial management, legal services, human resources, equal employment opportunity services, procurement and contracting oversight, emergency planning and response, and facilities management of GSA-occupied space. This account also funds liaison activities with the U.S. Small Business Administration (SBA) to ensure that small and disadvantaged businesses receive a fair share of the Agency's Business. WCF offices also provide external administrative services such as human resource management for other Federal agencies, including small boards and commissions on a reimbursable basis. GSA's WCF operations are divided into four types of services: ***Internal Services, External Services, Major Equipment Acquisition & Development, and Direct Appropriations***

***Internal Services:*** Enterprise-wide management functions and costs shared by all components of GSA, including some GSA rent, IT and telecommunications services, human resource services, procurement operations, facilities management for GSA-occupied space, legal services, and financial management services. These costs can be categorized by the following service areas: direct services to specific customers, common services to all customers, administrative/overhead functions, and third-party pass-through services such as transit subsidy benefits.

***External Services:*** The WCF provides or coordinates the delivery of administrative services to other Federal organizations, including small boards and commissions as well as larger agencies like Office of Personnel Management. GSA provides human resource services, IT and telecommunications services, and payroll support to these customers. GSA is reimbursed for the cost of providing these services through Interagency Agreements. The WCF also provides administrative support to home state or district offices for members of Congress.

J.R. 1347

*U.S. General Services Administration*
*Working Capital Fund*

***Major Equipment Acquisition & Development:*** In accordance with 40 U.S.C. § 3173(d), the equipment acquisition and development activity may be utilized for agency-wide investments to implement the Chief Financial Officers Act of 1990 (CFO Act), such as acquisition of capital equipment, automated data processing systems, and financial management and management information systems. These funds, which are composed of expired balances transferred from prior-year GSA appropriations, may be used only with the advance approval from the Committees on Appropriations of both houses of Congress. In FY 2023, Congress enacted Section 602 of Division E, Title VI, which allows GSA to transfer expired balances to this account within the WCF in alignment with 40 U.S.C. § 3173(d). The FY 2025 President's Budget requests that similar authority be authorized in FY 2025.

***Direct Appropriations:*** The FY 2025 Request will support costs necessary for the modernization of critical rulemaking management systems. Also, in FY 2020 GSA received an appropriation in support of the Coronavirus Aid Relief Economic Security (CARES) Act that is being spent in FY 2020 to FY 2024.

WCF-4

**Amounts Available for Obligation**

(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| **Unobligated Balances:** | | | |
| Carry forward............................................. | $ 186,190 | $ 190,853 | $ 171,268 |
| Recoveries from prior year balances...................... | $ 22,450 | $ 20,000 | $ 20,000 |
| Transfers In (Lapsed Balances)............................. | $ - | $ - | $ - |
| Transfers In (TMF)......................................... | $ 10,804 | $ 5,221 | $ - |
| Transfers Out (TMF)....................................... | $ (469) | $ (63) | $ - |
| Direct Appropriations....................................... | $ 5,900 | $ 5,900 | $ 5,900 |
| Revenue.................................................. | $ 764,081 | $ 846,043 | $ 885,352 |
| Obligations:.............................................. | $ (798,103) | $ (896,686) | $ (895,854) |
| Major Equipment Acquisition and Development....... | [70,963] | [70,963] | [70,963] |
| **Total, Unobligated Balances...............................** | **$ 190,853** | **$ 171,268** | **$ 186,666** |
| **Revenue:** | | | |
| Operating Programs: | | | |
| Internal Services.......................................... | $ 731,242 | $ 798,698 | $ 837,359 |
| External Services......................................... | $ 32,839 | $ 47,345 | $ 47,993 |
| **Total, Revenue........................................** | **$ 764,081** | **$ 846,043** | **$ 885,352** |
| **Obligations:** | | | |
| Operating Programs: | | | |
| Internal Services.......................................... | $ 750,564 | $ 837,283 | $ 840,961 |
| External Services......................................... | $ 36,328 | $ 47,345 | $ 47,993 |
| Major Equipment Acquisition and Development....... | $ - | $ 1,000 | $ 1,000 |
| Technology Modernization Fund Projects............... | $ 5,724 | $ 5,221 | $ - |
| Direct Appropriations...................................... | $ 5,488 | $ 5,900 | $ 5,900 |
| **Total, Obligations.......................................** | **$ 798,103** | **$ 896,749** | **$ 895,854** |
| **Net Outlays..........................................** | **$ 294** | **$ (8,000)** | **$ (3,000)** |
| **Total Employment (FTE)................................** | **2,105** | **2,449** | **2,455** |

**Notes:**

GSA requests $5.9 million to modernize rulemaking management systems in FY 2025.
FY 2023 Direct Appropriation obligations are related to CARES Act and Rulemaking Modernization funding.

*U.S. General Services Administration*
*Working Capital Fund*

## Explanation of Changes

(Dollars in Thousands)

| | Internal | | External | | Major Equipment | | Technology Modernization/ARP | | Direct | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| FY 2024 CJ | 2,372 | 800,999 | 27 | 45,857 | 0 | 1,000 | 0 | 1,321 | 0 | 11,300 | 2,399 | 860,477 |
| FY 2024 Revised | 2,401 | 837,283 | 48 | 47,345 | 0 | 1,000 | 0 | 5,221 | 0 | 5,900 | 2,449 | 896,749 |
| Net Change | 29 | 36,284 | 21 | 1,488 | 0 | 0 | 0 | 3,900 | 0 | (5,400) | 50 | 36,272 |
| | | | | | | | | | | | | |
| **0** | 2,372 | 800,999 | 27 | 45,857 | 0 | 1,000 | 0 | 1,321 | 0 | 11,300 | 2,399 | 860,477 |
| **Increases** | | | | | | | | | | | | |
| GSAIT - Scale ERPA Platform | | 1,102 | | | | | | | | | 0 | 1,102 |
| GSAIT - Digital Service Delivery Team | 8 | 1,719 | | | | | | | | | 8 | 1,719 |
| GSAIT - Digital Service Delivery Team Expansion | 6 | 800 | | | | | | | | | 6 | 800 |
| GSAIT - LOGIN.gov Privacy | | 225 | | | | | | | | | 0 | 225 |
| GSAIT - Approved Carryover | | 15,171 | | | | | | | | | 0 | 15,171 |
| GSAIT - AZT Increase | | | | | | | | 3,900 | | | 0 | 3,900 |
| OCFO - OneStream | | 425 | | | | | | | | | 0 | 425 |
| OCFO - FAS Financial Services Division (BGF) Staffing | | 1,148 | | | | | | | | | 0 | 1,148 |
| OCFO - BGP Leasing and G-Invoicing Staffing Request | | 370 | | | | | | | | | 0 | 370 |
| OCFO - Payroll System Modernization (OCFO) | | 7,050 | | | | | | | | | 0 | 7,050 |
| OCFO - Payroll Modernization Universal Payroll Help Desk | | 500 | | | | | | | | | 0 | 500 |
| OCFO - FMLoB External Services Transition | | | 21 | 1,488 | | | | | | | 21 | 1,488 |
| OCFO - Approved Carryover | | 540 | | | | | | | | | 0 | 540 |
| OAS - Approved Carryover | | 280 | | | | | | | | | 0 | 280 |
| OCR - Additional FTE - Equity 2.0 | 2 | 113 | | | | | | | | | 2 | 113 |
| OCR - Approved Carryover | | 250 | | | | | | | | | 0 | 250 |
| OGP - Climate Change Risk Management Planning & Implementation | | 260 | | | | | | | | | 0 | 260 |
| OGP - Chief Sustainability Officer (CSO) Support | 3 | 868 | | | | | | | | | 3 | 868 |
| OGP - GSA Evaluation Division and Evidence Building Capacity | 1 | 135 | | | | | | | | | 1 | 135 |
| OGP - Carbon Disclosure Project (CDP) of the Supply Chain Program | | 275 | | | | | | | | | 0 | 275 |
| OGP - A-1102 Entry Level Contracting PMO Costs (FAS/PBS) | 2 | 296 | | | | | | | | | 2 | 296 |
| OGP - A-1102 Entry Level Contract Support Training (FAS/PBS) | | 2,251 | | | | | | | | | 0 | 2,251 |
| OGP - Approved Carryover | | 55 | | | | | | | | | 0 | 55 |
| OCE - Customer Experience Management (CXM) Platform Contract | | 856 | | | | | | | | | 0 | 856 |
| OHRM - Payroll System Modernization (OHRM) | | 1,000 | | | | | | | | | 0 | 1,000 |
| OHRM - A-1102 Entry Level Contracting FAC-C Training (FAS/PBS) | | 5,600 | | | | | | | | | 0 | 5,600 |
| OHRM - A-1102 Entry Level Contracting PMO Costs (FAS/PBS) | 2 | 691 | | | | | | | | | 2 | 691 |
| OHRM - Approved Carryover | | 885 | | | | | | | | | 0 | 885 |
| OMA - PC&B Increase | | 883 | | | | | | | | | 0 | 883 |
| OMA - Approved Carryover | | 300 | | | | | | | | | 0 | 300 |
| OSC - Tech Team | 5 | 800 | | | | | | | | | 5 | 800 |
| OSC - Auditorium Service Contract | | 30 | | | | | | | | | 0 | 30 |
| OSC - Climate Assessment Recommendations (OSC All Hands) | | 71 | | | | | | | | | 0 | 71 |
| OSC - Two Factor Authentication GovDelivery | | 75 | | | | | | | | | 0 | 75 |
| | | | | | | | | | | | 0 | 0 |
| **Subtotal, Increases - Base** | 29 | 45,024 | 21 | 1,488 | 0 | 0 | 0 | 3,900 | 0 | 0 | 50 | 50,412 |
| **Decreases** | | | | | | | | | | | | |
| OAS - Cohesity Data Platform (Non-Recur) | | (250) | | | | | | | | | 0 | (250) |
| OAS - 1800F Rent Reduction | | (7,095) | | | | | | | | | 0 | (7,095) |
| OCFO - FPA Sunset | | (297) | | | | | | | | | 0 | (297) |
| OCFO - FMLoB Transition Efficiencies | | (1,098) | | | | | | | | | 0 | (1,098) |
| TTS - Rulemaking Systems Modernization reduction | | | | | | | | | | (5,400) | 0 | (5,400) |
| **Subtotal, Decreases - Base** | 0 | (8,740) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (5,400) | 0 | (14,140) |
| | | | | | | | | | | | | |
| **Net Change** | 29 | 36,284 | 21 | 1,488 | 0 | 0 | 0 | 3,900 | 0 | (5,400) | 50 | 36,272 |
| | | | | | | | | | | | | |
| **FY 2024 Revised** | 2,401 | 837,283 | 48 | 47,345 | 0 | 1,000 | 0 | 5,221 | 0 | 5,900 | 2,449 | 896,749 |

WCF-6

J.R. 1350

*U.S. General Services Administration*
*Working Capital Fund*

| | Internal | | External | | Major Equipment | | Technology Modernization/ARP | | Direct | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount | FTE | Amount |
| FY 2024 Revised | 2,401 | 837,283 | 48 | 47,345 | 0 | 1,000 | 0 | 5,221 | 0 | 5,900 | 2,449 | 896,749 |
| FY 2025 Request | 2,407 | 840,961 | 48 | 47,993 | 0 | 1,000 | 0 | 0 | 0 | 5,900 | 2,455 | 895,854 |
| Net Change | 6 | 3,678 | 0 | 648 | 0 | 0 | 0 | (5,221) | 0 | 0 | 6 | (895) |

| | Internal | | External | | Major Equipment | | Technology Modernization/ARP | | Direct | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 2,401 837,283 | 48 | 47,345 | 0 | 1,000 | 0 | 5,221 | 0 | 5,900 | 2,449 | 896,749 |
| **Increases** | | | | | | | | | | | | |
| GSAIT - FOIA OGC Case Management | | 147 | | | | | | | | | 0 | 147 |
| GSAIT - Alfresco Licenses | | 280 | | | | | | | | | 0 | 280 |
| GSAIT - Docusign Envelopes | | 333 | | | | | | | | | 0 | 333 |
| GSAIT - Enterprise Data Platform | | 773 | | | | | | | | | 0 | 773 |
| GSAIT - FM IT Fin Mgt Enterprise Service Bus Tech Support | | 626 | | | | | | | | | 0 | 626 |
| GSAIT - Scale ERPA Platform | | 24 | | | | | | | | | 0 | 24 |
| Escalations) | | 738 | | | | | | | | | 0 | 738 |
| GSAIT - Office Productivity Suite - Secondary | | 441 | | | | | | | | | 0 | 441 |
| GSAIT - Citrix Netscaler Appliance & Maintenance | | 280 | | | | | | | | | 0 | 280 |
| Escalations) | | 867 | | | | | | | | | 0 | 867 |
| GSAIT - Network Refresh (Hardware) | | 1,700 | | | | | | | | | 0 | 1,700 |
| GSAIT - Digital Service Delivery Team | | 70 | | | | | | | | | 0 | 70 |
| GSAIT - LOGIN.gov Privacy | | 9 | | | | | | | | | 0 | 9 |
| GSAIT - Digital Service Delivery Team Expansion | | 375 | | | | | | | | | 0 | 375 |
| GSAIT - IAE Payment Increase | | 3,600 | | | | | | | | | 0 | 3,600 |
| OCFO - FAS Financial Services Division (BGF) Staffing | | 425 | | | | | | | | | 0 | 425 |
| OCFO - BGP Leasing and G-Invoicing Staffing | | 4 | | | | | | | | | 0 | 4 |
| OCFO - Payroll System Modernization (OCFO) | | 1,070 | | | | | | | | | 0 | 1,070 |
| OCFO - Payroll Modernization Universal Payroll Help Desk | | 700 | | | | | | | | | 0 | 700 |
| OCFO - Pegasys Hosting Migration | | 3,180 | | | | | | | | | 0 | 3,180 |
| OCR - Equity 2 0 | | 135 | | | | | | | | | 0 | 135 |
| Contract | | 202 | | | | | | | | | 0 | 202 |
| OGP - Chief Sustainability Officer (CSO) Support | | 1,075 | | | | | | | | | 0 | 1,075 |
| OGP - GSA Evaluation Division and Evidence Building Capacity | | 375 | | | | | | | | | 0 | 375 |
| OGP - Carbon Disclosure Project (CDP) of the Supply Chain Program | | 5 | | | | | | | | | 0 | 5 |
| OGP - A-1102 Entry Level Contracting PMO Costs (FAS/PBS) | 2 | 658 | | | | | | | | | 2 | 658 |
| OHRM - A-1102 Entry Level Contracting PMO Costs (FAS/PBS) | 4 | 1,083 | | | | | | | | | 4 | 1,083 |
| OMA - PC&B Increase | | 234 | | | | | | | | | 0 | 234 |
| OSC - Tech Team annualization | | 25 | | | | | | | | | 0 | 25 |
| OSC - Climate Assessment Recommendations (OSC All Hands) | | 12 | | | | | | | | | 0 | 12 |
| WCF - Increase to External Programs | | | | 648 | | | | | | | 0 | 648 |
| WCF - 2% Payraise | | 8,780 | | | | | | | | | 0 | 8,780 |
| **Subtotal, Increases - Base** | **6** | **28,226** | **0** | **648** | **0** | **0** | **0** | **0** | **0** | **0** | **6** | **28,874** |
| **Decreases** | | | | | | | | | | | | |
| OMA - SCIF Equipment Refresh (Non Recur) | | (1,500) | | | | | | | | | 0 | (1,500) |
| WCF - Effiencies | | (1,415) | | | | | | | | | 0 | (1,415) |
| WCF - Carryover Requests (Non-Recur) | | ###### | | | | | | | | | 0 | (21,633) |
| TMF - Advancing Zero Trust reduction | | | | | | | | (5,221) | | | 0 | (5,221) |
| **Subtotal, Decreases - Base** | **0** | **######** | **0** | **0** | **0** | **0** | **0** | **(5,221)** | **0** | **0** | **0** | **(29,769)** |
| **Net Change** | **6** | **3,678** | **0** | **648** | **0** | **0** | **0** | **(5,221)** | **0** | **0** | **6** | **(895)** |
| **FY 2025 Request** | **2,407** | **840,961** | **48** | **47,993** | **0** | **1,000** | **0** | **0** | **0** | **5,900** | **2,455** | **895,854** |

WCF-7

*U.S. General Services Administration*
*Working Capital Fund*

## Working Capital Fund by Staff Office

(Dollars in Thousands)

| | FY 2023 | | FY 2024 | | FY 2025 | |
|---|---|---|---|---|---|---|
| | FTE | Actual | FTE | Plan | FTE | Plan |
| Office of GSA Information Technology | 474 | $ 307,888 | 518 | $ 361,176 | 518 | $ 357,576 |
| Office of Chief Financial Officer | 664 | $ 131,500 | 807 | $ 182,269 | 807 | $ 190,136 |
| Financial Management Line of Business (FMLoB) | 0 | $ 45,989 | 0 | $ - | 0 | $ - |
| Office of Human Resources Management | 339 | $ 79,784 | 370 | $ 92,406 | 374 | $ 89,828 |
| Office of Administrative Services | 123 | $ 59,611 | 131 | $ 54,859 | 131 | $ 55,204 |
| Office of Mission Assurance | 101 | $ 42,219 | 127 | $ 48,633 | 127 | $ 47,538 |
| Office of General Counsel | 172 | $ 36,875 | 194 | $ 39,654 | 194 | $ 40,490 |
| Office of Government-wide Policy | 44 | $ 13,116 | 56 | $ 17,423 | 58 | $ 18,641 |
| Office of Strategic Communication | 91 | $ 19,290 | 109 | $ 21,718 | 109 | $ 21,979 |
| Office of Civil Rights | 17 | $ 3,506 | 28 | $ 5,488 | 28 | $ 5,477 |
| Office of Small Business Utilization | 29 | $ 5,859 | 42 | $ 8,143 | 42 | $ 8,305 |
| Office of Customer Experience | 12 | $ 4,929 | 19 | $ 5,513 | 19 | $ 5,787 |
| **Subtotal, Staff Office Internal Authority** | **2,066** | **$ 750,564** | **2,401** | **$ 837,283** | **2,407** | **$ 840,961** |
| Office of GSA Information Technology | 0 | $ 1,310 | 0 | $ 4,405 | 0 | $ 3,910 |
| Office of Chief Financial Officer | 16 | $ 8,412 | 28 | $ 15,036 | 28 | $ 15,099 |
| Financial Management Line of Business (FMLoB) | 0 | $ 408 | 0 | $ - | 0 | $ - |
| Office of Human Resources Management | 6 | $ 1,063 | 0 | $ - | 0 | $ - |
| Office of Administrative Services | 6 | $ 1,343 | 6 | $ 1,573 | 6 | $ 1,573 |
| Office of Mission Assurance | 0 | $ 888 | 0 | $ 3,000 | 0 | $ 3,000 |
| Office of Government-wide Policy | 7 | $ 10,222 | 7 | $ 13,409 | 7 | $ 12,197 |
| TTS eRulemaking Program | 5 | $ 10,080 | 7 | $ 8,652 | 7 | $ 10,944 |
| Office of Congressional & Intergovernmental Affairs | 0 | $ 2,566 | 0 | $ 1,210 | 0 | $ 1,210 |
| Office of Customer Experience | 0 | $ 30 | 0 | $ - | 0 | $ - |
| Office of Civil Rights | 0 | $ 5 | 0 | $ 60 | 0 | $ 60 |
| **Subtotal, Staff Office External Authority** | **39** | **$ 36,328** | **48** | **$ 47,345** | **48** | **$ 47,993** |
| TMF - Zero Trust | 0 | $ 5,724 | 0 | $ 5,221 | 0 | $ - |
| **Subtotal, Technology Modernization Funds** | **0** | **5,724** | **0** | **5,221** | **0** | **$ -** |
| COVID-19 | 0 | $ 6 | 0 | $ - | | $ - |
| TTS Rulemaking Systems Modernization | 0 | $ 5,481 | 0 | $ 5,900 | 0 | $ 5,900 |
| **Subtotal, Direct Appropriations** | **0** | **$ 5,488** | **0** | **$ 5,900** | **0** | **$ 5,900** |
| CFO Act, Major Acquisition and Development | | $ - | | $ 1,000 | | $ 1,000 |
| **Subtotal, Major Acquisition and Development** | **0** | **$ -** | **0** | **$ 1,000** | **0** | **$ 1,000** |
| **Total, Working Capital Fund** | **2,105** | **$ 798,103** | **2,449** | **$ 896,749** | **2,455** | **$ 895,854** |

J.R. 1352

**Working Capital Fund Obligations by Object Class**
(Dollars in Thousands)
**Reimbursable Funds**

| | | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|---|
| 11.1 | Full-time, permanent............................................. | $ 268,594 | $ 305,725 | $ 313,718 |
| 11.3 | Other than full-time permanent........................... | $ 4,603 | $ 2,002 | $ 1,665 |
| 11.5 | Other personnel compensation........................... | $ 6,756 | $ 6,117 | $ 6,403 |
| 11.8 | Special personnel services payments................. | $ 2,646 | $ - | $ - |
| 12.1 | Civilian personnel benefits................................ | $ 109,529 | $ 116,734 | $ 119,909 |
| 13.0 | Benefits for former personnel............................ | $ 242 | $ 435 | $ 810 |
| 21.0 | Travel and transportation of persons................. | $ 5,560 | $ 7,246 | $ 7,139 |
| 22.0 | Transportation of things.................................... | $ 2,482 | $ 1,494 | $ 1,408 |
| 23.1 | Rental payments to GSA.................................... | $ 16,882 | $ 9,394 | $ 9,341 |
| 23.2 | Rental payments to others................................. | $ 126 | $ - | $ - |
| 23.3 | Communications and utilities.............................. | $ 22,137 | $ 24,245 | $ 23,446 |
| 24.0 | Printing and reproduction................................... | $ 49 | $ 69 | $ 68 |
| 25.1 | Advisory and assistance services...................... | $ 214,601 | $ 311,956 | $ 296,972 |
| 25.2 | Other services from non-Federal sources........... | $ 2,295 | $ 3,223 | $ 3,223 |
| 25.3 | Other goods & services from Federal sources..... | $ 55,275 | $ 42,877 | $ 46,291 |
| 25.4 | Operation and maintenance of facilities.............. | $ 20 | $ 6,329 | $ 6,131 |
| 25.6 | Medical care...................................................... | $ - | $ - | $ - |
| 25.7 | Operation and maintenance of equipment............ | $ 362 | $ - | $ - |
| 26.0 | Supplies and materials....................................... | $ 752 | $ 944 | $ 944 |
| 31.0 | Equipment........................................................ | $ 73,698 | $ 46,837 | $ 52,486 |
| 32.0 | Land and structures.......................................... | $ (18) | $ - | $ - |
| 42.0 | Insurance claims and indemnities...................... | $ 145 | $ - | |
| 43.0 | Interest and dividends....................................... | $ - | $ - | $ - |
| 94.0 | Financial transfers............................................ | $ 156 | | |
| **99.0** | **Obligations, Appropriated (Annual)**................ | **$ 786,892** | **$ 885,628** | **$ 889,954** |
| | *Subtotal, PC&B*.............................................. | *$ 392,370* | *$ 431,013* | *$ 442,505* |
| | *Subtotal, Non-labor*......................................... | *$ 394,522* | *$ 454,615* | *$ 447,449* |

J.R. 1353

*U.S. General Services Administration*
*Working Capital Fund*

**Multi Year FY 2021 - FY 2025 ARP Funds – Awarded GSA TMF Projects\***

| | | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|---|
| 25.1 | Advisory and assistance services…………….... | $ 3,014 | $ 5,221 | $ - |
| 31.0 | Equipment……………………………………....... | $ 2,710 | $ - | $ - |
| **99.0** | **Obligations, Appropriated (Annual)…………....** | **$ 5,724** | **$ 5,221** | **$ -** |
| | *Subtotal, PC&B…………………….................* | *$ -* | *$ -* | *$ -* |
| | *Subtotal, Non-labor……………………..............* | *$ 5,724* | *$ 5,221* | *$ -* |

\*All this funding is associated with GSA's "Advancing zero trust" TMF Project as the "Modernizing regulatory services for the public and the Federal Government" TMF Project wasn't awarded at the time this document was developed.

**Appropriated Funds**

| | | FY 2023 Actual | FY 2024 Plan | FY 2025 Request |
|---|---|---|---|---|
| 25.1 | Advisory and assistance services…………….... | $ 5,481 | $ 5,900 | $ 5,900 |
| 31.0 | Equipment……………………………………....... | $ - | $ - | $ - |
| **99.0** | **Obligations, Appropriated (Annual)…………....** | **$ 5,481** | **$ 5,900** | **$ 5,900** |
| | *Subtotal, PC&B…………………….................* | *$ -* | *$ -* | *$ -* |
| | *Subtotal, Non-labor……………………..............* | *$ 5,481* | *$ 5,900* | *$ 5,900* |

J.R. 1354

**Description of WCF Services by Office**

**<u>Office of GSA Information Technology (GSA IT): FY 2025 Estimate - $362 million</u>**

Internal Services: FY 2025 Budget Estimate - $358 million
Providing IT support to all GSA offices, GSA IT designs and delivers innovative IT solutions that ensure integration between GSA systems and organizations. GSA IT directly supports GSA's management objectives to streamline and modernize IT, support cybersecurity, capture high-quality data to support decision-making, and improve customer experience. In its execution of services, GSA IT incorporates its business knowledge and technological expertise to identify the best solution available for its customers. In FY 2025, GSA IT will continue to invest in its cybersecurity capabilities to implement the mandates laid out in Executive Order 14028, "Improving the Nation's Cybersecurity." GSA IT is supporting Pillar One of the National Cybersecurity Strategy by continuing to mature its Zero Trust Architecture, implementing initiatives related to identity, data, application, devices, and networks to defend critical infrastructure. GSA IT continues to invest in GSA's AI capabilities, building upon the foundations outlined in Executive Order 14110: Safe, Secure, and Trustworthy Development and Use of Artificial Intelligence. In FY 2025, GSA IT will continue to expand its management and promotion of AI tooling while safely monitoring its use cases to ensure any rights or safety-impacting implementations are appropriately managed and controlled. GSA IT is also focused on making digital experiences better by delivering digital services focused on user needs, along with making data and analytics resources equitably accessible through modernization efforts.

GSA IT provides a standardized agency-wide approach to infrastructure management and operations designed to maximize resources and optimize the efficiency of enterprise systems and organizational staff. GSA IT manages internal IT assets, server resources, network resources, and end-user devices. These responsibilities include: planning and governance, system-access controls, system-user training, IT security and integrity, local support, help-desk functions, circuits, wireless services, teleconferencing, and telephony.

GSA IT faces increased demand for services from GSA business lines, while continuing to modernize the delivery of IT services to the agency. To enhance its delivery, GSA IT needs to have the right level of skilled staff and contractor support to meet business line needs, stay abreast of current technological initiatives, and remain innovative. To that end, GSA IT is working closely with the Office of Human Resources Management to identify appropriate training and conduct targeted hiring to acquire employees with the needed skills.

External Services: FY 2025 Budget Estimate - $3.9 million
The Office of GSA IT provides a cost-effective, secure platform to deliver administrative systems services to external clients. The Office of Corporate IT Services provides professional systems support for payroll and labor distribution systems. This Office supports other IT functions such

WCF-11

*U.S. General Services Administration*
*Working Capital Fund*

as business requirements and change management, systems operations and maintenance, financial data management and reporting, systems access control, security and integrity, systems user training, and help desk support. The Office of Acquisition IT Services also supports customers using GSA acquisition systems and IT knowledge to facilitate the development of requirements, cost estimates, and plans for replacing legacy systems.

**Office of the Chief Financial Officer: FY 2025 Estimate - $206 million**

Internal Services: FY 2025 Estimate - $190 million
The Office of the Chief Financial Officer (OCFO) provides GSA with financial management services, including budget formulation and execution, financial reporting and operations, internal controls, data management and analytics, performance management, and audit management and accountability.

This request includes the Financial Management Line of Business (FMLoB) financial systems, financial management support services, and staff, which returned to GSA in March of 2023 from the U.S. Department of Agriculture (USDA) when it divested its operations as a financial shared services provider. FMLoB includes the staff and infrastructure necessary to support the operation, maintenance, development, and upgrades of GSA's primary accounting system, Pegasys.

OCFO will continue to serve as a partner and financial advisor to GSA's Services and Staff Offices and lead value-generation for GSA and the Federal Government by delivering high-value services such as data analytics, business planning, and performance management. OCFO is leading GSA's efforts to implement robotic process automation to increase the agency's capacity to more efficiently and effectively manage workload, enhance employee experience, and drive increased value for internal and external partners.

OCFO will continue to deliver high performance in managing traditional financial management activities, such as the development, submission, and execution of the annual GSA Budget, and development and submission of the Agency Financial Report, as well as lead GSA's efforts to improve internal controls and produce the GSA Strategic Plan and the Annual Performance Plan.

External Services: FY 2025 Estimate - $15.1 million
OCFO provides financial management and payroll support to a variety of independent agencies, boards, and commissions. GSA enters into interagency agreements with these smaller agencies and recoups costs for arranging delivery of financial or administrative services on a reimbursable basis.

OCFO is also leveraging GSA's deep experience in process automation and transformation to solve complex business challenges across the Government. This program promotes the

WCF-12

adoption of emerging automation technologies and rapid process transformation through the Federal Robotic Process Automation (RPA) Community of Practice (CoP).

Leadership within the RPA CoP mentors other agencies and provides regular Government-wide engagements and best practices that include RPA, intelligent automation, and adoption of process transformation methodologies.

Major Equipment Acquisition & Development: FY 2025 Estimate – $1 million
In accordance with 40 U.S.C. § 3173(d), the equipment acquisition and development activity may be utilized for agency-wide investments to implement the Chief Financial Officers Act of 1990, such as acquisition of capital equipment, automated data processing systems, and financial management and management information systems. GSA will submit any proposed projects requesting to use this funding to Congress for approval as required by 40 U.S.C. § 3173(d).

**Office of Human Resources Management: FY 2025 Estimate - $89.8 million**

Internal Services: FY 2025 Estimate - $89.8 million
The Office of Human Resources Management (OHRM) is focused on helping GSA attract, motivate, develop, retain, and reward employees. OHRM, led by the Chief Human Capital Officer, provides and maintains an evolving portfolio of effective and innovative end-to-end human resource and human capital solutions that meet partner and external stakeholder needs, including the delivery of meaningful Human Resource (HR) data, analysis, and consultation to help customers make informed business decisions. Through improved service-delivery models, OHRM is focused on hiring, developing, and retaining a talented and diverse mission-ready GSA workforce in critical job series, including building management, acquisition, information technology, finance, and human resources.

OHRM provides HR services in a consolidated manner to reduce redundancy within business lines, while still ensuring a high standard of service for recruitment, staffing, and employee development. These services include GSA enterprise-wide programs such as workers' compensation, transit subsidy, health room services, childcare subsidy, and unemployment compensation. Funding also provides training contracted through one of OHRM's multiple blanket purchase agreements that covers a wide range of classes and programs. OHRM will continue to use a multiyear service delivery model improvement initiative that will allow OHRM to leverage industry best practices to enhance the customer experience as well as heavily invest in key functional areas that will further improve the efficacy and efficiency of the services OHRM provides. Additionally, OHRM will continue implementation of its HR Data Strategy, Governance Framework, and Operating Model.

*U.S. General Services Administration*
*Working Capital Fund*

The OHRM funding level includes $5.5 million to fund operations and maintenance (O&M) support for the HR Links system, which includes Time and Attendance functionality. OHRM will also continue to focus on organizational health and performance programs and workers' compensation case file reviews in an effort to reduce the overall costs of the workers' compensation program. These investments are a necessity for OHRM to provide required HR IT systems support and achieve additional cost efficiencies in the workers' compensation program. Rising retirement eligibility rates within GSA and across the Federal Government overall is a driving factor for increasing the entry-level talent pipeline. GSA will continue to build a talent pipeline focused on leveraging entry-level programs such as OHRM's Enterprise Emerging Leaders Program (EELP)**,** and the Acquisition Talent Development program, which is focused on building the future acquisition corps for the agency. Equally important is the establishment of Talent Teams to improve and modernize hiring assessment tools such as Subject Matter Expert Qualification Assessments (SME-QA) for the 1102 series as well as GSA's other mission-critical occupations. The budget comprises the training, salaries, benefits, career ladder promotions, and within-grade-increases for the participants.

### Office of Administrative Services: FY 2025 Estimate - $56.7 million

Internal Services: FY 2025 Estimate - $55.2 million
The Office of Administrative Services (OAS) is responsible for administrative and management services for GSA. These include, but are not limited to: executive correspondence, forms, directives, internal contracting, and travel and purchase card oversight. OAS also serves as the tenant representative for the agency, providing workspace planning, facility design, facilities management, and workplace services tenant support on a national scale. OAS staffs 10 locations and manages 10 workplace programs, including Internal Real Estate, Workplace Services, Fleet, Personal Property, Occupational Safety and Health, Print Services, Print Management, Acquisition Support, Mail, and Assistive Technology. OAS plans to spend $1.4 million in FY 2025 to acquire zero-emission vehicles (ZEVs), to comply with Executive Order 14057, which requires the Federal Government to reach 100 percent ZEV acquisition by 2035. OAS oversees rent and security expenditures (Working Capital Fund (WCF) and appropriated accounts) for GSA-occupied space, including GSA's Washington, DC, headquarters facility at 1800 F Street, NW. OAS's FY 2025 budget decreased by $7 million from FY 2023 due to a planned release of space in the Central Office and resulting reduced rent bill.

External Services: FY 2025 Estimate - $1.6 million
OAS's Office of Presidential and Congressional Agency Liaison Services provides Commissions and Boards (CABs) account management services and coordinates support with GSA and non-GSA service providers for Commissions, Boards, and small independent agencies. These services include but are not limited to: human resources (labor relations, employee relations, performance management), legal, payroll and financial management, assisted acquisition, realty and facilities, telecommunications, IT, records management, and equal employment opportunity for approximately 30 CABs customers. OAS's CABs Account

WCF-14

J.R. 1358

Management team partners with the Office of Human Resources Management (OHRM) CABs Human Resource Services Center to provide human resources services and access to platforms such as HR Links.

**Office of Mission Assurance: FY 2025 Estimate - $50.5 million**

Internal Services: FY 2025 Estimate - $47.5 million
The Office of Mission Assurance (OMA) ensures resilience and continuity of GSA's critical business processes by integrating and coordinating activities across all domains of security (physical and personnel) and emergency management. This includes funding and managing all of GSA's background investigations for FTEs and contractors, Homeland Security Presidential Directive 12 credentialing, managing GSA's Insider Threat program, industrial security, operational security, disaster response, and contingency and continuity of operations planning. In FY 2025, OMA will continue to build on GSA's Federal Mission Resilience portfolio by focusing on further operationalizing the distributed nature of GSA's workforce and mission capabilities, working with GSA's regional offices to help ensure positive redundancy and capabilities for quick devolution or distribution of functions and mission support, advancing special areas such as operational and supply-chain security, and co-leading as the Sector Risk Management Agency responsible for the Government facilities critical infrastructure sector. OMA will continue leading GSA's efforts to increase day-to-day readiness and resilience for fulfilling its roles and responsibilities with the National Response Framework, its National Essential Functions (NEFs) as well as those supporting the National Response Coordination Center (NRCC), Emergency Support Functions (ESFs), and Recovery Support Functions (RSFs). OMA issues general emergency preparedness and response and security policy guidance for acquisition and assignments of Government-controlled and -leased space. OMA provides an enterprise-wide approach to mission assurance planning, while ensuring the safety, privacy, and security of GSA facilities, people, and IT assets nationwide. OMA continues to leverage efficiencies, refine best practices, and, to the greatest extent possible, identify savings needed to offset cost increases due to mission priorities.

External Services: FY 2024 Estimate - $3 million
OMA is responsible for coordinating GSA's response to national emergencies and major disasters, as outlined in the National Response Framework - Emergency Support Function #7 *Logistics*. The costs of logistical services provided in response and recovery efforts are recovered through mission assignments issued by the Federal Emergency Management Agency. The requested level of authority ensures OMA will be able to immediately accept and begin any and all mission assignments in response to natural disasters or other emergencies, such as a particularly severe hurricane season or a pandemic.

*U.S. General Services Administration*
*Working Capital Fund*

**Office of the General Counsel: FY 2025 Budget Estimate - $40.5 million**

Internal Services: FY 2025 Estimate - $40.5 million
The Office of the General Counsel (OGC) provides legal support to all GSA offices and programs, except the Office of Inspector General and the Civilian Board of Contract Appeals (CBCA). This includes providing all legal services for PBS, FAS, the Office of the Administrator, and the offices within the WCF.

OGC also provides legal support for litigation before the CBCA, defends the agency against contract claims under the Contract Disputes Act; defends against protests before the U.S. Government Accountability Office; and assists the U.S. Department of Justice with claims filed in Federal court. OGC defends the agency against tort claims, injury, or other damage claims arising out of the management of Federal buildings and the operation of GSA fleet vehicles. Other legal services involve contracting, acquisition policy, management of real and personal property, historic preservation, environmental compliance and litigation, personnel and labor relations, ethics, appropriations law, Freedom of Information Act (FOIA), the Privacy Act, the Federal Advisory Committee Act, compliance with technology-related laws and regulations implementing GSA authorities including the Federal Acquisition Regulation, the Federal Travel Regulation, and the Federal Management Regulation.

OGC also advises on responses to congressional inquiries, assists in the preparation of congressional testimony, develops and manages the GSA ethics program, and supports alternative dispute resolution efforts. OGC also manages the GSA FOIA program, which processes and responds to FOIA requests received by GSA. The General Counsel serves as GSA's Designated Agency Ethics Official and as GSA's Chief FOIA Officer.

**Office of Government-wide Policy:  FY 2025 Budget Estimate - $30.4 million**

Internal Services: FY 2025 Estimate - $18.9 million

The Chief Acquisition Officer (CAO) and the Senior Procurement Executive (SPE) in the Office of Government-wide Policy (OGP) develop acquisition policy and aid in ensuring an informed and engaged workforce to help GSA deliver high-value acquisition mission solutions. OGP also provides services and support for acquisition professionals throughout GSA, including the Federal Acquisition Service, the Public Buildings Service, and GSA's internal acquisition functions.

Starting in the FY 2024, GSA has established a dedicated Acquisition Talent Development (ATD) Program. OGP will be responsible for managing and coordinating training for this new program. The primary objective of this program is to support the GSA 1102 Contracting Practices and Procedures Credential. To achieve this, the program will identify any competency gaps and collaborate with agency Subject Matter Experts (SMEs) to develop

WCF-16

contracting courses specifically tailored for the GSA 1102 credential. These courses will be designed to replace traditional in-person classes with automated alternatives.

The ATD Program will coordinate with SMEs to actively participate in the development of new training materials for the GSA 1102 credential. They will work in coordination with the Federal Acquisition Institute (FAI) and contractors to build these courses within the FAI CSOD (Continuous Service On-Demand) system, ensuring a seamless learning experience for the participants. To assess the skills of individuals undergoing on-the-job training (OJT), the ATD Program will utilize the FAI 1102 Experience Development Tool. This tool will enable them to conduct comprehensive skills assessments, ensuring that the training provided is effective and tailored to the needs of each individual.

Members of the ATD Program will also serve as Contracting Officer's Representatives (CORs) for BPA (Blanket Purchase Agreement) calls related to the purchase of FAC-C (Federal Acquisition Certification in Contracting) professional services. This will further enhance their expertise and contribute to the overall success of the program.

From FY 2020, the Office of Asset and Transportation Management (MA) provides support for GSA's Committee Management Program in compliance with the Federal Advisory Committee Act (FACA). The Program, located in the Committee Management Secretariat (MAK), has adequate funding, which covers the cost of one FTE. The Program includes two internal functions: the Committee Management Officer (CMO) and the Committee Management Coordinator (CMC). The CMO function is responsible for implementing and exercising control and supervision over policies and procedures for the management of GSA Federal advisory committees, consistent with GSA Order ADM 5420.40E. The CMC is responsible for the coordination and tracking of GSA intergovernmental, intragovernmental committees, and GSA employee membership on extra-governmental committees consistent with GSA Order ADM 5420.1.

OGP took over the responsibility for supporting GSA's responsibilities outlined in the Evidence-Based Policymaking Act of 2018 ("Evidence Act") Title 1 and GSA's Evaluation Function in FY 2021. OGP's Office of Evaluation Sciences (OES) will undertake a number of activities related to building and using evidence. The activities to build and use evidence include implementing and delivering on the multiyear Learning Agenda and the FY 2024 Annual Evaluation Plan, and addressing opportunities flagged in the GSA capacity assessment. Implementation of the Evidence Act offers an opportunity to improve how GSA builds and uses evidence and to better align performance, budget, strategic planning, policymaking, data, and evidence-building activities.

The Office of Evidence and Analysis will serve as the GSA Statistical Official, providing Statistical Analysis using mathematical models to quantify relationships between variables

*U.S. General Services Administration*
*Working Capital Fund*

and outcomes and make predictions based on those relationships from collected evaluations data.  The Statistical Official is the agency champion for data quality and confidentiality protection across GSA to harness existing data, ensure its relevance, anticipate future uses and protect access for GSA data collected with legal or other restrictions on use or release. The Statistical Official will establish policy and implementation guidance to enable GSA to produce and disseminate relevant and timely statistical information and provide important checks and validation of the GSA evaluations and evidence building capacity.

Newly established Chief Sustainability Officer (CSO) Support Office includes GSA shared services for the Climate Change Risk Management Planning and Implementation, which leverages contract services for the agency-wide climate vulnerability assessment, climate literacy training, and cross business line coordination for climate risk management planning and progress reporting. Outcomes promote risk-informed priority actions for innovative economic opportunities, job creation, optimized appropriate funds, and maintain ongoing coordinated progress on priority climate adaptation actions aligned with agency strategic objectives, and resourcing. The CSO is actively addressing vulnerabilities in real property assets, devising plans to mitigate liabilities, and adapting to changing circumstances. This initiative aligns with GAO's high-risk report recommendations on real property risk, demonstrating GSA's commitment to meeting customer expectations for climate preparedness.

Also, OGP manages and actively addresses Supply Chain Risk Management (SCRM) in its budget, focusing on mitigating risks and ensuring the resilience of the supply chain. The budget input includes strategic measures to enhance SCRM capabilities, safeguarding critical processes and resources against potential disruptions. The Carbon Disclosure Project (CDP) of the Supply Chain Program is a membership program through which agencies collect data from and engage their suppliers to improve their environmental performance. The program enables agencies to drive action in their supply chains and achieve their supply chain goals.

In summary, GSA-wide CSO support will help GSA maintain its leadership position in climate and sustainability Government-wide—leading to reduced costs, pollution, and climate-related risks and more efficient Government for the American people.

External Services: FY 2025 Estimate - $11.5 million

External programs are supported through collections from participating agencies, who enter into Interagency Agreements (IAAs) to reimburse GSA. OGP provides support and manages GSA's IT Capital Planning and Investment Control (CPIC) program. The CPIC program manages the Folio application, a web-based, Government-owned, fee-for-service technology solution, that Federal agencies use to support their internal IT Portfolio Management, IT Capital Planning, and IT Governance processes. Folio provides Federal agencies with a Federal shared service solution. Member agencies use Folio to meet their external reporting

WCF-18

J.R. 1362

requirements to the Office of Management and Budget (OMB). The CPIC PMO supports its member agencies by providing dedicated program management, centralized hosting services, Folio-related user/admin training, and application-related technical support. This community also shares best practices and lessons learned, as well as collaborates on the latest trends in IT portfolio management and IT Governance best practices.

The Performance Management Line of Business (PMLoB) is an interagency effort to develop Government-wide performance management capabilities to help meet the transparency requirements of the Government Performance and Results Act Modernization Act of 2010 (GPRAMA), and support Government-wide performance management efforts, including Performance.gov.

The $1.9 trillion American Rescue Plan (ARP) represents a unique opportunity to invest in a range of programs and policies that are designed to build an equitable recovery, and will have long-lasting effects on individuals and communities. Building evidence to support equitable delivery of ARP resources and future policy interventions is integral to rebuilding existing Government-wide services and building trust with the public. Extending ARP evaluations will continue FY 2022 to 2024 achievements, the Office of Evaluation Sciences will complete a portfolio of 10 rapid evaluations in support of the Administration's efforts to advance an equitable recovery, and to better understand which program changes and innovations within ARP investments contributed to producing equitable outcomes: https://oes.gsa.gov/american-rescue-plan/

**Technology Transformation Services: FY 2025 Estimate - $17.4 million**[1]

External Services: FY 2025 Estimate - $11.5 million
The eRulemaking Program Management Office (PMO), part of GSA's Technology Transformation Services (TTS), is an E-Government program that fulfills the requirements under Section 206 of the E-Government Act of 2002, the Clinger-Cohen Act, and the Government Paperwork Elimination Act, in supporting about 180 Federal agencies in the rulemaking process. eRulemaking comprises (1) the back-end Federal Docket Management System (FDMS), which supports agencies' management of the rulemaking process, and (2) regulations.gov, the public-facing site that provides the public with the opportunity to not only comment on proposed regulations but also download rulemaking content. The $11.5 million in agency WCF contributions will support the maintenance of the legacy FDMS along with

---

[1] In January 2024, the TMF announced the investment of $19.7 million as part of a multi-year modernization effort of GSA's rulemaking systems.  This investment will allow GSA implement cost-effective and improved regulatory services that benefit public and Federal Government users, while eliminating the risk of system failure; address near-term security vulnerabilities and risks in the current rulemaking system; and begin a multi-year effort to transition to a modernized architecture that will better meet the needs of public and Government users. This funding is not included GSA's FY 2025 CJ due to timing constraints.

*U.S. General Services Administration*
*Working Capital Fund*

regulations.gov and PMO support. Per below, $5.9 million in appropriations are requested in order to invest in a modernized system that will be more cost-effective in the long run as well as deliver better services.

In FY 2023, the eRulemaking program continued to provide continuity of services and supported the operations and maintenance of FDMS and regulations.gov. In addition, TTS implemented modest improvements to the comment deduplication feature, providing continuity of services to one of the program's most highly desirable features: comment deduplication. With TMF funding and the requested appropriation, the program plans to improve on its comment deduplication feature and improve the commenting experience for both the public and agencies. FY 2023 accomplishments also include User Experience research to identify desired features for a modernized system as well as insights into technology options for the target solution architecture.

In FY 2024 and FY 2025, the program will continue to support the operations and maintenance of the legacy FDMS, as the program works to stand up a modernized regulatory system. In FY 2025, GSA will provide updates to the modernized public-facing regulations.gov site (e.g., enhanced searchability, navigability), as well as restore some features to the legacy FDMS (e.g., permissions feature, reporting functionalities).

Direct Appropriations: FY 2025 Request - $5.9 million
TTS in partnership with the OMB, Office of Information and Regulatory Affairs is reimagining business processes and creating a modern, flexible, and scalable architecture for a new Modernized Rulemaking Management system to enhance the FDMS and regulations.gov. This request is the next installment of a multi-year modernization plan, building on the FY 2022 enacted amount of $4 million and FY 2023 enacted amount of $5.9 million. GSA notes that the enacted amounts are significantly less than proposed levels, and that lack of full funding has prevented GSA from making significant progress on modernization.

The $5.9 million received in FY 2023 from direct appropriations supports both stabilization of rulemaking systems and the provision of support services for Federal rulemaking agencies. This funding supports a stabilization plan for the legacy FDMS and will remediate a portion of the technical debt that FDMS has accumulated over the years, enabling the legacy system to continue to operate. Completion of these tasks will ensure that FDMS continues to maintain its Authority to Operate (ATO) as well as improves system performance and reliability. The activities encompassed by the system stabilization include supporting all actions necessary to create a Virtual Private Cloud (VPC) and foundations for each of the lower-level environments, supporting the Cyber Solutions Network migration (infrastructure and data migration), software development, upgrading Documentum to the most current version, migrating from on-premise data centers (EPA's National Computer Center) to GSA's cloud environment, and migration from an Oracle database to the PostgreSQL EDB database. These stabilization activities will produce the interim version 6 of FDMS. While FDMS v6 will be significantly more secure and

J.R. 1364

stable than legacy FDMS, v6 will still reside on a costly, inefficient, and monolithic technology platform.

The Office will pursue modernization that is not only critical to remediating aging infrastructure and end-of-life software and bringing down long-term operations and maintenance costs, but also delivering important new functionality for about 180 partner agencies along with the Office of Information and Regulatory Affairs. Specifically, the President's April 6, 2023, Executive Order on Modernizing Regulatory Review, directs agencies to identify recommendations for improving and modernizing regulatory review, including the public commenting process. A modernized rulemaking management (MRM) system will not only provide an efficient and secure platform for managing the rulemaking process, but will also support the Administration's priorities to better engage the public in the rulemaking process and streamline the process of comment reviews.

**Office of Strategic Communication: FY 2025 Estimate - $22 million**

Internal Services: FY 2025 Estimate - $22 million
The Office of Strategic Communication (OSC) is GSA's singular resource for internal and external communication needs. OSC's main responsibility is to use communication to help the agency meet its mission and business goals. OSC will continue to promote and enhance the performance and reputation of GSA by providing critical, integrated communication support to its clients. OSC comprises the Public Affairs and Operations Divisions and the Office of Client Engagement.

OSC's Public Affairs Division carries out the agency's effort to help Federal agencies, the media and the public understand the important work performed by GSA in buildings, acquisitions and technology. The Media Affairs Branch acts as the official point of contact for national media inquiries and works closely with communication teams in all 11 GSA regions to ensure there are experts available to reply to media queries at national and local levels. The Public Affairs Division also maintains editorial control over GSA's social media presence and approves and manages all requests for outside speaking engagements. Additionally, this team oversees stakeholder engagement to ensure internal and external engagement around key issue areas.

The Operations Division includes the immediate office and both the Digital and Visual Communication Program Management Offices (PMOs). The Digital Communications PMO manages the agency's primary website (www.gsa.gov) and its intranet site. It also provides enterprise-wide web governance and develops strategy, standards, policies, and guidelines on the agency's web content and the presentation of that content, including facilitating the implementation of OMB and agency decisions concerning online content and presentation. The Visual Communications PMO maintains the agency's brand and produces and provides quality-assurance oversight on all of GSA's visual and broadcast products, including videos, graphics,

*U.S. General Services Administration*
*Working Capital Fund*

podcasts, and photos. The Visual Communications PMO also provides live streaming and event services for the agency.

The Office of Client Engagement includes both client-focused and regional branches. OSC Client branches are in-house communication teams, working directly with GSA's business lines and staff offices to promote and enhance the performance of GSA. They provide complete communication services, including developing and executing strategic communication plans and solutions to support high-priority GSA initiatives. Regional communication branches support the communication needs of all 11 regions. Support ranges from using targeted tactics to deliver news and updates to regional staff and media to developing regionally focused features for national distribution to staffing urgent and emergency situations that require local GSA representation.

**Office of Civil Rights: FY 2025 Estimate - $5.5 million**

Internal Services: FY 2025 Estimate - $5.5 million

The Office of Civil Rights (OCR) provides support and guidance on all aspects of equal employment opportunity (EEO), affirmative employment, and nondiscrimination in federally assisted and conducted programs within GSA. OCR's equal employment opportunity program keeps GSA in compliance with laws, guidance, and authorities that prohibit discrimination and harassment in the Federal workplace.

OCR's civil rights and civil liberties program provides oversight to GSA's public-facing activities and programs and services to ensure they are conducted in a non-discriminatory manner and are in compliance with the applicable Federal civil rights laws, regulations, executive orders, and policies. OCR oversees the provision of equitable and meaningful access to external stakeholders with disabilities or those who are limited English proficient. OCR's affirmative employment program leads GSA's annual assessment of its EEO program to promote equal opportunity.

External Services: FY 2025 Estimate - $60 thousand
OCR provides equal employment opportunity services to other Federal agencies on a cost-reimbursable basis. These services include equal employment opportunity counseling, mediation, investigations, and complaint adjudication.

**Office of Small and Disadvantaged Business Utilization: FY 2025 Estimate - $8.3 million**

Internal Services: FY 2025 Estimate - $8.3 million
GSA's Office of Small and Disadvantaged Business Utilization (OSDBU) carries out our nationwide responsibility for delivering a successful small business program. OSDBU's mission

WCF-22

J.R. 1366

is to maximize small business and socio-economic small business procurement opportunities within GSA and from Federal Government customers.

OSDBU monitors and implements small business policies and executes a range of programs as directed by the Small Business Act of 1953, as amended by Pub. L. 95-507. This includes, but is not limited to:

- Managing OSDBU's small business program funding to ensure timely, efficient, and effective use of appropriated resources;
- Evaluating, refining, proposing, and ensuring compliance with small business policy to ensure maximum practicable opportunity for small and disadvantaged businesses to participate in the Federal procurement arena, while prioritizing the accomplishment of the GSA mission;
- Through data analytics and in coordination with the U.S. Small Business Administration, establishing challenging small business procurement goals for GSA, monitoring performance across small business and socio-economic small business categories and implementing initiatives to achieve statutory goals;
- Contributing to the forecasting of opportunities, market research, influencing acquisition strategy, and negotiating higher subcontracting goals to ensure small and disadvantaged businesses receive the maximum practical opportunity to provide innovative, cost-competitive, and timely products and services to satisfy Federal procurement requirements; and
- Providing training and resources to GSA's acquisition workforce and the vendor community.

GSA's small business programs foster entrepreneurial opportunities to new business horizons and enhance technological capabilities. OSDBU's work is critical to the achievement of GSA's prime and subcontracting small business goals.

OSDBU's FY 2025 estimate of $8.3 million includes funding to deliver and expand a successful agency small business program, influence improvements for the small business community throughout the Federal Government, and reduce the burden for the acquisition workforce. This encompasses eliminating ineffective technologies and workflow processes, automating technology, enhancing small business vendor engagement and training, expanding small business training to the acquisition workforce, and improving efficiency and effectiveness.

**Office of Customer Experience: FY 2025 Estimate - $5.8 million**

Internal Services: FY 2025 Estimate - $5.8 million
The mission of the Office of Customer Experience (OCE) is to improve the end-to-end experience of GSA customers by aligning operations to customer needs. OCE works with

*U.S. General Services Administration*
*Working Capital Fund*

internal clients to enhance relationships with customers, industry partners, and both internal and external stakeholders. The office utilizes human-centered design approaches to promote three key behaviors: conducting representative customer research; synthesizing findings into actionable insights; and making incremental, measurable, and customer-focused improvements.

OCE advances these behaviors and the goals of Executive Order 14058 through four pillars of service:

- Strategy: OCE works across GSA to develop strategies and action plans to achieve customer-centric goals based on customer research and administrative data;
- Customer Research: OCE collaborates with teams to frame, study, and understand GSA customer needs through qualitative and quantitative research;
- Capacity Building: OCE helps teams and individuals across GSA to better understand customer experiences and adapt to shifting needs and preferences; and
- Pilots: OCE partners with GSA teams to prototype service, product, and process innovations to improve customer experiences. Along the way, we gather user feedback to test, evaluate, and refine big ideas.

OCE offers in-house centralized feedback collection and survey management expertise; provides guidance on customer experience legislation; and leads the effort to advance the goals of the 21st Century Integrated Digital Experience Act (21st Century IDEA) to improve enterprise-digital customer experience by strengthening digital governance, providing training, analyzing website performance and customer centricity, and advising teams on website modernization.

**Office of Congressional and Intergovernmental Affairs: FY 2025 Estimate - $1.2 million**

The Office of Congressional and Intergovernmental Affairs (OCIA) is funded out of the Operating Expenses appropriation; however, the office uses the WCF for the reimbursable services it provides to Members of Congress across the country. This requirement is based on the best information available and subject to change as necessary to support the requirements of the President or Congress.

External Services: FY 2025 Estimate - $1.2 million
OCIA coordinates services to over 1,400 House district offices and Senate state offices nationwide. OCIA supports the acquisition of office space, furniture and furnishings, property disposal, equipment and supplies, and storage and relocation services.

J.R. 1368

*U.S. General Services Administration*
*Working Capital Fund*

**Working Capital Fund Bill by Staff and Service Office**

(Dollars in Thousands)

| GSA Working Capital Fund Bill $(000) | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---:|---:|---:|
| **Federal Buildings Fund** | $ 395,272 | $ 418,316 | $ 434,938 |
| **Federal Acquisition Services** | $ 312,453 | $ 356,728 | $ 377,233 |
| Acquisition Services Fund | $ 304,256 | $ 343,665 | $ 361,861 |
| Federal Citizens Services Fund | $ 5,725 | $ 11,368 | $ 15,372 |
| Federal Citizens Services Fund - ARP | $ 2,472 | $ 1,694 | |
| **Office of Governmentwide Policy** | $ 10,732 | $ 11,645 | $ 12,656 |
| **Office of Inspector General** | $ 2,450 | $ 1,498 | $ 1,514 |
| **Former Presidents** | $ 28 | $ 28 | $ 21 |
| **Civilian Board of Contract Appeals** | $ 215 | $ 143 | $ 174 |
| **Technology Modernization Fund** | $ 1,553 | $ 1,780 | $ 1,882 |
| **Operating Expenses** | $ 6,931 | $ 6,265 | $ 6,766 |
| Executive Direction | $ 4,201 | $ 3,169 | $ 3,394 |
| Real Property Disposal | $ 2,730 | $ 3,095 | $ 3,372 |
| **WCF External Programs** | $ 1,608 | $ 2,295 | $ 2,175 |
| OCFO - Payroll Shared Services | $ 264 | $ 316 | $ 258 |
| OCFO - Pegasys Financial Services | $    - | $    - | $ 643 |
| OGP - Electronic Capital Planning & Investment Control | $ 282 | $ 211 | $ 166 |
| OAS - Commissions & Boards | $ 182 | $ 186 | $ 222 |
| TTS - eRulemaking | $ 844 | $ 799 | $ 240 |
| OGP - PMLOB | $ 36 | $ 38 | $ 45 |
| OGP - AWTF | $    - | $ 746 | $ 602 |
| **Grand Total WCF Bill** | $ 731,242 | $ 798,698 | $ 837,359 |
| **Funded from Reserves** | $ (19,322) | $ (38,585) | $ (3,600) |
| **Total WCF Operating Plan** | $ 750,564 | $ 837,283 | $ 840,959 |

WCF-25

*U.S. General Services Administration*
*Working Capital Fund*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1370

**U.S. General Services Administration**

**FEDERAL CAPITAL REVOLVING FUND**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

FY 2025 President's Budget Appendix Narrative........................................................................ 2
Program Description ................................................................................................................. 2
Summary of the Request .......................................................................................................... 4
Amounts Available for Obligation ............................................................................................. 5
Obligations by Object Classification ........................................................................................ 6

J.R. 1371

*U.S. General Services Administration*
*Federal Capital Revolving Fund*

**FY 2025 President's Budget Appendix Narrative**
This account provides for the operation of the Federal Capital Revolving Fund (FCRF). The FCRF will finance the construction, renovation, and purchase of federally owned civilian real property assets. The corpus of the FCRF is proposed as mandatory funding in the President's Budget. A detailed discussion of the FCRF can be found in the Budget Process chapter of the Analytical Perspectives volume.

In summary, the FCRF will create a mechanism that is similar to a capital investment budget but operates within the traditional scoring guidelines used for the Federal budget. Upon approval in an appropriations act, the FCRF will transfer funds to agencies to finance large-dollar real property purchases, renovations and construction. Purchasing agencies are then required to repay the FCRF using discretionary appropriations over a period up to 15 years.

As a result, large real property assets funded through the FCRF, which would otherwise require a large spike in appropriations, will no longer compete in the same way with annual operating and programmatic expenses for the limited funding available under tight discretionary funding levels. Instead, the annual cost to the agency and appropriations bill is one fifteenth of the cost of the asset for 15 years, smoothing out the annual cost within the annual appropriations process and eliminating a spike in funding. This approach also has the benefit of allowing agencies to utilize the asset while making payments to the FCRF. Annual repayments, equal to 1/15th of the asset cost, will be made from future appropriations, which will incentivize project selection based on highest mission need and return on investment, including future cost avoidance. The repayments will also replenish the FCRF so that real property can continually be replaced as needed.

**Program Description**
The structure of the Federal budget and budget enforcement requirements can create hurdles to funding large-dollar capital investments. These types of investments are handled differently at the State and local government levels. Expenditures for capital investments are combined with operating expenses in the unified Federal budget. Both kinds of expenditures must compete for limited funding within the discretionary levels. Large-dollar Federal capital investments can be squeezed out in this competition, frequently forcing agency managers to make difficult decisions and turn to operating leases to meet long-term Federal requirements. These alternatives are more expensive than ownership over the long term because: (1) Treasury can always borrow at lower interest rates and (2) to avoid triggering scorekeeping and recording requirements for capital leases, agencies sign shorter-term, consecutive leases of the same space. For example, the cost of two consecutive 15-year leases for a building can result in the Government paying close to 180 percent of the fair market value of the asset – and more when taking into consideration the tenant build out costs necessary for occupancy. Alternative financing proposals typically run up against budget scorekeeping guidelines and the Recording Statute (31 U.S.C. § 1501) that measure cost based on the full amount of the Government's obligations

FCRF-2

J.R. 1372

under the contract, which further constrains the ability of agency managers to meet capital needs.

In contrast, State and local governments separate capital investment from operating expenses. They are able to evaluate, rank, and finance proposed capital investments in separate capital budgets, which avoids direct competition between proposed capital acquisitions and operating expenses. If capital purchases are financed by borrowing, the associated debt service is an item in the operating budget. This separation of capital spending from operating expenses works well at the State and local government levels because of conditions that do not exist at the Federal level. State and local governments are typically required to balance their operating budgets, and their ability to borrow to finance capital spending is subject to the discipline of private credit markets that impose higher interest rates for riskier investments. In addition, State and local governments tend to own capital that they finance. In contrast, Treasury debt has historically been considered a safe investment, regardless of the condition of the Federal balance sheet. Also, the bulk of Federal funding for capital investments is in the form of grants to lower levels of the government or to private entities.

To deal with the drawbacks of the current Federal approach, the FY 2025 budget proposes funding in support of the establishment of the FCRF, which will: (1) fund large-dollar, federally owned, civilian real property capital projects that house Federal civilian employees; and (2) provide specific budget enforcement rules for the FCRF that would allow it to function, in effect, like State and local government capital investment budgets.  This proposal incorporates principles that are central to the success of capital budgeting at the State and local levels— a limit on total funding for capital investment, annual decisions on the allocation of funding for capital projects and spreading the acquisition cost in the discretionary operating budgets of agencies that purchase the assets.

The FY 2025 Budget proposes the capitalization of the FCRF with a $10 billion mandatory appropriation, and the budget presentation scores the proposal with anticipated outlays over the 10-year window for the purposes of pay-as-you-go budget enforcement rules.  Annual discretionary repayments by purchasing agencies would replenish the FCRF and would be available until expended to fund additional capital projects. Total annual capital purchases would be limited to the lower of $5 billion or the balance in the FCRF, including annual repayments.

FCRF-3

*U.S. General Services Administration*
*Federal Capital Revolving Fund*

**Summary of the Request**

The goal of the FY 2025 President's Budget for the appropriation of funds in support of repayment for the inaugural project also supports the establishment of the new FCRF in the budget. The FCRF will function effectively as a capital budget for investment in Federally owned civilian real property and implement budget enforcement rules that exclude the upfront acquisition cost from the discretionary caps and instead charge the cost to discretionary funding over time.

In FY 2025, the budget uses the FCRF concept to fund a $3.5 billion capital investment.  In accordance with the principles and design of the FCRF, the 2025 budget requests appropriations language designating the specific project to be funded out of the FCRF, which will be housed within the U.S. General Services Administration (GSA), along with $233 million for the first-year repayments for the project to the FCRF. The FCRF account requested will fund the first FCRF-funded project in 2025 and a total of approximately $15 billion worth of Federal buildings projects using the initial $10 billion in mandatory appropriations over the 10- year horizon.

The President's FY 2025 budget includes appropriations language supporting the investment of $3.5 billion, as well as the first of 15 annual discretionary appropriation repayments of $233 million. This funding will be used to support the construction of the Federal Bureau of Investigation's (FBI) new Greenbelt, Maryland headquarters project. GSA will construct a federally owned, modern and secure headquarters facility for at least 7,500 FBI personnel in Greenbelt, Maryland. The FCRF funding would be paired with approximately $645 million in available GSA enacted appropriations to support the acquisition and construction of the Federal Bureau of Investigation Greenbelt, Maryland Headquarters project.  Please see the Federal Buildings Fund narrative for more details on this project.



| Federal Capital Revolving Fund | | |
|---|---|---|
| | Year 1 | Years 2-15 |
| Mandatory: | | |
| Transfer to purchasing agency | | |
| to buy building.............................. | 3,500 | |
| Purchasing agency repayments..... | (233) | (3,267) |

| Purchasing Agency | | |
|---|---|---|
| | Year 1 | Years 2-15 |
| Mandatory: | | |
| Collection of transfer from Federal | | |
| Capital Revolving Fund................... | (3,500) | |
| Payment to buy building................... | 3,500 | |
| | | |
| Discretionary: | | |
| Repayments to Federal | | |
| Capital Revolving Fund................... | 233 | 3,267 |

FCRF-4

J.R. 1374

*U.S. General Services Administration*
*Federal Capital Revolving Fund*

| Total Government-wide Deficit Impact | | | |
|---|---|---|---|
| | Year 1 | Years 2-15 | Total |
| Mandatory | | | |
| Purchase Building................................ | 3,500 | | 3,500 |
| Collections from Purchasing agency..... | (233) | (3,267) | (3,500) |
| | | | |
| Discretionary: | | | |
| Purchasing agency repayments............ | 233 | 3,267 | 3,500 |
| Total Government-wide........................ | 3,500 | - | 3,500 |

For budget enforcement purposes, transfers from the FCRF to agencies to fund acquisitions and spending of those amounts by agencies would be scored as direct spending, while agencies would use discretionary appropriations to fund annual repayments to the FCRF. This allocation of cost means that the upfront cost of capital investment would be included in the budget, but the up-front expense would not have to compete with operating expenses in the annual appropriations process. The FCRF does not provide any new landholding or land-managing authorities for Federal agencies.

## Amounts Available for Obligation

(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Full Year CR | FY 2025 Request |
|---|---|---|---|
| **Resources:** | | | |
| Available from prior year | $ - | $ - | $ - |
| Mandatory Appropriation | $ - | $ - | $ 10,000,000 |
| Offsetting Collections | $ - | $ - | $ 233,333 |
| Total Resources Available | $ - | $ - | $ 10,233,333 |
| | | | |
| **Obligations** | | | |
| Transfers for Acquisition of Real Property | $ - | $ - | $ 3,500,000 |
| Program Administration | $ - | $ - | $ 311 |
| Total Obligations | $ - | $ - | $ 3,500,311 |
| | | | |
| **Fund Balance:** | | | |
| Total Resources Available | $ - | $ - | $ 10,233,333 |
| Total Obligations | $ - | $ - | $ (3,500,311) |
| Fund Balance | $ - | $ - | $ 6,733,022 |
| **Net Budget Authority** | $ - | $ - | $ **10,000,000** |

FCRF-5

J.R. 1375

*U.S. General Services Administration*
*Federal Capital Revolving Fund*

## Obligations by Object Classification

(Dollars in Thousands)

| | FY 2023 Actual | | FY 2024 Full Year CR | | FY 2025 Request | |
|---|---|---|---|---|---|---|
| 11.1  Full-time, permanent............................................ | $ | - | $ | - | $ | - |
| 11.3  Other than full-time permanent............................ | $ | - | $ | - | $ | - |
| 11.5  Other personnel compensation............................ | $ | - | $ | - | $ | - |
| 12.1  Civilian personnel benefits.................................. | $ | - | $ | - | $ | - |
| 21.0  Travel and transportation of persons.................. | $ | - | $ | - | $ | - |
| 23.1  Rental payments to GSA..................................... | $ | - | $ | - | $ | - |
| 23.3  Communications and utilities.............................. | $ | - | $ | - | $ | - |
| 24.0  Printing and reproduction................................... | $ | - | $ | - | $ | - |
| 25.1  Advisory and assistance services....................... | $ | - | $ | - | $ | - |
| 25.3  Other goods & services from Federal sources..... | $ | - | $ | - | $ | 311 |
| 26.0  Supplies and materials....................................... | $ | - | $ | - | $ | - |
| 31.0  Equipment......................................................... | $ | - | $ | - | $ | - |
| 32.0  Land and structures………………………….... | $ | - | $ | - | $ | - |
| 33.0  Investments and loans…………………………. | $ | - | $ | - | $ | - |
| 41.0  Grants, subsidies, and contributions…………... | $ | - | $ | - | $ | - |
| 42.0  Insurance claims and indemnities...................... | $ | - | $ | - | $ | - |
| 43.0   Interest and dividends…………………………. | $ | - | $ | - | $ | - |
| 44.0   Refunds………………………………………… | $ | - | $ | - | $ | - |
| 94.0  Financial transfers............................................. | $ | - | $ | - | $ | 3,500,000 |
| **99.0  Obligations, Mandatory.....................................** | **$** | **-** | **$** | **-** | **$** | **3,500,311** |
| Subtotal, PC&B......................................................... | *$* | - | *$* | - | *$* | - |
| Subtotal, Non-labor................................................... | $ | - | $ | - | $ | 3,500,311 |

FCRF-6

J.R. 1376

**U.S. General Services Administration**

**PERMANENT BUDGET AUTHORITY**

**Fiscal Year 2025 Congressional Justification**

**CONTENTS**

Transportation Audit Contracts and Contract Administration ........................................................ 2
    Program Description ................................................................................................................. 2
    Authorizing Legislation ............................................................................................................ 2
    FY 2024 Operating Plan and FY 2025 Budget Request ......................................................... 2
    Obligations by Object Classification ....................................................................................... 4
    Amounts Available for Obligation ........................................................................................... 5
Acquisition Workforce Training Fund .......................................................................................... 6
    Program Description ................................................................................................................. 6
    Authorizing Legislation ............................................................................................................ 6
    Administration Proposal ........................................................................................................... 6
    FY 2024 Operating Plan and FY 2025 Budget Request ......................................................... 9
    Amounts Available for Obligation ........................................................................................... 10
    Obligations by Object Class .................................................................................................... 11
Expenses, Disposal of Surplus Real and Related Personal Property ......................................... 12
    Program Description ................................................................................................................. 12
    Authorizing Legislation ............................................................................................................ 12
    Administration Proposal ........................................................................................................... 12
    FY 2024 Operating Plan and FY 2025 Budget Estimate ........................................................ 13
    Obligations by Object Classification ....................................................................................... 13
    Amounts Available for Obligation ........................................................................................... 14
    Obligations by Program Activity .............................................................................................. 15

J.R. 1377

*U.S. General Services Administration*
*Permanent Budget Authority*

**Transportation Audit Contracts and Contract Administration**

**Program Description**

This permanent, indefinite appropriation provides for the detection and recovery of overpayments to carriers for Government moves under rate and service agreements established by the U.S. General Services Administration (GSA) or other Federal agency transportation managers. Program expenses are financed from overcharges collected from Transportation Service Providers (TSPs) as a result of post payment audits examining the validity, propriety, and conformity of charges with the proper rate authority. Funds recovered in excess of expenses are returned to the U.S. Department of the Treasury.

**Authorizing Legislation**

*The Expenses of Transportation Audit Contracts and Contract Administration appropriation is permanently authorized by 31 U.S.C. § 3726(e): "Sec. 3726. Payment for transportation (e) Expenses of transportation audit post payment contracts and contract administration, and the expenses of all other transportation audit and audit-related functions conferred upon the Administrator of General Services, shall be financed from overpayments collected from carriers on transportation bills paid by the Government and other similar type refunds, not to exceed collections. Payment to any contractor for audit services shall not exceed 50 percent of the overpayment identified by contract audit."*

**FY 2024 Operating Plan and FY 2025 Budget Request**

The Transportation Audits program is managed by the Federal Acquisition Service (FAS) in the Travel, Transportation and Logistics (TTL) Portfolio. The FY 2025 budget request provides $12.26 million for the Transportation Audits program to continue its focus on prepayment oversight and post payment audits of Government-wide transportation bills and recoveries of overcharges.

The program office will oversee the implementation and performance of prepayment audits for transportation services procured around the world by Federal agencies; conduct post payment audits of transportation bills; execute the collection of overcharges; validate overcharges via evidence, regulation, and background; adjudicate claims brought by TSPs and Federal agencies as needed; handle bankruptcies and litigation related to TSPs for Federal agencies; and act as an expert in court cases as needed.

In FY 2023, Transportation Audits continued to streamline business operations, while capitalizing on efficiencies and improvements gained through IT systems modernization efforts. These efforts helped to optimize operations, improved service delivery, and increased customer and stakeholder confidence. However, also in FY 2023, in an effort to resolve ongoing litigation challenging the program's underlying legal authority pursuant to the Transportation Act to conduct audits, the Transportation Audits program made a voluntary payment of $29.6 million to a U.S. Department of Defense (DoD) vendor. The payment reflected Transportation Audits' acknowledgement of a contracting officer's prior decisions that Notices of Overcharge (NOCs) issued to the vendor were erroneous.

P-2

Subsequently, the U.S. District Court for the District of Columbia held that Transportation Audits has authority to conduct audits pursuant to the Transportation Act; however, the Court also held that contracting officer's decisions regarding the NOCs were final and prohibited Transportation Audits from issuing any subsequent NOCs contrary to the contracting officer's decisions for the contract in question. In addition, a parallel case in the U.S. Court of Federal Claims remains unresolved, and could require GSA to pay up to an additional $11.8 million to that vendor. These actions, while reaffirming the agency's statutory authority to conduct transportation audits, had a significant impact on the program's funding and, as a result, in FY 2023, GSA began exploring future-state operating models and scenarios for the program.

The funding planned for FY 2024 and FY 2025 is to continue to audit both transportation tenders and FAR-based contracts (with the exception of the DoD vendor) across the Government. This funding covers the costs of GSA employees and the program's third-party auditors, who receive commission payments based on overcharges identified.

*U.S. General Services Administration*
*Permanent Budget Authority*

## Obligations by Object Classification

(Dollars in Thousands)

|  |  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---:|---:|---:|
| 11.1 | Full-time, permanent.................................................... | $ 3,051 | $ 3,763 | $ 3,868 |
| 11.3 | Other than full-time permanent.................................... | $ - | $ - | $ - |
| 11.5 | Other personnel compensation.................................... | $ 57 | $ 83 | $ 85 |
| 12.1 | Civilian personnel benefits........................................... | $ 1,005 | $ 1,115 | $ 1,146 |
| 21.0 | Travel and transportation of persons........................... | $ - | $ 60 | $ 63 |
| 22.0 | Transportation of things.............................................. | $ 5 | $ - | $ - |
| 23.1 | Rental payments to GSA.............................................. | $ - | $ - | $ - |
| 23.3 | Communications and utilities....................................... | $ 0 | $ - | $ - |
| 24.0 | Printing and reproduction............................................ | $ - | $ - | $ - |
| 25.1 | Advisory and assistance services ............................... | $ 5,475 | $ 2,894 | $ 4,661 |
| 25.2 | Other services from non-Federal sources.................... | $ 1 | $ 41 | $ 43 |
| 25.3 | Other goods and services from Federal sources.......... | $ 1,365 | $ 1,705 | $ 1,632 |
| 26.0 | Supplies and materials................................................ | $ 1 | $ 11 | $ 11 |
| 31.0 | Equipment.................................................................... | $ - | $ 57 | $ 57 |
| **99.0** | **Obligations, appropriated (annual)........................** | **$ 10,960** | **$ 9,728** | **$ 11,565** |
|  | Subtotal, PC&B............................................................ | $ 4,113 | $ 4,961 | $ 5,098 |
|  | Subtotal, Non-labor..................................................... | $ 6,847 | $ 4,767 | $ 6,467 |
| 99.9 | Total obligations........................................................ | **$ 10,960** | **$ 9,728** | **$ 11,565** |
|  | FTE | 27.0 | 29.0 | 29.0 |

P-4

*U.S. General Services Administration*
*Permanent Budget Authority*

## Amounts Available for Obligation

(Dollars in Thousands)

Special Fund Receipts:

|  | FY 2023 Actual | | FY 2024 Plan | | FY 2025 Plan | |
|---|---|---|---|---|---|---|
| Balance, start of year | $ | 44,468 | $ | 38,944 | $ | 33,634 |
| Receipts | $ | 12,354 | $ | 4,168 | $ | 12,506 |
| Sequestration | $ | 971 | $ | 588 | $ | 699 |
| Excess collections returned to Treasury | $ | - | $ | - | $ | - |
| Transfer to Suspense Fund to Pay Transportation Service Provider | $ | (20,674) | $ | - | $ | - |
| Appropriation to the expenditure fund | $ | (17,030) | $ | (10,316) | $ | (12,264) |
| Unobligated balance returned from expenditure fund | $ | 18,856 | $ | 250 | $ | 250 |
| Balance, end of year | $ | 38,944 | $ | 33,634 | $ | 34,825 |

Special Fund Expenditures:

|  | FY 2023 Actual | | FY 2024 Plan | | FY 2025 Plan | |
|---|---|---|---|---|---|---|
| Mandatory authority: | | | | | | |
| Appropriation | $ | 17,030 | $ | 10,316 | $ | 12,264 |
| Sequestration | $ | (971) | $ | (588) | $ | (699) |
| Unobligated balance, end of year | $ | 5,099 | $ | - | $ | - |
| Total obligations | $ | 10,960 | $ | 9,728 | $ | 11,565 |
| Net Outlays | $ | 9,492 | $ | 10,098 | $ | 11,014 |

Note:  The $29.6 million payment to the DoD vendor from the suspense account included $20.7 million returned from the receipt account and $8.9 million from the suspense account that had not yet been allocated to the receipt account.

P-5

J.R. 1381

*U.S. General Services Administration*
*Permanent Budget Authority*

**Acquisition Workforce Training Fund**

**Program Description**

The Acquisition Workforce Training Fund (AWTF) is a permanent, indefinite appropriation providing a source of funds to train the Federal acquisition workforce. The AWTF is currently financed through a credit of five percent of the fees collected from non-DoD activities by GSA and other civilian agencies that manage Government-wide Acquisition Contracts (GWACs), Multiple Award Schedule (MAS) contracts entered into by the Administrator of General Services, and other multi-agency contracts. Receipts are available for expenditure in the fiscal year collected, in addition to the two following fiscal years. The AWTF is managed by the Administrator of General Services through GSA's Federal Acquisition Institute (FAI) in consultation with the Office of Federal Procurement Policy (OFPP) and the FAI Board of Directors. The fund was created to ensure that the Government's non-defense acquisition workforce has sufficient training resources to adapt to the changing nature of Federal Government acquisition.

**Authorizing Legislation**

*The fund is authorized by 41 U.S.C. § 1703(i), as amended by Section 854 of Title VII of the National Defense Authorization Act for Fiscal Year 2008 (Public Law 110-181, January 28, 2008). The establishment and operation of FAI is authorized by 41 U.S.C. § 1201, as amended by Section 864 of Title VIII of the National Defense Authorization Act for Fiscal Year 2011 (Public Law 112-81, December 31, 2011).*

**Administration Proposal**

Under current law, a portion of the administrative fee on certain Government-wide contracts is set aside and deposited into an Acquisition Workforce Training Fund (AWTF) to support this training. As contracting requirements and supply chain considerations have grown more complex, the current level of funding has proven inadequate. The proposal would allocate a larger share of the fees already paid by Federal agencies to the Federal Acquisition Institute (FAI) and Defense Acquisition University (DAU). In practice, 92 percent of the impact will manifest as an internal transfer within GSA; other agencies should see no cost increases from the use of these contracts but will benefit from the enhanced training that their procurement officials will receive from FAI.

**Background**

The AWTF was established via the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2004. GSA manages the fund through the Federal Acquisition Institute (FAI), in consultation with the Office of Federal Procurement Policy (OFPP) and the FAI Board of Directors. The fund is financed through a credit of 5 percent of the fees collected from executive agencies (other than DoD) for certain Government-wide contracts, including ones managed by GSA, the Department of Veterans Affairs, the Department of Health and Human Services, and the National Aeronautics and Space Administration. The static percentage of 5 percent has not changed since the enacting legislation from 2003. FAI is solely funded by the AWTF.

P-6

**Need for New Acquisition Workforce Training Investment**

Federal contracting requirements are growing in complexity, with a greater need for services contracting, technology acquisition, and, more recently, supply chain risk concerns. This is true not only for contracting officers but also those program office professionals—namely contracting officer's representatives and program and project managers—who oversee contract performance, all of whom are considered part of the acquisition workforce. Congress has recognized the importance of training to meet these challenges and recently passed the Supply Chain Security Training Act of 2021 and the Artificial Intelligence Training for the Acquisition Workforce Act ("AI Training Act"). Other bills that emphasize acquisition workforce training, such as the AGILE Procurement Act of 2022, have also been considered.

**Boosting AWTF Collections**

Increasing the AWTF credit will help ensure that the Federal acquisition workforce is prepared for today's and tomorrow's challenges. Since GSA manages the fund through FAI but also contributes about 90 percent of the fees credited to it, this proposal would essentially authorize GSA to reallocate a greater proportion of fees it already collects for acquisition workforce training.

This proposal projects to be a $12 million increase to the fund's collections in FY 2025, with FAI retaining $8 million of the new funds and the remaining $4.5 million being transferred to Defense Acquisition University (DAU).

In FY 2023, about $25 million was credited to the fund, with FAI retaining $16 million and the remaining $9 million was transferred to DAU. Approximately $23 million of those credits came from fees collected by GSA for the use of its applicable contracts (such as Federal Supply Schedules and Government-wide Acquisition Contracts).

If the FY 2023 credit (5 percent) had been increased to the proposed 7.5 percent rate, total collections would have been approximately $37 million, with $24 million being retained by FAI and $14 million being transferred to DAU. GSA-collected fees would have accounted for $34 million of the total $37 million in fund credits.

**Resource Information**

This proposal would have no significant net budgetary impacts, as it does not affect net outlays or revenues. It aims to enhance the credits to the AWTF by 50 percent. This increase primarily results from elevating the portion of fees already collected by Federal agencies, with 92 percent originating from the Acquisition Services Fund at GSA.

J.R. 1383

*U.S. General Services Administration*
*Permanent Budget Authority*

**Proposed Legislative Language**

In section 1703(i)(3) of Title 41 of the U.S. Code, strike "Five percent" and insert "Seven and one half percent".

**Changes to Existing Law:**  This proposal would make the following changes to subsection 1703(i) of title 41, United States Code (changes in **bold;** additions in **underline** and deletions in ~~strikethrough~~):

(i) Training Fund.—
    (1) Purposes.—The purposes of this subsection are to ensure that the Federal acquisition workforce—
        (A) adapts to fundamental changes in the nature of Federal Government acquisition of property and services associated with the changing roles of the Federal Government; and
        (B) acquires new skills and a new perspective to enable it to contribute effectively in the changing environment of the 21st century.
    (2) Establishment and management of fund.—There is an acquisition workforce training fund. The Administrator of General Services shall manage the fund through the Federal Acquisition Institute to support the activities set forth in section 1201(a) of this title, except as provided in paragraph (5). The Administrator of General Services shall consult with the Administrator in managing the fund.
    (3) Credits to fund .—**Seven and one half**~~Five~~ percent of the fees collected by executive agencies (other than the Department of Defense) under the following contracts shall be credited to the fund:
        (A) Government-wide task and delivery-order contracts entered into under sections 4103 and 4105 of this title.
        (B) Government-wide contracts for the acquisition of information technology as defined in section 11101 of title 40 and multi agency acquisition contracts for that technology authorized by section 11314 of title 40.
        (C) multiple-award schedule contracts entered into by the Administrator of General Services.
    (4) Remittance by head of executive agency.—The head of an executive agency that administers a contract described in paragraph (3) shall remit to the General Services Administration the amount required to be credited to the fund with respect to the contract at the end of each quarter of the fiscal year.
    (5) Transfer and use of fees collected from the Department of Defense.—The Administrator of General Services shall transfer to the Secretary of Defense fees collected from the Department of Defense pursuant to paragraph (3). The Defense Acquisition University shall use the fees for acquisition workforce training.
    (6) Amounts not to be used for other purposes.—The Administrator of General Services, through the Office of Federal Procurement [1] [*Footnote: So in original. Probably should be "Procurement"*] Policy, shall ensure that amounts collected under this section are not used for a purpose other than the activities set forth in section 1201(a) of this title.

(7) Amounts are in addition to other amounts for education and training.—Amounts credited to the fund are in addition to amounts requested and appropriated for education and training referred to in subsection (h)(1).

(8) Availability of amounts.—Amounts credited to the fund remain available to be expended only in the fiscal year for which they are credited and the 2 succeeding fiscal years.

**FY 2024 Operating Plan and FY 2025 Budget Request**

The FY 2025 budget request provides $21.3 million in new collections for FAI programs. The Board of Directors has reviewed the FAI programs to identify where continued AWTF funding is most needed to effectively support FAI's mission and goals. AWTF funds are used to execute FAI's 12 statutory responsibilities stated in 41 U.S.C. § 1201(a).

FAI supports professional development of the civilian agency acquisition workforce by ensuring the availability of learning and career development opportunities. The funds collected by the AWTF support FAI activities in the following three programs:

**FAI Business Operations**

This program is used for FAI's mission, operational infrastructure, and strategic planning execution. It combines previously defined Human Capital Initiative and Operations and Logistics Support programs funding. The funding provides for FAI personnel salaries, travel, training, and PM operational support.

**Learning and Development**

This program is used to develop learning assets and deliver training to the acquisition workforce. It is also used for human-capital research studies and to support Government-wide acquisition human capital initiatives. It combines previously defined Curriculum Development and Training Delivery programs funding. The funding provides for development, delivery, and maintenance of learning and career development activities, human capital, and acquisition workforce management initiatives.

**Information Technology and Data Reporting**

This program is used to support Federal acquisition workforce technology systems and related initiatives. The funding provides for overarching IT operations, maintenance, and enhancement activities, FAI.gov operations and maintenance and FAI's Cornerstone on Demand (CSOD) support contract.

*U.S. General Services Administration*
*Permanent Budget Authority*

**Amounts Available for Obligation**

(Dollars in Thousands)

Special Fund Receipt

|  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| Balance, start of year................................. | $ 5,295 | $ 518 | $ 518 |
| Receipts..................................................... | $ 15,256 | $ 16,895 | $ 21,300 |
| **Appropriation to the expenditure fund.** | **$ (20,033)** | **$ (16,895)** | **$ (21,300)** |
| Balance, end of year................................. | $ 518 | $ 518 | $ 518 |

Special Fund Expenditure

|  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| Unobligated balance, start of year............. | $ 16,715 | $ 22,562 | $ 22,562 |
| Carry over of unobligated balances........... | $ - | $ - | $ - |
| Mandatory authority: Appropriation.............................................. | $ 20,033 | $ 16,895 | $ 21,300 |
| Unobligated balance, expiring.................... | $ - | $ - | $ - |
| **Total Obligations......................................** | **$ (14,186)** | **$ (16,895)** | **$ (21,300)** |
| Unobligated balance, end of year.............. | $ 22,562 | $ 22,562 | $ 22,562 |
| Full Time Equivalents (FTE)...................... | 13 | 16 | 16 |
| *Net Outlays* | *$ 12,475* | *$ 15,206* | *$ 19,170* |

P-10

J.R. 1386

**Obligations by Object Class**

(Dollars in Thousands)

| | | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|---|
| 11.1 | Full-time permanent | $ 2,161 | $ 2,422 | $ 2,552 |
| 11.5 | Other personnel compensation | $ 49 | $ 80 | $ 80 |
| 11.8 | Special personnel services payments | $ - | $ 200 | $ 200 |
| 12.1 | Civilian personnel benefits | $ 733 | $ 898 | $ 912 |
| 25.1 | Advisory and assistance services | $ 6,135 | $ 6,699 | $ 8,856 |
| 25.2 | Other services from non-Federal sources | $ 16 | $ 56 | $ 60 |
| 25.3 | Other goods & services from Federal sources | $ 5,091 | $ 6,537 | $ 8,637 |
| 26.0 | Supplies and Materials | $ 1 | $ 3 | $ 3 |
| **99.0** | **Total obligations** | **$ 14,186** | **$ 16,895** | **$ 21,300** |

J.R. 1387

*U.S. General Services Administration*
*Permanent Budget Authority*

**Expenses, Disposal of Surplus Real and Related Personal Property**

**Program Description**

This mandatory appropriation provides for the efficient disposal of real property assets that no longer meet the needs of landholding Federal agencies. The following costs are paid through receipts from such disposals each fiscal year: fees of auctioneers, brokers, appraisers, and environmental consultants; surveying costs; costs of advertising; costs of environmental and historical preservation services; highest and best use of property studies; property utilization studies; deed compliance inspections; and other disposal costs. GSA leverages the expertise of auctioneers and brokers familiar with local markets to accelerate the disposal of surplus real property.

**Authorizing Legislation**

*The Expenses, Disposal of Surplus Real and Related Personal Property appropriation is permanently authorized by 40 U.S.C. § 572(a). The appropriation is authorized to pay expenses directly or to reimburse another account for expenses paid. The total amount paid and reimbursed in a fiscal year may not exceed 12 percent of the receipts available in GSA's Expenses, Disposal of Surplus Real and Related Personal Property receipt account. Proceeds from the disposal of Federal real property are deposited into GSA's Expenses, Disposal of Surplus Real and Related Personal Property receipt account and funds deemed in excess of the Real Property Disposal program's long-term requirements must be transferred to the Land and Water Conservation Fund in accordance with 54 U.S.C. § 200302.*

*The types of expenses that may be paid or reimbursed are limited to specific, enumerated expenditures listed in 40 U.S.C. § 572(a)(2)(A) including:*

(i)     *Costs of appraisers, auctioneers, and realty brokers, in accordance with the scale customarily paid in similar commercial transactions.*
(ii)    *Costs of environmental and historic preservation services, highest and best use of property studies, utilization of property studies, deed compliance inspections, targeted asset reviews, and the expenses incurred in approved relocations.*
(iii)   *Costs of advertising and surveying.*

**Administration Proposal**

The President's Budget supports the expansion of the allowable uses of the Expenses, Disposal of Surplus Real and Related Personal Property fund. The expanded authority will allow GSA to better assist agencies in identifying and preparing real property prior to the agency declaring a property excess. Currently, agencies do not always complete these types of activities because agencies must fund the activities from limited resources. This expanded authority will allow GSA to help agencies in rightsizing their portfolios by providing the funding required to assess and prepare potential excess properties for disposal; the funds will then be recovered from the proceeds of sale.

P-12

Here is the language that will be included as part of a separate legislative authority proposal:

*Notwithstanding limitations contained in subsection 572(a) of title 40, United States Code, the Administrator of General Services is authorized to use the fund established in section 572 to assist agencies in identifying, preparing, and divesting property, including costs related to identifying and preparing real property to be divested and costs related to assisting agencies with the identification, preparation, and divestiture of real property, and the Administrator is authorized to be reimbursed for such costs from the proceeds of the sale of such properties.*

**FY 2024 Operating Plan and FY 2025 Budget Estimate**
The FY 2025 budget request provides $10.256 million for the Real Property Disposal program. Obligations are based on properties planned for disposal in each year. Financing is provided through receipts from sales of surplus property and outleasing of Government-owned space.

**Obligations by Object Classification**
(Dollars in Thousands)

|  |  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|---|
| 21.0 | Travel and transportation...................................................... | $ - | $ 50 | $ 50 |
| 24.0 | Printing and reproduction..................................................... | $ - | $ 129 | $ 129 |
| 25.1 | Advisory and assistance services........................................ | $ 363 | $ 9,391 | $ 9,391 |
| 25.2 | Other services from non-Federal sources........................... | $ 44 | $ 119 | $ 119 |
| 25.3 | Other goods & services from Federal sources.................... | $ - | $ 547 | $ 547 |
| 25.5 | Other contractual services - Research and Development.. | $ 1 | $ - | $ - |
| 25.7 | Operation and maintenance of equipment.......................... | $ - | $ 20 | $ 20 |
| **99.9** | Total obligations.................................................................. | **$ 408** | **$ 10,256** | **$ 10,256** |

J.R. 1389

*U.S. General Services Administration*
*Permanent Budget Authority*

**Amounts Available for Obligation**
(Dollars in Thousands)
Special Fund Receipts:

|  | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| Balance, start of year............................................................... | $ 78,562 | $ 80,722 | $ 77,466 |
| Receipts, real property disposal............................................... | $ 33,793 | $ 6,000 | $ 6,000 |
| Receipts, outleasing................................................................. | $ - | $ 3,000 | $ 3,000 |
| Subtotal Net receipts................................................................ | $ 33,793 | $ 9,000 | $ 9,000 |
| **Appropriation to the expenditure fund............................** | $ (3,715) | $ (10,876) | $ (10,876) |
| Sequestration........................................................................... | $ 620 | $ 620 | $ 620 |
| **Total budgetary resources.................................................** | $ (3,095) | $ (10,256) | $ (10,256) |
| Transfer to Land and Water Fund, DOI................................... | $ (28,538) | $ (2,000) | $ (2,000) |
| Unobligated balance, transferred in from Expenditure Fund.. | $ - | $ - | $ - |
| Fund Expenditures.................................................................... | $ - | $ - | $ - |
| Balance, end of year................................................................ | $ 80,722 | $ 77,466 | $ 74,210 |

Special Fund Expenditures:

|  | FY 2023 Actual | FY 2024 Plan | FY 2024 Plan |
|---|---|---|---|
| Mandatory authority |  |  |  |
| **Appropriation........................................................................** | $ 3,715 | $ 10,876 | $ 10,876 |
| Unobligated balance, sequestered........................................... | $ (620) | $ (620) | $ (620) |
| Unobligated balance.................................................................. | $ - | $ - | $ - |
| **Total obligations.................................................................** | $ 430 | $ 10,256 | $ 10,256 |
| Net Outlays............................................................................... | *$ 430* | *$ 10,256* | *$ 10,256* |

Note: In accordance with 54 U.S.C. § 200302, any receipts in excess of the long-term requirements of the Fund must be transferred out of the Fund and deposited into the Land and Water Conservation Fund of the U.S. Department of the Interior.

P-14

J.R. 1390

**Obligations by Program Activity**

(Dollars in Thousands)

| | FY 2023 Actual | FY 2024 Plan | FY 2025 Plan |
|---|---|---|---|
| **1. Utilization and Disposal - Real Property** | | | |
| a. Appraisers, auctioneers, brokers fees, surveying | $ 180 | $ 2,669 | $ 2,669 |
| b. Advertising | $ 216 | $ 1,186 | $ 1,186 |
| c. Environmental Services | $ 3 | $ 2,633 | $ 2,633 |
| d. Historical Preservation Services | $ - | $ 884 | $ 884 |
| e. Highest and best use of property studies, utilization of property studies, Targeted Asset Reviews (TARS), deed compliance inspections | $ 9 | $ 2,342 | $ 2,342 |
| f. Expenses incurred in a Relocation | $ - | $ - | $ - |
| g. Personnel compensation | $ - | $ - | $ - |
| h. Personnel benefits | $ - | $ - | $ - |
| i. Administrative support | $ - | $ 305 | $ 305 |
| j. Travel expenses | $ - | $ 122 | $ 122 |
| Subtotal, Utilization and Disposal of Real Property | $ 408 | $ 10,141 | $ 10,141 |
| | | | |
| **2. Outleasing of Government-owned Space** | | | |
| a. Appraisers, auctioneers, brokers fees, surveying | $ - | $ 100 | $ 100 |
| b. Advertising | $ - | $ 15 | $ 15 |
| Subtotal, Outleasing | $ - | $ 115 | $ 115 |
| | | | |
| **Total obligations** | $ 408 | $ 10,256 | $ 10,256 |

J.R. 1391

*U.S. General Services Administration*
*Permanent Budget Authority*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1392

| Administrative Provisions | Explanation |
|---|---|
| *Sec. 520.  Funds available to the General Services Administration shall be available for the hire of passenger motor vehicles.* | This provision authorizes GSA to use funds for the hire of passenger motor vehicles. |
| *Sec. 521.  Funds in the Federal Buildings Fund made available for fiscal year 2025 for Federal Buildings Fund activities may be transferred between such activities only to the extent necessary to meet program requirements: Provided, That notice of any proposed transfers shall be transmitted in advance to the Committees on Appropriations of the House of Representatives and the Senate.* | This provision authorizes GSA to transfer funds within the Federal Buildings Fund to meet program requirements. |
| *Sec. 522. Except as otherwise provided in this title, any request for United States Courthouse construction transmitted using funds made available by this Act should: (1) meet the design guide standards for construction as established and approved by the General Services Administration, the Judicial Conference of the United States, and the Office of Management and Budget; (2) reflect the priorities of the Judicial Conference of the United States as set out in its approved five-year construction plan; and (3) include a standardized courtroom utilization study of each facility to be constructed, replaced, or expanded.* | This provision requires that the budget request meet certain design and construction standards for Federal Courthouse construction. |

*U.S. General Services Administration*
*General and Administrative Provisions*

| | |
|---|---|
| *Sec. 523. None of the funds provided in this Act may be used to increase the amount of occupiable square feet, provide cleaning services, security enhancements, or any other service usually provided through the Federal Buildings Fund, to any agency that does not pay the rate per square foot assessment for space and services as determined by the General Services Administration in consideration of the Public Buildings Amendments Act of 1972 (Public Law 92-313).* | This provision provides that no funds may be used to increase the amount of occupiable square feet, provide cleaning services, security enhancements, or any other service usually provided, to any agency that does not pay the requested rate. |
| *Sec. 524. From funds made available under the heading "Federal Buildings Fund, Limitations on Availability of Revenue", claims against the Government of less than $250,000 arising from direct construction projects and acquisition of buildings may be liquidated from savings effected in other construction projects with prior notification to the Committees on Appropriations of the House of Representatives and the Senate.* | This provision permits GSA to pay small claims less than $250,000 made against the Government. |
| *Sec. 525. With respect to the Federal Buildings Fund major repair and alteration program and with respect to E-Government projects funded under the heading "Federal Citizen Services Fund", the Administrator of General Services shall submit a spending plan and explanation for each project to be undertaken to the Committees on Appropriations of the House of Representatives and the Senate not later than 60 days after the date of enactment of this Act.* | This provision requires GSA to submit spend plans for certain programs. |

AP-2

| | |
|---|---|
| *Sec. 526. Notwithstanding 31 U.S.C. 1535(d), Federal agencies ordering services from the Office of Evaluation Sciences pursuant to the Economy Act (31 U.S.C. 1535) are not required to deobligate funds obligated on such orders to the extent that the Office of Evaluation Sciences has not incurred obligations before the end of the period of availability of such funds.* | This provision gives GSA's Office of Evaluation Sciences the authority to enter into interagency agreements that cross fiscal years so that GSA can better assist other agencies with conducting evaluations of their programs. |
| *Sec. 527. For fiscal year 2026 and each fiscal year thereafter, the following amounts shall be subtracted from the estimate of discretionary budget authority and resulting outlays for any estimate of an Act making full-year or continuing appropriations for Financial Services and General Government under the Congressional Budget and Impoundment Control Act of 1974 or the Balanced Budget and Emergency Deficit Control Act of 1985: (1) collections estimated to be deposited in the General Services Administration—Real Property Activities—Federal Buildings Fund (FBF), as transmitted with the President's budget submitted pursuant to section 1105 of title 31; and (2) any discretionary appropriation of new obligational authority derived from the FBF for that fiscal year, in an amount not to exceed the collections estimated in subsection (1).* | This provision directs both the Congressional Budget Office and the Office of Management and Budget to subtract new Budget Authority and Outlays from their application of legislative scoring guidelines for the FBF, as well as collections deposited into the FBF. This scoring adjustment would apply only to funds annually deposited into the FBF and used to support FBF-authorized purposes. The maximum amount of this scoring adjustment is limited to the revenues and collections expected to be deposited into the FBF for that fiscal year. |

*U.S. General Services Administration*
*General and Administrative Provisions*

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1396

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 311 of 451



**U.S. General Services Administration**



# FISCAL YEAR 2025 ANNUAL PERFORMANCE PLAN &
# FISCAL YEAR 2023 ANNUAL PERFORMANCE REPORT







REAL ESTATE SOLUTIONS

ACQUISITION

DIGITAL GOVERNMENT

GOVERNMENT OPERATIONS

J.R. 1397

<div style="background-color:#d9534f;color:white;padding:10px">

# Table of Contents

</div>

*Executive Summary* ............................................................................................... *3*

*Core Business Lines* ............................................................................................. *4*

*Components of the Strategic and Performance Framework* ....................................... *5*

*FY 2023 Annual Performance Report* ....................................................................... *6*

*FY 2025 Annual Performance Plan* ......................................................................... *21*

    **Strategic Framework** ..........................................................................................**21**

    **Strategic Framework with Performance Goals**...................................................**22**

    **FY 2024 – FY 2025 Agency Priority Goals** .........................................................**23**

    **Strategic Objectives (SO) and Performance Indicators (PI) Summary** ...............**24**

*FY 2025 Annual Performance Plan Details*............................................................. *31*

    **Strategic Goal 1: Real Estate Solutions** ...........................................................**31**

        Strategic Objective 1.1............................................................................32

        Strategic Objective 1.2............................................................................37

        Strategic Objective 1.3............................................................................39

        Strategic Objective 1.4............................................................................42

    **Strategic Goal 2: Acquisition** ..........................................................................**44**

        Strategic Objective 2.1............................................................................45

        Strategic Objective 2.2............................................................................47

        Strategic Objective 2.3............................................................................50

        Strategic Objective 2.4............................................................................52

    **Strategic Goal 3: Digital Government** ...............................................................**55**

        Strategic Objective 3.1............................................................................56

        Strategic Objective 3.2............................................................................60

        Strategic Objective 3.3............................................................................64

    **Strategic Goal 4: Government Operations** ........................................................**69**

        Strategic Objective 4.1............................................................................70

        Strategic Objective 4.2............................................................................72

        Strategic Objective 4.3............................................................................77

    **Key Capabilities** ..............................................................................................**80**

*Other Information* .............................................................................................. *86*

*Appendix*............................................................................................................ *88*

    **Organizational Structure and Office Descriptions** ...........................................**88**

    **GSA Leadership** ..............................................................................................**90**

    **Acronym Guide**...............................................................................................**91**

# Executive Summary

## Purpose

The U.S. General Services Administration's (GSA) fiscal year (FY) 2025 Annual Performance Plan (APP) and FY 2023 Annual Performance Report (APR) outlines the agency's goals and objectives for the next fiscal year and articulates the level of performance achieved in the prior fiscal year.

In general, the APP's purpose is to:

- explain how the work of the agency benefits the public;
- enable the public to understand the goals set by the agency to make progress; and
- describe the performance improvement strategies that are key to achieving the goals.

More specifically, the FY 2023 APR summarizes GSA's actual performance relative to the goals and objectives laid out in the agency's FY 2023 APP. The FY 2025 APP defines the level of performance to be pursued by GSA in FY 2025, describing the strategic goals, strategic objectives, supporting performance goals, and performance indicators.

Both the APP and APR (collectively referred to as the APP/R) comply with the Government Performance and Results Modernization Act of 2010, Pub. L. 111-352, under guidance from the U.S. Office of Management and Budget (OMB) Circular No. A-11 (Revised August 2022): Preparation, Submission, and Execution of the Budget.

## About GSA

GSA's mission is to deliver the best customer experience and value in real estate, acquisition, and technology services to the Government and the American people.

It accomplishes its mission by developing inventive, sustainable, cost-effective, and collaborative solutions in its core business areas: real estate, acquisition, and technology. GSA also improves Government operations by fostering interagency collaboration, promoting shared services, and developing smart policies that allow agencies to focus on mission delivery.

GSA brings together a talented and diverse workforce — including leasing specialists, architects, contracting officers, project managers, and policy analysts — as a data-driven, customer-focused team developing solutions to meet the needs of the Government today and into the future.

There are four fundamental strategies for delivering GSA's mission in the coming years:

1. Develop real estate solutions by acquiring, designing, constructing, managing, and preserving Government buildings and optimizing GSA's real estate portfolio.
2. Offer best value and an exceptional customer experience to Government organizations in acquiring professional services, equipment, supplies, telecommunications, and information technology.
3. Modernize technology across Government to protect against cyber threats and deliver a better digital experience for the American people.
4. Promote interagency collaboration, centralized services, and shared solutions to improve management practices and operations across Government.

## Core Business Lines

### Public Buildings Service

 Throughout the 50 States, five Territories, and the District of Columbia, GSA's Public Buildings Service (PBS) manages one of the Nation's largest and most diverse real estate portfolios, housing nearly 1 million Federal employees. As the largest landlord in the United States, PBS operates and leases approximately 8,400 assets and maintains an inventory of almost 364 million square feet of rentable workspace. GSA's inventory of assets is comprised of 425 buildings listed in the National Register of Historic Places and 104 buildings eligible for listing. PBS provides high-quality real estate and workspace solutions, including acquiring, designing, constructing, leasing, and when necessary, disposing of surplus Federal properties for 60 Federal departments and agencies.

### Federal Acquisition Service

 The Federal Acquisition Service (FAS) helps Federal agencies buy goods, services, and technology solutions, using the Federal Government's buying power to offer the best value for taxpayers and Federal customers. FAS offers Federal agencies over 32 million different products and services needed to meet their missions for the American people. FAS also supplies over $102 billion in information technology (IT) products, services, and solutions; telecommunications services; assisted acquisition services; travel and transportation management solutions; motor vehicles and fleet services; and charge card services. FAS is approaching 231,000 leased vehicles in its fleet, has issued over six million charge cards, and provides personal property disposal services for the reuse of over $2.3 billion in surplus property annually.

### Office of Government-wide Policy

 The Office of Government-wide Policy (OGP) uses policies, data, and strategy to drive efficiency, excellence, and dynamic mission delivery across the Federal Government. OGP focuses on key administrative areas such as shared services, travel and transportation, acquisition, acquisition workforce development, fleet management, information technology modernization, and real estate management. OGP influences agency behavior in these areas through the development of Government-wide policies, performance standards, benchmarking resources, and transparent reporting of Government-wide data.

For a full description of GSA's organization structure and offices, please see the [Appendix](Appendix).

## Components of the Strategic and Performance Framework

The infographic illustrates the standardized structure of GSA's strategic and performance framework as well as the purpose of each component in fleshing out the strategic goals, from high-level objectives to specific performance indicators.



J.R. 1401

## FY 2023 Annual Performance Report

### SO 1.1 Develop and offer integrated and virtual workspace options and services that maximize flexibility, particularly in anticipation of increased telework.

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 1.1.1 Percent of CFO Act Agencies with new National Workspace Portfolio Plans ↑ ⊙ FY 2022-2023 Agency Priority Goal (Discontinue) | PBS | N/A | N/A | 50% | 80% | 100% |

**Progress Update:** As a leader in providing flexible, sustainable, and mission-enhancing Federal Workplaces, GSA remained focused on optimizing the real estate portfolio in FY 2023 through continued advancement of its workforce-centric workspace offerings. To promote more effective space management, GSA partnered with customer agencies to develop National Workspace Portfolio Plans with real estate strategies designed to meet customer needs and optimize their office space. GSA's Executive Sponsors played an important role in the development of the Portfolio Plans, helping to define agency requirements and advance the capital planning process.

GSA exceeded its FY 2023 target, completing 100 percent of the 24 CFO Act Agency Plans. These plans describe each agency's current portfolio, real estate goals, and strategies and opportunities for improving space utilization and reducing costs. GSA leveraged the information from these plans to develop portfolio optimization strategies with agencies and to inform offerings in the suite of GSA's "Workplace 2030" Services. GSA also capitalized on workspace trends driven by remote and hybrid environments, opening the Workplace Innovation Lab at GSA Headquarters. The Lab is a cross-agency "testing ground" for workspace design, integrated technology, and sustainability that caters to the needs of a flexible workforce in the Federal Government.

### SO 1.2 Secure investments needed to achieve a right-sized and modernized portfolio that is safe, efficient, and affordable for customers.

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 1.2.1 (a) Lease cost relative to average market rate ↓ | PBS | -12.60% | -10.25% | -7.26% | -7.00% | -12.21% |
| PI 1.2.1 (b) Gross sales revenue from Federal-wide disposals (in millions)* ↑ | PBS | $38.20 | $4.95 | $67.90 | $365.50 | $91.69 |
| PI 1.2.1 (c) Capital projects schedule variance (Annual Appropriations) ↔ | PBS | N/A | -1.5% | -4.0% | -10% to 0% | -12.0% |
| PI 1.2.1 (d) Capital projects schedule variance (Bipartisan Infrastructure Law and Inflation Reduction Act) ↔ | PBS | N/A | N/A | N/A | -10% to 0% | 1.5% |
| PI 1.2.1 (e) Percent of projects on schedule (Bipartisan Infrastructure Law and Inflation Reduction Act) ↑ | PBS | N/A | N/A | N/A | 72.7% | N/A |

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 317 of 451

| Performance Indicators (Desired trend direction: ↑=increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 1.2.1 (f) Percent of capital projects on budget ↑ | PBS | 83.5% | 80.2% | 80.0% | 80.0% | 86.6% |

*In FY 2022, GSA began using a new methodology that counts proceeds from all Federal-wide disposals, not just GSA-controlled properties, with the exception of Federal Assets Sale and Transfer Act properties. Due to the methodology change, FY 2022 to FY 2025 figures are not comparable to FY 2020 and FY 2021 figures.

**Progress Update:** GSA's ongoing efforts to right-size and modernize the agency's real estate portfolio of nearly 8,400 owned and leased assets yielded positive results in FY 2023 as GSA achieved three of six targets within this strategic objective. GSA remained diligent in its efforts to maintain a financially solvent portfolio of leased and owned properties. GSA exceeded its leasing target, with lease costs averaging 12.21 percent below market rate versus a target of 7 percent. By leveraging the Government's buying power and the leasing team's expertise, GSA was able to negotiate substantially better lease rates than the overall market during FY 2023.

To assess project delivery, GSA tracks capital projects on budget and capital projects schedule variance. In FY 2023, 86.6 percent of all capital projects were on budget, surpassing the target of 80 percent. This demonstrates strong project planning, scope control, and budget management. In FY 2023, GSA's schedule variance for capital projects funded by the Bipartisan Infrastructure Law (BIL) and the Inflation Reduction Act (IRA) was 1.5 percent ahead of schedule, exceeding the target. Unfortunately, GSA did not meet the schedule variance target for capital projects funded by annual appropriations, finishing the year 12 percent behind schedule, on average. Ongoing supply chain issues and delays in the aftermath of the pandemic posed a challenge for several projects in FY 2023, leading to the unfavorable result.

GSA also missed the target for Gross Sales Revenue from Federal-wide disposals, ending the year at $91.69 million versus the target of $365.5 million. This was due to delays with the disposition of the Federal Helium System at Cliffside in Amarillo, Texas. The project accounted for a disproportionately large share of GSA's planned disposals in FY 2023.

**SO 1.3 Establish and implement cross-cutting solutions that mitigate climate risks by increasing building resilience, reducing overall greenhouse gas emissions, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity.**

| Performance Indicators (Desired trend direction: ↑=increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 1.3.1 Greenhouse gas reduction from FY 2008 baseline (Scope 1 and 2 emissions) ↑ | PBS | 45.3% | 51.0% | 58.7% | 55.1% | 60.1%* |
| PI 1.3.2 Energy Efficiency (energy consumption compared to baseline year of FY 2021) ↑ | PBS | N/A | N/A | N/A | 1.0% | 1.7%* |
| PI 1.3.3 Percent of gross square footage (GSF) that qualifies as a sustainable Federal building ↑ | PBS | 40.0% | 43.5% | 49.5% | 49.6% | 50.8%** |

*Interim results pending Department of Energy or Council on Environmental Quality (CEQ) review. Final results will be published on sustainability.gov.
**Starting in FY 2024, revised methodology evaluates eligible buildings ≥ 25,000 GSF. Previously, the threshold was ≥10,000 GSF.

**Progress Update:** In FY 2023, GSA continued its efforts to mitigate the climate impacts of Federal buildings. By reducing fuel and electricity use and increasing the procurement of carbon pollution-free electricity (CFE), GSA achieved a preliminary result of 60.1 percent greenhouse gas (GHG) reduction from Federally owned or controlled sources relative to the FY 2008 baseline, surpassing the target of 55.1 percent. However, this figure represents a slight rise in total GHG emissions from FY 2022, primarily due to the unprecedented increase in regional electric-grid emissions across most of the U.S. To improve on these results in the future, GSA plans to invest a significant portion of the $975 million of IRA Emerging and Sustainable Technology funds to electrify 100 Federal buildings, achieve net zero operations in 26 buildings, and qualify 86 buildings as sustainable.

In FY 2023, energy use, in Federal buildings, was tracking toward achieving the target of a 1.7 percent decrease relative to the FY 2021 baseline, though results will not be finalized until the middle of FY 2024. By applying the Guiding Principles for sustainable Federal buildings—which assist agencies in designing, locating, constructing, maintaining, and operating Federal buildings—GSA continued to save taxpayer dollars, improve energy efficiency, and reduce environmental impacts. In FY 2024, GSA will leverage $20 million of IRA funds to evaluate building repair needs for assets that will remain in its real estate portfolio over the long term. The goal is to develop investment strategies that will mitigate program and projects' sustainability risks and increase the resilience of these properties.

## SO 1.4 Identify and implement programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 1.4.1** "Good Neighbor Program" Planning Outreach and Partnership (POP) engagements ↑ | PBS | 8 | 5 | 22 | 33 | 39 |

**Progress Update:** In FY 2023, GSA expanded the use of its "Good Neighbor Program" to support local communities. Through Planning Outreach and Partnership (POP) engagements with local officials, GSA is able to better foster public use of its real estate holdings and support community-based urban development. POP engagements targeted communities where GSA planned future construction, modernization projects, and major leasing activity, as well as communities where GSA's existing portfolio had potential to support local sustainability, environmental justice, or other impactful planning goals. GSA exceeded its FY 2023 target by completing 39 POP engagements. Some actions that contributed to this level of success included:

- Trained GSA employees to assist in more effective and successful engagements.
- For 26 BIL-funded land ports of entry (LPOE) projects, conducted outreach and implemented Community Engagement plans, increasing transparency of project activities, and encouraging the development of positive relationships with the communities surrounding the land ports. For example, GSA used the Department of Transportation's Thriving Communities Network (TCN) grant program to identify grant needs and resources for the communities of San Luis (AZ), Douglas (AZ), and Brownsville (TX). The collaboration resulted in these communities receiving 2 years' worth of grant assistance from TCN.
- Established GSA Tribal Advisors, leading to 13 engagements with local Tribal Nations and national Tribal organizations.

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 319 of 451

## SO 2.1 Ensure GSA's portfolio of offerings meets market demand for products, services, and solutions and the desired acquisition approaches.

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 2.1.1** Acquisition program savings delivered to customers (in billions) ↑ | FAS | $5.92 | $6.09 | $6.82 | $6.00* | $6.72** |
| **PI 2.1.2** Multiple Award Schedule (MAS) sales (in billions) ↑ | FAS | $36.82*** | $39.75*** | $40.96 | $41.00 | $45.52 |

*FY 2023 target was decreased from $6.20 billion at the end of FY 2022 to reflect updated projections from the Office of Information Technology Category (ITC), which implemented an updated cost-avoidance methodology for Government-wide Acquisition Contracts (GWACS) to be consistent with Best-in-Class vehicles.
**Result is not final. FAS is still awaiting results for three smaller best-in-class (BIC) contracts.
***FY 2020 and FY 2021 results were revised from previously reported figures. Extensive data cleaning and re-coding led to a one-time revision of MAS sales.

**Progress Update:** As the Federal Government's primary provider of acquisition services, GSA is committed to delivering value, innovation, and an exceptional customer experience. In FY 2023, GSA's acquisition programs delivered more than $6.7 billion in savings for the Government. A few key programs generated exceptional savings, including the GSA City Pair Program (savings increased by over $1 billion year-over-year) due to increases in travel volumes, Assisted Acquisition Services (savings rose $180 million year-over-year), and GSA SmartPay® (savings jumped 9 percent from FY 2022). Multiple Award Schedule (MAS) sales posted double-digit growth to more than $45 billion in FY 2023, reflecting the ease, quality, and overall value of these offerings.

GSA continued to tailor offerings to the Federal market, addressing several critical market factors and Administration priorities, including cybersecurity, supply chain risk mitigation, climate sustainability, equitable procurement, and emerging technology. By building these requirements directly into offerings and contract vehicles, GSA offered customers less risk and more convenience as they procured high value, mission-critical goods and services. To ensure GSA selects the best acquisition solutions to better meet its customers' needs, key initiatives in FY 2023 included:

- Created a technology identification program to continuously track and categorize emerging technologies. This program captures and monitors 65+ emerging technologies spanning eight categories: Artificial Intelligence; IoT, Robotics & Sensors; Climate & Energy; Decentralization & Blockchain; Augmented/Virtual/Mixed Reality; Security & Cybersecurity; Connectivity & Telecom. This program also categorizes technologies at the four main stages of development: Research & Development, Early Applications, Private Sector Experiments, and Government Experiments.
- Supported customer agencies with the ongoing Government-wide transition to Enterprise Infrastructure Solutions. Agencies have either fully disconnected services from the expiring contracts or requested extensions and provided justification. To give agencies extra time to complete their transitions, GSA executed contracting actions to extend expiring contracts.

## SO 2.2 Improve stakeholder satisfaction by delivering simplified customer and supplier experiences.

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 2.2.1** Customer Loyalty Survey (CLS) score (Rating Scale is 1 to 10) ↑ | FAS | 7.9 | 7.8 | 7.9 | 8.0 | 7.7 |

J.R. 1405

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 2.2.2** Industry Satisfaction Survey (ISS) score (Rating scale is 1 to 5) ↑ | FAS | 3.81 | 3.90 | 3.99 | 4.00 | 3.87 |
| **PI 2.2.3** Tenant Satisfaction Survey (TSS) - Facilities Management Index ↑ | PBS | N/A | N/A | N/A | 70% | TBD* |
| **PI 2.2.4 (a)** Average Entity scores as measured by Procurement Management Review Division (PMRD) (Rating scale is 0% to 100%) ↑ (Discontinue) | OGP | 85% | 87% | 86% | 85% | 83% |
| **PI 2.2.4 (b)** Average Transactional scores as measured by PMRD (Rating scale is 0 to 3) ↑ (Discontinue) | OGP | 2.12 | 2.11 | 2.11 | 2.00 | 2.25 |

*PBS administered the TSS in October 2023. The FY 2023 results are pending a Paperwork Reduction Act compliance review by the Office of Management and Budget / Office of Information and  Regulatory Affairs (OIRA).

**Progress Update:** GSA missed three of five targets in this Strategic Objective for FY 2023. However, the agency remained committed to delivering exceptional customer and supplier experiences by seeking to better understand the customer and the supplier journey when using GSA's acquisition systems and processes. This involves identifying pain points and investing in solutions that streamline and simplify each interaction along the journey. GSA achieved a score of 3.87 (out of 5) for the Industry Satisfaction Survey (ISS), a measure of supplier satisfaction with the agency's services, and 7.7 (out of 10) for the Customer Loyalty Survey (CLS). Both scores decreased modestly from FY 2022. Supply chain disruptions and the impacts of inflation both contributed to customer and supplier challenges in FY 2023. In particular, substantial work was required to pass an economic price adjustment that allowed for companies to adjust their pricing to account for high inflation. The subsequent rulemaking process also took time to implement. This resulted in suppliers having to frequently justify their price increases, while customers faced order cancellations and a lengthier buying process. GSA has been taking action to make improvements, including:

- Developed and executed 18 action plans based on FY 2022 CLS and ISS results with emphasis on enhancements to systems and ease of acquiring.
- Consolidated multiple market research tools, including Interact, CALC+, and Market Research as a Service or MRAS, and expanded Single Sign-On capabilities.
- Completed a full-scale review of the MAS new offer process resulting in updated requirements to improve the user experience.
- Updated eBuy with an "Intent to Bid" status that enhances transparency by allowing customers to quickly determine how many contractors are working on responses to RFQs.

GSA hopes to see improvements in the survey results as the benefits of these initiatives begin to be realized.

Modernizing the Common Catalog Platform (CCP) remained a priority in FY 2023 to strengthen the user experience for customers, suppliers, and the acquisition workforce. One key enhancement was the Automated Validations and Market Research, where Catalogs submitted through the CCP were checked against automated data validations and business rules. This helped enforce the quality of catalog data, reduced review time needed by the GSA workforce, and provided vendors near-real-time feedback on their submissions, including analysis on price competitiveness, compliance with "Made in America" designation, trade agreement compliance, and likelihood to sell.

GSA continued to prioritize strong contract administration and execution of its own contracts throughout FY 2023. GSA leveraged its Procurement Management Review Division (PMRD) to assess GSA contracting activities and program offices to identify successes and challenges in the performance of contract administration and execution. In FY 2023, the PMRD at GSA reviewed nine program offices, yielding an average entity score of 83 percent, missing the target for the year by 2 percent. GSA attributes missing this target to a more stringent evaluation methodology which now measures additional controls in contract administration based on gaps identified in the previous year's program management reviews.

In FY 2023, the average transactional score for GSA's internally managed contracts was 2.25, exceeding the target. GSA attributes this improvement to underlying policy changes that helped to close performance gaps in policy, training, and technology, while increasing accountability. Additionally, GSA implemented process automations to streamline contract administration tasks and improve compliance. Lastly, GSA's Office of Government-wide Policy piloted an acquisition quality metric that includes Procurement Management Review scores to focus managerial attention.

## SO 2.3 As a trusted partner, foster the supply chain to support GSA and Federal acquisition needs for 2025 and beyond.

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 2.3.1 Percent of GSA acquisition workforce trained in cyber-supply chain risk management ↑ (Discontinue) | OGP | N/A | 0% (Baseline) | 78.7% | 80.0% | 84.2% |

**Progress Update:**

In FY 2023, GSA matured its enterprise-level cyber-supply chain risk management (C-SCRM) program, while making advancements in key risk areas. GSA's C-SCRM Executive Board worked to align the agency's C-SCRM maturity assessments and improvement plans. Key actions included:

- Development of an action plan to increase asset data completeness for Building Automation Systems used in GSA-owned/operated buildings.
- Issuance of an Acquisition policy for software security.
- Issuance of C-SCRM information sharing acquisition policies/procedures.
- Improvement of common terminology by drafting C-SCRM lexicon.
- Development of new mandatory and optional learning assets for the workforce that will be published in FY 2024.

The share of GSA's acquisition workforce trained in C-SCRM reached 84.2 percent in FY 2023, exceeding the goal of 80 percent. GSA identified gaps in training completion and sent targeted reminders, a significant factor in the strong performance on this objective.

## SO 2.4 Aid U.S. economic growth by maximizing opportunities and minimizing barriers for small and/or underserved businesses seeking to do business with GSA.

| Area Demonstrating Noteworthy Progress |
|---|

| Performance Indicators (Desired trend direction: ↑=increasing ↓=decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 2.4.1 Percent of GSA obligations to AbilityOne Program ↑ | OGP | 7.91% | 5.78% | 7.60% | 3.00% | 7.17% |

| Performance Indicators (Desired trend direction: ↑=increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 2.4.2 Percent of spend going to small business from the Multiple Award Schedule (MAS) ↑ | FAS | 33.76%* | 34.36%* | 35.42% | 35.00% | 37.05% |
| PI 2.4.3 (a) Percent of GSA contract dollars awarded to small business through prime contracting ↑ | OSDBU | 49.43% | 46.89% | 47.61% | 33.00% | 50.29%** |
| PI 2.4.3 (b) SBA Small Business Procurement Scorecard - GSA's Grade ↑ | OSDBU | A+ | A+ | A+ | A | TBD*** |

*Extensive data cleaning and re-coding led to a one-time revision of MAS sales, the denominator in the calculation of this measure. The revised results more accurately capture the level of MAS sales and the proportion of those sales going to small business.
**Result is an initial estimate. Final result is pending the Small Business Administration's adjudication in Q2 FY 2024.
***Result is expected by July 2024.

**Progress Update:** GSA, in consultation with the Office of Management and Budget, has determined that performance toward this objective is making noteworthy progress. In FY 2023, GSA maximized opportunities and minimized barriers for small, disadvantaged, and socioeconomic entities. GSA's AbilityOne spend surpassed the FY 2023 target. The AbilityOne Program employs people who are blind or have significant disabilities to provide quality products and services at fair market prices. This past year, GSA established an enterprise-wide plan to focus on AbilityOne. The program identified potential opportunities and removed barriers, conducted training for the GSA acquisition workforce, and maintained close collaboration with the AbilityOne central nonprofit agencies and the AbilityOne Commission to address issues with performance and processes.

GSA remained committed to creating more opportunities for small and socio-economic businesses. In FY 2023, over a third of GSA's spend from MAS and over half of GSA's prime contract dollars went toward small businesses, exceeding both FY 2023 targets and spreading Government spending and opportunities across a broader group of suppliers. Moreover, GSA received an A+ on its FY 2022 SBA Small Business Procurement Scorecard, which measures how successfully Federal agencies reach their small business and socio-economic prime contracting and subcontracting goals. GSA's Office of Small and Disadvantaged Business Utilization also hosted its third annual national Small Business Works Event. The event featured representatives from the GSA business lines who spoke on contract opportunities and provided informational training on GWACs, IDIQs, and other small business topics. In addition, GSA implemented activities outlined in its new Post-Award Engagement Strategy to assist new and recent entrants to Federal contracting.

In FY 2023, GSA partnered with OMB to develop and launch two resources for Federal agencies to advance equity in procurement: the Government-wide Procurement Equity Tool and the Supplier Base Dashboard. These tools help agencies find businesses that are new to the Federal marketplace, identify qualified vendors, and track their progress toward equity in procurement goals.

## SO 3.1 Implement inclusive, accessible, and equitable design practices that improve customer experience with technology and digital platforms.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 3.1.1 (a) Percent of public-facing production websites GSA owns or administers for others that conform to 21st Century IDEA standards, including GSA's customer-centricity requirements ↑ | OCE | N/A | 4% | 15% | 20% | 47% |
| PI 3.1.1 (b) Percent of TTS digital assets that are Section 508 compliant ↑ | FAS TTS | N/A | 53% | 80% | 100% | 87% |
| PI 3.1.1 (c) Percent of Information & Communication Technology (ICT) solicitations posted to SAM.gov that are required to comply with Section 508 provisions and adequately do so ↑ | OGP | N/A | 3.00% | 6.04% | 10.00% | 12.65% |
| PI 3.1.2 Number of websites utilizing GSA's Digital Analytics Program (cumulative)* ↑ | FAS TTS | N/A | 6,000 | 6,640 | 6,800 | 6,833 |

*Results are estimated based on criteria used to filter out testing sites to better count public-facing production websites.

**Progress Update:** GSA prioritized its equity-focused, people-centered approach to digital design practices throughout FY 2023 by integrating inclusive, accessible, and equitable design practices into its websites, assets, and solicitations. In FY 2023, the percent of public-facing production websites GSA owned or administered for others that conformed to 21st Century IDEA standards more than tripled FY 2022 results, far exceeding the FY 2023 target.

Meanwhile, the percent of TTS digital assets that were Section 508 compliant increased from 80 percent to 87 percent. This did not meet the target of 100 percent largely because several new programs, products, and websites that are now counted as TTS digital assets were not included when the original target was set. In FY 2024, the TTS Digital Council and GSA Digital Council will collaborate to set a new target. The percent of Information & Communication Technology (ICT) solicitations posted to SAM.gov that adequately addressed Section 508 provisions doubled in FY 2023, exceeding its target. GSA promoted an Accessibility Requirements Tool (ART) and Section 508 provisions that led to more accessible solicitations for stakeholders, particularly when two major Government agencies mandated ART's use.

GSA also improved the Simplified Reporting Tools (SRT) analytics by addressing false negatives and expanding the data set, leading to more precise assessments. Additionally, GSA's engagement with the Senate Aging Committee heightened SRT's visibility among Federal agencies, fostering collaborative efforts for more effective services. Finally, the number of websites utilizing GSA's Digital Analytics Program (DAP) rose by nearly 200 in FY 2023, exceeding its target. The DAP modernizes the technical infrastructure underpinning data collection, analysis, and reporting, providing opportunities to raise the base level of web analytics knowledge across the Federal Government.

## SO 3.2 Lead Government-wide adoption of shared technology solutions that improve digital governance, sharing, security, and interoperability.

**Focus Area for Improvement**

| Performance Indicators (Desired trend direction: ↑ = increasing ↓ = decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 3.2.1 (a)** Number of times FedRAMP authorized products have been reused by agencies (cumulative) ↑ | FAS TTS | 1,847 | 2,864 | 4,573 | 5,353 | 6,318 |
| **PI 3.2.1 (b)** Average time to obtain a provisional FedRAMP authorization (months) ↓ (Discontinue) | FAS TTS | 4.82 | 4.60 | 4.60 | 4.10 | 4.60 |
| **PI 3.2.1 (c)** Average time to obtain a FedRAMP authorization through an agency (months) ↓ | FAS TTS | N/A | 8.10 | 7.50 | 6.20 | 7.32 |
| **PI 3.2.2 (a)** Number of customer agencies using at least one GSA identity management solution ↑ ⊙ FY 2022-2023 Agency Priority Goal | FAS TTS | 19 | 27 | 38 | 40 | 47 |
| **PI 3.2.2 (b)** Number of active users on Login.gov (in millions) ↑ ⊙ FY 2022-2023 Agency Priority Goal | FAS TTS | 14.00 | 16.00 | 41.04 | 55.00 | 49.05 |
| **PI 3.2.2 (c)** Number of identity vendor and Government data source providers on the platform ↑ (Discontinue) ⊙ FY 2022-2023 Agency Priority Goal | FAS TTS | 2 | 2 | 3 | 4 | 4 |
| **PI 3.2.2 (d)** Number of Login.gov serviced applications ↑ ⊙ FY 2022-2023 Agency Priority Goal | FAS TTS | 83 | 199 | 322 | 375 | 453 |

**Progress Update:** GSA, in consultation with the Office of Management and Budget, has highlighted this objective as a focus area for improvement. In FY 2023, GSA significantly expanded the use of its core cloud services and identity management solutions. FedRAMP promotes the adoption of secure cloud services across the Federal Government by providing a standardized approach to security and risk assessment for cloud technologies. Reuse of FedRAMP-authorized products continued to rise, with over 6,300 instances of reuse by the end of FY 2023, exceeding the target by nearly 1,000 instances.

However, FedRAMP fell short of both cycle-time targets. The average time to obtain a provisional FedRAMP authorization remained at 4.6 months in FY 2023. Meanwhile, the average time to obtain a FedRAMP authorization through an agency decreased from 7.50 to 7.32 months. While this did not meet the target, the reduction was a positive sign given that FedRAMP had a 32 percent increase in the total number of authorization packages submitted in FY 2023. A larger proportion of these packages included requests for FedRAMP High authorization in FY 2023, which requires significantly more review time to ensure that cloud providers are protecting sensitive Federal information. Also in FY 2023, the FedRAMP Program Management Office responded to new legislation requiring the establishment of the Federal Secure Cloud Advisory Committee and updated the program to the latest National Institute of Standards and Technology security standards. With these investments complete, in FY 2024, the FedRAMP program will focus on automating and streamlining authorization processes in response to an expected revision to policy guidance.

GSA achieved three of four targets associated with identity management solutions for FY 2023. Login.gov is GSA's largest identity management solution, a secure single sign-on service used by the American

public to log in to participating Government agency websites. In FY 2023, the number of customer agencies using at least one GSA identity management solution, such as Login.gov, increased by 24 percent, from 38 to 47. Login.gov also continued to grow its user base with more than 8 million new active users, bringing the FY 2023 total to 49.05 million users. Despite missing the FY 2023 target, the user total was 20 percent higher than FY 2022. The number of applications serviced by Login.gov grew 45 percent, from 322 to 453, meaningfully improving the digital identity experience for stakeholder agencies and their users. Meanwhile, the number of identity vendor and Government data source providers on the platform grew by one, meeting the FY 2023 target.

### SO 3.3 Equip agencies with the knowledge and tools to strategically procure and deploy technology products and services.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 3.3.1 Number of agencies using TTS consulting services ↑ | FAS TTS | 57 | 74 | 63* | 79 | 74 |
| PI 3.3.2 (a) TTS business volume (in millions) ↑ | FAS TTS | $76.00 | $96.30 | $112.48 | $157.00 | $131.10 |
| PI 3.3.2 (b) Agency partner satisfaction - Net Promoter Score ↑ | FAS TTS | N/A | 41.0 | 34.9* | 41.2 | 21.2 |
| PI 3.3.3 (a) Percent of Federal Citizen Services Fund's (FCSF) American Rescue Plan (ARP) funds that have been obligated (cumulative) ↑ | FAS TTS | N/A | 2.20% | 35.23% | 78.00% | 69.00% |
| PI 3.3.3 (b) Number of data sources displayed on the modernized Federal IT Dashboard (cumulative) ↑ | OGP | N/A | 1 | 2 | 3 | 3 |
| PI 3.3.4 Number of new hires for the U.S. Digital Corps program ↑ | FAS TTS | N/A | 0 | 38 | 40 | 48 |

*FY 2022 result was revised from previously reported figures. Data validation confirmed an error in calculation that was corrected.

**Progress Update:** Despite missing four of six targets, GSA made progress in deepening Government-wide technology capabilities during FY 2023. GSA's Technology Transformation Services (TTS) did not meet its target for the number of agencies using TTS consulting services. New programs such as the United States Digital Corps (USDC) expanded the scope of TTS consulting services. However, due to the wide adoption of TTS consulting services within most of the major agencies, the expansion did not increase the total number of agencies served. TTS business volume fell short of its FY 2023 target, coming in at $131.1 million. Despite missing the target, TTS business volume posted sizable growth of 16.5 percent from FY 2022. The Login.gov team is working toward compliance for its identity proofing product and updating its pricing structure to be more competitive. These efforts are expected to spur product adoption and increase business volume in future years.

GSA did not achieve the agency partner satisfaction goal for technology services, with a Net Promoter Score (NPS) of 21.2. The FY 2023 score is much lower than prior years, in part due to changes in the composition of TTS programs that participated in the survey:

- The Digital Analytics Program accounted for nearly 20 percent of the TTS survey response total in FY 2022, with a high individual program NPS of 56.9, but did not participate in the survey in FY 2023.

- Two TTS programs (eRulemaking and FedRAMP) that did not participate in the survey in FY 2022 did so in FY 2023. Together, they accounted for 60 percent of TTS responses. eRulemaking had a low NPS (-10.7) represented by 87 detractors. It should be noted that NPS is primarily a quantitative measure, but the Customer Loyalty Survey (CLS), on which the NPS is based, does collect optional verbatim responses from customers. Themes from the CLS are in alignment with the customer data that informed successful FY 2023 Technology Management Fund grant applications, including restoring functionality of older systems, addressing system downtime, and customer service. FedRAMP had a strong NPS of 46.8, with 120 promoters, but also had 31 detractors that contributed to the overall TTS NPS.

In the aftermath of the pandemic, GSA received funding for the Federal Citizen Services Fund through the American Rescue Plan (ARP) to build more secure and effective public digital experiences. By the end of FY 2023, GSA had obligated 69 percent of these funds. As part of TTS ARP oversight, funded projects were reviewed with OMB for strategic alignment and feasibility within the ARP time frame. As a result, approximately 9 percent of projected obligations were realigned to other funding lines to maximize obligations in FY 2024 toward Administration priorities. TTS expects to obligate the entire $150 million of ARP funding by the end of FY 2024, when the fund expires. Despite falling short of the FY 2023 target, this result demonstrates the accelerated pace of funding obligations, nearly doubling the total amount obligated from one year earlier. By fostering ARP-funded technology initiatives across agencies, GSA continued to modernize Government IT and provide trustworthy, seamless, and optimal experiences for the American public. Meanwhile, GSA's Office of Technology Policy achieved its FY 2023 goal by adding one data source—the Federal Website Metrics—to the modernized Federal IT Dashboard.

GSA launched the U.S. Digital Corps (USDC) in August 2021 to attract early-career technologists to public service and to build a Federal technology workforce that reflects the diversity of the nation that it serves. In FY 2023, USDC welcomed 48 new hires as part of its 2023 cohort, expanding the total program size to 86 technologists.

## SO 4.1 Build evidence-based capacity and foster interagency collaboration to strengthen operational effectiveness at GSA and across Government.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 4.1.1 Number of completed evaluations Government-wide ↑ (Discontinue) | OGP | 0 | 18 | 14 | 16 | 8 |

**Progress Update:** In FY 2023, GSA involved more than 22 million individuals in their evaluations, a threefold increase from FY 2022. As such, GSA's evaluations involved more complex questions and partnerships. With the greater scope of the evaluations, the average time to complete an evaluation increased significantly. As a result, GSA was only able to complete eight evaluations in FY 2023, half of the target amount.

GSA emphasized a number of cross-cutting evaluation initiatives in FY 2023 such as the ARP Equity Learning Agenda, the President's Management Agenda Learning Agenda, and the Life Experience programs. In its efforts to advance equity, GSA led a first-of-its-kind Government-wide evaluation of the ARP, tackling questions such as how to expand access to emergency rental assistance, childcare stabilization grants, and suicide-prevention services. GSA also continues to be a leader in piloting community engagement in its research process, ensuring that community input strengthens its work.

## SO 4.2 Provide centralized services and shared solutions that promote cost savings and environmental sustainability, enabling agencies to focus on mission delivery.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| **PI 4.2.1** Number of GSA services within the Government-wide portfolio of shared services ↑ **(Discontinue)** | OGP | 4 | 4 | 5 | 6 | 5 |
| **PI 4.2.2** Number of components advancing to the next stage of the standards governance process as part of the Federal Integrated Business Framework (FIBF) ↑ **(Discontinue)** | OGP | 21 | 36 | 32 | 18 | 83 |
| **PI 4.2.3 (a)** Percent of new vehicle orders that are ZEVs compared to the total number of vehicles ordered in FY where an affordable EV was available ↑ ⊙ FY 2022-2023 Agency Priority Goal | FAS | 1.70% | 6.74% | 20.27% | 25.00% | 26.48% |
| **PI 4.2.3 (b)** Number of ZEV models available for Government customers to purchase or to lease ↑ **(Discontinue)** ⊙ FY 2022-2023 Agency Priority Goal | FAS | 13 | 34 | 65 | 65 | 70 |
| **PI 4.2.3 (c)** Percent miles per gallon improvement on vehicle replacements in GSA leased fleet ↑ ⊙ FY 2022-2023 Agency Priority Goal | FAS | 19.60% | 18.49% | 25.29% | 23.00% | 37.10% |

**Progress Update:** Despite missing the target for the number of GSA services within the Government-wide portfolio of shared services, GSA continued to develop policy, best practices, and strategic planning for existing services and solutions. The current Government-wide portfolio of shared services includes GSA services E-Gov Travel Service (ETS), GSA SmartPay, Electronic Records Management, GSA Fleet, and the Enterprise Infrastructure Solutions program.

In FY 2023, GSA made progress in moving agencies to adopt common business standards. GSA partnered with business standards leads in mission-support functions across Government to advance 83 components to the next stage of the Federal Integrated Business Framework standards governance process, far exceeding the target of 18. To achieve this result, GSA leveraged OPM's work on human capital standards provided to the Business Standards Council, which was responsible for the advancement of 63 components through the governance process. The remaining 20 components were spread across four other functional areas.

GSA's Fleet Services program is a centralized service that provides benefits to all agencies working to efficiently acquire and deploy vehicles in support of agency missions. Despite encountering a variety of fleet-related challenges in FY 2023, including lingering supply chain constraints, GSA was able to meet all performance goals associated with fleet services. GSA increased its number of models of zero-emission vehicles (ZEVs) available for purchase or lease for customers, ending the year with 70 available models. Moreover, 5,823 ZEVs were ordered across the Government in FY 2023, excluding U.S. Postal Service, a substantial increase from previous years. Of all new vehicle orders where an affordable ZEV option was available, 26.48 percent were ZEVs. These ZEV acquisitions were a major contributor to the improved fuel efficiency of total light-duty leasing acquisitions, which increased 37.10 percent in FY 2023, well ahead of the 23 percent target.

GSA also recognizes that charging infrastructure is critical to the success of fleet electrification. In FY 2022, GSA implemented its first Government-wide Indefinite Delivery, Indefinite Quantity (IDIQ) contract for construction related to electric vehicle supply equipment (EVSE). The IDIQ received more than $8 million in FY 2023 for EVSE study and installation projects for GSA-managed properties. GSA's ability to achieve net-zero, CFE, and GHG reductions is heavily dependent on funding of capital investments and projects in this space.

### SO 4.3 Deliver smart policies, regulations, and workforce training that inform management decisions and help agencies streamline operations.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| PI 4.3.1 (a) Percent of domestic Federal real property assets with geocodable or mappable location data* ↑ | OGP | N/A | 70.0% | 75.1% | 85.0% | 82.3% |
| PI 4.3.1 (b) Percent of true real property data errors* ↓ | OGP | 19.43% | 15.43% | 9.27% | 7.50% | 9.91% |
| PI 4.3.2 Percent of key users that rate OGP policy initiatives effective ↑ | OGP | N/A | N/A | 73% | 75% | N/A** |
| PI 4.3.3 Percent of training attendees that rate OGP-led Government-wide training effective ↑ | OGP | N/A | N/A | 90% | 90% | 91% |

*Prior to FY 2022, results were always delayed until after publication of the Annual Performance Report (APR). Beginning in FY 2022, the fiscal year results for both measures are based on the prior fiscal year's data to account for the delay. In light of this change, results prior to FY 2022 were adjusted forward by one year to reflect the change in reporting period.
**Results from the FY 2023 survey were not statistically significant, rendering the indicator unratable.

**Progress Update:** In FY 2023, GSA focused on enhancing real property data quality and access to improve Government asset management, policy formulation, and process efficiency. Despite significant growth in the percent of domestic Federal real property assets with geocodable or mappable location data, GSA missed its target by 2.7 percent in FY 2023. This shortfall was due to continued challenges with the complexity, volume, and security sensitivity of data from the Department of Defense, which has the largest proportion of unmappable records in the Federal Real Property Profile (FRPP) system.

GSA also missed the target for reducing the percent of real property data errors within the FRPP system, ending FY 2023 at 9.91 percent. GSA worked closely with OMB to provide guidance to agencies, requesting that they document their Data Quality Improvement Plans. In doing so, agencies conducted more rigorous analysis of their data resulting in more errors identified. Despite missing this target in FY 2023, GSA anticipates improvements in future years. At the same time, GSA is using Robotic Process Automation (RPA) to pinpoint steps in the data submission process that can be automated. This will create a proactive feedback loop that informs users of potential errors earlier in the submission process, enabling real-time corrections and reducing the error rate.

GSA's Office of Government-wide Policy (OGP) provides compliance training to Federal Government employees and agency partners on a variety of policies and regulations. In FY 2023, 91 percent of these training attendees rated OGP-led Government-wide training effective, exceeding the target of 90 percent. GSA intends to explore improved collection methods for attendee data in FY 2024 to enhance the overall response rate and the value of the feedback.

J.R. 1414

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 329 of 451

## Key Capabilities (KC)

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2020 Results | FY 2021 Results | FY 2022 Results | FY 2023 Target | FY 2023 Results |
|---|---|---|---|---|---|---|
| KC 1: Effectiveness of GSA CXO functions, as measured by Government-wide Customer Satisfaction Survey ↑ | Staff Offices (CXOs) | 5.49 | 5.75 | 5.68 | 5.70 | 5.63 |
| KC 2: Total GSA operating cost as a percentage of goods and services provided ↓ | OCFO | 7.64% | 7.24% | 7.45% | 8.09% | 7.68% |
| KC 3: GSA Overall Employee Engagement Index (EEI) ↑ | Services & Staff Offices | 83% | 83% | 83% | 83% | 85% |
| KC 4: GSA Federal IT Acquisition Reform Act (FITARA) Scorecard Score ↑ | GSA IT | A+ | A+ | B+ | B+ | B* |
| KC 5: Percent of GSA Staff to Receive Account Access and Standard Laptop on Day 1 ↑ | GSA IT | 98.0% | 98.3% | 98.2% | 95.0% | 97.2% |
| KC 6: Competition rate for GSA acquisitions ↑ | OGP | 92.0% | 90.7% | 90.1% | 90.0% | 91.0% |
| KC 7: Number of completed evaluations at GSA ↑ | OGP | 0 | 0 | 5 | 6 | 7 |
| KC 8: Percent of GSA Business Applications Hosted in the Cloud ↑ | GSA IT | 39.1% | 49.2% | 52.7% | 53.0% | 53.4% |
| KC 9: Equity and Organizational Effectiveness Optimization Measure (EOEOM) - Overall level of maturity ↑ | OA | N/A | N/A | N/A | Baseline | 2.1** |

*Due to a methodology change in FY 2023, GAO is no longer using + and - modifiers for letter scores. GSA's score of B+ was converted to a B to reflect this change.

**FY 2023 efforts were focused on establishing a baseline overall level of maturity; the baseline was established as a maturity level of 2.1 out of 3 levels and is reflected as such in the FY 2023 results.

**Progress Update:** GSA aims to deliver efficient, effective support services that bolster mission operations. In FY 2023, GSA achieved a score of 5.63 for the Government-wide Customer Satisfaction Survey. Although below the 5.70 target, GSA's score was the highest among all 24 agencies surveyed, indicating a healthy set of mission-support functions. GSA achieved the target for total GSA operating cost as a percentage of goods and services provided. This indicates GSA's commitment to balance costs and investments relative to revenue to ensure the agency remains efficient in service delivery.

Reliable technology services are a bedrock of effective mission delivery, particularly in the current hybrid work environment. With 97.2 percent of GSA staff receiving IT account access and laptops (in person or at-home delivery) by the first day of employment, GSA exceeded its target for FY 2023, which contributed to overall mission readiness. GSA also focused on improving information technology management practices, which is measured in part by the Federal Information Technology Acquisition Reform Act (FITARA) scorecard. In September 2023, GSA earned a "B" from the FITARA Scorecard, which ties GSA for fourth among the 24 CFO Act agencies in Federal Government. GSA also slightly exceeded its target for percent of GSA Business Applications Hosted in the Cloud.

In FY 2023, GSA fostered a work environment that promotes a highly engaged and productive workforce

while prioritizing diversity, equity, inclusion, and accessibility (DEIA). GSA's Overall Employee Engagement Index was 85 percent in FY 2023, GSA's highest score since its initial participation in the Federal Employee Viewpoint Survey in 2012. GSA's National Engagement Team analyzed annual employee satisfaction survey reports, identified trends, developed meaningful organizational action plans, and outlined concrete initiatives to address challenge areas and amplify successes. GSA also bolstered its ability to measure the efficacy of the agency's DEIA initiatives. In FY 2023, GSA released the first DEIA Senior Executive Assessment and established the baseline overall level of maturity as 2.1 for the Equity and Organizational Effectiveness Optimization Measure (EOEOM) indicator. These milestones are a step forward in building a workforce capable of infusing equity in service delivery, ensuring the agency's programs are fully effective for all GSA customers.

Finally, GSA remained focused on deepening the organizational focus and capacity for program evaluation, completing seven internal evaluations in FY 2023. In addition, GSA made notable progress toward priorities outlined in its FY 2023 Annual Evaluation Plan and Learning Agenda, strengthening agency leaders' ability to make decisions using the best available evidence.

## FY 2025 Annual Performance Plan

## Strategic Framework

*GSA Mission: To deliver the best customer experience and value in real estate, acquisition, and technology services to the Government and the American people.*

### G1 REAL ESTATE SOLUTIONS

Financially and environmentally sustainable, accessible, and responsive workspace solutions that enable a productive Federal workforce

**SO 1.1** Optimize and modernize the real estate portfolio with critical investments in core assets, disposal of low-value properties, and consolidation of leases to deliver safe, efficient, and cost-effective workspaces for customers
**SO 1.2** Expand workspace offerings that maximize flexibility and mission delivery for a hybrid workforce
**SO 1.3** Implement cross-cutting solutions that reduce overall greenhouse gas (GHG) emissions and mitigate climate risks by increasing building resilience, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity
**SO 1.4** Develop, implement, and track outcomes of programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations

### G2 ACQUISITION

A modern, accessible, and streamlined acquisition ecosystem and a robust marketplace connecting buyers to the suppliers and businesses that meet their mission needs

**SO 2.1** Ensure GSA's portfolio of offerings meets market demand for products, services, and solutions and the desired acquisition approaches
**SO 2.2** Improve stakeholder experiences by delivering simplified customer-and supplier-centric solutions
**SO 2.3** As a trusted partner, foster the supply chain to support GSA and Federal acquisition needs for 2025 and beyond
**SO 2.4** Aid U.S. economic growth by maximizing opportunities and minimizing barriers for small and/or underserved businesses seeking to do business with GSA

### G3 DIGITAL GOVERNMENT

A digital Government that delivers for the public through trusted, accessible, and user-centered technologies

**SO 3.1** Implement inclusive, accessible, and equitable design practices that improve customer experience with technology and digital platforms
**SO 3.2** Lead Government-wide adoption of shared technology solutions that improve digital governance, sharing, security, and interoperability
**SO 3.3** Equip agencies with the knowledge and tools to strategically procure and deploy technology products and services

### G4 GOVERNMENT OPERATIONS

A Government that capitalizes on interagency collaboration and shared services to make informed management decisions and improve operations, delivering value for the American people

**SO 4.1** Build evidence-based capacity and foster interagency collaboration to strengthen operational effectiveness at GSA and across Government
**SO 4.2** Improve centralized services and shared solutions that promote cost savings and environmental sustainability, enabling agencies to focus on mission delivery
**SO 4.3** Deliver smart policies, regulations, and workforce training that inform management decisions and help agencies streamline operations

### KEY CAPABILITIES

- People-First Culture Prioritizing Diversity, Equity, Inclusion, and Accessibility
- Evidence-Based Management Grounded in Strong Data Governance and Analytics
- Efficient Operating Processes Driven by Leading Technology
- Exceptional Customer Experience Delivery

# Strategic Framework with Performance Goals

| G1 REAL ESTATE SOLUTIONS | G2 ACQUISITION | G3 DIGITAL GOVERNMENT | G4 GOVERNMENT OPERATIONS |
|---|---|---|---|
| Financially and environmentally sustainable, accessible, and responsive workplace solutions that enable a productive Federal workforce | A modern, accessible, and streamlined acquisition ecosystem and a robust marketplace connecting buyers to the suppliers and businesses that meet their mission needs | A digital Government that delivers for the public through trusted, accessible, and user-centered technologies | A Government that capitalizes on interagency collaboration and shared services to make informed management decisions and improve operations, delivering value for the American people |

**SO 1.1** Optimize and modernize the real estate portfolio with critical investments in core assets, disposal of low-value properties, and consolidation of leases to deliver safe, efficient, and cost-effective workspaces for customers
- **PG 1.1.1** Optimize GSA's real estate portfolio **(APG)**

**SO 1.2** Expand workspace offerings that maximize flexibility and mission delivery for a hybrid workforce
- **PG 1.2.1** Shape the future of work

**SO 1.3** Implement cross-cutting solutions that reduce overall greenhouse gas (GHG) emissions and mitigate climate risks by increasing building resilience, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity
- **PG 1.3.1** Reduce GHG emissions from the GSA-controlled real estate portfolio
- **PG 1.3.2** Continue reducing energy intensity of GSA-controlled facilities
- **PG 1.3.3** Apply the Guiding Principles for Sustainable Federal Buildings

**SO 1.4** Develop, implement, and track outcomes of programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations
- **PG 1.4.1** Deploy the "Good Neighbor Program" (GNP) nationwide

**SO 2.1** Ensure GSA's portfolio of offerings meets market demand for products, services, and solutions and the desired acquisition approaches
- **PG 2.1.1** Expand the use of GSA acquisition solutions, and associated savings, across the Government
- **PG 2.1.2** Increase Multiple Award Schedule (MAS) sales

**SO 2.2** Improve stakeholder experiences by delivering simplified customer- and supplier-centric solutions.
- **PG 2.2.1** Increase customer satisfaction
- **PG 2.2.2** Increase satisfaction of supplier base
- **PG 2.2.3** Improve tenant satisfaction in Government-owned and -leased space

**SO 2.3** As a trusted partner, foster the supply chain to support GSA and Federal acquisition needs for 2025 and beyond
- **PG 2.3.1** Lead CFO Act Agencies in Cyber-Supply Chain Risk Management (C-SCRM)

**SO 2.4** Aid U.S. economic growth by maximizing opportunities and minimizing barriers for small and/or underserved businesses seeking to do business with GSA
- **PG 2.4.1** Increase opportunities for persons with disabilities through GSA procurement
- **PG 2.4.2** Maintain and improve the percent of spend that goes to small business from the MAS
- **PG 2.4.3** Create more opportunities for small and socio-economically disadvantaged businesses

**SO 3.1** Implement inclusive, accessible, and equitable design practices that improve customer experience with technology and digital platforms
- **PG 3.1.1** Evaluate, rationalize, and modernize GSA technology and solutions to advance standardization among websites across Government
- **PG 3.1.2** Improve the public's ability to access resources by increasing usability, utility, and data integrity of public-facing Government websites

**SO 3.2** Lead Government-wide adoption of shared technology solutions that improve digital governance, sharing, security, and interoperability
- **PG 3.2.1** Target the growth of shared security products to reduce digital threats
- **PG 3.2.2** Increase adoption of Login.gov **(APG)**

**SO 3.3** Equip agencies with the knowledge and tools to strategically procure and deploy technology products and services
- **PG 3.3.1** Increase Government technology acumen and adoption
- **PG 3.3.2** Increase usage and satisfaction with GSA's shared digital services and solutions
- **PG 3.3.3** Increase Federal IT modernization
- **PG 3.3.4** Expand the diversity of the digital workforce

**SO 4.1** Build evidence-based capacity and foster interagency collaboration to strengthen operational effectiveness at GSA and across Government
- **PG 4.1.1** Develop and implement evaluation designs and methods on high-priority, high-impact Government-wide programs

**SO 4.2** Improve centralized services and shared solutions that promote cost savings and environmental sustainability, enabling agencies to focus on mission delivery
- **PG 4.2.1** Address the climate crisis through zero-emission fleet vehicles **(APG)**
- **PG 4.2.2** Increase the collection and application of climate information to operations and investments

**SO 4.3** Deliver smart policies, regulations, and workforce training that inform management decisions and help agencies streamline operations
- **PG 4.3.1** Improve Government-wide real property data
- **PG 4.3.2** Implement effective policy support services
- **PG 4.3.3** Deliver quality policy compliance training to agencies regarding policies, regulations, and best practices

# FY 2024 – FY 2025 Agency Priority Goals

## Optimize GSA's Real Estate Portfolio

By September 30, 2025, GSA will prioritize long-term sustainability and optimize utilization in the real estate portfolio by increasing the disposal of underperforming assets and reducing leased real estate costs by procuring the best lease deals possible while terminating unneeded leased space. This approach will allow GSA to strategically reallocate resources and shift focus to core assets that better align with GSA's strategic objectives and serve the long-term needs of the Federal Government.

**Goal Leader: Elliot Doomes, Commissioner, Public Buildings Service**

## Address the Climate Crisis through Zero-Emission Fleet Vehicles

By September 30, 2025, as part of GSA's efforts to tackle the climate crisis and help the Federal Government lead by example, GSA will support near-term reductions in scope 1 greenhouse gas emissions and a long-term goal of net-zero global emissions by helping agencies convert to zero-emission vehicles (ZEVs). In line with E.O. 14057, GSA will help agencies achieve 100% non-tactical vehicle acquisitions as ZEVs by 2035, including 100% of all light-duty vehicle acquisitions as ZEVs by 2027. GSA will support customer agencies in maximizing the replacement of conventionally fueled vehicles that are eligible to be replaced with ZEVs, increasing the presence of ZEVs in the Federal Fleet each fiscal year. GSA will also evaluate viability and capacity of a Federal facility's ZEV charging infrastructure to support conversion to an electric vehicle (EV) fleet.

(Note: The speed of ZEV deployment and the number of ZEVs purchased will be influenced by funding and market availability.)

**Goal Leaders: Tom Howder, Acting Commissioner, Federal Acquisition Service**
**Elliot Doomes, Commissioner, Public Buildings Service**

## Increase Adoption of Login.gov

By September 30, 2025, GSA will increase adoption of Login.gov, a simple, secure, and equitable shared service at the forefront of the public's digital identity. The goal is for Login.gov to be the public's one account for accessing Government services online. Login.gov can effectively help agencies to support a better user experience, streamline user accounts, and enhance security. GSA will increase usage of its identity verification platform, as measured by the number of users.

**Goal Leaders: Tom Howder, Acting Commissioner, Federal Acquisition Service**
**Ann Lewis, Director, Technology Transformation Services**

# Strategic Objectives (SO) and Performance Indicators (PI) Summary

**SO 1.1 Optimize and modernize the real estate portfolio with critical investments in core assets, disposal of low-value properties, and consolidation of leases to deliver safe, efficient, and cost-effective workspaces for customers.**

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **1.1.1 (a)** Cost avoidance through real estate optimization (in billions)* ↑ **(New)** ⊙ FY 2024-2025 Agency Priority Goal | PBS | N/A | N/A | N/A | N/A | $1.324 | $1.275 |
| **1.1.1 (b)** Lease cost relative to average market rate ↓ | PBS | -10.25% | -7.26% | -12.21% | -7.00% | -7.00% | -7.00% |
| **1.1.1 (c)** Gross sales revenue from Federal-wide disposals (in millions)** ↑ | PBS | $4.95 | $67.90 | $91.69 | $365.50 | $262.62 | $16.10 |
| **1.1.1 (d)** Capital projects schedule variance (Annual Appropriations) ↔ **(Revised)** | PBS | N/A | N/A | -6.3%*** | -10% to 0% | -10% to 0% | -10% to 0% |
| **1.1.1 (e)** Capital projects schedule variance (Bipartisan Infrastructure Law and Inflation Reduction Act)**** ↔ **(Revised)** | PBS | N/A | N/A | 5.3%*** | -10% to 0% | -10% to 0% | -10% to 0% |
| **1.1.1 (f)** Percent of Projects on Schedule (Bipartisan Infrastructure Law and Inflation Reduction Act)***** ↑ | PBS | N/A | N/A | N/A | 72.7% | 72.7% | 72.7% |
| **1.1.1 (g)** Percent of capital projects on budget****** ↑ | PBS | 80.2% | 80.0% | 86.6% | 80.0% | 80.0% | 80.0% |

*Costs avoided through disposals, including operations and maintenance costs, and capital repair needs, plus costs avoided through lease optimization. The FY 2024 and FY 2025 targets are 90% of the total cost avoidance projected.

**Beginning in FY 2022, a new methodology counts proceeds from all Federal-wide disposals (not just GSA-controlled properties), with the exception of Federal Assets Sale and Transfer Act properties. Due to the methodology change, FY 2022 - FY 2025 figures are not comparable to FY 2020 and FY 2021 figures.

***Results based on updated methodology to include weighting projects by size and removing Special Emphasis projects.

****Includes all BIL projects except infrastructure paving, acquisition of leased Land Ports of Entry (LPOE), and Federal Motor Carrier Safety Administration Southern Border projects, and projects where IRA funding is paired with annually appropriated New Construction and/or Major Repairs and Alterations funding.

*****No projects entered the data set for this measure in FY 2023. Includes BIL projects associated with infrastructure paving and Federal Motor Carrier Safety Administration Southern Border projects, and projects where IRA funding is paired with annually appropriated Basic Repairs and Alterations funding.

******Includes all annually appropriated New Construction and Major Repairs & Alterations projects and BIL projects (except infrastructure paving, acquisition of leased LPOEs, and Federal Motor Carrier Safety Administration Southern Border projects). These projects may also be supplemented with IRA funds.

## SO 1.2 Expand workspace offerings that maximize flexibility and mission delivery for a hybrid workforce.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results) | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **1.2.1** Percent of CFO Act Agencies with a completed GSA Customer Strategy ↑ **(New)** | PBS | N/A | N/A | N/A | N/A | 80% | 100% |

## SO 1.3 Implement cross-cutting solutions that reduce overall greenhouse gas (GHG) emissions and mitigate climate risks by increasing building resilience, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **1.3.1** Greenhouse gas reduction from FY 2008 baseline (Scope 1 and 2 emissions) ↑ | PBS | 51.0% | 59.3% | 60.1%* | 55.1% | 58.4% | 63.5% |
| **1.3.2** Energy Efficiency (energy consumption compared to baseline year of FY 2021) ↑ | PBS | N/A | N/A | 1.7%* | 1.0% | 2.0% | 3.0% |
| **1.3.3** Percent of gross square footage (GSF) that qualifies as a sustainable Federal building** ↑ **(Revised)** | PBS | 43.5% | 49.5% | 50.8%* | 49.6% | 50.9% | 53.0% |

*Interim results pending Department of Energy or Council on Environmental Quality (CEQ) review. Final results will be published on sustainability.gov.
**Starting in FY 2024, revised methodology evaluates eligible buildings ≥ 25,000 GSF. Previously, the threshold was ≥10,000 GSF.

## SO 1.4 Develop, implement, and track outcomes of programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **1.4.1** "Good Neighbor Program" Planning Outreach and Partnership (POP) engagements ↑ | PBS | 5 | 22 | 39 | 33 | 33 | 33 |

## SO 2.1 Ensure GSA's portfolio of offerings meets market demand for products, services, and solutions and the desired acquisition approaches.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.1.1** Acquisition program savings delivered to customers (in billions) ↑ | FAS | $6.09 | $6.82 | $6.72 | $6.00 | $6.80 | $6.90 |

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.1.2** Multiple Award Schedule (MAS) sales (in billions) ↑ | FAS | $39.75* | $40.96 | $45.52 | $41.00 | $46.00 | $46.50 |

*FY 2021 results were revised from previously reported figures. Extensive data cleaning and re-coding led to a one-time revision of MAS sales.

## SO 2.2 Improve stakeholder experiences by delivering simplified customer-and supplier-centric solutions.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.2.1** Customer Loyalty Survey (CLS) score (Rating Scale is 1 to 10)* ↑ | FAS | 7.8 | 7.9 | 7.7 | 8.0 | 8.0 | 8.1 |
| **2.2.2** Industry Satisfaction Survey (ISS) score (Rating scale is 1 to 5)* ↑ | FAS | 3.90 | 3.99 | 3.87 | 4.00 | 4.00 | 4.05 |
| **2.2.3** Tenant Satisfaction Survey (TSS) - Facilities Management Index ↑ | PBS | N/A** | N/A** | TBD*** | 70% | 71% | 71% |

*Beginning in FY 2022, a modest change to the CLS and ISS methodologies was implemented to provide a more balanced and accurate representation of survey responses. As a result, FY 2022 figures are not comparable to FY 2021 figures as shown in the table. Applying the new methodology to prior years would result in a slight decline in CLS score from FY 2020 to FY 2022, while applying the new methodology to prior years would result in similar results.
**Due to decreased occupancy levels associated with the COVID-19 pandemic, GSA did not conduct the TSS in FY 2020, FY 2021, or FY 2022.
***PBS administered the TSS in October 2023. Future targets will be informed by FY 2023 results. The FY 2023 results are pending a Paperwork Reduction Act compliance review by the Office of Management and Budget / Office of Information and  Regulatory Affairs (OIRA).

## SO 2.3 As a trusted partner, foster the supply chain to support GSA and Federal acquisition needs for 2025 and beyond.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.3.1** Number of points by which GSA's total OMB C-SCRM maturity score is higher than the total of the CFO Act Agencies' median scores ↑ **(New)** | OGP | N/A | N/A | 5 | Baseline | 6 | 7 |

## SO 2.4 Aid U.S. economic growth by maximizing opportunities and minimizing barriers for small and/or underserved businesses seeking to do business with GSA.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.4.1** Percent of GSA obligations to AbilityOne Program ↑ | OGP | 5.78% | 7.60% | 7.17% | 3.00% | 3.50% | 4.00% |

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **2.4.2** Percent of spend going to small business from the Multiple Award Schedule (MAS) ↑ | FAS | 34.36%* | 35.42% | 37.05% | 35.00% | 35.00% | 35.00% |
| **2.4.3 (a)** Percent of GSA contract dollars awarded to small business through prime contracting ↑ | OSDBU | 46.89% | 47.61% | 50.29%** | 33.00% | 33.00%*** | TBD |
| **2.4.3 (b)** SBA Small Business Procurement Scorecard - GSA's Grade ↑ | OSDBU | A+ | A+ | TBD**** | A | A | A |

*FY 2021 results were revised from previously reported figures. Extensive data cleaning and re-coding led to a one-time revision of MAS sales, the denominator in the calculation of this measure. The revised results more accurately capture the level of MAS sales and the proportion of those sales going to small business.
**Result is an initial estimate. Final result is pending the Small Business Administration's adjudication in Q2 FY 2024.
***Target is expected to be finalized in Q2 FY 2024.
****Result is expected in Q4 FY 2024.

## SO 3.1 Implement inclusive, accessible, and equitable design practices that improve customer experience with technology and digital platforms.

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **3.1.1 (a)** Percent of public-facing production websites GSA owns or administers for others that conform to 21st Century IDEA standards, including GSA's customer-centricity requirements ↑ | OCE | 4% | 15% | 47% | 20% | 50% | 55% |
| **3.1.1 (b)** Percent of TTS digital assets that are Section 508 compliant ↑ | FAS TTS | 53% | 80% | 87% | 100% | 100% | 100% |
| **3.1.1 (c)** Percent of Information & Communication Technology (ICT) solicitations posted to SAM.gov that are required to comply with Section 508 provisions and adequately do so ↑ | OGP | 3.00% | 6.04% | 12.65% | 10.00% | 15.00% | 20.00% |
| **3.1.2** Number of websites utilizing GSA's Digital Analytics Program (cumulative) ↑ | FAS TTS | 6,000 | 6,640 | 6,833 | 6,800 | 7,350 | 7,700 |

## SO 3.2 Lead Government-wide adoption of shared technology solutions that improve digital governance, sharing, security, and interoperability.

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **3.2.1 (a)** Number of times FedRAMP authorized products have been reused by agencies (cumulative) ↑ | FAS TTS | 2,864 | 4,573 | 6,318 | 5,353 | 7,500 | 9,000 |

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| 3.2.1 (b) Average time to obtain a FedRAMP authorization through an agency (months) ↓ | FAS TTS | 8.10 | 7.50 | 7.32 | 6.20 | 6.20 | 4.00 |
| 3.2.2 (a) Number of Federal agencies and state partners using Login.gov ↑ (Revised) ⊙ FY 2024 - 2025 Agency Priority Goal | FAS TTS | 27 | 38 | 47 | 40 | 50 | 52 |
| 3.2.2 (b) Number of active users on Login.gov (in millions) ↑ ⊙ FY 2024 - 2025 Agency Priority Goal | FAS TTS | 16.00 | 41.04 | 49.05 | 55.00 | 57.00 | 60.00 |
| 3.2.2 (c) Number of Login.gov identity verified users (in millions) ↑ (New) ⊙ FY 2024 - 2025 Agency Priority Goal | FAS TTS | N/A | N/A | 2.2 | Baseline | 3.5 | 7.5 |
| 3.2.2 (d) Number of Login.gov serviced applications ↑ ⊙ FY 2024 - 2025 Agency Priority Goal | FAS TTS | 199 | 322 | 453 | 375 | 480 | 515 |

## SO 3.3 Equip agencies with the knowledge and tools to strategically procure and deploy technology products and services.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| 3.3.1 Number of agencies using TTS consulting services ↑ | FAS TTS | 74 | 79 | 74 | 79 | 79 | 79 |
| 3.3.2 (a) TTS business volume (in millions) ↑ | FAS TTS | $96.30 | $112.48 | $131.10 | $157.00 | $157.00 | $330.78 |
| 3.3.2 (b) Agency partner satisfaction – Net Promoter Score (NPS) ↑ | FAS TTS | 41.0 | 34.9* | 21.2 | 41.2 | 30.0 | 35.0 |
| 3.3.3 (a) Percent of Federal Citizen Services Fund's (FCSF) American Rescue Plan (ARP) funds that have been obligated (cumulative) ↑ | FAS TTS | 2.20% | 35.23% | 69.00% | 78.00% | 100.00% | N/A** |
| 3.3.3 (b) Number of data sources displayed on the modernized Federal IT Dashboard (cumulative) ↑ | OGP | 1 | 2 | 3 | 3 | 4 | 5 |
| 3.3.4 Number of new hires for the U.S. Digital Corps program ↑ | FAS TTS | 0 | 38 | 48 | 40 | 60 | 80 |

*FY 2022 result was revised from previously reported figures. Data validation confirmed an error in calculation that was corrected.
**FCSF ARP funding expires at the end of FY 2024.

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 339 of 451

## SO 4.1 Build evidence-based capacity and foster interagency collaboration to strengthen operational effectiveness at GSA and across Government.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| 4.1.1 Percent of Government-wide evaluations where findings are applied ↑ (New) | OGP | N/A | N/A | 60% | Baseline | 50% | 60% |

## SO 4.2 Improve centralized services and shared solutions that promote cost savings and environmental sustainability, enabling agencies to focus on mission delivery.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| 4.2.1 (a) Percent of new vehicle orders that are ZEVs compared to the total number of vehicles ordered in FY where an affordable EV was available ↑ ⊙ FY 2024 - 2025 Agency Priority Goal | FAS | 6.74% | 20.27% | 26.48% | 25.00% | 30.00% | 32.00% |
| 4.2.1 (b) Percent miles per gallon improvement on vehicle replacements in GSA leased fleet ↑ ⊙ FY 2024 - 2025 Agency Priority Goal | FAS | 18.49% | 25.29% | 37.10% | 23.00% | 25.00% | 28.00% |
| 4.2.1 (c) Number of electric vehicle supply equipment (EVSE) building assessments completed ↑ (New) ⊙ FY 2024 - 2025 Agency Priority Goal | PBS | N/A | N/A | N/A | Baseline | 335 | 60 |
| 4.2.2 (a) Number of Federal suppliers that have disclosed their climate information to GSA (cumulative) ↑ (New) | OGP | 153 | 186 | 224 | Baseline | 270 | 300 |
| 4.2.2 (b) Percent of priority climate adaptation actions addressed and completed ↑ (New) | OGP | N/A | 51% | 89% | 75% | 80% | 83% |

## SO 4.3 Deliver smart policies, regulations, and workforce training that inform management decisions and help agencies streamline operations.

| Performance Indicators (Desired trend direction: ↑= increasing ↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| 4.3.1 (a) Percent of domestic Federal real property assets with geocodable or mappable location data* ↑ | OGP | 70.0%* | 75.1% | 82.3% | 85.0% | 88.0% | 89.0% |
| 4.3.1 (b) Percent of true real property data errors* ↓ | OGP | 15.34%* | 9.27% | 9.91% | 7.50% | 6.50% | 6.25% |

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 340 of 451

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **4.3.2** Percent of users that rate OGP policy support services as effective ↑ **(Revised)** | OGP | N/A | 73% | N/A** | 75% | 80% | 82% |
| **4.3.3** Percent of training attendees that rate OGP-led Government-wide training effective ↑ | OGP | N/A | 90% | 91% | 90% | 91% | 92% |

*Prior to FY 2022, results were always delayed until after publication of the Annual Performance Report (APR). Beginning in FY 2022, the fiscal year results for both measures are based on the prior fiscal year's data to account for the delay. In light of this change, results prior to FY 2022 were adjusted forward by one year to reflect the change in reporting period.

**Results from the FY 2023 survey were not statistically significant, rendering the indicator unratable.

## Key Capabilities (KCs)

| Performance Indicators<br>(Desired trend direction: ↑= increasing<br>↓= decreasing ↔ = within range) | Lead Office | FY 2021 Results | FY 2022 Results | FY 2023 Results | FY 2023 Targets | FY 2024 Targets | FY 2025 Targets |
|---|---|---|---|---|---|---|---|
| **KC 1:** Effectiveness of GSA CXO functions, as measured by Government-wide Customer Satisfaction Survey ↑ | OCE | 5.75 | 5.68 | 5.63 | 5.70 | 5.67 | 5.68 |
| **KC 2:** Total GSA operating cost as a percentage of goods and services provided* ↓ **(Revised)** | OCFO | 17.91% | 18.22% | 19.14% | 19.60% | 18.50% | 17.92% |
| **KC 3:** GSA Overall Employee Engagement Index (EEI) ↑ | OHRM | 83% | 83% | 85% | 83% | 85%** | +1% OR Prior Result** |
| **KC 4:** GSA Federal IT Acquisition Reform Act (FITARA) Scorecard Score ↑ | GSA IT | A+ | B+ | B | B+*** | B*** | B*** |
| **KC 5:** Percent of GSA Staff to Receive Account Access and Standard Laptop on Day 1 ↑ | GSA IT | 98.3% | 98.2% | 97.2% | 95.0% | 95.0% | 95.0% |
| **KC 6:** Percent of GSA Business Applications Hosted on the Cloud ↑ | GSA IT | 49.2% | 52.7% | 53.4% | 53.0% | 53.5% | 54.0% |
| **KC 7:** Competition rate for GSA acquisitions ↑ | OGP | 90.7% | 90.1% | 91.0% | 90.0% | 90.0% | 90.0% |
| **KC 8:** Number of completed evaluations at GSA ↑ | OGP | 0 | 5 | 7 | 6 | 6 | 8 |
| **KC 9:** Equity and Organizational Effectiveness Optimization Measure (EOEOM) - Overall level of maturity ↑ | OA | N/A | N/A | 2.1 | Baseline | 2.2 | 2.5 |

*Revised methodology changes the denominator from gross revenue to gross margin (which nets out the cost of goods sold) to control for fluctuations in business volumes. Historical results have been re-baselined using this methodology.

**If EEI score decreases from previous year, then the target would be a 1 percent increase from prior year's result. If EEI score remains constant or increases from previous year, target would equal prior year's result.

***Plus and minus modifiers to letter grades were removed from the FITARA scoring methodology in FY 2023. The FY 2024 and FY 2025 targets have been modified to reflect this change.

## FY 2025 Annual Performance Plan Details

### Strategic Goal 1: Real Estate Solutions

#### Financially and environmentally sustainable, accessible, and responsive workplace solutions that enable a productive Federal workforce

This strategic goal positions GSA to continue leading the Federal Government's real estate optimization efforts as part of the "future of work." Two critical trends have created the opportunity to optimize the GSA-controlled real estate portfolio to better serve the future needs of the Government and save money for the American taxpayers:

- The demand for office space is decreasing, a long-term trend accelerated by the COVID-19 pandemic. The pandemic demonstrated that increased telework – above pre-pandemic levels – is a viable option for many Federal agencies. In the future, the Federal Government will likely adopt more hybrid work approaches, involving a mix of office-based work and telework. This presents a unique opportunity to restructure GSA's real estate portfolio and meet customers' workplace needs through a combination of space and technology services.

- While office trends might change the composition and size of the GSA real estate portfolio in the future, GSA will continue to manage a significant asset base. With sufficient funding, GSA can capitalize on potential consolidation and disposition opportunities, which will reduce long-term real estate costs and enable GSA to maintain core facilities in a state of good repair. For the past decade, though, funding shortfalls have hindered GSA's ability to address the growing backlog of deferred maintenance. GSA must continue to address these deferred maintenance needs to provide safe, functional, and healthy workspaces for Federal employees at a good value for the American taxpayer, and to manage capital costs responsibly.

GSA strives to be a leader in the evolving workplace landscape by offering innovative, sustainable, and flexible solutions that meet the varying workplace needs of our customers. GSA's critical investments in GSA-controlled facilities will not only support these workplace solutions, but also provide for a modernized and optimized footprint. By consolidating customers in Federally owned facilities, GSA can continue to reduce leased space and dispose of surplus buildings that are unneeded or underutilized, and/or no longer meet standards of performance. This will reduce the backlog of repairs and alterations and improve the quality and financial viability of the portfolio.

GSA also plans to expand investments in climate adaptation and risk mitigation strategies to minimize adverse impacts on GSA-controlled facilities, which promote increased continuity of operations for customers and cost savings for taxpayers. To be successful, GSA must secure the funding required to invest in and maintain these facilities.

J.R. 1427

## Strategic Objective 1.1

**Optimize and modernize the real estate portfolio with critical investments in core assets, disposal of unneeded or underutilized properties, and consolidation of leases to deliver safe, efficient, and cost effective workspaces for customers.**

GSA manages one of the Nation's largest and most diverse real estate portfolios, housing nearly 1 million Federal employees who perform, among other things, vital national security, law enforcement, commerce, and research and development missions. The COVID-19 pandemic created a unique opportunity for GSA and its 60 occupant agencies to rethink how they use space and reposition the portfolio to potentially reduce the overall Federal footprint and save money.

Investment in the Federally owned facilities under GSA's jurisdiction, custody, and control (hereinafter referred to as Federally owned GSA-controlled facilities) not only modernizes existing space and achieves higher performing facilities, but it also addresses the growing backlog of repairs and alterations needed to properly maintain facilities in the future. For the past decade, funding shortfalls have hindered GSA's ability to make these critically needed investments.

GSA works with customer agencies and Congress to secure the funding and approvals necessary to deliver a right-sized portfolio that is financially sustainable. By strategically prioritizing investments in Federally owned GSA-controlled facilities, GSA continues to maintain them in good condition and reduce the reliance on leased assets, which will also reduce the Government's long-term real estate costs. Sufficiently investing in Federal facilities supports the President's Management Agenda and takes advantage of the unique opportunity to re-imagine the future of Federal workspaces and to optimize GSA's real estate portfolio.

### Strategic Initiatives

1. **Modernize and optimize GSA's Federally owned facilities.**
   a. Prioritize investments to modernize and optimize Federally owned GSA-controlled facilities that meet the long-term needs of our customers and save taxpayer dollars. Doing so will enable GSA to consolidate space, reduce our repair and alteration liabilities, and result in a more financially and environmentally sustainable portfolio. These initial investments will reduce the size and carrying cost of GSA's real estate in the long term.
   b. Prioritize the evaluation and disposition of properties that are unneeded or underutilized, and/or no longer meet standards of performance. By doing so, GSA will further reduce owned operational expenses and growing liability repair needs.

2. **Develop and implement a real estate strategy with a financially-solvent asset mix.**
   a. Prioritize funding with a focus on long-term hold assets to address asset repair backlog, reduce liabilities, and meet customers' needs. Invest in long-term hold assets to improve utilization, reduce vacancy, and dispose of underperforming assets.
   b. Reduce reliance on costly leases and improve utilization in Federally owned GSA-controlled facilities.

3. **Secure the funds needed to maintain GSA's Federally owned facilities in a state of good repair.**
   a. Secure the access to the annual amount of revenues and collections deposited in the Federal

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 343 of 451

Buildings Fund to address necessary fire and life safety liabilities and the backlog of unfunded repair and alterations projects and to maintain Federally owned GSA-controlled facilities that meet agency mission and security standards going forward.

b. Seek increased flexibility to deploy public-private partnership tools and solutions to achieve the Administration's goals of 100% carbon pollution-free electricity by 2035, as well as water- and energy-saving measures.

c. Capitalize on funding from the Infrastructure Investment and Jobs Act, P.L. 117-58, 135 Stat. 429 (also referred to as the Bipartisan Infrastructure Law (BIL)) and the Inflation Reduction Act, P.L. 117-169, 136 Stat. 1818 (IRA) to invest in the Nation's infrastructure and support the economy. Through the BIL, GSA will spend $3.4 billion to modernize land ports of entry (LPOEs) along the Canadian and Mexican borders, supporting thousands of jobs. GSA will likewise spend $3.4 billion through IRA appropriations on low embodied carbon materials, emerging sustainable technologies, and high performance green buildings. The projects are designed to incorporate sustainability features, catalyze clean energy industries, and provide opportunities for small businesses.

| Goal Leader | Elliot Doomes, Public Buildings Service |
|---|---|
| Contributing Programs | <ul><li>Office of the Administrator</li><li>Office of the Chief Financial Officer</li><li>Office of Congressional and Intergovernmental Affairs</li><li>Office of Strategic Communication</li></ul> |

## Performance Goal 1.1.1 - Optimize GSA's real estate portfolio
### ⊙ FY 2024 -2025 Agency Priority Goal

**Benefit to the Public**:

An efficient real estate portfolio is crucial to providing safe, healthy, and functional workspaces for occupant agencies, while simultaneously delivering the best value to the taxpayer. GSA utilizes several key practices to provide an efficient portfolio: lease contract negotiations, effective space management, and project delivery assessment. Negotiating leases at or below comparable market rates ensures GSA acquires Federal office space at the best value. Effective management of GSA-controlled space includes managing vacant space to improve utilization; and disposing of underutilized assets in a timely fashion. Capital projects provide the critical improvements and agency consolidations required to maintain safe and efficient assets. Project delivery assessment ensures that capital projects are delivered on time and on budget. All these activities reduce costs (operational and project) and support the management of a financially self-sustaining portfolio, providing an effective monetary value returned on the taxpayer's investment.

**Performance Indicator Definition:**

(a) **Cost avoidance through real estate optimization (New):**
GSA reduces real estate costs by evaluating and prioritizing disposals of Federally owned properties to reduce operational expenses and growing repair needs, as well as optimize the existing leased inventory. This indicator represents cost avoidance through two primary activities: 1) avoided operations and maintenance (O&M) and repair and alterations (R&A) needs from properties in the current disposal pipeline and calculated based on the repair needs from previous year building surveys; and 2) lease cost avoidance realized on lease projects through negotiating leases below market costs, space reductions, and moves to Federal facilities.

**(b) Lease cost relative to the average market rate:**
This indicator compares the net present value (NPV) of a discounted cash flow (DCF) model of a GSA lease to the NPV of the DCF model of an average market lease in a specified submarket. The indicator only pertains to office leases in major metro markets in the United States.

**(c) Gross sales revenue from Federal-wide disposals (in millions):**
This indicator tracks the total gross sales value of all disposals brought to successful contract award by GSA for Federal-wide real property, from all agencies, with the exception of properties awarded through Federal Assets Sale & Transfer Act (FASTA). The sales total will be recorded on the award date of the successful conclusion of the online auction, live auction, negotiated sale, or other sale method used. This date will be used to remain consistent with GSA's practice in recording disposal statistics, and not the actual closing date, transfer of deed, and receipt of proceeds from sale.

**(d) Capital projects schedule variance (Annual Appropriations) (Revised):**
This indicator evaluates schedule performance by how accurately GSA delivers projects to their original plans and provides visibility into the projects' lifecycle. This indicator is applicable to all annually appropriated New Construction and Major Repairs and Alterations projects whose estimated cost of construction exceeds the prospectus threshold.  Disaster relief projects and projects that include BIL or IRA funding are excluded.  The capital projects schedule variance is calculated by comparing the projects' baseline milestone dates to the actual milestone dates, relative to the total baseline project duration. Projects are weighted by size and Special Emphasis projects are excluded.

**(e) Capital projects schedule variance (BIL and IRA) (Revised):**
This indicator evaluates schedule performance by how accurately GSA delivers projects to their original plans and provides visibility into the projects' lifecycle. This indicator is applicable to all BIL projects except infrastructure paving, acquisition of leased LPOEs, and Federal Motor Carrier Safety Administration Southern Border projects, and projects where IRA funding is paired with annually appropriated New Construction and/or Major Repairs and Alterations funding. The capital projects schedule variance is calculated by comparing the projects' baseline milestone dates to the actual milestone dates, relative to the total baseline project duration. Projects are weighted by size and Special Emphasis projects are excluded.

**(f) Percent of projects on schedule (BIL and IRA):**
This indicator evaluates PBS's ability to manage projects to their established construction schedules. This indicator is applicable to BIL projects associated with infrastructure paving and Federal Motor Carrier Safety Administration Southern Border projects and projects where IRA funding is paired with annually appropriated Basic Repairs and Alterations funding. Measuring construction schedules supports important management controls in project delivery that help mitigate delays and requires project teams to keep scope aligned with schedule and budget parameters. It determines the percent of applicable projects in the construction phase that are being delivered within +10% of the baselined duration of construction.

**(g) Percent of capital projects on budget:**
This indicator evaluates PBS's ability to manage within the prospectus budget that supported the President's Budget. Projects will baseline their budgets within 90 days after receiving their full approval. PBS will be measured on the percentage of funded projects that are being delivered within their original appropriation. The measure will be used to promote better project planning, scope control, and budget management.

### PI 1.1.1 (a) Cost avoidance through real estate optimization (in billions) (New)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | N/A | $1.324 | $1.275 |
| Results | N/A | N/A | N/A | N/A | N/A | N/A |

*Costs avoided through disposals, including operations and maintenance costs, and capital repair needs, plus costs avoided through lease optimization. The FY 2024 and FY 2025 targets are 90% of the total cost avoidance projected.

### PI 1.1.1 (b) Lease cost relative to the average market rate
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | ≦-7.00% | -7.00% | -9.00% | -7.00% | -7.00% | -7.00% |
| Results | -12.60% | -10.25% | -7.26% | -12.21% | N/A | N/A |

### PI 1.1.1 (c) Gross sales revenue from Federal-wide disposals (in millions)*
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | $15.00 | $13.50 | $63.08 | $365.50 | $262.62 | $16.10 |
| Results | $38.20 | $4.95 | $67.90 | $91.69 | N/A | N/A |

*Beginning in FY 2022, a new methodology counts proceeds from all Federal-wide disposals (not just GSA-controlled properties), with the exception of Federal Assets Sale and Transfer Act properties. Due to the methodology change, FY 2022 - FY 2025 figures are not comparable to FY 2020 and FY 2021 figures.

### PI 1.1.1 (d) Capital projects schedule variance (Annual Appropriations) (Revised)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | Baseline | N/A | N/A | -10% to 0% | -10% to 0% | -10% to 0% |
| Results | N/A | N/A | N/A | -6.3%* | N/A | N/A |

*Results based on updated methodology to include weighting projects by size and removing Special Emphasis projects.

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 346 of 451

## PI 1.1.1 (e) Capital projects schedule variance (Bipartisan Infrastructure Law and Inflation Reduction Act)* (Revised)

Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | -10% to 0% | -10% to 0% | -10% to 0% |
| Results | N/A | N/A | N/A | 5.3%** | N/A | N/A |

*Includes all BIL projects except infrastructure paving, acquisition of leased LPOEs, and Federal Motor Carrier Safety Administration Southern Border projects, and projects where IRA funding is paired with annually appropriated New Construction and/or Major Repairs and Alterations funding.

**Results based on updated methodology to include weighting projects by size and removing Special Emphasis projects.

## PI 1.1.1 (f) Percent of projects on schedule (Bipartisan Infrastructure Law and Inflation Reduction Act)*

Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | 72.7% | 72.7% | 72.7% |
| Results | N/A | N/A | N/A | N/A** | N/A | N/A |

*Includes BIL projects associated with infrastructure paving and Federal Motor Carrier Safety Administration Southern Border projects and projects where IRA funding is paired with annually appropriated Basic Repairs and Alterations funding.

**No projects entered this data set in FY 2023.

## PI 1.1.1 (g) Percent of capital projects on budget*

Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | Baseline | 80.0% | 80.0% | 80.0% | 80.0% | 80.0% |
| Results | 83.5% | 80.2% | 80.0% | 86.6% | N/A | N/A |

*Includes all annually appropriated New Construction and Major Repairs & Alterations projects and BIL projects (except infrastructure paving, acquisition of leased LPOEs, and Federal Motor Carrier Safety Administration Southern Border projects). These projects may also be supplemented with IRA funds.

## Strategic Objective 1.2

**Expand workspace offerings that maximize flexibility and mission delivery for a hybrid workforce.**

GSA is committed to partnering with all customer agencies to assess and deliver their future real estate needs. GSA proactively and regularly engages with its customers to understand changing mission needs and guide their workspace strategies based on those evolving requirements.

GSA is continuing to develop and deploy customer-driven solutions through the Workplace 2030 initiative to enable agencies to align people, processes, and tools around their workspace strategies. Workplace 2030 solutions focus on the future of Federal work, exploring how expanded telework, hybrid work environments, and distributed organizational models can enhance the mission effectiveness. GSA also continually monitors and quantifies variables such as space utilization, changing demand, and market trends to improve data-driven decisions. This objective focuses on these activities as a key component to right-sizing GSA's real estate footprint.

**Strategic Initiatives**

1. **Lead the Federal Government's post pandemic real estate efforts.**
   a. Proactively engage with customers to develop and deploy workplace solutions that promote mission delivery and enable GSA to right size its real estate portfolio.
   b. Use a data-driven approach to gain insight into agencies' future operating postures.
   c. Partner with agencies to develop workspace strategies that result in enhanced mission delivery, cost savings, and improved space utilization.

2. **Evolve and expand workplace solutions for agencies.**
   a. Partner with customers on workplace solutions that integrate real estate, technology, and work support solutions.
   b. Deploy integrated workplace solutions to meet customer agencies' changing real estate needs.

| Goal Leader | Elliot Doomes, Public Buildings Service |
|---|---|
| Contributing Programs | • Federal Acquisition Service<br>• Office of the Chief Financial Officer<br>• GSA IT<br>• Office of Congressional and Intergovernmental Affairs<br>• Office of Strategic Communication |

| Performance Goal 1.2.1 - Shape the Future of Work |
|---|
| **Benefit to the Public:**<br>GSA is transforming its real estate portfolio to better reflect the changing needs of the post-pandemic Federal workforce. As agencies modify their physical footprint, GSA is right-sizing its inventory to fully use its Federally owned assets, backfill or terminate vacant leased space, and dispose of surplus properties necessary to achieve an optimized portfolio. This optimizes taxpayer spending for real |

estate and achieves customer satisfaction for partner agencies.

**Performance Indicator Definition:**

**Percent of CFO Act Agencies with a completed GSA Customer Strategy (New):**

GSA is developing updated real estate strategies that meet customer needs and right-size their office space. GSA engages customers on utilization improvements (including a focus on headquarters), innovative workplace solutions and strategies through Workplace 2030, high performance building standards, work environment plans, actions from capital plans and assets that no longer serve the needs of the Federal Government. Success is measured by partnering with the CFO Act customers to enhance mission delivery and improve utilization and occupancy, right-size office space and reduce long-term real estate costs.

**PI 1.2.1 Percent of CFO Act Agencies with a completed GSA Customer Strategy (New)**
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | N/A | 80% | 100% |
| Results | N/A | N/A | N/A | N/A | N/A | N/A |

## Strategic Objective 1.3

**Implement cross-cutting solutions that reduce overall greenhouse gas emissions and mitigate climate risks by increasing building resilience, improving energy, water, and waste efficiency, and supporting the transition to carbon pollution-free electricity.**

The Federal Government faces broad exposure to the mounting risks and costs already posed by the climate crisis. GSA has a unique standing to address the climate crisis by using its authorities, buying power, and expertise to advance the Administration's climate and sustainability efforts. To do so, GSA is developing and deploying a climate and sustainability strategy for the facilities in its real estate portfolio. GSA continues to prioritize investments in climate risk management capacities, acquiring and deploying smart building and sustainable technologies, and strengthening critical climate and sustainability policies. Likewise, GSA is investing in greenhouse gas (GHG) emission reduction, deep energy retrofits, and sustainable performance. Progress will take the form of clean energy, energy and water efficiency, performance contracting, waste diversion, and sustainable building strategies.

### Strategic Initiatives

1. **Achieve 100% carbon pollution-free electricity on a net annual basis by 2030, including 50 percent 24/7 carbon pollution-free electricity.**
   a. Implement a strategic plan that considers GSA portfolio, life-cycle analysis, industry best practices, market conditions, and available options and contract mechanisms.

2. **Target 50% of eligible buildings, as measured by square footage, to comply with the Guiding Principles for Sustainable Federal Buildings by 2025.**
   a. Target sustainability performance challenges and needed building improvements.
   b. Support the interagency effort to deploy the Federal Buildings Performance Standard.

3. **Target net-zero designs for new construction and major modernization by 2030.**
   a. Partner with Federal agencies to enhance project sustainability requirements by:
      i. Identifying new construction or major modernization designs to be (a) fossil fuel free (net zero operational carbon emissions) by 2030, where life cycle is cost-effective; and (b) net zero ready (on a source energy basis) by 2030.
      ii. Eliminating usage of fossil fuel-generated energy in new and modernized buildings.
      iii. Exploring ways to reduce the embodied carbon of materials used in construction and modernization projects.

4. **Develop robust data and capacities to manage climate change risks, increase resilience, and secure Federal real property investments by 2025.**
   a. Establish a climate risk management process and resilience program that will formulate criteria and metrics to inform real property decisions and monitor risk reduction investments (e.g., building flood protection, and wildfire damage prevention and energy resilience).

| Goal Leaders | Elliot Doomes, Public Buildings Service |
| --- | --- |
| | Krystal Brumfield, Office of Government-wide Policy |

| Contributing Programs | • Office of the Administrator<br>• Federal Acquisition Service<br>• Office of Government-wide Policy<br>• GSA IT<br>• Office of the Chief Financial Officer |
|---|---|

### Performance Goal 1.3.1 - Reduce greenhouse gas emissions from the GSA-controlled real estate portfolio

**Benefit to the Public:**

Reducing GHG emissions mitigates climate impacts to the Nation. GHG emissions reduction strategies benefit local air quality and reflect improved performance on traditional PBS building performance metrics, including footprint, energy reductions, renewable energy, and sustainable buildings. GSA's recent approach for GHG reduction has focused on facilities' energy efficiency and carbon pollution-free electricity procurements. Progress on these fronts has led to some of the largest Scope 1 and 2 emission reductions in recent years, with GSA achieving 60.1% reduction in FY 2023 from a FY 2008 baseline.

**Performance Indicator Definition:**

Greenhouse gas reduction from FY 2008 baseline (Scope 1 and 2 emissions):

Scope 1 covers direct emissions from Federally owned or controlled sources. Scope 2 covers indirect emissions from the generation of purchased electricity, steam, heating, and cooling produced by others and consumed by GSA. Further details on GSA's GHG emissions (Scope 1 and 2) can be found at sustainability.gov, including breakouts for net electricity emissions; stationary combustions; and steam, hot and chilled water.

### PI 1.3.1 Greenhouse gas reduction from FY 2008 baseline (Scope 1 and 2 emissions)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 50.0% | 55.1% | 58.4% | 63.5% |
| Results | 45.3% | 51.0% | 59.3% | 60.1%* | N/A | N/A |

*Interim results pending Department of Energy review. Final results will be published on sustainability.gov.

### Performance Goal 1.3.2 - Continue reducing energy intensity of GSA-controlled facilities

**Benefit to the Public:**

Energy conservation and efficient operations in Federal workspaces lowers utility costs, reduces emissions, and, in some markets, can help stabilize the grid and contribute to energy infrastructure resiliency. Investing in energy efficiency in Federal spaces can serve as a catalyst for the broader marketplace of facility energy efficiency. Energy-efficient Federal facilities are better poised to meet modern climate challenges and contribute to mission assurance for the occupant agencies that depend on them.

**Performance Indicator Definition:**
**Energy Efficiency (Percent change in energy consumption compared to baseline year of FY 2021):**
This indicator measures energy consumption compared to a FY 2021 base level. It tracks the percent change in energy usage from baseline of FY 2021 to current (most recent 12 months). Usage is measured in British Thermal Units of energy per gross square foot (BTU/GSF), also known as Energy Usage Index (EUI). This indicator replaced Energy Intensity Reduction.

## PI 1.3.2 Energy Efficiency (energy consumption compared to baseline year of FY 2021)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | 1.00% | 2.00% | 3.00% |
| Results | N/A | N/A | N/A | 1.7%* | N/A | N/A |

*Interim results pending Department of Energy review. Final results will be published on sustainability.gov.

| Performance Goal 1.3.3 - Apply the Guiding Principles for Sustainable Federal Buildings |
|---|
| **Benefit to the Public:**<br>Tracking and reporting the number of GSA-controlled sustainable buildings will better demonstrate the progress GSA is making towards a more sustainable, healthy, and cost-efficient portfolio. Sustainable Federal facilities are better poised to provide healthy workspaces, meet modern climate imperatives, and contribute to mission assurance for the tenant agencies that depend on them. Energy and water efficient operations in Federal workplaces will lower costs and reduce emissions. |
| **Performance Indicator Definition:**<br>**Percent of gross square footage (GSF) that qualifies as a sustainable Federal building (Revised):**<br>The Energy Independence and Security Act of 2007 requires Federal buildings to be designed, constructed, and operated in an efficient, effective, and sustainable manner. Applying the 2020 Guiding Principles for Sustainable Federal Buildings provides the framework and set of criteria used to determine if a building qualifies as sustainable. GSA applies the Guiding Principles for new construction and modernization projects (using Leadership in Energy and Environmental Design certification), existing buildings' operations, and a reassessment every four years of existing buildings determined to be sustainable. |

## PI 1.3.3 Percent of GSF that qualifies as a sustainable Federal building (Revised)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 39.2% | 42.4% | 45.8% | 49.6% | 50.9%* | 53.0% |
| Results | 40.0% | 43.5% | 49.5% | 50.8** | N/A | N/A |

*Revised methodology evaluates eligible buildings ≥ 25,000 GSF starting in FY 2024. The threshold was previously ≥10,000 GSF.
**Interim results pending Council on Environmental Quality (CEQ) review. Final results will be published on sustainability.gov.

## Strategic Objective 1.4

**Develop, implement, and track outcomes of programs that positively impact local communities through enhanced economic activity and opportunities for underserved populations.**

GSA is the Nation's largest landlord, managing approximately 8,400 Federally owned and leased assets located in about 2,000 communities throughout the 50 States, five territories, and the District of Columbia. GSA's vast reach presents a unique opportunity to support State, local, and Tribal governments' economic goals, along with the well-being of communities that host GSA-controlled facilities. GSA has the responsibility to leverage its real estate actions in ways that support community development and local planning goals, while meeting customer agency needs. This derives from legal mandate as well as sound business practice. GSA's Good Neighbor Program (GNP) provides the technical expertise and planning tools to help leverage its projects in support of community planning goals – to create multiple returns for both communities and customer agencies.

GSA, while balancing customer agency mission requirements, security criteria, and the interests of the American taxpayer, continues to use the GNP to identify and align projects that may support local community priorities. GSA designs and locates Federal facilities with local economic development and planning goals in mind; designs facilities to maximize sustainability and to reflect the local community; coordinates with Federal agencies and State, local, and Tribal governments to advance environmental justice where GSA-controlled facilities are having disproportionate negative impact on local communities; and coordinates with State, local, and Tribal governments on uses for and disposition of Federal surplus real property.

### Strategic Initiatives

1.  **Coordinate major GSA development projects with State, local, and Tribal stakeholders to generate positive and long-lasting community impacts for those communities that host GSA-controlled facilities.**
    a. Support local economic development and community planning goals through early and in-depth engagement for major GSA projects with local officials and other stakeholders.
    b. Expand and enhance the use of pre-design collaborative techniques on new construction and other projects that impact the public realm to maximize community benefits.

2.  **Collaborate with Federal agencies to accelerate economic recovery, sustainability, and environmental justice.**
    a. Partner with Federal agencies to explore and implement policies and procedures that target economic recovery and environmental improvement, especially in neighborhoods that have historically suffered from disinvestment and environmental harm.

3.  **Study and apply economic impact methodologies to GSA's core real estate activities and expand use of environmental justice and sustainability mapping with other spatial data tools to help GSA decision making.**
    a. Develop a strategy to better understand the impacts of GSA's real estate activities, to provide more complete program information to stakeholders and to better inform project decisions.
    b. Use mapping tools to better understand how GSA's real estate investments impact local communities.

| Goal Leader | Elliot Doomes, Public Buildings Service |
|---|---|
| Contributing Programs | • Office of the Administrator<br>• Office of Congressional and Intergovernmental Affairs<br>• Office of Small and Disadvantaged Business Utilization<br>• Office of Government-wide Policy<br>• Office of Strategic Communication |

---

### Performance Goal 1.4.1 - Deploy the "Good Neighbor Program" (GNP) nationwide

**Benefit to the Public:**

Early coordination between GSA and local officials can help to identify opportunities for Federal real estate activities to support local community priorities, accelerate economic recovery, and advance environmental justice. Relevant Federal activities include site selection, new construction, leasing, shared use, and facility management, as well as sustainability and site work.

**Performance Indicator Definition:**

**"Good Neighbor Program" Planning Outreach and Partnership (POP) engagements:**

Under its GNP, GSA uses POP engagements to meet and coordinate with local officials in communities where coordination between GSA and local governments would be most valuable. This includes communities where GSA plans future construction or modernization projects and major leasing activity, as well as communities where the use or management of the existing GSA portfolio has potential to support local sustainability, environmental justice, or other local planning goals. As part of these workshops, GSA and local officials share community-wide inventory, long-range planning, and other information to identify concerns, find areas of mutual interest, and develop working relationships well in advance of formal real estate actions, when opportunities to leverage mutual goals are maximized. An outcome of each meeting is a standardized report outlining next steps for engagement, partnership, and any agreed-upon community improvement actions by GSA and the local government.

## PI 1.4.1 "Good Neighbor Program" Planning Outreach and Partnership (POP) engagements
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | Baseline | Baseline | 22 | 33 | 33 | 33 |
| **Results** | 8 | 5 | 22 | 39 | N/A | N/A |

# Strategic Goal 2: Acquisition

## A modern, accessible, and streamlined acquisition ecosystem and a robust marketplace connecting buyers to the suppliers and businesses that meet their mission needs

As the Federal Government's primary provider of acquisition services, GSA is committed to delivering value, innovation, and an exceptional customer experience. Every day, we help customers make smart purchasing decisions to get the goods and services they need.

GSA aims to leverage the collective buying power of the Government to negotiate better prices, while using efficient operations, market expertise, and proactive partnerships with customer agencies and private sector vendors.

GSA plays an important role in advancing the Administration's priorities through leadership in Government-wide acquisition, including economic growth, climate resiliency, and strengthening diversity, equity, inclusion, and accessibility. The acquisition policies GSA establishes and implements have a significant and lasting impact on communities and stakeholders.

GSA will continue:

- Delivering best-value products and services to enable customers' missions.

- Modernizing acquisition through technology to improve the overall experience for buyers and suppliers.

- Using GSA's strategic position in the market, expertise, and relationships with customers and suppliers to drive equitable markets, sustainable practices, and continued economic recovery.

## Strategic Objective 2.1

**Ensure GSA's portfolio of offerings meets market demand for products, services, and solutions and the desired acquisition approaches.**

The Federal Government relies on GSA to meet its evolving acquisition needs. GSA products, services, and solutions offerings help agencies accomplish their core missions and serve the public. GSA needs the right acquisition approaches to drive targeted outcomes, cost savings, faster responses, and broader socioeconomic access. In addition, GSA offerings need the right market intelligence, including the data and resulting insights, to navigate complex and changing market dynamics.

GSA continues to help reshape the Federal marketplace by refining and adapting its offerings, acquisition approaches, and market intelligence. GSA envisions a highly efficient market that brings customers and suppliers together with solutions that are purposefully designed to support each acquisition's unique needs. Using the strategies listed in this section, GSA ensures that its solutions align with customers' changing needs while adding value throughout the acquisition process.

### Strategic Initiatives

1. **Evolve GSA's capabilities by tailoring offerings to the markets they serve.**
   a. Improve the Services Marketplace contracting experience for customers, suppliers, and the acquisition workforce.
   b. Refine and clarify the online Products Marketplace offerings to improve customer experience and the selection process.

2. **Help the Federal Government approach acquisition as a single, connected enterprise.**
   a. Improve data access and analytics to gain insights about spend patterns, build policies to reinforce category management principles, increase transparency, foster public policy objectives, and reduce duplication of solutions.

3. **Ensure GSA is at the forefront of acquisition innovation while maintaining exceptional contract quality.**
   a. Deliver best-value solutions to customers, particularly on reducing customer risk, enhancing end-user capabilities, and leveraging GSA's Government-wide acquisition expertise.

4. **Fully transition the Federal Government to the next generation of telecommunications contracts.**
   a. Adopt Enterprise Infrastructure Solutions (EIS) to efficiently leverage the scale of Government buying power while standardizing and optimizing major portions of the Federal technological infrastructure.

| Goal Leaders | Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service<br>Krystal Brumfield, Office of Government-wide Policy |
|---|---|
| **Contributing Programs** | ● Office of Customer Experience<br>● GSA IT |

J.R. 1441

45

| Performance Goal 2.1.1 - Expand the use of GSA acquisition solutions, and associated savings, across the Government |
|---|

**Benefit to the Public:**
Expanding the use of GSA acquisition solutions, and associated savings, across the Government will result in greater savings, enabling customer agencies to meet mission-critical needs at a lower cost to taxpayers.

**Performance Indicator Definition:**
**Acquisition program savings delivered to customers (billions):**
Annual targets are developed by aggregating various program-specific targets across FAS, each with a specific methodology for calculating savings. The types of savings fall into one of three groups:
1. Savings realized by utilizing FAS procurement vehicles compared to commercial alternatives
2. Savings realized through FAS offerings compared to other Government offerings
3. Savings returned to customers via bank refunds for using a FAS purchase, travel, or fleet card

## PI 2.1.1 Acquisition program savings delivered to customers (in billions)
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | $6.60 | $5.00 | $6.10 | $6.00 | $6.80 | $6.90 |
| Results | $5.92 | $6.09 | $6.82 | $6.72 | N/A | N/A |

| Performance Goal 2.1.2 - Increase Multiple Award Schedule (MAS) sales |
|---|

**Benefit to the Public:**
Using a single schedule with consistent terms makes it easier for suppliers to do business with the Government and makes it easier for agencies (buyers) to navigate the MAS program to find and acquire goods and services.

**Performance Indicator Definition:**
**MAS sales (in billions):**
This indicator measures the increase in business volume per MAS sale. Sales for the MAS program are reported via the Sales Reporting Portal and when the Industrial Funding Fee (IFF) is remitted. The information is validated by a comparison and variance from the Office of the Chief Financial Officer related to the revenue submitted for the MAS program.

## PI 2.1.2 MAS sales (in billions)
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | $32.30 | $32.50 | $38.00 | $41.00 | $46.00 | $46.50 |
| Results | $36.82* | $39.75* | $40.96 | $45.52 | N/A | N/A |

*FY 2020 to FY 2021 results have been revised from previously reported figures. Extensive data cleaning and re-coding led to a one-time revision of MAS sales.

## Strategic Objective 2.2

**Improve stakeholder experiences by delivering simplified customer- and supplier-centric solutions.**

Strong partnerships with other agencies and suppliers are critical to the success of GSA and to support decisions that create value and savings for customers and the American people. Doing business with GSA should be an easy and transparent experience. GSA must continuously simplify and streamline its processes and systems. To accomplish this, GSA focuses on:

- Improving the supplier onboarding process for the MAS program.

- Streamlining the buyer experience.

- Modernizing acquisition through technology.

- Striving for excellence in contract administration.

### Strategic Initiatives

1. **Improve the supplier onboarding process for GSA's MAS program.**
   a. Streamline the supplier experience by building and deploying journey maps to identify inconsistencies throughout the MAS program. This will help suppliers better understand system requirements and improve the information they provide.
   b. Create training for new suppliers to strengthen their business marketing.

2. **Streamline the buyer experience.**
   a. Streamline access to acquisition tools, simplify market research, and provide commonly used documents, templates, and pricing resources for services that help with acquisition planning.
   b. Identify opportunities to improve the buyer experience and usability of the Products Marketplace and GSA Advantage!®, focusing on search functionality, shipping notifications, product photos, and inventory status.

3. **Modernize acquisition through technology.**
   a. Deliver a modern, enterprise-wide contract writing system to streamline acquisition systems.
   b. Merge legacy applications under the Assisted Services Shared Information System (ASSIST) to provide users with a single experience for all GSA Assisted Acquisitions.
   c. Automate bots to produce time savings and/or increase quality through error detection.
   d. Streamline and improve data management for the more than 50 million products and services offered to the Federal marketplace through Catalog Management.

4. **Improve GSA contract administration to ensure effective mission execution.**
   a. Conduct both cyclical and targeted reviews of contracting activities' acquisition performance.
   b. Assign agency-wide corrective action plans and share results with GSA senior leadership and key acquisition professionals to monitor continual performance improvements.

| Goal Leaders | Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service<br>Krystal Brumfield, Office of Government-wide Policy |
|---|---|
| Contributing Programs | • Office of Customer Experience<br>• GSA IT |

| Performance Goal 2.2.1 - Increase customer satisfaction |
|---|

**Benefit to the Public:**

Assessing customer loyalty allows GSA to take action to improve program operations. The network of suppliers and vendors GSA leverages to provide customer agencies with goods and services is essential to service delivery. Through positive working relationships that are mutually beneficial for the supplier and customer, GSA is able to provide better service to customers, and ultimately to the public.

**Performance Indicator Definition:**

**Customer Loyalty Survey (CLS) score (Rating scale is 1 to 10):**

Tracking customer loyalty allows GSA to measure FAS's effectiveness at meeting customer requirements. GSA identifies customers and develops a questionnaire that informs program offices of potential areas for improvement. The result measures the average score across three loyalty intention items for each respondent. Responses are rated on a 10-point scale where "1" equals "not at all likely" and "10" equals "very likely." The three key questions are:

1. How likely are you to recommend [program office] to others?
2. How likely are you to continue to use [program office] in the future?
3. How likely are you to consider [program office] as your first choice for [product/service]?

### PI 2.2.1 Customer Loyalty Survey (CLS) score (Rating scale is 1 to 10)*

Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 7.6 | 7.9 | 7.9 | 8.0 | 8.0 | 8.1 |
| Results | 7.9 | 7.8 | 7.9 | 7.7 | N/A | N/A |

*Beginning in FY 2022, a modest change to the CLS methodology was implemented to provide a more balanced and accurate representation of survey responses. As a result, FY 2022 figures are not comparable to FY 2020 - FY 2021 figures as shown in the table. Applying the new methodology to prior years would result in a slight decline in CLS score from FY 2020 to FY 2022.

| Performance Goal 2.2.2 - Increase satisfaction of supplier base |
|---|

**Benefit to the Public:**

Strong supplier relationships make interactions between the Government and industry more efficient, transparent, and cost effective, creating lower cost services that maximize taxpayer dollars. When Government and industry collaborate effectively, the highest-quality solutions can be delivered to meet customer agencies' missions to the public.

**Performance Indicator Definition:**

**Industry Satisfaction Survey (ISS) score (Rating scale is 1 to 5) (formerly Supplier Relationship Management Survey):**

The ISS is distributed annually to over 13,000 unique industry partners with contracts covering a diverse portfolio of GSA contract vehicles. The sources for the vendors are e-Library, Federal Procurement Data System - Next Generation (FPDS-NG), and GSA's Salesforce database. Respondents are asked "Please consider all of your experiences interacting with [GSA program]. How satisfied are you?" Responses are on a 5-point scale where "1" equals "Very Dissatisfied" and "5" equals "Highly Satisfied." The overall score represents the average of each portfolio's average score.

### PI 2.2.2 Industry Satisfaction Survey (ISS) score (Rating scale is 1 to 5)*
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 3.70 | 3.85 | 3.95 | 4.00 | 4.00 | 4.05 |
| Results | 3.81 | 3.90 | 3.99 | 3.87 | N/A | N/A |

*Beginning in FY 2022, a modest change to the ISS methodology was implemented to provide a more balanced and accurate representation of survey responses. As a result, FY 2022 figures are not comparable to FY 2020 - FY 2021 figures as shown in the table. Applying the new methodology to prior years would result in similar results from FY 2020 to FY 2022.

| Performance Goal 2.2.3 - Improve tenant satisfaction in Government-owned and -leased space |
|---|

**Benefit to the Public:**

Tenant satisfaction is a good barometer for GSA to measure how well it is providing safe, reliable, productive, and sustainable workplace environments that support agencies' abilities to adequately serve the public at the best value to the taxpayer.

**Performance Indicator Definition:**

**Tenant Satisfaction Survey (TSS) - Facilities Management Index:**

Tenant satisfaction with Government owned and leased space – Facilities Management (FM) Index comprises nine existing questions from the TSS related to the condition of the building and grounds, common areas, restrooms, and elevators. Each question relates to areas of the building that GSA's facility managers directly influence or control. To calculate the FM Index score, all the "4" and "5" responses for the nine questions are counted then divided by the total number of responses.

### PI 2.2.3 Tenant Satisfaction Survey (TSS) - Facilities Management Index*
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | 70% | 71% | 71% |
| Results | N/A | N/A | N/A | TBD** | N/A | N/A |

*Due to decreased occupancy levels associated with the COVID-19 pandemic, GSA did not conduct the TSS in FY 2020, FY 2021, or FY 2022. GSA restarted the TSS in October 2023 to measure FY 2023 performance.

**PBS administered the TSS in October 2023. Future targets will be informed by FY 2023 results. The FY 2023 results are pending a Paperwork Reduction Act compliance review by the Office of Management and Budget / Office of Information and  Regulatory Affairs (OIRA).

## Strategic Objective 2.3

**As a trusted partner, foster the supply chain to support GSA and Federal acquisition needs for 2025 and beyond.**

GSA has supported economic recovery of the domestic supply base, worked to strengthen the industrial base, created policy to increase consideration of climate impact in key acquisitions, recognized and begun the development of processes and procedures to address the impact of cyber risk in Smart Buildings, and established three GSA-wide Cyber-Supply Chain Risk Management (C-SCRM) priorities. To ensure a strong and resilient supply chain, GSA will continue to advance cyber-supply chain risk management and cultivate a healthy supply base.

### Strategic Initiatives

1. **Leverage acquisition to identify, deter, and respond to cyber threats.**
   a. Promote interagency collaboration, develop policy and regulation guidance, and move toward a Zero Trust Architecture.
   b. Develop and implement vendor, customer, and acquisition workforce communications of new cyber requirements and monitor vendor offerings on GSA acquisition vehicles.
   c. Standardize and expand GSA's operational management of supply chain risks and build depth on pre- and post-award vendor risk assessment.

2. **Support the American economy and businesses with strategic purchasing practices.**
   a. In partnership with OMB, increase reporting capabilities and develop reporting protocols for Made in America waivers.
   b. Utilize the Federal Acquisition Regulation rulemaking process and expand the domestic requirements under the Buy American Act to address the identification of critical products and use of enhanced price preference.

3. **Strengthen the Industrial Base.**
   a. Foster a supply chain that can achieve new public policy objectives and meet customer requirements.
   b. Analyze supplier data, conduct vendor outreach, and develop policies and acquisition strategies to strengthen the diversity of the supplier base doing business through the GSA acquisitions program or directly through the award of GSA contracts.
   c. Build small business capacity in underrepresented markets, such as facilities maintenance.

4. **Promote sustainable acquisition.**
   a. Establish internal guidance to incorporate sustainable best practices throughout the acquisition life cycle.
   b. Partner with other agencies to require new construction or major modernization designs to be, at minimum, net zero energy-ready and to stop the use of fossil fuel-generated energy in new and modernized buildings.
   c. Explore ways to reduce the embodied carbon of materials used in construction and facilities modernization projects.

5. **Develop and implement GSA Smart Buildings technology.**

   a. Enhance processes in the Supply Chain Risk Management and Smart Building programs to quickly deploy smart devices, such as occupancy sensors, while preparing against cyber-attacks.

| | |
|---|---|
| **Goal Leaders** | Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service<br>Exodie C. Roe, III, Office of Small and Disadvantaged Business Utilization<br>Krystal Brumfield, Office of Government-wide Policy<br>David A. Shive, GSA IT |
| **Contributing Programs** | ● Office of the General Counsel<br>● Office of Strategic Communication |

---

### Performance Goal 2.3.1 - Lead CFO Act Agencies in Cyber-Supply Chain Risk Management (C-SCRM)

**Benefit to the Public:**

GSA is charged with appropriately using taxpayer dollars to acquire best-value solutions for GSA and for other agencies. The Federal Government operates in a world of ever-increasing cyber supply chain risks as it relies more on Information and Communications Technology (ICT), and as adversaries become more sophisticated. To protect taxpayer dollars and to help other agencies do the same, GSA aims to lead CFO Act Agencies in understanding and managing cyber supply chain risks.

**Performance Indicator Definition:**

**Points by which GSA's total OMB C-SCRM maturity score exceeds the total of the CFO Act Agencies' median scores (New):**

This indicator assesses GSA's progression toward a mature Enterprise-Level C-SCRM program, leveraging the Office of Management and Budget's (OMB) "C-SCRM Program Capability and Maturity: Self-Assessment" tool to compare GSA's maturity to CFO Act Agencies' median scores. The tool captures maturity in two areas: implementation of a C-SCRM Program and performance of C-SCRM functions. The performance indicator value is the comparison of GSA's cumulative score across the tool's metrics compared to the cumulative score of the CFO Act Agencies' median scores.

---

**PI 2.3.1 Number of points by which GSA's total OMB C-SCRM maturity score is higher than the total of the CFO Act Agencies' median scores (New)**

Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | N/A | N/A | 6 | 7 |
| **Results** | N/A | N/A | N/A | 5 | N/A | N/A |

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 362 of 451

# Strategic Objective 2.4

**Aid U.S. economic growth by maximizing opportunities and minimizing barriers for small and/or underserved businesses seeking to do business with GSA.**

GSA continues to collaborate and build more robust outreach to industry regarding Federal acquisition requirements and best practices promoting opportunities for small, disadvantaged, and socioeconomic entities. GSA also continues to educate the acquisition workforce on the importance of exceeding small business goals, ensuring our offerings promote a vibrant industrial and technological base. These actions will directly support increases in jobs and economic growth.

### Strategic Initiatives

1. **Design post-award support strategy for new Government-wide contractors.**
   a. Streamline onboarding of new contractors through the Federal Supply Schedule.

2. **Expand GSA's industry partner base through development of the Polaris Government-wide Acquisition Contract (GWAC).**
   a. Expand the industry partner base, provide greater access to emerging technologies, simplify proposal submission requirements, and improve the overall customer experience.

3. **Implement a supplier diversity plan.**
   a. Implement a supplier diversity plan focused on key issues and actions GSA will take to increase opportunity for suppliers in Small Disadvantaged Business (SDB) categories, including plans for regular on-ramping of key acquisition vehicles.

4. **Advance AbilityOne program.**
   a. Work with the AbilityOne Commission and authorized Central Nonprofit Agencies to increase employment opportunities for persons with disabilities.

| Goal Leaders | Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service<br>Krystal Brumfield, Office of Government-wide Policy<br>Exodie C. Roe, III, Office of Small and Disadvantaged Business Utilization |
|---|---|
| **Contributing Programs** | N/A |

| Performance Goal 2.4.1 - Increase opportunities for persons with disabilities through GSA procurement |
|---|

**Benefit to the Public:**
The AbilityOne Program is a mandatory source of supply for Federal purchasers and private sector contractors authorized to use Government sources of supply. Quality products and services are offered at fair market prices. The program relies heavily on purchases from Federal agencies for goods and services provided by persons with disabilities. Increasing the percent of GSA obligations to the AbilityOne program contributes to employment opportunities for persons with disabilities; creates meaningful pathways for economic growth and prosperity; expands the Federal workforce; and

J.R. 1448

lessens State and Federal disability subsidies to individuals with disabilities. GSA's commitment will help with supporting competitive integrated employment, diversity, and inclusion in the workforce.

**Performance Indicator Definition:**
Percent of GSA obligations to AbilityOne Program:

The indicator calculates the percentage of total GSA contracting obligations associated with the AbilityOne program.

## PI 2.4.1 Percent of GSA obligations to AbilityOne Program
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | 2.00% | 2.50% | 3.00% | 3.50% | 4.00% |
| Results | 7.91% | 5.78% | 7.60% | 7.17% | N/A | N/A |

| Performance Goal 2.4.2 - Maintain and improve the percent of spend that goes to small business from the MAS |
|---|
| **Benefit to the Public:**<br>The consolidated MAS with consistent terms makes it easier for suppliers to do business with the Government and makes it easier for agencies (buyers) to navigate the MAS program to find and acquire goods and services. Greater percent of sales to small businesses spreads Government spending and opportunity across a broader group of companies. |
| **Performance Indicator Definition:**<br>Percent of spend going to small business from the MAS:<br>This indicator reports the percent of MAS business volume attributed to small businesses each year by calculating the MAS total business volume in dollars attributed to small businesses and dividing by the total business volume. |

## PI 2.4.2 Percent of spend going to small business from the MAS
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 33.00% | 35.00% | 36.00% | 35.00% | 35.00% | 35.00% |
| Results | 33.76%* | 34.36%* | 35.42% | 37.05% | N/A | N/A |

*FY 2020 to FY 2021 results have been revised from previously reported figures. Extensive data cleaning and re-coding led to a one-time revision of MAS sales, the denominator in the calculation of this measure. The revised results more accurately capture the level of MAS sales and the proportion of those sales going to small businesses.

| Performance Goal 2.4.3 - Create more opportunities for small and socio-economic businesses |
|---|

**Benefit to the Public:**

Small businesses power the economy – contracting with them is a "win-win". The Government receives great service at a great value, while small businesses are provided opportunities to grow and create jobs. By supporting these businesses, GSA strengthens the country's economy and industrial base, while enabling job creation for the U.S. workforce. Further, awarding contracts to small disadvantaged businesses mean opportunities for underserved business owners and entrepreneurs, added jobs in their communities, and the advancement of diversity, equity, and inclusion across the nation.

**Performance Indicator Definition:**

(a) **Percent of GSA contract dollars awarded to small business through prime contracting:**
This indicator tracks the overall percent of eligible procurement dollars awarded to small businesses through prime contracting.

(b) **Small Business Administration's (SBA) Small Business Procurement Scorecard - GSA's Grade:**

The SBA Small Business Procurement Scorecard is an annual assessment tool measuring how successfully Federal agencies reach their small business and socio-economic prime contracting and subcontracting goals. Agencies earning an "A" or "A+" on the scorecard demonstrate their strong commitment to delivering for small and small disadvantaged businesses.

### PI 2.4.3 (a) Percent of GSA contract dollars awarded to small business through prime contracting
Lead Office: OSDBU

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | 29.00% | 30.00% | 34.00% | 33.00% | 33.00%* | TBD |
| **Results** | 49.43% | 46.89% | 47.61% | 50.29%** | N/A | N/A |

*Target is expected to be finalized in Q2 FY 2024.
**Result is an initial estimate. Final result is pending the Small Business Administration's adjudication in Q2 FY 2024.

### PI 2.4.3 (b) SBA Small Business Procurement Scorecard - GSA's Grade
Lead Office: OSDBU

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | A+ | A+ | A+ | A | A | A |
| **Results** | A+ | A+ | A+ | TBD* | N/A | N/A |

*Result is expected in Q4 FY 2024.

## Strategic Goal 3: Digital Government

### A digital Government that delivers for the public through trusted, accessible, and user-centered technologies

GSA is working to create transformative change across Government as agencies modernize and secure Federal IT and Federal networks. Driven to make an impact, GSA's technology offices — the Technology Transformation Services (TTS) and the Office of Information Technology Category (ITC), supported by the OGP — are leading the digital ecosystem in the Federal Government. They are committed to deepening Government-wide capabilities and services to yield a trusted, accessible, and user-centered digital experience.

Technology is at the foundation of the Administration's priorities: promoting economic growth; advancing diversity, equity, inclusion, and accessibility; tackling the climate crisis; and addressing the aftermath of the COVID-19 pandemic. The Nation's response to the pandemic was hindered by legacy systems and compounded by digital inequalities. Agencies have an obligation to rebuild public trust and to improve mission delivery through digital services. GSA is well positioned to continue delivering meaningful advancements by supporting agencies in their journeys and prioritizing the development of common digital services and standards, platforms, and products.

Programs such as the United States Web Design System, Login.gov and USAGov are examples of GSA's ability to deliver increased efficiency, integration, and improved digital services. By adapting and aligning its work to anticipate customer needs, GSA supports technology development and deployment at other agencies. Finally, GSA takes pride in modeling effective digital Government by improving its own websites, products, and services, showcasing its shared offerings available to partner agencies.

## Strategic Objective 3.1

**Implement inclusive, accessible, and equitable design practices that improve customer experience with technology and digital platforms.**

To best serve the wide-ranging needs of the public and our Government, GSA must insist on diversity, equity, inclusion, and accessibility in our workplace and in our service delivery. This is essential for developing, implementing, and responsibly scaling adoption of technology that works for everyone. GSA recognizes that the most effective teams are cross-functional and have diverse backgrounds, experiences, and skills—with high levels of cultural competency and inclusivity. By prioritizing an equity-focused, people-centered approach to our design practices, we can proactively reduce negative impacts and improve usability and accessibility of our products for the American people.

There is a significant opportunity to improve how the Federal Government designs and delivers services and experiences for the public. Federal agencies have expressed robust demand for support in this area. With its strong organizational culture, technology, and customer experience (CX) capabilities, GSA can continue to develop CX and equity-centered design capacity at partner agencies through TTS. These services support the Federal Government as it works to implement solutions that are simple, effective, equitable, and accessible to the public. For example, GSA focuses on broadening the public's access, particularly for historically marginalized communities that experience language access, accessibility and other types of barriers to civic participation, to voting registration information by improving vote.gov. As a response to user research and to comply with the Executive Order 14019 on Promoting Access to Voting (2021), the team behind this product has prioritized  providing voting registration information, including voting guides, in several languages.

For our partners and customers, GSA's solutions must represent the public it serves. Recognizing that equitable approaches lead to better outcomes for everyone, GSA strives to deliver with equity at the forefront of its services and solutions. This includes advising and leading inclusive design strategy; providing training, support, and best practices to delivery teams; and ensuring GSA's workforce has the skills to design, develop, and deliver equitable projects and products. During implementation, GSA:

- Advocates for an inclusive design mindset with GSA supervisors and leaders to strengthen team and portfolio capabilities through ongoing training, toolkit development, research, and more.

- Prioritizes, identifies, measures, and supports improved usability and accessibility for historically and socially marginalized communities, applying best practices during the design process to reduce negative impacts to these communities.

- Ensures inclusive representation of the public in user research practices, such as ongoing co-creation and participatory design.

- Defines and drives equity and accessibility best practices and requirements across GSA.

### Strategic Initiatives

1. **Increase user satisfaction with GSA websites and digital products, as well as agency partner websites, by focusing on accessibility, navigation, data integrity, and standardization.**
   a. Increase the adoption of GSA digital products and services that promote the 21st Century Integrated Digital Experience Act (IDEA) principles by increasing standardization among Government websites.

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 367 of 451

b.  Explore ways in which the USAGov program can increase government information sharing and accessibility to the public by continuing to offer information in Spanish and modern call center technology.

c.  Enhance the digital literacy of GSA website managers.

2.  **Expand data visibility and insight through increased outreach and resources for the Digital Analytics Program (DAP).**

a.  Upgrade tools and technologies to expand DAP capabilities for helping agencies understand how people find, access, and use Government services online.

| Goal Leaders | Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service<br>Krystal Brumfield, Office of Government-wide Policy<br>Exodie C. Roe, III, Office of Small and Disadvantaged Business Utilization |
|---|---|
| Contributing Programs | • Office of Strategic Communication<br>• Office of Customer Experience |

**Performance Goal 3.1.1 - Evaluate, rationalize, and modernize GSA technology and solutions to advance standardization among websites across Government**

**Benefit to the Public:**

Government websites and digital services are the primary means by which the public receives information from and interacts with the Federal Government. These websites and services help the public apply for benefits, search for jobs, comply with Federal rules, obtain authoritative information, and much more. Federal websites and digital services should always meet and maintain high standards of effectiveness and usability while providing quality information.

While the Government is required to purchase accessible IT products and services, many current solicitations fail to adhere to this requirement. When Federal agencies' solicitations and statements of work do not contain necessary requirements for companies to build Information & Communication Technology (ICT) digital assets in compliance with Section 508 standards, people with disabilities are excluded from essential services and opportunities. Increasing the percent of solicitations that require conformance to Section 508 reduces accessibility barriers and promotes equity and inclusion for people with disabilities.

GSA will model an effective digital agency by improving the accessibility of its own websites, products, and services. GSA assesses its websites and solutions to ensure that they meet or surpass the public's expectations, prioritizing elements outlined in the 21st Century IDEA, such as governance, data, search and navigation, engagement, and privacy.

**Performance Indicator Definition:**

(a) **Percent of public-facing production websites GSA owns or administers for others that conform to 21st Century IDEA standards, including GSA's customer-centricity requirements:**
    This indicator measures the percent of public-facing production websites GSA owns or administers for others that conform to 21st Century IDEA standards. The 21st Century IDEA is a Federal law aimed at improving the digital experience for government customers and reinforcing existing requirements for Federal public websites. 21st Century IDEA standards include requirements for

accessibility, governance, data, search and navigation, engagement, and privacy. GSA is assessing all of its digital services to prioritize those with the highest potential for usability improvements.

**(b)  Percent of TTS digital assets that are Section 508 compliant:**
This indicator calculates the percent of TTS digital solutions that meet Section 508 standards. Section 508 of the Rehabilitation Act of 1973 is a Federal law requiring that all electronic and information technology that is developed, maintained, or used by the Federal Government be accessible to people with disabilities.

TTS digital solutions and internal assets encompass a broad array of IT-related resources for agencies, industry, and the public to leverage. The scope of solutions includes:
- Data and analytics resources that include Data.gov, the DAP, Api.data.gov, and the Feedback Analytics Program.
- Innovation resources that include Challenge.gov, CitizenScience.gov, and 10X.
- Public experience resources that include Login.gov, USAGov, and the U.S. Web Design System.
- Cloud utilization resources such as Federal Risk and Authorization Management (FedRAMP), cloud.gov, and Cloud.gov Pages.
- Resources that promote common technology components that are modular, interoperable, and secure including Search.gov and Code.gov.
- Other resources such as DigitalGov University, DigitalGov Communities of Practice, US Digital Registry, Federal CrowdSource Mobile Testing Program, and Terms of Service.

**(c)  Percent of Information & Communication Technology (ICT) solicitations posted to SAM.gov that are required to comply with Section 508 provisions and adequately do so:**
This indicator is calculated using the Solicitation Review Tool (SRT), an artificial intelligence tool with an API connection to SAM.gov. The SRT scans SAM daily and uses machine learning to determine if the solicitations are supposed to have Section 508 language included. If so, the SRT determines if it does or does not adequately address Section 508 provisions.

## PI 3.1.1 (a) Percent of public-facing production websites GSA owns or administers for others that conform to 21st Century IDEA standards, including GSA's customer-centricity requirements
Lead Office: OCE

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 8% | 20% | 50% | 55% |
| Results | N/A | 4% | 15% | 47% | N/A | N/A |

## PI 3.1.1 (b) Percent of TTS digital assets that are Section 508 compliant
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 75% | 100% | 100% | 100% |
| Results | N/A | 53% | 80% | 87% | N/A | N/A |

## PI 3.1.1 (c) Percent of ICT solicitations posted to SAM.gov that are required to comply with Section 508 provisions and adequately do so

Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | Baseline | 5.00% | 10.00% | 15.00% | 20.00% |
| Results | N/A | 3.00% | 6.04% | 12.65% | N/A | N/A |

| Performance Goal 3.1.2 - Improve the public's ability to access resources by increasing usability, utility, and data integrity of public-facing Government websites. |
|---|

**Benefit to the Public:**
Government websites serve as a critical touchpoint between the public and Government. It is imperative that Government information and services located on public-facing websites are secure, easy to navigate, and can be accessed by the entire public. TTS solutions, like the U.S. Web Design System, Touchpoints, Search.gov, Forms Service, and others are built for agencies to use quickly in order to meet these needs, improving accessibility in servicing their constituents in a way that is consistent, innovative, and cost-effective.

**Performance Indicator Definition:**
**Number of websites utilizing GSA's Digital Analytics Program (DAP) (cumulative):**
This indicator measures the number of websites across the Government that utilize the set of digital analytics tools created by GSA, DAP. GSA's DAP currently provides three services:
- Free web analytics tools for public-facing Federal websites that are comprehensive and easy-to-use
- Scalable infrastructure for measuring a broad range of .gov sites (large and small)
- Training on analytics tools and reporting

## PI 3.1.2 Number of websites utilizing GSA's DAP

Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 6,300 | 6,800 | 7,350 | 7,700 |
| Results | N/A | 6,000* | 6,640* | 6,833 | N/A | N/A |

*Results are estimated based on criteria used to filter out testing sites to better count public-facing production websites.

## Strategic Objective 3.2

**Lead Government-wide adoption of shared technology solutions that improve digital governance, sharing, security, and interoperability.**

GSA is committed to providing technology support that builds digital capacity within Government agencies and ultimately makes it easier for the public to access the resources they need in the moments they most need them. GSA offers a diverse portfolio of shared technology solutions that helps agencies improve system security, interoperability, and digital delivery of information and services to the public. GSA is focused on implementing a market development and partnerships capability that will ensure GSA is ready to deliver technology solutions to Government's most pressing challenges. In doing so, GSA will continue to leverage its biggest strength — the ability to work with stakeholders to identify problems, develop solutions, and execute on those solutions.

### Strategic Initiatives

1. **Continue to grow and streamline targeted shared services that enable the public to easily and safely engage with the Government.**
   a. Improve the equity and security of identity verification for users of Government websites.
   b. Expand the Login.gov platform, enhancing Login.gov's current operational environment to further scale across Government and increase equitable access to websites and digital services.
   c. More effectively facilitate public access to Federal rulemaking and guidance information, streamline workflows for Federal rule makers, and support data tools to improve analysis of rulemaking data by Government and the public.

2. **Reduce public sector digital threats by expanding the Federal Risk and Authorization Management Program (FedRAMP).**
   a. Increase reuse of authorized cloud products.

3. **Be a partner and leader in facilitating the procurement of and access to authorized services and products to State, local, territorial, and Tribal governments.**
   a. Scale GSA's technology programs, products, and expertise to State, local, territorial, and Tribal governments where authorized.
   b. Deploy digital service teams to help State and local governments reduce duplication of services and more efficiently allocate IT funds from the Federal Government, where authorized.

| Goal Leader | Tom Howder, Federal Acquisition Service |
|---|---|
| **Contributing Programs** | ● Office of the Administrator<br>● Office of Congressional and Intergovernmental Affairs |

| Performance Goal 3.2.1 - Target the growth of shared security products to reduce digital threats |
|---|
| **Benefit to the Public:**<br>Cyber threats are constantly evolving. It is more urgent than ever for the public to gain fast, easy, and secure access to Government services. GSA plays a key role in providing shared security products to reduce digital threats Government-wide through FedRAMP capabilities.<br><br>FedRAMP is a Government-wide program in GSA's FAS TTS that promotes the adoption of secure cloud services across the Federal Government by providing a standardized approach to security and risk assessment for cloud technologies and Federal agencies. FedRAMP empowers agencies to use modern cloud technologies, with an emphasis on security and protection of Federal information. The Government uses FedRAMP authorized cloud systems to power Agency IT operations in providing Government services and information to the public. Faster authorization timelines allow agencies to more quickly modernize their IT and provide optimal citizen experiences. Once cloud products achieve FedRAMP authorization they can more easily be reused across Government. |
| **Performance Indicator Definition:**<br>(a) **Number of times FedRAMP authorized products have been reused by agencies (cumulative):** This indicator measures the number of FedRAMP authorized cloud products that are reused across the Government.<br><br>(b) **Average time to obtain a FedRAMP authorization through an agency (months):**<br>Agencies may work directly with a Cloud Service Provider for FedRAMP authorization. This measure tracks the time from cloud product submission to approval for agency-requested FedRAMP authorizations. |

## PI 3.2.1 (a) Number of times FedRAMP authorized products have been reused by agencies (cumulative)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | 2,760 | 3,174 | 5,353 | 7,500 | 9,000 |
| Results | 1,847 | 2,864 | 4,573 | 6,318 | N/A | N/A |

## PI 3.2.1 (b) Average time to obtain a FedRAMP authorization through an agency (months)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 8.34 | 8.04 | 7.20 | 6.20 | 6.20 | 4.00 |
| Results | N/A | 8.10 | 7.50 | 7.32 | N/A | N/A |

| Performance Goal 3.2.2 - Increase adoption of Login.gov |
|:--|
| ⊙ FY 2024 -2025 Agency Priority Goal |

**Benefit to the Public:**

GSA provides agencies with identity management solutions, such as Login.gov, that meet the latest security standards to counteract evolving cybersecurity threats. Login.gov is a secure sign-in service used by the American public to sign in to participating Government agencies, allowing them to access much of their information and service needs via a single username and password. As more agencies adopt GSA's identity management solutions, duplication of effort across the Government declines.

The effectiveness of Login.gov can be assessed by the number of people who use Login.gov, the number of identity verified users, and service applications that are using the platform.

**Performance Indicator Definition:**

(a)  **Number of Federal agencies and state partners using Login.gov (Revised):**
This indicator measures the number of agencies and state pausing Login.gov.

(b)  **Number of active users on Login.gov (in millions):**
This indicator measures the number of active users with a Login.gov account. The value of this measure resets to 0 each year to measure only those users who have accessed Login.gov during the current FY.

(c)  **Number of identity verified users on Login.gov (in millions) (New):**
Login.gov has two products. One is identity authentication and the other one is identity verification. This indicator measures the number of Login.gov users who have had their identity verified by Login.gov. Once verified, users are able to leverage multiple platforms securely.

(d)  **Number of Login.gov serviced applications:**
This indicator measures the number of Government services using Login.gov for identity verification.

## PI 3.2.2 (a) Number of Federal agencies and state partners using Login.gov (Revised)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|:--|:--:|:--:|:--:|:--:|:--:|:--:|
| **Target** | N/A | N/A | 31 | 40 | 50 | 52 |
| **Results** | 19 | 27 | 38 | 47 | N/A | N/A |

## PI 3.2.2 (b) Number of active users on Login.gov (in millions)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|:--|:--:|:--:|:--:|:--:|:--:|:--:|
| **Target** | N/A | N/A | 32.00 | 55.00 | 57.00 | 60.00 |
| **Results** | 14.00 | 16.00 | 41.04 | 49.05 | N/A | N/A |

J.R. 1458

## PI 3.2.2 (c) Number of Login.gov identity verified users (in millions) (New)

Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | Baseline | 3.5 | 7.5 |
| Results | N/A | N/A | N/A | 2.2 | N/A | N/A |

## PI 3.2.2 (d) Number of Login.gov serviced applications

Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 60 | 100 | 250 | 375 | 480 | 515 |
| Results | 83 | 199 | 322 | 453 | N/A | N/A |

## Strategic Objective 3.3

**Equip agencies with the knowledge and tools to strategically procure and deploy technology products and services.**

GSA has a track record of providing modern products and services and enabling capabilities on a cross-agency basis. This includes the provision of technical services and an array of digital products and programs that are available on a Government-wide scale. The current Administration has invested significantly in technology and positioned GSA as the "tip of the spear" to expand technology modernization and digital transformation across the Federal Government. This is an opportune moment to be ambitious and aggressive in driving transformational change on behalf of the American people.

### Strategic Initiatives

1. **Be the premier provider of shared digital services and solutions for Government.**
   a. Position GSA's TTS more prominently in the Federal market.
   b. Emphasize innovative technology expertise in people, services, and solutions to accelerate IT modernization in Government.

2. **Drive technology modernization and increase technology acumen across Government by expanding innovative accelerators.**
   a. Expand the use of innovative accelerators and communities of practice to drive technology modernization with agency partners and deepen the pool of technology acumen across Government.
   b. Continue to improve and iterate on the Federal IT Dashboard to support greater transparency into agency IT business and management data to enable better decision making.

3. **Leverage the Technology Modernization Fund to drive high-impact, urgent IT modernization, providing funding that is aligned with the needs of Federal agencies and the fast pace of changing technology.**
   a. Actively work with agencies pre- and post-award to ensure that projects are well-designed and set up for success.
   b. Support modernization of cybersecurity, public-facing digital services, high-value assets, and Government-wide collaboration and shared services.

4. **Increase the technological capabilities of the Federal Government and support GSA's diversity, equity, inclusion, and accessibility priorities by expanding the digital workforce and combating current disparities within the Federal IT workforce.**
   a. Attract talent by creating new pathways for early career and diverse technologists to enter Government through programs such as the U.S. Digital Corps.
   b. Continue to champion diversity, equity, inclusion, and accessibility best practices within GSA and share learnings across Government.

| Goal Leaders | Tom Howder, Federal Acquisition Service |
|---|---|
|  | Krystal Brumfield, Office of Government-wide Policy |

J.R. 1460

| Contributing Programs | • Office of the Chief Financial Officer |
|---|---|
| | • Office of Human Resources Management |
| | • GSA IT |
| | • Technology Transformation Services |

| **Performance Goal 3.3.1 - Increase Government technology acumen and adoption** |
|---|

**Benefit to the Public:**
Agency adoption of TTS products and services enable IT modernization, which leads to an optimal experience for the public when interacting with the Government online. To accelerate IT modernization Government-wide, TTS programs, such as the Centers of Excellence value collaboration, rely on best practices, look to centralized resources, and innovate from within. The 18F program applies agile methods to modernize software while developing open, crowd-sourced, accessible resources. The Digital.gov program hosts Communities of Practice with the primary purpose of collaborating and sharing resources with others across Government.

**Performance Indicator Definition:**
Number of agencies using TTS consulting services:
This indicator measures the number of agencies and sub-agencies modernizing their services through the use of TTS consulting  experts from 18F, COE, PIF and USDC.

## PI 3.3.1 Number of agencies using TTS consulting services
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | 82 | 79 | 79 | 79 |
| **Results** | 57 | 74 | 79 | 74 | N/A | N/A |

| **Performance Goal 3.3.2 - Increase usage and satisfaction with GSA's shared digital services and solutions** |
|---|

**Benefit to the Public:**
TTS plays a critical role within the Federal technology ecosystem by providing valuable digital services and capabilities. TTS's subject matter experts help Federal agencies modernize their technology to deliver services more efficiently and equitably.

Tracking business volume for TTS demonstrates demand for products and services across Government and continued growth of the organization. It also shows progress towards a sustainable business model and the ability of the organization to meet the IT modernization needs of Federal agencies.

As agencies seek to capitalize on a growing array of technology-driven opportunities, it is important that TTS effectively communicate its value to the Government and scale its business to maximize the benefits they deliver. The Net Promoter Score (NPS) will assist TTS and GSA in identifying areas of strength and opportunities for improving TTS offerings.

**Performance Indicator Definition:**

(a) **TTS business volume (in millions):**
This indicator measures the amount of consulting work and services TTS provides to agency partners.

(b) **Agency partner satisfaction - NPS:**
This indicator measures the loyalty of customers to TTS services. A "great" score is between 30-70.

### PI 3.3.2 (a) TTS business volume (in millions)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | $88.20 | $110.50 | $123.80 | $157.00 | $157.00 | $330.78 |
| Results | $76.00 | $96.30 | $112.48 | $131.10 | N/A | N/A |

### PI 3.3.2 (b) Agency partner satisfaction - NPS
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 45.0 | 41.2 | 30.0 | 35.0 |
| Results | N/A | 41.0 | 34.9* | 21.2 | N/A | N/A |

*FY 2022 result was revised from previously reported figures. Data validation confirmed an error in calculation that was corrected.

| Performance Goal 3.3.3 - Increase Federal IT modernization |
|---|

**Benefit to the Public:**

The American Rescue Plan (ARP) is delivering direct relief to the American people, addressing the consequences of the pandemic, and revitalizing the American economy. TTS continues to actively support the ARP through the Federal Citizens Services Fund (FCSF), which received ARP funds to build more secure and effective public digital experiences. TTS is reimagining the delivery of digital services to improve transparency, security, and efficiency to bolster public confidence in Government. The adoption of ARP-funded initiatives is important to help the Government modernize IT and provide trustworthy, seamless, and optimal experiences for the public.

The Office of Government-wide Policy's modernized Federal IT Dashboard made its public debut with the President's FY 2023 budget submission to Congress in 2022. The Dashboard initially contained IT budget and management information, however, GSA and OMB's Office of the Federal Chief Information Officer (CIO) plan to expand the platform by adding a new data source each year, increasing the public transparency of Federal IT initiatives, cost, and management practices. Decisions on information made publicly available will be approved by OMB.

**Performance Indicator Definition:**

**(a) Percent of Federal Citizen Services Fund (FCSF)'s American Rescue Plan (ARP) funds that have been obligated (cumulative):**
This indicator assesses GSA's progress in awarding ARP funds to FCSF projects. The FCSF received $150 million from ARP to enhance the Government's ability to operate digitally. Projects can be near-term or longer-term initiatives.

**(b) Number of data sources displayed on the modernized Federal IT Dashboard (cumulative):**
This indicator measures the cumulative count of the number of Federal IT-related data sources shown on the modernized Federal IT Dashboard.

### PI 3.3.3 (a) Percent of FCSF's ARP funds that have been obligated (cumulative)
Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 50.00% | 78.00% | 100.00% | N/A* |
| Results | N/A | 2.20% | 35.23% | 69.00% | N/A | N/A |

*FCSF ARP funding expires at the end of FY 2024.

### PI 3.3.3 (b) Number of data sources displayed on the modernized Federal IT Dashboard (cumulative)
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | Baseline | 2 | 3 | 4 | 5 |
| Results | N/A | 1 | 2 | 3 | N/A | N/A |

| Performance Goal 3.3.4 - Expand the diversity of the digital workforce |
|---|

**Benefit to the Public:**
To design and develop technology that meets the needs of the public, the Government needs to have a digital workforce that represents the diversity of the United States along the lines of gender, race, age, and ethnicity. Expanding the diversity of the digital workforce will help ensure that Government services and users' experience are equitable and accessible. While TTS programs such as 18F and the Presidential Innovation Fellows provide compelling civic career pathways for mid-to-senior career technologists, there has long been a need for entryways into public service for technologists early in their career. The new U.S. Digital Corps program is designed to increase diversity in the technology workforce and attract junior technologists to Government service.

**Performance Indicator Definition:**
**Number of new hires for the U.S. Digital Corps program:**
This indicator measures the number of fellows hired into the Digital Corps program during the year.

**PI 3.3.4 Number of new hires for the U.S. Digital Corps program**

Lead Office: FAS TTS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | Baseline | 20 | 40 | 60 | 80 |
| **Results** | N/A | 0 | 38 | 48 | N/A | N/A |

## Strategic Goal 4: Government Operations

### A Government that capitalizes on interagency collaboration and shared services to make informed management decisions and improve operations, delivering value for the American people

Government agencies are best able to execute their mission when they have well-informed decision-making capabilities, affordable and readily accessible solutions to operate key functions, and strong policy development and implementation practices. Yet agencies face a daunting task to develop and periodically upgrade these "building blocks'' on their own. Common sense dictates that agencies benefit when they are able to use the practices, processes, and expertise of other agencies and the broader ecosystem of stakeholders that work with the Government.

GSA plays a unique role in bringing together Federal agencies, industry, academia, and subject-matter experts to make Government more effective, efficient, and responsive to the American people. The "Government Operations" Strategic Goal emphasizes the communication channels, processes, tools, and services that collectively serve as an accelerator for sharing and applying knowledge across the Executive branch enterprise.

## Strategic Objective 4.1

**Build evidence-based capacity and foster interagency collaboration to strengthen operational effectiveness at GSA and across Government.**

Analysis and evaluation are critical to assess operational effectiveness and inform decision making for Government agencies. However, many agencies lack adequate mechanisms for rigorous evaluations. GSA is leading Government-wide efforts to develop evidence-building and evaluation to enhance strategic analysis and build organizational capacity. GSA can use its experience in growing these capabilities internally to assist other agencies with their efforts to establish robust evidence and evaluation activities.

Government agencies also face common management challenges that can lead to inefficiencies and drain resources. Agencies benefit from interagency collaboration to address these challenges effectively and holistically. GSA convenes interagency forums to tackle significant issues to benefit the whole of Government. Among these, the Federal Executive Councils and communities of practice bring together a wide variety of capabilities and expertise to address common challenges and create effective policy across Government.

### Strategic Initiatives

1.  **Expand Government-wide evidence and evaluation capacity.**
    a.  Conduct robust evaluations to examine and improve program effectiveness in support of agencies' priorities and to build Government-wide knowledge.
    b.  Build portfolios of evidence, tackling pressing topics with multiple agencies to accumulate a robust body of evidence.
    c.  Expand capacity-building efforts through the established Evaluation Fellowship program, pairing external academic talent with pressing agency challenges.
    d.  Support agencies using existing administrative data to drive, inform, and improve decision making in priority areas.

2.  **Foster and manage Government-wide communities of practices to enable innovation.**
    a.  Build on the progress of the active and robust communities of practice GSA administers to strengthen the Federal workforce, spur innovation, enable adoption of emerging technologies, and create opportunities to improve the effectiveness and efficiency of Government.

3.  **Leverage interagency forums to tackle key management challenges.**
    a.  Provide support to drive collaboration within and among the Federal Executive Councils.

| Goal Leader | Krystal Brumfield, Office of Government-wide Policy |
|---|---|
| Contributing Programs | ● Federal Acquisition Service<br>● Public Buildings Service |

J.R. 1466

| | |
|---|---|
| **Performance Goal 4.1.1 - Develop and implement evaluation designs and methods on high-priority, high-impact Government-wide programs.** | |

**Benefit to the Public:**

By monitoring the percentage of Government-wide evaluations that GSA completes each year on behalf of other agencies where the findings are applied, GSA acts to bolster the public's confidence that Government programs, policies, and operations are supported by rigorous evidence and evaluated objectively. Rigorous evidence improves the effectiveness of Government-wide programs and increases cost-avoidance.

**Performance Indicator Definition:**

**Percent of Government-wide evaluations where findings are applied (New):**

This indicator measures the percentage of Government-wide evaluations that GSA completes each year on behalf of other agencies where evidence or learnings are applied by the agency after the evaluations have been completed. The results for this measure use evaluation applications from the previous fiscal year.

**PI 4.1.1 Percent of Government-wide evaluations where findings are applied (New)**
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | N/A | Baseline | 50% | 60% |
| **Results** | N/A | N/A | N/A | 60% | N/A | N/A |

## Strategic Objective 4.2

**Improve centralized services and shared solutions that promote cost savings and environmental sustainability, enabling agencies to focus on mission delivery.**

Despite annual Federal spending of roughly $25 billion on mission-support services[1], 38% of agency leaders still report low satisfaction with services such as hiring, financial management, grants management, procurement, and travel. With many agencies managing these services in-house, the Federal Government has missed opportunities to leverage economies of scale and expertise. In addition, redundant IT solutions across agencies are costly and difficult to secure against cybersecurity threats.

Shared Services is an industry best practice to improve the quality and performance of mission-support services in a manner that enables agencies to focus on their missions and better serve the American public. GSA plays a central role in developing policy, best practices, and strategic planning for mission-support shared services across Government. GSA has led in educating and helping Government agencies understand the cost and operational benefits of shared solutions and centralized services. GSA regularly assesses agency progress at standardizing and consolidating work processes. That, in turn, facilitates opportunities to consolidate specific services and drive increased adoption across the Federal enterprise.

GSA's Fleet services is an excellent example of a centralized service provided for the benefit of all agencies. The Fleet program works to efficiently acquire and deploy vehicles in support of agency missions—increasingly through the procurement of zero-emission vehicles (ZEVs) and electric charging infrastructure. These efforts work to promote adoption of ZEVs across Government. This will reduce greenhouse gas emissions and lower the cost of operating motor vehicle fleets in the future. Using this best-in-class shared service model, agencies can focus on their core mission delivery while decreasing emissions.

Through the increased adoption of high-performing centralized services and shared solutions, the focus of the Government's workforce, technology, and funding resources will be better aligned to delivering on mission to the American people.

### Strategic Initiatives

1. **Increase adoption of GSA's existing shared services by other agencies.**
   a. Increase the use of GSA's existing portfolio of solutions and services by large and small agencies as well as Presidential and Congressional commissions and boards.

2. **Increase standardization of business requirements to inform and facilitate agency decisions on shared services adoption.**
   a. Continue to convene the interagency Business Standards Council (BSC) to coordinate agreement among the BSC, relevant Executive Councils, and OMB on advancing common mission-support business standards.
   b. Enroll new mission-support functions into the business standards community and provide the tools necessary to complete standards.
   c. Promote using the business standards in readiness assessments, performance management frameworks, procurements, and investment planning.

---

[1] Refer to OPM Fedscope (2016), FPDS (2016), and IT Dashboard (2016)

Case 8:25-cv-03644-TDC    Document 19-17    Filed 03/11/26    Page 383 of 451

3. **Facilitate the movement of agency-owned vehicles into the GSA leased fleet to reduce cost and improve service for Federal agencies.**
   a. Continue to work with customers to consolidate their agency-owned vehicles into the GSA leased fleet.

4. **Reduce the carbon emissions of the Federal fleet by increasing offerings and acquisition of ZEVs.**
   a. Deploy ZEVs within the GSA-leased and agency-owned fleets as they become available in the market and can meet customer mission requirements.
   b. Continue to educate customers on available ZEVs that can replace fossil-fueled vehicles and reduce carbon emissions, expanding ZEV deployment efforts Government-wide.

5. **Enable Federal agencies to acquire Electric Vehicle Supply Equipment (EVSE).**
   a. Partner with agencies to deploy and install EVSE at Federal facilities to accommodate an expected increase in ZEVs within the Federal fleet.
   b. Expand contract offerings and customer tools to provide a wide variety of EVSE hardware, software, and options Government-wide.
   c. Establish construction contracts to allow for installation of EV charging stations in Federal facilities when new construction or repair and alteration work is being done.

6. **Leverage the installation of telematics to measure and drive the reduction of carbon emissions.**
   a. Continue to install telematics on all appropriate new GSA Fleet vehicle acquisitions.
   b. Support customer agencies requesting to retrofit their existing fleet with telematics.

7. **Acquire and deliver a travel services shared solution to all civilian agencies.**
   a. Deliver an end-to-end travel and expense service—E-Gov Travel Service Next—that results in a more efficient Government-wide travel and expense marketplace.

| Goal Leaders | Krystal Brumfield, Office of Government-wide Policy<br>Tom Howder, Federal Acquisition Service<br>Elliot Doomes, Public Buildings Service |
|---|---|
| Contributing Programs | • Office of the Chief Financial Officer<br>• Office of Congressional and Intergovernmental Affairs<br>• GSA IT |

**Performance Goal 4.2.1 - Address the climate crisis through zero-emission fleet vehicles**
◉ FY 2024 -2025 Agency Priority Goal

**Benefit to the Public:**
As part of its efforts to tackle the climate crisis and support the reduction of carbon emissions, GSA is focused on the adoption and deployment of zero-emission vehicles (ZEVs). Given GSA's expertise in fleet management and its role as the mandatory purchasing source for non-tactical vehicles purchased in the United States, GSA is positioned to assist agencies with procuring and leasing ZEVs and deploying critical electric vehicle supply equipment that will together reduce harmful GHG emissions. Working with industry to bring the latest automotive technology to the Federal Government and

tracking its implementation and usage will demonstrate how ZEV deployment is making meaningful contributions to address the climate crisis. Additionally, increasing ZEV purchases can generate demand within industry and further the development of electric vehicle technology, benefiting the American consumer as well.

**Performance Indicator Definition:**

(a)  **Percent of new vehicle orders that are ZEVs compared to the total number of vehicles ordered in FY where an affordable EV was available:**

This indicator calculates the percent of new purchases or leases that are ZEVs compared to the total number of vehicles procured in the FY where an affordable ZEV was available. To calculate the percentage, the denominator is the total number of vehicle purchases that have an affordable ZEV option (i.e., price does not fall outside of general reasonableness) at the time of purchase. The numerator is the total number of ZEVs procured by GSA.

(b)  **Percent miles per gallon improvement on vehicle replacements in the GSA leased fleet:**
This indicator calculates the miles per gallon (MPG) rating (based on the combined MPG published on fueleconomy.gov) for the new leased vehicle compared to the MPG rating for the outgoing vehicle. Calculation is performed for all newly leased vehicles in the fiscal year that replace an outgoing vehicle. MPG calculation is restricted to light-duty vehicles (those with a gross vehicle weight rating less than 8,500 lbs.). Additional vehicles or those replacing a vehicle larger than light-duty are excluded from the calculation as the automaker is not required to publish fuel economy data on those vehicles.

(c)  **Number of electric vehicle supply equipment (EVSE) building assessments completed (New):**
This indicator measures the building assessments completed to evaluate viability and capacity of a facility's infrastructure to support conversion to an electric vehicle fleet.

## PI 4.2.1 (a) Percent of new vehicle orders that are ZEVs compared to the total number of vehicles ordered in FY where an affordable EV was available
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 10.00% | 25.00% | 30.00% | 32.00% |
| Results | 1.70% | 6.74% | 20.27% | 26.48% | N/A | N/A |

## PI 4.2.1 (b) Percent miles per gallon improvement on vehicle replacements in the GSA leased fleet
Lead Office: FAS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | 21.00% | 23.00% | 25.00% | 28.00% |
| Results | 19.60% | 18.49% | 25.29% | 37.10% | N/A | N/A |

## PI 4.2.1 (c) Number of EVSE building assessments completed (New)
Lead Office: PBS

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | N/A | 335 | 60 |
| Results | N/A | N/A | N/A | N/A | N/A | N/A |

| Performance Goal 4.2.2 - Increase the collection and application of climate information to operations and investments |
|---|

**Benefit to the Public:**
GSA leverages the collection and analysis of forward-looking climate information to ensure sound planning and risk management practices in agency operations. The assessment of this climate information helps GSA safeguard asset management and capital investments in acquisition services and the real estate portfolio. A well coordinated and implemented climate risk management plan is essential for readiness of GSA and its stakeholders.

**Performance Indicator Definition:**
(a) **Number of Federal suppliers that have disclosed their climate information to GSA (cumulative) (New):**
This indicator measures the total number of Federal suppliers that have disclosed their climate information to GSA via the CDP (formerly the Carbon Disclosure Project) reporting platform. The more data that GSA is able to gather on the Federal supply chain, the more informed decisions will become, helping to identify climate risk hotspots and intervention strategies.

(b) **Percent of priority climate adaptation actions addressed and completed (New):**
This measure tracks GSA's evaluation and management of climate risks identified in the GSA Climate Change Risk Management Plan. Addressing these actions positions GSA to enhance revenue streams, decrease costs of contracting for climate risk related services (e.g., quality assurance, best cost, and geographic bundling) and cost avoidance through effective climate risk management.

## 4.2.2 (a) Number of Federal suppliers that have disclosed their climate information to GSA (cumulative) (New)
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | Baseline | 270 | 300 |
| Results | 135 | 153 | 186 | 224 | N/A | N/A |

### 4.2.2 (b) Percent of priority climate adaptation actions addressed and completed (New)

Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | N/A | 75% | 80% | 83% |
| Results | N/A | N/A | 51% | 89% | N/A | N/A |

## Strategic Objective 4.3

**Deliver smart policies, regulations, and workforce training that inform management decisions and help agencies streamline operations.**

A streamlined Government enables mission success, improves citizen experience, and promotes savings. Key to improving Government operations is having accurate and reliable data that helps decision makers manage assets effectively, develop balanced operating policies and procedures, and provide the right skills-based training to the Federal workforce.

This strategic objective focuses on three specific areas where improving data quality and access can have a meaningful impact on Government operations: asset management, policy formulation, and workforce skills.

### Strategic Initiatives

1.  **Improve the accuracy of Government-wide real property data through consistent data standards and management.**
    a.  Improve the consistency and accuracy of Government-wide real property data.
    b.  Establish real property data standards that should improve data consistency.
    c.  Leverage geospatial data tools to assist agencies to validate and verify data to improve data accuracy and completeness.

2.  **Assess Government-wide effectiveness of GSA's policy initiatives.**
    a.  Establish a method to regularly gather feedback on GSA policy initiatives from key policy stakeholders and agency users across Government.
    b.  Implement policy initiatives that result in 75 percent of respondents rating those initiatives as effective.
    c.  Analyze survey responses to identify areas for improvement in creating, communicating, and implementing policy initiatives.

3.  **Evaluate and adapt policy compliance training for agencies.**
    a.  Track the volume and effectiveness of compliance training, ensuring that it provides the necessary breadth and depth of education while remaining accountable to constantly improve training.

| Goal Leader | Krystal Brumfield, Office of Government-wide Policy |
|---|---|
| **Contributing Programs** | ● Office of Customer Experience<br>● Public Buildings Service<br>● Federal Acquisition Service<br>● GSA IT |

| Performance Goal 4.3.1 - Improve Government-wide real property data |
| --- |
| **Benefit to the Public:**<br>Accurate location data for Federal assets is essential for stakeholders, such as real estate developers and telecommunications providers, for, among other things, the expansion of broadband services. Accurate data is also critical for improving management of the Federal Government's real estate portfolio and maximizing value to the taxpayer. |
| **Performance Indicator Definition:**<br>(a) **Percent of domestic Federal real property assets with geocodable or mappable location data:** This indicator measures the percent of the U.S.-based Federal real property assets with location data (such as address or latitude/longitude) that allows the asset to be accurately displayed on a map. This is determined through geospatial analysis of data submitted to the Government-wide Federal Real Property Profile (FRPP) system.<br><br>(b) **Percent of true real property data errors:** The percent of true real property data errors is determined through an analysis conducted on data submitted to the FRPP and confirmed/resolved by agencies during the data validation and verification process. A true error represents GSA-identified anomalies in the data set that have been verified by the landholding agency. |

## PI 4.3.1 (a) Percent of domestic Federal real property assets with geocodable or mappable location data
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| --- | --- | --- | --- | --- | --- | --- |
| **Target** | N/A | N/A | 75.0% | 85.0% | 88.0% | 89.0% |
| **Results** | N/A | 70.0%* | 75.1% | 82.3% | N/A | N/A |

*Prior to FY 2022, results were always delayed until after publication of the Annual Performance Report (APR). Beginning in FY 2022, the fiscal year results for both measures are based on the prior fiscal year's data to account for the delay. In light of this change, results prior to FY 2022 were adjusted forward by one year to reflect the change in reporting period.

## PI 4.3.1 (b) Percent of true real property data errors
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| --- | --- | --- | --- | --- | --- | --- |
| **Target** | N/A | 12.00% | 10.00% | 7.50% | 6.50% | 6.25% |
| **Results** | 19.43%* | 15.34%* | 9.27% | 9.91% | N/A | N/A |

*Prior to FY 2022, results were always delayed until after publication of the Annual Performance Report (APR). Beginning in FY 2022, the fiscal year results for both measures are based on the prior fiscal year's data to account for the delay. In light of this change, results prior to FY 2022 were adjusted forward by one year to reflect the change in reporting period.

| Performance Goal 4.3.2 - Implement effective policy support services |
|---|
| **Benefit to the Public:**<br>Rulemaking is a lengthy activity. Given that GSA can focus on a finite number of rules each year, it is important to measure the impact of the rules to the Federal workforce. This indicator will enable GSA to more effectively prioritize and plan its rulemaking agenda. The survey will measure how well GSA is seen as a trusted partner for policy collaboration, guidance, and support to determine effectiveness. |
| **Performance Indicator Definition:**<br>Percent of users that rate OGP policy support services as effective (Revised):<br><br>This performance indicator calculates the percentage of survey respondents who rate specific aspects of OGP policy implementation services as effective. OGP will survey key stakeholders and agency users on policy services and communications in the annual portfolio (portfolio policy initiatives change from year to year). |

### PI 4.3.2 Percent of users who rate OGP policy support services as effective (Revised)
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | Baseline | 75% | 80% | 82% |
| **Results** | N/A | N/A | 73% | N/A* | N/A | N/A |

*Results from the FY 2023 survey were not statistically significant, rendering the indicator unratable.

| Performance Goal 4.3.3 - Deliver quality policy compliance training to agencies regarding policies, regulations, and best practices |
|---|
| **Benefit to the Public:**<br>Developing and delivering training takes many resources. By capturing effectiveness, OGP can measure effectiveness of training(s) and gain insights into the knowledge or skill gaps of the Federal workforce and develop training to address them to ensure OGP is providing the best value to agencies and serving as the trusted partner for policy and guidance on Government-wide initiatives. |
| **Performance Indicator Definition:**<br>Percent of training attendees that rate OGP-led Government-wide training effective:<br>This performance indicator calculates the percentage of survey respondents who rate specific Government-wide training as effective. OGP will survey training attendees after each course/event to measure effectiveness of training. |

### PI 4.3.3 Percent of training attendees that rate OGP-led Government-wide training effective
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | Baseline | 90% | 91% | 92% |
| **Results** | N/A | N/A | 90% | 91% | N/A | N/A |

## Key Capabilities

## Efficient, effective support services that equip GSA to readily deliver on its mission

GSA's key capabilities encompass the people, processes, and technology that support the agency in achieving the strategic goals and objectives laid out in the GSA Strategic Plan and Annual Performance Plan. These capabilities are primarily internally focused, cross-cutting, and enduring. They underpin the unique value GSA provides to its customer agencies, industry partners, and ultimately, the American people. GSA's commitment to maintaining and strengthening these key capabilities creates the conditions for achieving strong outcomes for the agency. GSA's key capabilities focus areas are:

- People-First Culture Prioritizing Diversity, Equity, Inclusion, and Accessibility

- Evidence-Based Management Grounded in Strong Data Governance and Analytics

- Efficient Operating Processes Driven by Leading Technology

- Exceptional Customer Experience Delivery

| KC 1 - Effectiveness of GSA CXO functions, as measured by Government-wide Customer Satisfaction Survey |
| --- |
| **Benefit to the Public:** Efficient and effective support functions contribute to GSA's ability to provide low-cost, high-quality products and services. This focus on internal excellence is carried forward in how GSA provides mission-support services to the Government-wide community, decreasing the cost burden to agency customers and allowing them to devote more funding to mission delivery for the American public. |
| **Performance Indicator Definition:** Computed from the PMA Benchmarking Initiative's Customer Satisfaction Survey, the indicator consists of an equally weighted composite customer satisfaction score for GSA's CXO's functions — acquisition, financial management, human capital, IT, and shared services on a 1-to-7-point scale. |

### KC 1 Effectiveness of GSA CXO functions, as measured by Government-wide Customer Satisfaction Survey

Lead Office: OCE

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| --- | --- | --- | --- | --- | --- | --- |
| **Target** | 5.27 | 5.40 | 5.45 | 5.70 | 5.67 | 5.68 |
| **Results** | 5.49 | 5.75 | 5.68 | 5.63 | N/A | N/A |

J.R. 1476

| KC 2 - Total GSA operating cost as a percentage of goods and services provided |
|---|
| **Benefit to the Public:**<br>Efficient GSA internal operations decrease the cost burden to agency customers, freeing up funds to meet mission objectives. |
| **Performance Indicator Definition:**<br>For all of GSA's major products or services, the total operating costs, both direct and indirect, are divided by GSA's gross margin. |

## KC 2 Total GSA operating cost as a percentage of goods and services provided* (Revised)
Lead Office: OCFO

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | N/A | 19.60% | 18.50% | 17.92% |
| **Results** | 17.06% | 17.91% | 18.22% | 19.14% | N/A | N/A |

*Revised methodology changed the denominator from gross revenue to gross margin (which nets out the cost of goods sold) in an effort to control for fluctuations in business volumes. Historical results were re-baselined using this methodology.

| KC 3 - GSA Overall Employee Engagement Index (EEI) |
|---|
| **Benefit to the Public:**<br>It is no secret that highly engaged employees tend to perform their jobs more effectively, which in turn has benefits for team productivity and overall organizational results. An engaged workforce at GSA therefore delivers better products and services for their customer agencies and for the American public. |
| **Performance Indicator Definition:**<br>The U.S. Office of Personnel Management (OPM) measures an Employee Engagement Index, which assesses conditions conducive for employee engagement. Questions from the OPM Federal Employee Viewpoint Survey (FEVS) are used to calculate the Employee Engagement Index. The index comprises FEVS questions in three subcategories: "Leaders Lead," "Supervisors," and "Intrinsic Work Experience." The index is calculated by taking the average percent positive response to each of the FEVS questions in the three subcategories. |

## KC 3 GSA Overall Employee Engagement Index (EEI)
Lead Office: Service & Staff Offices

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | 78% | 83% | 83% | 83% | 85%* | +1% OR Prior Result* |
| **Results** | 83% | 83% | 83% | 85% | N/A | N/A |

*If EEI score decreases from previous year, then the target would be a 1 percent increase from prior year's result. If EEI score remains constant or increases from previous year, target would equal prior year's result.

## KC 4 - GSA Federal Information Technology Acquisition Reform Act (FITARA) Scorecard Score

**Benefit to the Public:**
The FITARA Scorecard is important in providing transparent measurement of how agencies are achieving incremental implementation of the legislation aimed at improving their IT acquisitions and operations. The scorecard also drives accountability for IT investments and promotes cost savings for agencies.

**Performance Indicator Definition:**
FITARA was passed in 2014 to modernize the Federal Government's IT. Since the law's implementation, the House Committee on Oversight and Reform and the GAO have worked together to release a scorecard that assesses agencies' FITARA implementation efforts. Agency FITARA grades typically reflect GAO's analysis of how agencies are performing in numerous IT categories.

### KC 4 GSA FITARA Scorecard Score
Lead Office: GSA IT

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | B+ | B+ | B+ | B+ | B* | B* |
| **Results** | A+ | A+ | B+ | B | N/A | N/A |

*Plus and minus modifiers to letter grades were removed from the FITARA scoring methodology in FY 2023. The FY 2024 and FY 2025 targets have been modified to reflect this change.

## KC 5 - Percent of GSA Staff to Receive Account Access and Standard Laptop on Day 1

**Benefit to the Public:**
This indicator demonstrates both HR and IT readiness, enabling a seamless onboarding and productive new hire experience on their first working day at GSA. This contributes to overall employee productivity and satisfaction with GSA internal operations.

**Performance Indicator Definition:**
This indicator focuses on improving the new hire experience by measuring how quickly GSA IT is able to respond and deliver a standard laptop and account access to new staff on their first day (in-person or virtual), when laptop requests are submitted more than 10 days from their entry on duty date.

### KC 5 Percent of GSA Staff to Receive Account Access and Standard Laptop on Day 1
Lead Office: GSA IT

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% | 95.0% |
| **Results** | 98.0% | 98.3% | 98.2% | 97.2% | N/A | N/A |

| KC 6 - Percent of GSA Business Applications Hosted in the Cloud |
|---|
| **Benefit to the Public:** <br> Cloud-based business applications provide better security of the public's information, often at lower costs. They also create an increased ability for integration and analysis of data which enables GSA to make smarter policy and program decisions on behalf of customer agencies and the public. By increasing the percentage of GSA business applications hosted in the cloud, GSA is better poised to take advantage of these benefits. |
| **Performance Indicator Definition:** <br> This indicator measures the percent of GSA business applications hosted in the cloud. Business applications are a subset of the FISMA system/subsystem inventory maintained by the GSA IT security team. The scope of business applications includes systems that provide a business capability, are directly used by a user or customer via a graphical user interface, have a business and technical sponsor/owner, use and process data, and are deployed in a production environment. If a business application utilizes a hybrid cloud environment, it is considered a cloud system for this metric. |

## KC 6 Percent of GSA Business Applications Hosted in the Cloud

Lead Office: GSA IT

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| **Target** | N/A | N/A | N/A | 53.0% | 53.5% | 54.0% |
| **Results** | 39.1% | 49.2% | 52.7% | 53.4% | N/A | N/A |

| KC 7 - Competition Rate for GSA Acquisitions |
|---|
| **Benefit to the Public:** <br> GSA must ensure that internal operations are efficient and effective to support low-cost, high-quality products and services. This focus on internal excellence is carried forward in how GSA provides mission-support services to the Government-wide community. By providing a strong competition rate for GSA acquisitions, GSA is able to provide agency customers with more competitive pricing, a greater variety of offerings, and higher product and service quality. This in turn creates economic opportunities for a wide spectrum of vendors. |
| **Performance Indicator Definition:** <br> Provided from Federal Procurement Data System (FPDS) source data, this indicator is calculated by using the percentage of obligated dollars that are completed annually against total obligations. Non-competitive obligations to mandatory sources (i.e., coded as "authorized by Statute") are excluded from the calculation. |

## KC 7 Competition Rate for GSA Acquisitions
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Results | 92.0% | 90.7% | 90.1% | 91.0% | N/A | N/A |

| KC 8 - Number of Completed Evaluations at GSA |
|---|
| **Benefit to the Public:** |
| Rigorous evidence and evaluations improve the effectiveness of GSA programs and reduce costs. A strategic portfolio of evaluations informs key investments as well as programmatic and policy decisions. The results of all completed evaluations are shared publicly. |
| **Performance Indicator Definition:** |
| As GSA grows capacity to build and use rigorous evidence, the agency is developing a portfolio of rigorous evaluations.  This indicator tracks the number of completed evaluations at GSA between FY 2022 and FY 2026. |

## KC 8 Number of completed evaluations at GSA
Lead Office: OGP

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | Baseline | 4 | 6 | 6 | 8 |
| Results | 0 | 0 | 5 | 7 | N/A | N/A |

| KC 9 - Equity and Organizational Effectiveness Optimization Measure (EOEOM) |
|---|
| **Benefit to the Public:** |
| GSA is better able to deliver on its promise of an equitable exceptional customer experience by tracking and reporting on the agency's enterprise-wide DEIA and Equity maturity level. The performance indicator will inform and drive actions that build capacity for effective implementation of Executive Order 14035, Diversity, Equity, Inclusion, and Accessibility in the Federal Workforce, Executive Order 13985, Advancing Racial Equity and Support for Underserved Communities Through the Federal Government, Executive Order 14091, Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government, GSA's FY 2022 - 2026 Strategic Plan's Key Capability "A People-First Culture Prioritizing Diversity, Equity and Inclusion, and Accessibility", and GSA's Equity and DEIA Strategic Plans. |

> **Performance Indicator Definition:**
> This indicator assesses GSA's progression toward a mature DEIA enterprise and the integration of equity into the agency's service delivery and operations, leveraging the Office of Personnel Management (OPM) Maturity Self-Assessment tool to inform/develop the GSA-specific DEIA and Equity maturity model. The model captures data across four categories: Governance, Workforce Planning, Workforce Transformation, and Leadership Effectiveness. The performance measure values will be the cumulative score of the primary Signals of Maturity (SoM). When calculating the cumulative total, each SoM will be equally weighted.

## KC 9 Equity and Organizational Effectiveness Optimization Measure (EOEOM) - Overall level of maturity

Lead Office: OA

| Fiscal Year | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|
| Target | N/A | N/A | Baseline | Baseline | 2.2 | 2.5 |
| Results | N/A | N/A | N/A | 2.1** | N/A | N/A |

*FY 2023 efforts were focused on establishing a baseline overall level of maturity; the baseline was established as a maturity level of 2.1 out of 3 levels, and is reflected as such in the FY 2023 results.

## Other Information

### Management and Performance Challenges

The Government Performance and Results Modernization Act of 2010 requires that Federal agencies identify and address management and performance challenges, which include programmatic or management functions that have greater vulnerability to waste, fraud, abuse, and mismanagement, and areas where failure to perform well could seriously affect the ability of an agency or the Federal Government to achieve its mission or goals. Performance Improvement Officers are responsible for advocating greater impact through innovation, increased effectiveness and efficiency, and an excellent customer experience.

The U.S. Government Accountability Office (GAO) performs annual audits of GSA's major missions and routinely assesses the agency's progress on management challenges identified on GAO's High Risk List. GAO's High-Risk Series, including agencies and program areas across the Government, is updated every 2 years and specifies corrective actions GAO believes necessary to improve critical operations and activities. GSA has a leading role in supporting Federal agencies in the management of Federal real property, a long-standing challenge on the High Risk List, and has equities in several other Governmentwide areas.

GSA addresses reports on major management and performance challenges, and high-risk areas from the GSA Office of Inspector General (OIG). The OIG identified nine management challenges in its Assessment of GSA's Management and Performance Challenges for FY 2024. GSA's response to this assessment is included in the management challenges section of the FY 2023 Agency Financial Report. GSA's Enterprise Risk Management Program and Management Control and Oversight Committee also help to identify challenges. These efforts, in addition to consideration of OIG findings and GAO recommendations, provide insights that inform cross-organizational initiatives. On a quarterly and annual basis, GSA tracks progress toward successful completion of performance goals and strategic objectives enterprise-wide.

### Evidence-Building

In FY 2023, GSA continued to grow and mature its evidence and evaluation function. GSA's Office of Evaluation Sciences (OES) supports both internal GSA evidence building efforts and Government-wide efforts with external agencies. GSA's Government-wide evidence building work has expanded with particular focus on evidence building and evaluations associated with the American Rescue Plan including 10 individual evaluations with agencies and a large cross-agency national evaluation. Within GSA, the GSA Evaluation Division has completed its first set of evaluations and made significant progress establishing itself at GSA as a new and core function. Highlights include:

- The GSA Evaluation Division completed seven evaluations of GSA pilots and programs in its second year. These included evaluations of newly proposed Workplace 2030 offerings including Federal Coworking, a descriptive evaluation of GSA childcare centers, and analysis of telework patterns among GSA employees.

- GSA's OES also completed eight evaluations in FY 2023 for other agencies and Government-wide priorities. The projects fostered evidence-building in support of agency Learning Agendas, the American Rescue Plan Equity Learning Agenda and the President's Management Agenda Learning Agenda. The portfolio of evaluations in FY 2022 included a sample size of over 22 million individuals, and OES evidence positively impacted over 100,000 people.

J.R. 1482

## Data Validation and Verification

GSA has verification and validation techniques in place, which provide reasonable assurance over the completeness and reliability of all performance data contained in this report as required by the GPRA Modernization Act of 2010 and GSA Order 2170.1B CFO Performance Measurement and Date Verification and Validation Procedures. These techniques included:

- Maintaining performance measure definition forms that contain performance measures and metrics, including data sources, computation methodology, and a reliability assessment for each performance indicator;

- Verifying, at least annually, the accuracy and completeness of the information contained in the performance measure definition forms; and

- Developing and implementing a new data validation and collection tool to routinize and add rigor to regular collection and validation of GSA's suite of performance metrics. The tool helps to promote data integrity and accountability throughout the GSA enterprise.

J.R. 1483

<div style="background:#d96459; color:white; padding:8px;">

# Appendix

</div>

## Organizational Structure and Office Descriptions

Headquartered in Washington, DC, GSA serves and supports more than 60 Federal departments and agencies through its:

- Central Office;
- Federal Acquisition Service;
- Public Buildings Service;
- Office of Government-wide Policy;
- 11 National Staff Offices;
- 11 Regional Offices, and
- 2 Independent Offices.

### Staff Offices

**Office of Administrative Services (OAS)**
OAS delivers innovative, responsive, and timely value-added solutions for GSA's administrative, workplace, and information needs in ways that promote integrity, the efficient use of Government resources, and effective risk management.

**Office of the Chief Financial Officer (OCFO)**
OCFO provides enterprise-wide budget, financial management, financial analysis, performance management, and strategic planning services to GSA business lines and Staff Offices. OCFO also leads robotic process automation initiatives and workload elimination, optimization, and automation efforts.

**Office of GSA IT (GSA IT)**
GSA IT provides staff with innovative technology to improve capabilities, productivity, mobility, agility, and cost savings. GSA IT solutions include laptops, mobile devices, collaborative cloud-based software, training, and technical support. GSA IT ensures GSA and Federal information security and privacy requirements are implemented agency-wide.

**Office of Civil Rights (OCR)**
OCR administers five programs related to Federal civil rights laws and regulations: Equal Employment Opportunity, Affirmative Employment, Non-discrimination in Federally Conducted Programs and Activities, Environmental Justice, and Non-discrimination in Federally Assisted Programs and Activities. OCR also administers the appeals process for administrative grievances filed by GSA employees.

**Office of Congressional and Intergovernmental Affairs (OCIA)**
OCIA maintains relationships with Congress; prepares and coordinates the GSA annual legislative program; communicates the GSA legislative program to OMB, Congress, and other interested parties; and works closely with OMB in the coordination and clearance of all proposed legislation affecting GSA.

**Office of Customer Experience (OCE)**
OCE works with internal clients to enhance relationships with customers, industry partners, and both internal and external stakeholders. OCE improves the end-to-end experience of GSA customers by aligning operations to customer needs. OCE utilizes human-centered design approaches to promote three key behaviors: conducting representative customer research; synthesizing findings into actionable

insights; and making incremental, measurable, and customer-focused improvements.

### Office of the General Counsel (OGC)

OGC provides sound and timely legal advice and representation to GSA clients to enhance their ability to deliver the best value in real estate, acquisition, and technology services to the Government and the American people. OGC carries out all legal activities of GSA; advises on the proper implementation of GSA's statutory responsibilities; and provides legal counsel to the Administrator, the Deputy Administrator, and other officials of GSA (with the exception of certain legal activities of the Office of Inspector General and the Civilian Board of Contract Appeals). The General Counsel is the chief legal officer of the agency and is responsible for legally sound implementation of GSA's mission responsibilities nationwide. The General Counsel serves as GSA's Designated Agency Ethics Official and manages GSA's ethics program. The General Counsel also serves as the Chief Freedom of Information Act (FOIA) Officer and manages the FOIA program.

### Office of Human Resources Management (OHRM)

OHRM delivers comprehensive human resources services and solutions to GSA and its employees. OHRM's primary focus is to work with GSA Services and Staff Offices to attract, motivate, develop, retain, and reward employees to maintain and enhance a mission-ready workforce.

### Office of Mission Assurance (OMA)

OMA ensures resilience and continuity of the agency's critical business processes by integrating and coordinating activities across all domains of security (physical, personnel, and industrial), Homeland Security Presidential Directive 12 credentialing, emergency management, and contingency and continuity planning. OMA provides an enterprise-wide approach to mission assurance planning while ensuring the safety, privacy, and security of GSA facilities, personnel, and assets nationwide.

### Office of Small and Disadvantaged Business Utilization (OSDBU)

OSDBU has nationwide responsibility for GSA's small business programs and is the chief advocate for small and disadvantaged businesses. OSDBU collaborates with GSA mission delivery and support offices to meet and exceed statutory prime and subcontracting small business and socio-economic small business goals. OSDBU promotes small business access to GSA's nationwide procurement opportunities, ensures small business participation, and provides training.

### Office of Strategic Communication (OSC)

OSC is the agency's resource for all internal and external communication needs, using communication to help GSA meet its mission and business goals. OSC's services include: communication strategy planning and counseling; graphic design and production; media relations and stakeholder engagement; web and social media; audiovisual production and management; writing and editing; speechwriting and executive communication; and risk communication and crisis management.

## Independent Offices

### Office of Inspector General (OIG)

The OIG is an independent organization, responsible for promoting economy, efficiency, and effectiveness, and for detecting and preventing fraud, waste, and mismanagement in GSA programs and operations.

Civilian Board of Contract Appeals (CBCA)

The CBCA is an independent tribunal housed within GSA. Its primary responsibility is to adjudicate contract disputes between civilian Federal agencies and contractors under the Contract Disputes Act.

# GSA Leadership

## OFFICE OF THE ADMINISTRATOR


**Robin Carnahan**
Administrator


**Katy Kale**
Deputy Administrator


**Brett Prather**
Chief of Staff


**Alex DeMots**
General Counsel
Office of the General Counsel

## NATIONAL SERVICES & INDEPENDENT OFFICES


**Tom Howder**
Acting Commissioner
Federal Acquisition Service


**Elliot Doomes**
Commissioner
Public Buildings Service


**Robert C. Erickson**
Acting Inspector General
Office of the Inspector General


**Erica S. Beardsley**
Chair
Civilian Board of Contract Appeals

## STAFF OFFICES


**Channing Grate**
Associate Administrator
Office of Strategic Communication


**Krystal Brumfield**
Associate Administrator & Chief Acquisition Officer
Office of Government-wide Policy


**Aluanda Drain**
Associate Administrator
Office of Civil Rights


**Robert J. Carter**
Associate Administrator
Office of Mission Assurance


**Jeffrey Lau**
Acting Chief Human Capital Officer
Office of Human Resources Management


**David A. Shive**
Chief Information Officer
GSA IT


**Nimisha Agarwal**
Chief Financial Officer
Office of the Chief Financial Officer


**Bob Stafford**
Chief Administrative Services Officer
Office of Administrative Services


**Gianelle Rivera**
Associate Administrator
Office of Congressional and Intergovernmental Affairs


**Exodie C. Roe, III**
Associate Administrator
Office of Small and Disadvantaged Business Utilization


**Camille Tucker**
Acting Chief Customer Officer
Office of Customer Experience

## REGIONAL MAP



## Acronym Guide

| | | | |
|---|---|---|---|
| **AAS** | Assisted Acquisition Service | **DAP** | Digital Analytics Program |
| **APG** | Agency Priority Goal | **DCOI** | Data Center Optimization Initiative |
| **APP** | Annual Performance Plan | **EEI** | Employee Engagement Index |
| **APR** | Annual Performance Report | **EIS** | Enterprise Infrastructure Solutions |
| **ARP** | American Rescue Plan | **EVSE** | Electric Vehicle Supply Equipment |
| **ASSIST** | Assisted Services Shared Information System | **FAS** | Federal Acquisition Service |
| **BIL** | Bipartisan Infrastructure Law | **FedRAMP** | Federal Risk and Authorization Management Program |
| **BSC** | Business Standards Council | **FCSF** | Federal Citizen Services Fund |
| **BTU** | British Thermal Units | **FIBF** | Federal Integrated Business Framework |
| **CALM** | Contract Acquisition Life-cycle Management | **FICAM** | Federal Identity, Credential, and Access Management |
| **CBCA** | Civilian Board of Contract Appeals | **FM** | Facilities Management |
| **CFO** | Chief Financial Officer | **FPDS** | Federal Procurement Data System |
| **CIO** | Chief Information Officer | **FRPP** | Federal Real Property Profile |
| **CLS** | Customer Loyalty Score | **FY** | Fiscal Year |
| **CoE** | Centers of Excellence | **GHG** | Greenhouse Gas |
| **CX** | Customer Experience | **GNP** | Good Neighbor Program |
| **CXO** | C-Suite Executive Officers | **GSA** | General Services Administration |
| **C-SCRM** | Cyber-Supply Chain Risk Management | **GSA IT** | Office of GSA IT |
| | | **GSF** | Gross Square Feet |

91

DRAFT / PRE-DECISIONAL

J.R. 1487

| | | | |
|---|---|---|---|
| **GWAC** | Government-wide Acquisition Contract | **OCIA** | Office of Congressional and Intergovernmental Affairs |
| **HISP** | High Impact Service Providers | **OCR** | Office of Civil Rights |
| **HUBZone** | Historically Underutilized Business Zone | **OGC** | Office of the General Counsel |
| | | **OGP** | Office of Government-wide Policy |
| **ICT** | Information and Communication Technology | **OHRM** | Office of Human Resources Management |
| **IDEA** | 21st Century Integrated Digital Experience Act | **OIG** | Office of Inspector General |
| **IFF** | Industrial Funding Fee | **OMA** | Office of Mission Assurance |
| **IRA** | Inflation Reduction Act of 2022 | **OMB** | Office of Management and Budget |
| **ISS** | Industrial Satisfaction Survey | **OSC** | Office of Strategic Communication |
| **IT** | Information Technology | **OSDBU** | Office of Small and Disadvantaged Business Utilization |
| **ITC** | Information Technology Category | **PBS** | Public Buildings Service |
| **JAB** | Joint Authorization Board | **PI** | Performance Indicator |
| **MAS** | Multiple Award Schedule | **PM** | Performance Measure |
| **MPG** | Miles Per Gallon | **PMRD** | Procurement Management Review Division |
| **NPS** | Net Promoter Score | **POP** | Planning Outreach and Partnership |
| **NPV** | Net Present Value | **QSMO** | Quality Service Management Office |
| **OA** | Office of the Administrator | **REXUS** | Real Estate Across the United States |
| **OAS** | Office of Administrative Services | **SB** | Smart Buildings |
| **OCE** | Office of Customer Experience | **SBA** | Small Business Administration |
| **OCFO** | Office of the Chief Financial Officer | **SDB** | Small Disadvantaged Business |

92

**DRAFT / PRE-DECISIONAL**

J.R. 1488

| | |
|---|---|
| **SDVOSB** | Service-Disabled Veteran-Owned Small Business |
| **SO** | Strategic Objective |
| **TMF** | Technology Modernization Fund |
| **TTS** | Technology Transformation Services |
| **TSS** | Tenant Satisfaction Survey |
| **WOSB** | Woman-Owned Small Business |
| **YTD** | Year To Date |
| **ZEV** | Zero Emission Vehicle |

93

**U.S. General Services Administration**

**Management Challenges and GSA Actions**

**Fiscal Year 2025 Congressional Justification**

J.R. 1490

*U.S. General Services Administration*
*Management Challenges and GSA Actions*

The section below lists the management and performance challenges identified by the GSA Inspector General and initially reported in GSA's FY 2023 Annual Financial Report on November 15, 2023 as well as GSA management's response.  In all cases, GSA's budget addresses each management challenge by providing the necessary funding for the office charged with addressing the challenge.

GSA values the dedication and contributions of the Office of Inspector General (OIG) and appreciates the opportunity to review and comment on the OIG's annual assessment of the most serious management and performance challenges facing the agency. We concur that the challenges identified by the OIG require GSA action and commitment and are taking substantive steps to address them.

**Internal Controls**

Establishing and maintaining a strong internal control environment is critical to GSA's ability to deliver effective and efficient Government services for the American people. That's why GSA established an Executive Committee on program audits – this is a group of senior leadership, including the Deputy Administrator, that meets monthly to focus on agency-wide accountability and high-risk issue resolution. This approach has led to significant reductions in credentialing issues, continued implementation of contract administration improvements recognized by the OIG, and new insights into strengthening program performance by partnering on solutions across organizations. GSA also reduced its one material weakness to a significant deficiency, which should be completely remediated in fiscal year (FY) 2024.

The agency's concerted attention to improvement has also resulted in completing more effective corrective actions more timely. Five years ago, GSA increased its 95 percent rate of on-time completion of OIG corrections to 97 percent, then further improved the completion rate to reach 100 percent and sustained that rate for 3 years. More importantly, in terms of efficiency and effectiveness of Government services, during those 3 years we have completed more than 94 percent of OIG actions within 1 year. We have also established similar improvement standards for responding to GAO's oversight and reporting, reaching a GAO recommendation implementation rate of 100 percent, an improvement on our previous rate of 97 percent and the Government-wide rate of 77 percent. Finally, we are wholeheartedly in accord with the OIG on the importance of fully implementing corrective actions—those of both OIG and GAO—and are exploring approaches that will better ensure that audit findings are addressed and corrective actions sustained.

**Contract Administration**

GSA agrees that contract administration is a top management challenge and appreciates acknowledgment that GSA has taken steps to improve in this area. We believe raising performance levels in this area is a long-term challenge and improvement is one of GSA's key performance goals in our FY 2022 to 2026 strategic plan. GSA is focusing on making steady

progress that improves employee accountability, builds needed management tools, addresses training and performance needs, and, if needed, creates or clarifies policy.

**Acquisition Solutions**

The Federal Acquisition Service (FAS) has given thoughtful consideration to the findings of previous OIG audits with respect to Government procurement and has used these to help transform its Multiple Award Schedule (MAS) program by implementing controls to track progress against key metrics and help mitigate compliance risks associated with MAS Consolidation. As of October 2023, 49 percent of applicable contractors have successfully completed Phase 3 and have consolidated to a single MAS contract. Of the remaining vendors, 47 percent have submitted consolidation plans, which are in process, and FAS will continue to encourage the remaining 4 percent to submit their specific consolidation strategy.

FAS has used other OIG findings to steadily mature the Transactional Data Reporting (TDR) program. In FY 2023, GSA improved TDR data quality. FAS is working with its largest vendors on data-quality maturation and is taking a careful approach toward a decision for TDR expansion. FAS will emphasize continuous process improvements, combined with robust acquisition workforce training, as it matures the program.

Finally, GSA is mindful of the impact of delayed agency transition from the expiring Networx, Washington Interagency Telecommunication System and Local Service contracts. GSA is actively engaging with executives of those agencies to address their specific progress, challenges, risks, and risk responses. In the Memorandum of Understanding (MOU) that agencies signed to extend their transition timelines, agencies acknowledged that if they do not complete transition before the exercised option or continuity of service period ends, they accept responsibility and accountability for implementing contingency acquisition plans and for ensuring their missions are not interrupted or otherwise negatively impacted. Agencies that sign an MOU to extend their transition deadline to May 31, 2026, are required to meet quarterly with GSA. To facilitate faster problem-solving, when appropriate, GSA facilitates meetings between agencies and Enterprise Infrastructure Solutions contractors to help identify the root cause of problems and spur discussion forward.

**Performance of Real Property Inventory**

GSA continues to focus on right-sizing the Federal real estate portfolio. GSA also has been working with the Federal Real Property Council and its member agencies to develop a strategy that takes into account an increase in flexibility as part of agency workspace planning.

To effectively address this issue, in partnership with the 24 CFO Act agencies, GSA completed National Workspace Portfolio plans that include real estate goals, strategies, and opportunities for improving space utilization and reducing costs. Our work with customer agencies to establish workplace strategies and portfolio solutions will enable GSA to better achieve target occupancy levels and provide more efficiently occupied spaces. Continued partnering with agencies on

J.R. 1492

*U.S. General Services Administration*
*Management Challenges and GSA Actions*

their future space needs and aligning occupancy agreement terms with the lease terms will also reduce the Government's risk of unused and underused space. This right-sizing effort will allow GSA to reduce and consolidate agencies into GSA-controlled Federal facilities based on their missions, as well as reduce the reliance on costly leases, which will help to maximize the performance of the inventory and deliver savings for the American taxpayer.

GSA's other efforts also include reducing leasing costs, meeting the operations and maintenance needs of federally owned GSA-controlled buildings, administering GSA's Capital Construction Program, and ensuring effective management of Energy Savings Performance Contracts and Utility Energy Service Contracts. GSA has proposed legislation that would facilitate access to the full amount of the annual Federal Buildings Fund's revenues and collections, increase GSA's prospectus threshold, and expand the allowable uses of the disposal fund. These legislative changes would enable GSA to further optimize space, provide better service to Federal agencies, and mitigate increasing deferred maintenance costs.

**Cybersecurity Risks**

Managing a complex Federal IT architecture in the current environment presents challenges that GSA embraces. To meet these challenges, GSA IT has taken action that aligns with the President's Executive Order (EO) for Improving the Nation's Cybersecurity (EO 14028) focused on Zero Trust and the Office of Management and Budget's (OMB) M-22-09, Federal Zero Trust Strategy. Leveraging an FY 2022 Technology Modernization Fund award to advance zero trust has helped GSA IT to eliminate its virtual private network and associated costs; reduce GSA's attack surface; better secure devices supporting building operations; protect against prohibited, compromised, or counterfeit devices; enhance visibility and threat detection/response; support more phishing-resistant authentication options; and improve user experience. GSA's performance across all key metrics is closely tracked by OMB and the Office of the National Cyber Director and is reflected on the [Federal Cybersecurity Progress Report published in Performance.gov](#), which is used to measure progress in achieving EO 14028 milestones and implementing key cybersecurity measures. Significantly, the GSA information security program maintained its overall "Effective" rating in the annual OIG independent assessment, with "Optimized" ratings in two of five cybersecurity functions and "Managed and Measurable" in the remaining three functions.

FAS recognizes that supply chain risk management (SCRM) continues to be a top management challenge and has aggressively implemented Section 889 prohibitions by removing covered Section 889 articles from FAS offerings. FAS paired this approach with ongoing compliance monitoring practices that exceed Federal acquisition requirements. This past year, FAS also expanded vendor risk requirements to support supply chain illumination and risk analysis of critical programs, provided subject matter expertise for pre-award and post-award supply chain risk reduction states on critical FAS acquisitions, and proactively identified supply chain threats and then reduced those threats by deleting items and/or canceling contracts. FAS also implemented new controls that significantly reduced prohibited telecommunication items being offered on GSA's MAS contracts and on post-award contract modifications. In FY 2024, FAS

MC-4

expects to expand its efforts by adding specific IT supply chain requirements into contracts that are tailored to the contract type and specific business need.

GSA's Integrated Award Environment (IAE) takes seriously its responsibility to securely operate the System for Award Management (SAM) and protect its data. SAM implements layered technical, business, and process controls to prevent system access by unauthorized users and to guard against the misuse of entity information. Since the launch of the new SAM.gov in May 2021, IAE has identified and addressed over 400 suspected attempts at fraud and blocked several thousand user accounts for attempted impersonation. As of June 2023, IAE completed the removal of point of contact email addresses and phone numbers that were previously publicly available. IAE combines its technical and system controls with educational training and communication campaigns to raise awareness about known online scams and fraudulent schemes that target SAM.gov users. Information on how to report suspicious or fraudulent activity is also provided to users through IAE communications, including at the supporting Federal Service Desk (FSD.gov). Additionally:

- FAS implemented new internal controls, beyond the supplier's self-certification, that significantly reduced prohibited telecommunication items being offered on GSA's MAS contracts.
- In March 2023, FAS introduced new internal controls that supported the reduction of prohibited telecommunication items being offered on GSA FAS contracts during post-award contract modification activities.
- In August 2021, FAS implemented internal controls that supported the prevention of prohibited telecommunication items being offered on GSA FAS contracts during pre-award contract activities. FAS implemented internal SCRM governance controls to reliably identify, assess, and respond to risks. The governance controls consist of hiring IT security subject-matter experts (SMEs), oversight by a cross-functional governance board, and enhancing acquisition workforce training.

**Work Environment Safety and Security**

GSA continues to follow guidance from the Centers for Disease Control and Prevention and the Safer Federal Workforce Taskforce with regard to health and other safety measures for occupants in GSA-controlled space. GSA has also adjusted its heating, ventilating, and cooling operations to improve air filtration. Air filtration has been evaluated, air filters have been improved to higher Minimum Efficiency Reporting Values ratings to the extent possible without reducing air flow/ventilation, and filter banks have been sealed to prevent air from bypassing the filters. GSA launched the Ventilation Verification Project, which is intended to verify and correct, to the maximum extent possible across our owned portfolio, a building's heating, ventilation and air conditioning systems to conform to the level established by ANSI/ASHRAE Standard 62.1-2022, Ventilation for Acceptable Indoor Air Quality, at the air handling unit and air distribution level. (Note: this is a general level, not a room-by-room level)

J.R. 1494

*U.S. General Services Administration*
*Management Challenges and GSA Actions*

Providing a secure work environment for Federal employees and the public is also a priority for GSA. In April 2023, GSA and the Federal Protective Service (FPS) signed a new Memorandum of Agreement (MOA) detailing the roles and responsibilities for each agency. The MOA will be updated as GSA, FPS, and the U.S. Department of Homeland Security work together to ensure there is a clear understanding of responsibilities and an agreement on implementation processes and timelines for repair or replacement. Additionally, having achieved significant reductions in credentialing issues by strengthening controls over the monitoring and collecting of access cards, GSA is now focusing on analyzing access card data to develop procedures to prevent issues through insider-threat reviews, further investigations, or both.

**Fleet Electrification**

GSA agrees with the challenges identified by the OIG regarding the electrification of the Federal fleet and will continue working to address these issues and mitigate risks by maintaining close relationships with suppliers, advising agencies on optimal electrification strategies with funding and market limitations, and focusing on infrastructure to support electric vehicle operation. To better enable Government-wide electrification of the Federal fleet, GSA has established the PBS Center for Electric Vehicle Infrastructure.

Despite funding and market supply limitations, GSA ordered 5,823 zero-emission vehicles (ZEV) in FY 2023—63 percent more than in FY 2022—and offered 70 unique ZEV models. In FY 2023, 14.27 percent of Federal fleet vehicle purchases, excluding United States Postal Service-owned, were zero-emission, and 17.89 percent of light-duty purchases were zero-emission. GSA also offers electric vehicle charging infrastructure contract solutions using FAS and PBS authorities to support equipment and construction.

GSA Fleet is on track to return to a positive financial position by FY 2027. Although GSA's continued requests for additional funding to support both ZEVs and the necessary charging infrastructure have not been successful, many of GSA's customers have secured funds to support the transition to a zero-emission fleet, and together we have made significant early progress toward achieving the Administration's goals. The commitment of customer agencies to meet the Administration's electrification goals and find resources has been instrumental in the progress to date.

**Technology Transformation Services (TTS) Management**

GSA agrees with the challenges identified in the OIG's report on Login.gov report (JE23-003). In response, TTS and Login.gov have put in place new program leadership, including a new Director, Deputy Director, and Chief Operating Officer. TTS also implemented new internal controls and instituted significant new processes for transparency with customer agencies, such as the creation of a partner advisory group and a monthly newsletter update series.

These structural changes and the establishment of processes to improve program governance and oversight, including financial accountability and cost recoverability, are critical for TTS. Its scope of products and services includes more than 26 unique products and programs that are

J.R. 1495

funded from a variety of sources, including the Federal Citizen's Services Fund, the American Rescue Plan Act of 2021, GSA's Acquisition Services Fund and Working Capital Fund, as well as inter-agency contributions and other sources.

Organizational goals for FY 2024 for all TTS leaders and teams include objectives and metrics focused on:

- Delivering high-quality products and services
- Increasing employee engagement
- Improving financial performance and management
- Improving program governance and oversight

Additionally, and significantly, Login.gov has recently announced that it plans to offer an Identity Assurance Level 2-compliant identity verification solution in FY 2024 by offering a remote biometric workflow as an option for use with the existing non-biometric offerings, in addition to options to conduct identity verification in-person at a United States Postal Service location.

GSA has made progress in addressing the challenges identified by the OIG, but we know there is more we need, and want, to accomplish. We look forward to working with Congress, our partners, and the OIG in continuing to improve GSA programs and operations.

J.R. 1496

**THIS PAGE INTENTIONALLY LEFT BLANK**



February 2024

# GAO-IG Act Reporting

Annual Report

J.R. 1498

# Table of Contents

Report Overview                                                                                    2

U.S. Government Accountability Office Recommendation Status and Timelines          3

Office of Inspector General Recommendation Status and Timelines                      10

GSA-Office of Inspector General 2023 Semiannual Performance Audit Reconciliation     31

Appendix 1: Acronyms                                                               37

General Services Administration                                                J.R. 1499

**Report Overview**

The Good Accounting Obligation in Government Act (GAO-IG Act), P.L. 115-41, requires that each agency's annual budget submission include a report on the status of public recommendations by the U.S. Government Accountability Office and agency Offices of Inspector General. This report is to include a listing of U.S. Government Accountability Office and Office of Inspector General recommendations open for at least 1 year from the date of the annual budget submission that meet the statutory criteria. The GAO-IG Act also requires agencies to provide:

1. Timelines and explanations regarding implementation of each public recommendation that meets the statutory criteria.
2. Explanations and reconciliation of any discrepancies with the agency's Inspector General semiannual report and any U.S. Government Accountability Office public reporting for recommendations designated as "open" or "closed, unimplemented."

This report contains the following sections, followed by an Appendix.

1. U.S. Government Accountability Office Recommendation status and timelines
2. GSA Office of Inspector General Recommendation status and timelines
3. GSA Office of Inspector General Audit Reconciliation status and timelines

General Services Administration                                    J.R. 1500

U.S. Government Accountability Office **Recommendation Status and Timelines**

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-14-648 | Federal Real Property: GSA and DHS Need to Strengthen the Management of DHS Headquarters Consolidation | 09/19/2014 | Office of the Commissioner, Public Buildings Service | 002 | In order to improve transparency and allow for more informed decision making by congressional leaders and DHS and GSA decision-makers, before requesting additional funding for the DHS headquarters consolidation project, after revising the DHS headquarters consolidation plans, the Secretary of Homeland Security and the Administrator of the General Services Administration should work jointly to develop revised cost and schedule estimates for the remaining portions of the consolidation project that conform to GSA guidance and leading practices for cost and schedule estimation, including an independent evaluation of the estimates. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-20-126 (formerly GAO-19-383) | CLOUD COMPUTING SECURITY: Agencies Increased Use of Federal Authorization Program, but Improved Oversight and Implementation Needed | 12/12/2019 | Office of the Commissioner, Federal Acquisition Service | 003 | The Administrator of the General Services Administration should direct the Acting Director of FedRAMP to improve the program's continuous monitoring process by allowing more automated capabilities, including for agencies to review documentation. | GAO is monitoring GSA's progress for closure |
| GAO-20-3 | TECHNOLOGY MODERNIZATION FUND: OMB and GSA Need to Improve Fee Collection and Clarify Cost Estimating Guidance | 12/12/2019 | Office of the Deputy Administrator<br><br>Office of the Chief Financial Officer | 003 | The Administrator of General Services should develop and implement a plan with 0MB that outlines the actions needed to fully recover the TMF Program Management Office's operating expenses with administrative fee collection in a timely manner. There are five recommendations and 003 is issued to GSA. | GAO is monitoring GSA's progress for closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-20-3 | TECHNOLOGY MODERNIZATION FUND: OMB and GSA Need to Improve Fee Collection and Clarify Cost Estimating Guidance | 12/12/2019 | Office of the Deputy Administrator<br><br>Office of the Chief Financial Officer | 005 | The Administrator of General Services should develop detailed guidance for completing the Technology Modernization Fund project cost estimate template, including information on the data elements and the fields required to be completed, in order to help ensure the accuracy and completeness of the provided information. There are five recommendations and 005 is issued to GSA. | GAO is monitoring GSA's progress for closure |
| GAO-20-135 | FEDERAL REAL PROPERTY: GSA Should Improve Accuracy, Completeness, and Usefulness of Public Data | 02/06/2020 | Office of Government-wide Policy | 001 | The Administrator of GSA should coordinate with agencies to ensure that street address information in the public database is complete and correctly formatted. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-20-135 | FEDERAL REAL PROPERTY: GSA Should Improve Accuracy, Completeness, and Usefulness of Public Data | 02/06/2020 | Office of Government-wide Policy | 002 | The Administrator of GSA should coordinate with agencies to review Validation & Verification (V&V) anomaly categories to better target incorrect data. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-20-135 | FEDERAL REAL PROPERTY: GSA Should Improve Accuracy, Completeness, and Usefulness of Public Data | 02/06/2020 | Office of Government-wide Policy | 003 | The Administrator of GSA should work in consultation with agencies to determine which, if any, data should be withheld from public release. | GAO will continue to monitor GSA's progress for closure |
| GAO-20-135 | FEDERAL REAL PROPERTY: GSA Should Improve Accuracy, Completeness, and Usefulness of Public Data | 02/06/2020 | Office of Government-wide Policy | 004 | The Administrator of GSA should instruct each agency to apply a consistent, risk-based approach in determining which, if any, assets or asset-specific information should be withheld from public release. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-20-135 | FEDERAL REAL PROPERTY: GSA Should Improve Accuracy, Completeness, and Usefulness of Public Data | 02/06/2020 | Office of Government-wide Policy | 005 | The Administrator of GSA should allow agencies to provide summary data for secure installations. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-22-104626 | FEDERAL PERSONAL PROPERTY: Better Internal Guidance and More Action from GSA Are Needed to Help Agencies Maximize Use of Excess | 06/28/2022 | Office of Government-wide Policy

Office of the Commissioner, Federal Acquisition Service | 006 | GAO recommends that the Administrator of the General Services Administration should assess its current efforts to promote the maximum use of excess personal property and take further actions that could increase the use of excess personal property; such actions could include promoting additional policies or methods that will help agencies implement guidance to provide assurance that excess property is considered before purchasing new. | GAO is evaluating supporting documentation for closure |
| GAO-22-105105 | FEDERAL REAL PROPERTY: GSA Could Further Support Agencies' Post Pandemic Planning for Office Space Use | 09/07/2022 | Office of the Commissioner, Public Buildings Service | 001 | GAO recommends that the GSA Administrator should develop a plan to broadly share with federal agencies, including those that do not use GSA services, information learned from GSA's pilots and other space utilization data collection efforts. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-22-105065 | PRIVACY: Dedicated Leadership Can Improve Programs and Address Challenges | 09/22/2022 | GSA IT: Office of the Chief Information Officer | 046 | GAO recommends that the GSA Administrator should establish a time frame for fully defining a process for ensuring that the senior agency official for privacy or other designated privacy official is involved in assessing and addressing the hiring, training, and professional development needs of the agency with respect to privacy, and document that process. | GAO is evaluating supporting documentation for closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-23-104815 | FEDERAL REAL PROPERTY: GSA Should Leverage Lessons Learned from New Sale and Transfer Process | 10/07/2022 | Office of the Commissioner, Public Buildings Service | 001 | GAO recommends the GSA Administrator, in consultation with relevant stakeholders, should develop a process to collect, share, and apply lessons learned from the implementation of Federal Assets Sale and Transfer Act (FASTA) to improve the final 2024 round and future disposal efforts, including reporting any lessons learned through this process to Congress. | Partially Addressed: GAO will continue to monitor GSA's progress for closure |
| GAO-23-106139 | FEDERAL REAL PROPERTY: GSA Should Include Community Input Requirements to Help Fulfill Design Excellence Program Goals | 06/09/2023 | Office of the Commissioner, Public Buildings Service | 001 | GAO recommends that the Administrator of the General Services Administration should ensure that the Commissioner of the Public Buildings Service updates the Design Excellence Manual to include requirements for obtaining and considering community input on building design, including architectural style. | Addressed 12/22/2023 |
| GAO-23-106128 | GSA COMMERCIAL PLATFORMS PROGRAM: Opportunities Exist to Improve Implementation | 07/26/2023 | Office of the Regional Commissioner  Office of the Commissioner, Federal Acquisition Service | 001 | GAO recommends that the Administrator of the General Services Administration (GSA) should ensure that the Commissioner of the Federal Acquisition Service develops a plan to formalize its manufacturer part number efforts intended to help ensure AbilityOne products are procured in lieu of their essentially the same counterparts. | Implementing[1] 03/29/2024 |

[1] Implementation action is currently in progress

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-23-106128 | GSA COMMERCIAL PLATFORMS PROGRAM: Opportunities Exist to Improve Implementation | 07/26/2023 | Office of the Regional Commissioner<br><br>Office of the Commissioner, Federal Acquisition Service | 002 | GAO recommends that the Administrator of the General Services Administration (GSA) should ensure that the Commissioner of the Federal Acquisition Service, in consultation with the Small Business Administration, develops a more efficient process to enable participating agencies to include small business spend on the commercial platforms toward their small business goals. | Implementing 06/28/2024 |
| GAO-24-105485 | Federal Real Property: Agencies Should Provide More Information about Increases in Deferred Maintenance and Repair | 11/16/2023 | Office of the Commissioner, Public Buildings Service | 010 | The Administrator of the General Services Administration should ensure that the Administration's budget materials or other documents provide more information to Congress and the public regarding the agency's deferred maintenance and repair backlog, including at a minimum, explanations for major changes from year to year, categories of assets included in DM&R estimates, and the proportion of DM&R estimates needed to support the mission. | Implementing 11/29/2024 |
| GAO-24-105485 | Federal Real Property: Agencies Should Provide More Information about Increases in Deferred Maintenance and Repair | 11/16/2023 | Office of the Commissioner, Public Buildings Service | 011 | The Administrator of the General Services Administration should ensure that the Administration develops a plan to address its DM&R backlog, and identifies the funding and time frames needed to reduce this backlog in congressional budget requests, related reports to decision makers, or both. | Implementing 03/29/2024 |
| GAO-24-105658 | Cybersecurity: Federal Agencies Made Progress, but Need to Fully Implement Incident Response Requirements | 12/05/2023 | Office of the Chief Information Officer | 016 | GAO recommends that the Administrator of the General Services Administration should ensure that the agency fully implements all event logging requirements as directed by OMB guidance. | Implementing 11/28/2025 |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-24-106237 | Federal Spending Transparency: Opportunities Exist to Improve COVID-19 and Other Grant Subaward Data on USAspending.gov | 12/07/2023 | Office of the Commissioner, Federal Acquisition Service<br><br>Technology Transformation Services | 001 | The Administrator of GSA should incorporate automated data validations or other controls that will address known FSRS data quality limitations, such as incorrect award amount entries, into the design and development plan for modernizing FSRS or for a successor system. | Implementing 05/31/2024 |
| GAO-24-106237 | Federal Spending Transparency: Opportunities Exist to Improve COVID-19 and Other Grant Subaward Data on USAspending.gov | 12/07/2023 | Office of the Commissioner, Federal Acquisition Service<br><br>Technology Transformation Services | 002 | The Administrator of GSA should provide additional guidance to help prime recipients improve the quality of their subaward data submissions, such as actions to prevent duplicative reporting. | Implementing 03/29/2024 |
| GAO-24-106166 | Federal Contracting: Opportunities Exist to Improve the Reporting of Waivers to Buy American Laws | 12/08/2023 | Office of the Commissioner, Federal Acquisition Service<br><br>Technology Transformation Services | 006 | The Administrator of GSA should conduct user testing with industry to obtain feedback on how, if at all, it could improve website functionality. | Implementing 06/30/2024 |

General Services Administration

J.R. 1506

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| GAO-24-106166 | Federal Contracting: Opportunities Exist to Improve the Reporting of Waivers to Buy American Laws | 12/08/2023 | Office of the Commissioner, Federal Acquisition Service<br><br>Technology Transformation Services | 007 | The Administrator of GSA should develop a formal agreement, such as a Memorandum of Understanding, with the Director of OMB to document the extent that further website development is necessary, and the resources needed for future development efforts. | Implementing 12/31/2024 |
| GAO-24-105980 | Artificial Intelligence: Agencies Have Begun Implementation but Need to Complete Key Requirements | 12/13/2023 | Office of the Chief Information Officer<br><br>Technology Transformation Services | 031 | The Administrator of General Services should ensure that the General Services Administration develops a plan to either achieve consistency with EO 13960 section 5 for each AI application or retires AI applications found to be developed or used in a manner that is not consistent with the order. | Implementing 09/30/2024 |
| GAO-24-105980 | Artificial Intelligence: Agencies Have Begun Implementation but Need to Complete Key Requirements | 12/13/2023 | Office of the Chief Information Officer<br><br>Technology Transformation Services | 032 | The Administrator of General Services should ensure that the General Services Administration updates its AI use case inventory to include all the required information, at minimum, and takes steps to ensure that the data in the inventory aligns with provided instructions. | Implementing 11/29/2024 |

**Office of Inspector General Recommendation Status and Timelines**

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A180068Q3P20002 | FAS's Use of Pricing Tools Results in Insufficient Price Determinations | 12/23/2019 | Office of the Commissioner, Federal Acquisition Service | 001 | OIG recommends that the FAS Commissioner develop and implement controls to ensure compliance with FAS Policy and Procedure 2018-03 - Proper Documentation of Price Analysis Decisions - Federal Supply Schedule (FSS) Program - in regards to documenting use of the pricing tools. Specifically, controls should ensure FAS contracting officers document: a. The criteria used in the query of the pricing tools; b. All detailed data records obtained in the pricing tool output; c. A verification that labor category comparisons made using the pricing tools are "same or similar" in accordance with FAR 15.4; and, d. Any filtering or removal of data records the contracting officer determined were outliers or not "same or similar." (NOTE: this recommendation refers to Implementation Review A230051, Rec 001, Action Step 001) | 3/29/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A180068Q3P20002 | FAS's Use of Pricing Tools Results in Insufficient Price Determinations | 12/23/2019 | Office of the Commissioner, Federal Acquisition Service | 003 | OIG recommends that the FAS Commissioner develop and implement controls to ensure compliance with FAS Policy and Procedure 2018-03 - Proper Documentation of Price Analysis Decisions - Federal Supply Schedule (FSS) Program - in regards to documenting use of the pricing tools. Specifically, controls should ensure FAS contracting officers document: a. The criteria used in the query of the pricing tools; b. All detailed data records obtained in the pricing tool output; c. A verification that labor category comparisons made using the pricing tools are "same or similar" in accordance with FAR 15.4; and, d. Any filtering or removal of data records the contracting officer determined were outliers or not "same or similar. (NOTE: this recommendation refers to Implementation Review A230051, Rec 003, Action Steps 001 - 003) | 8/30/2024 Implementing |
| A190021P5R21003 | PBS's National Capital Region is Failing to Adequately Manage and Oversee the Building Services Contracts at the FDA's White Oak Campus | 05/17/2021 | Office of the Regional Commissioner | 003 C | OIG recommends that the PBS Regional Commissioner for the National Capital Region take appropriate action to address the issues associated with oversight of the O&M building services contract. At a minimum, PBS NCR should perform a comprehensive review of the after-hours staffing from August 2015 to the present; determine the total amount of overpayment for shifts that were understaffed and inadequately staffed; recover the overpayment from Honeywell; and return any overpayment to FDA. | 3/31/2025 In litigation |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A200976P2R21004 | Audit of PBS Basic Repairs and Alterations Project: United States Court of International Trade Building | 06/17/2021 | Office of the Regional Commissioner | 001 | The personnel responsible for the award and administration of the contract to upgrade three passenger elevators at the United States Court of International Trade building in New York, New York, understand their responsibilities with respect to: a. Obtaining a signed, original Conflict of Interest Acknowledgment and Nondisclosure Agreement form from each member of the Source Selection Evaluation Board before starting the evaluation of technical proposals; b. Properly designating contracting officer's representatives prior to being assigned contract oversight responsibilities; c. Maintaining complete and accurate contract documentation in accordance with applicable Federal Acquisition Regulation, General Services Administration Acquisition Manual, and GSA policies; and d. Entering accurate and complete contract information in the Federal Procurement Data System-Next Generation. | 2/29/2024 Implementing |
| JE21-002 | OIG EVALUATION REPORT: Evaluation of the General Services Administration's Use of an Ad Hoc Appraisal Process for an Executive | 09/14/2021 | Office of the General Counsel | 001 | OIG recommends that the Administrator should take appropriate action to remedy the harm caused XXXXXX by a tainted performance review process that resulted in an unsatisfactory rating and in her removal from the Associate Administrator position, as well as the loss of any opportunity for a FY 2017 performance period pay increase or bonus. | The Agency took action to remedy the harm caused to XXXXXX by entering into a Settlement Agreement with XXXXXX that was signed by XXXXXX and her attorney. |

General Services Administration                                    12          J.R. 1510

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| JE21-002 | OIG EVALUATION REPORT: Evaluation of the General Services Administration's Use of an Ad Hoc Appraisal Process for an Executive | 09/14/2021 | Office of the General Counsel | 002 | OIG recommends that the GSA General Counsel and Chief Human Capital Officer should review current processes and procedures to ensure sufficient oversight of employee misconduct and disciplinary reviews, including timely referral to the OIG. | The Office of the General Counsel and the Office of the Chief Human Capital Officer reviewed current processes and procedures and concluded that GSA Order 9751.1A HRM, Maintaining Discipline, dated July 14, 2022 and the relevant sections of the existing Collective Bargaining Agreement provide for sufficient oversight of employee misconduct and disciplinary reviews. The Order sets forth the circumstances for which OIG referral is mandated. There was nothing in the current processes and procedures that could be determined to interfere with timely referral of misconduct to the OIG. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210064A3F23002 | GSA's Administration of Performance-Based Contracts Puts the Government at Risk of Unsatisfactory Contractor Performance and Wasted Funds | 02/09/2023 | Office of the Deputy Administrator<br><br>Office of Government-wide Policy | 003 | OIG recommends that GSA Administrator, through the FAS and PBS Commissioners, and the Assistant Administrator for OAS, ensure Contractor Performance Assessment Reporting System assessments are supported by justification narratives, accurately depict contractor performance, and are timely. | Evaluating for Closure |
| A210064A3F23002 | GSA's Administration of Performance-Based Contracts Puts the Government at Risk of Unsatisfactory Contractor Performance and Wasted Funds | 02/09/2023 | Office of the Deputy Administrator<br><br>Office of Government-wide Policy | 004 | OIG recommends that GSA Administrator, through the FAS and PBS Commissioners, and the Assistant Administrator for OAS, implement management oversight to ensure contracting personnel comply with policies and procedures intended to ensure sufficient government oversight of contractor performance. | Evaluating for Closure |
| A220026PRR23003 | Audit of PBS's Oversight of Lease Periodic Services | 02/16/2023 | Office of the Commissioner, Public Buildings Service | 001 | OIG recommends that the PBS Commissioner require lease administration managers (LAMs) supervisors to routinely ensure that LAMs are verifying that lessors complete all periodic services. | Evaluating for Closure |
| A220026PRR23003 | Audit of PBS's Oversight of Lease Periodic Services | 02/16/2023 | Office of the Commissioner, Public Buildings Service | 002 | OIG recommends that the PBS Commissioner require that newly hired or assigned lease administration managers (LAMs) receive sufficient training on lease management requirements within a timely manner after starting in their position and routinely thereafter. | Evaluating for Closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A220026PRR23003 | Audit of PBS's Oversight of Lease Periodic Services | 02/16/2023 | Office of the Commissioner, Public Buildings Service | 003 | OIG recommends that the PBS Commissioner ensure regional offices conduct the required Management Analysis and Review Systems (MARS) reviews to ensure lease administration managers (LAMs) maintain all required records in the Lease Management Tool (LMT), including the annual schedule of periodic services. | Evaluating for Closure |
| A220026PRR23003 | Audit of PBS's Oversight of Lease Periodic Services | 02/16/2023 | Office of the Commissioner, Public Buildings Service | 004 | OIG recommends that the PBS Commissioner require that upon assignment and on a regular basis, the lease administration managers (LAMs) communicate with the lessor and tenant agency to obtain and verify the updated schedule of periodic services. | Evaluating for Closure |
| A210030P5R23004 | PBS Southeast Sunbelt Region Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner

Office of the Commissioner, Public Buildings Service | 001 A | OIG recommends the PBS Regional Commissioner assess the condition of all chillers within PBS Region 4 to identify those that have, or will soon, exceed their useful lives. | Evaluating for Closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210030P5R23004 | PBS Southeast Sunbelt Region Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner  Office of the Commissioner, Public Buildings Service | 001 B | OIG recommends the PBS Regional Commissioner assess the condition of all chillers within PBS Region 4 to identify those that are due for or behind on manufacturer-recommended overhauls and are not nearing or beyond their useful lives. | Evaluating for Closure |
| A210030P5R23004 | PBS Southeast Sunbelt Region Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner  Office of the Commissioner, Public Buildings Service | 001 C | OIG recommends the PBS Regional Commissioner assess the condition of all chillers within PBS Region 4 to identify those that lack required redundancy. | Evaluating for Closure |
| A210030P5R23004 | PBS Southeast Sunbelt Region Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner  Office of the Commissioner, Public Buildings Service | 002 A | OIG recommends the PBS Regional Commissioner develop and implement a plan to replace the chillers that have exceeded, or will soon exceed, their useful lives. | Evaluating for Closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210030P5R23004 | PBS Southeast Sunbelt Region Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner<br><br>Office of the Commissioner, Public Buildings Service | 002 B | OIG recommends the PBS Regional Commissioner develop and implement a plan to perform the identified manufacturer-recommended overhauls, as well as ensure future overhauls are performed in a timely manner. | Evaluating for Closure |
| A210030P5R23004 | PBS Southeast Sunbelt Region's Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Regional Commissioner<br><br>Office of the Commissioner, Public Buildings Service | 002 C | OIG recommends the PBS Regional Commissioner develop and implement a plan to prioritize redundancy in accordance with GSA's Facilities Standards for the Public Buildings Services. | Evaluating for Closure |
| A210030P5R23004 | PBS Southeast Sunbelt Region's Lack of Planning Has Resulted in Chillers That Are Outdated, Inadequately Maintained, and Lack Redundancy | 02/16/2023 | Office of the Commissioner, Public Buildings Service | 004 | OIG recommends the PBS Commissioner develop and implement a plan to address the results of the assessment. | Evaluating for Closure |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210069P6R23005 | GSA Is Not Monitoring Data from Access Card Readers to Identify Risks to GSA Personnel and Federal Property | 02/21/2023 | Office of Mission Assurance | 001 | OIG recommends that the GSA Administrator develop and implement procedures for monitoring access card data to identify repeated, failed access attempts that require follow up. | 2/29/2024 Implementing |
| A210069P6R23005 | GSA Is Not Monitoring Data from Access Card Readers to Identify Risks to GSA Personnel and Federal Property | 02/21/2023 | Office of Mission Assurance | 003 | OIG recommends that the GSA Administrator create and disseminate guidance addressing how building security stakeholders should handle repeated, failed access attempts. | 2/29/2024 Implementing |
| A210070P9R23006 | Audit of the Calexico West Land Port of Entry Expansion and Modernization Project | 03/02/2023 | Office of the Regional Commissioner | 001 | OIG recommends that the PBS Regional Commissioner for the Pacific Rim Region review the contracts and site security procedures for the Calexico West LPOE project and modify contracts and site security procedures that contain inconsistent or contradictory security requirements. | 2/29/2024 Implementing |
| JE23-003 | GSA Misled Customers on Login.gov's Compliance with Digital Identity Standards | 03/07/2023 | Office of the Commissioner, Federal Acquisition Service | 001 | The FAS Commissioner should establish adequate management controls over TTS. | 2/29/2024 Implementing |

General Services Administration                                    18              J.R. 1516

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| JE23-003 | GSA Misled Customers on Login.gov's Compliance with Digital Identity Standards | 03/07/2023 | Office of the Commissioner, Federal Acquisition Service | 002 | The FAS Commissioner should ensure adequate documentation of policies, decisions, procedures, and essential transactions involving TTS programs, including Login.gov, and records management in accordance with GSA standards. | 2/29/2024 Implementing |
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse | 04/20/2023 | Office of the Regional Commissioner | 001 A | OIG recommends that the PBS Region 4 Regional Commissioner provide training to Gulf Coast Branch contracting officials with respect to maintaining complete and accurate contract file documentation in accordance with the FAR, GSAM, and other applicable policies. | 02/29/2024 Implementing |
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse | 04/20/2023 | Office of the Regional Commissioner | 001 B | OIG recommends that the PBS Region 4 Regional Commissioner provide training to Gulf Coast Branch contracting officials with respect to ensuring employees are paid in accordance with applicable statutory and regulatory labor requirements. | 02/29/2024 Implementing |
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse. | 04/20/2023 | Office of the Regional Commissioner | 001 C | OIG recommends that the PBS Region 4 Regional Commissioner provide training to Gulf Coast Branch contracting officials with respect to designating CORs properly before delegating contract responsibilities. | 02/29/2024 Implementing |
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse | 04/20/2023 | Office of the Regional Commissioner | 001 D | OIG recommends that the PBS Region 4 Regional Commissioner provide training to Gulf Coast Branch contracting officials with respect to complying with applicable FAR and GSAM clauses governing the transfer of contract files. | 02/29/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse | 04/20/2023 | Office of the Regional Commissioner | 003 | OIG recommends that the PBS Region 4 Regional Commissioner perform a review of all certified payroll documentation for this task order and take action to compensate any contractor employees who were underpaid. | 02/29/2024 Implementing |
| A220042P6R23007 | Audit of PBS Basic Repairs and Alterations Project: Fort Lauderdale Federal Building and Courthouse | 04/20/2023 | Office of the Regional Commissioner | 004 | OIG recommends that the PBS Region 4 Regional Commissioner perform a review of contracts awarded by the Gulf Coast Branch to ensure that the contract files contain complete and accurate contract documentation in accordance with the FAR, GSAM, and other applicable policies. | 02/29/2024 Implementing |
| A210081Q3P23001 | GSA's Fiscal Year 2020 Transactional Data Reporting Pilot Evaluation Provides an Inaccurate Assessment of the Program | 05/01/2023 | Office of the Commissioner, Federal Acquisition Service | 002 A | OIG recommends that the GSA Administrator, FAS Commissioner, and Associate Administrator of the Office of Government-wide Policy, address the problems with the TDR data and usage as described in this report within 1 year of report issuance. To do so, the FAS Commissioner should, at a minimum conduct a comprehensive assessment of all TDR data. | 09/30/2024 Implementing |
| A210081Q3P23001 | GSA's Fiscal Year 2020 Transactional Data Reporting Pilot Evaluation Provides an Inaccurate Assessment of the Program | 05/01/2023 | Office of the Commissioner, Federal Acquisition Service | 002 B | OIG recommends that the GSA Administrator, FAS Commissioner, and Associate Administrator of the Office of Government-wide Policy, address the problems with the TDR data and usage as described in this report within 1 year of report issuance. To do so, the FAS Commissioner should, at a minimum verify the accuracy and completeness of all TDR data. | 09/30/2025 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210081Q3P23001 | GSA's Fiscal Year 2020 Transactional Data Reporting Pilot Evaluation Provides an Inaccurate Assessment of the Program | 05/01/2023 | Office of the Commissioner, Federal Acquisition Service | 002 D | OIG recommends that the GSA Administrator, FAS Commissioner, and Associate Administrator of the Office of Government-wide Policy, address the problems with the TDR data and usage as described in this report within 1 year of report issuance. To do so, the FAS Commissioner should, at a minimum require the contractors that are not submitting complete and accurate data to correct their data or suspend their contract. | 09/30/2024 Implementing |
| A201018P4R23008 | Audit of GSA's Response to COVID-19: PBS Faces Challenges to Meet the Ventilation and Acceptable Indoor Air Quality Standard in GSA-Owned Buildings | 06/05/2023 | Office of the Commissioner, Public Buildings Service | 001 | OIG recommends that the PBS Commissioner complete a comprehensive assessment to determine whether GSA-owned building air handlers meet the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) ventilation standard's minimum outdoor air requirements and develop a comprehensive plan to address deficiencies identified. | 5/31/2024 Implementing |
| A201018P4R23008 | Audit of GSA's Response to COVID-19: PBS Faces Challenges to Meet the Ventilation and Acceptable Indoor Air Quality Standard in GSA-Owned Buildings | 06/05/2023 | Office of the Commissioner, Public Buildings Service | 003 | OIG recommends that the PBS Commissioner ensure that all PBS staff with ventilation system responsibilities, including CORs, contracting officers, project managers, and building managers, are trained on the requirements of the American Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE) ventilation standard. | 5/31/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A201018P4R23008 | Audit of GSA's Response to COVID-19: PBS Faces Challenges to Meet the Ventilation and Acceptable Indoor Air Quality Standard in GSA-Owned Buildings | 06/05/2023 | Office of the Commissioner, Public Buildings Service | 004 | OIG recommends that the PBS Commissioner ensure O&M contracts define requirements for regular testing, adjusting, and balancing of air handlers. | 5/31/2024 Implementing |
| A201018P4R23008 | Audit of GSA's Response to COVID-19: PBS Faces Challenges to Meet the Ventilation and Acceptable Indoor Air Quality Standard in GSA-Owned Buildings | 06/05/2023 | Office of the Commissioner, Public Buildings Service | 005 | OIG recommends that the PBS Commissioner ensure that GSA's Guidance for COVID-19 HVAC Operations adheres to CDC COVID-19 guidance for improved building ventilation. | 5/31/2024 Implementing |
| A220016Q6P23002 | Multiple Award Schedule Contracts Offered Prohibited Items, Putting Customers at Risk of Unauthorized Surveillance by Foreign Adversaries | 07/10/2023 | Office of the Commissioner, Federal Acquisition Service | 001 | OIG recommends that the FAS Commissioner strengthen FAS's Robomod process to ensure that it identifies MAS contracts with prohibited telecom items. | 06/28/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 001 | OIG recommends that GSA's Chief Information Officer (GSA CIO) assess the feasibility of implementing an application whitelist to prevent users from using unauthorized applications on Agency mobile devices, as outlined in NIST SP 800- 167. | 8/30/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 002 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update Lookout for Work's denylist to include all applications that are prohibited by the GSA Blacklisted Mobile Apps list. | 3/29/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 003 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update CIO-IT Security-12-67 to address instant messaging applications on GSA mobile devices, to include specifying which applications are authorized and implementing applicable security controls to limit cybersecurity risks associated with unauthorized applications. | 8/30/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 004 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update the GSA Blacklisted Mobile Apps list to prohibit applications categorized as spyware (location tracking, remote monitoring, or child monitoring software) to better protect sensitive data and the safety of GSA employees and contractors. | 8/30/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 005 | OIG recommends that GSA's Chief Information Officer (GSA CIO) add MaaS360 rule sets to automatically identify devices that are not compliant with CIO 2100. 1N, CIO-IT Security-12-67, and CIO IDTI-15-01. | 5/31/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 006 | OIG recommends that GSA's Chief Information Officer (GSA CIO) use MaaS360's automated enforcement options to better ensure compliance, as recommended by the IBM MaaS360 Enterprise Mobile Management Policies Best Practices Guide. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 007 | OIG recommends that GSA's Chief Information Officer (GSA CIO) ensure that all MaaS360 settings require and enforce all required applications, including MaaS360, Cisco Umbrella, and Lookout for Work, to be installed and updated on GSA mobile devices, as required in CIO-IT Security-12-67. | 7/31/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 008 | OIG recommends that GSA's Chief Information Officer (GSA CIO) implement controls to prevent mobile device access to websites over unsecure protocols (e.g., HTTP). | 5/31/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 009 | OIG recommends that GSA's Chief Information Officer (GSA CIO) change the mobile device security settings to the recommended MaaS360 and Google MDM settings in Appendix B, Figures 3 and 5, to improve GSA mobile device security. | 8/30/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 011 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update CIO-IT Security-12-67 to require that discoverable mode is disabled after pairing is completed, Bluetooth is disabled when not in use, and Bluetooth connections are disconnected within 23 hours, as required by CIO 2100.1N. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 012 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update CIO-IT Security-12-67 to prevent devices from joining unencrypted networks by prohibiting the use of unsecure Wi-Fi networks, as recommended by NIST SP 800-124, Revision 1. | 8/30/2024 Implementing |
| A220055ITF23004 | Audit of Security Controls for Mobile Technologies Used by GSA | 09/29/2023 | Office of the Chief Information Officer | 013 | OIG recommends that GSA's Chief Information Officer (GSA CIO) update CIO-IT Security-12-67 to prevent users from connecting removable storage devices, such as thumb drives, to Agency mobile devices, as recommended by NIST SP 800-124, Revision 1. | 8/30/24 Implementing |
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 001 | OIG recommends that the PBS Region 4 Regional Commissioner review current and pending 8(a) program contracts to ensure contractor pricing is justified, and renegotiate when appropriate. | 8/30/2024 Implementing |
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 002 | OIG recommends that the PBS Region 4 Regional Commissioner review current and pending 8(a) program contracts to ensure certified cost or pricing data is received when applicable. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 003 | OIG recommends that the PBS Region 4 Regional Commissioner review current repairs and alterations contracts to ensure that contracting officers incorporate design changes into the contract and perform appropriate cost analyses. Contracting officers should also determine whether ratifications are required for changes in scope that were inappropriately authorized. | 8/30/2024 Implementing |
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 004 | OIG recommends that the PBS Region 4 Regional Commissioner review current and planned repairs and alterations contracts and take steps to ensure that PBS personnel adhere to existing PBS policy that prohibits the practice of splitting projects to circumvent the prospectus process. | 6/28/2024 Implementing |
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 005 | OIG recommends that the PBS Region 4 Regional Commissioner review current repairs and alterations contracts to ensure contractor and subcontractor employees possess appropriate security clearances to comply with the contract and Homeland Security Presidential Directive 12 requirements. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 006 | OIG recommends that the PBS Region 4 Regional Commissioner review current repairs and alterations contracts and ensure that CORs review certified payroll records and perform labor interviews, as appropriate, prior to approval of invoices to verify that contractor and subcontractor employees are paid in accordance with Construction Wage Rate Requirements. | 8/30/2024 Implementing |
| A210076P4R23009 | Audit of PBS Basic Repairs and Alterations Project: William Augustus Bootle Federal Building and U.S. Courthouse | 09/29/2023 | Office of the Regional Commissioner | 007 | OIG recommends that the PBS Region 4 Regional Commissioner review the performance of PBS personnel involved in the award and administration of the Bootle Building HVAC modernization contract, including their supervisory chains of command, and take appropriate action to address deficiencies identified in this report. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A210057B5F24001 | GSA's Robotic Process Automation Program Lacks Evidence to Support Claimed Savings | 11/30/2023 | Office of the Chief Financial Officer | 001 | OIG recommends that the GSA Chief Financial Officer establish a performance evaluation process for its bots to ensure they are performing as intended and that the RPA program is achieving its goals. As part of this effort, the OCFO should develop objective and auditable measures and metrics that support the work hours saved by bots, as described in the RPA Program Playbook. | Determining[2] |
| A210057B5F24001 | GSA's Robotic Process Automation Program Lacks Evidence to Support Claimed Savings | 11/30/2023 | Office of the Chief Financial Officer | 002 | OIG recommends that the GSA Chief Financial Officer track the costs to develop each bot to allow the RPA program to develop objective statistics, such as return on investment. | Determining |
| A230021P9R24001 | Audit of PBS's Lease Award and Administration for the Bureau of Land Management Field Office in Baker City, Oregon | 12/08/2023 | Office of the Regional Commissioner | 001 A | OIG recommends that the PBS Regional Commissioner for the PBS Northwest/Arctic Region assess the actions taken in response to the IAQ issues at the BLM field office in Baker City, Oregon. Based on this assessment, the PBS Regional Commissioner should develop and implement a management control process that promptly responds to IAQ complaints. | 6/20/2024 Implementing |

---

[2] Action Plan in development

General Services Administration                                    28        J.R. 1526

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A230021P9R24001 | Audit of PBS's Lease Award and Administration for the Bureau of Land Management Field Office in Baker City, Oregon | 12/08/2023 | Office of the Regional Commissioner | 001 B | OIG recommends that the PBS Regional Commissioner for the PBS Northwest/Arctic Region assess the actions taken in response to the IAQ issues at the BLM field office in Baker City, Oregon. Based on this assessment, the PBS Regional Commissioner should establish clear lines of communication between LAMs and Building Services and Safety Branch personnel to promptly address IAQ issues. | 3/29/2024 Implementing |
| A230021P9R24001 | Audit of PBS's Lease Award and Administration for the Bureau of Land Management Field Office in Baker City, Oregon | 12/08/2023 | Office of the Regional Commissioner | 002 | OIG recommends that the PBS Regional Commissioner for the PBS Northwest/Arctic Region improve LAM communication with tenants during the annual lease inspection to ensure that PBS is aware of all tenant staff concerns, particularly those related to safety and security issues, and that all issues are documented in the GSA 500, Lease Inspection Form. | 6/28/2024 Implementing |
| A230021P9R24001 | Audit of PBS's Lease Award and Administration for the Bureau of Land Management Field Office in Baker City, Oregon | 12/08/2023 | Office of the Regional Commissioner | 003 | OIG recommends that the PBS Regional Commissioner for the PBS Northwest/Arctic Region ensure LAMs take proactive actions to resolve long-standing issues by issuing Deficiency Identified Letters in a timely manner and holding lessors accountable for noncompliance. | 8/30/2024 Implementing |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A230021P9R24001 | Audit of PBS's Lease Award and Administration for the Bureau of Land Management Field Office in Baker City, Oregon | 12/08/2023 | Office of the Regional Commissioner | 004 | OIG recommends that the PBS Regional Commissioner for the PBS Northwest/Arctic Region enforce the BLM field office lease terms requiring onsite or locally available maintenance personnel, and recover rent paid to the lessor equivalent to the period that the maintenance personnel were not provided since November 2019. | 11/29/2024 Implementing |

**GSA-Office of Inspector General 2023 Semiannual Performance Audit Reconciliation**

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A150009P5R17006 | PBS National Capital Region's $1.2 Billion Energy Savings Performance Contract for White Oak was Not Awarded or Modified In Accordance with Regulations and Policy | 8/24/2017 | Office of the PBS Regional Commissioner (National Capital Region) | 001 | Take immediate action to expedite the procurement of a new O&M contract that adheres to competition requirements specified in the Competition in Contracting Act of 1984 and the Federal Acquisition Regulations | 4/30/2019<br><br>Implemented management decision. OIG disagreed regarding Competition in Contracting Act requirements. Final action. |
| A150132P4R17001 | GSA's Decisions to Vacate And Renovate the Leased Federal Courthouse in Pensacola Are Based on Faulty Premises | 10/25/2016 | Office of the Commissioner, Public Buildings Service | 001 | Reanalyze options for housing the tenants of the 1 North Palafox Street courthouse. As part of this analysis, PBS should: Ensure a comparison of equivalent options is reflected; Ensure the design and renovations, new, and leased construction options meet current building standards; Ensure the designs for the new and leased court house appraiser; Ensure lease-buyout and other potential settlement costs are incorporated; and Develop and incorporate project schedules into the financial analysis that are based on historical performance of projects with similar scope or scale | 12/7/2017<br><br>Implemented management decision. GSA disagreed with the recommendation. Given the reported health concerns and the importance of the work of the Court, GSA determined that relocation was the most appropriate option to pursue. Final action. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| JE18-002 | Evaluation of GSA Non-Disclosure Policy | 3/8/2018 | Office of Congressional and Intergovernmental Affairs | 001 | GSA's leadership should clarify GSA's policy on communications with Members of Congress In GSA's order on congressional and Intergovernmental Inquiries and relations. | 8/30/2018 Implemented management decision. GSA disagreed, as the directive establishes policy for the office's role as a focal point for Congressional relations and communications, but is not Intended as an operational or procedural order. Final action |
| JE19-002 | Evaluation of GSA's Management and Administration of the Old Post Office Building Lease | 1/16/2019 | Office of the Commissioner, Public Buildings Service | 001 | Before continuing to use the language [in Section 37.19 of the Old Post Office (CPO) outlease] GSA determine the purpose of the interested Parties provision, conduct a formal legal review by OGC that includes consideration of the Foreign and Presidential Emoluments Clauses, and revise the language to avoid ambiguity. | 9/3/2020 Implemented management decision. GSA revised the leasing program guide, training, forms, and website to address recommendation. Final action. |
| A140143Q6P21002 | GSA's Transactional Data Reporting Pilot is Not Used to Affect Pricing Decisions | 6/24/2021 | Office of the Commissioner, Federal Acquisition Service | 001 | FAS Commissioner take immediate action to mitigate the risks associated with the TDR pilot by: restricting additional contractors from opting into the TDR pilot; and restricting access to, and use of, the TDR pilot data. | 12/6/2021 Implemented management decision. GSA disagreed with the recommendation. Final action. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A140143Q6P21002 | GSA's Transactional Data Reporting Pilot is Not Used to Affect Pricing Decisions | 6/24/2021 | Office of the Commissioner, Federal Acquisition Service | 002 | FAS Commissioner develop and implement an exit strategy for the TDR pilot and transition participating contractors out of the TDR pilot | 12/6/2021 Implemented management decision. GSA disagreed with the recommendation. Final action. |
| A200975Q3P22002 | FAS Cannot Provide Assurance That MAS Contract Pricing Results in Orders Achieving the Lowest Overall Cost Alternative | 9/30/2022 | Office of the Commissioner, Federal Acquisition Service | 001 | OIG recommends that the FAS Commissioner cancel the Transactional Data Reporting (TDR) pilot in accordance with FAS Policy and Procedures 2016-11, Transactional Data Reporting - Federal Supply Schedule Program Implementation, Paragraph 8(G), Pilot Cancellation. OIG recognize that FAS rejected recommendations made in Report Number A140143/Q/6/P21002, including that FAS develop and implement an exit strategy for the TDR pilot and transition participating contractors out of the TDR pilot. However, OIG continues to conclude that the TDR pilot should be canceled. After 6 years, the TDR pilot still has not resulted in a viable pricing methodology that ensures compliance with the Competition in Contracting Act of 1984 (CICA) requirement for orders to result in the lowest overall cost alternative to meet the government's needs. | Not implementing - TDR eliminates the complex and burdensome tracking and disclosure requirements of the CSP and the Price Reductions Clause (PRC), increasing opportunities for small businesses. TDR empowers the Federal Government to: Make better buying strategy decisions through Category Management; Comply with policy directives; Reduce price variation and lower costs; and implement dynamic pricing models not based on a single company. Final action. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A200975Q3P22002 | FAS Cannot Provide Assurance That MAS Contract Pricing Results in Orders Achieving the Lowest Overall Cost Alternative | 9/30/2022 | Office of the Commissioner, Federal Acquisition Service | 002 | OIG recommends that the FAS Commissioner inform customer agencies that they should perform separate and independent price determinations because relying on MAS contract pricing and following the ordering procedures in Federal Acquisition Regulation (FAR) 8.405, Ordering procedures for Federal Supply Schedules, may not ensure compliance with the Competition in Contracting Act of 1984 (CICA) requirement that orders and contracts result in the lowest overall cost alternative. This should continue until the requirements and controls outlined in Recommendation 3 are set in place to ensure compliance with CICA. | Not implementing - MAS pricing is fair and reasonable, as well as more than competitive in comparison to commercial and Federal marketplaces. MAS follows the competitive procedures necessary to establish fair and reasonable contract pricing, and orders placed against MAS contracts using FAR 8.405 are best value and result in the lowest overall cost alternative. FAS has provided analysis that demonstrates that on the aggregate TDR provides better contract and order level pricing. Final action. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A200975Q3P22002 | FAS Cannot Provide Assurance That MAS Contract Pricing Results in Orders Achieving the Lowest Overall Cost Alternative | 9/30/2022 | Office of the Commissioner, Federal Acquisition Service | 003 A | OIG recommends that the FAS Commissioner establish requirements and controls to ensure that FAS contracting personnel adequately analyze CSP information: (1) to negotiate pricing consistent with CICA, FAR, and GSA Acquisition Regulation 538.270-1, Evaluation of offers without access to transactional data; and (2) to clearly identify and support the determination of most favored customer pricing. FAS should ensure that offerors provide its contracting personnel with detailed information about the sales volumes, terms and conditions of pricing agreements, and any additional transactional discounts or pricing terms offered to individual commercial customers that receive the best pricing for the products and services proposed for the MAS contract. | Not implementing - TDR eliminates the complex and burdensome tracking and disclosure requirements of the CSP and the Price Reductions Clause (PRC), increasing opportunities for small businesses. TDR empowers the Federal Government to: Make better buying strategy decisions through Category Management; Comply with policy directives; Reduce price variation and lower costs; and implement dynamic pricing models not based on a single company. |

| Audit Report Number | Audit Report Title | Final Report Issue Date | GSA Office(s) | Rec # | Recommendation Text | Timeline Implementation Status |
|---|---|---|---|---|---|---|
| A200975Q3P22002 | FAS Cannot Provide Assurance That MAS Contract Pricing Results in Orders Achieving the Lowest Overall Cost Alternative | 9/30/2022 | Office of the Commissioner, Federal Acquisition Service | 003 B | OIG recommends that the FAS Commissioner establish requirements and controls to ensure that FAS contracting personnel adequately analyze CSP information: (1) to negotiate pricing consistent with CICA, FAR, and GSA Acquisition Regulation 538.270-1, Evaluation of offers without access to transactional data; and (2) to clearly identify and support the determination of most favored customer pricing. FAS should establish protocols that require offerors to submit other than certified cost or pricing data to support proposed pricing when offerors do not have comparable sales to customers outside of its MAS contract. | Not implementing - FAS maintains current policy addressing the evaluation, negotiation, and award of pricing subject to the CSP requirement is consistent with CICA, FAR, and GSAR requirements. This includes pricing in new offers and the exercise of options. Final action. |
| A200975Q3P22002 | FAS Cannot Provide Assurance That MAS Contract Pricing Results in Orders Achieving the Lowest Overall Cost Alternative | 9/30/2022 | Office of the Commissioner, Federal Acquisition Service | 003 C | OIG recommends that the FAS Commissioner establish requirements and controls to ensure that FAS contracting personnel adequately analyze CSP information: (1) to negotiate pricing consistent with CICA, FAR, and GSA Acquisition Regulation 538.270-1, Evaluation of offers without access to transactional data; and (2) to clearly identify and support the determination of most favored customer pricing. FAS should cancel FAS Policy and Procedures 2017-02, Updated Procedures for Exercising the Option to Extend the Term of a Federal Supply Schedule Contract, and develop and implement policy and procedures directing FAS's contracting personnel to perform price analyses of CSP disclosures provided by the offeror for MAS contract option extensions. | Not implementing - FAS maintains current policy addressing the evaluation, negotiation, and award of pricing subject to the CSP requirement is consistent with CICA, FAR, and GSAR requirements. This includes pricing in new offers and the exercise of options. Final action. |

Appendix 1: Acronyms

| | |
|---|---|
| **AI** | Artificial Intelligence |
| **ASHRAE** | American Society of Heating, Refrigerating, and Air-Conditioning Engineers |
| **BLM** | Bureau of Land Management |
| **CDC** | Centers for Disease Control and Prevention |
| **CICA** | Competition in Contracting Act of 1984 |
| **CIO** | Chief Information Officer |
| **CISCO** | Computer Information System Company |
| **COR** | Contracting Officer's Representative |
| **COVID-19** | Coronavirus Disease of 2019 |
| **CPO** | Old Post Office |
| **CSOD** | Cornerstone OnDemand |
| **CSP** | Commercial Sales Practices |
| **DHS** | Department of Homeland Security |
| **DM&R** | Deferred Maintenance and Repair |
| **EO** | Executive Order |
| **FAI** | Federal Acquisition Institute |
| **FAR** | Federal Acquisition Regulation |
| **FAS** | Federal Acquisition Service |
| **FASTA** | Federal Assets Sale and Transfer Act |
| **FDA** | U.S. Food and Drug Administration |
| **FedRAMP** | Federal Risk and Authorization Management Program |
| **FFATA** | Federal Funding Accountability and Transparency Act |
| **FPS** | Federal Protective Services |
| **FSRS** | FFATA Subaward Reporting System |
| **FSS** | Federal Supply Schedule |
| **FY** | Fiscal Year |
| **GAO** | Government Accountability Office |
| **GSA** | General Services Administration |
| **GSAM** | General Services Administration Acquisition Manual |
| **GSAR** | General Services Administration Acquisition Regulation |
| **GSS** | Office of General Supplies and Services |
| **HTTP** | Hypertext Transfer Protocol |
| **HVAC** | Heating, Ventilation, and Air-Conditioning |
| **IAQ** | Indoor Air Quality |
| **IBM** | International Business Machines |
| **ID** | Identification |
| **IDTI** | Infrastructure Integration Division |
| **IT** | Information Technology |
| **LAM** | Leave Administration Managers |
| **LMT** | Lease Management Tool |

General Services Administration

| | |
|---|---|
| **LPOE** | Land Port of Entry |
| **MARS** | Management Analysis and Review Systems |
| **MAS** | Multiple Award Schedule |
| **MDM** | Mobile device management |
| **NCR** | National Capital Region |
| **NIST** | National Institute of Standards and Technology |
| **O&M** | Operations and Maintenance |
| **OAS** | Office of Administrative Services |
| **OCFO** | Office of the Chief Financial Officer |
| **OGC** | Office of the General Counsel |
| **OIG** | Office of Inspector General |
| **OMB** | Office of Management and Budget |
| **PBS** | Public Buildings Service |
| **PRC** | Price Reductions Clause |
| **RPA** | Robotic Process Automation |
| **SP** | Special Publications |
| **TDR** | Transactional Data Reporting |
| **TMF** | Technology Modernization Fund |
| **TTS** | Technology Transformation Services |
| **V&V** | Validation and Verification |

General Services Administration

**THIS PAGE INTENTIONALLY LEFT BLANK**

J.R. 1537