UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

       Plaintiff,

   v.

KASH PATEL, et al.,

       Defendants.

Civil Action No. 8:25-3644

## UNOPPOSED MOTION TO FOR LEAVE TO FILE PARTIAL DOCUMENT

In the above-captioned case, pursuant to Section III.C.2.a of the Case Management Order, Defendants seek leave to file to file only the first page of the document and the relevant portion of Exhibit 37 (J.R. 1758a-1761) (General Services Administration, FBI Headquarters Consolidation, Draft Environmental Impact Statement).  The full document exceeds 2,000 pages.

In conformance with Local Rule 105.9, undersigned counsel has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this motion.  A proposed order is attached.

Dated: April 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*/s/ C. Lee Reeves, II*
C. LEE REEVES, II
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendants*