**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

          Plaintiffs

      v.

KASH PATEL, Director, Federal Bureau of Investigation, et al.[1]

          Defendants.

Case No: 8:25-cv-3644-TDC

**NOTICE OF FILING JOINT RECORD FOR PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND DEFENDANTS' CROSS MOTION FOR JUDGMENT ON THE PLEADINGS AND NOTICE OF FILING PHYSICAL EXHIBIT**

In accordance with section III.C.2 of the Case Management Order, ECF No. 3, the parties are filing the Joint Record for the plaintiffs' Motion for Judgment on the Pleadings, ECF No. 18, and the defendants' cross motion for judgment on the pleadings, Defs.' Opp'n to Pls.' Mot. for J. on the Pleadings and Cross-Mot. Mot. for J. on the Pleadings, ECF No. 19, and an index to the Joint Record.

In accordance with section III.C.2.h of the Case Management Order, objections to Exhibits 27, 28, and 30 and responses to the objections are stated on the cover pages to those exhibits.

Exhibit 36 is a web page that contains an embedded video (J.R. 1758). The video cannot be converted to PDF format and filed electronically. It exists on a physical medium (e.g., CD, flash drive, etc.) and, in accordance with section II.B.2 of the Case Management Order, will be filed with the Clerk's Office in its physical format. The undersigned counsel for plaintiff State of

---

[1] Todd Blanche, Acting Attorney General, is substituted as a defendant in his official capacity under Rule 25(d).

Maryland, James C. Luh, certifies that, within 24 hours of the filing of this notice, he will file

and serve physical copies of the video.

Exhibit 37 is an excerpt of a longer document. In accordance with section III.C.2.a of the

Case Management Order, the defendants are filing a motion for leave to file only the first page of

the document and the relevant portion.

Date: April 14, 2026

ANTHONY G. BROWN
Attorney General of Maryland

/s/ JAMES C. LUH
JAMES C. LUH (D. Md. Bar No. 31776)
ADAM KIRSCHNER (D. Md. Bar No.
    31767)
YASMIN DAGNE (D. Md. Bar No. 32016)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Attorneys for State of Maryland

ANTHONY D. JONES (D. Md. Bar No.
    31954)
Prince George's County Attorney

/s/ ANDREW J. MURRAY
ANDREW J. MURRAY (D. Md. Bar No.
    10511)
(signed by James C. Luh with permission of
    Andrew J. Murray)
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, MD 20774
(301) 952-5225
ajmurray@co.pg.md.us

Attorneys for Prince George's County

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

/s/ C. LEE REEVES, II
C. LEE REEVES, II
(signed by James C. Luh with permission of
    C. Lee Reeves, II)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

Attorneys for Defendants

2