**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, et al.<br><br>Plaintiffs<br><br>v.<br><br>KASH PATEL, Director, Federal Bureau of Investigation, et al.<br><br>Defendants. | Case No: 8:25-cv-3644-TDC |

**INDEX TO JOINT RECORD FOR PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS AND DEFENDANTS' CROSS MOTION FOR JUDGMENT ON THE PLEADINGS**

| Exhibit No. | Exhibit Title | J.R. | ECF No. |
|---|---|---|---|
| 1 | Gen. Servs. Admin., Federal Bureau of Investigation Headquarters Consolidation, Site Identification and Evaluation: Approving Official's Decision (2014) | 1 | 18 |
| 2 | Gen. Servs. Admin., Prospectus—Construction: FBI Headquarters Consolidation, National Capital Region, Prospectus No. PNCR-FBI-NCR17 ("FY 2017 Prospectus") | 123 | 18 |
| 3 | Memorandum from Alex DeMots, Gen. Couns., Gen. Servs. Admin., to Robin Carnahan, Adm'r, Gen. Servs. Admin. (Nov. 3, 2023) | 130 | 18 |
| 4 | Annual prospectus thresholds, Gen. Serv. Admin. (Sep. 3, 2025) | 136 | 19 |
| 5 | S. Comm. on Env't & Pub. Works, 112th Cong., Committee Resolution: Federal Bureau of Investigation Consolidated Headquarters, National Capital Region (Dec. 8, 2011) | 138 | 19 |
| 6 | Federal Bureau of Investigation Headquarters Consolidation Report (August 2011) | 206 | 19 |
| 7 | Prospectus – Constr. FBI Headquarters Consol. Nat'l Caption Region, Gen. Servs. Admin. (Feb. 8, 2016) (FY 2017 Prospectus) | 309 | 19 |
| 8 | Statement of Dave Wise, Director, Government Accountability Office, Physical Infrastructure (Senate EPW Committee Hearing, August 2, 2017) | 316 | 19 |

| 9 | S. Comm. on Env't Works, Hr'g Tr., FBI Headquarters Consol. Project - What Happened And What's Next (Aug. 2, 2017) | 330 | 19 |
|---|---|---|---|
| 10 | Statement of Michael Gelber, Acting Public Building Service Commissioner, Gen. Servs. Admin. (Senate EPW Committee Hearing, August 2, 2017) | 335 | 19 |
| 11 | Statement of Daniel Mathews, Commissioner, Public Building Service, Gen. Servs. Admin. (Senate EPW Committee Hearing, February 28, 2018) | 338 | 19 |
| 12 | S. Comm. on Env't & Pub. Works, Hr'g Tr., Hearing on Oversight: FBI Headquarters Consol. Project (Feb. 28, 2017) | 342 | 19 |
| 13 | Review of the FBI's Planning for a Future FBI Headquarters Facility, 24-004, U.S. Dep't of Just., Off. of Inspector Gen., Rev. & Oversight Div. (Oct. 2023) | 424 | 19 |
| 14 | Compl., Ex. 2, ECF No. 1-2 (Gen. Servs. Admin., Site Selection Decision (Sep. 30, 2023)) | 500 | 19 |
| 15 | Letter from Christopher A. Wray, Dir., FBI, to Robin Carnahan, Adm'r, Gen. Servs. Admin. (Oct. 12, 2023) (FBI Letter to GSA) | 539 | 19 |
| 16 | FBI New Suburban Headquarters Site Selection Concerns, Mem. from Brian C. Turner, Assoc. Deputy Dir., FBI, to Robin Carhahan, GSA Adm'r, (Sep. 22, 2023) | 642 | 19 |
| 17 | Press Release, Don Beyer, Virginia Delegation Members Request Investigation of Site Selection Process for New FBI HQ (Nov. 15, 2023) | 646 | 19 |
| 18 | GSA, Prospectus – Renovation FBI Headquarters Ronald Reagan Federal Office Building Washington, DC (Sep. 19, 2025) | 651 | 19 |
| 19 | FBI HQ Site Selection Decision FAQs, Gen. Serv. Admin. (Nov. 9, 2023) | 657 | 19 |
| 20 | Letter from Sam Graves, Chairman, H. Comm. on Transp. & Infrastructure, Jim Jordan, Chairman, H. Judiciary Comm., & James Comer, H. Comm. on Oversight & Accountability, to Robin Carnahan, Adm'r, GSA. (July 31, 2024) | 660 | 19 |
| 21 | Fiscal Year 2024 Congressional Justification, Gen. Serv. Admin (Mar. 2023) | 663 | 19 |
| 22 | Fiscal Year 2025 Congressional Justification, Gen. Serv. Admin (Feb. 2024) | 1088 | 19 |

