# Exhibit 37

General Services Administration, FBI Headquarters Consolidation, Draft Environmental Impact Statement

  

# FBI Headquarters

## C o n s o l i d a t i o n

11.6.2015

*DRAFT*
# Environmental Impact Statement

J.R. 1758a

Figure 5-9:    Greenbelt Existing Land Use Map



**Land Use**

Site Boundary

- High-Density Residential
- Medium-Density Residential
- Bare Ground
- Brush
- Commercial
- Deciduous Forest
- Evergreen Forest
- Institutional
- Open Urban Land
- Mixed forest
- Pasture
- Water

0    250    500    1,000
Feet
1 inch = 725 feet

Sources:
ESRI (2013), GSA (2013)
Prince George's County (2013)

### 5.1.4   Land Use, Planning Studies, and Zoning

The following sections describe the affected environment for land use and zoning for the Greenbelt site, highlighting planning studies applicable to the site.

#### 5.1.4.1   Land Use

The site is bordered by a wooded area on south, Cherrywood Lane and a residential neighborhood to the east, a rail corridor on the west, and an interstate highway to the north. Development near the site includes single family housing, low-rise apartment complexes, suburban office parks, a WMATA rail yard, and a Federal courthouse. Commercial strips and agricultural land use occur approximately 1 mile from the site. The site is situated in a fairly populated suburb of Washington, D.C. Figure 5-9 illustrates the land uses, within a quarter mile radius of the site, according Maryland Department of Planning Anderson Level II land use/land cover categories.

The northwest portion of the site is composed of the existing surface parking lot for the Greenbelt Metro Station. The southeast portion of the site, owned by the State of Maryland, consists of almost entirely woodlands and wetlands, and contains segments of the Indian Creek and associated unnamed tributaries, which ultimately feed into the Anacostia River (Maryland Environmental Trust 2014). This portion of the site is considered an important environmental resource that is used by area nature groups, including the Patuxent Bird Club and the Prince George's County Audubon Society, for passive recreation and nature observation, especially bird study (Schaffer 2015). Furthermore, this natural area connects to an extensive network of stream valley parkland in otherwise urban and suburban developed areas. During public scoping, several individuals and community naturalist and conservation groups advocated that public access remain available for these uses, due to the diversity of the wetland habitat and the variety of wildlife seen on the site. In fall of 2014, Maryland's Board of Public Works (BPW), composed of the Governor, Comptroller and Treasurer, approved the granting of an approximately 22-acre

security easement to the Federal Government on this state-owned land that would preserve this land in its current state. BPW would consider extending approval for another year (Sanford 2015). If the Greenbelt site is selected for consolidation of the FBI HQ, the security easement would be recorded upon the signature of GSA and BPW.

#### 5.1.4.2   Zoning

The Prince George's County zoning map divides the Greenbelt site between two distinct zoning designations. The majority of the site, comprising the northwest, east, and west portions owned by WMATA, is currently zoned as mixed-use transit-oriented (M-X-T). The M-X-T zone provides for a variety of residential, commercial, and employment uses. This zoning requires at least two of the following categories are present on the site: (1) retail businesses; (2) office/research/industrial; (3) dwellings, hotel/motel (Prince George's County Planning Department 2010). In addition, this zoning designation is intended to encourage 24-hour activity in an area, rather than provide uses that support only daytime or evening activities. Uses in designation M-X-T zone must be located near a major intersection or a major transit stop or station and provide adequate transportation facilities for the anticipated traffic. There are no restrictions for lot size and/or dwelling types for this zoning, and the maximum FAR is 0.4 without the optional method, and 8.0 with the optional method. The optional method provides an alternative choice of development that would allow for greater density to encourage a high degree of urban design, increased pedestrian-oriented activities and amenities, and provide uses that encourage 24-hour programming.

> **ZONING**
>
> Zoning is the legal power of government to regulate the use of private property. These regulations are codified in zoning ordinances which define use, lot size, placement, density, and height.

The southeast portion of the Greenbelt site, owned by the State of Maryland, is currently zoned Reserved Open Space (R-O-S). R-O-S zoning is described as providing permanent maintenance of certain areas of land in an undeveloped state, with the consent of the property owners. This type of zoning encourages preservation of large areas of trees and opens space; is designed to protect scenic and environmentally sensitive areas and ensure retention of land for non-intensive active or passive recreational uses; and provides for very low density residential development and a limited range of public, recreational, and agricultural uses. The minimum lot size is 20 acres, and the maximum dwelling units per net acre is 0.05 (Prince George's County Planning Department 2010).

The entirety of the site is within a Development District Overlay (D-D-O) associated with the Greenbelt Metro Area and MD 193 Corridor Sector Plan and Sectional Map Amendment (SMA). D-D-O zones are intended to ensure that development meets the goals established in a Master Plan, Master Plan Amendment, or Sector Plan. Development Districts may be designated for town centers, Metro areas, commercial corridors, employment centers, revitalization areas, historic areas and other special areas as identified in approved plans.

