**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

STATE OF MARYLAND, et al.

          Plaintiffs

      v.

KASH PATEL, Director, Federal Bureau of
Investigation, et al.

          Defendants.

Case No: 8:25-cv-3644-TDC

**PLAINTIFFS' NOTICE REGARDING HEARING ON CROSS MOTIONS FOR
JUDGMENT ON THE PLEADINGS**

The Court has set a hearing for June 17, 2026, on the parties' cross motions for judgment on the pleadings, Mot. for J. on the Pleadings, ECF No. 18; Defs.' Opp'n to Pls.' Mot. for J. on the Pleadings and Cross-Mot. Mot. for J. on the Pleadings, ECF No. 19. Paperless Notice, ECF No. 29 (May 27, 2026). Counsel for plaintiff State of Maryland will present argument for both plaintiffs at the hearing and has permission from plaintiff Prince George's County to do so. Counsel for plaintiff Prince George's County will also be present at counsel table.

Date: June 8, 2026

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ JAMES C. LUH
JAMES C. LUH (D. Md. Bar No. 31776)
ADAM KIRSCHNER (D. Md. Bar No.
   31767)
YASMIN DAGNE (D. Md. Bar No. 32016)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Attorneys for State of Maryland

ANTHONY D. JONES (D. Md. Bar No.
  31954)
Prince George's County Attorney

/s/ ANDREW J. MURRAY
ANDREW J. MURRAY (D. Md. Bar No.
  10511)
(signed by James C. Luh with permission of
  Andrew J. Murray)
Associate County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, MD 20774
(301) 952-5225
ajmurray@co.pg.md.us

Attorneys for Prince George's County

2