**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

STATE OF MARYLAND and
PRINCE GEORGE'S COUNTY,

Plaintiffs,

v.

KASH PATEL,
*Director, Federal Bureau of Investigation,*
TODD BLANCHE, *Acting Attorney General,*
JOLENE ANN LAURIA,
*Assistant Attorney General for Administration,*
EDWARD C. FORST,
*Administrator,*
*U.S. General Services Administration,*
FEDERAL BUREAU OF INVESTIGATION,
U.S. DEPARTMENT OF JUSTICE and
U.S. GENERAL SERVICES ADMINISTRATION,

Defendants.

Civil Action No. 25-3644-TDC

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Plaintiffs' Motion for Judgment on the Pleadings, ECF No. 18, is GRANTED.
2. Defendants' Motion for Judgment on the Pleadings, ECF No. 19, is DENIED.
3. Judgment is entered in favor of Plaintiffs on Counts 1, 2, and 6 of the Complaint.
4. Pursuant to 5 U.S.C. § 706(2), the Court holds unlawful, vacates, and sets aside:
   a. The July 2025 selection by the Federal Bureau of Investigation ("FBI") of the Ronald Reagan Building in Washington, D.C. as the site of the new FBI headquarters ("the FBI Reagan Building Selection Decision");

b. The July 2025 selection by the United States General Services Administration ("GSA") of the Ronald Reagan Building in Washington, D.C. as the site of the new FBI headquarters ("the GSA Reagan Building Selection Decision"); and

c. The FBI's July 2025 decision to reprogram $555,000,000 of existing FBI funds to relocate to, renovate, build-out, and furnish the Ronald Reagan Building in Washington, D.C. to serve as the new FBI headquarters ("the FBI Reprogramming Decision").

5. Pursuant to 28 U.S.C. § 2201, the Court declares that the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, and the FBI Reprogramming Decision are unlawful and void.

6. In accordance with Federal Rule of Civil Procedure 65(d), and for the reasons stated in the accompanying Memorandum Opinion:

    a. The Court finds that upon consideration of the relevant factors, as set forth in *eBay Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006), Plaintiffs have demonstrated (1) actual success on the merits of Counts 1, 2, and 6 because the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, and the FBI Reprogramming Decision, as defined above, violate the Administrative Procedure Act; (2) that Plaintiffs have suffered irreparable injury; (3) that the remedies available at law are inadequate to compensate for that injury; (4) that the balance of the hardships between the parties favors entry of an injunction; and (5) that the public interest would not be disserved by a permanent injunction.

    b. Accordingly, the Court ENJOINS Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendants from taking any actions to facilitate or advance the implementation of the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, or the FBI Reprogramming Decision, as defined above, including but not limited to taking actions to relocate the FBI headquarters to the Reagan Building; to renovate, build-out, or furnish the Reagan Building for use as the FBI headquarters; or to reprogram, obligate, or disburse funds in support of the relocation of the FBI headquarters to the Reagan Building.

7. The parties shall file a Joint Status Report within **14 days** of the date of this Order proposing the next steps in this litigation and providing their views on whether the Court may close the case.

Date: August 17, 2026

THEODORE D. CHUANG
United States District Judge