UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br>Plaintiffs,<br>v.<br>KASH PATEL, *et al.*,<br>Defendants. | Civil Action No. 8:25-cv-3644-TDC |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order Granting Plaintiffs' Motion for Judgment on the Pleadings and Denying Defendants' Motion for Judgment on the Pleadings, and entering Judgment in favor of the Plaintiffs as to Counts 1, 2, and 6 of the Complaint, as set forth in the Order dated August 17, 2026 and docketed at ECF No. 33.

Dated: August 19, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

*/s/ Andrew I. Warden*
ANDREW I. WARDEN
Assistant Branch Director
C. LEE REEVES, II
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-5084
Facsimile: (202) 616-8460
Andrew.Warden@usdoj.gov

*Counsel for Defendants*