FILED: August 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2158
(8:25-cv-03644-TDC)

---

STATE OF MARYLAND; PRINCE GEORGE'S COUNTY

Plaintiffs - Appellees

v.

KASH PATEL, Director, Federal Bureau of Investigation; TODD BLANCHE, Attorney General; JOLENE ANN LAURIA, Assistant Attorney General for Administration; EDWARD C. FORST, Administrator, U.S. General Services Administration; FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES GENERAL SERVICES ADMINISTRATION

Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-03644-TDC |
| Date notice of appeal filed in originating court: | 08/19/2026 |
| Appellants | Kash Patel, Todd Blanche, Jolene Ann Lauria, Edward C. Forst, Federal Bureau of Investigation, U.S. Department of Justice, and U.S. General Services Administration |

| | |
|---|---|
| Appellate Case Number | 26-2158 |
| Case Manager | T. Barton<br>804-916-2702 |