UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, *et al.*,

Plaintiff,

v.

KASH PATEL, *et al.*,

Defendants.

Civil Action No. 8:25-cv-3644-TDC

**[Proposed] PARTIAL FINAL JUDGMENT**

For the reasons stated in this Court's Memorandum Opinion dated August 17, 2026 (ECF No. 32), it is hereby ORDERED that:

1. Final judgment is entered in favor of Plaintiffs on Counts 1, 2, and 6 of the Complaint pursuant to Federal Rule of Civil Procedure 54(b). The Court finds that these claims have been finally decided and there is no just reason to delay entry of judgment or an appeal from the judgment.
2. Plaintiffs' remaining claims (Counts 3, 4, 5) are stayed pending final resolution of any appeal from this Judgment.
3. Pursuant to 5 U.S.C. § 706(2), the Court holds unlawful, vacates, and sets aside:
    a. The July 2025 selection by the Federal Bureau of Investigation ("FBI") of the Ronald Reagan Building in Washington, D.C. as the site of the new FBI headquarters ("the FBI Reagan Building Selection Decision");
    b. The July 2025 selection by the United States General Services Administration ("GSA") of the Ronald Reagan Building in Washington, D.C. as the site of the new FBI headquarters ("the GSA Reagan Building Selection Decision"); and
    c. The FBI's July 2025 decision to reprogram $555,000,000 of existing FBI funds to relocate to, renovate, build-out, and furnish the Ronald Reagan

Building in Washington, D.C. to serve as the new FBI headquarters ("the FBI Reprogramming Decision").

4. Pursuant to 28 U.S.C. § 2201, the Court declares that the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, and the FBI Reprogramming Decision are unlawful and void.

5. In accordance with Federal Rule of Civil Procedure 65(d), and for the reasons stated in the accompanying Memorandum Opinion:

   a. The Court finds that upon consideration of the relevant factors, as set forth in *eBay Inc. v. MercExchange, L.L.C.* , 547 U.S. 388, 391 (2006), Plaintiffs have demonstrated (1) actual success on the merits of Counts 1, 2, and 6 because the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, and the FBI Reprogramming Decision, as defined above, violate the Administrative Procedure Act; (2) that Plaintiffs have suffered irreparable injury; (3) that the remedies available at law are inadequate to compensate for that injury; ( 4) that the balance of the hardships between the parties favors entry of an injunction; and (5) that the public interest would not be disserved by a permanent injunction.

   b. Accordingly, the Court ENJOINS Defendants, their officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Defendants from taking any actions to facilitate or advance the implementation of the FBI Reagan Building Selection Decision, the GSA Reagan Building Selection Decision, or the FBI Reprogramming Decision, as defined above, including but not limited to taking actions to relocate the FBI headquarters to the Reagan Building; to renovate, build-out, or furnish the Reagan Building for use as the FBI headquarters; or to reprogram, obligate, or disburse funds in support of the relocation of the FBI headquarters to the Reagan Building.

6. This case is administratively closed pending further order of the Court.

Date: ____________

______________________________
THEODORE D. CHUANG
United States District Judge