UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>KASH PATEL, et al.,<br><br>Defendants. | Civil Action No. 8:25-3644 |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order Granting Plaintiffs' Motion for Judgment on the Pleadings and Denying Defendants' Motion for Judgment on the Pleadings, entering final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to Counts 1, 2, and 6 of the Complaint, staying Counts 3, 4, and 5, and administratively closing the matter as set forth in the Order dated October 29, 2026 and docketed at ECF No. 40.

Dated: November 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*C. Lee Reeves, II*
C. LEE REEVES, II
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-0773
Facsimile: (202) 616-8460
Lee.Reeves2@usdoj.gov

*Counsel for Defendants*