| 23 | S. Comm. on Env't & Pub. Works, Hr'g Tr. (Oct. 29, 2025) (2025 EPW Hearing Transcript) | 1538 | 19 |
|---|---|---|---|
| 24 | GSA Report, *FBI Headquarters: 2024 to 2025 Cost of Inaction* (June 6, 2024) | 1603 | 19 |
| 25 | Statement of FBI Director Patel, H. Comm. on Appropriations Subcomm. on Com., Just., Sci. and Related Agencies (May 7, 2025) | 1608 | 19 |
| 26 | GSA, FBI Headquarters: Revised Nationally-Focused Consolidation Plan (Feb. 2, 2018) | 1609 | 19 |
| 27 | Ellen Knickmeyer, Trump administration takes USAID off its building lease, PBS News (Feb. 10, 2025) | 1632 | 19 |
| 28 | Jory Heckman, EPA to move staff from Reagan Building to consolidate D.C. office space, Federal News Network (Apr. 1, 2025) | 1634 | 19 |
| 29 | GSA, Report, Site Acquisition, Design, & Mgmt./Oversight/Support Activities Dep't of Just.- FBI Consol. Headquarters Greenbelt, Md. (2024) ("2024 Prospectus") | 1641 | 19 |
| 30 | Ryan Tarinelli & David Jordan, Senate Panel Approves Step on New FBI Headquarters Plan, Roll Call (Oct. 9, 2025) | 1649 | 19 |
| 31 | Sam Graves, Committee Resolution, Renovation of FBI Headquarters Ronald Reagan Federal Office Building Washington, DC PDC-FBIHQ-DC25 (Dec. 18, 2025) | 1651 | 19 |
| 32 | Letter from Bill Hagerty, Chairman, S. Subcomm. on Fin. Serv. & Gen. Gov't, to GSA Adm'r Michael J. Rigas (Dec. 5, 2025) | 1652 | 19 |
| 33 | GAO, Principles of Federal Appropriations Law at 2-30 (4th ed., 2016 rev.) | 1653 | 19 |
| 34 | Press Release, Gen. Servs. Admin., FBI Announces New Headquarters in Washington, DC (July 1, 2025), Compl., Ex. 4, ECF No. 1-4 | 1748 | 19 |
| 35 | U.S. Dep't of Just., Report of Reprogramming Action – FY 2025 (July 1, 2025), Compl., Ex. 5, ECF No. 1-5 | 1751 | 19 |
| 36 | H. Comm. on Transp. & Infrastructure, Hearing: The General Services Administration: Examining the Future of Federal Real Estate Management to Reduce Costs for the Taxpayer (Mar. 4, 2026) (with embedded video) | 1756 | 20 |
| 37 | General Services Administration, FBI Headquarters Consolidation, Draft Environmental Impact Statement | 1758a | 21 |

| 38 | Memorandum from Stuart Burns, Assistant Commissioner, Office of Portfolio Management and Customer Engagement, and Mehul Parekh, Director, Office of Budget, *Updated Repairs & Alterations Desk Guide* (Dec. 1, 2021) | 1761 | 21 |