According to the Approved Greenbelt Metro Area and MD 193 Corridor Sector Plan and SMA building heights within 250 feet of the Greenbelt Metro Station shall range from four to eight stories. Building heights in the rest of the North Core shall range from 4 to 12 stories (70 to 190 feet). However, taller buildings may be appropriate within the maximum height zone upon justification from the applicant.

### 5.1.4.3    Regional and Local Land Use Studies

This section describes the regional planning, land use, and transportation studies that form the framework for understanding Prince George's County's vision and plans for the area containing the Greenbelt site.

### Plan Prince George's 2035

Plan Prince George's 2035, initiated by the M-NCPPC, includes comprehensive recommendations for guiding future development within Prince George's County. The plan aims to direct the majority of the County's incentives and new infrastructure to a limited number of places in the near-term to accelerate their development as viable economic engines over the next 5 to 10 years (Prince George's County Planning Department 2014). By concentrating development in select locations, the County strengthens neighborhoods; enhances transit-rich centers; preserves environmentally sensitive and rural areas; and creates state-of-the-art public facilities, schools, and parks and recreations services.

Plan Prince George's 2035 mentions Greenbelt as one of the eight potential growth areas for projected development in Prince George's County, and specifically highlights the Greenbelt Alternative as a potential driver of economic growth and Federal employment hub. These centers have potential for extensive transit and transportation infrastructure and the long-term capacity to become mixed-use, economic generators for the County as Regional Transit Centers. The regional transit centers, currently medium- to high-density areas, are envisioned to feature high quality urban design, incorporate a mix of complementary uses and public spaces, provide a range of transportation options, and provide a range of housing options. With regard to Greenbelt, the plan supports the development of the Innovation Corridor around the College Park/University of Maryland and Greenbelt Metro Stations. To achieve this vision there would be targeted infrastructure improvements to retain existing and attract new employers, including advanced information and communication technology infrastructure, shared parking, bike amenities and lanes, sidewalks, public facilities, and other amenities to support research and development entities.

### Approved Greenbelt Metro Area and MD 193 Corridor Sector Plan and Sectional Map Amendment

The Greenbelt Metro Area and MD 193 Corridor Sector Plan and SMA, was published in March 2014 to provide a comprehensive planning and zoning approach to properties and communities in proximity to the Greenbelt Metro Station (M-NCPPC 2013). The plan is a vision of an interconnected, vibrant, and diverse M-X-T eco-community that builds on the historic commitment to sustainability of the City of Greenbelt and the town of Berwyn Heights. The plan is composed of two parts: The Greenbelt Sector Plan and the SMA.

The Greenbelt Sector Plan updates the 2001 Approved Sector Plan and SMA for the Greenbelt Metro Area and amends portions of the 1989 Approved Master Plan for Langley Park-College Park-Greenbelt and Vicinity and the 1990 Adopted SMA for Planning Areas 65, 66, and 67, all of which were prepared and adopted by M-NCPPC.[1]

[1] M-NCPPC is a bi-county agency whose geographic authority includes the majority of Montgomery and Prince George's Counties. M-NCPPC prepares, adopts, and occasionally amends extensions of the General Plan for the physical development of the Maryland Washington Regional District. M-NCPPC operates in each county through a planning board appointed by and responsible to the county government. The planning boards are responsible for all local plans, recommendations on zoning amendments, administration of subdivision regulations, and general administration of parks. Comprehensive planning activities for the city of Greenbelt are carried out by M-NCPPC (Canan 1992). Other planning needs that are not addressed by M-NCPPC are carried out by the planning staff for the city of Greenbelt. The County Council of Prince George's County (1) sets policy, (2) approves the plan, and (3) implements the plan. The City of Greenbelt Advisory Planning Board participated in the development of the Greenbelt Sector Plan and SMA.

### GREENBELT LAND USE AFFECTED ENVIRONMENT OVERVIEW

- Land uses in the study area include single family housing, low-rise apartment complexes, suburban office parks, a WMATA rail yard, commercial strips, and agricultural land use.

- The northwest portion of site is zoned as M-X-T and the southwestern portion of the site is zoned as R-O-S.

- Land use plans and studies that guide the development for the Greenbelt site and the surrounding area include Plan Prince George's 2035, the Approved Greenbelt Metro Area and MD 193 Corridor Sector Plan and SMA, the City of Greenbelt Pedestrian and Bicyclist Master Plan, the Comprehensive Plan for the National Capital Region: Federal Elements, and the Capper-Cramton Act.

### FLOOR AREA RATIO (FAR)

Floor-to-Area Ratio (FAR) is the total square feet of a building divided by the total square feet of the lot on which the building is located. Higher FARs indicate a higher density of development.